IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JANSSEN PHARMACEUTICA N.V.,    )
JANSSEN, L.P., and             )
SYNAPTECH, INC.,               )
                               )
         Plaintiffs,           )
                               )        C.A. No. 05-356-KAJ
       v.                      )
                               )
TEVA PHARMACEUTICALS USA, INC. )
and TEVA PHARMACEUTICAL        )
INDUSTRIES LTD.,               )
                               )
        Defendants.            )

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Janssen,

L.P. states that its ultimate parent corporation is Johnson & Johnson, a publicly-held

corporation that owns 10% or more of Janssen, L.P.'s stock.

ASHBY & GEDDES

/s/ *John G. Day*

_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel:  302-654-1888
Fax:  302-654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel:  202-662-6000
Fax:  202-662-6291

Steven P. Berman
Office of General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ  08933
Tel:  732-524-2805
Fax:  732-524-5866

Dated:  July 13, 2005
159396.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2005, the attached **PLAINTIFF'S RULE 7.1**

**DISCLOSURE STATEMENT** was served upon the below-named counsel of record at the

address and in the manner indicated:


Josy W. Ingersoll, Esquire                                    HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391


Daniel F. Attridge, P.C.                                      VIA FEDERAL EXPRESS
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC  20005-5793


                                        */s/ John G. Day*
                                        _____

                                        John G. Day