IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., AND SYNAPTECH, INC.<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICALS INDUSTRIES LTD.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 05-356<br>:<br>:<br>:<br>:<br>: |

### TEVA PHARMACEUTICALS USA, INC.'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant in the above-captioned action certifies that Teva Pharmaceuticals USA, Inc. ("Teva USA") is wholly-owned by Orvet UK Ltd. ("Orvet UK"), which is wholly-owned by Teva Pharmaceuticals Europe B.V. ("Teva Europe"), which is wholly-owned by Teva Pharmaceutical Industries Ltd. ("Teva Israel"), a publicly-traded company.

Date: August 1, 2005

Respectfully submitted,

_/s/ Karen E. Keller_
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen E. Keller (#4489)
**YOUNG CONAWAY STARGATT
 & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600

Daniel F. Attridge, P.C.
Edward C. Donovan
Karen M. Robinson
Corey J. Manley
**KIRKLAND & ELLIS LLP**
655 15th Street, N.W.
Washington, DC 20005-5793
(202) 879-5000

*Attorneys for Teva Pharmaceuticals USA, Inc.*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on August 1, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>Wilmington, DE 19801

I further certify that on August 1, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDEX**

>George F. Pappas, Esquire
>Covington & Burling
>1201 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Karen E. Keller*
>Josy W. Ingersoll (No. 1088)
>John W. Shaw (No. 3362)
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>kkeller@ycst.com
>
>Attorneys for Defendants

WP3:1133081.1                                                              99999.0755