IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 05-356 -KAJ ) ) |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD., | ) ) ) ) ) |
| Defendants. | ) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Steven P. Berman to represent Janssen Pharmaceutica N.V., Janssen, L.P., and Synaptech, Inc. in the above-captioned matter.

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
Tel:  302-654-1888
Fax: 302-654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiffs*

Dated:  August 4, 2005

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Dated: August ___, 2005                                  _____
                                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and the Bar of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

　　　　　　　　　　　　　　　　　　　　　/s/ Steven P. Berman
　　　　　　　　　　　　　　　　　　　　　Steven P. Berman
　　　　　　　　　　　　　　　　　　　　　Office of General Counsel
　　　　　　　　　　　　　　　　　　　　　Johnson & Johnson
　　　　　　　　　　　　　　　　　　　　　One Johnson & Johnson Plaza
　　　　　　　　　　　　　　　　　　　　　New Brunswick, NJ 08933
　　　　　　　　　　　　　　　　　　　　　Tel: 732-524-2805
　　　　　　　　　　　　　　　　　　　　　Fax: 732-524-5866

Dated: August 2, 2005

DC: 1868759-2

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2005, the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | **HAND DELIVERY** |
| Daniel F. Attridge, P.C.<br>Kirkland & Ellis LLP<br>655 15th Street, N.W.<br>Washington, DC 20005-5793 | **VIA FEDERAL EXPRESS** |

/s/ John G. Day
_____
John G. Day