IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-356-KAJ |
| v. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD., | ) ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | ) : | SS: |
| COUNTY OF NEW CASTLE | ) | |

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, John G. Day, having been duly sworn according to law, deposes and says as follows:

1. I am associated with the firm of Ashby & Geddes and am an attorney of record for the plaintiff in this action.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and Article 5 of the Hague Convention, service of process upon defendant Teva Pharmaceuticals, Ltd. was effectuated in this action by the Israeli Directorate of Courts on July 20, 2005.

3. The original return of service provided by the Israeli Directorate of Courts is attached hereto as Exhibit A.

4. The foregoing is true and correct to the best of my knowledge, information and belief.

_____
John G. Day

SWORN TO AND SUBSCRIBED before me this 14th day of September, 2005.

_____
Notary Public

[Notary Seal: MICHELE L. KIPP, MY COMMISSION EXPIRES SEPT. 5, 2007, NOTARY PUBLIC, STATE OF DELAWARE]

Dated: September 14, 2005
160418.1