IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., AND SYNAPTECH, INC.<br><br>                Plaintiffs,<br><br>                v.<br><br>TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br><br>                Defendants. | C.A. No. 05-356-KAJ |

**NOTICE OF SERVICE**

The undersigned, counsel for defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. hereby certify that copies of Defendants Teva Pharmaceuticals USA, Inc.'s and Teva Pharmaceutical Industries Ltd.'s First Set of Requests For The Production of Document and Things To Plaintiffs Janssen Pharmaceutica N.V., Janssen, L.P., And Synaptech, Inc. were caused to be served on September 19, 2005 upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

    Steven J. Balick, Esquire
    John G. Day, Esquire
    Ashby & Geddes
    222 Delaware Avenue
    Wilmington, DE 19801

**BY FEDERAL EXPRESS**

    George F. Pappas, Esquire
    Covington & Burling
    1201 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on September 20, 2005 upon the following counsel of record in the manner indicated:

**BY CM/ECF AND HAND DELIVERY**

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>Wilmington, DE 19801

**BY FEDERAL EXPRESS**

>George F. Pappas, Esquire
>Covington & Burling
>1201 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen E. Keller
>
>Josy W. Ingersoll (No. 1088)
>John W. Shaw (No. 3362)
>Karen E. Keller (No. 4462)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6600
>
>Attorneys for Defendants

OF COUNSEL:

Daniel F. Attridge, P.C.
Edward C. Donovan
Karen M. Robinson
Corey J. Manley
KIRKLAND & ELLIS LP
655 15th Street N.W.
Washington, DC 20005-5793
(202) 879-5000

Dated: September 19, 2005