IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., AND SYNAPTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-356-KAJ |

## NOTICE OF SERVICE

The undersigned, counsel for Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries Ltd., hereby certify that copies of (1) Defendants Teva Pharmaceuticals USA, Inc.'s and Teva Pharmaceutical Industries Ltd.'s Rule 26(a) Initial Disclosures and (2) this Notice of Service were caused to be served on October 11, 2005 on the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE  19801

DB01:1872910.1                                                                                                                    058956.1018

**BY FEDERAL EXPRESS**

George F. Pappas, Esquire
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672

Attorneys for Teva Pharmaceuticals USA, Inc. and
Teva Pharmaceutical Industries Ltd.

OF COUNSEL:

Daniel F. Attridge, P.C.
Edward C. Donovan
Karen M. Rob inson
Corey J. Manley
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, DC 20005-5793
(202) 579-5000

Dated: October 11, 2005