IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., ) <br> JANSSEN, L.P., AND ) <br> SYNAPTECH, INC. ) <br> ) <br>          Plaintiffs, ) <br> ) <br>          v. ) <br> ) <br> TEVA PHARMACEUTICALS USA, INC., and ) <br> TEVA PHARMACEUTICAL INDUSTRIES ) <br> LTD., ) <br>          Defendants. | C.A. No. 05-356-KAJ |

**NOTICE OF SERVICE**

The undersigned, counsel for defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. hereby certify that copies of (1) Defendants Teva Pharmaceuticals USA, Inc.'s and Teva Pharmaceutical Industries Ltd.'s Responses to Plaintiffs' First Request for Admission, (2) Defendants Teva Pharmaceuticals USA, Inc.'s and Teva Pharmaceutical Industries Ltd.'s Responses to Plaintiffs' First Set of Requests for Documents and Things, and (3) Defendants Teva Pharmaceuticals USA, Inc.'s and Teva Pharmaceutical Industries Ltd.'s Responses to Plaintiffs' First Set of Interrogatories were caused to be served on October 11, 2005 upon the following counsel of record in the manner indicated below:

**BY FEDERAL EXPRESS**

        Steven J. Balick, Esquire
        John G. Day, Esquire
        Ashby & Geddes
        222 Delaware Avenue
        Wilmington, DE 19801

**BY FEDERAL EXPRESS**

>George F. Pappas, Esquire
>Covington & Burling
>1201 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on October 17, 2005 upon the following counsel of record in the manner indicated:

**BY CM/ECF AND HAND DELIVERY**

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>Wilmington, DE 19801

**BY FEDERAL EXPRESS**

>George F. Pappas, Esquire
>Covington & Burling
>1201 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Josy W. Ingersoll

Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4462)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600

Attorneys for Defendants

OF COUNSEL:

Daniel F. Attridge, P.C.
Edward C. Donovan
Karen M. Robinson
Corey J. Manley
KIRKLAND & ELLIS LP
655 15th Street N.W.
Washington, DC 20005-5793
(202) 879-5000

Dated: October 17, 2005