IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD. <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 05-356-KAJ ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 19th day of October, 2005, **PLAINTIFFS JANSSEN PHARMACEUTICA N.V.,'S JANSSEN, L.P.'S, AND SYNAPTECH, INC.'S OBJECTIONS AND RESPONSES TO DEFENDANTS TEVA PHARMACEUTICALS USA, INC.'S AND TEVA PHARMACEUTICAL INDUSTRIES LTD.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENT AND THINGS** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire <br> Young Conaway Stargatt & Taylor, LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE  19899-0391 | **HAND DELIVERY** |
| Daniel F. Attridge, P.C. <br> Kirkland & Ellis LLP <br> 655 15th Street, N.W. <br> Washington, DC  20005-5793 | **VIA FEDERAL EXPRESS** |

ASHBY & GEDDES

*/s/ Steven J. Balick*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel:  202-662-6000
Fax: 202-662-6291

Steven P. Berman
Office of General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933
Tel:  732-524-2805
Fax: 732-524-5866

Dated:  October 19, 2005
161252.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                        HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Daniel F. Attridge, P.C.                                          VIA FEDERAL EXPRESS
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC 20005-5793


/s/ *Steven J. Balick*
_____
Steven J. Balick