IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., AND SYNAPTECH, INC. <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 05-356-KAJ ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. hereby certify that copies of Defendants Teva Pharmaceuticals USA, Inc.'s and Teva Pharmaceutical Industries Ltd.'s First Set of Interrogatories to Plaintiffs Janssen Pharmaceutical N.V., Janssen, L.P., and Synaptech, Inc. were caused to be served on November 8, 2005 upon the following counsel of record in the manner indicated below:

**BY FEDERAL EXPRESS**

    Steven J. Balick, Esquire
    John G. Day, Esquire
    Ashby & Geddes
    222 Delaware Avenue
    Wilmington, DE 19801

**BY HAND DELIVERY**

George F. Pappas, Esquire
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on November 9, 2005 upon the following counsel of record in the manner indicated:

**BY CM/ECF AND HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

George F. Pappas, Esquire
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4462)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600

Attorneys for Defendants

OF COUNSEL:

Daniel F. Attridge, P.C.
Edward C. Donovan
Karen M. Robinson
Corey J. Manley
KIRKLAND & ELLIS LP
655 15th Street N.W.
Washington, DC 20005-5793
(202) 879-5000

Dated: November 9, 2005