IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | )<br>)<br>)<br>) | C.A. No. 05-356 (KAJ)<br>(consolidated) |

**DEFENDANT MYLAN'S RULE 12(c) MOTION FOR JUDGMENT
ON THE PLEADINGS DISMISSING PLAINTIFFS'
WILLFUL INFRINGEMENT CLAIM OR, IN THE ALTERNATIVE,
TO BIFURCATE AND STAY DISCOVERY ON SUCH CLAIM**

Defendants Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc. (collectively, "Mylan") move this Court pursuant to Federal Rule of Civil Procedure 12(c) to dismiss Plaintiffs' willful infringement claim or, in the alternative, to bifurcate and stay discovery on such claim. Mylan relies on the accompanying Memorandum in support of this motion.

Dated:  December 13, 2005       MYLAN PHARMACEUTICALS INC. and
                                MYLAN LABORATORIES INC.

                        By:  _____/s/ Mary B. Matterer_____
                             Mary B. Matterer # 2696
                             MORRIS JAMES HITCHENS & WILLIAMS LLP
                             222 Delaware Ave., 10th Floor
                             Wilmington, DE 19801
                             Telephone:  (302) 888-6800
                             mmatterer@morrisjames.com

*Of Counsel (admitted pro hac vice)*:
William A. Rakoczy
Christine J. Siwik
Amy D. Brody
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
Telephone:  (312) 527-2157
Facsimile:  (312) 222-6321
wrakoczy@rmmslegal.com

*Attorneys for Defendants/Counterclaim-Plaintiffs
Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION ) ) ) ) | C.A. No. 05-356 (KAJ) (consolidated) |

## ORDER

The Court having considered Defendants Mylan Pharmaceuticals Inc.'s and Mylan Laboratories Inc.'s Rule 12(c) Motion for Judgment on the Pleadings Dismissing Plaintiffs' Willful Infringement Claim or, in the Alternative, to Bifurcate and Stay Discovery on Such Claim and the parties' arguments in support and opposition thereof,

IT IS HEREBY ORDERED this ____ day of _____, 200_ that the motion is GRANTED.

_____
Kent A. Jordan, J.

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2005, I electronically filed the foregoing document, **DEFENDANT MYLAN'S RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS DISMISSING JANSSEN'S WILLFUL INFRINGEMENT CLAIM OR, IN THE ALTERNATIVE, TO BIFURCATE AND STAY DISCOVERY ON SUCH CLAIM**, with the Clerk of the Court using CM/ECF, which will send notification to the following:

| | |
|---|---|
| George F. Pappas (*gpappas@cov.com*) <br> Christopher N. Sipes (*csipes@cov.com*) <br> Jeffrey B. Elikan (*jelikan@cov.com*) <br> Laura H. McNeill (*lmcneill@cov.com*) <br> Joseph H. Huynh (*jhuynh@cov.com*) <br> Uma N. Everett (*ueverett@cov.com*) <br> Michael E. Paulhus (*mpaulhus@cov.com*) <br> William D.A. Zerhouni (*wzerhouni@cov.com*) <br> **COVINGTON & BURLING** <br> 1201 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20004-2401 <br> Telephone: (202) 662-6000 <br> Facsimile: (202) 662-6291 | John G. Day (*jday@ashby-geddes.com*) <br> Steven J. Balick (*sbalick@ashby-geddes.com*) <br> **ASHBY & GEDDES** <br> 222 Delaware Ave., 17th Fl. <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> Telephone: (302) 654-1888 <br> Facsimile: (302) 654-2067 |
| Steve P. Berman (*sberman@corus.jnj.com*) <br> Office of General Counsel <br> Johnson & Johnson <br> One Johnson & Johnson Plaza <br> New Brunswick, NJ 08933 <br> Telephone: (732) 524-2805 <br> Facsimile: (732) 524-5866 | |
| *Counsel for Plaintiffs Janssen Pharmaceutica N.V., Janssen, L.P. and Synaptech, Inc.* ||

