IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) ) C.A. No. 05-356-KAJ ) (consolidated) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 14, 2005, copies of 1) PUREPAC PHARMACEUTICAL CO.'S AND ALPHARMA, INC.'S SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR ADMISSION; and 2) PUREPAC PHARMACEUTICAL CO.'S AND ALPHARMA, INC.'S SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST INTERROGATORY NO. 1 were served on the following counsel in the manner shown:

**By Email and Hand Delivery:**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

December 14, 2005

OF COUNSEL:
Robert J. Gunther, Jr.
James P. Barabas
**LATHAM & WATKINS LLP**
885 Third Avenue, Suite 1000
New York, New York 10022-4802
(212) 906-1200

**By Email and First Class Mail:**

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

**THE BAYARD FIRM**

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (RK0922)
Thomas H. Kovach (TK3964)
222 Delaware Avenue, Suite 9000
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com
tkovach@bayardfirm.com
*Attorneys for Defendants/Counterclaim-Plaintiffs Purepac Pharmaceutical Co. and Alpharma, Inc.*

604516v1