# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Mary B. Matterer
(302) 888-6960
mmatterer@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

December 16, 2005

**VIA E-FILING**

The Hon. Kent A. Jordan
USDC for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:    **In Re: '318 Patent Infringement Litigation
No. 05-356 (KAJ) (Consolidated) (D. Del.)**

Your Honor:

My firm, along with Rakoczy Molino Mazzochi Siwik LLP, represent Defendants Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc., in the captioned consolidated litigation. On behalf of all Defendants, we write in accordance with Section 4(f) of the current Scheduling Order and Your Honor's Civil Trial Procedures concerning a dispute that has arisen between the parties. As required, Defendants have scheduled a telephone conference with the Court to discuss this dispute. The Court has scheduled that call for December 20, 2005, at 10:00 a.m. EST. In general, this dispute relates to our letter submitted to the Court on November 10, 2005, concerning the proposed Stipulation Not to Contest Infringement (*see* D.I. 43), the subsequent filing of the Stipulation as executed by all parties (*see* D.I. 49), and Defendants' request for an earlier trial date in light of this, and other, significant concessions.

As Your Honor may recall, this Hatch-Waxman patent case concerns just two claims from a single method-of-use patent, which expires on December 14, 2008. When the parties appeared before the Court at the October 12, 2005 status conference, this consolidated case involved seven different ANDAs containing allegedly infringing products, as well as invalidity counterclaims. At the conference, the Court entered a discovery schedule ordering a 10-day bench trial now set for October 2007. Significantly, however, the Court indicated that a shorter discovery schedule and earlier trial date would be appropriate if the Defendants: (1) did not contest infringement; and (2) agreed to use common experts. More specifically, the Court engaged in the following exchange with defense counsel:

The Hon. Kent A. Jordan                    MORRIS, JAMES, HITCHENS & WILLIAMS LLP
December 16, 2005
Page 2

      MR. GRACEY [counsel for defendant Barr]: . . . The other thing is, I just want to indicate, if we come to the point, we defendants, whereby one or all of us concede that, yes, the ANDA would fall within these claims, thereby truncating any need for long delayed discovery on alleged infringement and it really just comes down to a validity case, I really think that would significantly speed up the trial date, particularly with it being a bench trial, and cut back the amount of discovery time.

      THE COURT: I don't disagree. Well, go ahead and surprise me. Because it would surprise me if – but I would be delighted to be surprised, Mr. Gracey, if everybody said, 'You know what? We confess infringement. This is only a validity case. We're going to cooperate with your experts. We're going to have combined experts.' *And then this case goes from a two-week bench trial to a three-or-four day bench trial, and you can bring it on in. Hey, we can do it in a year.*

(10/12/2005 Tr. at 28-29, D.I. 25 (emphasis added), Exhibit 1). Defendants now have done both of the things that the Court suggested would allow this litigation to proceed on an expedited basis, *i.e.*, Defendants have (1) filed a fully executed Stipulation Not to Contest Infringement; and (2) notified Plaintiffs that Defendants will use common experts in this litigation. In light of these significant concessions, Defendants set about preparing a revised Scheduling Order. While the Court had suggested that the case could be completed in as little as a year, Defendants did not propose such a schedule. Indeed, hoping to reach agreement with Plaintiffs, Defendants proposed a schedule very similar to the one that they offered back in October when this consolidated case involved seven individual infringement determinations.

      Under Defendants' revised Discovery Schedule, the deadline for completing all discovery is shortened by approximately six months, and the trial is moved up approximately seven and a half months, from October 2007 (as currently scheduled) to February 2007. (A copy of Defendants' proposed [Revised] Scheduling Order is attached as Exhibit 2 hereto.) Defendants believe that their proposed revisions to the current Scheduling Order are reasonable in light of the considerable concessions they that have made in an effort to expedite this Hatch-Waxman litigation. Twenty months is more than enough time to complete a case involving the validity of two claims from a single, 3-page method-of-use patent.[1] Equally as important, Defendants believe that their proposal is consistent with the Court's expectations, as suggested at the October 12 status hearing.

---

[1]  Plaintiffs brought suit in June 2005 and Defendants propose a February 2007 trial date.

