*In re: '318 Patent Infringement Litigation,*
*C.A. No. 05-356 (KAJ) (consolidated) (D. Del.)*

# EXHIBIT 1
# to Defendants' 12-16-05 Letter:

Excerpts of 10/12/2005 Transcript
of Scheduling Conference

```
                                                                    1

 1                  IN THE UNITED STATES DISTRICT COURT

 2                  IN AND FOR THE DISTRICT OF DELAWARE

 3                              - - -

   JANSSEN PHARMACEUTICA N.V.,
 4 JANSSEN, L.P., and SYNAPTECH, INC.,    : CIVIL ACTION
                                          :
 5                   Plaintiffs,          :
        v                                 :
 6                                        :
   TEVA PHARMACEUTICALS USA, INC., and    :
 7 TEVA PHARMACEUTICAL INDUSTRIES, LTD.,  :
                                          :
 8                   Defendants.          : NO. 05-356-KAJ
   ---------------------------------------
 9
   JANSSEN PHARMACEUTICA N.V.,            :
10 JANSSEN, L.P., and SYNAPTECH, INC.,    :
                                          :
11                   Plaintiffs,          :
        v                                 :
12                                        :
   MYLAN PHARMACEUTICALS, INC.,           :
13 and MYLAN LABORATORIES, INC.           :
                                          :
14                   Defendants.          : NO. 05-371-KAJ
   ---------------------------------------
15 JANSSEN PHARMACEUTICA N.V.,            :
   JANSSEN, L.P., and SYNAPTECH, INC.,    :
16                                        :
                     Plaintiffs,          :
17      v                                 :
                                          :
18 DR. REDDY'S LABORATORIES, INC.,        :
   and DR. REDDY'S LABORATORIES, LTD.,    :
19                                        :
                     Defendants.          : NO. 05-380-KAJ
20
                              - - -
21
                        Wilmington, Delaware
22         Wednesday, October 12, 2005 at 9:00 o'clock, a.m.
                       SCHEDULING CONFERENCE
23
                              - - -
24
   BEFORE:        HONORABLE KENT A. JORDAN, U.S.D.C.J.
25
                              - - -
```

```
 1   ------------------------------------
     JANSSEN PHARMACEUTICA N.V.,          : CIVIL ACTION
 2   JANSSEN, L.P., and SYNAPTECH, INC.,  :
                                          :
 3               Plaintiffs,              :
          v                               :
 4                                        :
     BARR LABORATORIES, INC., and         :
 5   BARR PHARMACEUTICALS INC.            :
                                          :
 6               Defendants.              : NO. 05-381-KAJ
                                          :
 7   ------------------------------------
     JANSSEN PHARMACEUTICA N.V.,          :
 8   JANSSEN, L.P., and SYNAPTECH, INC.,  :
                                          :
 9               Plaintiffs,              :
          v                               :
10                                        :
     PUREPAC PHARMACEUTICALS CO.          :
11   and ALPHARMA, INC.,                  :
                                          :
12               Defendants.              : NO. 05-382-KAJ
     ------------------------------------
13   JANSSEN PHARMACEUTICA N.V.,          :
     JANSSEN, L.P., and SYNAPTECH, INC.,  :
14                                        :
                 Plaintiffs,              :
15                                        :
            v.                            :
16                                        :
     ALPHARMA PTY., LTD.,                 :
17                                        :
                 Defendant.               : NO. 05-420-KAJ
18   ------------------------------------
     JANSSEN PHARMACEUTICA N.V.,          :
19   JANSSEN, L.P., and SYNAPTECH, INC.,  :
                                          :
20               Plaintiffs,              :
                                          :
21          v.                            :
                                          :
22   PAR PHARMACEUTICAL, INC. and PAR     :
     PHARMACEUTICAL COMPANIES, INC.,      :
23                                        :
                 Defendants.              : NO. 05-451-KAJ
24
     ------------------------------------
25
```

```
 1   APPEARANCES:

 2
             ASHBY & GEDDES
 3           BY:   STEVEN J. BALICK, ESQ.

 4               -and-

 5           COVINGTON & BURLING
             BY:   GEORGE F. PAPPAS, ESQ.,
 6                 LAURA H. McNEILL, ESQ.
                   (Washington, District of Columbia)
 7
                 -and-
 8
             JOHNSON & JOHNSON
 9           OFFICE OF THE GENERAL COUNSEL
             BY:   STEVEN P. BERMAN, ESQ.
10                 (New Brunswick, New Jersey)

11                    Counsel for Janssen Pharmaceutica
                      N.V., Janssen, L.P. and Synaptech Inc.
12

13           YOUNG CONAWAY STARGATT & TAYLOR
             BY:   JOHN W. SHAW, ESQ.
14
                 -and-
15
             KIRKLAND & ELLIS, LLP
16           BY:   EDWARD C. DONOVAN, ESQ.
                   (Washington, District of Columbia))
17
                      Counsel for Teva Pharmaceuticals
18                    USA, Inc. and Teva Pharmaceutical
                      Industries, Ltd.
19

20           MORRIS JAMES HITCHENS & WILLIAMS, LLP
             BY:   MARY MATTERER, ESQ.
21
                 -and-
22
             RAKOCZY MOLINO MAZZOCHI SIWIK
23           BY:   WILLIAM RAKOCZY, ESQ.
                   (Chicago, Illinois)
24
                      Counsel for Mylan Pharmaceuticals,
25                    Inc. and Mylan Laboratories, Inc.
```

```
 1   APPEARANCES: (Continued)

 2


 3            POTTER ANDERSON & CORROON
              BY:  RICHARD L. HORWITZ, ESQ.
 4
                 -and-
 5
              BUDD LARNER
 6            BY:  STUART D. SENDER, ESQ.
                  (Short Hills, New Jersey)
 7
                      Counsel for Dr. Reddy's Laboratories,
 8                    Inc. and Dr. Reddy's Laboratories Ltd.

 9


10            RICHARDS LAYTON & FINGER
              BY:  FREDERICK L. COTTRELL, III, ESQ.
11
                 -and-
12
              CAESAR RIVISE BERNSTEIN COHEN & POKOTILOW, LTD.
13            BY:  ALAN H. BERNSTEIN, ESQ., and
                   MONA GUPTA, ESQ.
14                (Philadelphia, Pennsylvania)

15                    Counsel for Alpharma Pty., Ltd.

16

              PHILLIPS GOLDMAN & SPENCE, P.A.
17            BY:  JOHN C. PHILLIPS, JR., ESQ.

18               -and-

19            WINSTON & STRAWN, LLP
              BY:  TARAS ALEXANDER GRACEY, ESQ., and
20                 LYNN M. URLICH, ESQ.
                  (Chicago, Illinois)
21
                      Counsel for Barr Laboratories, Inc.
22                    and Barr Pharmaceuticals Inc.

23
              THE BAYARD FIRM
24            BY:  RICHARD D. KIRK, ESQ.

25                    Counsel for Purepac Pharmaceutical Co.
                      and Alphapharma Inc.
```

```
 1   APPEARANCES:  (Continued)

 2

 3              POTTER ANDERSON & CORROON
                BY:  PHILIP A. ROVNER, ESQ.
 4
                     -and-
 5
                ARENT FOX PLLC
 6              BY:  JANINE A. CARLAN, ESQ., and
                     JOHN K. HSU, ESQ.
 7                   (Washington, District of Columbia)

 8                        Counsel for Par Pharmaceutical, Inc.
                          and Par Pharmaceutical Companies, Inc.
 9

10
                          Brian P. Gaffigan
11                        Registered Merit Reporter

12

13                         - oOo -

14                    P R O C E E D I N G S

15         (REPORTER'S NOTE:  The following scheduling

16   conference was held in open court, beginning at 9:00 a.m.)

17         THE COURT:  Good morning.  Please be seated.

18         (The attorneys respond, "Good morning, Your

19   Honor.")

20         THE COURT:  Thanks for all coming up to visit

21   this morning.  Let's go ahead and do some introductions.

22         MR. BALICK:  Your Honor, good morning.  Playing

23   to a packed house, I see.

24         THE COURT:  Yes.

25         MR. BALICK:  Your Honor, from the Covington &
```

