*In re: '318 Patent Infringement Litigation,*
*C.A. No. 05-356 (KAJ) (consolidated) (D. Del.)*

# EXHIBIT 4
# to Defendants' 12-16-05 Letter:

Chart summarizing relevant dates in current Scheduling Order and proposed revised dates

## Summary of Parties' Revised Scheduling Order Proposals[1]

| | Current Deadline (See 10/21/2004 Scheduling Order, D.I. 30) | Defendants' Proposal | Plaintiffs' Proposal |
|---|---|---|---|
| Joinder of Parties/ Pleading Amendments (Section 2) | • Six (6) months before close of fact discovery | • Two (2) months before close of fact discovery | • Six (6) months before close of fact discovery |
| Cut Off for All Discovery (Section 4(d)) | • 2/16/2007 | • 7/28/2006 | • 12/22/2006 |
| Fact Discovery Cut Off (Section 4(d)) | • 8/30/2006 | • 4/14/2006 | • 8/1/2006 |
| Cut Off for Commencing Expert Discovery (Section 4(d)) | • 10/4/2006 | • 5/10/2006 | • 8/8/2006 |
| Expert Discovery Cut Off (Section 4(d)) | • 2/16/2007 | • 7/28/2006 | • 12/22/2006 |
| Expert Disclosures (Section 4(e)) | • Opening report 135 days before completion of all discovery (i.e., on or before 10/4/2006)<br><br>• Response reports 74 days before completion of all discovery (i.e., on or before 12/4/2006)<br><br>• Reply reports 45 days before completion of all discovery (i.e., on or before 1/2/2007) | • Opening reports on or before 5/10/2006<br><br>• Response reports on or before 5/31/2006<br><br>• Reply reports on or before 6/21/2006 | • Opening reports on or before 8/8/2006<br><br>• Response reports on or before 10/9/2006<br><br>• Reply reports on or before 11/9/2006 |
| Interim Status Reports (Section 8) | • 3/7/2006<br><br>• 12/6/2006 | • 1/6/2006<br><br>• 5/2/2006 | • 1/27/2006<br><br>• 10/27/2006 |
| Status Conferences (Section 9) | • 3/14/2006<br><br>• 12/13/2006 | • 1/17/2006<br><br>• 5/9/2006 | • 2/3/2006<br><br>• 11/3/2006 |
| Tutorial (Section 10) | • 8/1/2006 (either in person or by videotape) | • 3/21/2006 (either in person or by videotape) | • 6/1/2006 (either in person or by videotape) |

---

[1] This summary addresses only those sections of the original Scheduling Order entered by the Court on October 21, 2005, in which the parties propose to modify dates.

|  | **Current Deadline** (*See 10/21/2004 Scheduling Order, D.I. 30*) | **Defendants' Proposal** | **Plaintiffs' Proposal** |
|---|---|---|---|
| **Dispositive Motions (Section 11)** | • Opening briefs on or before 3/16/2007<br><br>• Answering briefs on or before 4/13/2007<br><br>• Reply briefs on or before 5/1/2007 | • Opening briefs on or before 8/18/2006<br><br>• Answering briefs on or before 9/8/2006<br><br>• Reply briefs on or before 9/22/2006 | • Opening briefs on or before 1/30/2007<br><br>• Answering briefs on or before 2/27/2007<br><br>• Reply briefs on or before 3/20/2007 |
| **Claim Construction Briefs (Section 13)** | • 3/16/2007 | • 8/18/2006 | • 1/30/2007 |
| **Hearing on Dispositive Motions/*Markman* Hearing (Section 14)** | • 5/7/2007 | • 9/28/2006 | • 3/27/2007 |
| **Pre-Trial Conference and Order (Section 16)** | • 9/7/2007, with Final Pretrial Order by 8/7/2007 | • 1/22/2007, with Final Pretrial Order by 12/21/2006 | • 7/27/2007, with Final Pretrial Order by 6/27/2007 |
| **Trial (Section 19)** | • 10/9/2007 | • 2/19/2007 | • 8/27/2007 |