# EXHIBIT B

WYETH-AYERST **W** RESEARCH

May 19, 1988

Dr. Bonnie M. Davis
17 Seacrest Drive
Huntington, New York 11743

Dear Dr. Davis:

    Thank you for your letter of April 29th, 1988. I forwarded your letter to Dr. Eric Muth, head of the CNS Subdivision at Wyeth-Ayerst. He informed me that his CNS group had already reviewed your materials a few months ago, and they did not express interest in this product. There is still skepticism regarding the success of cholinesterase inhibitors in the treatment of senile dementia.

    In the event of new encouraging data becoming available in the future, Wyeth-Ayerst may re-open discussions with you.

    Thank you for giving me the opportunity to review your materials.

    Best regards.

Sincerely,

Magid Abou-Gharbia, Ph.D.
Assistant Director
Medicinal Chemistry

MAG:mw

cc:    Dr. Muth
       Dr. Cressman
       Dr. Jensen
       Dr. Yardley