IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) <br> ) C.A. No. 05-356 (KAJ) <br> ) (consolidated) |

**DEFENDANTS PUREPAC PHARMACEUTICAL CO.'S AND ALPHARMA INC.'S RULE 12(C) MOTION AND JOINDER IN MOTION FOR JUDGMENT ON THE PLEADINGS DISMISSING PLAINTIFFS' WILLFUL INFRINGEMENT CLAIM OR, IN THE THE ALTERNATIVE, TO BIFURCATE AND STAY DISCOVERY ON SUCH CLAIM**

Defendants Purepac Pharmaceutical Co. and Alpharma, Inc., by and through their undersigned counsel, hereby move this Court pursuant to Fed. R. Civ. P. 12(c) for an Order substantially in the form attached hereto dismissing Plaintiffs' willful infringement claim or, in the alternative, to bifurcate and stay discovery on such claim. Defendants Purepac Pharmaceutical Co. and Alpharma, Inc. join in Defendant Mylan's Rule 12(c) Motion for Judgment on the Pleadings Dismissing Plaintiffs' Willful Infringement Claim or, in the Alternative, to Bifurcate and Stay Discovery on Such Claim (D.I. 57) and incorporate by reference herein the Motion, Memorandum (D.I. 58) and Compendium (D.I. 59) in support of the Motion filed by Defendant Mylan. The issues raised in both motions are identical.

December 28, 2005

OF COUNSEL:
Robert J. Gunther, Jr.
James P. Barabas
**LATHAM & WATKINS LLP**
885 Third Avenue, Suite 1000
New York, New York 10022-4802
(212) 906-1200

**THE BAYARD FIRM**

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
222 Delaware Avenue, Suite 9000
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com
*Attorneys for Defendants/Counterclaim-Plaintiffs Purepac Pharmaceutical Co. and Alpharma, Inc.*

612733v1
NY\1097968.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) <br> ) C.A. No. 05-356 (KAJ) <br> ) (consolidated) |

### ORDER

The Court having considered Defendants Purepac Pharmaceutical Co. and Alpharma, Inc.'s Rule 12(c) Motion for Judgment on the Pleadings Dismissing Plaintiffs' Willful Infringement Claim or, in the Alternative, to Bifurcate and Stay Discovery on Such Claim and the parties' arguments in support and opposition thereof,

IT IS HEREBY ORDERED this ____ day of _____, 200_ that the Motion is GRANTED.

_____
United States District Court Judge

612733v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on December 28, 2005, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Frederick L. Cottrell, III
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John C. Philips, Jr.
Philllips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

612880v1

The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

Daniel F. Attridge
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC 20005-5793

Stuart D. Sender
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078

George C. Lombardi
Winson & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

Alan H. Bernstein
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA 19103

Barbara S. Wahl
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Amy D. Brody
Rakoczy Molino Mazzochi Siwik LLP
6 W. Hubbard Street, Suite 500
Chicago, IL 60610

/s/ Richard D. Kirk (rk0922)

612880v1

- 2 -