## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) )  C. A. No. 05-356 (KAJ) ) (consolidated) |

### DEFENDANTS DR. REDDY'S LABORATORIES, INC. AND DR. REDDY'S LABORATORIES, LTD.'S RULE 12(C) MOTION AND JOINDER IN MOTION FOR JUDGMENT ON THE PLEADINGS DISMISSING PLAINTIFFS' WILLFUL INFRINGEMENT CLAIM OR, IN THE ALTERNATIVE, TO BIFURCATE AND STAY DISCOVERY ON SUCH CLAIM

Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd., by and through their undersigned counsel, hereby move this Court pursuant to Fed. R. Civ. P. 12(c) for an Order substantially in the form attached hereto dismissing Plaintiffs' willful infringement claim or, in the alternative, to bifurcate and stay discovery on such claim.  Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. join in Defendant Mylan's Rule 12(c) Motion for Judgment on the Pleadings Dismissing Plaintiffs' Willful Infringement Claim or, in the Alternative, to Bifurcate and Stay Discovery on Such Claim (D.I. 57) and incorporate by reference herein the Motion, Memorandum (D.I. 58) and Compendium (D.I. 59) in support of the Motion filed by Defendant Mylan.  The issues raised in both motions are identical.

OF COUNSEL:

Stuart Sender
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
Tel: (973) 379- 4800

Dated: December 28, 2005

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
　　 Richard L. Horwitz (#2246)
　　 David E. Moore (#3983)
　　 Hercules Plaza 6th Floor
　　 1313 N. Market Street
　　 Wilmington, DE  19899
　　 Tel: (302) 984-6000
　　 rhorwitz@potteranderson.com
　　 dmoore@potteranderson

*Attorneys for Defendants/Counterclaim Plaintiffs*

712894

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on December 28, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE  19899 | Mary B. Matterer<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE  19801 |
| John W. Shaw<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899-0391 | Richard D. Kirk<br>The Bayard Firm<br>222 Delaware Avenue, Suite 9000<br>Wilmington, DE  19899 |
| Philip A. Rovner<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19807 | Frederick L. Cottrell, III<br>Steven J. Fineman<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE  19899-0551 |
| John C. Phillips, Jr.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806 | |

I hereby certify that on December 28, 2005, I have Federal Expressed the documents to the following non-registered participants:

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC  20004

Stuart D. Sender
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ  07078

Alan H. Bernstein
Caesar, Rivise, Bernstein, Cohen &
    Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA  19103

Amy D. Brody
Rakoczy Molino Mazzochi Siwik LLP
6. W. Hubbard Street, Suite 500
Chicago, IL  60610

Daniel F. Attridge
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC  20005-5793

George C. Lombardi
Winson & Strawn, LLP
35 West Wacker Drive
Chicago, IL  60601

Barbara S. Wahl
Arent Fox PLLC
1050 Connecticut Ave., NW
Washington, DC  20036-5339

By:   */s/ David E. Moore*
         Richard L. Horwitz
         David E. Moore
         Hercules Plaza, 6th Floor
         1313 N. Market Street
         Wilmington, DE 19899-0951
         (302) 984-6000
         rhorwitz@potteranderson.com
         dmoore@potteranderson.com

712900