**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
|  | ) |  |
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) | C. A. No. 05-356 (KAJ) |
|  | ) | (consolidated) |

## **ORDER**

The Court having considered Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.'s Rule 12(c) Motion for Judgment on the Pleadings Dismissing Plaintiffs' Willful Infringement Claim or, in the Alternative, to Bifurcate and Stay Discovery on Such Claim and the parties' arguments in support and opposition thereof,

IT IS HEREBY ORDERED this ____ day of _____, 200__ that the Motion is GRANTED.

_____
United States District Court Judge