IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION ) | C. A. No. 05-356 (KAJ) |
| ) | (consolidated) |

### DEFENDANTS PAR PHARMACEUTICAL, INC.'S AND PAR PHARMACEUTICAL COMPANIES, INC.'S MOTION AND JOINDER IN DEFENDANTS MYLAN PHARMACEUTICALS INC.'S AND MYLAN LABORATORIES INC.'S RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS DISMISSING PLAINTIFFS' WILLFUL INFRINGEMENT CLAIM OR, IN THE ALTERNATIVE, TO BIFURCATE AND STAY DISCOVERY ON SUCH CLAIM

Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. ("Par"), hereby move this Court pursuant to Fed. R. Civ. P. 12(c) for an Order substantially in the form attached hereto dismissing Plaintiffs' willful infringement claim or, in the alternative, to bifurcate and stay discovery on such claim. Par joins in and incorporates by reference defendants Mylan Pharmaceuticals Inc.'s and Mylan Laboratories Inc.'s Rule 12(c) Motion for Judgment on the Pleadings Dismissing Plaintiffs' Willful Infringement Claim or, in the Alternative, to Bifurcate and Stay Discovery on Such Claim (D.I. 57) as if fully set forth herein.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:
Barbara S. Wahl
Richard J. Berman
D. Jacques Smith
Janine A. Carlan
John K. Hsu
ARENT FOX PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036
202-857-6000

By: /s/ Philip A. Rovner
    Philip A. Rovner (# 3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899-0951
    302-984-6000
    E-mail: provner@potteranderson.com

    Attorneys for Defendants
Dated: December 29, 2005
711327
    Par Pharmaceutical, Inc. and
    Par Pharmaceutical Companies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on December 29, 2005, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following as indicated and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

| | |
|---|---|
| Steven J. Balick, Esq. | Josy W. Ingersoll, Esq. |
| John G. Day, Esq. | John W. Shaw, Esq. |
| Ashby & Geddes | Karen E. Keller, Esq. |
| 222 Delaware Avenue | Young Conaway Stargatt & Taylor, LLP |
| 17th Floor | The Brandywine Building |
| Wilmington, DE 19899 | 1000 West Street, 17th Floor |
| sbalick@ashby-geddes.com | P. O. Box 391 |
| jday@ashby-geddes.com | Wilmington, DE 19899-0391 |
| | jingersoll@ycst.com |
| | jshaw@ycst.com |
| | kkeller@ycst.com |
| | |
| Mary B. Matterer, Esq. | Richard L. Horwitz, Esq. |
| Morris James Hitchens & Williams LLP | Potter Anderson & Corroon LLP |
| 222 Delaware Avenue, 10th Floor | P.O. Box 951 |
| Wilmington, DE 19801 | Hercules Plaza |
| mmatterer@morrisjames.com | Wilmington, DE 19899 |
| | rhorwitz@potteranderson.com |
| | |
| John C. Phillips, Jr., Esq. | Richard D. Kirk, Esq. |
| Brian E. Farnan, Esq. | Thomas H. Kovach, Esq. |
| Phillips, Goldman & Spence, P.A. | The Bayard Firm |
| 1200 N. Broom Street | 222 Delaware Avenue, Suite 900 |
| Wilmington, DE 19806 | Wilmington, DE 19899 |
| jcp@pgslaw.com | rkirk@bayardfirm.com |
| bef@pgslaw.com | tkovach@bayardfirm.com |

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
cottrell@rlf.com
gaza@rlf.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com