IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., <br><br> Defendants/Counterclaim-Plaintiffs. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Consolidated C.A. No. 05-356 (KAJ) <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF DEPOSITION FOR LESTER HORWITZ

TO:   Steven J. Balick
      ASHBY & GEDDES
      222 Delaware Avenue, 17th Floor
      Wilmington, DE 19801

      George F. Pappas
      COVINGTON & BURLING
      1201 Pennsylvania Avenue
      Washington, D.C. 20004

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants, by and through their attorneys, hereby give notice of their intention, to take the deposition upon oral examination on the date indicated of:

1. Lester Horwitz on January 17, 2006

The deposition will commence at the time, date and place indicated on the attached subpoena or at such other time and place as may be agreed to among counsel. The deposition will be taken before a notary public or other officer authorized to administer the oath under law, and will continue day to day until completed with adjournments as to time and place

that may be necessary. The deposition may be recorded by videographic and/or stenographic means.

If counsel for Plaintiffs has any questions regarding this Notice, you are invited to contact any counsel for Defendants to discuss this matter.

**Dated**: January 4, 2006

By: _/s/ Brian E. Farnan_

BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC.

John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom St.
Wilmington, DE 19806
Tele: (302) 655-4200
Fax: (302) 655-4210
JCP@pgslaw.com

and

George C. Lombardi
Taras A. Gracey
Lynn M. Ulrich
Brian L. Franklin
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tele: (312) 558-5600
Fax: (312) 558-5700
lulrich@winston.com

*Attorneys for Defendants/Counterclaim-Plaintiffs Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*