## CERTIFICATE OF SERVICE

I, Brian E. Farnan, certify that I am an attorney admitted to practice in the United States District Court for the District of Delaware and that I have caused a true and correct copy of the foregoing Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Notice of Deposition to be served this 4th day of January, 2006, upon the following counsel of record as indicated below:

<u>Via Hand Delivery</u>
Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

<u>Via Federal Express and Facsimile</u>
George F. Pappas
Christopher N. Sipes
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

BRIAN E. FARNAN, ESQ. (#4089)