IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) ) ) ) ) ) C.A. No. 05-356 (KAJ) (consolidated) |

**DEFENDANTS BARR LABORATORIES, INC. AND BARR PHARMACEUTICALS, INC.'S RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS DISMISSING PLAINTIFFS' WILLFUL INFRINGEMENT CLAIM OR, IN THE ALTERNATIVE, TO BIFURCATE AND STAY DISCOVERY ON SUCH CLAIM**

Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc., by and through their undersigned counsel, hereby move this Court pursuant to Fed. R. Civ. P. 12(c) for an Order substantially in the form attached hereto dismissing Plaintiffs' willful infringement claim or, in the alternative, to bifurcate and stay discovery on such claim. Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc. join in Defendant Mylan's Rule 12(c) Motion for Judgment on the Pleadings Dismissing Plaintiff's Willful Infringement Claim or, in the Alternative, to Bifurcate and Stay Discovery on such Claim (D.I. 57) and incorporate by reference herein the Motion, Memorandum (D.I. 58) and Compendium (D.I. 59) in support of the Motion filed by Defendant Mylan. The reasons for disposition raised by Mylan apply equally to Barr Laboratories Inc. and Barr Pharmaceuticals, Inc. As Mylan stated, the binding decision by the Federal Circuit in *Glaxo Group Ltd. v. Apotex, Inc.*, 376 F.3d 1339 (Fed. Cir. 2004) and the recent Delaware cases are dispositive. *See Glaxo*, 376 F.3d at 1350-51 (holding that "the mere fact that a company has filed an ANDA application or certification cannot support a finding of willful infringement for purposes of awarding attorney's fees").

Respectfully submitted,

**Dated**: January 9, 2006

BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC.

By: _____
John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom St.
Wilmington, DE 19806
Tele: (302) 655-4200
Fax: (302) 655-4210
JCP@pgslaw.com

and

George C. Lombardi
Taras A. Gracey
Lynn M. Ulrich
Brian L. Franklin
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tele: (312) 558-5600
Fax: (312) 558-5700
lulrich@winston.com

*Attorneys for Defendants/Counterclaim-Plaintiffs Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*