IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) <br> ) <br> ) C.A. No. 05-356 (KAJ) (consolidated) <br> ) <br> ) |

### ORDER

The Court having considered Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.'s Rule 12(c) Motion for Judgment on the Pleadings Dismissing Plaintiff's Willful Infringement Claim or, in the Alternative, to Bifurcate and Stay Discovery on Such Claim and the parties' arguments in support and opposition thereof,

IT IS HEREBY ORDERED this ____ day of _____, 200__ that the Motion is GRANTED.

_____
**UNITED STATES DISTRICT COURT JUDGE**