IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) <br> ) C.A. No. 05-356 (KAJ) <br> ) (consolidated) |

**DEFENDANTS TEVA PHARMACEUTICALS USA, INC. AND TEVA PHARMACEUTICAL INDUSTRIES LTD., RULE 12(C) MOTION AND JOINDER IN MOTION FOR JUDGMENT ON THE PLEADINGS DISMISSING PLAINTIFFS' WILLFUL INFRINGEMENT CLAIM OR, IN THE ALTERNATIVE, TO BIFURCATE AND STAY DISCOVERY ON SUCH CLAIM**

Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd., ("Teva"), by and through its undersigned counsel, hereby moves this Court pursuant to Fed. R. Civ. P. 12(c) for an Order substantially in the form attached hereto dismissing Plaintiffs' willful infringement claim or, in the alternative, to bifurcate and stay discovery on such claim. Teva joins in Defendant Mylan's Rule 12(c) Motion for Judgment on the Pleadings Dismissing Plaintiffs' Willful Infringement Claim or, in the Alternative, to Bifurcate and Stay Discovery on Such Claim (D.I. 57) and incorporates by reference herein the Motion (D.I. 57), Memorandum (D.I. 58) and Compendium (D.I. 59) in support of the Motion filed by Defendant Mylan. The issues raised in both motions are identical.

/s/ Karen E. Keller
Josy W. Ingersoll (Bar No. 1088)
John W. Shaw (Bar No. 3362)
Karen E. Keller (Bar No. 4489)
**YOUNG CONAWAY STARGATT
& TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600

RLF1-2957306-1

Daniel F. Attridge, P.C.
Edward C. Donovan
Karen M. Robinson
Corey J. Manley
**KIRKLAND & ELLIS LLP**
655 15th Street, N.W.
Washington, DC 20005-5793
(202) 879-5000

*Attorneys for Teva Pharmaceuticals USA, Inc.
and Teva Pharmaceutical Industries Ltd.*

Dated: January 10, 2006

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on January 10, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>Wilmington, DE 19801

I further certify that on January 10, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>George F. Pappas, Esquire
>Covington & Burling
>1201 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Karen E. Keller*
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>kkeller@ycst.com
>
>Attorneys for Defendants

DB01:1626633.1