## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE: '318 PATENT INFRINGEMENT
LITIGATION

)
)
)
)

Civil Action No. 05-356-KAJ
(consolidated)

### PLAINTIFFS' ANSWERING MEMORANDUM IN
### OPPOSITION TO CERTAIN DEFENDANTS' MOTIONS FOR
### JUDGMENT ON THE PLEADINGS OR TO BIFURCATE PROCEEDINGS

On December 13, 2005, Defendant Mylan filed a motion for judgment on the

pleadings under Rule 12(c) of the Federal Rules of Civil Procedure seeking dismissal of

Plaintiffs' willfulness allegations, or in the alternative, the bifurcation of willfulness from

liability and a stay of discovery on willfulness. (D.I. 57-59). Plaintiffs opposed Mylan's motion

on January 9, 2006, arguing that Mylan's motion for dismissal of willfulness is precluded by

controlling Federal Circuit case law and that bifurcation is not warranted. (D.I. 76).

Since Mylan filed its motion, the other defendants in these consolidated cases –

Alphapharm, Barr, Dr. Reddy's Laboratories, Par, Purepac, and Teva – have joined Mylan's

motion. These defendants filed Rule 12(c) motions also seeking dismissal of Plaintiffs'

willfulness allegations, or in the alternative, the bifurcation of willfulness from liability and a

stay of discovery on willfulness, and they incorporated by reference Mylan's motion, its

memorandum of law, and its compendium of unreported cases. (D.I. 66-69, 75, 77). The

motions of Alphapharm, Dr. Reddy's Laboratories, Par, Purepac, and Teva state that the issues

are "identical" to those raised by Mylan's motion. (D.I. 66-69, 77). Barr similarly stated that the

"reasons for disposition raised by Mylan apply equally to Barr Laboratories Inc. and Barr

Pharmaceuticals, Inc." (D.I. 75).

Plaintiffs hereby oppose the motions for judgment on the pleadings or to bifurcate proceedings of Alphapharm, Barr, Dr. Reddy's Laboratories, Par, Purepac, and Teva, and hereby incorporate by reference their memorandum in opposition to Mylan's motion.  (D.I. 76).  Because these defendants have represented that the issues are "identical," or that the reasons for disposition raised by Mylan "apply equally" to them, plaintiffs' opposition to Mylan's motion also applies with equal force to each of defendants' motions.  For the reasons stated in plaintiffs' memorandum in opposition incorporated here by reference, the motions brought by Alphapharm, Barr, Dr. Reddy's Laboratories, Par, Purepac, and Teva should be denied.

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: 302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Janssen Pharmaceutica N.V.,
Janssen L.P., and Synaptech, Inc.*

*Of Counsel:*

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: 202-662-6000
Fax: 202-662-6291

Steven P. Berman
Office of General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933
Tel: 732-524-2805
Fax: 732-524-5866

Dated: January 11, 2006
165521.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2006, the attached **PLAINTIFFS'**

**ANSWERING MEMORANDUM IN OPPOSITION TO CERTAIN DEFENDANTS'**

**MOTIONS FOR JUDGMENT ON THE PLEADINGS OR TO BIFURCATE**

**PROCEEDINGS** was served upon the below-named counsel of record at the address and in the

manner indicated:

John W. Shaw, Esquire                                    HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Daniel F. Attridge, P.C.                                 VIA FEDERAL EXPRESS
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC  20005-5793

Mary B. Matterer, Esquire                                HAND DELIVERY
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

William A. Rakoczy, Esquire                              VIA FEDERAL EXPRESS
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, IL  60601

Richard L. Horwitz, Esquire                              HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

Stuart D. Sender, Esquire                                VIA FEDERAL EXPRESS
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ  07078

John C. Phillips, Jr., Esquire                          HAND DELIVERY
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806


Lynn M. Ulrich, Esquire                          VIA FEDERAL EXPRESS
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601


Richard D. Kirk, Esquire                          HAND DELIVERY
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899


Robert J. Gunther, Jr., Esquire                  VIA FEDERAL EXPRESS
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4802


Frederick L. Cottrell, III, Esquire              HAND DELIVERY
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801


Alan H. Bernstein, Esquire                       VIA FEDERAL EXPRESS
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA  19103


Philip A. Rovner, Esquire                        HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza
Wilmington, DE  19801


Barbara S. Wahl, Esquire                         VIA FEDERAL EXPRESS
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5339


*/s/ Lauren E. Maguire*
_____
Lauren E. Maguire