# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN III
BRIAN E. FARNAN
MELISSA E. CARGNINO

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH, DE 19971
(302) 226-4200
(302) 226-1205 (F)

Wilmington Office
REPLY TO: _____

January 11, 2006

The Honorable Kent A. Jordan
U.S. District Court for the
District of Delaware
844 North King Street, Room 4209
Wilmington, DE  19801

>   RE:   In re: '318 Patent Infringement Litigation
>         C.A. No. 05-356-KAJ
>         Our File: BARLA-1

Dear Judge Jordan:

At the conclusion of the December 20, 2005 scheduling conference with the Court, it was agreed that the parties would submit a Revised Scheduling Order acceptable to all parties. Enclosed herewith is the proposed Revised Order. If the proposed Revised Order meets with the Court's approval, the parties would request that the Order be entered. If you have any questions or concerns regarding the order, the parties will make themselves available at the convenience of the Court.

Very truly yours,

JOHN C. PHILLIPS, JR.
(DE Bar #110)

JCP\tap
Enclosure
pc:   Steven J. Balick, Esquire
      George F. Pappas, Esquire
      Josy W. Ingersoll, Esquire
      Edward C. Donovan, Esquire
      Mary B. Matterer, Esquire
      William A. Rakoczy, Esquire
      Richard L. Horwitz, Esquire
      Stuart D. Sender, Esquire
      Lynn M. Ulrich, Esquire
      Richard D. Kirk, Esquire
      Robert J. Gunther, Jr., Esquire
      Frederick L. Cottrell, III, Esquire
      Alan H. Bernstein, Esquire
      Philip A. Rovner, Esquire
      Barbara S. Wahl, Esquire
      (all via electronic mail w/ enclosure)