**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | )<br>)   C. A. No. 05-356 (KAJ)<br>)   (consolidated) |

## STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and counsel for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively "Reddy") and subject to the approval of the Court, that the time by which Reddy's Reply in Support of its Joinder in the Motion for Judgment on the Pleadings Dismissing Plaintiffs' Willful Infringement Claim or, in the Alternative, to Bifurcate and Stay Discovery on Such Claim (D.I. 68) shall be due is hereby extended to and including January 26, 2006.

| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Steven J. Balick* | By: */s/ David E. Moore* |
| Steven J. Balick (#2114) | Richard L. Horwitz (#2246) |
| John G. Day (#2403) | David E. Moore (#3983) |
| 222 Delaware Avenue, 17th Floor | Hercules Plaza 6th Floor |
| P. O. Box 1150 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| Tel: (302) 654-1888 | Tel: (302) 984-6000 |
| sbalick@ashby-geddes.com | rhorwitz@potteranderson.com |
| jday@ashby-geddes.com | dmoore@potteranderson |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| *Janssen Pharmaceutica N.V.,* | *Dr. Reddy's Laboratories, Inc. and* |
| *Janssen, L.P. and Synaptech, Inc.* | *Dr. Reddy's Laboratories, Ltd.* |

SO ORDERED this ____ day of _____, 2006.

_____
United States District Court Judge

716086

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 19, 2006, the attached document was emailed to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P. O. Box 1150<br>Wilmington, DE  19899 | Frederick L. Cottrell, III<br>Steven J. Fineman<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE  19899-0551 |
| John W. Shaw<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899-0391 | Richard D. Kirk<br>The Bayard Firm<br>222 Delaware Avenue, Suite 9000<br>Wilmington, DE  19899 |
| Philip A. Rovner<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19807 | Mary B. Matterer<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE  19801 |
| John C. Phillips, Jr.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806 | |

I hereby certify that on January 19, 2006, I have Emailed the documents to the following non-registered participants:

| | |
|---|---|
| George F. Pappas<br>Roderick R. McKelvie<br>Christopher N. Sipes<br>Jeffrey B. Elikan<br>Laura H. McNeill<br>Covington & Burling<br>1201 Pennsylvania Avenue, NW<br>Washington, DC  20004 | Alan H. Bernstein<br>Caesar, Rivise, Bernstein, Cohen &<br>    Pokotilow, Ltd.<br>1635 Market Street, 12th Floor<br>Philadelphia, PA  19103 |
| Daniel F. Attridge<br>Kirkland & Ellis LLP<br>655 15th Street, NW<br>Washington, DC  20005-5793 | Robert J. Gunther, Jr.<br>James P. Barabas<br>Latham & Watkins LLP<br>885 Third Ave., Suite 1000<br>New York, NY  10022-4802 |
| Barbara S. Wahl<br>Arent Fox PLLC<br>1050 Connecticut Ave., NW<br>Washington, DC  20036-5339 | Amy D. Brody<br>Rakoczy Molino Mazzochi Siwik LLP<br>6. W. Hubbard Street, Suite 500<br>Chicago, IL  60610 |
| George C. Lombardi<br>Winson & Strawn, LLP<br>35 West Wacker Drive<br>Chicago, IL  60601 | Stuart D. Sender<br>Budd Larner, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ  07078 |

By:  */s/ David E. Moore*
     Richard L. Horwitz
     David E. Moore
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE 19899-0951
     (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

712900