IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) <br> ) C.A. No. 05-356 (KAJ) <br> ) (consolidated) |

## STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs

and counsel for defendants Alphapharm Pty., Ltd. (collectively "Alphapharm") and subject to the

approval of the Court, that the time by which Alphapharm's Reply in Support of its Joinder in

the Motion for Judgment on the Pleadings Dismissing Plaintiff's Willful Infringement Claim or,

in the Alternative, to Bifurcate and Stay Discovery on Such Claim (D.I. 68) shall be due is

hereby extended to and including January 26, 2006.


/s/ Steven J. Balick
Steven J. Balick (#2114)
sbalick@ashby-geddes.com
John G. Day (#2403)
jday@ashby-geddes.com
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19899
302-654-1888
Attorneys for Plaintiffs Janssen
Pharmaceutica N.V., et al

Dated: January 20, 2006


Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
Attorneys for Defendant
Alphapharm Pty., Ltd.

Dated: January 20, 2006


SO ORDERED this _____ day of _____, 2006.


_____
Honorable Kent A. Jordan

1