IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | C.A. No. 05-356 (KAJ) (consolidated) |

**DEFENDANTS ALPHARMA, INC. AND PUREPAC PHARMACEUTICAL CO.'S JOINDER IN, AND ADOPTION OF, DEFENDANT MYLAN'S REPLY BRIEF IN SUPPORT OF ITS RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS DISMISSING PLAINTIFFS' WILLFUL INFRINGEMENT CLAIMS OR, IN THE ALTERNATIVE, TO BIFURCATE AND STAY DISCOVERY ON SUCH CLAIMS**

On December 13, 2005, Defendants Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc. moved pursuant to Fed. R. Civ. P. 12(c) for an order dismissing Plaintiffs' willful infringement claims or, in the alternative, to bifurcate and stay discovery on such claims. (D.I. 57) On December 28, 2005, Defendants Alpharma, Inc. and Purepac Pharmaceutical Co. similarly moved pursuant to Fed. R. Civ. P. 12(c) for an order dismissing Plaintiffs' willful infringement claims or, in the alternative, to bifurcate and stay discovery on such claims, and joined in Defendant Mylan's Rule 12(c) Motion for Judgment on the Pleadings Dismissing Plaintiffs' Willful Infringement Claim or, in the Alternative, to Bifurcate and Stay Discovery on Such Claim (D.I. 67) and incorporated by reference Defendant Mylan's Memorandum (D.I. 58) and Compendium (D.I. 59) filed in support thereof. At this time, Defendants Alpharma, Inc. and Purepac Pharmaceutical Co. join in, adopt and incorporate by reference Defendant Mylan's Reply In Support Of Its Rule 12(c) Motion For Judgment On The Pleadings Dismissing Plaintiffs' Willful Infringement Claims Or, In The Alternative, To Bifurcate And Stay Discovery On Such Claims, which was filed on January 24, 2006 (D.I. 85).

January 25, 2006

**THE BAYARD FIRM**

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
222 Delaware Avenue, Suite 9000
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com
*Attorneys for Defendants/Counterclaim-Plaintiffs Purepac Pharmaceutical Co. and Alpharma, Inc.*

OF COUNSEL:
Robert J. Gunther, Jr.
James P. Barabas
**LATHAM & WATKINS LLP**
885 Third Avenue, Suite 1000
New York, New York 10022-4802
(212) 906-1200

CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on January 25, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Frederick L. Cottrell, III
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John C. Philips, Jr.
Philllips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

Daniel F. Attridge
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC 20005-5793

Stuart D. Sender
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078

George C. Lombardi
Winson & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

Alan H. Bernstein
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA 19103

Barbara S. Wahl
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Amy D. Brody
Rakoczy Molino Mazzochi Siwik LLP
6 W. Hubbard Street, Suite 500
Chicago, IL 60610

/s/ Richard D. Kirk (rk0922)

612880v1