IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) C. A. No. 05-356 (KAJ)<br>) (consolidated) |

**DEFENDANTS DR. REDDY'S LABORATORIES, INC. AND DR. REDDY'S LABORATORIES, LTD.'S JOINDER IN DEFENDANT MYLAN'S REPLY IN SUPPORT OF ITS RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS DISMISSING PLAINTIFFS' WILLFUL INFRINGEMENT CLAIMS OR, IN THE ALTERNATIVE, TO BIFURCATE AND STAY DISCOVERY ON SUCH CLAIMS**

On December 28, 2005, Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively the "Reddy's Defendants") joined in Defendant Mylan's Rule 12(c) Motion for Judgment on the Pleadings Dismissing Plaintiffs' Willful Infringement Claim or, in the Alternative, to Bifurcate and Stay Discovery on Such Claim (D.I. 68) (the "Joinder"). In the Joinder, the Reddy's Defendants incorporated by reference the Memorandum (D.I. 58) and Compendium (D.I. 59) filed in support of Mylan's Motion (D.I. 57). At this time, the Reddy's Defendants join in and adopt fully Mylan's Reply In Support Of Its Rule 12(c) Motion For Judgment On The Pleadings Dismissing Plaintiffs' Willful Infringement Claims Or, In The Alternative, To Bifurcate And Stay Discovery On Such Claims (D.I. 85) (the "Reply"). The issues and arguments set forth in the Reply are identical for Mylan and the Reddy's Defendants.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
OF COUNSEL:

Stuart Sender
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
Tel: (973) 379-4800

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson

*Attorneys for Defendants Dr Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

Dated: January 25, 2006
716735

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 25, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P. O. Box 1150
Wilmington, DE  19899

Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 9000
Wilmington, DE  19899

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19807

Frederick L. Cottrell, III
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19899-0551

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

I hereby certify that on January 25, 2006, I have Electronically Mailed the documents to the following non-registered participants:

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004
gpappas@cov.com
mckelvie@cov.com
csipes@cov.com
jelikan@cov.com

Stuart D. Sender
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078
ssender@budd-larner.com

Alan H. Bernstein
Caesar, Rivise, Bernstein, Cohen &
    Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA 19103
ahbernstein@crbcp.com

Amy D. Brody
Rakoczy Molino Mazzochi Siwik LLP
6. W. Hubbard Street, Suite 500
Chicago, IL 60610
abrody@rmmslegal.com

Daniel F. Attridge
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005-5793
dattridge@kirkland.com

George C. Lombardi
Winson & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601
glombardi@winston.com

Barbara S. Wahl
Arent Fox PLLC
1050 Connecticut Ave., NW
Washington, DC 20036-5339
wahl.barbara@arentfox.com

By:   /s/ David E. Moore
        Richard L. Horwitz
        David E. Moore
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        Wilmington, DE 19899-0951
        (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

712900

2