IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) | C. A. No. 05-356 (KAJ) |
| | ) | (consolidated) |

**DEFENDANTS PAR PHARMACEUTICAL, INC.'S AND
PAR PHARMACEUTICAL COMPANIES, INC.'S JOINDER IN DEFENDANT MYLAN'S
REPLY IN SUPPORT OF ITS RULE 12(c) MOTION FOR JUDGMENT ON THE
PLEADINGS DISMISSING PLAINTIFFS' WILLFUL INFRINGEMENT CLAIM OR, IN
THE ALTERNATIVE, TO BIFURCATE AND STAY DISCOVERY
ON SUCH CLAIM**

On December 29, 2005, defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. ("Par") moved this Court pursuant to Fed. R. Civ. P. 12(c) for an Order dismissing plaintiffs' willful infringement claim or, in the alternative, to bifurcate and stay discovery on such claim (D.I. 69). By its motion, Par joined in and incorporated by reference defendants Mylan Pharmaceuticals Inc.'s and Mylan Laboratories Inc.'s Rule 12(c) Motion for Judgment on the Pleadings Dismissing Plaintiffs' Willful Infringement Claim or, in the Alternative, to Bifurcate and Stay Discovery on Such Claim (D.I. 57).

On January 24, 2006, Mylan filed its Reply In Support of Defendant Mylan's Rule 12(c) Motion for Judgment on the Pleadings Dismissing Plaintiffs' Willful Infringement Claim or, in the Alternative, To Bifurcate and Stay Discovery On Such Claim (D.I. 85). Par hereby joins in and incorporates by reference defendant Mylan's Reply as if fully set forth herein.

                                                                 POTTER ANDERSON & CORROON LLP

OF COUNSEL:
Barbara S. Wahl
Richard J. Berman                           By: */s/ Philip A. Rovner*
D. Jacques Smith                                  Philip A. Rovner (# 3215)
Janine A. Carlan                                  Hercules Plaza
John K. Hsu                                       P.O. Box 951
ARENT FOX PLLC                                    Wilmington, DE 19899-0951
1050 Connecticut Avenue, NW                       302-984-6000
Washington, DC 20036                              E-mail: provner@potteranderson.com
202-857-6000
                                                  Attorneys for Defendants
Dated: January 25, 2006                           Par Pharmaceutical, Inc. and
716764                                            Par Pharmaceutical Companies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on January 25, 2006, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following as indicated and that the document is available for viewing and downloading from CM/ECF.

**BY E-MAIL AND HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Karen E. Keller, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
jingersoll@ycst.com
jshaw@ycst.com
kkeller@ycst.com

Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
mmatterer@morrisjames.com

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
Hercules Plaza
Wilmington, DE 19899
rhorwitz@potteranderson.com

John C. Phillips, Jr., Esq.
Brian E. Farnan, Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
bef@pgslaw.com

Richard D. Kirk, Esq.
Thomas H. Kovach, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardfirm.com
tkovach@bayardfirm.com

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
cottrell@rlf.com
gaza@rlf.com

  I hereby certify that on January 25, 2006 I have sent the foregoing document to the following non-registered participants in the manner indicated:

## BY E-MAIL

| | |
|---|---|
| George F. Pappas, Esq. (gpappas@cov.com) Roderick R. McKelvie, Esq. (mckelvie@cov.com) Christopher N. Sipes, Esq. (csipes@cov.com) Jeffrey B. Elikan, Esq. (jelikan@cov.com) Covington & Burling 1201 Pennsylvania Avenue, NW Washington, DC 20004 | Daniel F. Attridge, P.C. (dattridge@kirkland.com) Edward C. Donovan, Esq. (edonovan@kirkland.com) Kirkland & Ellis LLP 655 15th Street, NW Washington, DC 20005-5793 |
| William A. Rakoczy, Esq. (wrakoczy@rmmslegal.com) Christine J. Siwik, Esq. (csiwik@rmmslegal.com) Amy D. Brody, Esq. (abrody@rmmslegal.com) Rakoczy Molino Mazzochi Siwik LLP 6 W. Hubbard Street, Suite 500 Chicago, IL 60610 | George C. Lombardi, Esq. (glombardi@winston.com) Taras A. Gracey, Esq. (tgracey@winston.com) Lynn M. Ulrich, Esq. (lulrich@winston.com) Brian L. Franklin, Esq. (bfranklin@winston.com) Winston & Strawn LLP 35 West Wacker Drive Chicago, IL 60601 |
| Robert J. Gunther, Jr., Esq. (Robert.gunther@lw.com) James P. Barabas, Esq. (james.barabas@lw.com) Latham & Watkins LLP 885 Third Avenue, Suite 1000 New York, NY 10022-4802 | Stuart D. Sender, Esq. (ssender@budd-larner.com) Budd Larner, P.C. 150 John F. Kennedy Parkway Short Hills, NJ 07078 |

| | |
|---|---|
| Alan H. Bernstein, Esq.<br>(ahbernstein@crbcp.com)<br>Robert S. Silver, Esq.<br>(rssilver@crbcp.com)<br>Mona Gupta, Esq.<br>(mgupta@crbcp.com)<br>William J. Castillo, Esq.<br>(wjcastillo@crbcp.com)<br>Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.<br>1635 Market Street, 12th Floor<br>Philadelphia, PA  19103 | |

/s/ Philip A. Rovner
Philip A. Rovner  (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

704486