IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) <br> ) C.A. No. 05-356 (KAJ) <br> ) (consolidated) |

**DEFENDANTS BARR PHARMACEUTICALS, INC.'S AND BARR LABORATORIES, INC.'S JOINDER IN, AND
ADOPTION OF, DEFENDANT MYLAN'S REPLY IN SUPPORT OF ITS
RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS DISMISSING
PLAINTIFFS' WILLFUL INFRINGEMENT CLAIMS OR, IN THE ALTERNATIVE,
TO BIFURCATE AND STAY DISCOVERY ON SUCH CLAIMS**

On January 9, 2006, Defendants Barr Pharmaceuticals, Inc. and Barr Laboratories, Inc. ("Barr") by and through its undersigned counsel, moved this Court pursuant to Fed. R. Civ. P. 12(c) for an order dismissing Plaintiffs' willful infringement claims or, in the alternative, to bifurcate and stay discovery on such claims. (D.I. 75). By its motion, Barr joined in Defendant Mylan's Rule 12(c) Motion for Judgment on the Pleadings Dismissing Plaintiffs' Willful Infringement Claim or, in the Alternative, to Bifurcate and Stay Discovery on Such Claim (D.I. 57) and incorporated by reference Defendant Mylan's Memorandum (D.I. 58) and Compendium (D.I. 59) filed in support thereof. At this time, Barr joins in and adopts fully Defendant Mylan's Reply In Support Of Its Rule 12(c) Motion For Judgment On The Pleadings Dismissing Plaintiffs' Willful Infringement Claims Or, In The Alternative, To Bifurcate And Stay Discovery On Such Claims, which was filed with the Court on January 24, 2006 (the "Reply"). (D.I. 85). The issues and arguments set forth in the Reply are identical for both Mylan and Barr.

Respectfully Submitted,

**Dated**: January 25, 2006

BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC.

By: _____
John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom St.
Wilmington, DE 19806
Tele: (302) 655-4200
Fax: (302) 655-4210
JCP@pgslaw.com

and

George C. Lombardi
Taras A. Gracey
Lynn M. Ulrich
Brian L. Franklin
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tele: (312) 558-5600
Fax: (312) 558-5700
lulrich@winston.com

*Attorneys for Defendants/Counterclaim-Plaintiffs Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*