## CERTIFICATE OF SERVICE

I, Brian E. Farnan, hereby certify that on January 25, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Philip A. Rovner
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19807

Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 9000
Wilmington, DE 19899

Frederick L. Cottrell, III
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899-0551

I hereby certify that on January 25, 2006, I have Federal Expressed the documents to the following non-registered participants:

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Daniel F. Attridge
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005-5793

Stuart D. Sender
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078

George C. Lombardi
Taras A. Gracey
Lynn M. Ulrich
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Alan H. Bernstein
Caesar, Rivise, Bernstein, Cohen &
    Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA 19103

Barbara S. Wahl
Arent Fox PLLC
1050 Connecticut Ave., NW
Washington, DC 20026-5339

Amy D. Brody
Rakoczy Molino Mazzochi Siwik LLP
6. W. Hubbard Street, Suite 500
Chicago, IL 60610

                     By:    /s/ Brian E. Farnan
                            John C. Phillips, Jr. (#110)
                            Brian E. Farnan (#4089)
                            Phillips, Goldman & Spence, P.A.
                            1200 North Broom Street
                            Wilmington, DE 19806
                            (302) 655-4200
                            JCP@pgslaw.com
                            BEF@pgslaw.com