IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION, | Civil Action No. 05-356-KAJ (Consolidated) |

## ORDER

At Wilmington this **1st** day of **February, 2006,**

IT IS ORDERED that a teleconference relating to a discovery dispute with the Mylan defendants has been scheduled for **February 7, 2006 at 3:00 p.m.** with the undersigned. **Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

UNITED STATES DISTRICT JUDGE