IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA N.V., JANSSEN, L.P., and SYNAPTECH, INC., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., <br><br> Defendants/Counterclaim-Plaintiffs. | Consolidated C.A. No. 05-356 (KAJ) <br><br> **JURY TRIAL DEMANDED** |

### AMENDED NOTICE OF DEPOSITIONS

TO:    George F. Pappas
COVINGTON & BURLING
1201 Pennsylvania Avenue
Washington, D.C. 20004

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants, by and through their attorneys, hereby give notice of their intention, to take the depositions upon oral examination on the date indicated of:

1. John Richards on February 6, 2006 at 9:00 a.m.

2. Ladas & Parry on February 6, 2006

Mr. Richards' deposition will commence at 9:00 a.m. on February 6, 2006, at the offices of Winston & Strawn, 200 Park Avenue, NY, NY, 10166. The Ladas & Parry deposition will commence on February 6, 2006, immediately following the individual deposition of Mr. John Richards because Defendants have been informed that Mr. John Richards will be the 30(b)(6) designee for Ladas & Parry. Plaintiffs are on notice that Defendants intend to take up to 7-hours each, as necessary, for Mr. Richards' individual deposition and for the Ladas & Parry

deposition. In the event Mr. Richards' and/or the Ladas & Parry deposition cannot be completed on February 6, 2006, the depositions will continue day to day until completed with adjournments as to time and place that may be necessary. The depositions will be taken before a notary public or other officer authorized to administer the oath under law. The deposition may be recorded by videographic and/or stenographic means.

If counsel for Plaintiffs has any questions regarding this Notice, you are invited to contact any counsel for Defendants to discuss this matter.

**Dated**: January 30, 2006

BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC.

By: *(signature)* Brian E. Farnan

John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom St.
Wilmington, DE 19806
Tele: (302) 655-4200
Fax: (302) 655-4210
JCP@pgslaw.com

and

George C. Lombardi
Taras A. Gracey
Lynn M. Ulrich
Brian L. Franklin
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tele: (312) 558-5600
Fax: (312) 558-5700
lulrich@winston.com

*Attorneys for Defendants/Counterclaim-Plaintiffs Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*