## CERTIFICATE OF SERVICE

I, Brian E. Farnan, hereby certify that on February 2, 2006, two true and correct copies of the foregoing Amended Notice of Depositions were served upon the following via hand delivery:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Philip A. Rovner
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19807

Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 9000
Wilmington, DE 19899

Frederick L. Cottrell, III
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899-0551

/s/ Brian E. Farnan
Brian E. Farnan