## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | )<br>)<br>)<br>) | C.A. No. 05-356 (KAJ)<br>(consolidated) |

### AMENDED NOTICE OF DEPOSITION FOR BONNIE DAVIS

To:        Steven J. Balick
           ASHBY & GEDDES
           222 Delaware Avenue, 17th Floor
           Wilmington, DE 19899

           George F. Pappas
           COVINGTON & BURLING
           1201 Pennsylvania Avenue, N.W.
           Washington, D.C. 20004

           Steven P. Berman
           Office of General Counsel
           Johnson & Johnson
           One Johnson & Johnson Plaza
           New Brunswick, NJ 08933


**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Defendants, by and through their attorneys, hereby give notice of their intention, to

take the deposition upon oral examination on the date indicated of:

1.    Bonnie Davis on February 8, 2006, and February 9, 2006.

Dr. Davis' deposition will commence at **9:00 a.m. EST** on **February 8, 2006**, at

the offices of Winston & Strawn, 200 Park Avenue, New York, NY 10166.  The deposition will

continue at **9:00 a.m. EST** on **February 9, 2006**, or from day to day until completed with

adjournments as to time and place that may be necessary.  The deposition will be taken before a

notary public or other officer authorized to administer the oath under law.  The deposition may

be recorded by videographic and/or stenographic means.

   If counsel for Plaintiffs have any questions regarding this Notice, you are invited

to contact any counsel for Defendants to discuss this matter.

        MYLAN PHARMACEUTICALS INC. and
        MYLAN LABORATORIES INC.


        Mary B. Matterer # 2696
        MORRIS JAMES HITCHENS & WILLIAMS LLP
        222 Delaware Ave., 10th Floor
        Wilmington, DE 19801
        Telephone:  (302) 888-6800
        Facsimile:  (302) 571-1750
        mmatterer@morrisjames.com

        *Of Counsel (admitted pro hac vice)*:
        William A. Rakoczy
        Christine J. Siwik
        Amy D. Brody
        RAKOCZY MOLINO MAZZOCHI SIWIK LLP
        6 West Hubbard Street, Suite 500
        Chicago, IL 60610
        Telephone:  (312) 527-2157
        Facsimile:  (312) 222-6321
        wrakoczy@rmmslegal.com

        *Attorneys for Defendants/Counterclaim-Plaintiffs*
        *Mylan Pharmaceuticals Inc. and*
        *Mylan Laboratories Inc.*


Dated:  February 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2006, I caused a true and correct copy of the foregoing document, **AMENDED NOTICE OF DEPOSITION FOR BONNIE DAVIS**, to be served upon the following counsel of record as indicated below:

| **Via Fed Ex® and E-mail**: | **Via Hand Delivery and E-mail**: |
|---|---|
| George F. Pappas *(gpappas@cov.com)*<br>Christopher N. Sipes *(csipes@cov.com)*<br>Jeffrey B. Elikan *(jelikan@cov.com)*<br>Laura H. McNeill *(lmcneill@cov.com)*<br>Joseph H. Huynh *(jhuynh@cov.com)*<br>Uma N. Everett *(ueverett@cov.com)*<br>Michael E. Paulhus *(mpaulhus@cov.com)*<br>William D.A. Zerhouni *(wzerhouni@cov.com)*<br>**COVINGTON & BURLING**<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>Telephone:  (202) 662-6000<br>Facsimile:  (202) 662-6291 | John G. Day *(jday@ashby-geddes.com)*<br>Steven J. Balick *(sbalick@ashby-geddes.com)*<br>**ASHBY & GEDDES**<br>222 Delaware Ave., 17th Fl.<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone:  (302) 654-1888<br>Facsimile:  (302) 654-2067 |
| **Via Fed Ex® and E-mail**:<br>Steve P. Berman *(sberman@corus.jnj.com)*<br>Office of General Counsel<br>Johnson & Johnson<br>One Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>Telephone:  (732) 524-2805<br>Facsimile:  (732) 524-5866 | |
| *Counsel for Plaintiffs Janssen Pharmaceutica N.V.,*<br>*Janssen, L.P. and Synaptech, Inc.* | |

