IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) ) ) ) ) ) ) | C.A. No. 05-356 (KAJ) (consolidated) |

**[PROPOSED] ORDER**

This ___ day of February, 2006, the Court having heard this uncontested motion to amend the January 12, 2006 Scheduling Order;

IT IS ORDERED that:

The deadline in the January 12, 2006 Scheduling Order for amending pleadings is hereby extended to February 23, 2006.

_____
UNITED STATES DISTRICT JUDGE