## CERTIFICATE OF SERVICE

I, John C. Phillips, hereby certify that on February 8, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 9000
Wilmington, DE 19899

Philip A. Rovner
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19807

Frederick L. Cottrell, III
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899-0551

I hereby certify that on February 8, 2006, I have served via facsimile the documents to the following non-registered participants:

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Stuart D. Sender
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078

Daniel F. Attridge
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005-5793

Barbara S. Wahl
Arent Fox PLLC
1050 Connecticut Ave., NW
Washington, DC 20026-5339

Alan H. Bernstein
Caesar, Rivise, Bernstein, Cohen &
    Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA 19103

Amy D. Brody
Rakoczy Molino Mazzochi Siwik LLP
6. W. Hubbard Street, Suite 500
Chicago, IL 60610

By: _____
John C. Phillips, Jr. (#110)
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
JCP@pgslaw.com

RLF1-2973451-1
CHI:1652640.3