IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION, | Civil Action No. 05-356-KAJ (Consolidated) |

### ORDER

Oral argument on the willfulness issues in the above-captioned action will be heard on **March 14, 2006** beginning at 2:00 p.m. and concluding at 3:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

Dated:   February 9, 2006
Wilmington, Delaware