IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION, | ) ) ) ) ) | Civil Action No. 05-356-KAJ (Consolidated) |

### ORDER

For the reasons set forth in open Court today,

IT IS HEREBY ORDERED that defendant Mylan's Rule 12(c) motion for judgment on the pleadings dismissing plaintiffs' willful infringement claim is GRANTED, and the alternative request to bifurcate and stay discovery on such claim (D.I. 57) is DENIED as moot. The hearing on the willfulness issues scheduled for March 14, 2006 at 2:00 p.m. is VACATED.

                                                                                     UNITED STATES DISTRICT JUDGE

Dated:   March 3, 2006
Wilmington, Delaware