IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| '318 PATENT INFRINGEMENT LITIGATION | ) | C.A. No. 05-356 (KAJ) |
| | ) | (consolidated) |
| | ) | |

**NOTICE OF SERVICE**

I, John C. Phillips, Jr., hereby certify that on March 17, 2006, a copy of the following documents:

1) BARR PHARMACEUTICALS INC.'S AND BARR LABORATORIES INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' NOTICE OF DEPOSITION UNDER FED. R. CIV. P. 30(b)(6) (with noticed deposition date of March 28, 2006)

2) BARR PHARMACEUTICALS INC.'S AND BARR LABORATORIES INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' NOTICE OF DEPOSITION UNDER FED. R. CIV. P. 30(b)(6) (with noticed deposition date of March 29, 2006)

3) BARR PHARMACEUTICALS INC.'S AND BARR LABORATORIES INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' NOTICE OF DEPOSITION UNDER FED. R. CIV. P. 30(b)(6) (with noticed deposition date of March 30, 2006)

were served on following local counsel via e-mail:

| | |
|---|---|
| Steven J. Balick, Esquire | sbalick@ashby-geddes.com |
| John G. Day, Esquire | jday@ashby-geddes.com |
| Mary B. Matterer, Esquire | mmatterer@morrisjames.com |
| Frederick L. Cottrell, III, Esquire | cottrell@rlf.com |
| Anne Shea Gaza, Esquire | gaza@rlf.com |
| George F. Pappas, Esquire | gpappas@cov.com |
| Roderick R. McKelvie, Esquire | mckelvie@cov.com |
| Richard L. Horwitz, Esquire | rhorwitz@potteranderson.com |
| David E. Moore, Esquire | dmoore@potteranderson.com |
| Richard D. Kirk, Esquire | rkirk@bayardfirm.com |

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorneys for Defendants

Date: March 17, 2006