## CERTIFICATE OF SERVICE

I, John C. Phillips, Jr., hereby certify that on March 17, 2006, a copy of the foregoing BARR PHARMACEUTICALS INC.'S AND BARR LABORATORIES INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' NOTICE OF DEPOSITION UNDER FED. R. CIV. P. 30(b)(6) was served upon the following via e-mail:

| | |
|---|---|
| Steven J. Balick, Esquire | sbalick@ashby-geddes.com |
| John G. Day, Esquire | jday@ashby-geddes.com |
| Mary B. Matterer, Esquire | mmatterer@morrisjames.com |
| Frederick L. Cottrell, III, Esquire | cottrell@rlf.com |
| Anne Shea Gaza, Esquire | gaza@rlf.com |
| George F. Pappas, Esquire | gpappas@cov.com |
| Roderick R. McKelvie, Esquire | mckelvie@cov.com |
| Richard L. Horwitz, Esquire | rhorwitz@potteranderson.com |
| David E. Moore, Esquire | dmoore@potteranderson.com |
| Richard D. Kirk, Esquire | rkirk@bayardfirm.com |

JOHN C. PHILLIPS, JR. (#110)