# EXHIBIT G

# COVINGTON & BURLING

1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
TEL 202.662.6000
FAX 202.662.6291
WWW.COV.COM

WASHINGTON
NEW YORK
SAN FRANCISCO
LONDON
BRUSSELS

KURT G. CALIA

TEL 202.662.5602
FAX 202.778.5602
KCALIA@COV.COM

March 15, 2006

**VIA E-MAIL and FIRST CLASS MAIL**

Amy D. Brody, Esq.
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, IL  60610

Re:    In re: '318 Patent Infringement Litigation; Civil Action No.
       <u>05-356-KAJ (consolidated)</u>

Dear Amy:

This is in response to your telephone call from yesterday afternoon and in partial response to your letter dated March 7 concerning Plaintiffs' February 21, 2006 Rule 30(b)(6) Deposition Notices of Mylan, seeking testimony on March 15-17.  As I stated to you on the phone, Plaintiffs are willing to accommodate Mylan's request to re-set the deposition for another date.  While you did not know what dates Mylan would make its designees available nor did you know when you expected to get back to me, we must insist that the Rule 30(b)(6) depositions take place by the end of March if the current discovery schedule is to remain on track.

As you know, many of the noticed topics concern subjects that will lead to the discovery of admissible evidence, such as the content and location of relevant documents and the identities of persons with knowledge of relevant facts, and so the deposition must occur soon to provide Plaintiffs with sufficient time to conduct additional discovery.  Accordingly, we request that you let us know by no later than Friday, March 17 when in March Plaintiffs can conduct the deposition.

As to your statement that Plaintiffs must re-issue the deposition notice due to unspecified "improper topics," we see no reason to do so (nor have we received the formal objections you promised to provide).  In light of the Court's March 3 Order, however, Plaintiffs hereby withdraw their request for deposition testimony on the following topics:

COVINGTON & BURLING

Amy D. Brody, Esq.
March 15, 2006
Page 2

- <u>For the Notice scheduling testimony for March 15</u>: Topic No. 1 (only to the extent it relates to alleged noninfringement);

- <u>For the Notice scheduling testimony for March 16</u>: none; and

- <u>For the Notice scheduling testimony for March 17</u>: Topic Nos. 3-5, 6 (to the extent related to Topic Nos. 3-5), and 7 (to the extent related to Topic Nos. 3-5).

If you believe that any of the remaining noticed topics are improper, please identify them and the basis for that belief when you respond later this week.

We therefore request that Mylan confirm by Friday that the depositions will go forward in March on the topics delineated in this letter. If not, we further request that you let us know at what time Friday we can conduct a telephonic meet-and-confer session to resolve these disputes or join them for resolution by the Court. If disputes remain after Friday, we will seek assistance from the Court.

Plaintiffs will respond to the remaining issues in your letter (namely, Mylan's claim that it has fully complied with its document production obligations in this case – which we believe is demonstrably incorrect) under separate cover.

We look forward to your prompt response.

Sincerely,

Kurt G. Calia

cc:    All defense counsel (via email; see attached service list)
       Steven Balick, Esq. (via email)

# SERVICE LIST

| By Electronic Mail and First Class Mail: | By Electronic Mail: |
|---|---|
| William A. Rakoczy (wrakoczy@rmmslegal.com)<br>Christine J. Siwik (csiwik@rmmslegal.com)<br>Amy D. Brody (abrody@rmmslegal.com)<br>Lara Monroe-Sampson (lmonroe-sampson@rmmslegal.com)<br>**Rakoczy, Molino, Mazzochi, Siwik LLP**<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60610<br>312.527.2157/phone; 312.527.4205/fax | Mary B. Matterer (mmatterer@morrisjames.com)<br>**Morris James Hitchens & Williams LLP**<br>222 Delaware Avenue<br>10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>302.888.6800/phone; 302.571.1750/fax |
| **Counsel for Defendants Mylan Pharmaceuticals Inc. & Mylan Laboratories Inc.** | |

| By Electronic Mail and First Class Mail: | By Electronic Mail: |
|---|---|
| Edward C. Donovan (edonovan@kirkland.com)<br>Karen M. Robinson (krobinson @kirkland.com)<br>Corey J. Manley (cmanley@kirkland.com)<br>**Kirkland & Ellis LLP**<br>655 Fifteenth Street, NW<br>Suite 1200<br>Washington, DC 20005-5793<br>202.879.5000/phone; 202.879.5200/fax | Josy W. Ingersoll (jingersoll@ycst.com)<br>John W. Shaw (jshaw@ycst.com)<br>**Young Conaway Stargatt & Taylor LLP**<br>The Brandywine Building<br>1000 West Street<br>17th Floor<br>Wilmington, DE 19899-0391<br>302.571.6600/phone; 302.571.1253/fax |
| **Counsel for Defendants Teva Pharmaceuticals USA, Inc. & Teva Pharmaceuticals Industries Ltd.** | |

