IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION, | ) ) ) ) ) | Civil Action No. 05-356-KAJ (Consolidated) |

### ORDER

At Wilmington this **5th** day of **April, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **April 12, 2006 at 2:00 p.m.** with the undersigned. **Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE