## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 10, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Frederick L. Cottrell, III
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John C. Philips, Jr.
Philllips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

612880v1

      The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

Daniel F. Attridge
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC 20005-5793

Stuart D. Sender
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078

George C. Lombardi
Winson & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

Alan H. Bernstein
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA 19103

Barbara S. Wahl
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Amy D. Brody
Rakoczy Molino Mazzochi Siwik LLP
6 W. Hubbard Street, Suite 500
Chicago, IL 60610

      /s/ Richard D. Kirk (rk0922)