# EXHIBIT A

# WINSTON & STRAWN LLP

| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
|---|---|---|
| BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON EC4N 8NH | (312) 558-5600 | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE |
| | FACSIMILE (312) 558-5700 | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |
| 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 | www.winston.com | 1700 K STREET, N.W<br>WASHINGTON, D.C. 20006-3817 |

WRITER'S DIRECT DIAL
(312) 558-6313

March 29, 2006

**VIA E-MAIL**

Kurt G. Calia, Esq.
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004-2401

Re:   In Re: '318 Patent Infringement Litigation
       C.A. No. 05-356 (KAJ) (D. Del.) (consolidated) – 30(b)(6) Deposition

Dear Kurt:

Barr will be producing a witness on April 18, 2006, to discuss sales and marketing issues, as described in topics 5 and 6 of Plaintiffs' 30(b)(6) deposition notice for a March 30, 2006 deposition, as well as Barr's document retention policy. Please inform me by the end of the day tomorrow whether Plaintiffs are available.

Very truly yours,

Brian L. Franklin

cc:   Counsel of Record (via e-mail)