

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

April 11, 2006

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
   For the District of Delaware
844 North King Street
Wilmington, Delaware  19801

Re:   <u>In Re '318 Patent Infringement Litigation, C.A. No. 05-356-KAJ</u>

Dear Judge Jordan:

I am writing on behalf of Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. to join in and fully adopt the Teva Defendants' April 11, 2006 letter (D.I. 159) regarding Plaintiffs' motion to compel.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:nmt/727688
cc:   Clerk of the Court
         Counsel of Record