IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| '318 PATENT INFRINGEMENT LITIGATION | ) | C.A. No. 05-356 (KAJ) |
| | ) | (consolidated) |
| | ) | |
| | ) | |

**NOTICE OF SERVICE**

I, Brian E. Farnan, hereby certify that on April 13, 2006, two copies of Defendants Barr Pharmaceuticals, Inc.'s and Barr Laboratories, Inc.'s Supplemental Objections and Response To Plaintiffs' Interrogatory No. 2 were served on the following as indicated below:

**Via Hand Delivery**
Steven J. Balick
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19801

**Regular U.S. Mail**
George F. Pappas
Christopher N. Sipes
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

/s/ Brian E. Farnan
John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200

and

          George C. Lombardi (admitted pro hac vice)
          Taras A. Gracey (admitted pro hac vice)
          Lynn M. Ulrich (admitted pro hac vice)
          Brian L. Franklin (admitted pro hac vice)
          WINSTON & STRAWN LLP
          35 West Wacker Drive
          Chicago, IL 60601
          Tele: (312) 558-5600
          Fax: (312) 558-5700

          Attorneys for Defendants/Counterclaim-Plaintiffs
          Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.

Date: April 14, 2006