## CERTIFICATE OF SERVICE

I, Brian E. Farnan, hereby certify that on April 14, 2006, two copies of the foregoing Notice of Service were served on the following as indicated below:

**Via Hand Delivery**
Steven J. Balick
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19801

**Via Federal Express**
George F. Pappas
Christopher N. Sipes
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

_____
Brian E. Farnan