IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) C.A. No. 05-356 (KAJ)<br>) (consolidated) |

## STIPULATION FOR SUBSTITUTION OF PARTY

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their respective counsel, subject to the approval of the Court, and pursuant to Fed. R. Civ. P. 25 (c), as follows:

1.  In Civil Action No. 05-382-KAJ, *Janssen Pharmaceutica N.V. et al. v. Purepac Pharmaceutical Co., et al.*, now consolidated in Civil Action No. 05-356 (KAJ), Actavis Group, an Icelandic corporation ("Actavis"), be, and upon approval by the Court, is, substituted for defendant Alpharma, Inc. ("Alpharma"), for all purposes, by reason of Actavis's acquisition from Alpharma of Alpharma's generic drug business, including Alpharma's former subsidiary, Purepac Pharmaceutical Co. ("Purepac").

2.  Actavis hereby submits to the jurisdiction of this Court for purposes of the litigation. Purepac remains a party defendant.

3.  Actavis agrees to be responsible for any discovery previously directed to Alpharma.

4.  Counsel for Alpharma (and Purepac) will remain counsel for Actavis (and Purepac). No change of any service list, including the Court's electronic filing list, is required.

623428v1

April 19, 2006                ASHBY & GEDDES

                              /s/ John G. Day (jd2403)
                              Steven J. Balick
                              John G. Day
                              222 Delaware Ave., 17th Fl.
                              P.O. Box 1150
                              Wilmington, DE 19899
                              (302) 654-1888

                              *Attorneys for Plaintiffs Janssen Pharmaceutica N.V., Janssen, L.P. and Synaptech, Inc.*


April 19, 2006                THE BAYARD FIRM

                              /s/ Richard D. Kirk (rk0922)
                              222 Delaware Ave., Suite 900
                              P.O. Box 25130
                              Wilmington, DE 19899
                              (302) 655-5000

                              *Attorneys for Defendants Purepac Pharmaceutical Co., Alpharma, Inc. and Actavis Group*


April 20, 2006                YOUNG CONAWAY STARGATT & TAYLOR LLP

                              /s/ John W. Shaw (js3362)
                              Josy W. Ingersoll (#1088)
                              John W. Shaw (#3362)
                              Karen E. Keller (#4462)
                              The Brandywine Building
                              1000 West St., 17th Floor
                              P.O. Box 391
                              Wilmington, DE 19899-0391
                              (302) 571-6600

                              *Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

623428v1

| | |
|---|---|
| April 19, 2006 | MORRIS JAMES HITCHENS & WILLIAMS LLP<br><br>/s/ Mary B. Matterer (mm2696)<br>222 Delaware Ave., 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>(302) 888-6800<br><br>*Attorneys for Defendants Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.* |
| April 19, 2006 | POTTER ANDERSON & CORROON LLP<br><br>/s/ Richard L. Horwitz (rh2246)<br>David E. Moore (#3983)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6027<br><br>*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* |
| April 19, 2006 | PHILLIPS, GOLDMAN & SPENCE, P.A.<br><br>/s/ John C. Phillips, Jr. (jp0110)<br>Brian E. Farnan (#4089)<br>1200 N. Broom St.<br>Wilmington, DE 19806<br>(302) 655-4200<br><br>*Attorneys for Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.* |

623428v1

| | |
|---|---|
| April 19, 2006 | RICHARDS, LAYTON & FINGER, P.A. |
| | /s/ Anne Shea Gaza (ag4093) |
| | Frederick L. Cottrell, III (fc2555) |
| | Anne Shea Gaza (#4093) |
| | One Rodney Square |
| | P.O. Box 551 |
| | Wilmington, DE 19801 |
| | (302) 651-7509 |
| | *Attorneys for Defendant Alphapharm Pty Ltd.* |

SO ORDERED, this ____ day of April, 2006.

_____
United States District Judge

623428v1