IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) ) ) ) ) Civil Action No. 05-356-KAJ (Consolidated) |

## STIPULATION AND ORDER

WHEREAS plaintiffs Janssen Pharmaceutica N.V., Janssen, L.P. and Synaptech, Inc. (collectively "Janssen") and defendants Actavis Group and Purepac Pharmaceutical Co. (collectively "Purepac") have been litigating the issues of alleged infringement and validity of U.S. Patent No. 4,663,318 ("the '318 patent") predicated on Purepac's filing of an Abbreviated New Drug Application, No. 77-585, to obtain approval for the manufacture, use and sale of galantamine hydrobromide oral tablets equivalent to 4, 8 and 12 mg base, beginning in Civil Action No. 05-382-KAJ ("the Purepac Action"); and

WHEREAS the Purepac Action was consolidated with similar cases Janssen commenced against several other defendants; all of which have been consolidated in this Court under the above caption and in Civil Action No. 05-356-KAJ ("the '318 Action");

IT IS HEREBY STIPULATED AND AGREED, between Janssen and Purepac, through their undersigned attorneys, that:

1. This Purepac Action is STAYED with the exception of discovery from Purepac relating to objective considerations of non-obviousness, such as skepticism in the art, failure of others, and/or acquiescence in or licensing of the patented invention;

2. If a judgment of invalidity or unenforceability is entered in the '318 Action and Purepac, at its option, renews its efforts to obtain FDA approval of ANDA 77-585, the stay shall be lifted and such a judgment shall be entered in the Purepac Action at the same time;

3. If a judgment in favor of Janssen is entered in the '318 Action, the stay shall be lifted and such a judgment shall be entered in the Purepac Action at the same time;

4. Any judgment entered in favor of Purepac herein as a result of a judgment in the '318 Action shall be subject to appeal by Janssen in that Action;

5. Any judgment entered in favor of Janssen herein as a result of a judgment in the '318 Action may be appealed by Purepac on the record in the '318 Action;

6. In the event that judgment in favor of Janssen with respect to the issues of validity, enforceability, or infringement is not appealed by Purepac, but is vacated, modified, affirmed or reversed on appeal in the '318 Action, then such judgment in the Purepac Action shall in like manner be vacated, modified, affirmed or reversed;

7. In the event that any of the cases consolidated in the '318 Action is resolved by settlement under which a defendant is permitted to market either an authorized brand generic under Janssen's NDA or an Alzheimer's product described in such defendant's ANDA, Purepac may, at its option, renew its efforts to obtain FDA approval of ANDA 77-585, and Janssen may, at its option, reactivate this lawsuit;

8. Purepac shall provide the FDA with a copy of this Order within ten days of its entry, with a copy to Janssen's counsel in the '318 Action; and

9. Notwithstanding the foregoing, either party may move to lift the stay for good cause shown.

Dated: ~~March~~ April 20, 2006

_/s/ James P. Barabas_
Robert J. Gunther, Jr.
James P. Barabas
LATHAM & WATKINS, LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Telephone: (212) 906-1200

_/s/_
Richard D. Kirk (Delaware Bar No. 922)
THE BAYARD FIRM
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone: (302) 655-5000
Attorneys for Defendants
*Actavis Group and Purepac Pharmaceutical Co.*

_/s/ Christopher Sipes/KGC_
George F. Pappas
Christopher N. Sipes
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000

_/s/_ (I.D. No. 2403)
Steven J. Balick (Delaware Bar No. 2114)
ASHBY & GEDDES
222 Delaware Avenue, 17th floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Attorneys for Plaintiffs
*Janssen Pharmaceutica, N. V.
Janssen, L.P. and Synaptech, Inc.*

**SO ORDERED:**

_____
United States District Judge

Dated:

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 20, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

Frederick L. Cottrell, III
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John C. Philips, Jr.
Philllips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

612880v1

      The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand to the above counsel and by email and first class mail to the following non-registered participants:

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

Daniel F. Attridge
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC 20005-5793

Stuart D. Sender
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078

George C. Lombardi
Winson & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

Alan H. Bernstein
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA 19103

Barbara S. Wahl
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Amy D. Brody
Rakoczy Molino Mazzochi Siwik LLP
6 W. Hubbard Street, Suite 500
Chicago, IL 60610

      /s/ Richard D. Kirk (rk0922)