IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) | C. A. No. 05-356 (KAJ) |
| | ) | (consolidated) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants/counterclaim plaintiffs, hereby certifies that copies of **DRL's First Set of Interrogatories to Plaintiffs** were caused to be served on April 25, 2006, upon the following attorneys of record at the following addresses as indicated:

### BY E-MAIL AND HAND DELIVERY

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Karen E. Keller, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
jingersoll@ycst.com
jshaw@ycst.com
kkeller@ycst.com

Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
mmatterer@morrisjames.com

Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
Hercules Plaza
Wilmington, DE 19899
provner@potteranderson.com

John C. Phillips, Jr., Esq.
Brian E. Farnan, Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
bef@pgslaw.com

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
cottrell@rlf.com
gaza@rlf.com

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardfirm.com

**BY E-MAIL**

George F. Pappas, Esq.
(gpappas@cov.com)
Roderick R. McKelvie, Esq.
(mckelvie@cov.com)
Christopher N. Sipes, Esq.
(csipes@cov.com)
Jeffrey B. Elikan, Esq.
(jelikan@cov.com)
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

William A. Rakoczy, Esq.
(wrakoczy@rmmslegal.com)
Christine J. Siwik, Esq.
(csiwik@rmmslegal.com)
Amy D. Brody, Esq.
(abrody@rmmslegal.com)
Rakoczy Molino Mazzochi Siwik LLP
6 W. Hubbard Street, Suite 500
Chicago, IL 60610

Daniel F. Attridge, P.C.
(dattridge@kirkland.com)
Edward C. Donovan, Esq.
(edonovan@kirkland.com)
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005-5793

George C. Lombardi, Esq.
(glombardi@winston.com)
Taras A. Gracey, Esq.
(tgracey@winston.com)
Lynn M. Ulrich, Esq.
(lulrich@winston.com)
Brian L. Franklin, Esq.
(bfranklin@winston.com)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Robert J. Gunther, Jr., Esq.
(Robert.gunther@lw.com)
James P. Barabas, Esq.
(james.barabas@lw.com)
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4802

Alan H. Bernstein, Esq.
(ahbernstein@crbcp.com)
Robert S. Silver, Esq.
(rssilver@crbcp.com)
Mona Gupta, Esq.
(mgupta@crbcp.com)
William J. Castillo, Esq.
(wjcastillo@crbcp.com)
Caesar, Rivise, Bernstein, Cohen &
Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA 19103

John K. Hsu, Esq.
(hsu.john@arentfox.com)
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036-5339

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Stuart Sender
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
Tel: (973) 379- 4800

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Dated: April 25, 2006
729426 / 29223

*Attorneys for Defendants/Counterclaim Plaintiffs Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 25, 2006, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following as indicated and that the document is available for viewing and downloading from CM/ECF.

**BY E-MAIL AND HAND DELIVERY**

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Karen E. Keller, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jingersoll@ycst.com
jshaw@ycst.com
kkeller@ycst.com

Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
mmatterer@morrisjames.com

Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
Hercules Plaza
Wilmington, DE 19899
provner@potteranderson.com

John C. Phillips, Jr., Esq.
Brian E. Farnan, Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
bef@pgslaw.com

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardfirm.com

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
cottrell@rlf.com
gaza@rlf.com

   I hereby certify that on April 25, 2006, I have sent the foregoing document to the following non-registered participants in the manner indicated:

## BY E-MAIL

George F. Pappas, Esq.
(gpappas@cov.com)
Roderick R. McKelvie, Esq.
(mckelvie@cov.com)
Christopher N. Sipes, Esq
(csipes@cov.com)
Jeffrey B. Elikan, Esq.
(jelikan@cov.com)
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Daniel F. Attridge, P.C.
(dattridge@kirkland.com)
Edward C. Donovan, Esq.
(edonovan@kirkland.com)
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005-5793

William A. Rakoczy, Esq.
(wrakoczy@rmmslegal.com)
Christine J. Siwik, Esq.
(csiwik@rmmslegal.com)
Amy D. Brody, Esq.
(abrody@rmmslegal.com)
Rakoczy Molino Mazzochi Siwik LLP
6 W. Hubbard Street, Suite 500
Chicago, IL 60610

George C. Lombardi, Esq.
(glombardi@winston.com)
Taras A. Gracey, Esq.
(tgracey@winston.com)
Lynn M. Ulrich, Esq.
(lulrich@winston.com)
Brian L. Franklin, Esq.
(bfranklin@winston.com)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Robert J. Gunther, Jr., Esq.
(Robert.gunther@lw.com)
James P. Barabas, Esq.
(james.barabas@lw.com)
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4802

John K. Hsu, Esq.
(hsu.john@arentfox.com)
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036-5339

Alan H. Bernstein, Esq.
(ahbernstein@crbcp.com)
Robert S. Silver, Esq.
(rssilver@crbcp.com)
Mona Gupta, Esq.
(mgupta@crbcp.com)
William J. Castillo, Esq.
(wjcastillo@crbcp.com)
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA  19103

/s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson

724051