IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT LITIGATION | : <br> : <br> : Civil Action No. 05-356 (KAJ) <br> : (Consolidated) <br> : |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Mustafa A. Hersi to represent Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc. in this matter.

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ Brian E. Farnan*
John C. Phillips, Jr., Esquire (#110)
Brian E. Farnan, Esquire (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Defendants
Barr Laboratories, Inc. and
Barr Pharmaceuticals, Inc.

Date: April 26, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                          The Honorable Kent A. Jordan