**CERTIFICATE OF SERVICE**

    I, Brian E. Farnan, hereby certify that on April 26, 2006, the foregoing Motion for Admission Pro Hac Vice was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading from CM/ECF to the following:

Steven J. Balick  
John G. Day  
Ashby & Geddes  
222 Delaware Avenue, 17th Floor  
P.O. Box 1150  
Wilmington, DE 19899

Mary B. Matterer  
Morris James Hitchens & Williams LLP  
222 Delaware Avenue, 10th Floor  
Wilmington, DE 19801

John W. Shaw  
Young, Conaway, Stargatt & Taylor, LLP  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, DE 19899-0391

Richard D. Kirk  
The Bayard Firm  
222 Delaware Avenue, Suite 9000  
Wilmington, DE 19899

Philip A. Rovner  
Richard L. Horwitz  
David E. Moore  
Potter Anderson & Corroon LLP  
Hercules Plaza, 6th Floor  
1313 N. Market Street  
Wilmington, DE 19807

Frederick L. Cottrell, III  
Anne Shea Gaza  
Richards, Layton & Finger  
One Rodney Square  
Wilmington, DE 19899-0551

    I further certify that on April 26, 2006, the documents were served on the following non-registered participants via electronic mail:

George F. Pappas (gpappas@cov.com)  
Roderick R. McKelvie (rmckelvie@cov.com)  
Christopher N. Sipes (csipes@cov.com)  
Jeffrey B. Elikan (jelikan@cov.com)  
Laura H. McNeill (lmcneill@cov.com)  
Covington & Burling  
1201 Pennsylvania Avenue, N.W.  
Washington, D.C. 20004-2401  
Telephone: (202) 662-6000  
Facsimile: (202) 662-6291

Robert J. Gunther, Jr., (robert.gunther@lw.com)  
James P. Barabas (james.barabas@lw.com)  
Latham & Watkins LLP  
885 Third Avenue, Suite 1000  
New York, NY 10022-4802  
Telephone: (212) 906-1200  
Facsimile: (212) 751-4864

| | |
|---|---|
| Alan Bernstein (abernstein@crbcp.com) (x124)<br>Mona Gupta (mgupta@crbcp.com) (x160)<br>Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.<br>1635 Market Street, 11th Floor<br>Philadelphia, PA 19103-2212<br>Telephone: (215) 567-2010<br>Facsimile: (215) 751-1142 | Stuart Sender (ssender@budd-larner.com)<br>Budd Larner<br>150 John F. Kennedy Parkway<br>Short Hills, NY 07078-0999<br>Telephone: (973) 315-4462<br>Facsimile: (973) 379-7734 |
| Daniel F. Attridge, P.C. (dattridge@kirkland.com)<br>Edward C. Donovan (edonovan@kirkland.com)<br>Karen M. Robinson (krobinson@kirkland.com)<br>Corey J. Manley (cmanley@kirkland.com)<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W., Suite 1200<br>Washington, D.C. 20005-5793<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200 | Amy D. Brody (abrody@rmmslegal.com)<br>Rakoczy Molino Mazzochi Siwik LLP<br>6 W. Hubbard Street, Suite 500<br>Chicago, IL 60610 |

Barbara S. Wahl (wahl.barbara@arentfox.com)
Richard J. Berman (berman.richard@arentfox.com)
D. Jacques Smith (smith.jacques@arentfox.com)
Janine A. Carlan (carlanjanine@arentfox.com)
John K. Hsu (hsu.john@arentfox.com)
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

/s/ Brian E. Farnan
_____
Brian E. Farnan