# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 10, 2006

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re:  In re '318 Patent Infringement Litigation,
     Civil Action No. 05-356-KAJ (consolidated)

Dear Judge Jordan:

At the Court's request, I attach a corrected page 8 to plaintiffs' Request for Judicial Assistance (D.I. 184), which adds the word "need" to the phrase "long felt" in the top line. We appreciate the Court's assistance in this matter.

Respectfully,

John G. Day

JGD/nml
Attachment
169316.1

cc:  All defense counsel (via electronic mail; w/ attachment)