# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 10, 2006

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re: In re '318 Patent Infringement Litigation,
Civil Action No. 05-356-KAJ (consolidated)

Dear Judge Jordan:

At the Court's request, I attach a new signature page to plaintiffs' Request for Judicial Assistance (D.I. 184). We appreciate the Court's assistance in this matter.

Respectfully,

John G. Day

JGD/nml
Attachment
169328.1

cc: All defense counsel (via electronic mail; w/ attachment)