Telephone:  302-654-1888
Facsimile:  302-654-2067

18.  Date of Request                          April _____, 2006

19.  Signature and seal of the               By the Court:
     requesting Authority:

                                             By:  _____

                                                  United States District Judge for
                                                  the District of Delaware