

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) ) ) ) ) | Civil Action No. 05-356-KAJ (Consolidated) |

### ORDER

This matter comes before the Court upon Plaintiffs' Motion to Issue Letter of Request for International Judicial Assistance. Having reviewed the notice, and being fully advised in the premises, the Court grants Plaintiffs application for Letter of Request requesting assistance from the appropriate judicial authority of Germany for the obtaining of documents and the taking of depositions of Prof. E. Muller and Boehringer Ingelheim KG. The executed Letters of Request with the Seal of the Court are attached. Plaintiffs shall forward the Letters of Request and any and all necessary translations and copies to the appropriate authorities.

SO ORDERED this 10th day of May, 2006.

_____
United States District Judge