

Boehringer Ingelheim KG · 6507 Ingelheim am Rhein

Boehringer Ingelheim KG

Prof. Dr. P. Placheta
Bender & Co. Ges.m.b.H.
Dr.-Boehringer-Gasse 5 - 11
A-1120 Wien

| Ihr Zeichen | Ihre Nachricht vom | Unser Zeichen | Telefon-Durchwahl | 6507 Ingelheim am Rhein, |
|---|---|---|---|---|
| | | Dr. Mü-ra | 06132-77-4194 | den November 8., 1989 |

Dear Prof. Placheta,

we have given serious consideration to the proposal of Waldheim Pharmazeutika to develop Nivalin (galanthamine) for the indication Alzheimer's disease. Based on the extensive preclinical research data available to us, it is our feeling that this compound, while interesting from the point of view of its mechanism of action (acetylcholinesterase inhibitor), does not have the biochemical and pharmacological profile which we consider essential for its potential use in the treatment of Alzheimer's disease. The limited clinical data (pilot study by Michael Rainer) are not very convincing.

Furthermore, Dr. Bonnie Davis has already applied for a patent to use galanthamine in AD-patients in the US and several other countries. To my knowledge, this patent has been granted and Waldheim Pharmazeutika is well aware of this.

We would, therefore, not recommend that Boehringer should get involved in the development of Nivalin for the treatment of Alzheimer's disease.

With best regards

BOEHRINGER INGELHEIM KG
ppa.                              i. V.

                                  Müller

Dr. M. Herschel              Prof. E. Müller
(Dept. of Medicine)          (Dept. of Pharmacology)


cc.: Prof. Jennewein
     Dr. Bachtler
     Dr. Heil
     Dr. Bonnie Davis
     (Mount Sinai Medical Center, N.Y.)

Geschäftsführung: Hansjörg Gauger, Vorsitzender · Werner Hoffmann · Dr. Heribert Johann · Dr. Eberhard Kutter · Dr. Helmut Roßmann
Ingelheim (06132) 77-0
Tx 4187910 oi d          Deutsche Bank AG, Mainz 0103 221    (BLZ 550 700 40)    Kreissparkasse Bingen 1008 300    (BLZ 552 500 10)
Boehringer Ingelheimrhein   Dresdner Bank AG, Mainz 249 569 700 (BLZ 550 800 65)  Postscheckamt Frankfurt/Main 1653-602 (BLZ 500 100 60)
Fax 77-3080              Landeszentralbank Mainz 55 007 367  (BLZ 550 000 00)