IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT LITIGATION | )<br>)<br>)<br>)<br>)  C.A. No. 05-356-KAJ<br>)<br>) |

### NOTICE OF SERVICE

The undersigned, counsel for defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. hereby certify that copies of (1) Defendants Teva Pharmaceuticals USA, Inc.'s and Teva Pharmaceutical Industries Ltd.'s Second Supplemental Response to Interrogatory No. 2 of Plaintiffs' First Set of Interrogatories and (2) this Notice of Service, were caused to be served on May 11, 2006 upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY AND ELECTRONIC MAIL**

Steven J. Balick, Esquire
John G. Day, Esquire
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE 19801
*Attorneys for Plaintiffs Janssen Pharmaceutica N.V., Janssen, L.P., and Synaptech, Inc.*

Mary B. Matterer, Esquire
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
*Attorneys for Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
Wilmington, DE 19801
*Attorneys for Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

John C. Phillips, Jr., Esquire
Brian E. Farnan, Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 N. Broom Street
Wilmington, DE 19806
*Attorneys for Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

Richard D. Kirk, Esquire
Thomas H. Kovach, Esquire
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Purepac Pharmaceutical Co. and Alpharma, Inc.*

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
Wilmington, DE 19801
*Attorneys for Par Pharmaceutical, Inc. and Par Pharmaceuticals Companies, Inc.*

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801
*Attorneys for Alphapharm Pty., Ltd.*

**BY ELECTRONIC MAIL**

George F. Pappas, Esquire
Roderick R. McKelvie, Esquire
Christopher N. Sipes, Esquire
Jeffrey B. Elikan, Esquire
Laura H. McNeill, Esquire
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
*Attorneys for Plaintiffs Janssen Pharmaceutica N.V., Janssen, L.P., and Synaptech, Inc.*

Stuart Sender, Esquire
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078
*Attorneys for Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

William A. Rakoczy, Esquire
Christine J. Siwik, Esquire
Amy D. Brody, Esquire
RAKOCZY MOLINO MAZZOCHI
   SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
*Attorneys for Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.*

Robert J. Gunther, Jr., Esquire
James P. Barabas, Esquire
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022
*Attorneys for Purepac Pharmaceutical Co. and Alpharma, Inc.*

George C. Lombardi, Esquire
Taras A. Gracey, Esquire
Lynn M. Ulrich, Esquire
Brian L. Franklin, Esquire
WINSTON & STRAWN LLP
33 West Wacker Drive
Chicago, IL 60601
*Attorneys for Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

Barbara S. Whal, Esquire
Richard J. Berman, Esquire
D. Jacques Smith, Esquire
Janine A. Carlan, Esquire
John K. Hsu, Esquire
ARENT FOX PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036
*Attorneys for Par Pharmaceutical, Inc. and Par Pharmaceuticals Companies, Inc.*

Alan H. Bernstein, Esquire
Robert S. Silver, Esquire
Mona Gupta, Esquire
William J. Castillo, Esquire
CAESAR, RIVISE, BERNSTEIN, COHEN
 & POKOTILOW, LTD.
1635 Market Street, 12th Floor
Philadelphia, PA 19103
*Attorneys for Alphapharm Pty., Ltd.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Karen E. Keller (No. 4462)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
msquire@ycst.com

*Attorneys for Teva Pharmaceuticals USA, Inc.
and Teva Pharmaceutical Industries Ltd.*

OF COUNSEL:

Daniel F. Attridge, P.C.
Edward C. Donovan
Karen M. Robinson
Corey J. Manley
**KIRKLAND & ELLIS LLP**
655 15th Street N.W.
Washington, DC 20005-5793
(202) 879-5000

Dated: May 11, 2006