IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) ) ) ) ) C.A. No. 05-356-KAJ (consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 17, 2006, copies of 1) RESPONSES OF PUREPAC PHARMACEUTICAL CO. AND ACTAVIS GROUP TO PLAINTIFFS' SECOND SET OF INTERROGATORIES were served on the following counsel by hand delivery:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Ave., 17th Fl.
Wilmington, DE 19801

John W. Shaw
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Frederick L. Cottrell, III
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market St., 6th Fl.
Wilmington, DE 19801

John C. Philips, Jr.
Philllips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

The undersigned counsel further certifies that copies of the foregoing document were sent by email and and first class mail to the following non-registered participants:

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Jeffrey B. Elikan
Laura H. McNeill
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

Stuart D. Sender
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078

Alan H. Bernstein
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA 19103

Amy D. Brody
Rakoczy Molino Mazzochi Siwik LLP
6 W. Hubbard Street, Suite 500
Chicago, IL 60610

Daniel F. Attridge
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC 20005-5793

George C. Lombardi
Winson & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

Barbara S. Wahl
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

May 17, 2006

OF COUNSEL:
Robert J. Gunther, Jr.
James P. Barabas
**LATHAM & WATKINS LLP**
885 Third Avenue, Suite 1000
New York, New York 10022-4802
(212) 906-1200

**THE BAYARD FIRM**

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (RK0922)
Thomas H. Kovach (TK3964)
222 Delaware Avenue, Suite 9000
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com
tkovach@bayardfirm.com
*Attorneys for Defendants/Counterclaim-Plaintiffs Purepac Pharmaceutical Co. and Actavis Group*

612880v1

- 2 -