## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) C. A. No. 05-356 (KAJ) |
| | ) (consolidated) |

### NOTICE OF SERVICE

The undersigned, counsel for defendants/counterclaim plaintiffs, hereby certifies

that copies of **DRL's Objections and Responses to Plaintiffs' Second Set of**

**Interrogatories (Nos. 4-9)** were caused to be served on May 17, 2006, upon the

following attorneys of record at the following addresses as indicated:

### BY E-MAIL AND HAND DELIVERY

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE  19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Karen E. Keller, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391
jingersoll@ycst.com
jshaw@ycst.com
kkeller@ycst.com

Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
mmatterer@morrisjames.com

John C. Phillips, Jr., Esq.
Brian E. Farnan, Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
jcp@pgslaw.com
bef@pgslaw.com

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
rkirk@bayardfirm.com

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
cottrell@rlf.com
gaza@rlf.com

**BY E-MAIL**

George F. Pappas, Esq.
(gpappas@cov.com)
Roderick R. McKelvie, Esq.
(mckelvie@cov.com)
Christopher N. Sipes, Esq.
(csipes@cov.com)
Jeffrey B. Elikan, Esq.
(jelikan@cov.com)
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC  20004

Daniel F. Attridge, P.C.
(dattridge@kirkland.com)
Edward C. Donovan, Esq.
(edonovan@kirkland.com)
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005-5793

William A. Rakoczy, Esq.
(wrakoczy@rmmslegal.com)
Christine J. Siwik, Esq.
(csiwik@rmmslegal.com)
Amy D. Brody, Esq.
(abrody@rmmslegal.com)
Rakoczy Molino Mazzochi Siwik LLP
6 W. Hubbard Street, Suite 500
Chicago, IL  60610

George C. Lombardi, Esq.
(glombardi@winston.com)
Taras A. Gracey, Esq.
(tgracey@winston.com)
Lynn M. Ulrich, Esq.
(lulrich@winston.com)
Brian L. Franklin, Esq.
(bfranklin@winston.com)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

2

Robert J. Gunther, Jr., Esq.
(Robert.gunther@lw.com)
James P. Barabas, Esq.
(james.barabas@lw.com)
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4802

Alan H. Bernstein, Esq.
(ahbernstein@crbcp.com)
Robert S. Silver, Esq.
(rssilver@crbcp.com)
Mona Gupta, Esq.
(mgupta@crbcp.com)
William J. Castillo, Esq.
(wjcastillo@crbcp.com)
Caesar, Rivise, Bernstein, Cohen &
Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA  19103


POTTER ANDERSON & CORROON LLP


OF COUNSEL:

Stuart Sender
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
Tel:  (973) 379- 4800

By:    /s/ Richard L. Horwitz
       Richard L. Horwitz (#2246)
       David E. Moore (#3983)
       Hercules Plaza 6th Floor
       1313 N. Market Street
       P.O. Box 951
       Wilmington, DE  19899
       Tel:  (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com

Dated:  May 17, 2006
732774 / 29223

*Attorneys for Defendants/Counterclaim Plaintiffs
Dr. Reddy's Laboratories, Inc. and Dr. Reddy's
Laboratories, Ltd*

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on May 17, 2006, the within document

was electronically filed with the Clerk of the Court using CM/ECF which will send notification

of such filing(s) to the following; that the document was served on the following as indicated and

that the document is available for viewing and downloading from CM/ECF.

## BY E-MAIL AND HAND DELIVERY

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE  19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

Josy W. Ingersoll, Esq.
John W. Shaw, Esq.
Karen E. Keller, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391
jingersoll@ycst.com
jshaw@ycst.com
kkeller@ycst.com

Mary B. Matterer, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
mmatterer@morrisjames.com

John C. Phillips, Jr., Esq.
Brian E. Farnan, Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
jcp@pgslaw.com
bef@pgslaw.com

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
rkirk@bayardfirm.com

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
cottrell@rlf.com
gaza@rlf.com

I hereby certify that on May 17, 2006, I have sent the foregoing document to the following non-registered participants in the manner indicated:

**BY E-MAIL**

George F. Pappas, Esq.
(gpappas@cov.com)
Roderick R. McKelvie, Esq.
(mckelvie@cov.com)
Christopher N. Sipes, Esq.
(csipes@cov.com)
Jeffrey B. Elikan, Esq.
(jelikan@cov.com)
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Daniel F. Attridge, P.C.
(dattridge@kirkland.com)
Edward C. Donovan, Esq.
(edonovan@kirkland.com)
Kirkland & Ellis LLP
655 15th Street, NW
Washington, DC 20005-5793

William A. Rakoczy, Esq.
(wrakoczy@rmmslegal.com)
Christine J. Siwik, Esq.
(csiwik@rmmslegal.com)
Amy D. Brody, Esq.
(abrody@rmmslegal.com)
Rakoczy Molino Mazzochi Siwik LLP
6 W. Hubbard Street, Suite 500
Chicago, IL 60610

George C. Lombardi, Esq.
(glombardi@winston.com)
Taras A. Gracey, Esq.
(tgracey@winston.com)
Lynn M. Ulrich, Esq.
(lulrich@winston.com)
Brian L. Franklin, Esq.
(bfranklin@winston.com)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Robert J. Gunther, Jr., Esq.
(Robert.gunther@lw.com)
James P. Barabas, Esq.
(james.barabas@lw.com)
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4802

2

Alan H. Bernstein, Esq.
(ahbernstein@crbcp.com)
Robert S. Silver, Esq.
(rssilver@crbcp.com)
Mona Gupta, Esq.
(mgupta@crbcp.com)
William J. Castillo, Esq.
(wjcastillo@crbcp.com)
Caesar, Rivise, Bernstein, Cohen & Pokotilow,
Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA  19103

*/s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE  19899
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson

724051

3