**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | )<br>)  C.A. No. 05-356 (KAJ)<br>)  (consolidated)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 17th day of May, 2006, copies of the following document, **DEFENDANTS MYLAN PHARMACEUTICALS INC.'S AND MYLAN LABORATORIES INC.'S OBJECTIONS AND ANSWERS TO PLAINTIFFS' SECOND SET OF INTERROGATORIES (NOS. 4-8)**, were served on counsel as indicated:

**SERVICE LIST**

| *By FedEx® and E-Mail* | *By Hand Delivery® and E-Mail* |
|---|---|
| George F. Pappas *(gpappas@cov.com)* | John G. Day *(jday@ashby-geddes.com)* |
| Roderick R. McKelvie *(mckelvie@cov.com)* | Steven J. Balick *(sbalick@ashby-geddes.com)* |
| Christopher N. Sipes *(csipes@cov.com)* | **ASHBY & GEDDES** |
| Jeffrey B. Elikan *(jelikan@cov.com)* | 222 Delaware Ave., 17th Fl. |
| Laura H. McNeill *(lmcneill@cov.com)* | P.O. Box 1150 |
| Kurt G. Calia *(kcalia@cov.com)* | Wilmington, DE 19899 |
| **COVINGTON & BURLING** | Telephone: (302) 654-1888 |
| 1201 Pennsylvania Avenue, N.W. | Facsimile: (302) 654-2067 |
| Washington, D.C. 20004-2401 | |
| Telephone: (202) 662-6000 | |
| Facsimile: (202) 662-6291 | |
| *Counsel for Plaintiffs Janssen Pharmaceutica N.V., Janssen, L.P. and Synaptech, Inc.* ||

| *By E-Mail* ||
|---|---|
| Alan Bernstein *(abernstein@crbcp.com)* (x124) | Frederick L. Cottrell, III *(cottrell@rlf.com)* |
| Mona Gupta *(mgupta@crbcp.com)* (x160) | Anne Shea Gaza *(gaza@rlf.com)* |
| **CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD.** | **RICHARDS, LAYTON & FINGER, P.A.** |
| 1635 Market Street, 11th Floor | One Rodney Square |
| Philadelphia, PA 19103-2212 | 920 N. King Street |
| Telephone: (215) 567-2010 | Wilmington, DE 19801 |
| Facsimile: (215) 751-1142 | Telephone: (302) 651-7509 |
| | Facsimile: (302) 651-7701 |
| *Counsel for Defendant Alphapharm Pty Ltd.* ||

| | |
|---|---|
| Daniel F. Attridge, P.C. (*dattridge@kirkland.com*)<br>Edward C. Donovan (*edonovan@kirkland.com*)<br>Karen M. Robinson (*krobinson@kirkland.com*)<br>Corey J. Manley (*cmanley@kirkland.com*)<br>**KIRKLAND & ELLIS LLP**<br>655 Fifteenth Street, N.W., Suite 1200<br>Washington, D.C. 20005-5793<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200 | Josy W. Ingersoll (*jingersoll@ycst.com*)<br>John W. Shaw (*jshaw@ycst.com*)<br>Adam W. Poff (*apoff@ycst.com*)<br>**YOUNG CONAWAY STARGATT & TAYLOR LLP**<br>The Brandywine Building<br>1000 West St., 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 |
| *Counsel for Defendants Teva Pharmaceuticals USA*<br>*and Teva Pharmaceuticals Industries Ltd.* ||

| | |
|---|---|
| Taras A. Gracey (*tgracey@winston.com*)<br>Lynn M. Ulrich (*lulrich@winston.com*)<br>Mustfa Hersi (*mhersi@winston.com*)<br>**WINSTON & STRAWN LLP**<br>35 West Wacker Dr.<br>Chicago, IL 60601<br>Telephone: (312) 558-5000<br>Facsimile: (312) 558-5700 | John C. Phillips. Jr. (*jcp@pgslaw.com*)<br>Brian E. Farnan (*bef@pgslaw.com*)<br>**PHILLIPS, GOLDMAN & SPENCE, P.A.**<br>1200 N. Broom St.<br>Wilmington, DE 19806<br>Telephone: (302) 655-4200<br>Facsimile: (302) 655-4210 |
| *Counsel for Defendants Barr Laboratories, Inc.*<br>*and Barr Pharmaceuticals, Inc.* ||

