## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| '318 PATENT INFRINGEMENT LITIGATION | ) | C.A. No. 05-356 (KAJ) |
| | ) | (consolidated) |
| | ) | |

## NOTICE OF SERVICE

I, Brian E. Farnan, hereby certify that on May 17, 2006, a copy of Defendants Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Objections and Answers to Plaintiffs' Second Set of Interrogatories (Nos. 4-8) was served on the following as indicated below:

**Via Hand Delivery**
Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**Via Hand Delivery**
John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**Via Hand Delivery**
Philip A. Rovner
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19807

**Via Hand Delivery**
Mary B. Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**Via Hand Delivery**
Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

**Via Hand Delivery**
Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899-0551

**Via E-Mail**
George F. Pappas (gpappas@cov.com)
Roderick R. McKelvie (rmckelvie@cov.com)
Christopher N. Sipes (csipes@cov.com)
Jeffrey B. Elikan (jelikan@cov.com)
Laura H. McNeill (lmcneill@cov.com)
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

**Via E-Mail**
Alan Bernstein (abernstein@crbcp.com)
Mona Gupta (mgupta@crbcp.com)
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
1635 Market Street, 11th Floor
Philadelphia, PA 19103-2212
Telephone: (215) 567-2010
Facsimile: (215) 751-1142

**Via E-Mail**
Daniel F. Attridge, P.C. (dattridge@kirkland.com)
Edward C. Donovan (edonovan@kirkland.com)
Karen M. Robinson (krobinson@kirkland.com)
Corey J. Manley (cmanley@kirkland.com)
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

**Via E-Mail**
Barbara S. Wahl (wahl.barbara@arentfox.com)
Richard J. Berman (berman.richard@arentfox.com)
D. Jacques Smith (smith.jacques@arentfox.com)
Janine A. Carlan (carlan.janine@arentfox.com)
John K. Hsu (hsu.john@arentfox.com)
Arent Fox PLLC
1050 Connecticut Avenue, N. W.
Washington, D. C. 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

**Via E-Mail**
Robert J. Gunther, Jr., (robert.gunther@lw.com)
James P. Barabas (james.barabas@lw.com)
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4802
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

**Via E-Mail**
Stuart Sender (ssender@budd-larner.com)
Budd Larner
150 John F. Kennedy Parkway
Short Hills, NY 07078-0999
Telephone: (973) 315-4462
Facsimile: (973) 379-7734

**Via E-Mail**
Amy D. Brody (abrody@rmmslegal.com)
Rakoczy Molino Mazzochi Siwik LLP
6 W. Hubbard Street, Suite 500
Chicago, IL 60610

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200

and

George C. Lombardi (admitted *pro hac vice*)
Taras A. Gracey (admitted *pro hac vice*)
Lynn M. Ulrich (admitted *pro hac vice*)
Mustafa A. Hersi (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

Attorneys for Defendants/Counterclaim-Plaintiffs
Barr Laboratories, Inc. and Barr Pharmaceuticals,
Inc.

Date: May 17, 2006