# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE '318 PATENT<br>INFRINGEMENT LITIGATION | )<br>)<br>)<br>) |

Civil Action No. 05-356 (KAJ)
(Consolidated)

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 17, 2006, copies of Defendant Alphapharm Pty.

Ltd.'s Objections and Responses to Plaintiffs' Second Set of Interrogatories were served on

counsel as indicated on the attached service list.

OF COUNSEL:

Alan H. Bernstein
Robert S. Silver
Mona Gupta
William J. Castillo
Caesar, Rivise, Bernstein,
Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA  19103
Telephone: (215) 567-2010
Facsimile: (215) 741-1142

Dated:   May 18, 2006

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware  19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for Defendant Alphapharm Pty Ltd.

## SERVICE LIST

| *Counsel for Plaintiffs Janssen Pharmceutica N.V., Janssen, L.P. and Synaptech, Inc.* | |
|---|---|
| *By Federal Express and E-Mail* | *By Hand Delivery and E-Mail* |
| George F. Pappas (gpappas@cov.com) <br> Roderick R. McKelvie (mckelvie@cov.com) <br> Christopher N. Sipes (csipes@cov.com) <br> Jeffrey B. Elikan (jelikan@cov.com) <br> Laura H. McNeill (lmcneill@cov.com) <br> **Covington & Burling** <br> 1201 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20004-2401 <br> Phone: (202) 662-6000 <br> Fax: (202) 662-6291 | John G. Day (jday@ashby-geddes.com) <br> Steven J. Balick (sbalick@ashby-geddes.com) <br> **Ashby & Geddes** <br> 222 Delaware Ave , 17 Fl. <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> Phone: (302) 654-1888 <br> Fax: (302) 654-2067 |

| *By E-Mail* | |
|---|---|
| *Counsel for Defendants Barr Laboratories, Inc and Barr Pharmaceuticals, Inc.* | |
| George C. Lombardi *(glombardi@winston.com)* <br> Taras A. Gracey *(tgracey@winston.com)* <br> Lynn M. Ulrich *(lulrich@winston.com)* <br> Brian L. Franklin *(bfranklin@winston.com)* <br> **Winston & Strawn LLP** <br> 35 West Wacker Dr. <br> Chicago, IL 60601 <br> Phone: (312) 558-5000 <br> Fax: (312) 558-5700 | John C. Phillips, Jr. *(jcp@pgslaw.com)* <br> Brian E. Farnan *(bef@pgslaw.com)* <br> **Phillips, Goldman & Spence, P.A.** <br> 1200 N. Broom St. <br> Wilmington, DE 19806 <br> Phone: (302) 655-4200 <br> Fax: (302) 655-4210 |
| *Counsel for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd* | |
| Stuart D. Sender *(ssender@budd-lamer.com)* <br> **Budd Lamer, P.C.** <br> 150 John F. Kennedy Parkway <br> Short Hills, New Jersey 07078-2703 <br> Phone: (973) 315-4462 <br> Fax: (973) 379-7734 | Richard Horwitz *(rhorwitz@potteranderson.com)* <br> **Potter Anderson & Corroon LLP** <br> 1313 N. Market Street, Hercules Plaza, 6th Floor <br> P.O. Box 951 <br> Wilmington, DE 19899-0951 <br> Phone: (302) 984-6000 <br> Fax: (302) 658-1192 |

| *By E-Mail* | |
|---|---|
| *Counsel for Defendants Mylan Pharmaceuticals Inc.*<br>*and Mylan Laboratories Inc.* | |
| William A. Rakoczy *(wrakoczy@rmmslegal.com)*<br>Christine J. Siwik *(csiwik@rmmslegal.com)*<br>Amy D. Brody *(abrody@rmmslegal.com)*<br>**Rakoczy Molino Mazzochi Siwik LLP**<br>6 W. Hubbard St., Suite 500<br>Chicago, IL 60610<br>Phone: (312) 527-2157<br>Fax: (312) 222-6345 | Mary B. Matterer *(mmatterer@morrisjames.com)*<br>**Morris James Hitchens & Williams LLP**<br>222 Delaware Ave., 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Phone: (302) 888-6800<br>Fax: (302) 571-1750 |
| *Counsel for Defendants Pharmaceuticals, Inc.*<br>*and Par Pharmaceutical Companies, Inc.* | |
| Barbara S. Wahl *(wahl.barbara@arentfox.com)*<br>Richard J. Beeman *(berman.richard@arenifox.com)*<br>D. Jacques Smith *(smith.jacques@arentfox.com)*<br>Janine A. Carlan *(carlan.janine@arentfox.com)*<br>John K. Hsu *(hsu.john@arentfox.com)*<br>**Arent Fox PLLC**<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036-5339<br>Phone: (202) 857-6000<br>Fax: (202) 857-6359 | Philip A. Rovner *(provner@potteranderson.com)*<br>**Potter Anderson & Corroon** LLP<br>1313 N. Market Street, Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Phone: (302) 984-6000<br>Fax: (302) 658-1192 |
| *Counsel Defendants Purepac Pharmaceutical Co.*<br>*and Alpharma Inc.* | |
| Robert J. Gunther, Jr. *(robert.gunther@lw.com)*<br>James P. Barabas *(james.barabas@lw.com)*<br>**Latham & Watkins LLP**<br>885 Third Ave., Suite 1000<br>New York, N.Y. 10022-4802<br>Phone: (212) 906-1200<br>Fax: (212) 751-4864 | Richard D. Kirk *(rkirk@bayardfirm.com)*<br>**The Bayard Firm**<br>222 Delaware Ave. - Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>Phone: (302) 655-5000<br>Fax:  (302) 658-6395 |
| *Counsel for Defendants Teva Pharmaceuticals USA*<br>*and Teva Pharmaceuticals Industries Ltd* | |
| Daniel F. Attridge, P.C. *(dattridge@kirkland.com)*<br>Edward C. Donovan *(edonovan@kirkland.com)*<br>Karen M. Robinson *(krobinson@kirkland.com)*<br>Corey J. Manley *(cmanley@kirkland.com)*<br>**Kirkland & Ellis LLP**<br>655 Fifteenth Street, N.W. - Suite 1200<br>Washington, D.C. 20005-5793<br>Phone: (202) 879-5000<br>Fax: (202) 879-5200 | Josy W. Ingersoll *(jingersoll@ycst.com)*<br>John W. Shaw *(jshaw@ycst.com)*<br>Adam W. Poff *(apoff@ycst.com)*<br>**Young Conaway Stargatt & Taylor LLP**<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington. DE 19899-0391<br>Phone: (302) 571-6600<br>Fax: (302) 571-1253 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2006, I electronically filed the foregoing with the Clerk

