IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) | Civil Action No. 05-356-KAJ (Consolidated) |

## NOTICE OF SERVICE

The undersigned, counsel for Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries Ltd., hereby certify that Corey J. Manley, Esquire of Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington, D.C. 20005 caused copies of Teva Pharmaceuticals USA, Inc.'s and Teva Pharmaceutical Industries Ltd.'s Responses to Plaintiffs' Second Set of Interrogatories to be served on the following counsel of record in the manner indicated:

**BY FACSIMILE AND FEDEX ON MAY 17, 2006**

Christopher N. Snipes, Esquire
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401

    The undersigned further certify that copies of Teva Pharmaceuticals USA, Inc.'s and Teva Pharmaceutical Industries Ltd.'s Responses to Plaintiffs' Second Set of Interrogatories were caused to be served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY ON MAY 19, 2006**

| | |
|---|---|
| Steven J. Balick, Esquire<br>John G. Day, Esquire<br>ASHBY & GEDDES<br>222 Delaware Avenue<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs Janssen Pharmaceutica N.V., Janssen, L.P., and Synaptech, Inc.* | Mary B. Matterer, Esquire<br>MORRIS JAMES HITCHENS & WILLIAMS LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801<br>*Attorneys for Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.* |

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
Wilmington, DE 19801
*Attorneys for Dr. Reddy's Laboratories, Inc.
and Dr. Reddy's Laboratories, Ltd.*

John C. Phillips, Jr., Esquire
Brian E. Farnan, Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 N. Broom Street
Wilmington, DE 19806
*Attorneys for Barr Laboratories, Inc. and
Barr Pharmaceuticals, Inc.*

Richard D. Kirk, Esquire
Thomas H. Kovach, Esquire
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Purepac Pharmaceutical Co.
and Alpharma, Inc.*

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801
*Attorneys for Alphapharm Pty., Ltd.*

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
Wilmington, DE 19801
*Attorneys for Par Pharmaceutical, Inc. and
Par Pharmaceuticals Companies, Inc.*

**BY E-MAIL ON MAY 19, 2006**

George F. Pappas, Esquire
Roderick R. McKelvie, Esquire
Christopher N. Sipes, Esquire
Jeffrey B. Elikan, Esquire
Laura H. McNeill, Esquire
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
*Attorneys for Plaintiffs Janssen Pharmaceutica
N.V., Janssen, L.P., and Synaptech, Inc.*

Stuart Sender, Esquire
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078
*Attorneys for Dr. Reddy's Laboratories, Inc. and Dr.
Reddy's Laboratories, Ltd.*

William A. Rakoczy, Esquire
Christine J. Siwik, Esquire
Amy D. Brody, Esquire
RAKOCZY MOLINO MAZZOCHI
  SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
*Attorneys for Mylan Pharmaceuticals Inc. and
Mylan Laboratories Inc.*

Robert J. Gunther, Jr., Esquire
James P. Barabas, Esquire
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022
*Attorneys for Purepac Pharmaceutical Co.
and Alpharma, Inc.*

DB01:2102626.1                                                                                          058956.1018

George C. Lombardi, Esquire
Taras A. Gracey, Esquire
Lynn M. Ulrich, Esquire
Brian L. Franklin, Esquire
WINSTON & STRAWN LLP
33 West Wacker Drive
Chicago, IL 60601
*Attorneys for Barr Laboratories, Inc. and*
*Barr Pharmaceuticals, Inc.*

Barbara S. Whal, Esquire
Richard J. Berman, Esquire
D. Jacques Smith, Esquire
Janine A. Carlan, Esquire
John K. Hsu, Esquire
ARENT FOX PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036
*Attorneys for Par Pharmaceutical, Inc. and*
*Par Pharmaceuticals Companies, Inc.*

Alan H. Bernstein, Esquire
Robert S. Silver, Esquire
Mona Gupta, Esquire
William J. Castillo, Esquire
CAESAR, RIVISE, BERNSTEIN, COHEN
 & POKOTILOW, LTD.
1635 Market Street, 12th Floor
Philadelphia, PA 19103
*Attorneys for Alphapharm Pty., Ltd.*

Additionally, the undersigned hereby certifies that on May 19, 2006, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the below listed counsel of record in the manner indicated below:

**BY HAND DELIVERY AND E-MAIL:**

Steven J. Balick, Esquire
John G. Day, Esquire
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE 19801
*Attorneys for Plaintiffs Janssen Pharmaceutica*
*N.V., Janssen, L.P., and Synaptech, Inc.*

Mary B. Matterer, Esquire
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
*Attorneys for Mylan Pharmaceuticals Inc. and*
*Mylan Laboratories Inc.*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
Wilmington, DE 19801
*Attorneys for Dr. Reddy's Laboratories, Inc.
and Dr. Reddy's Laboratories, Ltd.*

John C. Phillips, Jr., Esquire
Brian E. Farnan, Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 N. Broom Street
Wilmington, DE 19806
*Attorneys for Barr Laboratories, Inc. and
Barr Pharmaceuticals, Inc.*

Richard D. Kirk, Esquire
Thomas H. Kovach, Esquire
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Attorneys for Purepac Pharmaceutical Co.
and Alpharma, Inc.*

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801
*Attorneys for Alphapharm Pty., Ltd.*

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
Wilmington, DE 19801
*Attorneys for Par Pharmaceutical, Inc. and
Par Pharmaceuticals Companies, Inc.*

**BY E-MAIL:**

George F. Pappas, Esquire
Roderick R. McKelvie, Esquire
Christopher N. Sipes, Esquire
Jeffrey B. Elikan, Esquire
Laura H. McNeill, Esquire
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
*Attorneys for Plaintiffs Janssen Pharmaceutica
N.V., Janssen, L.P., and Synaptech, Inc.*

Stuart Sender, Esquire
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078
*Attorneys for Dr. Reddy's Laboratories, Inc. and Dr.
Reddy's Laboratories, Ltd.*

William A. Rakoczy, Esquire
Christine J. Siwik, Esquire
Amy D. Brody, Esquire
RAKOCZY MOLINO MAZZOCHI
    SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
*Attorneys for Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.*

George C. Lombardi, Esquire
Taras A. Gracey, Esquire
Lynn M. Ulrich, Esquire
Brian L. Franklin, Esquire
WINSTON & STRAWN LLP
33 West Wacker Drive
Chicago, IL 60601
*Attorneys for Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

Alan H. Bernstein, Esquire
Robert S. Silver, Esquire
Mona Gupta, Esquire
William J. Castillo, Esquire
CAESAR, RIVISE, BERNSTEIN, COHEN
    & POKOTILOW, LTD.
1635 Market Street, 12th Floor
Philadelphia, PA 19103
*Attorneys for Alphapharm Pty., Ltd.*

Robert J. Gunther, Jr., Esquire
James P. Barabas, Esquire
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022
*Attorneys for Purepac Pharmaceutical Co. and Alpharma, Inc.*

Barbara S. Whal, Esquire
Richard J. Berman, Esquire
D. Jacques Smith, Esquire
Janine A. Carlan, Esquire
John K. Hsu, Esquire
ARENT FOX PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036
*Attorneys for Par Pharmaceutical, Inc. and Par Pharmaceuticals Companies, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
msquire@ycst.com
Attorneys for Teva Pharmaceuticals USA, Inc. and
    Teva Pharmaceutical Industries Ltd.

OF COUNSEL:

Daniel F. Attridge, P.C.
Edward C. Donovan
Karen M. Robinson
Corey J. Manley
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, DC 20005-5793
(202) 579-5000

Dated: May 19, 2006