IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) ) ) ) ) Civil Action No. 05-356-KAJ (Consolidated) |

## STIPULATION AND ORDER

WHEREAS plaintiffs Janssen Pharmaceutica N.V., Janssen, L.P. and Synaptech, Inc. (collectively "Janssen") and defendants Dr. Reddy's Laboratories, Ltd., and Dr. Reddy's Laboratories, Inc. (collectively "DRL") have been litigating the issue of alleged infringement of U.S. Patent No. 4,663,318 ("the '318 patent") predicated on DRL's filing of an Abbreviated New Drug Application, No. 77-593, to obtain approval for the manufacture, use and sale of galantamine hydrobromide oral tablets equivalent to 4, 8 and 12 mg base, beginning in Civil Action No. 05-380-KAJ ("the DRL Action"); and

WHEREAS the DRL Action was consolidated with similar cases Janssen commenced against several other defendants; all of which have been consolidated in this Court under the above caption and in Civil Action No. 05-356-KAJ ("the '318 Action");

IT IS HEREBY STIPULATED AND AGREED, between Janssen and DRL, through their undersigned attorneys, that:

1. This DRL Action is STAYED; and

2. If a judgment of invalidity is entered in the '318 Action, the stay shall be lifted and such a judgment shall be entered in the DRL Action at the same time;

3. If a judgment of unenforceability is entered in the '318 Action, the stay shall be lifted and such a judgment shall be entered in the DRL Action at the same time;

4. If a judgment in favor of Janssen is entered in the '318 Action, the stay shall be lifted and such a judgment shall be entered in the DRL Action at the same time;

5. Notwithstanding entry of a final judgment in the '318 Action concerning the issues of willful infringement and/or exceptional case under 35 U.S.C. § 285, no such judgment shall be entered in the DRL action, both parties having agreed to waive any claim for attorney's fees against the other in the DRL action;

6. Any judgment entered in favor of DRL herein as a result of a judgment in the '318 Action shall be subject to appeal by Janssen in that Action;

7. Any judgment entered in favor of Janssen herein as a result of a judgment in the '318 Action may be appealed by DRL on the record in the '318 Action;

8. In the event that judgment in favor of Janssen is not appealed by DRL, but is vacated, modified, affirmed or reversed on appeal in the '318 Action, then such judgment shall be applied in the same manner to any judgment entered in this case; and

9. Notwithstanding the foregoing, either party may move to lift the stay for good cause shown.

Dated: May 30, 2006

_____
Stuart D. Sender
BUDD LARNER P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
Telephone: (973) 379-4800

_____
Richard L. Horwitz (Delaware Bar No. 2246)
POTTER ANDERSON & CORROON, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899
Telephone: (302) 984-6000
Attorneys for Defendants
*Dr. Reddy's Laboratories, Inc.
and Dr. Reddy's Laboratories, Ltd.*

_____
George F. Pappas
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000

_____
Steven J. Balick (Delaware Bar No. 2114)
ASHBY & GEDDES
222 Delaware Avenue, 17th floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Attorneys for Plaintiffs.
*Janssen Pharmaceutica, N. V.
Janssen, L.P. and Synaptech, Inc.*

**SO ORDERED:**

_____
United States District Judge

Dated:

576902    3

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2006, the attached **STIPULATION AND ORDER** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Daniel F. Attridge, P.C.<br>Kirkland & Ellis LLP<br>655 15th Street, N.W.<br>Washington, DC 20005-5793 | **VIA FEDERAL EXPRESS** |
| Mary B. Matterer, Esquire<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| William A. Rakoczy, Esquire<br>Rakoczy Molino Mazzochi Siwik LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60601 | **VIA FEDERAL EXPRESS** |
| John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | **HAND DELIVERY** |
| Lynn M. Ulrich, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 | **VIA FEDERAL EXPRESS** |
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801 | **HAND DELIVERY** |

Alan H. Bernstein, Esquire                                    <u>VIA FEDERAL EXPRESS</u>
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA 19103

                                        /s/ *Steven J. Balick*
                                        _____
                                        Steven J. Balick