IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) ) ) | C.A. No. 05-356 (KAJ) (consolidated) |

NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 31st day of May, 2006, copies of the following document, **DEFENDANTS MYLAN PHARMACEUTICALS INC.'S AND MYLAN LABORATORIES INC.'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS (Nos. 26-27),** were served on counsel as indicated:

SERVICE LIST

| *By FedEx® and E-Mail* | *By Hand Delivery® and E-Mail* |
|---|---|
| George F. Pappas *(gpappas@cov.com)* | John G. Day *(jday@ashby-geddes.com)* |
| Roderick R. McKelvie *(mckelvie@cov.com)* | Steven J. Balick *(sbalick@ashby-geddes.com)* |
| Christopher N. Sipes *(csipes@cov.com)* | **ASHBY & GEDDES** |
| Jeffrey B. Elikan *(jelikan@cov.com)* | 222 Delaware Ave., 17th Fl. |
| Laura H. McNeill *(lmcneill@cov.com)* | P.O. Box 1150 |
| Kurt G. Calia *(kcalia@cov.com)* | Wilmington, DE 19899 |
| **COVINGTON & BURLING** | Telephone: (302) 654-1888 |
| 1201 Pennsylvania Avenue, N.W. | Facsimile: (302) 654-2067 |
| Washington, D.C. 20004-2401 | |
| Telephone: (202) 662-6000 | |
| Facsimile: (202) 662-6291 | |
| *Counsel for Plaintiffs Janssen Pharmaceutica N.V., Janssen, L.P. and Synaptech, Inc.* ||

| *By E-Mail* ||
|---|---|
| Alan Bernstein *(abernstein@crbcp.com)* (x124) | Frederick L. Cottrell, III *(cottrell@rlf.com)* |
| Mona Gupta *(mgupta@crbcp.com)* (x160) | Anne Shea Gaza *(gaza@rlf.com)* |
| **CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD.** | **RICHARDS, LAYTON & FINGER, P.A.** |
| 1635 Market Street, 11th Floor | One Rodney Square |
| Philadelphia, PA 19103-2212 | 920 N. King Street |
| Telephone: (215) 567-2010 | Wilmington, DE 19801 |
| Facsimile: (215) 751-1142 | Telephone: (302) 651-7509 |
| | Facsimile: (302) 651-7701 |
| *Counsel for Defendant Alphapharm Pty Ltd.* ||

| | |
|---|---|
| Daniel F. Attridge, P.C. (dattridge@kirkland.com)<br>Edward C. Donovan (edonovan@kirkland.com)<br>Karen M. Robinson (krobinson@kirkland.com)<br>Corey J. Manley (cmanley@kirkland.com)<br>**KIRKLAND & ELLIS LLP**<br>655 Fifteenth Street, N.W., Suite 1200<br>Washington, D.C. 20005-5793<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200 | Josy W. Ingersoll (jingersoll@ycst.com)<br>John W. Shaw (jshaw@ycst.com)<br>Adam W. Poff (apoff@ycst.com)<br>**YOUNG CONAWAY STARGATT & TAYLOR LLP**<br>The Brandywine Building<br>1000 West St., 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 |
| *Counsel for Defendants Teva Pharmaceuticals USA and Teva Pharmaceuticals Industries Ltd.* ||

| | |
|---|---|
| Taras A. Gracey (tgracey@winston.com)<br>Lynn M. Ulrich (lulrich@winston.com)<br>Mustfa Hersi (mhersi@winston.com)<br>**WINSTON & STRAWN LLP**<br>35 West Wacker Dr.<br>Chicago, IL 60601<br>Telephone: (312) 558-5000<br>Facsimile: (312) 558-5700 | John C. Phillips. Jr. (jcp@pgslaw.com)<br>Brian E. Farnan (bef@pgslaw.com)<br>**PHILLIPS, GOLDMAN & SPENCE, P.A.**<br>1200 N. Broom St.<br>Wilmington, DE 19806<br>Telephone: (302) 655-4200<br>Facsimile: (302) 655-4210 |
| *Counsel for Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.* ||

| | |
|---|---|
| Robert J. Gunther, Jr. (robert.gunther@lw.com)<br>James P. Barabas (james.barabas@lw.com)<br>**LATHAM & WATKINS LLP**<br>885 Third Ave., Suite 1000<br>New York, NY 10022-4802<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864 | Richard D. Kirk (rkirk@bayardfirm.com)<br>Thomas H. Kovach (tkovach@bayardfirm.com)<br>**THE BAYARD FIRM**<br>222 Delaware Ave., Suite 900<br>Wilmington, DE 19899<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395 |
| *Counsel for Defendants Purepac Pharmaceutical Co. and Actavis Group* ||

| | |
|---|---|
| Stuart Sender (ssender@budd-larner.com)<br>**BUDD LARNER**<br>150 John F. Kennedy Parkway<br>Short Hills, NY 07078-0999<br>Telephone: (973) 315-4462<br>Facsimile: (973) 379-7734 | Richard L. Horwitz (rhorwitz@potteranderson.com)<br>David E. Moore (dmoore@potteranderson.com)<br>**POTTER ANDERSON & CORROON LLP**<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>Telephone: (302) 984-6027<br>Facsimile: (302) 658-1192 |
| *Counsel for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* ||

Dated: May 31, 2006

By:  /s/ Mary B. Matterer
Mary B. Matterer # 2696
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Ave., 10th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
mmatterer@morrisjames.com

*Of Counsel (admitted pro hac vice)*:
William A. Rakoczy
Christine J. Siwik
Amy D. Brody
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
Telehone: (312) 527-2157
Facsimile: (312) 222-6321
wrakoczy@rmmslegal.com

*Attorneys for Defendants/Counterclaim-Plaintiffs*
*Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| John G. Day (*jday@ashby-geddes.com*)<br>Steven J. Balick (*sbalick@ashby-geddes.com*)<br>**ASHBY & GEDDES**<br>222 Delaware Ave., 17th Fl.<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067 | Frederick L. Cottrell, III (*cottrell@rlf.com*)<br>Anne Shea Gaza (*gaza@rlf.com*)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7509<br>Facsimile: (302) 651-7701 |
| John C. Phillips. Jr. (*jcp@pgslaw.com*)<br>Brian E. Farnan (*bef@pgslaw.com*)<br>**PHILLIPS, GOLDMAN & SPENCE, P.A.**<br>1200 N. Broom St.<br>Wilmington, DE 19806<br>Telephone: (302) 655-4200<br>Facsimile: (302) 655-4210 | Josy W. Ingersoll (*jingersoll@ycst.com*)<br>John W. Shaw (*jshaw@ycst.com*)<br>Adam W. Poff (*apoff@ycst.com*)<br>**YOUNG CONAWAY STARGATT & TAYLOR LLP**<br>The Brandywine Building<br>1000 West St., 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 |
| Richard L. Horwitz (*rhorwitz@potteranderson.com*)<br>David E. Moore (*dmoore@potteranderson.com*)<br>**POTTER ANDERSON & CORROON LLP**<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>Telephone: (302) 984-6027<br>Facsimile: (302) 658-1192 | Richard D. Kirk (*rkirk@bayardfirm.com*)<br>Thomas H. Kovach (*tkovach@bayardfirm.com*)<br>**THE BAYARD FIRM**<br>222 Delaware Ave., Suite 900<br>Wilmington, DE 19899<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395 |

/s/ Mary B. Matterer
Mary B. Matterer # 2696
**MORRIS JAMES HITCHENS & WILLIAMS LLP**
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendants/Counterclaim-Plaintiffs
Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.*