## CERTIFICATE OF SERVICE

I, Brian E. Farnan, hereby certify that on May 31, 2006, the foregoing Notice of Service was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading from CM/ECF to the following:

| | |
|---|---|
| Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Mary B. Matterer<br>Morris James Hitchens & Williams LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801 |
| John W. Shaw<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391 | Richard D. Kirk<br>The Bayard Firm<br>222 Delaware Avenue, Suite 9000<br>Wilmington, DE 19899 |
| Philip A. Rovner<br>Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19807 | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19899-0551 |

I further certify that on May 31, 2006, the documents were served on the following non-registered participants via electronic mail:

George F. Pappas (gpappas@cov.com)
Roderick R. McKelvie (rmckelvie@cov.com)
Christopher N. Sipes (csipes@cov.com)
Jeffrey B. Elikan (jelikan@cov.com)
Laura H. McNeill (lmcneill@cov.com)
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Robert J. Gunther, Jr., (robert.gunther@lw.com)
James P. Barabas (james.barabas@lw.com)
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4802
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Alan Bernstein (abernstein@crbcp.com)
Mona Gupta (mgupta@crbcp.com)
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
1635 Market Street, 11th Floor
Philadelphia, PA 19103-2212
Telephone: (215) 567-2010
Facsimile: (215) 751-1142

Daniel F. Attridge, P.C. (dattridge@kirkland.com)
Edward C. Donovan (edonovan@kirkland.com)
Karen M. Robinson (krobinson@kirkland.com)
Corey J. Manley (cmanley@kirkland.com)
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Barbara S. Wahl (wahl.barbara@arentfox.com)
Richard J. Berman (berman.richard@arentfox.com)
D. Jacques Smith (smith.jacques@arentfox.com)
Janine A. Carlan (carlan.janine@arentfox.com)
John K. Hsu (hsu.john@arentfox.com)
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

Stuart Sender (ssender@budd-larner.com)
Budd Larner
150 John F. Kennedy Parkway
Short Hills, NY 07078-0999
Telephone: (973) 315-4462
Facsimile: (973) 379-7734

Amy D. Brody (abrody@rmmslegal.com)
Rakoczy Molino Mazzochi Siwik LLP
6 W. Hubbard Street, Suite 500
Chicago, IL 60610

_____
Brian E. Farnan (#4089)