**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) ) ) | C.A. No. 05-356 (KAJ) (consolidated) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the

admission pro hac vice of Stuart Williams of Mylan Laboratories Inc. to represent Defendants

Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc. in this matter.

*/s/ Mary B.Matterer*
Mary B. Matterer (#2696)
**MORRIS JAMES HITCHENS
& WILLIAMS LLP**
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6960
mmatterer@morrisjames.com

Dated:   June 7, 2006

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                                 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

Date:  April  20 , 2006          Signed: _____
                                         Stuart Williams, Esq.
                                         Mylan Laboratories Inc.
                                         1500 Corporate Drive, Suite 400
                                         Canonsburg, PA  15317
                                         (724) 514-1800

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2006, I electronically filed the foregoing

document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the Clerk of

the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| John G. Day *(jday@ashby-geddes.com)*<br>Steven J. Balick *(sbalick@ashby-geddes.com)*<br>**ASHBY & GEDDES**<br>222 Delaware Ave., 17th Fl.<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone:  (302) 654-1888<br>Facsimile:  (302) 654-2067 | Frederick L. Cottrell, III *(cottrell@rlf.com)*<br>Anne Shea Gaza *(gaza@rlf.com)*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone:  (302) 651-7509<br>Facsimile:  (302) 651-7701 |

| | |
|---|---|
| John C. Phillips. Jr. *(jcp@pgslaw.com)*<br>Brian E. Farnan *(bef@pgslaw.com)*<br>**PHILLIPS, GOLDMAN & SPENCE, P.A.**<br>1200 N. Broom St.<br>Wilmington, DE 19806<br>Telephone:  (302) 655-4200<br>Facsimile:  (302) 655-4210 | Josy W. Ingersoll *(jingersoll@ycst.com)*<br>John W. Shaw *(jshaw@ycst.com)*<br>Adam W. Poff *(apoff@ycst.com)*<br>**YOUNG CONAWAY STARGATT & TAYLOR LLP**<br>The Brandywine Building<br>1000 West St., 17th Floor<br>Wilmington, DE 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253 |

| | |
|---|---|
| Richard L. Horwitz *(rhorwitz@potteranderson.com)*<br>David E. Moore *(dmoore@potteranderson.com)*<br>**POTTER ANDERSON & CORROON LLP**<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE  19899<br>Telephone:  (302) 984-6027<br>Facsímile:  (302) 658-1192 | Richard D. Kirk *(rkirk@bayardfirm.com)*<br>Thomas H. Kovach *(tkovach@bayardfirm.com)*<br>**THE BAYARD FIRM**<br>222 Delaware Ave., Suite 900<br>Wilmington, DE 19899<br>Telephone:  (302) 655-5000<br>Facsimile:   (302) 658-6395 |

    */s/  Mary B. Matterer*

Mary B. Matterer # 2696
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendants/Counterclaim-Plaintiffs*
*Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.*