## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| IN RE '318 PATENT | ) | Civil Action No. 05-356 (KAJ) |
| INFRINGEMENT LITIGATION | ) | (Consolidated) |
| | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 26, 2006, copies of Defendant

Alphapharm Pty., Ltd.'s Objections and Responses to Plaintiffs' Third Set of

Interrogatories (No. 9) were served on counsel as indicated in the attached service list.


OF COUNSEL:
Alan H. Bernstein
Robert S. Silver
Mona Gupta
William J. Castillo
Caesar, Rivise, Bernstein,
Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA 19103
Telephone: (215) 567-2010
Facsimile: (215) 741-1142


Dated: June 27, 2006

*Anne Shea Gaza* / *GS (#4765)*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for Defendant Alphapharm Pty Ltd.

## SERVICE LIST

| By E-mail and Federal Express | |
|---|---|
| **Counsel for Plaintiffs Janssen Pharmceutica N.V., Janssen, L.P. and Synaptech, Inc.** | |
| George F, Pappas (gpappas@cov.com) Roderick R.McKelvie (mckelvie@cov.com) Christopher N. Sipes (csipes@cov.com) Jeffrey B. Elikan (jelikan@cov.com) Laura H. McNeill (lmcneill@cov.com) Uma N. Everett (ueverett@cov.com) **Covington & Burling** 1201 Pennsylvania Avenue, N.W. Washington, D.C. 20004-2401 Phone: (202) 662-6000 Fax: (202) 662-6291 | John G. Day (jday@ashby-geddes.com) Steven J. Balick (sbalick@ashby-geddes.com) **Ashby & Geddes** 222 Delaware Ave., 17 Fl. P.O. Box 1150 Wilmington, DE 19899 Phone: (302) 654-1888 Fax: (302) 654-2067 |

| By E-mail | |
|---|---|
| **Counsel for Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.** | |
| George C. Lombardi *(glombardi@winston.com)* Lynn M. Ulrich *(lulrich@winston.com)* Taras A. Gracey *(tgracey@winston.com)* Mustafa Hersi *(mhersi@winston.com)* **Winston & Strawn LLP** 35 West Wacker Dr. Chicago, IL 60601 Phone: (312) 558-5000 Fax: (312) 558-5700 | John C. Phillips, Jr. *(jcp@pgslaw.com)* Brian E. Farnan *(bef@pgslaw.com)* **Phillips, Goldman & Spence, P.A.** 1200 N. Broom St. Wilmington, DE 19806 Phone: (302) 655-4200 Fax: (302) 655-4210 |
| **Counsel for Defendants Teva Pharmaceuticals USA and Teva Pharmaceuticals Industries Ltd.** | |
| Daniel F. Attridge, P.C. *(dattridge@kirkland.com)* Edward C. Donovan *(edonovan@kirkland.com)* Karen M. Robinson *(krobinson@kirkland.com)* Corey J. Manley *(cmanley@kirkland.com)* **Kirkland & Ellis LLP** 655 Fifteenth Street, N.W. – Suite 1200 Washington, D.C. 20005-5793 Phone: (202) 879-5000 Fax: (202) 879-5200 | Josy W. Ingersoll *(jingersoll@ycst.com)* John W. Shaw *(jshaw@ycst.com)* Adam W. Poff *(apoff@ycst.com)* **Young Conaway Stargatt & Taylor LLP** The Brandywine Building 1000 West St., 17th Floor P.O. Box 391 Wilmington. DE 19899-0391 Phone: (302) 571-6600 Fax: (302) 571-1253 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2006, I electronically filed the foregoing with the Clerk

of Court using CM/ECF which will send notification of such filing to the following and which

has also been served as noted:

**By E-mail and Hand Delivery**

John G. Day *(jday@ashby-geddes.com)*
Steven J. Balick *(sbalick@ashby-geddes.com)*
**Ashby & Geddes**
222 Delaware Ave., 17 Fl
P.O. Box 1150
Wilmington, DE 19899

I further certify that on June 27, 2006, the foregoing document was sent to the following

non-registered participants in the manner indicated::

**By E-mail and Federal Express**

George F. Pappas *(gpappas@cov.com)*
Roderick R. McKelvie *(mckelvie@cov.com)*
Christopher N. Sipes *(csipes@cov.com)*
Jeffrey B. Elikan *(jelikan@cov.com)*
Laura H. McNeill *(lmcneill@cov.com)*
**Covington & Burling**
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Phone: (202) 662-6000
Fax: (202) 662-6291

**By E-mail**

George C. Lombardi *(glombardi@winston.com)*
Taras A. Gracey *(tgracey@winston.com)*
Lynn M. Ulrich *(lulrich@winston.com)*
Brian L. Franklin *(bfranklin@winston.com)*
**Winston & Strawn LLP**
35 West Wacker Dr.
Chicago, IL 60601

John C. Phillips, Jr. *(jcp@pgslaw.com)*
Brian E. Farnan *(bef@pgslaw.com)*
**Phillips, Goldman & Spence, P.A.**
1200 N. Broom St.
Wilmington, DE 19806

Stuart D. Sender *(ssender@budd-larner.com)*
**Budd Lamer, P.C.**
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078-2703

Richard Horwitz
*(rhorwitz@potteranderson.com)*
**Potter Anderson & Corroon LLP**
1313 N. Market St., Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

William A. Rakoczy *(wrakoczy@rmmslegal.com)*
Christine J. Siwik *(csiwik@rmmslegal.com)*
Amy D. Brody *(abrody@rmmslegal.com)*
**Rakoczy Molino Mazzochi Siwik LLP**
6 W. Hubbard St., Suite 500
Chicago, IL 60610

Mary B. Matterer
*(mmatterer@morrisjames.com)*
**Morris James Hitchens & Williams LLP**
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

Barbara S. Wahl *(wahl.barbara@arentfox.com)*
Richard Berman *(berman.richard@arenifox.com)*
D. Jacques Smith *(smith.jacques@arentfox.com)*
Janine A. Carlan *(carlan.janine@arentfox.com)*
John K. Hsu *(hsu.john@arentfox.com)*
**Arent Fox PLLC**
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339

Philip A. Rovner
*(provner@potteranderson.com)*
**Potter Anderson & Corroon LLP**
1313 N. Market Street, Hercules Plaza, 6th
Floor
P.O. Box 951
Wilmington, DE 19899-0951

Robert J. Gunther, Jr. *(robert.gunther@lw.com)*
James P. Barabas *(james.barabas@lw.com)*
**Latham & Watkins LLP**
885 Third Ave., Suite 1000
New York, N.Y. 10022-4802

Richard D. Kirk *(rkirk@bayardfirm.com)*
**The Bayard Firm**
222 Delaware Ave. - Suite 900
P.O. Box 25130
Wilmington, DE 19899

Daniel F. Attridge, P.C. *(dattridge@kirkland.com)*
Edward C. Donovan *(edonovan@kirkland.com)*
Karen M. Robinson *(krobinson@kirkland.com)*
Corey J. Manley *(cmanley@kirkland.com)*
**Kirkland & Ellis LLP**
655 Fifteenth Street, N.W. - Suite 1200
Washington, D.C. 20005-5793

Josy W. Ingersoll *(jingersoll@ycst.com)*
John W. Shaw *(jshaw@ycst.com)*
Adam W. Poff *(apoff@ycst.com)*
**Young Conaway Stargatt & Taylor LLP**
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington. DE 19899-0391

_____
Gregory E. Stuhlman(#4765)
Stuhlman@rlf.com