IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| '318 PATENT INFRINGEMENT LITIGATION | ) | C.A. No. 05-356 (KAJ) |
| | ) | (consolidated) |
| | ) | |

## NOTICE OF SERVICE

I, Brian E. Farnan, hereby certify that on June 26, 2006, a copy of :

1) Barr Pharmaceuticals, Inc. and Barr Laboratories, Inc. Responses and Objections to Plaintiff's Second Set of Requests for Admission Nos. 2 - 4;

2) Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc. Objections and Responses to Plaintiffs' Third Set of Interrogatories Nos. 9 - 10; and,

3) Barr Pharmaceuticals, Inc. and Barr Laboratories, Inc. Objections and Responses to Plaintiffs' Second Set of Requests for Documents and Things

were served on the following as indicated below:

**Via Hand Delivery**
Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**Via Hand Delivery**
Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899-0551

**Via Hand Delivery**
John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**Via E-Mail**
George F. Pappas (gpappas@cov.com)
Christopher N. Sipes (csipes@cov.com)
Richard A. Beckmann (beckmannra@cov.com)
Kurt G. Calia (kcalia@cov.com)
Uma N. Everett (ueverett@cov.com)
Joseph H. Huynh (jhuynh@cov.com)
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

**Via E-Mail**
Andrew B. Kay (akay@kirkland.com)
Edward C. Donovan (edonovan@kirkland.com)
Karen M. Robinson (krobinson@kirkland.com)
Corey J. Manley (cmanley@kirkland.com)
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

**Via E-Mail**
Alan Bernstein (abernstein@crbcp.com)
Mona Gupta (mgupta@crbcp.com)
Caesar, Rivise, Bernstein, Cohen &
Pokotilow, Ltd.
1635 Market Street, 11th Floor
Philadelphia, PA 19103-2212
Telephone: (215) 567-2010
Facsimile: (215) 751-1142

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

*/s/ Brian E. Farnan*
John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200

and

George C. Lombardi (admitted *pro hac vice*)
Taras A. Gracey (admitted *pro hac vice*)
Lynn M. Ulrich (admitted *pro hac vice*)
Mustafa A. Hersi (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

Attorneys for Defendants/Counterclaim-Plaintiffs Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.

Date: June 27, 2006