## CERTIFICATE OF SERVICE

I, Brian E. Farnan, hereby certify that on June 27, 2006, the foregoing Notice of Service was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading from CM/ECF to the following:

**Via Hand Delivery**
Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**Via Hand Delivery**
Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899-0551

**Via Hand Delivery**
John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

I further certify that on June 27, 2006, the documents were served on the following non-registered participants via electronic mail:

**Via E-Mail**
George F. Pappas (gpappas@cov.com)
Christopher N. Sipes (csipes@cov.com)
Richard A. Beckmann (beckmannra@cov.com)
Kurt G. Calia (kcalia@cov.com)
Uma N. Everett (ueverett@cov.com)
Joseph H. Huynh (jhuynh@cov.com)
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

**Via E-Mail**
Alan Bernstein (abernstein@crbcp.com)
Mona Gupta (mgupta@crbcp.com)
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
1635 Market Street, 11th Floor
Philadelphia, PA 19103-2212
Telephone: (215) 567-2010
Facsimile: (215) 751-1142

**Via E-Mail**
Andrew B. Kay (akay@kirkland.com)
Edward C. Donovan (edonovan@kirkland.com)
Karen M. Robinson (krobinson@kirkland.com)
Corey J. Manley (cmanley@kirkland.com)
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

_____
Brian E. Farnan