IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| '318 PATENT INFRINGEMENT LITIGATION | ) | C.A. No. 05-356 (KAJ) |
| | ) | (consolidated) |
| | ) | |

## NOTICE OF SERVICE

I, Brian E. Farnan, hereby certify that on June 29, 2006, two true and correct copies of Barr Pharmaceuticals, Inc. and Barr Laboratories, Inc. Responses and Objections to Plaintiffs' Third Set of Requests for Admission Nos. 5-16 were served on the following as indicated below:

**Via Hand Delivery**
Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**Via Hand Delivery**
Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899-0551

**Via Hand Delivery**
John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**Via E-Mail**
George F. Pappas (gpappas@cov.com)
Christopher N. Sipes (csipes@cov.com)
Richard A. Beckmann (beckmannra@cov.com)
Kurt G. Calia (kcalia@cov.com)
Uma N. Everett (ueverett@cov.com)
Joseph H. Huynh (jhuynh@cov.com)
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

**Via E-Mail**
Andrew B. Kay (akay@kirkland.com)
Edward C. Donovan (edonovan@kirkland.com)
Karen M. Robinson (krobinson@kirkland.com)
Corey J. Manley (cmanley@kirkland.com)
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

**Via E-Mail**
Alan Bernstein (abernstein@crbcp.com)
Mona Gupta (mgupta@crbcp.com)
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
1635 Market Street, 11th Floor
Philadelphia, PA 19103-2212
Telephone: (215) 567-2010
Facsimile: (215) 751-1142

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

*/s/ Brian E. Farnan*

John C. Phillips, Jr. (Bar No. 110)
Brian E. Farnan (Bar No. 4089)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200

and

George C. Lombardi (admitted *pro hac vice*)
Taras A. Gracey (admitted *pro hac vice*)
Lynn M. Ulrich (admitted *pro hac vice*)
Mustafa A. Hersi (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

Attorneys for Defendants/Counterclaim-Plaintiffs
Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.

Date: June 30, 2006