IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE '318 PATENT INFRINGEMENT LITIGATION | ) ) ) ) | Civil Action No. 05-356 (KAJ) (Consolidated) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 30, 2006, copies of Defendant Alphapharm Pty., Ltd.'s Objections and Responses to Plaintiffs' Third Set of Requests for Admissions were served on counsel as indicated in the attached service list.

| | |
|---|---|
| OF COUNSEL:<br>Alan H. Bernstein<br>Robert S. Silver<br>Mona Gupta<br>William J. Castillo<br>Caesar, Rivise, Bernstein,<br>Cohen & Pokotilow, Ltd.<br>1635 Market Street, 12th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 567-2010<br>Facsimile: (215) 741-1142 | /s/ Anne Shea Gaza (#4765)<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>Attorneys for Defendant Alphapharm Pty Ltd. |

Dated: June 30, 2006

## SERVICE LIST

| *Counsel for Plaintiffs Janssen Pharmceutica N.V., Janssen, L.P. and Synaptech, Inc.* ||
|---|---|
| ***By Federal Express and E-Mail*** | ***By Hand Delivery and E-Mail*** |
| George F. Pappas (gpappas@cov.com)<br>Roderick R. McKelvie (mckelvie@cov.com)<br>Christopher N. Sipes (csipes@cov.com)<br>Jeffrey B. Elikan (jelikan@cov.com)<br>Laura H. McNeill (lmcneill@cov.com)<br>**Covington & Burling**<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>Phone: (202) 662-6000<br>Fax: (202) 662-6291 | John G. Day (jday@ashby-geddes.com)<br>Steven J. Balick (sbalick@ashby-geddes.com)<br>**Ashby & Geddes**<br>222 Delaware Ave., 17 Fl.<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Phone: (302) 654-1888<br>Fax: (302) 654-2067 |

| *By E-Mail* ||
|---|---|
| *Counsel for Defendants Barr Laboratories, Inc and Barr Pharmaceuticals, Inc.* ||
| George C. Lombardi *(glombardi@winston.com)*<br>Taras A. Gracey *(tgracey@winston.com)*<br>Lynn M. Ulrich *(lulrich@winston.com)*<br>Brian L. Franklin *(bfranklin@winston.com)*<br>**Winston & Strawn LLP**<br>35 West Wacker Dr.<br>Chicago, IL 60601<br>Phone: (312) 558-5000<br>Fax: (312) 558-5700 | John C. Phillips Jr. *(jcp@pgslaw.com)*<br>Brian E. Farnan *(bef@pgslaw.com)*<br>**Phillips, Goldman & Spence, P.A.**<br>1200 N. Broom St.<br>Wilmington, DE 19806<br>Phone: (302) 655-4200<br>Fax: (302) 655-4210 |
| *Counsel for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd* ||
| Stuart D. Sender *(ssender@budd-lamer.com)*<br>**Budd Lamer, P.C.**<br>150 John F. Kennedy Parkway<br>Short Hills, New Jersey 07078-2703<br>Phone: (973) 315-4462<br>Fax: (973) 379-7734 | Richard Horwitz *(rhorwitz@potteranderson.com)*<br>**Potter Anderson & Corroon LLP**<br>1313 N. Market Street, Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Phone: (302) 984-6000<br>Fax: (302) 658-1192 |

RLF1-2933324-1

| *By E-Mail* | |
|---|---|
| *Counsel for Defendants Mylan Pharmaceuticals Inc. and Mylan Laboratories Inc.* | |
| William A. Rakoczy (wrakoczy@rmmslegal.com)<br>Christine J. Siwik (csiwik@rmmslegal.com)<br>Amy D. Brody (abrody@rmmslegal.com)<br>**Rakoczy Molino Mazzochi Siwik LLP**<br>6 W. Hubbard St., Suite 500<br>Chicago, IL 60610<br>Phone: (312) 527-2157<br>Fax: (312) 222-6345 | Mary B. Matterer (mmatterer@morrisjames.com)<br>**Morris James Hitchens & Williams LLP**<br>222 Delaware Ave., 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Phone: (302) 888-6800<br>Fax: (302) 571-1750 |
| *Counsel for Defendants Pharmaceuticals, Inc. and Par Pharmaceutical Companies, Inc.* | |
| Barbara S. Wahl (wahl.barbara@arentfox.com)<br>Richard J. Beeman (berman.richard@arentfox.com)<br>D. Jacques Smith (smith.jacques@arentfox.com)<br>Janine A. Carlan (carlan.janine@arentfox.com)<br>John K. Hsu (hsu.john@arentfox.com)<br>**Arent Fox PLLC**<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036-5339<br>Phone: (202) 857-6000<br>Fax: (202) 857-6359 | Philip A. Rovner (provner@potteranderson.com)<br>**Potter Anderson & Corroon LLP**<br>1313 N. Market Street, Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Phone: (302) 984-6000<br>Fax: (302) 658-1192 |
| *Counsel Defendants Purepac Pharmaceutical Co. and Alpharma Inc.* | |
| Robert J. Gunther, Jr. (robert.gunther@lw.com)<br>James P. Barabas (james.barabas@lw.com)<br>**Latham & Watkins LLP**<br>885 Third Ave., Suite 1000<br>New York, N.Y. 10022-4802<br>Phone: (212) 906-1200<br>Fax: (212) 751-4864 | Richard D. Kirk (rkirk@bayardfirm.com)<br>**The Bayard Firm**<br>222 Delaware Ave. - Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>Phone: (302) 655-5000<br>Fax: (302) 658-6395 |
| *Counsel for Defendants Teva Pharmaceuticals USA and Teva Pharmaceuticals Industries Ltd* | |
| Daniel F. Attridge, P.C. (dattridge@kirkland.com)<br>Edward C. Donovan (edonovan@kirkland.com)<br>Karen M. Robinson (krobinson@kirkland.com)<br>Corey J. Manley (cmanley@kirkland.com)<br>**Kirkland & Ellis LLP**<br>655 Fifteenth Street, N.W. - Suite 1200<br>Washington, D.C. 20005-5793<br>Phone: (202) 879-5000<br>Fax: (202) 879-5200 | Josy W. Ingersoll (jingersoll@ycst.com)<br>John W. Shaw (jshaw@ycst.com)<br>Adam W. Poff (apoff@ycst.com)<br>**Young Conaway Stargatt & Taylor LLP**<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Phone: (302) 571-6600<br>Fax: (302) 571-1253 |

