IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| '318 PATENT INFRINGEMENT LITIGATION | ) | C.A. No. 05-356 (KAJ) |
| | ) | (consolidated) |
| | ) | |

**[PROPOSED] ORDER**

This ____ day of July, 2006, the Court having considered this motion to amend the January 12, 2006 Revised Scheduling Order;

IT IS ORDERED that:

1. Expert discovery shall proceed on the following schedule:

    Opening expert reports are due on July 28, 2006;

    Response expert reports are due on September 11, 2006;

    Rebuttal expert reports are due on October 2, 2006; and,

    Expert discovery will be completed by November 10, 2006.

2. All other dates of the January 12, 2006 Revised Scheduling Order, unless otherwise amended, shall remain in effect.

_____
United States District Court Judge