Certificate of Service

I, John C. Phillips, Jr., hereby certify that on July 14, 2006 a copy of DEFENDANTS' UNOPPOSED MOTION TO AMEND THE REVISED SCHEDULING ORDER AS TO EXPERT DISCOVERY ONLY was served upon the following in the manner indicated below:

**Via Hand Delivery**
Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**Via Hand Delivery**
John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**Via Hand Delivery**
Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899-0551

John C. Phillips, Jr., Esq. (#110)