IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: '318 PATENT INFRINGEMENT  )  Civil Action No. 05-356-KAJ
LITIGATION,                      )       (Consolidated)
                                 )
                                 )

## ORDER

At Wilmington this **27th** day of **July, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has

been scheduled for **August 18, 2006 at 9:00 a.m.** with the undersigned.  **Counsel for**

**Alphapharm Pty. Ltd. shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are

reminded of their obligation to inform their out-of-state co-counsel of this Order.


_____
UNITED STATES DISTRICT JUDGE