IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) ) ) ) Civil Action No. 05-356-KAJ (consolidated) |

## PLAINTIFFS' MOTION SEEKING RETURN OR DESTRUCTION OF PRIVILEGED DOCUMENTS

Pursuant to paragraph 4(f) of the Court's Scheduling Order, paragraph 29 of the Stipulated Protective Order, and Rule 37 of the Federal Rules of Civil Procedure, Plaintiffs, Janssen Pharmaceutica N.V., Janssen, L.P. and Synaptech, Inc. (collectively, "Plaintiffs") submit this motion asking the Court to compel the return or destruction of unredacted versions of certain inadvertently produced privileged documents, JAN RAZ 0192627 - JAN RAZ 0192641 and JAN RAZ 0177809 - JAN RAZ 0177812. The Court should order the return or destruction of these documents for the reasons stated in the memorandum accompanying this motion.

*Of Counsel:*

George F. Pappas
Christopher N. Sipes
Kurt G. Calia
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
202-662-6000

Steven P. Berman
Office of General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933
Tel: 732-524-2805
Fax: 732-524-5866

Dated: October 6, 2006
173957.1

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that counsel for plaintiffs has discussed the subject of the attached motion with counsel for defendants, but that no agreement could be reached.

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) ) ) ) Civil Action No. 05-356-KAJ (consolidated) |

## ORDER

The Court having considered Plaintiffs' Motion Seeking the Return or Destruction of Certain Privileged Documents, and the parties' arguments in support and opposition thereof,

IT IS HEREBY ORDERED this ___ day of _____, 2006 that Plaintiffs' motion is GRANTED. Within three business days of the date of this order, defendants shall return to Plaintiffs or certify the destruction of the unredacted versions of the following documents: (1) JAN RAZ 0192627 - JAN RAZ 0192641; (2) JAN RAZ 0177809 - JAN RAZ 0177812. Defendants shall also destroy any summaries or notes concerning the information contained in the redacted portions of these documents.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October, 2006, the attached **PLAINTIFFS'**

**MOTION SEEKING RETURN OR DESTRUCTION OF PRIVILEGED DOCUMENTS**

was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | HAND DELIVERY |
| Lynn M. Ulrich, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 | VIA ELECTRONIC MAIL |
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801 | HAND DELIVERY |
| Alan H. Bernstein, Esquire<br>Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.<br>1635 Market Street, 12th Floor<br>Philadelphia, PA 19103 | VIA ELECTRONIC MAIL |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon