IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | C.A. No. 05-356 (KAJ) (consolidated) |

**DEFENDANT ALPHAPHARM PTY., LTD.'S JOINDER IN, AND ADOPTION OF, DEFENDANTS BARR LABORATORIES, INC.'S AND BARR PHARMACEUTICALS, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION SEEKING RETURN OR <u>DESTRUCTION OF "PRIVILEGED" DOCUMENTS</u>**

On October 6, 2006, Plaintiffs, by and through their undersigned counsel, moved this Court for an order requiring the defendants to return or destroy allegedly privileged documents (the "Motion"). (D.I. 308, 309). Defendant Alphapharm Pty., Ltd. hereby opposes the Motion for the reasons set forth in Defendants Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Response In Opposition to Plaintiffs' Motion Seeking Return or Destruction of Privileged Documents. Accordingly, Defendant Alphapharm Pty., Ltd. joins in and adopts fully Defendants Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Response In Opposition to Plaintiffs' Motion Seeking Return or Destruction of Privileged Documents, filed with the Court on October 23, 2006. The issues and arguments set forth in Defendants Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Response In Opposition to Plaintiffs' Motion Seeking Return or Destruction of Privileged Documents are identical for both Defendant Barr and Defendant Alphapharm Pty., Ltd.

|  |  |
|---|---|
| OF COUNSEL.: | *Anne Shea Gaza* |
| Alan H. Bernstein | Frederick L. Cottrell, III (#2555) |
| Robert S. Silver | cottrell@rlf.com |
| Mona Gupta | Anne Shea Gaza (#4093) |
| William J. Castillo | gaza@rlf.com |
| Caesar, Rivise, Bernstein, | Richards, Layton & Finger, P.A. |
| Cohen & Pokotilow, Ltd. | One Rodney Square |
| 1635 Market Street, 12th Floor | 920 N. King Street |
| Philadelphia, PA 19103 | Wilmington, Delaware 19801 |
| Telephone: (215) 567-2010 | Telephone: (302) 651-7700 |
| Facsimile: (215) 741-1142 | Facsimile: (302) 651-7701 |
|  | Attorneys for Defendant Alphapharm Pty., Ltd. |

Dated: October 23, 2006

## DISTRICT OF DELAWARE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 23, 2006 I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick *(sbalick@ashby-geddes.com)*
John G. Day *(jday@ashby-geddes.com)*
**Ashby & Geddes**
222 Delaware Ave., 17 Fl.
P.O. Box 1150
Wilmington, DE 19899

John C. Phillips, Jr. *(jcp@pgslaw.com)*
Brian E. Farnan *(bef@pgslaw.com)*
**Phillips, Goldman & Spence, P.A.**
1200 N. Broom St.
Wilmington, DE 19806

I hereby certify that on October 23, 2006 I caused to be sent by electronic mail and Federal Express the foregoing document to the following non-registered participants:

George F. Pappas *(gpappas@cov.com)*
Roderick R. McKelvie *(mckelvie@cov.com)*
Christopher N. Sipes *(csipes@cov.com)*
Jeffrey B. Elikan *(jelikan@cov.com)*
Laura H. McNeill *(lmcneill@cov.com)*
**Covington & Burling**
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Phone: (202) 662-6000
Fax: (202) 662-6291

George C. Lombardi *(glombardi@winston.com)*
Taras A. Gracey *(tgracey@winston.com)*
Lynn M. Ulrich *(lulrich@winston.com)*
Brian L. Franklin *(bfranklin@winston.com)*
**Winston & Strawn LLP**
35 West Wacker Dr.
Chicago, IL 60601

Anne Shea Gaza (#4093)
Gaza@rlf.com

RLF1-3073037-1