IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION ) ) ) ) ) ) ) ) ) | Civ. Action No. 05-356-KAJ (consolidated) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of David Thomas Bower to represent Defendants in this matter.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr., Esq. (#110)
Brian E. Farnan, Esq. (#4089)
1200 North Broom Street
Wilmington, DE  19806
(302) 655-4200

Attorneys for:  Defendants

Date:  October 25, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro had vice is granted.

Date: _____    _____
                                  The Honorable Kent A. Jordan