## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to any disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

WINSTON & STRAWN LLP

/s/ David Thomas Bower

David Thomas Bower
35 W. Wacker Drive
Chicago, IL  60601-9703
(312) 558-5600

Date: October 23, 2006