## CERTIFICATE OF SERVICE

      I, Brian E. Farnan, hereby certify that on October 26, 2006, the foregoing Motion for Admission Pro Hac Vice was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading from CM/ECF to the following:

| | |
|---|---|
| Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19899-0551 |

      I further certify that on October 25, 2006, the document was served on the following non-registered participants via electronic mail:

| | |
|---|---|
| George F. Pappas (gpappas@cov.com)<br>Christopher N. Sipes (csipes@cov.com)<br>Richard A. Beckmann (beckmannra@cov.com)<br>Kurt G. Calia (kcalia@cov.com)<br>Uma N. Everett (ueverett@cov.com)<br>Joseph H. Huynh (jhuynh@cov.com)<br>Covington & Burling<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291 | Alan Bernstein (abernstein@crbcp.com)<br>Mona Gupta (mgupta@crbcp.com)<br>Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.<br>1635 Market Street, 11th Floor<br>Philadelphia, PA 19103-2212<br>Telephone: (215) 567-2010<br>Facsimile: (215) 751-1142 |

/s/ Brian E. Farnan
Brian E. Farnan (#4089)