# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | Civ. Action No. 05-356-KAJ (consolidated) |

## RESPONSIVE EXPERT REPORT OF HARRY C. BOGHIGIAN

**Marked Highly Confidential Pursuant to the Protective Order**

**REDACTED**