**CERTIFICATE OF SERVICE**

    I, Brian E. Farnan, hereby certify that on October 30, 2006, the REDACTED PUBLIC VERSION OF BARR PHARMACEUTICALS, INC.'S AND BARR LABORATORIES, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION SEEKING RETURN OR DESTRUCTION OF PRIVILEGED DOCUMENTS was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading from CM/ECF to the following:

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899-0551

    I further certify that on October 30, 2006, the document was served on the following non-registered participants via electronic mail:

George F. Pappas (gpappas@cov.com)
Christopher N. Sipes (csipes@cov.com)
Richard A. Beckmann (beckmannra@cov.com)
Kurt G. Calia (kcalia@cov.com)
Uma N. Everett (ueverett@cov.com)
Joseph H. Huynh (jhuynh@cov.com)
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Alan Bernstein (abernstein@crbcp.com)
Mona Gupta (mgupta@crbcp.com)
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
1635 Market Street, 11th Floor
Philadelphia, PA 19103-2212
Telephone: (215) 567-2010
Facsimile: (215) 751-1142

                                                                          /s/ Brian E. Farnan
                                                                          Brian E. Farnan (#4089)