**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) ) ) ) | Civil Action No. 05-356-KAJ (consolidated) |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
REGARDING ANTICIPATION UNDER 35 U.S.C. § 102**

For the reasons set forth in the Memorandum submitted herewith, Plaintiffs, Janssen Pharmaceutica, N.V., Janssen L.P, and Synaptech, Inc. (collectively, "Plaintiffs"), respectfully request that this Court enter partial summary judgment in favor of Plaintiffs and dismiss Defendants' affirmative defenses and Counterclaims regarding 35 U.S.C. § 102 anticipation. A Proposed Order consistent with this result is also submitted.

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  |  |
|  | */s/ Tiffany Geyer Lydon* |
| *Of Counsel* | _____ |
|  | Steven J. Balick (I.D. #2114) |
| George F. Pappas | John G. Day (I.D. #2403) |
| Roderick R. McKelvie | Tiffany Geyer Lydon (I.D. #3950) |
| Christopher N. Sipes | 222 Delaware Avenue, 17th Floor |
| Kurt G. Calia | P.O. Box 1150 |
| COVINGTON & BURLING | Wilmington, DE 19899 |
| 1201 Pennsylvania Avenue, N.W. | 302-654-1888 |
| Washington, DC 20004 | sbalick@ashby-geddes.com |
| 202-662-6000 | jday@ashby-geddes.com |
|  | tyldon@ashby-geddes.com |
| Steven P. Berman |  |
| Office of General Counsel | *Attorneys for Plaintiffs* |
| Johnson & Johnson |  |
| One Johnson & Johnson Plaza |  |
| New Brunswick, NJ 08933 |  |
| 732-524-2805 |  |

Dated: November 17, 2006
175316.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) ) ) ) | Civil Action No. 05-356-KAJ (consolidated) |

## ORDER

The Court has considered the November 17, 2006 Motion for Partial Summary Judgment filed Plaintiffs Janssen Pharmaceutica, N.V., Janssen, L.P., and Synaptech, Inc. (collectively, "Plaintiffs").  Having considered the matter, and good cause appearing, IT IS HEREBY ORDERED THAT the Plaintiffs' Motion is GRANTED.

Accordingly, this Court hereby dismisses Defendant Alphapharm Pty., Ltd.'s affirmative defense of anticipation under 35 U.S.C. § 102 and Second Counterclaim as it relates to anticipation under 35 U.S.C. § 102.  This Court further dismisses Defendants' Barr Pharmaceutical., Inc.'s and Barr Laboratories, Inc.'s and affirmative defense of anticipation under 35 U.S.C. § 102 and First Counterclaim as it relates to anticipation under 35 U.S.C. § 102.

IT IS SO ORDERED.

Date: _____         _____
                                    United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of November, 2006, the attached **PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING ANTICIPATION UNDER 35 U.S.C. § 102** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | HAND DELIVERY |
| Lynn M. Ulrich, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 | VIA FEDERAL EXPRESS |
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801 | HAND DELIVERY |
| Alan H. Bernstein, Esquire<br>Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.<br>1635 Market Street, 12th Floor<br>Philadelphia, PA 19103 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon