# EXHIBIT A

# United States Patent [19]

## Davis

[11] Patent Number: 4,663,318

[45] Date of Patent: May 5, 1987

[54] METHOD OF TREATING ALZHEIMER'S DISEASE

[76] Inventor: Bonnie Davis, 17 Seacrest Dr., Huntington, N.Y. 11743

[21] Appl. No.: 819,141

[22] Filed: Jan. 15, 1986

[51] Int. Cl.⁴ .............................................. A61K 31/55
[52] U.S. Cl. ...................................................... 514/215
[58] Field of Search ........................................... 514/215

[56]                References Cited
PUBLICATIONS

Chem. Abst. (81)–72615z (1974).
Chem. Abst. (86)–115157z (1977).
Horshenson et al. J. Med. Chem. vol. 29, No. 7, 7/86, pp. 1125–1130.
Kendall et al., J. Chem. & Hospital Pharmacol., (1985) 10–327–330.
S. Chaplygina et al., J. of Highest Nervous Activity vol. XXIV 1976 Issue 5, pp. 1–4.
Krause, J. of Highest Nervous Activity, vol. XXII, 1974, Issue 4.

Primary Examiner—Stanley J. Friedman
Attorney, Agent, or Firm—Ladas & Parry

[57]                 ABSTRACT

Alzheimer's disease may be treated with galanthamine.

7 Claims, No Drawings

JAN RAZ-0000001

4,663,318

1

# METHOD OF TREATING ALZHEIMER'S DISEASE

## GENERAL FIELD OF THE INVENTION

The present invention relates to a novel method of treating Alzheimer's disease and more particularly to a treatment using galantamine.

## BACKGROUND ART

Galanthamine and acid addition salts thereof have, for many years, been known to have anticholinesterase properties. Cozanitis in Anaesthesia 29 163–8 (1974) describes the effect of galanthamine hydrobromide on plasma cortisol of patients receiving relaxant anaesthesia and Cozanitis et al in Acta Anesth. Scand. 24:166–168 (1980) describe the effect of galanthamine on plasma ACTH values during anaesthesia. These studies showed an increase in both plasma cortisol and plasma ACTH when galanthamine was administered to patients together with atropine.

Il'yuchenok et al (Chemical Abstracts 70 36296K describe the appearance of θ-rhythm on an electroencephalogram when galanthamine is administered intravenously to rabbits.

Increase in short-term memory in dogs by use of galanthamine is described by Krauz in Chemical Abstracts 81 72615Z.

The antagonistic effect of galanthamine to scopolamine-induced amnesia in rats is described by Chaplygina et al in Chemical Abstracts 86 115157Z, and in Zhurnal Vysshei Nervnoi Deiatelnosti imeni P. Pavlova (MOSKVA) 26:1091–1093, 1976.

Alzheimer's disease, presenile dementia, causes much distress not only to those suffering from the disease, but also those who are close to them. The custodial care of advanced victims of the disease is a tremendous expense to society. At present, there is no effective means of improving the functional status of persons with the disease.

It is an object of the present invention to improve the cognitive function of patients with Alzheimer's disease.

## SUMMARY OF THE INVENTION

A method for treating Alzheimer's disease and related dementias which comprises administering to mammals, including humans, an effective Alzheimer's disease cognitively-enhancing amount of galanthamine or a pharmaceutically-acceptable acid addition salt thereof. A radioactively-labelled form of the molecule may also serve as a diagnostic test for Alzheimer's disease.

## DETAILED DESCRIPTION OF THE INVENTION

Galanthamine can be administered in any convenient chemical or physcial form. For example, it may be administered as its hydrobromide, hydrochloride, methylsulfate or methiodide.

Galanthamine or its pharmaceutically-acceptable acid addition salts may be administered to a patient suffering from Alzheimer's disease orally or by subcutaneous or intravenous, injection, or intracerebroventricularly by means of an implanted reservoir. It may be necessary to begin at lower doses than are ultimately effective.

Galanthamine and its acid addition salts form crystals. They are in general only sparingly soluble in water

2

at room temperature and so injectible compositions are normally in the form of an aqueous suspension. If necessary, pharmaceutically-acceptable suspension aids may be employed. Typically, such a suspension will be employed at a concentration of 1–50 mg/ml more commonly 5–40 mg/ml, for example, 5–30 mg/ml or 10–40 mg/ml, typically 20–30 mg/ml of galanthamine. Typical dosage rates when administering galanthamine by injection are in the range 5–1,000 mg per day depending upon the patient. For example, divided doses in the range 0.5–5 mg/kg body weight per day may prove useful. Typically, one might administer a dosage of 50–300 mg per day to a patient of a body weight of 40–100 kg, although in appropriate cases such dosages may prove useful for patients having a body weight outside this range. In other cases, dosages as low as 10 mg and as high as 500 mg may be appropriate for persons in this body weight range.

Galanthamine or its pharmaceutically-acceptable acid addition salts may also be administered orally, for example, as an aqueous suspension or a solution in aqueous ethanol or as a solid such as a tablet or capsule. Suspensions or solutions for oral administration are typically of about the same concentration as those used for injections. However, it may be desirable when administering the drug orally to use a higher dosage rate than when administering it by injection. For example, dosages up to 2000 mg per day may be used, such as dosages in the range 100–600 mg per day. In preparing such tablets or capsules, standard tablet or capsulemaking techniques may be employed. The dosage rate of galanthamine or its pharmaceutically-acceptable salt will normally be in the same range as for oral administration of a liquid. If desired, a pharmaceutically-acceptable carrier such as starch or lactose may be used in preparing galanthamine tablets. Capsules may be prepared using soft galatine as the encapsulating agent. If desired, such capsules may be in the form of sustained release capsules wherein the main capsule contains microcapsules of galanthamine which release the contents over a period of several hours thereby maintaining a constant level of galanthamine in the patient's blood stream.

The following test provides a good animal model for Alzheimer's disease in humans: A selective lesion is placed in a subcortical nucleus (nucleus basalis of Meynert) with a resultant cortical cholinergic deficiency, similar in magnitude to that seen in early to moderate stage Alzheimer's disease. Numerous behavioral deficits, including the inability to learn and retain new information, characterizes this lesion. Drugs that can normalize these abnormalities would have a reasonable expectation of efficacyin Alzheimer's disease. Haroutunian, V, Kanof P, Davis, KL: Pharmacological alleviations of cholinergic-lesion-induced memory defects in rats. Life Sciences 37:945–952, 1985.

The following specific formulations may find use in treatment of Alzheimer's disease:

Tablets or capsules containing 5, 10 and 25 mg galanthamine hydrobromide to be taken four times a day, or a sustained-release preparation delivering an equivalent daily dose.

Parenteral solution containing 5 mg/ml.

Liquid formulation for oral administration available in 5 mg/5 ml and 25 mg/5 ml concentration.

There have been reports that galanthamine can cause cardiac arrythmias. In such cases, it may be desirable to

JAN RAZ-0000002

4,663,318

**3**

administer galanthamine in conjunction with another drug such as propanthelinbromide to control such arrythmias.

I claim:

1. A method of treating Alzheimer's disease and related dementias which comprises administering to a patient suffering from such a disease a therapeutically effective amount of galanthamine or a pharmaceutically-acceptable acid addition salt thereof.

2. A method according to claim 1, wherein the administration is parenteral at a daily dosage of 5–1,000 mg of galanthamine or a pharmaceutically-acceptable acid addition salt thereof.

**4**

3. A method according to claim 2, wherein said dosage rate is 50–300 mg per day.

4. A method according to claim 1, wherein said administration is oral and is in the range 10–2000 mg per day.

5. A method according to claim 4, wherein said dosage rate of 100–600 mg per day.

6. A method according to claim 1, wherein galanthamine is administered at a dosage rate of 0.1 to 4 mg/kg body weight of a patient, parenterally.

7. A method according to claim 1, wherein galanthamine is administered intracerebroventricularly via an implanted reservoir at a dosage rate of 0.01 to 5.0 mg/kg day.

* * * * *

# EXHIBIT B

**4**

SYN RAZ-0003546

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: Bonnie Davis

Serial No.: 819,141                    Group No.: 125

Filed: January 15, 1986               Examiner: Friedman

For: METHOD OF TREATING ALZHEIMER'S DISEASE

Commissioner of Patents and Trademarks
Washington, D.C. 20231

                                       RECEIVED

SIR:                                   SEP 1 7 1986

        AMENDMENT RESPONSIVE TO OFFICE ACTION  GROUP 120
                OF APRIL 10, 1986

        Please amend the application as follows:

IN THE SPECIFICATION

        At page 1, line 12, change "anesth. scand." to read --
Anesth. Scand.--.

