IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) |
|   | ) C.A. No. 05-356 (KAJ) |
|   | ) (consolidated) |

## DEFENDANT ALPHAPHARM PTY., LTD.'S JOINDER IN BARR'S CLAIM CONSTRUCTION BRIEF, ARGUMENTS AND SUPPORTING DECLARATION

Defendant Alphapharm Pty., Ltd., by and through its undersigned counsel, hereby joins

Defendants Barr Laboratories Inc. and Barr Pharmaceuticals, Inc. ("Barr") in their Opening

Claim Construction Brief (the "Brief") (D.I. 323) and incorporates by reference the arguments

made therein and in the Declaration of Brian E. Farnan (the "Declaration") filed in support

thereof (D.I. 324). For the legal and factual reasons set forth in the Brief and the Declaration,

Alphapharm respectfully requests that the Court enter an order granting the Defendants'

proposed claim construction.


OF COUNSEL:
Alan H. Bernstein
Robert S. Silver
Mona Gupta
William J. Castillo
Caesar, Rivise, Bernstein,
Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA  19103
Telephone: (215) 567-2010
Facsimile: (215) 741-1142

/s/Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware  19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
    Attorneys for Defendant Alphapharm Pty., Ltd.

Dated: December 4, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2006, I electronically filed the foregoing with the

Clerk of Court using CM/ECF which will send notification of such filing to the following and

which has also been served as noted:

**By E-mail and Hand Delivery**

John G. Day *(jday@ashby-geddes.com)*
Steven J. Balick *(sbalick@ashby-geddes.com)*
**Ashby & Geddes**
222 Delaware Ave., 17 Fl.
P.O. Box 1150
Wilmington, DE 19899

I further certify that on December 4, 2006, the foregoing document was sent to the

following non-registered participants in the manner indicated::

**By E-mail**

George F. Pappas *(gpappas@cov.com)*
Roderick R. McKelvie *(mckelvie@cov.com)*
Christopher N. Sipes *(csipes@cov.com)*
Jeffrey B. Elikan *(jelikan@cov.com)*
Laura H. McNeill *(lmcneill@cov.com)*
**Covington & Burling**
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401

**By E-mail**

George C. Lombardi *(glombardi@winston.com)*
Taras A. Gracey *(tgracey@winston.com)*
Lynn M. Ulrich *(lulrich@winston.com)*
Brian L. Franklin *(bfranklin@winston.com)*
**Winston & Strawn LLP**
35 West Wacker Dr.
Chicago, IL 60601

John C. Phillips, Jr. *(jcp@pgslaw.com)*
Brian E. Farnan *(bef@pgslaw.com)*
**Phillips, Goldman & Spence, P.A.**
1200 N. Broom St.
Wilmington, DE 19806

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)

RLF1-3088717-1