## RULE 7.1.1 CERTIFICATION

      The undersigned hereby certifies that counsel for Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc. were unsuccessful in their efforts to resolve the issues raised in the foregoing Motion with Plaintiffs' counsel.

                                                                      _____
                                                                      John C. Phillips, Jr.