IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| '318 PATENT INFRINGEMENT LITIGATION | ) | C.A. No. 05-356 (KAJ) |
| | ) | (consolidated) |
| | ) | |
| | ) | |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.'s Motion to Reassign Case to Preserve the Upcoming Trial Date of this Action ("Barr's Motion"), and any response thereto,

IT IS HEREBY ORDERED that Barr's Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that this case is reassigned to The Honorable _____.

_____
Chief United States District Court Judge