# EXHIBIT 1

```
                                                                1

 1              IN THE UNITED STATES DISTRICT COURT

 2              IN AND FOR THE DISTRICT OF DELAWARE

 3                          - - -
     IN RE:  '318 PATENT                :
 4   INFRINGEMENT LITIGATION,           :  CIVIL ACTION
                                        :  NO. 05-356 (KAJ)
 5                                      :  (Consolidated)

 6                                - -
                        Wilmington, Delaware
 7              Monday, May 15, 2006 at 4:35 o'clock, p.m.
                       TELEPHONE CONFERENCE
 8
                            - - -
 9
     BEFORE:    HONORABLE KENT A. JORDAN, U.S.D.C.J.
10
                            - - -
11   APPEARANCES:

12
                ASHBY & GEDDES
13              BY:  STEVEN J. BALICK, ESQ.

14                     -and-

15              COVINGTON & BURLING
                BY:  GEORGE F. PAPPAS, ESQ.,
16                   CHRISTOPHER N. SIPES, ESQ., and
                     KURT G. CALIA, ESQ.
17                   (Washington, District of Columbia)

18
                       -and-
19
                JOHNSON & JOHNSON
20              OFFICE OF THE GENERAL COUNSEL
                BY:  STEVEN P. BERMAN, ESQ.
21                   (New Brunswick, New Jersey)

22                   Counsel for Janssen Pharmaceutica
                     N.V., Janssen, L.P. and Synaptech Inc.
23

24
                                   Brian P. Gaffigan
25                                 Registered Merit Reporter
```

```
 1   getting Ms  Jascott in June
 2              THE COURT:  All right
 3              MR. PAPPAS:  Those are the facts, irrespective
 4   of -- I'm not ascribing motive or any intent by the parties,
 5   but the fact of the matter is that is where we find
 6   ourselves   That's why I'm alerting the Court to the fact
 7   that we may be issuing additional notices and we simply may
 8   not be able to get everything scheduled by June 30th
 9              THE COURT:  Well, for planning purposes, I hope
10   you're still working on June 30th because I'm not moving
11   that date right now   I'm not anticipating that folks
12   working together can't make it happen   I understand this
13   puts pressure on but I'm acutely aware of a couple things:
14              First, that there are business imperatives that
15   drive behavior that are far beyond my pay grade   I'm not
16   suggesting that you're doing anything here for strategic
17   purposes, don't get me wrong. but I am suggesting that when
18   the folks on the defense side say, hey, we have business
19   issues that make scheduling here important to us, I take
20   that seriously   It's not an overriding or a factor that all
21   by itself rules the day. but I'm not unmindful of what goes
22   on in these ANDA cases.
23              Second, and very importantly, it's something I
24   hope everybody on this call is going to keep in mind.  It is
25   not a simple matter to move these dates around because as
```