| | |
|---|---|
| Frederick L. Cottrell, III *(cottrell@rlf.com)*<br>Anne Shea Gaza *(gaza@rlf.com)*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19801<br>Telephone: (302) 651-7509<br>Facsimile: (302) 651-7701 | Josy W. Ingersoll *(jingersoll@ycst.com)*<br>John W. Shaw *(jshaw@ycst.com)*<br>Adam W. Poff *(apoff@ycst.com)*<br>**YOUNG CONAWAY STARGATT & TAYLOR LLP**<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 |
| *Counsel for Defendant Alphapharm Pty Ltd.* | *Counsel for Defendants Teva Pharmaceuticals USA and Teva Pharmaceuticals Industries Ltd.* |
| John C. Phillips. Jr. *(jcp@pgslaw.com)*<br>Brian E. Farnan *(bef@pgslaw.com)*<br>**PHILLIPS, GOLDMAN & SPENCE, P.A.**<br>1200 N. Broom St.<br>Wilmington, DE 19806<br>Telephone: (302) 655-4200<br>Facsimile: (302) 655-4210 | Richard D. Kirk *(rkirk@bayardfirm.com)*<br>**THE BAYARD FIRM**<br>222 Delaware Ave., Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395 |
| *Counsel for Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.* | *Counsel for Defendants Purepac Pharmaceutical Co. and Alpharma Inc.* |
| Barbara S. Wahl *(wahl.barbara@arentfox.com)*<br>Richard J. Berman *(berman.richard@arentfox.com)*<br>D. Jacques Smith *(smith.jacques@arentfox.com)*<br>Janine A. Carlan *(carlanjanine@arentfox.com)*<br>John K. Hsu *(hsu.john@arentfox.com)*<br>**ARENT FOX PLLC**<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036-5339<br>Telephone: (202) 857-6000<br>Facsimile: (202) 857-6395 | Philip A. Rovner *(provner@potteranderson.com)*<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192 |
| *Counsel for Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.* ||

| | |
|---|---|
| Richard L. Horwitz (*rhorwitz@potteranderson.com*) David Ellis Moore (*dmoore@potteranderson.com*) **POTTER ANDERSON & CORROON LLP** Hercules Plaza P.O. Box 951 Wilmington, DE 19899 Telephone: (302) 984-6027 Facsimile: (302) 658-1192 | |
| ***Counsel for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*** | |

Additionally, I hereby certify that on the 13th day of December, 2005, the foregoing document was served via U.S. Mail and e-mail on the following non-registered participants:

| | |
|---|---|
| Alan Bernstein (*abernstein@crbcp.com*) Mona Gupta (*mgupta@crbcp.com*) **CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD.** 1635 Market Street, 11th Floor Philadelphia, PA 19103-2212 Telephone: (215) 567-2010 Facsimile: (215) 751-1142 | Daniel F. Attridge, P.C. (*dattridge@kirkland.com*) Edward C. Donovan (*edonovan@kirkland.com*) Karen M. Robinson (*krobinson@kirkland.com*) Corey J. Manley (*cmanley@kirkland.com*) **KIRKLAND & ELLIS LLP** 655 Fifteenth Street, N.W., Suite 1200 Washington, D.C. 20005-5793 Telephone: (202) 879-5000 Facsimile: (202) 879-5200 |
| ***Counsel for Defendant Alphapharm Pty Ltd.*** | ***Counsel for Defendants Teva Pharmaceuticals USA and Teva Pharmaceuticals Industries Ltd.*** |

| | |
|---|---|
| George C. Lombardi (*glombardi@winston.com*) Taras A. Gracey (*tgracey@winston.com*) Lynn M. Ulrich (*lulrich@winston.com*) Brian L. Franklin (*bfranklin@winston.com*) **WINSTON & STRAWN LLP** 35 West Wacker Dr. Chicago, IL 60601 Telephone: (312) 558-5000 Facsimile: (312) 558-5700 | Robert J. Gunther, Jr. (*robert.gunther@lw.com*) James P. Barabas (*james.barabas@lw.com*) **LATHAM & WATKINS LLP** 885 Third Ave., Suite 1000 New York, NY 10022-4802 Telephone: (212) 906-1200 Facsimile: (212) 751-4864 |
| ***Counsel for Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*** | ***Counsel for Defendants Purepac Pharmaceutical Co. and Alpharma Inc.*** |

| | |
|---|---|
| Stuart Sender (*ssender@budd-larner.com*)<br>**BUDD LARNER**<br>150 John F. Kennedy Parkway<br>Short Hills, NY 07078-0999<br>Telephone: (973) 315-4462<br>Facsimile: (973) 379-7734 | |
| ***Counsel for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*** | |

/s/ Mary B. Matterer
Mary B. Matterer # 2696
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com