The Hon. Kent A. Jordan                    MORRIS, JAMES, HITCHENS & WILLIAMS LLP
December 16, 2005
Page 3

    Defendants provided Plaintiffs with the proposal discussed above.  Despite having
Defendants' concessions in hand, Plaintiffs delayed responding for two weeks.  When they
ultimately did write back, Plaintiffs' response to Defendants' proposal indicated that Plaintiffs
lacked a genuine interest in attempting to advance this litigation.[2]  Specifically, Plaintiffs,
arguing that Defendants' proposal "unduly truncates discovery and other proceedings in this
case," proposed a revised schedule that would do little, if anything, to expedite this litigation,
even though the litigation now no longer involves seven infringement determinations.  For
example, Plaintiffs propose to shorten the deadline for fact discovery by just twenty-nine days
and the period for completing all discovery by less than two months; and to move the trial up by
less than a month and a half, to August 2007.   Plaintiffs otherwise propose to modify remaining
relevant dates in the Scheduling Order by only between one to two months.  Plaintiffs' proposal
would unduly prolong this substantially narrowed Hatch-Waxman litigation and, unlike
Defendants' proposal, is inconsistent with the Court's discussion at the October 12 status
conference.  (A copy of Plaintiffs' proposed [Revised] Scheduling Order is attached as Exhibit 3
hereto.)

    Defendants respectfully request that the Court enter their proposed [Revised] Scheduling
Order so that this ANDA litigation can reach an expeditious resolution, as contemplated by the
controlling statutory scheme.  For the Court's convenience, a chart summarizing relevant dates in
the current Scheduling Order, in addition to the parties' current positions for a revised Order, is
attached hereto as Exhibit 4.  We look forward to speaking with your Honor regarding these
matters on December 20.  Thank you for your consideration.

                  Respectfully,

                  Mary B. Matterer (#2969)

MBM/cdl
Enclosures

cc:    Clerk of the Court (via electronic filing)
       Service list – attached (via e-mail)

---

[2]  At Defendants' request, the parties also held a meet-and-confer teleconference on December 9, 2005,
but failed to reach agreement on terms for a truncated discovery schedule.  Counsel for Mylan contacted
the Court that afternoon to schedule a conference.

## SERVICE LIST

| |
|---|
| George F. Pappas *(gpappas@cov.com)* |
| Roderick R. McKelvie *(mckelvie@cov.com)* |
| Christopher N. Sipes *(csipes@cov.com)* |
| Jeffrey B. Elikan *(jelikan@cov.com)* |
| Laura H. McNeill *(lmcneill@cov.com)* |
| COVINGTON & BURLING |
| 1201 Pennsylvania Avenue, N.W. |
| Washington, D.C. 20004-2401 |
| Telephone:  (202) 662-6000 |
| Facsimile:  (202) 662-6291 |
| *Counsel for Plaintiffs Janssen Pharmaceutica N.V.,* |
| *Janssen, L.P. and Synaptech, Inc.* |

| |
|---|
| Alan Bernstein *(abernstein@crbcp.com)* (x124) |
| Mona Gupta *(mgupta@crbcp.com)* (x160) |
| CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD. |
| 1635 Market Street, 11th Floor |
| Philadelphia, PA 19103-2212 |
| Telephone:  (215) 567-2010 |
| Facsimile:  (215) 751-1142 |
| *Counsel for Defendant Alphapharm Pty Ltd.* |

| |
|---|
| Daniel F. Attridge, P.C. *(dattridge@kirkland.com)* |
| Edward C. Donovan *(edonovan@kirkland.com)* |
| Karen M. Robinson *(krobinson@kirkland.com)* |
| Corey J. Manley *(cmanley@kirkland.com)* |
| KIRKLAND & ELLIS LLP |
| 655 Fifteenth Street, N.W., Suite 1200 |
| Washington, D.C. 20005-5793 |
| Telephone:  (202) 879-5000 |
| Facsimile:  (202) 879-5200 |
| *Counsel for Defendants Teva Pharmaceuticals USA* |
| *and Teva Pharmaceuticals Industries Ltd.* |

| |
|---|
| George C. Lombardi *(glombardi@winston.com)* |
| Taras A. Gracey *(tgracey@winston.com)* |
| Lynn M. Ulrich *(lulrich@winston.com)* |
| Brian L. Franklin *(bfranklin@winston.com)* |
| WINSTON & STRAWN LLP |
| 35 West Wacker Dr. |
| Chicago, IL 60601 |
| Telephone:  (312) 558-5000 |
| Facsimile:  (312) 558-5700 |
| *Counsel for Defendants Barr Laboratories, Inc.* |
| *and Barr Pharmaceuticals, Inc.* |