1  one individual from Mylan who purports to have any knowledge
2  of why they filed this case.  So if that is what we're up
3  against, that is one story.  If, on the other hand, we begin
4  to get disclosures of parties, individuals who really have
5  knowledge, then we'll be able to move this thing along.  So
6  we'll just take it as we can.  Hopefully, we'll get that
7  kind of cooperation.
8          THE COURT:  Yes, I always try to be an optimist
9  at the outset.
10         MR. PAPPAS:  I am, too, at the outset.
11         THE COURT:  Yes.
12         MR. PHILLIPS:  Your Honor, just one quick
13 point.  I mean there is nothing that would have prevented
14 the plaintiffs from initiating the foreign discovery well
15 before now, so some of that burden is theirs to bear also.
16 But moving on, I don't want to nitpick at it.
17         THE COURT:  Good.
18         MR. PHILLIPS:  I'd like to introduce Taras
19 Gracey who has been admitted pro hac.
20         THE COURT:  All right.  Mr. Gracey.
21         MR. GRACEY:  Hi, judge.  I just wanted to clear
22 up a couple of points.  Yes, there are 13 parties but, for
23 instance, Barr Laboratories filed the ANDA, and it and its
24 parent, Par Pharmaceuticals were both named, so in reality
25 there are seven parties.

1          The other thing is, I just want to indicate,
2  if we come to the point, we defendants, whereby one or all
3  of us concede that, yes, the ANDA would fall within these
4  claims, thereby truncating any need for long delayed
5  discovery on alleged infringement and it really just comes
6  down to a validity case, I really think that would
7  significantly speed up the trial date, particularly with it
8  being a bench trial, and cut back the amount of discovery
9  time.
10          THE COURT: I don't disagree. Well, go ahead
11 and surprise me. Because it would surprise me if -- but I
12 would be delighted to be surprised, Mr. Gracey, if everybody
13 said, "You know what? We confess infringement. This is
14 only a validity case. We're going to cooperate with your
15 experts. We're going to have combined experts." And
16 then this case goes from a two-week bench trial to a
17 three-or-four day bench trial, and you can bring it on in.
18 Hey, we can do it in a year.
19          MR. GRACEY: Okay. I just wanted to make sure.
20          THE COURT: Let me interrupt and say I don't
21 think the plaintiffs would have a problem with that.  I
22 think the plaintiffs would be delighted, and so would I.
23          MR. GRACEY: Well, the problem is delay benefits
24 the plaintiffs. They keep their monopoly going, they keep
25 making money if they push us out to 2008.