**Via E-mail:**

| | |
|---|---|
| Frederick L. Cottrell, III *(cottrell@rlf.com)*<br>Anne Shea Gaza *(gaza@rlf.com)*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19801<br>Telephone: (302) 651-7509<br>Facsimile: (302) 651-7701 | Alan Bernstein *(abernstein@crbcp.com)*<br>Mona Gupta *(mgupta@crbcp.com)*<br>**CAESAR, RIVISE, BERNSTEIN, COHEN &**<br>**POKOTILOW, LTD.**<br>1635 Market Street, 11th Floor<br>Philadelphia, PA 19103-2212<br>Telephone: (215) 567-2010<br>Facsimile: (215) 751-1142 |
| *Counsel for Defendant Alphapharm Pty Ltd.* ||
| Josy W. Ingersoll *(jingersoll@ycst.com)*<br>John W. Shaw *(jshaw@ycst.com)*<br>Adam W. Poff *(apoff@ycst.com)*<br>**YOUNG CONAWAY STARGATT & TAYLOR LLP**<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 | Daniel F. Attridge, P.C.<br>*(dattridge@kirkland.com)*<br>Edward C. Donovan *(edonovan@kirkland.com)*<br>Karen M. Robinson *(krobinson@kirkland.com)*<br>Corey J. Manley *(cmanley@kirkland.com)*<br>**KIRKLAND & ELLIS LLP**<br>655 Fifteenth Street, N.W., Suite 1200<br>Washington, D.C. 20005-5793<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200 |
| *Counsel for Defendants Teva Pharmaceuticals USA and Teva Pharmaceuticals Industries Ltd.* ||
| Philip A. Rovner<br>*(provner@potteranderson.com)*<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192 | Barbara S. Wahl *(wahl.barbara@arentfox.com)*<br>Richard J. Berman<br>*(berman.richard@arentfox.com)*<br>D. Jacques Smith *(smith.jacques@arentfox.com)*<br>Janine A. Carlan *(carlanjanine@arentfox.com)*<br>John K. Hsu *(hsu.john@arentfox.com)*<br>**ARENT FOX PLLC**<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036-5339<br>Telephone: (202) 857-6000<br>Facsimile: (202) 857-6395 |
| *Counsel for Defendants Par Pharmaceutical, Inc.<br>and Par Pharmaceutical Companies, Inc.* ||

| | |
|---|---|
| Richard L. Horwitz (*rhorwitz@potteranderson.com*) David Ellis Moore (*dmoore@potteranderson.com*) **POTTER ANDERSON & CORROON LLP** Hercules Plaza P.O. Box 951 Wilmington, DE 19899 Telephone: (302) 984-6027 Facsímile: (302) 658-1192 | Stuart Sender (*ssender@budd-larner.com*) **BUDD LARNER** 150 John F. Kennedy Parkway Short Hills, NY 07078-0999 Telephone: (973) 315-4462 Facsimile: (973) 379-7734 |
| ***Counsel for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*** | |
| Richard D. Kirk *(rkirk@bayardfirm.com)* **THE BAYARD FIRM** 222 Delaware Ave., Suite 900 P.O. Box 25130 Wilmington, DE 19899 Telephone: (302) 655-5000 Facsimile: (302) 658-6395 | Robert J. Gunther, Jr. *(robert.gunther@lw.com)* James P. Barabas *(james.barabas@lw.com)* **LATHAM & WATKINS LLP** 885 Third Ave., Suite 1000 New York, NY 10022-4802 Telephone: (212) 906-1200 Facsimile: (212) 751-4864 |
| ***Counsel for Defendants Purepac Pharmaceutical Co. and Alpharma Inc.*** | |
| John C. Phillips. Jr. *(jcp@pgslaw.com)* Brian E. Farnan *(bef@pgslaw.com)* **PHILLIPS, GOLDMAN & SPENCE, P.A.** 1200 N. Broom St. Wilmington, DE 19806 Telephone: (302) 655-4200 Facsimile: (302) 655-4210 | George C. Lombardi *(glombardi@winston.com)* Taras A. Gracey *(tgracey@winston.com)* Lynn M. Ulrich *(lulrich@winston.com)* Brian L. Franklin *(bfranklin@winston.com)* **WINSTON & STRAWN LLP** 35 West Wacker Dr. Chicago, IL 60601 Telephone: (312) 558-5000 Facsimile: (312) 558-5700 |
| ***Counsel for Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*** | |

Mary B. Matterer # 2696
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
mmatterer@morrisjames.com