| | |
|---|---|
| Taras A. Gracey (tgracey@winston.com)<br>Lynn M. Ulrich (lulrich @winston.com)<br>Brian L. Franklin (bfranklin@winston.com)<br>**Winston & Strawn LLP**<br>35 West Wacker Drive<br>Chicago, IL 60601<br>312.558.5600/phone; 312.558.5700/fax | |
| **Counsel for Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.** | |

| | |
|---|---|
| Barbara S. Wahl (wahl.barbara@arentfox.com)<br>Richard J. Berman (berman.richard@arentfox.com)<br>D. Jacques Smith (smith.jacques@arentfox.com)<br>Janine A. Carlan (carlan.janine@arentfox.com)<br>John K. Hsu (hsu.john@arentfox.com)<br>**Arent Fox PLLC**<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036-5339<br>202.857.6000/phone; 202.857.6395/fax | Philip A. Rovner (provner@potteranderson.com)<br>**Potter Anderson & Corroon LLP**<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>302.984.6000/phone; 302.658.1192/fax |
| **Counsel for Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.** | |

| | |
|---|---|
| Robert J. Gunther, Jr. (robert.gunther@lw.com)<br>James P. Barabas (james.barabas@lw.com)<br>**Latham & Watkins LLP**<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834<br>212.906.1200/phone; 212.751.4864/fax | Richard D. Kirk (rkirk@bayardfirm.com)<br>**The Bayard Firm**<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>302.655.5000/phone; 302.658.6395/fax |
| **Counsel for Defendants Purepac Pharmaceutical Co. & Alpharma, Inc.** | |

| | |
|---|---|
| Stuart Sender *(ssender@budd-larner.com)*<br>**Budd Larner, P.C.**<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078-0999<br>973.315.4462/phone; 973.379.7734/fax | Richard L. Horwitz<br>David E. Moore<br>**Potter Anderson & Corroon LLP**<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P. O. Box 951<br>Wilmington, DE 19899<br>302.984.6000/phone; 302.658.1192/fax |

*Counsel for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

| | |
|---|---|
| Alan Bernstein *(abernstein@crbcp.com)*<br>Mona Gupta *(mgupta@crbcp.com)*<br>**Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.**<br>1635 Market Street, 11th floor<br>Philadelphia, PA 19103-2212<br>215.567.2010/phone; 215.751.1142/fax | Frederick L. Cottrell, III *(cottrell@rlf.com)*<br>Anne Shea Gaza *(gaza@rlf.com)*<br>**Richards, Layton & Finger, P.A.**<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>302.651.7700/phone; 302.651.7701/fax |

*Counsel for Defendant Alphapharm Pty Ltd.*

| | |
|---|---|
| Steven J. Balick *(sbalick@ashby-geddes.com)*<br>John G. Day *(jday@ashby-geddes.com)*<br>**Ashby & Geddes**<br>222 Delaware Ave., 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302.654.1888/phone; 302.654.2067/fax | |

*Counsel for Plaintiffs Janssen Pharmaceutica N.V., Janssen, L.P., and Synaptech, Inc.*

# EXHIBIT H

# COVINGTON & BURLING

| 1201 PENNSYLVANIA AVENUE NW | WASHINGTON | KURT G. CALIA |
| WASHINGTON, DC 20004-2401 | NEW YORK | |
| TEL 202.662.6000 | SAN FRANCISCO | TEL 202.662.5602 |
| FAX 202.662.6291 | LONDON | FAX 202.778.5602 |
| WWW.COV.COM | BRUSSELS | KCALIA@COV.COM |

March 22, 2006

**VIA E-MAIL and FIRST CLASS MAIL**

Defense Counsel
Attached Service List

Re:    In re: '318 Patent Infringement Litigation; Civil Action No.
05-356-KAJ (consolidated)

Dear Counsel:

This letter concerns Plaintiffs' February 21, 2006 R. 30(b)(6) deposition notices which have been the subject of recent correspondence with each of the defendants.

First, we note that none of the defendants agreed to the noticed deposition dates (or was available to discuss this dispute last week). This is simply unacceptable and is at odds with Judge Jordan's request that the parties "go the extra mile" to make sure that discovery is completed within the expedited deadlines sought and obtained by defendants. Each defendant was given at least three weeks' notice, and some of the defendants (e.g., Alphapharm) received more than two months' notice. Yet each defendant rejected the noticed dates and promised alternate dates. Not only have no alternate dates been provided, but no defendant has explained why the noticed dates are not acceptable in the first place. That some of the topics may be objectionable does not justify a refusal to timely present any witness on topics to which objections have not been lodged.

As I stated in my prior correspondence, it is critical to the viability of the current discovery schedule that these depositions begin in March. Plaintiffs noticed these depositions in February after documents began to arrive from defendants, and we noticed them to occur over a period of several weeks, arranging them on the basis of the volume of documents produced by each defendant. As I also stated in my earlier letters, many of the noticed topics pertain to subjects that will lead to the discovery of admissible evidence, such as the content and location of relevant documents and the identities of relevant witnesses. To be clear, if these depositions do not begin this month, we will seek relief from the Court.