| | |
|---|---|
| Robert J. Gunther, Jr. (*robert.gunther@lw.com*)<br>James P. Barabas (*james.barabas@lw.com*)<br>**LATHAM & WATKINS LLP**<br>885 Third Ave., Suite 1000<br>New York, NY 10022-4802<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864 | Richard D. Kirk (*rkirk@bayardfirm.com*)<br>Thomas H. Kovach (*tkovach@bayardfirm.com*)<br>**THE BAYARD FIRM**<br>222 Delaware Ave., Suite 900<br>Wilmington, DE 19899<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395 |
| *Counsel for Defendants Purepac Pharmaceutical Co.*<br>*and Alpharma Inc.* ||

| | |
|---|---|
| Stuart Sender (*ssender@budd-larner.com*)<br>**BUDD LARNER**<br>150 John F. Kennedy Parkway<br>Short Hills, NY 07078-0999<br>Telephone: (973) 315-4462<br>Facsimile: (973) 379-7734 | Richard L. Horwitz (*rhorwitz@potteranderson.com*)<br>David E. Moore (*dmoore@potteranderson.com*)<br>**POTTER ANDERSON & CORROON LLP**<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>Telephone: (302) 984-6027<br>Facsímile: (302) 658-1192 |
| *Counsel for Defendants Dr. Reddy's Laboratories, Inc.*<br>*and Dr. Reddy's Laboratories, Ltd.* ||

Dated: May 17, 2006

                                                 By:     */s/ Mary B. Matterer*
                                                    Mary B. Matterer # 2696
                                                    MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                                    222 Delaware Ave., 10th Floor
                                                    Wilmington, DE 19801
                                                   Telephone: (302) 888-6800
                                                   Facsimile: (302) 571-1750
                                                   mmatterer@morrisjames.com

*Of Counsel (admitted pro hac vice)*:
William A. Rakoczy
Christine J. Siwik
Amy D. Brody
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
Telehone: (312) 527-2157
Facsimile: (312) 222-6321
wrakoczy@rmmslegal.com


*Attorneys for Defendants/Counterclaim-Plaintiffs*
*Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| John G. Day *(jday@ashby-geddes.com)*<br>Steven J. Balick *(sbalick@ashby-geddes.com)*<br>**ASHBY & GEDDES**<br>222 Delaware Ave., 17th Fl.<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067 | Frederick L. Cottrell, III *(cottrell@rlf.com)*<br>Anne Shea Gaza *(gaza@rlf.com)*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7509<br>Facsimile: (302) 651-7701 |
| John C. Phillips. Jr. *(jcp@pgslaw.com)*<br>Brian E. Farnan *(bef@pgslaw.com)*<br>**PHILLIPS, GOLDMAN & SPENCE, P.A.**<br>1200 N. Broom St.<br>Wilmington, DE 19806<br>Telephone: (302) 655-4200<br>Facsimile: (302) 655-4210 | Josy W. Ingersoll *(jingersoll@ycst.com)*<br>John W. Shaw *(jshaw@ycst.com)*<br>Adam W. Poff *(apoff@ycst.com)*<br>**YOUNG CONAWAY STARGATT & TAYLOR LLP**<br>The Brandywine Building<br>1000 West St., 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 |
| Richard L. Horwitz *(rhorwitz@potteranderson.com)*<br>David E. Moore *(dmoore@potteranderson.com)*<br>**POTTER ANDERSON & CORROON LLP**<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>Telephone: (302) 984-6027<br>Facsímile: (302) 658-1192 | Richard D. Kirk *(rkirk@bayardfirm.com)*<br>Thomas H. Kovach *(tkovach@bayardfirm.com)*<br>**THE BAYARD FIRM**<br>222 Delaware Ave., Suite 900<br>Wilmington, DE 19899<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395 |

      */s/ Mary B. Matterer*
      Mary B. Matterer # 2696
      MORRIS JAMES HITCHENS & WILLIAMS LLP
      222 Delaware Avenue, 10th Floor
      Wilmington, DE 19801
      (302) 888-6800
      mmatterer@morrisjames.com

      *Attorneys for Defendants/Counterclaim-Plaintiffs*
      *Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.*