of Court using CM/ECF which will send notification of such filing to the following and which

has also been served as noted:

**By E-mail and Hand Delivery**

John G. Day *(jday@ashby-geddes.com)*
Steven J. Balick *(sbalick@ashby-geddes.com)*
**Ashby & Geddes**
222 Delaware Ave., 17 Fl.
P.O. Box 1150
Wilmington, DE 19899

I further certify that on May 18, 2006, the foregoing document was sent to the following

non-registered participants in the manner indicated::

**By E-mail and Federal Express**

George F. Pappas *(gpappas@cov.com)*
Roderick R. McKelvie *(mckelvie@cov.com)*
Christopher N. Sipes *(csipes@cov.com)*
Jeffrey B. Elikan *(jelikan@cov.com)*
Laura H. McNeill *(lmcneill@cov.com)*
**Covington & Burling**
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Phone: (202) 662-6000
Fax: (202) 662-6291

**By E-mail**

George C. Lombardi *(glombardi@winston.com)*
Taras A. Gracey *(tgracey@winston.com)*
Lynn M. Ulrich *(lulrich@winston.com)*
Brian L. Franklin *(bfranklin@winston.com)*
**Winston & Strawn LLP**
35 West Wacker Dr.
Chicago, IL 60601

John C. Phillips, Jr. *(jcp@pgslaw.com)*
Brian E. Farnan *(bef@pgslaw.com)*
**Phillips, Goldman & Spence, P.A.**
1200 N. Broom St.
Wilmington, DE 19806

Stuart D. Sender *(ssender@budd-larner.com)*
**Budd Larner, P.C.**
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078-2703

William A. Rakoczy *(wrakoczy@rmmslegal.com)*
Christine J. Siwik *(csiwik@rmmslegal.com)*
Amy D. Brody *(abrody@rmmslegal.com)*
**Rakoczy Molino Mazzochi Siwik LLP**
6 W. Hubbard St., Suite 500
Chicago, IL 60610

Barbara S. Wahl *(wahl.barbara@arentfox.com)*
Richard Berman *(berman.richard@arenifox.com)*
D. Jacques Smith *(smith.jacques@arentfox.com)*
Janine A. Carlan *(carlan.janine@arentfox.com)*
John K. Hsu *(hsu.john@arentfox.com)*
**Arent Fox PLLC**
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339

Robert J. Gunther, Jr. *(robert.gunther@lw.com)*
James P. Barabas *(james.barabas@lw.com)*
**Latham & Watkins LLP**
885 Third Ave., Suite 1000
New York, N.Y. 10022-4802

Daniel F. Attridge, P.C. *(dattridge@kirkland.com)*
Edward C. Donovan *(edonovan@kirkland.com)*
Karen M. Robinson *(krobinson@kirkland.com)*
Corey J. Manley *(cmanley@kirkland.com)*
**Kirkland & Ellis LLP**
655 Fifteenth Street, N.W. - Suite 1200
Washington, D.C. 20005-5793

Richard Horwitz
*(rhorwitz@potteranderson.com)*
**Potter Anderson & Corroon LLP**
1313 N. Market St., Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

Mary B. Matterer
*(mmatterer@morrisjames.com)*
**Morris James Hitchens & Williams LLP**
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

Philip A. Rovner
*(provner@potteranderson.com)*
**Potter Anderson & Corroon** LLP
1313 N. Market Street, Hercules Plaza, 6th
Floor
P.O. Box 951
Wilmington, DE 19899-0951

Richard D. Kirk *(rkirk@bayardfirm.com)*
**The Bayard Firm**
222 Delaware Ave. - Suite 900
P.O. Box 25130
Wilmington, DE 19899

Josy W. Ingersoll *(jingersoll@ycst.com)*
John W. Shaw *(jshaw@ycst.com)*
Adam W. Poff *(apoff@ycst.com)*
**Young Conaway Stargatt & Taylor LLP**
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington. DE 19899-0391

Anne Shea Gaza (#4093)
Gaza@rlf.com

RLF1-2938648-1