RLF1-2933324-1

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

### By E-mail and Hand Delivery

John G. Day *(jday@ashby-geddes.com)*
Steven J. Balick *(sbalick@ashby-geddes.com)*
**Ashby & Geddes**
222 Delaware Ave., 17 Fl.
P.O. Box 1150
Wilmington, DE 19899

I further certify that on June 30, 2006, the foregoing document was sent to the following non-registered participants in the manner indicated::

### By E-mail and Federal Express

George F. Pappas *(gpappas@cov.com)*
Roderick R. McKelvie *(mckelvie@cov.com)*
Christopher N. Sipes *(csipes@cov.com)*
Jeffrey B. Elikan *(jelikan@cov.com)*
Laura H. McNeill *(lmcneill@cov.com)*
**Covington & Burling**
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Phone: (202) 662-6000
Fax: (202) 662-6291

### By E-mail

George C. Lombardi *(glombardi@winston.com)*
Taras A. Gracey *(tgracey@winston.com)*
Lynn M. Ulrich *(lulrich@winston.com)*
Brian L. Franklin *(bfranklin@winston.com)*
**Winston & Strawn LLP**
35 West Wacker Dr.
Chicago, IL 60601

John C. Phillips, Jr. *(jcp@pgslaw.com)*
Brian E. Farnan *(bef@pgslaw.com)*
**Phillips, Goldman & Spence, P.A.**
1200 N. Broom St
Wilmington, DE 19806

RLF1-2938648-1

| | |
|---|---|
| Stuart D. Sender *(ssender@budd-larner.com)*<br>**Budd Lamer, P.C.**<br>150 John F. Kennedy Parkway<br>Short Hills, New Jersey 07078-2703 | Richard Horwitz<br>*(rhorwitz@potteranderson.com)*<br>**Potter Anderson & Corroon LLP**<br>1313 N. Market St., Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |
| William A. Rakoczy *(wrakoczy@rmmslegal.com)*<br>Christine J. Siwik *(csiwik@rmmslegal.com)*<br>Amy D. Brody *(abrody@rmmslegal.com)*<br>**Rakoczy Molino Mazzochi Siwik LLP**<br>6 W. Hubbard St., Suite 500<br>Chicago, IL 60610 | Mary B. Matterer<br>*(mmatterer@morrisjames.com)*<br>**Morris James Hitchens & Williams LLP**<br>222 Delaware Ave., 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |
| Barbara S. Wahl *(wahl.barbara@arentfox.com)*<br>Richard Berman *(berman.richard@arenifox.com)*<br>D. Jacques Smith *(smith.jacques@arentfox.com)*<br>Janine A. Carlan *(carlan.janine@arentfox.com)*<br>John K. Hsu *(hsu.john@arentfox.com)*<br>**Arent Fox PLLC**<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036-5339 | Philip A. Rovner<br>*(provner@potteranderson.com)*<br>**Potter Anderson & Corroon** LLP<br>1313 N. Market Street, Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |
| Robert J. Gunther, Jr. *(robert.gunther@lw.com)*<br>James P. Barabas *(james.barabas@lw.com)*<br>**Latham & Watkins LLP**<br>885 Third Ave., Suite 1000<br>New York, N.Y. 10022-4802 | Richard D. Kirk *(rkirk@bayardfirm.com)*<br>**The Bayard Firm**<br>222 Delaware Ave. - Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 |
| Daniel F. Attridge, P.C. *(dattridge@kirkland.com)*<br>Edward C. Donovan *(edonovan@kirkland.com)*<br>Karen M. Robinson *(krobinson@kirkland.com)*<br>Corey J. Manley *(cmanley@kirkland.com)*<br>**Kirkland & Ellis LLP**<br>655 Fifteenth Street, N.W. - Suite 1200<br>Washington, D.C. 20005-5793 | Josy W. Ingersoll *(jingersoll@ycst.com)*<br>John W. Shaw *(jshaw@ycst.com)*<br>Adam W. Poff *(apoff@ycst.com)*<br>**Young Conaway Stargatt & Taylor LLP**<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com

RLF1-2938648-1