        Page 2, line 29, change "from" to read --form--.

        Page 2, line 33, correct spelling of --aids--.

IN THE CLAIMS

        Claim 1, line 1, delete "and diagnosing".

                        R E M A R K S

        The application is amended to meet the Examiner's rejection

under 35 USC 112 by deletion of reference to diagnosis.  This

amendment is made without prejudice to the possibility of filing

a divisional or continuation-in-part application directed to

---

CERTIFICATE OF MAILING (37 CFR 1.8a)

I hereby certify that this paper (along with any paper referred to
as being attached or enclosed) is being deposited with the United
States Postal Service on the date shown below with sufficient
postage as first class mail in an envelope addressed to the:
Commissioner of Patents and Trademarks, Washington, D.C. 20231

                        JOSEPH H. HANDELMAN
                        (Type or print name of person mailing paper)

Date: SEPTEMBER 9, 1986

                        (Signature of person mailing paper)

SYN RAZ-0003547

diagnosis in due course.

The amendments to the specification correct obvious typographical errors.

Alzheimer's disease is a major and growing problem in our society (see the paper by Hershenson & Moos in July 1986 Journal of Medical Chemistry submitted herewith). It is estimated that there are over 1,000,000 sufferers of this disease in the United States alone. Symptoms include depression, intellectual decline, memory loss, speech difficulties and muscular spasms. Little is known about the root cause of the condition and although useful results have been reported in some cases by treatment with physostigmine, its poor therapeutic index is likely to preclude its widespread use and there is no generally effective treatment available. As noted in an article by Kendall et al, submitted herewith, (J Clin Hos Pharmac (1985) 10 327-336), "The theoretical possibility of developing a long acting preparation of an agent with good brain penetration and possibly some selectivity of action towards the relevant cortical cholinergic system, must be seen as a major challenge for researchers working on Alzheimer's disease". Applicant currently has experiments underway using animal models which are expected to show that treatment with galanthamine does result in an improvement in the condition of those suffering from Alzheimer's disease. It is expected that data from this experimental work will be available in two to three months and will be submitted to the Examiner promptly thereafter. Furthermore, galanthamine is currently being used in Europe to assist in post-operative recovery from anaesthesia and so is unlikely to suffer the problems of possible toxicity encountered with physostigmine (Acta Anesth Scand (1980) 21:166).

The rejections under 35 USC 103 are respectfully

- 2 -

SYN RAZ-0003548

traversed. The rejection is based on two Chemical Abstract references noted in the specification. The first, by Kraus, is an abstract of a paper published in the Journal of Highest Nervous Activity Volume 24 (1974). The second is an article by Chaplygina and Ilyuchenok. Applicant has had translations of each of the original papers prepared and these are submitted herewith.

The Kraus article related to an investigation of the effects of various chemicals on short-term memory and the activity of the hippocampus in normal dogs. It concluded that the effect of galanthamine was about the same as that of strychnine and lower than that of phenamine and ethimizol.

The Chaplygina article describes work done on restoration of conditioned reflexes after memory in mice had been destroyed, for example, by electro-shock.

The Examiner's comment on this art, namely that it "teaches activities for the instant agent that would have value in treating the effects of Alzheimer's disease" is not entirely clear. However, apparently what the Examiner means is that since these articles indicate that galanthamine has an effect on improving short-term memory and on restoring memory after it has been destroyed, it would be useful in treating Alzheimer's disease. This is a non sequitur.

The mechanism of memory and indeed many brain functions are still only hazily understood at best. One cannot predict with any degree of confidence what the effect of any given chemical on a particular brain function or brain condition may be. While it is true that studies have shown that impairment of memory may result from certain specific factors varying from brain damage, though diminution of blood flow as a result of arteriosclerosis in brain arteries to chemical effects such as

- 3 -

SYN RAZ-0003549

thiamine deficiency in causing Wernicke-Korsakoff syndrome, the
cause of "normal" establishment of memory and forgetfulness is
still not understood.  It is true that in Alzheimer's disease,
there is memory loss.  However, this is apparently associated
with physiological changes in the brain including degeneration of
nerve cells in the frontal and temporal lobes, damage in the
neural pathways to the hippocampus and the creation of
neurofibrillary tangles in nerve cells.  There is no way of
predicting that because a chemical may have an effect on memory
in a normal brain (which is what is indicated in the cited
references) it would have any effect on a brain that has suffered
such physiological changes.  To say that simply because a
particular drug has some effect on a symptom caused by one
underlying condition, it will have a useful effect on another
underlying condition is clearly wrong.  To predict that
galanthamine would be useful in treating Alzheimer's disease just
because it has been reported to have an effect on memory in
circumstances having no relevance to Alzheimer's disease would be
as baseless as predicting that one should treat impaired eyesight
due to diabetes with drugs effective in ameliorating impaired
vision due to other causes such as glaucoma.  In fact, since the
animals used in the studies of Kraus and Chaplygina were normal,
an even more pertinent analogy can be made.  The prediction that
galanthamine would be useful to treat Alzheimer's disease because
it is known to have an effect on memory in normal animals is as
baseless as a prediction that impaired eyesight due to diabetes
would respond to devices (eyeglasses) or treatments (eye
exercises) known to improve the vision of normal persons.  In
diabetes, impaired eyesight is most often the result of bleeding
from the retina and would not be improved by eyeglasses or such
treatments.

- 4 -

SYN RAZ-0003550

In fact, the art cited in the present case does not even provide the basis for speculation at this level. Turning first to the Kraus article, the learning task utilized in this study is poorly described, but seems to be the effect of a delay between the presentation of a stimulus and the time in which a nondiseased dog is allowed to make its conditioned response. The Alzheimer's patient suffers from problems in language, praxis, naming, and the ability to learn new information. It is the constellation of these abnormalities that gives the Alzheimer's patient a pattern of dementia that is being regarded as relatively diagnostic. Thus, improving a small aspect of memory function in a nondiseased dog whose brain has neither the anatomical nor biochemical lesions of Alzheimer's disease is far from a valid test of a medication for Alzheimer's disease. It is not surprising that positive results from the experiments performed by Kraus are found for a class of compounds (amphetamine like) that are ineffective in Alzheimer's disease. Recently models have been established with animals with selective neurotransmitter and anatomic deficits that mimic Alzheimer's disease, that have some validity, and could be anticipated to have predictive ability. Such is not the case for this conditioned learning paradigm applied to intact animals.

Apart from galanthamine, three drugs (ethimazol, phenamine and strychnine) are referred to by Kraus as being useful in their effects on short-term memory. Ethimazol acts by increasing cAMP, a major effect of methamphetamine as well (Biull Exp Biol Med (1977) 83:185). Phenamine is methamphetamine. Methamphetamine has been directly tested in patients with Alzheimer's dementia; it has absolutely no effect (Psychopharmacology (1977) 52:251, J Am Geriat Soc 1977 25:1). Strychnine is a convulsant which stimulates brain non-

- 5 -

SYN RAZ-0003551

specifically (Gilman AG, Goodman LS, Rall TW, Murad F, eds., The
Pharmacological Basis of Therapeutics, Macmillan Publ. Co., New
York, 1985, p. 582). Pentylenetetrazol (Metrazol), a compound
with convulsant and stimulant properties analogous to those of
strychnine, does not improve cognitive function in Alzheimer's
patients (J Med Chem (1986) 29:1125, Crook T, Gershon S, eds.,
Strategies for the Development of an Effective Treatment for
Senile Dementia, Mark Powley Assoc., Inc., New Canaan, Conn.,
1981, p. 177). Thus, the ability of a drug to enhance memory in
the experiments performed by Kraus does not indicate that the
drug will be of use in Alzheimer's disease.

The teaching of the Chaplygina article does not take
matters any further forward. It teaches that galanthamine
reverses the amnesia-producing effects of scopolamine. However,
this would be expected of an anticholinesterase. Nothing in this
teaching leads to an expectation of utility against Alzheimer's
disease. There are many anticholinesterase drugs available but
Alzheimer's disease is still regarded as being effectively
untreatable.