Robert J. Gunther, Jr. *(robert.gunther@lw.com)*
James P. Barabas *(james.barabas@lw.com)*
**LATHAM & WATKINS LLP**
885 Third Ave., Suite 1000
New York, NY 10022-4802
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Counsel for Defendants Purepac Pharmaceutical Co.*
*and Alpharma Inc.*

---

Barbara S. Wahl *(wahl.barbara@arentfox.com)*
Richard J. Berman *(berman.richard@arentfox.com)*
D. Jacques Smith *(smith.jacques@arentfox.com)*
Janine A. Carlan *(carlanjanine@arentfox.com)*
John K. Hsu *(hsu.john@arentfox.com)*
**ARENT FOX PLLC**
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

*Counsel for Defendants Par Pharmaceutical, Inc.*
*and Par Pharmaceutical Companies, Inc.*

---

Stuart Sender *(ssender@budd-larner.com)*
**BUDD LARNER**
150 John F. Kennedy Parkway
Short Hills, NY 07078-0999
Telephone: (973) 315-4462
Facsimile: (973) 379-7734

*Counsel for Defendants Dr. Reddy's Laboratories, Inc.*
*and Dr. Reddy's Laboratories, Ltd.*

---

Steven J. Balick *(sbalick@ashby-geddes.com)*
John G. Day *(jday@ashby-geddes.com)*
**ASHBY & GEDDES**
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Counsel for Plaintiffs Janssen Pharmaceutica N.V.,*
*Janssen, L.P. and Synaptech, Inc.*

| |
|---|
| Anne Shea Gaza *(gaza@rlf.com)* |
| **RICHARDS, LAYTON & FINGER, P.A.** |
| One Rodney Square |
| Wilmington, DE 19801 |
| Telephone: (302) 651-7700 |
| Facsimile: (302) 784-7141 |
| *Counsel for Defendant Alphapharm Pty Ltd.* |

| |
|---|
| Josy W. Ingersoll *(jingersoll@ycst.com)* |
| **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| 1000 West Street, 17th Floor |
| Wilmington, DE 19801 |
| Telephone: (302) 571-6672 |
| Facsimile: (302) 576-3301 |
| *Counsel for Defendants Teva Pharmaceuticals USA and Teva Pharmaceuticals Industries Ltd.* |

| |
|---|
| John C. Phillips, Jr. *(jcp@pgslaw.com)* |
| **PHILLIPS GOLDMAN & SPENCE, P.A.** |
| 1200 North Broom Street |
| Wilmington, DE 19806 |
| Telephone: (302) 655-4200 |
| Facsimile: (302) 655-4210 |
| *Counsel for Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.* |

| |
|---|
| Richard D. Kirk *(rkirk@bayardfirm.com)* |
| **THE BAYARD FIRM** |
| 222 Delaware Avenue, 9th Floor |
| Wilmington, DE 19801 |
| Telephone: (302) 655-5000 |
| Facsimile: (302) 658-6395 |
| *Counsel for Defendants Purepac Pharmaceutical Co. and Alpharma Inc.* |

| |
|---|
| Philip A. Rovner *(provner@potteranderson.com)* |
| **POTTER ANDERSON & CORROON LLP** |
| 1313 North Market Street |
| Wilmington, DE 19801 |
| Telephone: (302) 984-6140 |
| Facsimile: (302) 658-1192 |
| *Counsel for Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.* |

Richard L. Horwitz *(rhorwitz@potteranderson.com)*
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6027
Facsimile: (302) 658-1192

*Counsel for Defendants Dr. Reddy's Laboratories, Inc.*
*and Dr. Reddy's Laboratories, Ltd.*