COVINGTON & BURLING

Defense Counsel
March 22, 2006
Page 2

        And, to respond to the specific statement in Lynn Ulrich's March 16 letter
on behalf of Barr, it is not acceptable to refuse to produce a witness (without
explanation) and state that witnesses will be made available on later noticed dates
rejected by other defendants.  That strategy leaves open the prospect that no defendant
will present a witness until the last of the noticed dates in the end of April – more than
two months after the notices were served and less than two months before the end of
discovery.

        We have received formal objections from the defendants and are prepared
to discuss them in a meet-and-confer telephone conference, which we propose for
Thursday, March 23, 4:00 PM EST.[1]  Please confirm that this time is acceptable and I
will circulate a dial-in number.  It is our continued hope that we can resolve the disputes
concerning the scope of these depositions and begin them this month.  If we cannot
achieve this result on Thursday, we will be seeking a discovery hearing with Judge
Jordan early next week.

        If you have any questions or concerns, please do not hesitate to contact
me.  We look forward to your prompt response.

                                        Sincerely,

                                        Kurt G. Calia


cc:     Steven Balick, Esq. (via email only)

_____

[1]     As to the request by Amy Brody, counsel for Mylan, that the parties also conduct
a meet-and-confer session regarding Mylan's concerns with Plaintiff's document
production, we do not agree to do so.  First of all, Plaintiffs" R. 30(b)(6) deposition
notices have been outstanding for a month and the depositions were to begin last week,
and so the need to resolve them is more acute.  Secondly, we have not yet had a
chance to formulate a response to Mylan's March 7 and March 16 letters, which will
require us to confer with our client about the existence, scope, and location of the
disputed documents -- a more onerous inquiry than the decision of whether a witness
will be provided on a deposition notice that has been outstanding for a month.  We will
respond to those letters later this week, and should any disputes remain, schedule a
meet-and-confer session to occur very shortly thereafter.  But we will resist any effort to
hold up resolution of the discrete issues raised by Plaintiffs' R. 30(b)(6) notices unless
we agree to simultaneously try to tackle other disputes.

# SERVICE LIST

By Electronic Mail:

By Electronic Mail:

| By Electronic Mail: | By Electronic Mail: |
|---|---|
| William A. Rakoczy (wrakoczy@rmmslegal.com)<br>Christine J. Siwik (csiwik@rmmslegal.com)<br>Amy D. Brody (abrody@rmmslegal.com)<br>Lara Monroe-Sampson (lmonroe-<br>sampson@rmmslegal.com)<br>**Rakoczy, Molino, Mazzochi, Siwik LLP**<br>6 West Hubbard Street, Suite 500<br>Chicago, IL  60610<br>312.527.2157/phone; 312.527.4205/fax | Mary B. Matterer (mmatterer@morrisjames.com)<br>**Morris James Hitchens & Williams LLP**<br>222 Delaware Avenue<br>10th Floor<br>P.O. Box 2306<br>Wilmington, DE  19899-2306<br>302.888.6800/phone; 302.571.1750/fax |

*Counsel for Defendants Mylan Pharmaceuticals Inc. & Mylan Laboratories Inc.*

| By Electronic Mail and First Class Mail: | By Electronic Mail: |
|---|---|
| Edward C. Donovan (edonovan@kirkland.com)<br>Karen M. Robinson (krobinson @kirkland.com)<br>Corey J. Manley (cmanley@kirkland.com)<br>**Kirkland & Ellis LLP**<br>655 Fifteenth Street, NW<br>Suite 1200<br>Washington, DC  20005-5793<br>202.879.5000/phone; 202.879.5200/fax | Josy W. Ingersoll (jingersoll@ycst.com)<br>John W. Shaw (jshaw@ycst.com)<br>**Young Conaway Stargatt & Taylor LLP**<br>The Brandywine Building<br>1000 West Street<br>17th Floor<br>Wilmington, DE  19899-0391<br>302.571.6600/phone; 302.571.1253/fax |

*Counsel for Defendants Teva Pharmaceuticals USA, Inc. & Teva Pharmaceuticals Industries Ltd.*

| | |
|---|---|
| Taras A. Gracey (tgracey@winston.com)<br>Lynn M. Ulrich (lulrich @winston.com)<br>Brian L. Franklin (bfranklin@winston.com)<br>**Winston & Strawn LLP**<br>35 West Wacker Drive<br>Chicago, IL  60601<br>312.558.5600/phone; 312.558.5700/fax | |

*Counsel for Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

| | |
|---|---|
| Barbara S. Wahl (wahl.barbara@arentfox.com)<br>Richard J. Berman (berman.richard@arentfox.com)<br>D. Jacques Smith (smith.jacques@arentfox.com)<br>Janine A. Carlan (carlan.janine@arentfox.com)<br>John K. Hsu (hsu.john@arentfox.com)<br>**Arent Fox PLLC**<br>1050 Connecticut Avenue, NW<br>Washington, DC  20036-5339<br>202.857.6000/phone; 202.857.6395/fax | Philip A. Rovner (provner@potteranderson.com)<br>**Potter Anderson & Corroon LLP**<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899-0951<br>302.984.6000/phone; 302.658.1192/fax |