Applicant carried out a survey of drugs which were
reported in the literature to have been useful in enhancing
short-term memory over the period 1973-1976 and followed this up
with a survey of whether any of them has subsequently been
reported as having been tried in connection with Alzheimer's
disease. The results are as follows:

39 compounds were reported to facilitate memory in
various studies of animals and humans without brain lesions:
adrenocorticotrophic hormone (Behav Biol (1976) 16:387, J Pharm
Pharmac (1977) 29:110), ACTH 4-10 (J Pharm Pharmac (1977) 29:110,
Pharmacol Biochem Behav (1976) 5:(Suppl.1) 41, Physiol Behav
(1975) 14:563, Pharmacol Biochem Behav (1974) 2:663, Physiol

- 6 -

SYN RAZ-0003552

Behav (1974) 13:381, Sachar EJ, ed., Hormones, Behavior and
Psychopathology, New York, Raven Press (1976), p. 1), adenosine
(Rosenzweig MR, Bennett EL, eds., Neural Mechanisms in Learning
and Memory, MIT Press, Cambridge, Mass., 1976, p. 483),
amphetamine (Rosenzweig MR, Bennett EL, eds., Neural Mechanisms
in Learning and Memory MIT Press, Cambridge, Mass., 1976, p.483
Pharmacol Biochem Behav (1976) 4:703, Pharmacol Biochem Behav
(1974) 2:557, Behav Biol (1977) 20:168), apovincaminate (Arzneim-
Forsch (1976) 26:1947), caffeine (Acta Physiol Pharmacol Bulg
(1976)2:66), desglycine lysine vasopressin (Sachar EJ, ed,
Hormones, Behavior and Psychopathology, New York, Raven Press
(1976), p. 1), echinopsin (Acta Physiol Pharmacol Bulg (1976)
2:66), fluorothyl (Physiol Behav (1975) 14:151), glutamate (Brain
Res (1974) 81:455), heavy water (Naturwissenschaften (1974)
61:399), histamine (Acta Physiol Pharmacol Bulg (1976) 2:49),
imidazole (Acta Physiol Pharmacol Bulg (1976) 2:49), imipramine
(Pharmacol Biochem Behav (1974) 2:663), isoprenaline (Pharmacol
Biochem Behav (1976) 4:703), ß-lipotropin (Pharmacol Biochem
Behav (1976) 5:(Suppl.1) 41), magnesium pemoline (Behav Biol
(1975) 15:245), -melanocyte stimulating hormone (J Pharm
Pharmacol (1977) 29:110), methoximine (Pharmacol Biochem Behav
(1976) 4:703), norepinephrine (Pharmacol Biochem Behav (1976) -
4:703, Brain Res (1975) 84:329), orotic acid (Arch Int
Pharmacodyn (1974) 211:123), papaverine (Acta Physiol Pharmacol
Bulg (1976) 2:49), parachlorophenylalanine (Rosenzweig MR,
Bennett EL, eds., Neural Mechanisms in Learning and Memory, MIT
Press, Cambridge, Mass., 1976, p. 483), pargyline and
pheniprazine (monoamine oxidase inhibitors, (Rosenzweig MR,
Bennett EL, eds., Neural Mechanisms in Learning and Memory, MIT
Press, Cambridge, Mass., 1976, p. 508), pentylenetetrazol
(Pharmacol Biochem Behav (1976) 4:123), physostigmine (Rosenzweig

- 7 -

SYN RAZ-0003553

MR, Bennett EL, eds., Neural Mechanisms in Learning and Memory, MIT Press, Cambridge, Mass., 1976, p. 483), picrotoxin (Behav Biol (1977) 20:168), piperazine estrone sulfate (Curr Med Res Opin (1976) 4:303), piracetam (Psychopharmacology (1976) 49:307), progestagens (J Nerv Ment Dis (1976) 163:59), strychnine (Behav Biol (1977) 20:168, Arch Int Pharmacodyn (1974) 211:123), thyrotropin-releasing hormone (Sachar EJ ed., Hormones, Behavior and Psychopathology, New York, Raven Press (1976), p. 1), thyroxine (J Comp Physiol Psychol (1976) 90:1082), tranylcypromine (Rosenzweig MR, Bennett EL, eds., Neural Mechanisms in Learning and Memory, MIT Press, Cambridge, Mass., 1976, p. 508), uridine monosphate (Rosenzweig MR, Bennett EL, eds., Neural Mechanisms in Learning and Memory, MIT Press, Cambridge, Mass., 1976, p. 483), and vasopressin (Sachar EJ ed., Hormones, Behavior and Psychopathology, New York, Raven Press (1976), p. 1).

Applicant has found that of these the literature reports that ten have been tested for treatment of Alzheimer's disease.  These were ACTH 4-10 (J Clin Hosp Pharmac (1985) 10:327, Neurology (1985) 35:1348), apovincaminate (J Clin Hosp Pharmac (1985) 10:327), magnesium pemoline (Lipton MA, DiMascio A, Killam KF, eds., Psychopharmacology:  A Generation of Progress, Raven Press, New York, 1978, p. 1525), methylphenidate (amphetamine modified to reduce peripheral side effects (Psychopharmacology (1977) 52:251, J Am Geriat Soc 1977 25:1), monoamine oxidase inhibitors (J Am Geriat Soc 1977 25:1), papaverine (J Clin Hosp Pharmac (1985) 10:327), pentylenetetrazol (J Med Chem (1986) 29:1125, Crook T, Gershon S, eds., Strategies for the Development of an Effective Treatment for Senile Dementia, Mark Powley Assoc., Inc., New Canaan, Conn., 1981, p. 177.), piracetam (J Clin Hosp Pharmac (1985) 10:327, Am J

- 8 -

SYN RAZ-0003554

Psychiat 1981 138:593), tyrosine (increases norepinephrine,

J Am Geriat Soc (1977) 25:289), vasopressin (J Clin Hosp Pharmac

(1985) 10:327, J Am Geriat Soc (1977) 25:289, Neurobiology of

Aging (1985) 6:95) and physostigmine as discussed above.

      With the exception of physostigmine, none of these was

reported to be effective in treating Alzheimer's disease.

      As shown from the literature references submitted with

the response, the effective treatment of Alzheimer's disease has

proved to be very difficult.  Many approaches have been tried.

None has been successful.  Galanthamine and its properties have

been known for many years.  No one has previously suggested that

it should be used to treat Alzheimer's disease.  Many drugs

having similar properties to galanthamine have been tried

unsuccessfully.  Under these circumstances, it is quite clear

that it could not possibly be obvious to one skilled in the art

to use galanthamine to treat Alzheimer's disease.

      In view of the foregoing, reconsideration of the 35 USC

103 rejection is respectfully requested.

      Respectfully submitted,

*John Richards by*
*Joseph H. Handelman*

REG. NO.
26179

JOHN RICHARDS
c/o LADAS & PARRY
26 WEST 61st STREET
NEW YORK, N.Y. 10023
Reg. No. 31053 (212) 708-1915

- 9 -

SYN RAZ-0003555

# EXHIBIT C

# Journal of Medicinal Chemistry

© Copyright 1986 by the American Chemical Society

Volume 29, Number 7

July 1986

## Perspective

### Drug Development for Senile Cognitive Decline

Fred M. Hershenson* and Walter H. Moos

*Department of Chemistry, Warner-Lambert/Parke-Davis Pharmaceutical Research, Ann Arbor, Michigan 48105. Received February 17, 1986*

**Introduction.** The treatment of senile[1] cognitive decline is one of the greatest challenges in the health sciences today. No truly effective therapy has yet been launched; thus research in the cognitive sciences has the potential to produce enormous medical benefits. For the many scientists working to find a cognition activator with robust effects, the risk lies in the possibility that senile cognitive decline may not be treatable. In this paper, we hope to bring relevant data on senile cognitive decline into a meaningful relationship, thus providing a functional perspective for further research. Readers are reminded that this is a Perspective, not a Review. More comprehensive accounts can be found in the recent literature.[2,3]

Dementia is a clinical syndrome involving reduced intellectual functioning with impairments in memory, language, visuospatial skills, and cognition (including mathematics, abstraction, and judgment).[4] Currently, several dementias can be treated (Table I), but others cannot, most notably primary degenerative dementia (PDD; also called senile dementia, senile dementia of the Alzheimer type, Alzheimer disease, organic brain syndrome).