*Counsel for Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.*

| | |
|---|---|
| Robert J. Gunther, Jr. (robert.gunther@lw.com)<br>James P. Barabas (james.barabas@lw.com)<br>**Latham & Watkins LLP**<br>885 Third Avenue, Suite 1000<br>New York, NY  10022-4834<br>212.906.1200/phone; 212.751.4864/fax | Richard D. Kirk (rkirk@bayardfirm.com)<br>**The Bayard Firm**<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899<br>302.655.5000/phone; 302.658.6395/fax |

*Counsel for Defendants Purepac Pharmaceutical Co. & Alpharma, Inc.*

| | |
|---|---|
| Stuart Sender (ssender@budd-larner.com)<br>**Budd Larner, P.C.**<br>150 John F. Kennedy Parkway<br>Short Hills, NJ  07078-0999<br>973.315.4462/phone; 973.379.7734/fax | Richard L. Horwitz<br>David E. Moore<br>**Potter Anderson & Corroon LLP**<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P. O. Box 951<br>Wilmington, DE  19899<br>302.984.6000/phone; 302.658.1192/fax |

*Counsel for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

| | |
|---|---|
| Alan Bernstein  (abernstein@crbcp.com)<br>Mona Gupta     (mgupta@crbcp.com)<br>**Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.**<br>1635 Market Street, 11th floor<br>Philadelphia, PA  19103-2212<br>215.567.2010/phone; 215.751.1142/fax | Frederick L. Cottrell, III  (cottrell@rlf.com)<br>Anne Shea Gaza     (gaza@rlf.com)<br>**Richards, Layton & Finger, P.A.**<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899<br>302.651.7700/phone; 302.651.7701/fax |

*Counsel for Defendant Alphapharm Pty Ltd.*

| | |
|---|---|
| Steven J. Balick (sbalick@ashby-geddes.com)<br>John G. Day     (jday@ashby-geddes.com)<br>**Ashby & Geddes**<br>222 Delaware Ave., 17th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>302.654.1888/phone; 302.654.2067/fax | |

*Counsel for Plaintiffs Janssen Pharmaceutica N.V., Janssen, L.P., and Synaptech, Inc.*

# EXHIBIT I


RAKOCZY
MOLINO
MAZZOCHI
SIWIK LLP

6 WEST HUBBARD STREET
SUITE 500
CHICAGO, IL 60610
www.rmmslegal.com

312-527-2157 main phone
312-527-4205 main fax

Amy D. Brody

312.222.6344 telephone
312.222.6345 facsimile
abrody@rmmslegal.com

March 22, 2006

**<u>VIA Facsimile and E-mail</u>**

Kurt G. Calia, Esq.
COVINGTON & BURLING
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004-2401

Re:     ***In Re: '318 Patent Infringement Litigation***
        **<u>C.A. No. 05-356 (KAJ) (D. Del.) (consolidated)</u>**

Dear Kurt:

This responds to your letter of today, in which you propose a meet and confer teleconference for Thursday, March 23, at 4:00 p.m. EST. Your request for a "prompt response" is disingenuous, where Defendants proposed to hold such call on either Tuesday or Wednesday of this week. Plaintiffs conveniently ignored that request.

Moreover, Plaintiffs' explicit refusal to hold a meet and confer on Plaintiffs' discovery deficiencies (3/22/06 Calia letter at 2 n.1) is entirely unacceptable. Defendants raised certain of these discovery issues nearly two months ago, if not longer, including Plaintiffs' failure to produce documents and written discovery concerning secondary considerations and claim construction. In light of these circumstances and Plaintiffs' notice of Defendants' discovery requests for over six (6) months, we further find it quite surprising that Plaintiffs "have not yet had a chance to formulate a response" to the discovery issues raised by Mylan and the other Defendants. Thus, for you to suggest that Plaintiffs' purported discovery issues somehow are more important or take priority over any of the legitimate issues Defendants have raised with respect to Plaintiffs' discovery is egregious. In this regard, you claim that the deposition issues Plaintiffs have raised are "more acute" than Defendants' issues. This is absurd. Without the most basic of information from Plaintiffs concerning the issues at the heart of this narrowed litigation,

Kurt G. Calia, Esq.
COVINGTON & BURLING
March 22, 2006
Page 2

Defendants are grossly hindered from further developing their case and proceeding with depositions. For months, Plaintiffs have ignored Defendants' discovery letters; dictated when meet and confer conferences will be held; unilaterally decided when and what discovery they would produce; and unilaterally imposed unreasonable deadlines on Defendants. Defendants will not tolerate this conduct. We ask that you reconsider Plaintiffs' position on holding a meet and confer on Defendants' outstanding discovery issues. If Plaintiffs still refuse to immediately proceed with such meet and confer, we will advise the Court accordingly.