Many health problems contribute to senile cognitive decline, including PDD, mild (or minimal) memory impairment (also called benign senescent forgetfulness), and multiinfarct dementia. The most common accepted form of senile cognitive decline is PDD. *While better drugs are still needed for treatable dementias, untreatable cognitive disorders, particularly PDD, present the greatest chal-*

Table I. Treatable Dementias[6]

intracranial conditions
    multiinfarct dementia (MID)
    extrapyramidal disorders (EPS)
    hydrocephalus
    subdural hematomas
    intracranial neoplasms
    infections
chemical intoxications
    drugs
    metals
    industrial waste
depression
systemic disorders
    cardiovascular
    hepatic
    endocrine
    renal
    nutritional deficiencies
    collagen-vascular diseases

*lenges and will be the focus of this Perspective.*

The original diagnosis of PDD was made in 1907 by Alois Alzheimer.[6] Alzheimer reported on a 56-year-old woman who had died following a 5–6-year illness characterized by personality changes, disorientation, and memory loss. Postmortem microscopic examination of brain tissue taken from this patient revealed high densities of lesions that are currently described as neuritic plaques and neurofibrillatory tangles. The microscopic changes had previously been observed only in the brains of people over 70 years of age; however, the relationship between normal aging of the brain and PDD remains unresolved.[7]

PDD was considered a medical curiosity for many years; however, the magnitude of its occurrence, especially in the elderly, has only been appreciated within the past decade. Data from population studies suggest a 10- to 20-fold in-

---

(1) The term "senile", per se, refers only to old age, not to a mental disorder. We will use the phrase "senile cognitive decline" to denote the variety of cognitive disorders observed in the elderly.

(2) See, for example, Busby, J.; Bonelli, A.; Vargas, L.; Stirna, J.; Caranassos, G. *J. Am. Geriatr. Soc.* **1985**, *33*, 366. Blass, J. P. *Disease-a-Month* **1985**, *31*, 1. Hutton, J. T.; Kenny, A. D., Eds. *Senile Dementia of the Alzheimer Type*; Alan R. Liss: New York, 1985.

(3) A particularly good collection of articles on Alzheimer disease and related disorders can be found in Roth, M.; Iversen, L. L., Eds. *Br. Med. Bull.* **1986**, *42* (1).

(4) Cummings, J.; Benson, D. F.; LoVerme, S., Jr. *J. Am. Med. Assoc.* **1980**, *243*, 2434. *Diagnostic and Statistical Manual of Mental Disorders*, 3rd ed.; American Psychiatric Association: Washington, DC, 1980 (commonly referred to as "DSM-III"). For suggested improvements to DSM-III, see, for example, Jorm, A. F.; Henderson, A. S. *Br. J. Psychiatry* **1985**, *147*, 394.

(5) Cummings, J. L. *Clin. Ther.* **1985**, *7*, 480.

(6) For a translation of the original report, see Wilkins, R. H.; Brody, I. A. *Arch. Neurol.* **1969**, *21*, 109.

(7) A review of the biochemical characteristics of PDD is beyond the scope of this article. For reviews, see, for example, Thienhaus, O. J.; Hartford, J. T.; Skelly, M. F.; Bosmann, H. B. *J. Am. Geriatr. Soc.* **1985**, *33*, 715. Gottfries, C. G. *Psychopharmacology* **1985**, *86*, 245. Rathmann, K. L.; Conner, C. S. *Drug Intell. Clin. Pharm.* **1984**, *18*, 684. Price, D. L.; Kitt, C. A.; Struble, R. G.; Whitehouse, P. J.; Cork, L. C.; Walker, L. C. *Ann. N.Y. Acad. Sci.* **1985**, *457*, 35.

crease in the prevalence of PDD between ages 60 and 80, and the incidence of PDD will increase in the coming years as the geriatric segment of the population grows. In the United States alone, the segment of the population presently over 65 is estimated at 11% or 25 million people. Over the next 50 years this figure should grow to 55 million or 20% of the population.[8]

*The scientific study of PDD has been hampered by (1) the lack of an early, reliable diagnostic method, (2) an unknown etiology, (3) little knowledge about the homogeneity or heterogeneity of the disease,[9] and (4) the absence of effective therapeutic agents and appropriate animal models.*

The onset of PDD is insidious, usually taking several years before either the affected individual or close family members recognize that a medical problem may exist. The earliest symptom is forgetfulness (e.g., recent events, names of individuals, locations of objects). While the patient manages daily activities during the early phase of PDD, routine tasks become increasingly difficult as the disease progresses. The patient becomes disoriented, confused, and experiences emotional changes, most frequently those of depression. Occasionally, hallucinations accompany the behavioral changes. In the final stages of PDD, neurological functions fail, and the ability to move and communicate is eventually lost. A Global Deterioration Scale has been developed to categorize the severity of the disease based on behavioral characteristics.[10] PDD is most frequently observed in individuals over age 50, and while the progression of the disease is somewhat variable, it is usually faster when the onset occurs at an earlier age.

**Diagnosis.** Primary degenerative dementia is currently diagnosed by excluding other possible causes of the observed behavioral manifestations. Neuropsychological tests, including the mini-mental status questionnaire[11] and the behavioral test of Blessed[12] are used to assess the degree of dementia. Other possible causes, including those mentioned above (Table I), are excluded on the basis of clinical history or laboratory data. For example, multiinfarct dementia, the second most common form of dementia, is excluded by using Hachinski criteria,[13] and laboratory examination of blood and urine samples is used to rule out factors such as vitamin $B_{12}$ deficiency or drug intoxication.

*Unfortunately, no objective, unequivocal diagnostic procedure is presently available for early detection of PDD or quantification of cognitive decline.* New imaging techniques such as positron emission tomography[14] and magnetic resonance may provide insights into differences in brain functioning between PDD patients and age-matched controls; however, these methods are not yet suited for evaluating large numbers of patients routinely. Other laboratory measures involving multichannel com-

### Table II. Possible Causes of PDD[20]

genetic factors
abnormal protein models
infectious agents
toxins
blood flow disorders
cholinergic hypothesis
multiple factors

puter-analyzed electroencephalography (EEG), cerebral blood flow monitoring,[15] computerized tomography of brain mass, and analysis of cerebrospinal fluid may provide useful markers that are more easily obtained and quantified. PDD patients may display greater sensitivity to certain pharmacological agents (e.g., the anticholinergic scopolamine) than normals, thus allowing a more accurate assessment of their disorder.[16] Evoked potential recording may be of value in diagnosing early PDD.[17] Other differences may eventually be exploited (e.g., fingerprint patterns,[18] hyperammonemia[19]); however, much research must be done before such methods can be established as valid diagnostic tools. Success in developing rapid and reliable diagnostic procedures will ultimately play an important role in the clinical development of new therapeutic agents.

**Etiology.** The etiology and pathogenesis of PDD is presently unclear; however, a number of factors have been hypothesized to be involved (see Table II). Questions exist whether PDD is a single entity or two disorders; one with an onset before age 65 (presenile dementia), and a second with symptoms appearing in later life (senile dementia). This issue has not been resolved.

The possibility that PDD can be inherited has been a subject of interest for some time. Results from several studies suggest a genetic predisposition to PDD, especially in cases of early onset.[21] Close relatives of PDD patients have a fourfold greater chance of developing the disease than the general population.[22]

Recently, the possibility that chromosomal abnormalities may be involved in the etiology of the disease has been proposed because many individuals with Down's syndrome who reach age 40 develop Alzheimer-type brain lesions and clinical dementia.[23] Additionally, PDD and Down's syndrome share a unique cerebrovascular amyloid fibril protein.[24]

Evidence suggesting that PDD is an infectious disease, possibly of viral origin, is based on certain clinical and neuropathological similarities between PDD and Creutz-