That said, we will be get back with you concerning Defendants' availability for a meet and confer conference on March 23, at 4:00 p.m. EST, as proposed by Plaintiffs.

Very truly yours,

RAKOCZY MOLINO MAZZOCHI SIWIK LLP

Amy D. Brody

cc:    Attached service list

## SERVICE LIST

**Via Facsimile and E-mail:**

| | |
|---|---|
| George F. Pappas (*gpappas@cov.com*)<br>Roderick R. McKelvie (*mckelvie@cov.com*)<br>Christopher N. Sipes (*csipes@cov.com*)<br>Jeffrey B. Elikan (*jelikan@cov.com*)<br>Laura H. McNeill (*lmcneill@cov.com*)<br>Kurt G. Calia (*kcalia@cov.com*)<br>**COVINGTON & BURLING**<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291 | John G. Day (*jday@ashby-geddes.com*)<br>Steven J. Balick (*sbalick@ashby-geddes.com*)<br>**ASHBY & GEDDES**<br>222 Delaware Ave., 17th Fl.<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067 |
| Steven P. Berman (*sberman@corus.jnj.com*)<br>Office of General Counsel<br>**JOHNSON & JOHNSON**<br>One Johnson & Johnson Plaza<br>New Brunswick, NJ 08933<br>Telephone: (732) 524-2805<br>Facsimile: (732) 524-5866 | |
| *Counsel for Plaintiffs Janssen Pharmaceutica N.V., Janssen, L.P. and Synaptech, Inc.* | |

**Via E-mail:**

| | |
|---|---|
| Alan Bernstein (*abernstein@crbcp.com*) (x124)<br>Mona Gupta (*mgupta@crbcp.com*) (x160)<br>**CAESAR, RIVISE, BERNSTEIN, COHEN &<br>POKOTILOW, LTD.**<br>1635 Market Street, 11th Floor<br>Philadelphia, PA 19103-2212<br>Telephone: (215) 567-2010<br>Facsimile: (215) 751-1142 | Frederick L. Cottrell, III (*cottrell@rlf.com*)<br>Anne Shea Gaza (*gaza@rlf.com*)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19801<br>Telephone: (302) 651-7509<br>Facsimile: (302) 651-7701 |
| *Counsel for Defendant Alphapharm Pty Ltd.* | |

| | |
|---|---|
| Daniel F. Attridge, P.C. (*dattridge@kirkland.com*)<br>Edward C. Donovan (*edonovan@kirkland.com*)<br>Karen M. Robinson (*krobinson@kirkland.com*)<br>Corey J. Manley (*cmanley@kirkland.com*)<br>**KIRKLAND & ELLIS LLP**<br>655 Fifteenth Street, N.W., Suite 1200<br>Washington, D.C. 20005-5793<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200 | Josy W. Ingersoll (*jingersoll@ycst.com*)<br>John W. Shaw (*jshaw@ycst.com*)<br>Adam W. Poff (*apoff@ycst.com*)<br>**YOUNG CONAWAY STARGATT & TAYLOR LLP**<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 |
| *Counsel for Defendants Teva Pharmaceuticals USA and Teva Pharmaceuticals Industries Ltd.* | |

| | |
|---|---|
| Mary B. Matterer (mmatterer@morrisjames.com)<br>**MORRIS JAMES HITCHENS & WILLIAMS LLP**<br>222 Delaware Ave., 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750 | |
| *Counsel for Defendants Mylan Pharmaceuticals Inc.<br>and Mylan Laboratories Inc.* | |

| | |
|---|---|
| George C. Lombardi (glombardi@winston.com)<br>Taras A. Gracey (tgracey@winston.com)<br>Lynn M. Ulrich (lulrich@winston.com)<br>Brian L. Franklin (bfranklin@winston.com)<br>**WINSTON & STRAWN LLP**<br>35 West Wacker Dr.<br>Chicago, IL 60601<br>Telephone: (312) 558-5000<br>Facsimile: (312) 558-5700 | John C. Phillips, Jr. (jcp@pgslaw.com)<br>Brian E. Farnan (bef@pgslaw.com)<br>**PHILLIPS, GOLDMAN & SPENCE, P.A.**<br>1200 N. Broom St.<br>Wilmington, DE 19806<br>Telephone: (302) 655-4200<br>Facsimile: (302) 655-4210 |
| *Counsel for Defendants Barr Laboratories, Inc.<br>and Barr Pharmaceuticals, Inc.* | |

| | |
|---|---|
| Robert J. Gunther, Jr. (robert.gunther@lw.com)<br>James P. Barabas (james.barabas@lw.com)<br>**LATHAM & WATKINS LLP**<br>885 Third Ave., Suite 1000<br>New York, NY 10022-4802<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864 | Richard D. Kirk (rkirk@bayardfirm.com)<br>**THE BAYARD FIRM**<br>222 Delaware Ave., Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395 |
| *Counsel for Defendants Purepac Pharmaceutical Co.<br>and Alpharma Inc.* | |