(8) Goodnick, P.; Gershon, S. *J. Clin. Psychiatry* 1984, *45*, 196.
(9) Mayeux, R.; Stern, Y.; Spanton, S. *Neurology* 1985, *35*, 453.
(10) Reisberg, B.; Ferris, S. H.; DeLeon, M. J.; Crook, T. *Am. J. Psychiatry* 1982, *139*, 1136.
(11) Folstein, M.; Folstein, S.; McHugh, P. R. *J. Psychiatr. Res.* 1975, *12*, 189.
(12) Blessed, G.; Tomlinson, B. E.; Roth, M. *Br. J. Psychiatry* 1968, *114*, 797.
(13) Rosen, W. G.; Terry, R. D.; Fuld, P.; Katzman, K.; Peck, A. *Ann. Neurol.* 1980, *7*, 486.
(14) Ferris, S. H.; DeLeon, M. J.; Wolf, A. P.; George, A. E.; Reisberg, B.; Christman, D. R.; Yonekura, Y.; Fowler, J. S. *Adv. Neurol.* 1983, *38*, 123. Friedland, R. P.; Budinger, T. F.; Brant-Zawadzki, M.; Jagust, W. J. *J. Am. Med. Assoc.* 1984, *252*, 2750. See also Holman, B. L.; Gibson, R. E.; Hill, T. C.; Eckelman, W. C.; Albert, M.; Reba, R. C. *J. Am. Med. Assoc.* 1985, *254*, 3063.
(15) Hagberg, B.; Ingvar, D. H. *Br. J. Psychiatry* 1976, *128*, 209.
(16) Sunderland, T.; Tariot, P.; Murphy, D. L.; Weingartner, H.; Mueller, E. A.; Cohen, R. M. *Psychopharmacology* 1985, *87*, 247.
(17) St. Clair, D. M.; Blackwood, D. H. R.; Christie, J. E. *Br. J. Psychiatry* 1985, *147*, 702.
(18) Weinreb, H. J. *Arch. Neurol.* 1985, *42*, 50.
(19) Fisman, M.; Gordon, B.; Feleki, V.; Helmes, E.; Appell, J.; Rabheu, K. *Am. J. Psychiatry* 1985, *142*, 71.
(20) Wurtman, R. J. *Sci. Am.* 1985, *252*, 62. Ferry, G. *New Scientist* 1985, 33.
(21) Heston, L. L.; Mastri, A. R.; Anderson, V. E.; White, J. *Arch. Gen. Psychiatry* 1981, *38*, 1085.
(22) Glenner, G. G. *J. Am. Geriatr. Soc.* 1982, *30*, 59.
(23) Price, D. L.; Whitehouse, P. J.; Struble, R. G. *Ann. N.Y. Acad. Sci.* 1982, *396*, 145. Cutler, N. R.; Heston, L. L.; Davies, P.; Haxby, J. V.; Schapiro, M. B. *Ann. Internal Med.* 1985, *103*, 566. Masters, C. L.; Simms, G.; Weinman, N. A.; Multhaup, G.; McDonald, B. L.; Beyreuther, K. *Proc. Natl. Acad. Sci. U.S.A.* 1985, *82*, 4245.
(24) Glenner, G. G.; Wong, C. W. *Biochem. Biophys. Res. Commun.* 1984, *122*, 1131.

*Perspective*

feldt–Jakob disease (CJD). CJD is a rare disorder of progressive dementia accompanied by movement disturbances that is followed by death within 1–2 years from onset. The infectious agent may be a slow virus because an incubation period of several years is required between exposure to the agent and the first symptoms. Scrapie, a brain disorder of sheep and goats, is an infectious disease that may also involve slow viruses. Both can be transmitted by injecting extracts of infected brain tissue.

Prusiner and co-workers have recently demonstrated the infectious pathogen in scrapie to be a protein particle termed a prion.[25] Prions are defined as small, proteinaceous, infectious particles that resist inactivation by procedures that modify nucleic acids. All attempts to demonstrate the existence of nucleic acids within the scrapie agent have failed—how such proteins replicate without genetic material has not been satisfactorily answered.

The rodlike structures observed upon microscopic examination of sheep brains infected with scrapie are thought to be prion aggregates, but these aggregates are not the same as the neuritic plaques seen in PDD.

The transmission of PDD from human brain tissue to experimental animals has not been successful. Establishment of suitable animal models reflecting an infectious type of PDD may be confounded by excessively long incubation periods that exceed the animal's normal life span.

If an infectious agent like a slow virus or a scrapie-like prion is involved in PDD, other factors may be required before the disease can be fully manifested. These may include a genetic predisposition, as mentioned above, or exposure to environmental toxins. Changes in the blood–brain barrier may occur in PDD, thereby causing an increased permeability of the microvasculature that contributes to the observed pathology.[26]

Neurochemical analysis of neuritic plaques is another area of active research. Whether plaques are end products of the pathological process or simply contributors to the disease is not known. Nevertheless, an understanding of the chemical nature of these morphological markers may provide direction in designing new therapeutic agents. Cholinergic, catecholaminergic, and somatostatinergic processes are present in plaques along with proteinaceous material (amyloid).[27] Amyloid is also found in cerebral blood vessels, and leakage of amyloid from vessels into brain tissue has been postulated to trigger the neurotoxicity observed in PDD.[22] Amyloid may originate from a blood-borne precursor protein, being formed in cerebral blood vessels by action of a local enzyme.

The presence of elevated aluminum levels in the brain tissue of PDD patients was originally used to suggest this metal as a causative factor in the disease.[28] While comparisons of brain aluminum levels in PDD patients vs. age-matched controls show little difference,[29] an inorganic substance composed of aluminum and silicon is found in the plaques found in PDD.[28] This remains a controversial area because patients suffering from aluminum

(25) Prusiner, S. B.; McKinley, M. P.; Grath, D. F.; Bowman, K. A.; Mock, N. I.; Cochran, S. P.; Masiarz, F. R. *Proc. Natl. Acad. Sci. U.S.A.* 1981, 78, 6675. Prusiner, S. B. *Science* (Washington, D.C.) 1982, 216, 136.
(26) Wisniewski, H. M.; Kozlowski, P. B. *Ann. N.Y. Acad. Sci.* 1982, 396, 119, 179.
(27) Perry, E. K.; Perry, R. H. *Trends Neurosci.* 1985, 8, 301.
(28) Crapper, D.; Kirshan, S. S.; Dalton, A. J. *Science* (Washington, D.C.) 1973, 180, 511. King, R. G. *Med. Hypotheses* 1984, 14, 301.
(29) McDermott, J. R.; Smith, A. I.; Iqbal, K.; Wisniewski, H. M. *Neurology* 1979, 29, 809.

Table III. Representative Nootropics

| |
|---|
| piracetam |
| oxiracetam |
| pramiracetam (CI-879) |
| rolziracetam (CI-911) |
| aniracetam |
| CI-933 |
| CI-844 |

toxicity do not exhibit the neuropathological changes characteristic of PDD.[30]

Recent studies involving nerve growth factors suggest a possible new direction for research on the etiology of senile cognitive decline, but more work is needed.[31]

Finally, the function of the immune system[32] in the pathogenesis of PDD is under intense study, but conclusions at this time would be premature. For example, conflicting reports[33,34] have appeared regarding the correlation of levels of serum immunoglobulins A and G with the degree of cognitive impairment in PDD. A genetic factor may be responsible for changes in the immune system of PDD patients.

**Past Strategies.** The drugs currently used in the treatment of PDD are of questionable value. The earliest therapeutic strategies used agents that improve cerebral blood flow or are mild psychostimulants. In the United States, dihydroergotoxine, the vasodilators papaverine, isoxsuprine, and cyclandelate, and the stimulants methylphenidate and pentylenetetrazole, have been approved for the treatment of senile cognitive decline.[35] Dihydroergotoxine, a mixture of three dihydrogenated ergot alkaloids, is the most widely used drug of this group. *None of these agents has been demonstrated to improve cognition unequivocally in PDD patients.*

Compounds that improve cerebral blood flow through vascular mechanisms have been employed in some countries to treat PDD. These compounds include naftidofuryl, pentoxifylline, suloctodil, vincamine, and calcium channel blockers (e.g., nimodipine). The use of these agents is debatable since a vascular origin for PDD is no longer widely accepted.

A group of agents termed nootropics have been developed on the basis of the observation that the pyrrolidone piracetam facilitates learning and memory in animal models. Human studies with piracetam continue to give conflicting results. Several compounds appear to be more potent than piracetam and have been evaluated clinically in patients with cognitive decline (see Table III).[36] Initial reports from open-label studies have often been encouraging, but well-designed, double-blind, placebo-controlled trials have thus far failed to confirm clear-cut drug effects.

**Present Strategies.** The focus of research has now shifted to biochemical and neurochemical approaches, with the hope of identifying agents that improve the behavioral endpoints of learning and memory by a defined mechanism of action. Present strategies include cholinergic agents

(30) McLaughlin, A. I. G.; Kazanthis, G.; King, E.; Teare, D.; Porter, R. J.; Owen, R. Br. *J. Ind. Med.* 1962, 19, 253.
(31) Mobley, W. C.; Rutkowski, J. L.; Tennekoon, G. I.; Buchanan, K.; Johnston, M. V. *Science* (Washington, D.C.) 1985, 229, 284.
(32) Sheu, K. F.; Kim, Y. T.; Blass, J. P.; Webster, M. E. *Ann. Neurol.* 1985, 17, 444.
(33) Coehn, D.; Eisdorfer, C. *Br. J. Psychiatry* 1980, 136, 33.
(34) Miller, A. E.; Neighbour, P. A.; Katzman, R.; Aronson, M.; Lipkowitz, R. *Ann. Neurol.* 1981, 10, 506.
(35) Crook, T. *Ann. N.Y. Acad. Sci.* 1985, 444, 428.
(36) See references cited in *Drugs Future* 1985, 10, 972, 988.