| | |
|---|---|
| Barbara S. Wahl (wahl.barbara@arentfox.com)<br>Richard J. Berman (berman.richard@arentfox.com)<br>D. Jacques Smith (smith.jacques@arentfox.com)<br>Janine A. Carlan (carlan.janine@arentfox.com)<br>John K. Hsu (hsu.john@arentfox.com)<br>**ARENT FOX PLLC**<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036-5339<br>Telephone: (202) 857-6000<br>Facsimile: (202) 857-6395 | Philip A. Rovner (provner@potteranderson.com)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192 |
| *Counsel for Defendants Par Pharmaceutical, Inc.<br>and Par Pharmaceutical Companies, Inc.* | |

| Stuart Sender (*ssender@budd-larner.com*) | Richard L. Horwitz (rhorwitz@potteranderson.com) |
|---|---|
| **BUDD LARNER** | **POTTER ANDERSON & CORROON LLP** |
| 150 John F. Kennedy Parkway | Hercules Plaza |
| Short Hills, NY 07078-0999 | P.O. Box 951 |
| Telephone: (973) 315-4462 | Wilmington, DE 19899 |
| Facsimile: (973) 379-7734 | Telephone: (302) 984-6027 |
| | Facsimile: (302) 658-1192 |
| *Counsel for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* | |

# EXHIBIT J

## Calia, Kurt

**From:**    Ulrich, Lynn MacDonald [LUlrich@winston.com]

**Sent:**    Thursday, March 23, 2006 5:07 PM

**To:**    Calia, Kurt; abernstein@crbcp.com; abrody@rmmslegal.com; gaza@rlf.com;
wahl.barbara@arentfox.com; Franklin, Brian; csiwik@rmmslegal.com; cmanley@kirkland.com;
smith.jacques@arentfox.com; edonovan@kirkland.com; cottrell@rlf.com; james.barabas@lw.com;
carlan.janine@arentfox.com; jday@ashby-geddes.com; hsu.john@arentfox.com; jshaw@ycst.com;
jingersoll@ycst.com; krobinson@kirkland.com; lmonroe-sampson@rmmslegal.com;
mmatterer@morrisjames.com; mgupta@crbcp.com; provner@potteranderson.com;
rkirk@bayardfirm.com; berman.richard@arentfox.com; robert.gunther@lw.com; sbalick@ashby-
geddes.com; ssender@budd-larner.com; Gracey, Taras; wrakoczy@rmmslegal.com

**Subject:**    RE: In re: '318 Patent Litigation

Kurt: I disagree with the rhetoric in your email. The fact is that Defendants were available for a meet
and confer earlier this week and requested one to discuss Plaintiffs' discovery deficiencies. Plaintiffs
ignored the request. In yet another effort to have a meet and confer with Plaintiffs, Defendants are
available tomorrow at 3 pm CT. I look forward to receiving a dial-in number from you for the call.

Regards,

Lynn Ulrich

-----Original Message-----
**From:** Calia, Kurt [mailto:kcalia@cov.com]
**Sent:** Thursday, March 23, 2006 2:49 PM
**To:** Ulrich, Lynn MacDonald; abernstein@crbcp.com; abrody@rmmslegal.com; gaza@rlf.com;
wahl.barbara@arentfox.com; Franklin, Brian; csiwik@rmmslegal.com; cmanley@kirkland.com;
smith.jacques@arentfox.com; edonovan@kirkland.com; cottrell@rlf.com; james.barabas@lw.com;
carlan.janine@arentfox.com; jday@ashby-geddes.com; hsu.john@arentfox.com; jshaw@ycst.com;
jingersoll@ycst.com; krobinson@kirkland.com; lmonroe-sampson@rmmslegal.com;
mmatterer@morrisjames.com; mgupta@crbcp.com; provner@potteranderson.com; rkirk@bayardfirm.com;
berman.richard@arentfox.com; robert.gunther@lw.com; sbalick@ashby-geddes.com; ssender@budd-
larner.com; Gracey, Taras; wrakoczy@rmmslegal.com
**Subject:** RE: In re: '318 Patent Litigation

Lynn

While you are correct that certain of the defendants indicated a willingness to
hold a meet-and-confer on Tuesday or Wednesday, not all did, rendering the
offer moot. Plaintiffs did not ignore the offer to conduct a conference on those
dates at all, but because we agreed with the point made in your March 16 letter
that all defendants be involved, we proposed a specific date and time (today at
4 PM) that we hoped would work for everyone, including the defendants
that have never specified when they might be available for such a call. (Given
that we asked for a call last Thursday or Friday, we have now proposed three
dates.)

Please understand that we have to coordinate with 7 parties as well, and the

defendants' apparent inability to confer even with multiple suggested dates is delaying resolution of the R. 30(b)(6) notice dispute and hampering our ability to comply with the accelerated schedule. In any event, we hope to receive confirmation from you that the defendants will be available to conduct a telephone conference tomorrow to address the deposition situation. The notices were served a month ago now.