SYN RAZ-0003462

1128   *Journal of Medicinal Chemistry, 1986, Vol. 29, No. 7*

*Perspective*



piracetam      R = H      R' = H
oxiracetam     R = OH     R' = H
pramiracetam   R = H      R' = (CH$_2$)$_3$N(iPr)$_2$

aniracetam     R = H
CI-933         R = (CH$_2$)$_2$CO$_2$H

**Table IV. Agents That May Enhance Muscarinic Neurotransmission in Diseases Characterized by a Muscarinic Cholinergic Deficiency[a]**

| class | example[b] |
|---|---|
| presynaptic muscarinic antagonist | scopolamine |
| presynaptic allosteric muscarinic inhibitor | gallamine |
| presynaptic enhancer of acetylcholine release | aminopyridines |
| enhancer of high affinity choline uptake | ? |
| reversible inhibitor of acetylcholinesterase | physostigmine |
| postsynaptic muscarinic agonist | arecoline, oxotremorine |
| postsynaptic allosteric muscarinic activator | ? |

[a] None of these appear to be selective for pre- or postsynaptic sites. However, see ref 41 (BM-5).

**Table V. Correlation between Electroencephalography and Behavior**

| EEG band | behavior |
|---|---|
| alpha (8–12 Hz) | attentional demands |
| beta (16–24 Hz) | emotion, cognition |
| theta (2–7 Hz) | cognition (particularly hippocampal theta) |

(e.g., arecoline,[37,38] physostigmine,[38] RS-86,[39] bethanechol,[40] BM-5[41]), analogues of ACTH (e.g., ORG 2766[42]), vasopressin (e.g., DDAVP[43] DGAVP[44]), and somatostatin (e.g., L-363,586[45]), serotonin agents (e.g., alaproclate,[46] zimelidine[47]), and adrenergic agents (e.g., clonidine[48]). The most

widely accepted biochemical hypothesis, at present, involves the cholinergic system, which is discussed in more detail below.

(37) Flood, J. F.; Smith, G. E.; Cherkin, A. *Psychopharmacology* **1985**, *86*, 61. Mutschler, E.; Lambrecht, G. *Trends Pharmacol. Sci.* **1984**, Suppl., 39.

(38) Mohs, R. C.; Davis, B. M.; Johns, C. A.; Mathe, A. A.; Greenwald, B. S.; Horvath, T. B.; Davis, K. L. *Am. J. Psychiatry* **1985**, *142*, 28. Christie, J. E.; Shering, A.; Ferguson, J.; Glen, A. I. M. *Br. J. Psychiatry* **1981**, *138*, 46. Brinkman, S. D.; Gershon, S. *Neurobiol. Aging* **1983**, *4*, 139. Jotkowitz, S. *Ann. Neurol.* **1983**, *13*, 690. Davis, K. L.; Mohs, R. C. *Am. J. Psychiatry* **1982**, *139*, 1421. Davis, K. L.; Mohs, R. C.; Tinklenberg, J. R.; Pfefferbaum, A.; Hollister, L. E.; Kopell, B. S. *Science (Washington, D.C.)* **1978**, *201*, 272. Smith, C. M.; Swash, M. *Lancet* **1979**, 42. Beller, S. A.; Overall, J. E.; Swann, A. C. *Psychopharmacology* **1985**, *87*, 147.

(39) Wettstein, A.; Spiegel, R. *Psychopharmacology* **1984**, *84*, 572.

(40) Harbaugh, R. E.; Roberts, D. W.; Coombs, D. W.; Saunders, R. L.; Reeder, T. M. *Neurosurgery* **1984**, *15*, 514.

(41) Nordstrom, O.; Alberts, P.; Westlind, A.; Unden, A.; Bartfai, T. *Mol. Pharmacol.* **1983**, *24*, 1.

(42) Nicholson, A. N.; Stone, B. M.; Jones, S. J. *Eur. J. Clin. Pharmacol.* **1984**, *27*, 561. Jolkkonen, J. T.; Soininen, H. S.; Riekkinen, P. J. *Life Sci.* **1985**, *37*, 585. Nyakas, C.; Veldhuis, H. D.; DeWied, D. *Brain Res. Bull.* **1985**, *15*, 257.

(43) Beckwith, B. E.; Till, R. E.; Schneider, V. *Peptides* **1984**, *5*, 819. Stein, D.; Bannet, J.; Averbuch, I.; Landa, L.; Chazan, S.; Belmaker, R. H. *Psychopharmacology* **1984**, *84*, 566.

(44) Peabody, C. A.; Thiemann, S.; Pigache, R.; Miller, T. P.; Berger, P. A.; Yesavage, J.; Tinklenberg, J. R. *Neurobiol. Aging* **1985**, *6*, 95. Jennekens-Schinkel, A.; Wintzen, A. R.; Lanser, J. B. K. *Prog. Neuro-Psychopharmacol. Biol. Psychiatry* **1985**, *9*, 273.

(45) Cutler, N. R.; Haxby, J. V.; Narang, P. K.; May, C.; Burg, C.; Reines, S. A. *N. Engl. J. Med.* **1985**, *312*, 725.

(46) Dehlin, O.; Hedenrud, B.; Jansson, P.; Norgard, J. *Acta Psychiatr. Scand.* **1985**, *71*, 190. Bergman, I.; Brane, G.; Gottfries, C. G.; Jostell, K.-G.; Karlsson, I.; Svennerholm, L. *Psychopharmacology* **1983**, *80*, 279.

(47) Cutler, N. R.; Haxby, J.; Kay, A. D.; Narang, P. K.; Lesko, L. J.; Costa, J. L.; Ninos, M.; Linnoila, M.; Potter, W. Z.; Renfrew, J. W.; Moore, A. M. *Arch. Neurol.* **1985**, *42*, 744.

(48) Arnsten, A. F. T.; Goldman-Rakic, P. S. *Science (Washington, D.C.)* **1985**, *230*, 1273.

arecoline

RS-86

bethanechol

BM-5

physostigmine

clonidine

**Biological Models.** In order to develop new therapeutic agents in a rational and efficient manner, satisfactory biological models are needed. *Unfortunately, appropriate animal models do not yet exist.* Many considerations are important in developing effective animal models. For example, the animal model should be sensitive and selective for certain types of memory, and confirmation that memory is required in normal animals for accurate performance is essential. The performance of animals with altered brain function should be comparable to similar modulation of human memory. Finally, nonmemory psychological processes must be excluded as possible causes of behavioral changes.

The validity of animal models of cognition is ultimately tested by their ability to predict or at least explain brain mechanisms involved in normal memory, pathological changes that produce memory impairments, and thera-

SYN RAZ-0003463

Perspective

zimelidine

alaproclate

S-(CH₂)₃C(=O)-Tyr-Phe-Gln-Asn-Cys-Pro-Arg-Glyol₂

DDAVP

HCys-Tyr-Phe-Gln-Asn-Cys-Pro-ArgOH

DDAVP

Met(S=O)-Gln-His-Phe-Lys-Phe

ORG 2766

(N-Me)Ala-Tyr-D-Trp-Lys-Val-Phe

L 363,586

RS-86

BM-5

clonidine

**Table VI. Behavioral Models**

central nervous system (CNS) lesions
electrical (e.g., electroconvulsive shock (ECS))
genetic deficiencies
hypoxia/anoxia and ischemia
aged vs. young animals
drug-induced deficits

peutic interventions that alleviate memory impairments.

For the purposes of discussion, biological models of senile cognitive decline will be divided into three major neuropharmacological categories: biochemistry, electrophysiology, and behavior. The past generation of cognition activators was developed almost entirely through leads discovered during the course of behavioral testing. The present generation of agents represents a shift to better defined mechanisms of action wherein leads are identified through combined evaluation in all three areas of neuropharmacology.

For example, consider the cholinergic hypothesis, which has been proposed to explain the pathology and symptoms of geriatric memory dysfunction.[49] An impressive amount of research has been directed by this rationale in the 1980s.[50] If indeed the cholinergic deficits observed in PDD cause the cognitive decline observed, then, in principle, symptomatic treatment should be possible with several types of cholinergic agents. (However, activation of just one neurotransmitter system may not be enough to overcome the symptoms associated with PDD.)