As to your request that we also be prepared to discuss Plaintiffs' alleged discovery deficiencies (not specified in your letter), we respond as follows. First, while we have received correspondence from Mylan's counsel on this subject, we have not received correspondence from other defendants since my March 10 letter outlining Plaintiffs' positions. Accordingly, we owe a response to Mylan only at this point (which we will provide by the close of business tomorrow). Second, we do not agree that discovery disputes that are ripe for resolution by meet-or-confer or a discovery hearing should be held up by other potential disputes. That approach will surely render the current schedule unworkable.

We look forward to confirmation that tomorrow will work for a call to discuss the R. 30(b)(6) deposition notices. We will respond to Mylan's letter concerning the Plaintiffs' discovery tomorrow, and we agree to schedule a call early next week should any disputes remain.

Sincerely,
Kurt G. Calia
**Covington & Burling**
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
202.662.5602 (v); 202.778.5602 (f)
kcalia@cov.com; www.cov.com
*This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail and any attachments from your system. Thank you for your cooperation*

---

**From:** Ulrich, Lynn MacDonald [mailto:LUlrich@winston.com]
**Sent:** Thursday, March 23, 2006 11:48 AM
**To:** Calia, Kurt; abernstein@crbcp.com; abrody@rmmslegal.com; gaza@rlf.com; wahl.barbara@arentfox.com; Franklin, Brian; csiwik@rmmslegal.com; cmanley@kirkland.com; smith.jacques@arentfox.com; edonovan@kirkland.com; cottrell@rlf.com; james.barabas@lw.com; carlan.janine@arentfox.com; jday@ashby-geddes.com; hsu.john@arentfox.com; jshaw@ycst.com; jingersoll@ycst.com; krobinson@kirkland.com; lmonroe-sampson@rmmslegal.com; mmatterer@morrisjames.com; mgupta@crbcp.com; provner@potteranderson.com; rkirk@bayardfirm.com; berman.richard@arentfox.com; robert.gunther@lw.com; sbalick@ashby-geddes.com; ssender@budd-larner.com; Gracey, Taras; wrakoczy@rmmslegal.com
**Subject:** RE: In re: '318 Patent Litigation

Kurt: As you know, last week Defendants proposed a meet and confer for Tuesday or Wednesday of this week to discuss Plaintiffs 30(b)(6) notices and Plaintiffs' discovery deficiencies. Despite your claim that such a conference was critical, Plaintiffs ignored Defendants' offer. The first response that Plaintiffs made to Defendants' request for a meet and confer was in your letter from yesterday afternoon. Your demand that the meet and

confer take place today (less then 24-hours after your letter) is unreasonable and unworkable. As Plaintiffs should appreciate by now, Defendants have to organize schedules for counsel for 7 parties for such meet and confers. Despite Defendants' best efforts, all Defendants are not available today for a meet and confer. I will let you know later today if all defense counsel are available tomorrow. As Amy Brody stated in her letter yesterday, Defendants fully expect that Plaintiffs will be prepared to discuss Plaintiffs' discovery deficiencies during the meet and confer.

Regards,
Lynn Ulrich

-----Original Message-----
**From:** Calia, Kurt [mailto:kcalia@cov.com]
**Sent:** Thursday, March 23, 2006 9:25 AM
**To:** abernstein@crbcp.com; abrody@rmmslegal.com; gaza@rlf.com; wahl.barbara@arentfox.com; Franklin, Brian; csiwik@rmmslegal.com; cmanley@kirkland.com; smith.jacques@arentfox.com; edonovan@kirkland.com; cottrell@rlf.com; james.barabas@lw.com; carlan.janine@arentfox.com; jday@ashby-geddes.com; hsu.john@arentfox.com; jshaw@ycst.com; jingersoll@ycst.com; krobinson@kirkland.com; lmonroe-sampson@rmmslegal.com; Ulrich, Lynn MacDonald; mmatterer@morrisjames.com; mgupta@crbcp.com; provner@potteranderson.com; rkirk@bayardfirm.com; berman.richard@arentfox.com; robert.gunther@lw.com; sbalick@ashby-geddes.com; ssender@budd-larner.com; Gracey, Taras; wrakoczy@rmmslegal.com
**Subject:** In re: '318 Patent Litigation

Counsel:

Would you please let me know whether the defendants are available for a call at 4:00 PM EST this afternoon to discuss Plaintiffs' R. 30(b)(6) deposition notices? If not, we request that defendants propose a time tomorrow; we are available at any time tomorrow before 3:30 PM EST.