Mechanistic questions are best addressed at an early stage through biochemical studies because of high testing throughput and minimal complicating pharmacokinetic and metabolic factors. In a cholinergic approach, these investigations might include a variety of assays: muscarinic receptor binding, high-affinity choline uptake, acetylcholine release, choline acetyltransferase activity, acetylcholinesterase activity, phosphatidylinositol turnover.

These assays can provide primary mechanistic models of senile cognitive decline. Alone, their value is limited, but in tandem with electrophysiology and behavioral testing, biochemical studies serve to provide rapid, well-defined input regarding potential activity, thus directing more time consuming efforts efficiently. Examples of agents that may enhance muscarinic cholinergic neuro-

transmission by a defined biochemical mechanism are illustrated in Table IV.

Brain electrical activity can be studied with standard electroencephalographic equipment. Coupled with behavioral studies, certain electrical changes have been correlated with attentional demands, emotional processes, and cognitive processes,[51] as outlined in Table V. Through this correlation, electrophysiology functions as a secondary mechanistic model for senile cognitive decline, and can serve in addition to provide information on duration of action, time course, time of peak effect, and potential toxicity.

Behavioral studies represent the penultimate endpoint in the development of drugs to treat senile cognitive decline, and a number of behavioral models exist at the present time (see Table VI). The discussion that follows summarizes and updates some recent reviews on this subject.[52]

**CNS Lesions.** Studies of biochemical and histopathological changes in PDD patients, particularly in the cholinergic system, have suggested new approaches to developing animal models of senile cognitive decline. Ventral pallidal lesions produced by ibotenic acid do not alter rat performance on psychomotor tasks or affect sensitivity to shock.[53] However, severe deficits in retention of a passive avoidance response are found in these lesioned animals. Similar deficits are found in rats lesioned bilaterally in the ventral pallidum with use of another excitatory neurotoxin, kainic acid. Ethylcholine mustard aziridinium ion (AF64A), a neurotoxic choline analogue, produces long-lasting hypofunction of central cholinergic systems in mice and reduces presynaptic cholinergic markers in the rat hippocampus without affecting postsynaptic muscarinic receptor binding.[54] AF64A lesions may eventually provide an animal model of PDD, but behavioral evidence is preliminary. The use of cholinergic false precursors has also been suggested as a method for producing animals with cholinergic hypofunction.[55]

(49) Bartus, R. T.; Dean, R. L., III; Beer, B.; Lippa, A. S. *Science (Washington, D.C.)* 1982, 217, 408. Mash, D. C.; Flynn, D. D.; Potter, L. T. *Science (Washington, D.C.)* 1985, 228, 1115. Wurtman, R. J.; Blusztajn, J. K.; Maire, J.-C. *Neurochem. Int.* 1985, 7, 369. Sitaram, N. *Drug Dev. Res.* 1984, 4, 481. For another hypothesis, see, for example: Lynch, G.; Baudry, M. *Science (Washington, D.C.)* 1984, 224, 1057.

(50) *Alzheimer's Disease. Report of the Secretary's Task Force on Alzheimer's Disease*; U.S. Department of Health and Human Services, September, 1984; DHHS Publication No. (ADM) 84-1323.

(51) Ray, W. J.; Cole, H. W. *Science (Washington, D.C.)* 1985, 228, 750. Duffy, F. H.; Albert, M. S.; McAnulty, G. *Ann. Neurol.* 1984, 16, 439. Duffy, F. H.; Albert, M. S.; McAnulty, G.; Garvey, A. J. *Ann. Neurol.* 1984, 16, 430. Bennett, T. L.; Hebert, P. N.; Moss, D. E. *Behav. Biol.* 1973, 8, 196. Green, J. D.; Arduini, A. *J. Neurophysiol.* 1954, 17, 533. Dustman, R. E.; LaMarche, J. A.; Cohn, N. B.; Shearer, D. E.; Talone, J. M. *Neurobiol. Aging* 1985, 6, 193.

(52) Olton, D. S.; Gamzu, E.; Corkin, S., Eds. *Ann. N.Y. Acad. Sci.* 1985, 444 (for a summary, see: Schwam, E.; Gamzu, E.; Vincent, G. *Neurobiol. Aging* 1984, 5, 243). Hershenson, F. M.; Marriott, J. G. *Annu. Rep. Med. Chem.* 1984, 19, 31. Hershenson, F. M.; Marriott, J. G.; Moos, W. H. *Annu. Rep. Med. Chem.*, in press.

(53) For an expanded review of ibotenic acid, see: Dunnett, S. B. *Psychopharmacology* 1985, 87, 357.

(54) Vickroy, T. W.; Watson, M.; Leventer, S. M.; Roeske, W. R.; Hanin, I.; Yamamura, H. J. *J. Pharmacol. Exp. Ther.* 1985, 235, 577. Fisher, A.; Mantione, C. R.; Abraham, D. J.; Hanin, I. *J. Pharmacol. Exp. Ther.* 1982, 222, 140. Sivertla, S. A.; Olson, G. L. *Life Sci.* 1986, 38, 1105. An aziridinium analogue of oxotremorine (BM130A) has also been studied (Russell, R. W.; Crocker, A. D.; Booth, R. A.; Jenden, D. J. *Psychopharmacology* 1986, 88, 24).

1130 *Journal of Medicinal Chemistry, 1986, Vol. 29, No. 7*

ibotenic acid

kainic acid

AF-64A

**ECS Models.** Electroconvulsive shock has been used to produce severe retrograde amnesia, an effect well-documented at the clinical level and extensively studied in animals. The effects of agents on impaired memory in depressed patients undergoing ECS therapy are under study.[55] Since many cognition activators were discovered and developed on the basis of activity against ECS-induced amnesia, these studies will test the predictive value of this preclinical model.

**Genetic Models.** Natural deficits can be observed in certain genetic strains. For example, hippocampally deficient mice[57] are impaired in acquisition and retention with regard to finding a hidden platform in a water "maze".

**Hypoxia Models.** Low levels of oxygen induce electrophysiological changes and disrupt learning and memory. Even certain biochemical effects caused by hypoxia parallel those seen in aging. For example, treatment of spontaneously hypertensive rats with hypertonic saline causes behavioral deficits, and a morphology similar to that observed in multiinfarct dementia.

**Aged Models.** Old animals are used extensively as models of age-related cognitive disorders. Regional changes in brain glucose metabolism reflect cognitive impairments in aged rats.[58] Old mice are impaired on passive avoidance compared to young mice. In contrast with clinical data, dietary phosphatidylcholine enhances performance of old mice in shuttlebox avoidance. Aged rats perform at chance levels after 15 training trials using a 12-arm radial maze, whereas young rats master the task. Positive correlations in aged rats have been found between maze performance and hippocampal choline acetyltransferase activity. Aged monkeys have been employed in studies of age-related memory impairments and drug effects upon memory. Drug trials in monkeys have demonstrated effects with cholinergic agents and neuropeptides similar (i.e., marginal efficacy) to those reported in human trials.

**Drug-Induced Deficit Models.** Anticholinergic-induced cognitive deficits have also been used as a model of age-related impairments, with agents tested for their ability to reverse the deficits. Systemically administered atropine increases running time and working memory errors in mice trained on a six-arm radial maze. In a water maze, atropine-treated rats are impaired with respect to finding a hidden escape platform. Similar deficits are found in rats with total hippocampalectomy. Atropine disrupts and physostigmine enhances acquisition of light/dark discrimination and tone/no-tone discrimination in rats. Anticholinergics are also effective in disrupting memory when injected directly into the brain. Conversely, cholinergic agents (e.g., arecoline, physostigmine, oxotremorine, muscarine) improve retention on an active avoidance task when administered intracerebroventricularly after training and prior to retention testing 1 week later. MCI-2016 [4-(o-benzylphenoxy)-N-methylbutylamine] reverses scopolamine-induced impairments of spontaneous alternation responding in rats similar to the effects of physostigmine, choline, and amphetamine.