Sincerely,
Kurt G. Calia ·
**Covington & Burling**
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
202.662.5602 (v); 202.778.5602 (f)
kcalia@cov.com; www.cov.com
*This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail and any attachments from your system. Thank you for your cooperation.*

The contents of this message may be privileged and confidential. Therefore, if this message been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without permission of the author.
**************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amer

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
*********************************************************************

Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

# EXHIBIT K

```
 1                    IN THE UNITED STATES DISTRICT COURT

 2                    IN AND FOR THE DISTRICT OF DELAWARE

 3                              - - -

    IN RE:  '318 PATENT                :
 4  INFRINGEMENT LITIGATION,           :    CIVIL ACTION
                                       :    NO. 05-356 (KAJ)
 5                                     :    (Consolidated)
                                  - - -
 6
                            Wilmington, Delaware
 7          Tuesday, February 7, 2006 at 3:00 o'clock, p.m.
                         TELEPHONE CONFERENCE
 8
                                  - - -
 9
    BEFORE:        HONORABLE KENT A. JORDAN, U.S.D.C.J.
10
                                  - - -
11  APPEARANCES:

12
                ASHBY & GEDDES
13              BY:  STEVEN J. BALICK, ESQ.

14                   -and-

15              COVINGTON & BURLING
                BY:  GEORGE F. PAPPAS, ESQ., and
16                   KURT G. CALIA, ESQ.
                     (Washington, District of Columbia)
17
                     -and-
18
                JOHNSON & JOHNSON
19              OFFICE OF THE GENERAL COUNSEL
                BY:  STEVEN P. BERMAN, ESQ.
20                   (New Brunswick, New Jersey)

21                      Counsel for Janssen Pharmaceutica
                        N.V., Janssen, L.P. and Synaptech Inc.
22

23

24
                             Brian P. Gaffigan
25                           Registered Merit Reporter
```

1   party not dragging their feet.  If you are both dragging

2   your feet, who is the more culpable party.  So I'm not going

3   to try to do that.

4            I'm only going to tell you that the fact that

5   we don't have a privilege log at this point, that is really

6   not acceptable.  I'm glad we've got it resolved but it

7   doesn't reflect well on the general progress of stuff.  The

8   fact that there are documents but they're only showing now

9   after repeated correspondence back and forth, again, it's

10  not a good reflection and it ought to stop.

11           What ought to happen now is you folks ought

12  to sit down and talk to each other, and it ought to go

13  without saying but I'll say it.  Mr. Pappas, if you've got

14  documents that are in the same category of things that you

15  are demanding from the other side and you are not giving

16  them up, obviously, that wouldn't sit well with me.  I

17  can't imagine why you would want to do that.  And I would

18  anticipate you would want to say, hey, I haven't done that.

19  But you know what?  Direct that conversation at Mr. Rakoczy

20  and you guys get it worked out.  You should, both of you, be

21  giving up the documents associated.

22           And I'll just address secondary considerations

23  right now.  If you've got documents that have to do with

24  secondary considerations, make an appropriate search and

25  give them up.  If you have to do it in the context of the

1   protective order, obviously you can do that.

2          If there is something extraordinary that is

3   going on and you are worried that, holy cow, if we give this

4   up, we're giving away some supersensitive secret thing, if

5   we have to put in a double/triple blind secret category for

6   something, you guys tell me about it, but what I don't want

7   to here is any gamesmanship about, well, we'll give it when

8   you give it.  This is not going to be Alphonse and Gaston,

9   who goes first.

10          You both have an obligation to give each other

11   documents in a timely fashion responsive to the other's

12   request.  And I'll ask you to start doing it because at

13   least at this stage, I'm inclined to agree that it's a bit

14   much to take four months to get document production to one

15   another, particularly with no affirmative statements to each

16   other about, okay, this is Stage I, I'll get you Stage II by

17   Date X or something that would keep each other in the loop.

18          Okay.  That is a very general but I hope that

19   is helpful.  Do you understand what I'm getting at,

20   Mr. Rakoczy?

21          MR. RAKOCZY:  I do, Your Honor.  Understood.

22          THE COURT:  All right.  Mr. Pappas, can you live

23   with this instruction and work this out with Mr. Rakoczy?

24          MR. PAPPAS:  Yes, Your Honor.  And we have

25   letters out to the other defendants and we'll follow the

1    same procedure with the other defendants and try to bring

2    these to a head as quickly as possible and presumably get

3    them resolved.

4              THE COURT:  Yes.  Do any of you other defendants

5    on the line feel like you got a dog in this fight or want to

6    weigh in?  Because I'll hear you if you have something you

7    feel you need to put on this record.

8              MR. GRACEY:  Your Honor, this is Taras Gracey on

9    behalf of Barr.

10             You mentioned secondary considerations.  You

11   know, we, the collective defendants, have issued inter-

12   rogatories to plaintiffs earlier last fall, asking for the

13   plaintiffs' side to identify the secondary considerations

14   they're relying on.  We've also asked them to produce docu-

15   ments of any of those secondary considerations.  Commercial

16   success is one.  For instance, we haven't seen those docu-

17   ments.  We haven't seen an amended or updated interrogatory

18   response that would identify the secondary considerations

19   they're relying on.

20             Additionally, we mentioned in the last

21   telephonic hearing we had about the fact that Janssen hadn't

22   produced the new drug application or the ANDA and that still

23   hasn't been produced.  In fact, Janssen's anticipated

24   production had been poor at the time.  Synaptech has,

25   Janssen has not, but has not produced a privilege log.  So I