Benzodiazepine-induced amnesia, which was first described as a result of clinical experience, has been used as an animal model of amnesia.[59]

**Are the Models Valid?** *An unequivocal answer to this question may not be possible until a truly efficacious drug is discovered, thus allowing a comparison of preclinical and clinical results.* However, given a variety of agents that show some preclinical activity, the following scenarios pertain. (1) Perhaps the models are valid, but greater preclinical efficacy is needed. In this case we should seek drugs with more robust preclinical effects. (2) Perhaps side effects, a short duration of action, or a narrow active dose range mask the efficacy of useful drugs. Here, agents with fewer side effects, longer duration, and wider active dose ranges are needed. (3) Perhaps patient populations have been inadequately selected for clinical evaluation. If this is true, then we must develop means of accurately diagnosing varied types of senile cognitive decline, for example, with imaging techniques. (4) Perhaps the clinical symptoms of senile cognitive decline cannot be treated with drugs. If this is true, then efforts might be focused on prevention of senile cognitive decline or on surgical intervention, for example, with brain tissue transplants.[60]

**Future Directions.** The cognition activators currently under development are a diverse group. Whether these agents prove effective remains to be seen. Future cognition activators should not only act via defined mechanisms but should also possess undisputed efficacy. Whether the next generation arises from a series of incremental advances or a significant breakthrough, a major new era in neurosciences will be ushered in.

(55) Newton, M. W.; Crosland, R. D.; Jenden, D. J. *J. Pharmacol. Exp. Ther.* 1985, *235*, 157.

(56) Ezzat, D. H.; Ibraheem, M. M.; Makhawy, B. *Br. J. Psychiatry* 1985, *147*, 720.

(57) Symons, J. P.; Davis, R. E.; Marriott, J. G. *Fed. Proc., Fed. Am. Soc. Exp. Biol.* 1984, *43*, 924 (Abstr. 3741).

(58) Gage, F. H.; Kelly, P. A. T.; Bjorklund, A. *J. Neurosci.* 1984, *4*, 2856.

(59) Gamzu, E. R. *J. Clin. Psychiatry*, in press. Gamzu, E.; Perrone, L.; Salsitz, B. *Bull. Psychonomic Soc.* 1979, *12*, 253.

(60) Fine, A.; Dunnett, S. B.; Bjorklund, A.; Iversen, S. D. *Proc. Natl. Acad. Sci. U.S.A.* 1985, *82*, 5227. Bjorklund, A.; Gage, F. H. *Ann. N.Y. Acad. Sci.* 1985, *457*, 53. *Medical World News* 1985, *26*, 8. Gage, F. H.; Bjorklund, A.; Stenevi, U.; Dunnett, S. B.; Kelly, P. A. T. *Science (Washington, D.C.)* 1984, *225*, 533.

SYN RAZ-0003465

# EXHIBIT D

Serial No.   819141                           -3-

Art Unit    125


       The art clearly teaches activities for the instant

agent that would have value in treating effects of

Alzheimer's disease.


Friedman:tgh

A/C 703

557-3920

4-4-86

Primary Examiner
Group Art Unit 125

JAN RAZ-0000026

# EXHIBIT E

diagnosis in due course.

The amendments to the specification correct obvious typographical errors.

Alzheimer's disease is a major and growing problem in our society (see the paper by Hershenson & Moos in July 1986 Journal of Medical Chemistry submitted herewith). It is estimated that there are over 1,000,000 sufferers of this disease in the United States alone. Symptoms include depression, intellectual decline, memory loss, speech difficulties and muscular spasms. Little is known about the root cause of the condition and although useful results have been reported in some cases by treatment with physostigmine, its poor therapeutic index is likely to preclude its widespread use and there is no generally effective treatment available. As noted in an article by Kendall et al, submitted herewith, (J Clin Hos Pharmac (1985) 10 327-336), "The theoretical possibility of developing a long acting preparation of an agent with good brain penetration and possibly some selectivity of action towards the relevant cortical cholinergic system, must be seen as a major challenge for researchers working on Alzheimer's disease". Applicant currently has experiments underway using animal models which are expected to show that treatment with galanthamine does result in an improvement in the condition of those suffering from Alzheimer's disease. It is expected that data from this experimental work will be available in two to three months and will be submitted to the Examiner promptly thereafter. Furthermore, galanthamine is currently being used in Europe to assist in post-operative recovery from anaesthesia and so is unlikely to suffer the problems of possible toxicity encountered with physostigmine (Acta Anesth Scand (1980) 21:166).

The rejections under 35 USC 103 are respectfully

- 2 -

JAN RAZ-0000032

# EXHIBIT F

traversed. The rejection is based on two Chemical Abstract references noted in the specification. The first, by Kraus, is an abstract of a paper published in the Journal of Highest Nervous Activity Volume 24 (1974). The second is an article by Chaplygina and Ilyuchenok. Applicant has had translations of each of the original papers prepared and these are submitted herewith.

The Kraus article related to an investigation of the effects of various chemicals on short-term memory and the activity of the hippocampus in normal dogs. It concluded that the effect of galanthamine was about the same as that of strychnine and lower than that of phenamine and ethimizol.

The Chaplygina article describes work done on restoration of conditioned reflexes after memory in mice had been destroyed, for example, by electro-shock.

The Examiner's comment on this art, namely that it "teaches activities for the instant agent that would have value in treating the effects of Alzheimer's disease" is not entirely clear. However, apparently what the Examiner means is that since these articles indicate that galanthamine has an effect on improving short-term memory and on restoring memory after it has been destroyed, it would be useful in treating Alzheimer's disease. This is a non sequitur.

The mechanism of memory and indeed many brain functions are still only hazily understood at best. One cannot predict with any degree of confidence what the effect of any given chemical on a particular brain function or brain condition may be. While it is true that studies have shown that impairment of memory may result from certain specific factors varying from brain damage, though diminution of blood flow as a result of arteriosclerosis in brain arteries to chemical effects such as

- 3 -

JAN RAZ-0000033

# EXHIBIT G

specifically (Gilman AG, Goodman LS, Rall TW, Murad F, eds., The
Pharmacological Basis of Therapeutics, Macmillan Publ. Co., New
York, 1985, p. 582). Pentylenetetrazol (Metrazol), a compound
with convulsant and stimulant properties analogous to those of
strychnine, does not improve cognitive function in Alzheimer's
patients (J Med Chem (1986) 29:1125, Crook T, Gershon S, eds.,
Strategies for the Development of an Effective Treatment for
Senile Dementia, Mark Powley Assoc., Inc., New Canaan, Conn.,
1981, p. 177). Thus, the ability of a drug to enhance memory in
the experiments performed by Kraus does not indicate that the
drug will be of use in Alzheimer's disease.

        The teaching of the Chaplygina article does not take
matters any further forward. It teaches that galanthamine
reverses the amnesia-producing effects of scopolamine. However,
this would be expected of an anticholinesterase. Nothing in this
teaching leads to an expectation of utility against Alzheimer's
disease. There are many anticholinesterase drugs available but
Alzheimer's disease is still regarded as being effectively
untreatable.

        Applicant carried out a survey of drugs which were
reported in the literature to have been useful in enhancing
short-term memory over the period 1973-1976 and followed this up
with a survey of whether any of them has subsequently been
reported as having been tried in connection with Alzheimer's
disease. The results are as follows:

        39 compounds were reported to facilitate memory in
various studies of animals and humans without brain lesions:
adrenocorticotrophic hormone (Behav Biol (1976) 16:387, J Pharm
Pharmac (1977) 29:110), ACTH 4-10 (J Pharm Pharmac (1977) 29:110,
Pharmacol Biochem Behav (1976) 5:(Suppl.1) 41, Physiol Behav
(1975) 14:563, Pharmacol Biochem Behav (1974) 2:663, Physiol

- 6 -

# EXHIBIT H

Psychiat 1981 138:593), tyrosine (increases norepinephrine,
J Am Geriat Soc (1977) 25:289), vasopressin (J Clin Hosp Pharmac
(1985) 10:327, J Am Geriat Soc (1977) 25:289, Neurobiology of
Aging (1985) 6:95) and physostigmine as discussed above.

   With the exception of physostigmine, none of these was
reported to be effective in treating Alzheimer's disease.

   As shown from the literature references submitted with
the response, the effective treatment of Alzheimer's disease has
proved to be very difficult. Many approaches have been tried.
None has been successful. Galanthamine and its properties have
been known for many years. No one has previously suggested that
it should be used to treat Alzheimer's disease. Many drugs
having similar properties to galanthamine have been tried
unsuccessfully. Under these circumstances, it is quite clear
that it could not possibly be obvious to one skilled in the art
to use galanthamine to treat Alzheimer's disease.

   In view of the foregoing, reconsideration of the 35 USC
103 rejection is respectfully requested.

                              Respectfully submitted,

                              John Richards by
                              Joseph H. Handelon
                                                REG. NO.
                              JOHN RICHARDS        26179
                              c/o LADAS & PARRY
                              26 WEST 61st STREET
                              NEW YORK, N.Y. 10023
                              Reg. No. 31053 (212) 708-1915

                    - 9 -

JAN RAZ-0000039