EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION ) ) ) ) ) ) ) ) | C.A. No. 05-356-KAJ (consolidated) |

## OPENING EXPERT REPORT OF DR. HOWARD M. FILLIT

## I. ACADEMIC AND PROFESSIONAL QUALIFICATIONS

### A. Current position

1. I am the founding Executive Director and member of the Board of Directors of the Institute for the Study of Aging (ISOA) and the Alzheimer's Drug Discovery Foundation (ADDF). ISOA and ADDF fund drug discovery and development for Alzheimer's Disease in academia and the biotechnology industry. I am also a Clinical Professor of Geriatrics and Medicine, and Professor of Neurobiology at the Mount Sinai Medical Center in New York and an Associate Physician at the Rockefeller University Hospital.

2. I have 25 years of experience in the area of Alzheimer's Disease drug discovery and development. During that time, I have worked with many pharmaceutical and biotechnology companies and non-profit organizations on clinical development in the Alzheimer's Disease area, and I draw upon my experience in submitting this report.

### B. Background

3. I am a physician and scientist by training and background. I received my B.A. in Neurobiology from Cornell University in 1970 and my M.D. from SUNY-Upstate Medical

Center in 1974. I subsequently completed an internship and residency in internal medicine at the Beth Israel Medical Center, a postdoctoral fellowship in immunology at The Rockefeller University, and a fellowship in Nephrology at the New York Hospital-Cornell Medical Center.

4. I have held academic positions in geriatric medicine at the New York Hospital-Cornell Medical Center, SUNY-Stonybrook School of Medicine, the Mount Sinai School of Medicine, and The Rockefeller University. I have held clinical positions in geriatric medicine at the Jewish Institute for Geriatric Care, the New York Hospital, and the Mount Sinai Medical Center.

5. I am licensed to practice medicine in New York. I am certified by the American Board of Internal Medicine, the American Board of Medical Laboratory Immunology, and the National Board of Medical Examiners. I am also certified by the American Board of Internal Medicine in Geriatric Medicine.

6. I am a fellow of several professional organizations related to the practice of and research in medicine: American College of Physicians, American Geriatrics Society, the Gerontological Society of America, and the New York Academy of Medicine.

7. I have served as chair or member of advisory boards or as consultant to a wide range of health care companies, including: Neurotrax, Inc., Neuromolecular, Inc., Advanced Monitored Caregiving, Inc., Allon Therapeutics, Neurochem, Inc., Healthcare Dimensions, Inc., Zapaq, Sanofi-Aventis Pharmaceuticals, AstraZeneca Pharmaceuticals, Novartis, Janssen, Forest Laboratories, Eisai, Pfizer and the Memory Fitness Institute. For Janssen, I participated in an advisory board on Razadyne post-approval pharmaco-economic studies.

**C.     Experience with Clinical Trials and Drug Development**

8. I have more than 25 years of experience in the development of drug therapies for Alzheimer's Disease, including clinical and preclinical phases. Around 1980, I founded the

Alzheimer's Clinic at Rockefeller University and, the next year, began a pilot study investigating the use of estradiol for post-menopausal women with Alzheimer's Disease.

9.   For several years, I served on the Consultants Committee of the Woman's Health Initiative Memory Study ("WHIMS"). The study was a large, population-based study of the use of Premarin in post-menopausal women. The study aimed at answering the question whether the use of Premarin could prevent Alzheimer's Disease. I helped design the study and evaluate data from the study.

10. I chair a scientific advisory board for Neurochem, Inc. I started working with the company when it had a few employees. The company is now a $600 million company involved in Phase III trials of Alzhemed for treatment of Alzheimer's Disease. Alzhemed is a small-molecule inhibitor of amyloid aggregation and fibrillation. I advised on the drug development, including pre-clinical proof of concept and clinical trial design.

11. The Institute for the Study of Aging has given away over $25 million to 140 drug discovery and development programs in 12 countries since 1998. I have evaluated almost 800 proposals in connection with this grant program.

12. I have helped start two biotechnology companies that were pre-clinical companies dedicated to Alzheimer's Disease. One of these companies, Allon Therapeutics, is now in Phase II testing and was recently voted one of the ten best biotech companies in Canada. ISOA provided start-up capital for this company based on its pre-clinical research. The other company, Zapaq, is a leader in the development of beta-secretase inhibitors, based on its chemistry. I am currently helping the company to design its clinical program.

13. My biographical information and *curriculum vitae* are attached hereto as Attachment A.

- 3 -

D.    **Prior testimony**

14. In the last four years, I have been deposed once. I was deposed in 2005 in connection with an insurance case, Hammermueller v. American Equity, Case No. INC037361, filed in the Superior Court for the State of California, County of Riverside.

E.    **Compensation**

15.    For my work in connection with this matter, I am being compensated at my usual rate of $550 per hour. My compensation is not linked in any way to the outcome of this litigation.

## II. SCOPE OF OPINION

16. I have been asked to review the assertions of invalidity made by the defendants in this litigation concerning patent at issue, U.S. Patent No. 4,663,318 (the "'318 patent").

17. I was informed about the patent law concepts of "objective considerations of non-obviousness" and was asked to form an opinion about whether certain objective considerations support the non-obviousness of the invention claimed in the'318 patent. Specifically, I was asked, based on my area of expertise – drug discovery and development in the Alzheimer's area – to focus on two objective considerations: unexpected benefits of galantamine and skepticism of others skilled in the art.

18. In reviewing the defendants' assertions and forming the opinions stated in my report, I relied upon my experience in the field of drug discovery and development, my knowledge of the relevant literature and state of the art, and also reviewed the materials set forth in Attachment B.

## III. BACKGROUND

### A.    The '318 Patent

19. I understand that only two claims of the '318 patent are at issue in this litigation: claim 1 and claim 4. Furthermore, I understand that the defendants have stipulated to the infringement of these claims, and that only the validity of these claims is being litigated.

20. I understand that Claim 1 of the patent claims: "A method of treating Alzheimer's disease and related dementias which comprises administering to a patient suffering from such a disease a therapeutically effective amount of galanthamine or a pharmaceutically-acceptable acid addition salt thereof."

21. I understand that Claim 4 of the patent claims: "A method according to claim 1, wherein said administration is oral and is in the range 10-2000 mg per day."

22. I understand the claims of the '318 patent to be directed to the treatment of Alzheimer's Disease, whether pre-senile or Senile Dementia of the Alzheimer's Type, using therapeutic doses of galantamine or its pharmacologically acceptable salts, including galantamine hydrobromide. I understand "treatment" to include the alleviation of some or all of the symptoms of Alzheimer's Disease, particularly the cognitive loss that is a cardinal feature of the disease.

23. I also understand that the application for the '318 patent was filed in the U.S. Patent and Trademark Office on January 15, 1986, and I have been asked to consider the obviousness of the invention as of that date.

### B.    Alzheimer's Disease

24. Today, Alzheimer's Disease is understood to be a progressive, degenerative disorder of the brain that occurs in the elderly. The manifestations of the disease include memory loss and impairment of thinking, judgment, and communication skills. Ultimately, the

disease produces behavioral and personality changes, such as paranoia, delusions, and apathy. The disease impairs activities of daily living and places an enormous strain on the caretaker and family of the patient living with Alzheimer's Disease.

25. The disease is characterized by "plaques" and "neurofibrillary tangles" that disrupt neurotransmitter systems in the brain. Plaques are formed by a protein called amyloid precursor protein or APP that is present in certain normal brain cells. In Alzheimer's, an enzyme metabolizes or clips off the ends of the APP, and the middle or "beta" section is released outside the nerve cell. These beta amyloid pieces tend to consolidate, or clump together, creating plaques, which grow and disrupt transmission of impulses through surrounding nerve junctions. The precise cause of these plaques and of tangles remains unclear.

26. However, this has not always been the understanding of Alzheimer's Disease. In order to provide context to the skepticism surrounding the efficacy of the invention here, I have summarized the disease as it has been understood (or misunderstood) historically.

## IV. PERCEPTION OF AD IN DRUG DISCOVERY AND DEVELOPMENT IN 1986

### A. Historical perspective on Alzheimer's Disease as a Disease

27. When Alzheimer's Disease was first discovered in 1906, it was considered a rare disease of middle-age. Senility – loss of mind with aging – was still considered a normal part of the aging process.

28. These conceptions of Alzheimer's Disease and senility changed in the late 1960s, when work in the United Kingdom established that senility was not a normal part of aging but instead was a disease (e.g., Blessed, G. et al., The Association Between Quantitative Measures of Dementia and of Senile Change in the Cerebral Grey Matter of Elderly Subjects, British Journal of Psychiatry 114:797-811 (1968)).

- 6 -

29. This work compared the brains at autopsy of a group of elderly people who were senile with a group of elderly people who were not senile. The researchers found that the brains of those who were senile had the changes in the brain described by Alzheimer, namely plaques and tangles.

30. As a result, senility became Senile Dementia of the Alzheimer's Type – "SDAT."

31. The National Institute on Aging (NIA) was founded in 1974 by Dr. Robert Butler. The founding of this institute initiated the growth in attention and research in Alzheimer's Disease that occurred in the late 1970's.

32. Dr. Butler published "Why Survive?: Being Old in America" which was awarded the Pulitzer Prize in 1976. His book helped bring Alzheimer's Disease as an epidemic among the elderly and a threat to our society to the attention of Congress and the American people, beginning three decades of focus on the disease.

**B. Status of Drug Development in 1986**

33. By 1986, Alzheimer's Disease was recognized as a progressive, irreversible, fatal disease by experts in the field. However, there were no approved drugs for treating Alzheimer's Disease. The first drug approved by FDA for treatment of Alzheimer's Disease, tacrine, was not approved until almost 8 years later, in the fall of 1993.

34. The vast majority of clinicians working on the disease at the time were trained in an era when Alzheimer's Disease was still viewed as a rare disorder of middle age. Those who were aware of the disease viewed it as untreatable. At most, clinicians could only offer care management.

35. In 1986, I was running a lab on Alzheimer's Disease at Rockefeller University and was the director of the Alzheimer's Clinic at Rockefeller, which I had founded in the early

- 7 -

1980s.  At the time, I was pessimistic and had little hope that an effective treatment for

Alzheimer's Disease would be developed in my lifetime.  There were many ideas available, but

it seemed highly unlikely that any one of them would succeed.

## V.  SKEPTICISM IN THE DRUG DISCOVERY AND DEVELOPMENT COMMUNITY

36.  In 1986, there were many theories about treatment for Alzheimer's Disease

but no proven therapies.  Even among those working on drug discovery and development, the

prevailing view was one of skepticism towards the likelihood of any particular approach

succeeding.  Science supported a wide range of possible approaches to treatment, while

experience did not demonstrate efficacy for any of them.

37. For example, a perceived link between Alzheimer's Disease and reduced

blood flow to the brain led some to believe that improving blood flow would treat the disease

and improve cognition.  In the 1980s and early 1990s, many of the drugs tried for Alzheimer's

disease were vasodilators – drugs that open or dilate the arteries –but these proved ineffective.

Examples of vasodilators that were tried unsuccessfully include papaverine, cyclandelate,

isoxuprine, and pentoxyfylline.  (e.g., Swaab, D.F., and E. Fliers, "Clinical Strategies in the

Treatment of Alzheimer's Disease," in Progress in Brain Research, vol. 70, 413-27 (Elsevier

Science Publ. 1986))  Relatedly, a number of anti-coagulants, such dicumarol and warfarin, were

tried in an attempt to improve blood flow, specifically to prevent cerebral emboli or thrombosis.

None of these attempts succeeded.

38. The lesson learned from these failures was the limit of "logic" in developing a

treatment for Alzheimer's Disease and the need for proven treatment concepts.  As Swaab and

Fliers warned in their 1986 publication,

> Repeatedly, ideas about the etiology of Alzheimer's disease have
> been adapted immediately to new disciplines or insights that
> developed in neurosciences.  Thus changes in hormone levels,

> blood supply, metabolism, and transmitters have been pinpointed
> as possible causes of brain aging and Alzheimer's disease.
> Subsequently, a 'new and promising' therapy was claimed to have
> a 'rational' basis and was tried out on Alzheimer patients. This
> history might make us less optimistic about all the ongoing clinical
> trials, and even more convinced about the necessity of fundamental
> research in Alzheimer's disease before a therapy with a reasonable
> chance of success will ever succeed in being developed. (Swaab &
> Fliers, p. 413)

39. There were, in fact, considerable reasons to be skeptical of cholinesterase inhibitors at that time. First, the trials of cholinesterase inhibitors as of January 1986 were either unsuccessful or produced equivocal results, with reported improvements in patients perceived as inconsistent or fleeting and at best marginal. None of the cholinesterase inhibitors tried to that point appeared to provide clinically meaningful or consistent improvement, and those trials were certainly not seen as a proof of concept concerning cholinesterase inhibitors. In the view of the drug discovery and development community, those trials had not yet found even a single successful compound for treating Alzheimer's Disease, let alone establishing the efficacy of a class of drugs.

40. Second, there was a serious concern about side-effects. Cholinesterase inhibitors have considerable undesirable effects on the brain and the rest of the body, and at best would be expected to have a very narrow therapeutic window. There were substantial concerns that therapeutic doses of this drug class would not be tolerable to patients.

41. Third, a cholinesterase inhibitor approach appeared too narrow. In Alzheimer's Disease, nerve cells die in various parts of the brain and various brain systems. Alzheimer's Disease therefore affects broad aspects of brain function across multiple domains of cognition, not just memory and learning. The "Five A's of Alzheimer's" provide an illustration of the various brain functions affected by the disease:

- Amnesia (loss of memory);

- 9 -

- Agnosia (a failure to recognize or identify objects or people despite intact sensory function);

- Aphasia (loss of language);

- Apraxia (an inability to carry out complex motor activities despite intact motor and sensory function);

- Abstraction.

42. Each of these functions is performed in a different part of the brain. In 1986, there was no reason to believe that improving cholinergic function would have a beneficial effect on such a broad range of dysfunctions.

43. To put it more broadly, there are many cognitive dysfunctions with Alzheimer's Disease (in addition to many emotional dysfunctions) which are part of the biology of the disease. Even if one accepted the idea that cholinesterase inhibitors could improve working memory, one would not necessarily be led to believe that cholinesterase inhibitors could also provide any meaningful clinical benefit in terms of activities of daily living.

44. For a product to be an effective treatment for Alzheimer's Disease, it must provide a meaningful clinical benefit to patients. It was not clear whether improving one aspect of cognition, say working memory, would provide a meaningful clinical benefit in the treatment of Alzheimer's Disease, which profoundly affects so many cognitive domains and instrumental and basic activities of daily living. As of January 1986, the trials conducted to that point on cholinesterase inhibitors did not even approach this issue, let alone provide meaningful evidence of any benefit in an Alzheimer's patient's activities of daily living.

45. In short, it is my opinion that those in the drug discovery and development community were skeptical that cholinesterase inhibitors would prove a successful treatment for Alzheimer's Disease. In fact, I myself was skeptical at the time of that approach. In 1986, I published a paper, together with colleagues at Rockefeller University and the Cornell Medical

Center, expressing skepticism of cholinesterase inhibitors and proposing an alternative approach

to treatment. Specifically, we wrote that:

> Most current treatment strategies in senile dementia-Alzheimer's
> type (SDAT) are predicated upon the deficit in central cholinergic
> transmitter activity that has been established in this disorder.
> Attempts to correct this deficit have been made, either by
> supplementation of cholinergic agonist precursors or by the
> inhibition of acetylcholine degradation. **For the most part, these
> attempts have been unsuccessful or equivocal, although some
> benefit has been ascribed to cholinesterase inhibitors. Dosages
> of the latter agents are limited by their low therapeutic ratio.**
> An alternate approach to modifying this central cholinergic deficit
> could involve the use of hormones, acting via genomic
> mechanisms, to increase levels of enzymes necessary for
> neurotransmitter synthesis.

Fillit, H., et al., "Observations in a Preliminary Open Trial of Estradiol Therapy for Senile

Dementia-Alzheimer's Type," Psychoneuroendocrinology 11:337-345 (1986) (emphasis added;

citations omitted).

46. Similarly, in their 1986 survey of Alzheimer's treatments, Swaab and Fliers

were also critical of such an approach:

> [I]t is not realistic to expect that one can mimic the complex and
> naturally occurring spatial-temporal fluctuations of a local
> transmitter release by means of global administration of chemical
> substances. In addition, one can never replace the complete
> integrating function of a neuron by straightforward administration
> of neurotransmitter. These are some of the considerations ...
> which call for skepticism regarding the potentialities of
> neurotransmitter 'replacement' therapy, whether in the case
> neuropeptides or for other putative neurotransmitters. (Swaab and
> Fliers, at p. 421).

**B.     A Preference for Other Approaches to Treat Alzheimer's Disease**

47.     Even among those pursuing a cholinergic approach, many researchers

remained skeptical of cholinesterase inhibitors and preferred other approaches. An approach that

appeared particularly attractive at the time was muscarinic agonists, which unlike cholinesterase

- 11 -

inhibitors or choline precursors did not require a functioning presynaptic cholinergic neuron.

The logic favoring agonists was well summed up by Raymond Bartus, a highly regarded

neuropsychopharmacologist whose responsibility at Lederle Laboratories was to find

pharmacologic treatments, who along with several coauthors published a review in 1985

advocating muscarinic agonists as the most promising avenue for cholinergic therapy.  Bartus,

R., *et al.*, "The Cholinergic Hypothesis: A Historical Overview, Current Perspective, and Future

Directions," in <u>Memory Dysfunctions: An Integration of Animal and Human Research from</u>

<u>Preclinical and Clinical Perspectives, Annals of the New York Academy of Sciences</u> vol. 444,

332-58 (1985).  In their words,

> Recent reports that degeneration of cholinergic forebrain nuclei
> may account for the loss of CAT activity in Alzheimer's patients
> provides additional impetus for studies with cholinergic agonists.
> That is, if one assumes this degeneration plays a major role in the
> cognitive symptoms of the disease, then the most effective means
> available to treat the deficit would be to compensate for the loss of
> cholinergic input to the cortex and hippocampus by stimulating the
> surviving postsynaptic cholinergic receptors.  (page 342)

48. Considerable efforts were devoted to development of a muscarinic agonist as

a treatment for AD, including not only arecoline, but also Eli Lilly's xanomeline, which that

company pursued through Phase III clinical trials.  However, despite over twenty years of

efforts, no agonist has yet succeeded as a treatment for AD.

49. At the same time, other researchers, myself included, believed that hormone

replacement therapy, such as estrogen or estradiol, provided a more promising avenue as a

treatment for Alzheimer's Disease, a belief bolstered by the clinical evidence available at the

time.  Estrogen therapy did not appear to suffer from at least two of the limitations that appeared

to undermine cholinesterase therapy – namely, an unduly narrow therapeutic index and an overly

narrow neurochemical effect.  As to therapeutic index, estradiol appeared tolerable and effective

at "relatively low dosages." (p. 341)  As to neurochemical focus, estradiol appeared to have

broader beneficial affects on the brain, enhancing both cholinergic function and other affected

neurochemical systems.  As we wrote in 1986:

> Although it is possible that estradiol exerts a clinical effect on
> cognition and emotion by enhancing cholinergic function, estrogen
> also affects other neurotransmitter systems.  In this regard,
> neurochemical studies have demonstrated that other
> neurotransmitter systems in addition to the cholinergic system may
> be involved in SDAT.  Thus, changes in multiple neurotransmitter
> systems may be associated abnormal brain function in our aged
> demented subjects, and these neurotransmitter systems may have
> been directly or indirectly modulated by estradiol via genomic and
> non-genomic mechanisms.  (p. 341-42; citations omitted)

50. I was involved in clinical trials that tested the possible benefits of estradiol

treatment in postmenopausal women with SDAT.  Some patients in our study showed significant

improvement in measures of attention, orientation, mood, and social interaction – in other words,

improvement in a broad range of functions affected by Alzheimer's Disease.  In a review of our

work published in 1986, as part of the influential series of books edited by Thomas Crook,

Raymond Bartus, Steven Ferris, and Samual Gershon, we found that hormone therapy appeared

promising both to "enhanc[e] the neurotransmitter function in pertinent cortical systems" and

potentially to slow the disease through a neuroprotective function.  We concluded that "estrogen

therapy for AD has a rational scientific basis;" that "estradiol may be of value in the

symptomatic treatment of a subgroup of postmenopausal women with AD;" and finally that

"[c]ontrolled clinical research trials [were] needed to establish and to further define a potential

therapeutic role for estrogens and other hormones in AD and related dementias."  (Fillit, H., *et.

al.*, "Hormonal Therapy for Alzheimer's Disease" in Crook, T., *et al.*, eds., Treatment

Development Strategies for Alzheimer's Disease 311-336, at p. 329-30 (1986).)

- 13 -

51. Unfortunately, it ultimately was shown that neither estradiol nor estrogen is a treatment for Alzheimer's Disease.

## VI. UNEXPECTED BENEFITS OF GALANTAMINE

52. As indicated above, I believe it was unexpected in 1986 that galantamine would prove a successful treatment for Alzheimer's disease at all. However, not only has galantamine proved such a treatment, since that time we have learned that the drug (and perhaps the other approved cholinesterase inhibitors) also improves a surprisingly wide range of cognitive functions, such as attention, apathy, and executive function. This broad range of improvements in cognitive functions is associated with an overall improvement in clinical global assessments and in activities of daily living. In other words, galantamine improves both cognition and function in patients with Alzheimer's Disease, though the pathways for these improvements is unclear. Amelioration of activities of daily living provides meaningful clinical benefit, which is the ultimate test of therapy in Alzheimer's Disease.

53. In addition, galantamine also appears to treat many of the non-cognitive symptoms associated with the disease, including neuropsychiatric symptoms measured by the Neuropsychiatric Inventory, such as delusions, hallucinations, agitation, depression, anxiety, irritability, and aberrant motor behaviors. Treatment of these symptoms improves the lives not just of Alzheimer's patients, but also their caregivers by reducing their burden.

54. This breadth of improvement in the functions of Alzheimer's Disease patients was not an expected benefit of galantamine treatment in January 1986. At that time, the drug discovery and development community was focused on trying to treat the cognitive aspects of Alzheimer's Disease, and there was very little understanding of how such treatment would impact the overall function of Alzheimer's patients.

- 14 -

55.    The breadth of therapy provided by galantamine may result in part from the benefits – unsuspected back in 1986 – of improving cholinergic function in the brain through inhibition of cholinesterase.  It is now believed that galantamine has a second mechanism of action, in addition to cholinesterase inhibition, to allosterically modulate the nicotinic receptors in the brain, increasing their response to stimulation by acetylcholine. The efficacy of galantamine may depend on its multiple mechanisms of action, including ones not yet discovered.  For example, a recent head-to-head trial of galantamine and donepezil showed greater long-term benefits for galantamine (only galantamine maintained cognition at baseline levels after 1 year of treatment), with the difference being particularly pronounced for attention and executive function, cognitive attributes thought to be linked to stimulation of neuronal nicotinic receptors.  (Wilcock, G., *et al.*, "A Long-Term Comparison of Galantamine and Donepezil in the Treatment of Alzheimer's Disease," Drugs Aging 2003; 20:777-89.)  Though only a small pilot study, the results are supportive of the proposition that galantamine may have surprising long-term benefits as a result, at least in part, of its dual mechanism.

Dated: 7/28/06                                    _____
                                                        Dr. Howard M. Fillit

**ATTACHMENT A**

*Howard Martin Fillit, MD*

Howard Martin Fillit, MD

## Howard Martin Fillit, MD

### *Biography*

Howard Fillit, MD, is the founding Executive Director and member of the Board of Directors of the Institute for the Study of Aging (ISOA), a private foundation based in New York City established by the Estee Lauder Trust.  The Institute employs a venture philanthropy model to fund drug discovery and development for Alzheimer's disease in academia and in the biotechnology industry. Since inception in 1998, ISOA has provided over $25MM to over 140 academic and biotechnology programs in 12 countries. In 2004, Dr. Fillit founded the Alzheimer's Drug Discovery Foundation, a public charity affiliate of the Institute, to develop innovative partnerships with individuals, foundations, industry and government to advance drug discovery for Alzheimer's disease.

Dr. Fillit is a physician-scientist (geriatrician and neuroscientist) with career experience in academia and industry. From 1995-1998, he was the Corporate Medical Director for Medicare at NYLCare Health Plans (previously a division of New York Life), with enrollment of over 125,000 lives in 8 regional US markets. Prior to 1998, Dr. Fillit had a distinguished career in academic medicine. He continues to hold the title of clinical professor of geriatrics, medicine and professor of neurobiology at The Mount Sinai Medical Center (NY). He is a fellow of the American Geriatrics Society, the American College of Physicians, the Gerontological Society of America, and the New York Academy of Medicine.  He is the author or co-author of over 200 scientific and clinical articles, abstracts, and books including the leading international Textbook of Geriatric Medicine and Gerontology.

Dr. Fillit is internationally recognized and has received numerous awards and honors. In 1999, he received the Rita Hayworth Award for lifetime achievement from the Alzheimer's Association.  He is the Chairman of the Scientific Advisory Board for Neurochem, Inc. (NSDQ:NRMX). He is also a member (as observer) of the Board of Directors of Zapaq, Inc., and a member of the Scientific Advisory Board for Allon Therapeutics (TSX:NPC), both biotechnology companies co-founded by ISOA. He also serves on the Advisory Board of Healthcare Dimensions, Inc., an innovator in creating and managing wellness programs for the elderly, with current enrollment of over 2 million managed care lives in the United States. He has given hundreds of speeches throughout the world and has served as a consultant to numerous individuals, managed care organizations, health care systems, pharmaceutical and biotechnology companies and investment firms.

Howard Martin Fillit, MD

## RESUME

**FOUNDING EXECUTIVE DIRECTOR and MEMBER, BOARD OF DIRECTORS**
**THE INSTITUTE FOR THE STUDY OF AGING, INC., NEW YORK, NY (1998-PRESENT)**
**FOUNDING EXECUTIVE DIRECTOR and MEMBER, BOARD OF DIRECTORS**
**ALZHEIMER'S DRUG DISCOVERY FOUNDATION, NEW YORK, NY (2004-PRESENT)**

ISOA's mission is to catalyze and fund the discovery and development of new drugs for the treatment of cognitive aging and Alzheimer's disease employing an innovative business model of biomedical venture philanthropy. ISOA has provided over $25M to over 145 academic and industry drug discovery programs in 12 countries. ISOA investigators have screened millions of compounds, created new classes of therapeutic agents, identified hundreds of new leads, filed numerous patents and completed several licensing agreements. ISOA's Biotechnology Program has provided over $5M in funding to 16 early stage biotechnology companies that have subsequently raised over $285M in follow-on funding. The ISOA Biotechnology Founder's Program has provided founding capital and strategic management assistance to start 2 biotechnology companies. ISOA has also raised over $2.5MM in external funding primarily from the pharmaceutical industry for its Outcomes Research Program, focused on the health economics and pharmacoeconomics of Alzheimer's disease. Finally, through consulting projects with the pharmaceutical and biotechnology industry, managed care organizations, and health care providers, Dr. Fillit has worked to improve the care of the elderly through program development, quality improvement and education. In 2004, Dr. Fillit led the founding of the Alzheimer's Drug Discovery Foundation, a public charity, created to enable public participation in accelerating and funding drug discovery for Alzheimer's disease.

## CLINICAL PROFESSOR OF GERIATRICS, MEDICINE
## PROFESSOR OF NEUROBIOLOGY
## THE MOUNT SINAI MEDICAL CENTER, NEW YORK, NEW YORK (1987-present)

From 1987 to 1995, Dr. Fillit pursued an academic career at Mount Sinai, achieving full tenured professorships in geriatricis, medicine and neurobiology. During this period, Dr. Fillit had numerous clinical, research, education and administrative responsibilities. Among these, he was Chief of Services for the Geriatric Evaluation and Treatment Unit at Mount Sinai Hospital; operated a private faculty practice; headed a research neurobiology laboratory for the study of Alzheimer's disease that was successfully funded through private foundations and the National Institute of Health; and participated in numerous administrative committees of the medical center. Dr. Fillit is currently a clinical professor of geriatrics and medicine, and professor of neurobiology at Mount Sinai.

## CORPORATE MEDICAL DIRECTOR FOR MEDICARE
## NYLCARE HEALTH PLANS, INC., THE NEW YORK LIFE INSURANCE COMPANY
## NEW YORK, NY (1995-1998)

During Dr. Fillit's tenure, NYLCare Health Plans, a subsidiary of The New York Life Insurance Company, was one of the ten largest managed care organizations in the United States, serving over 125,000 elderly individuals in 8 regional markets through Medicare risk programs and over 2.5 million individuals in 50 states through its HMO, PPO and indemnity health care products. Dr. Fillit's accomplishments at NYLCare include: implementation of a *high risk screening* program for over 100,000 members in multiregional health plans; design and implementation of *geriatric care management and disease management programs*; implementation of *quality improvement programs* used for successful NCQA accreditation; development of *effective utilization management* strategies and a comprehensive continuum of care; *education and training* programs for physicians and other providers, including clinical practice guidelines; service on committees for Technology Assessment, Legislative Strategy, and Pharmacy and Therapeutics; for business development, representing the company's Medicare programs to the pharmaceutical industry, manged care organizations and other vendors; presentations at national meetings and participation on national advisory boards to assist NYLCare in developing and promoting

Howard Martin Fillit, MD

its' product and educating audiences in the benefits and contributions of managed care to the public health.

Howard Martin Fillit, MD

*APPENDIX*

Howard Martin Fillit, MD

## ACADEMIC POSITIONS

**THE ROCKEFELLER UNIVERSITY (2003-present)**
Associate Physician, The Rockefeller Univeristy Hospital

**THE ROCKEFELLER UNIVERSITY, NY, NY**
**LABORATORY OF BACTERIOLOGY AND IMMUNOLOGY (1976-1991)**
Adjunct Faculty (1987-1991); Assistant Professor (1982-1987); Associate
Physician (1982-1987); Guest Investigator (1979-1982); Visiting Associate
Physician (1979-1982);
Assistant Physician(1976-1979)

**DIVISION OF GERIATRICS AND GERONTOLOGY**
**DEPARTMENT OF MEDICINE**
**NEW YORK HOSPITAL - CORNELL MEDICAL COLLEGE, NY, NY (1982-1987)**
Adjunct Assistant Professor of Medicine (1982-1987)
Clinical Affiliate and Teaching Attending Geriatrician (1982-1987)
Attending Geriatrician (1982-1989), Dewitt Nursing Home

**JEWISH INSTITUTE FOR GERIATRIC CARE**
**LONG ISLAND JEWISH-HILLSIDE MEDICAL CENTER**
**NEW HYDE PARK, NEW YORK**
Attending Geriatrician and Director of Research (1981-1982)

**DEPARTMENT OF MEDICINE**
**SUNY-STONYBROOK MEDICAL COLLEGE**
**STONY BROOK, NY**
Assistant Professor of Medicine (1981-1982)

**THE ROGOSIN KIDNEY CENTER, DIVISION OF NEPHROLOGY**
**DEPARTMENT OF MEDICINE**
**NEW YORK HOSPITAL-CORNELL MEDICAL CENTER, NY, NY**
Instructor in Medicine (1980-1981)
Clinical Affiliate in Nephrology (1980-1981)

## POSTDOCTORAL TRAINING

Fellow in Nephrology (1979-1980), The Rogosin Kidney Center, Division of Nephrology,
Department of Medicine, New York Hospital-Cornell Medical Center, NY, NY

Postdoctoral Fellow in Immunology (1976-1979), Laboratory of Bacteriology and Immunology
The Rockefeller University, NY, NY

Intern and Resident in Internal Medicine (1974-1976), Department of Medicine
Beth Israel Medical Center, Mount Sinai School of Medicine, NY, NY

## EDUCATION

M.D.: SUNY-Upstate Medical Center, Syracuse, New York (1970-1974)
B.A. *cum laude* with Honors in Neurobiology, Cornell University, Ithaca, New York (1966-1970)

Howard Martin Fillit, MD

## CERTIFICATION

Diplomate in Geriatric Medicine, American Board of Internal Medicine (1987)
    Recertified in Geriatric Medicine, 1999-2009
Diplomate of the American Board of Internal Medicine (1981)
Diplomate of Medical Laboratory Immunology (1985), American Academy of Microbiology
Diplomate of the National Board of Medical Examiners (1975)

## LICENSURE

Professional Licensure in New York State (1976-present)

## HONORS

Listed in "America's Top Doctors" (2005)
Listed in "Best Doctors in America" in the United States (2002-present)
Stein Annual Lecturer, Jewish Home and Hospital Lifecare System (2004)
America's Registry of Outstanding Professionals (2003)
International Biographical Center Scientist of the Year (2002)
Marquis Who's Who in Medicine and Healthcare (2002)
Family Practice Research Presentation Second Prize
    "Alzheimer's disease increases the cost of comorbidities in managed care"
    American Assocation of Family Practice (2001)
Recipient, The Rita Hayworth Physicians Award, Alzheimer's Association (1999)
Recipient, Geriatrics Recognition Award, American Geriatrics Society (2000-2004)
Recipient, Physicians Recognition Award, American Medical Association (1999-2002)
Fellow, The Gerontological Society of America (1998-present)
Fellow, The New York Academy of Medicine (1996-present)
Fellow, American Geriatrics Society (1992-present)
Fellow, American College of Physicians (1989-present)
Fellow, Gerontological Society of America (1998-present)
International Who's Who of Professionals (1998-1999)
Who's Who in Science and Engineering (1994-present)
Who's Who in Managed Health Care (1997-2002)
Who's Who in American Education (1995)
Who's Who in the World (1995)
Who's Who in the East (1994)
Who's Who in Health and Medical Services (1991)
Norman and Rosita Winston Fellow in Biomedical Research (1985-1987)
National Kidney Foundation Travel Award (1981); "Studies of Endothelial Cell Injury"
Beth Israel Medical Center Medical Residents Research Award (1975): "Immunologic studies of
    extracorporeal immunoadsorbents"
SUNY-Upstate Medical Center Research Scholarship (1971), "Neurobiological studies of learning
    in primates"
Cornell University Honors Program in Neurobiology Thesis Award (1970): "Conditioned drinking
    produced by angiotensin"
Cornell University Research Scholarship (1970), "The physiological psychology of thirst in man"
Phi Beta Kappa, Cornell University (1970)
Waldemar Medical Research Foundation Research Scholar (1965)

## PROFESSIONAL SOCIETIES

American Association for the Advancement of Science (1981-2002, with lapses)
American College of Physicians (1980-present)

Howard Martin Fillit, MD

American Federation for Clinical Research (1987-1995)
American Geriatrics Society (1980-present)
    Abstracts reviewer, American Geriatrics Society, 1997-1998
    Member, Program Committee (2000-present)
    Member, Research Committee (1999-present)
    Section Chair, Neurobiological and Behavioral Sciences,
        Abstract Review Committee (2000-present)
American Medical Association (1985-1990)
American Society for Internal Medicine (1980-1990)
Association of University Technology Managers (2000-present)
Licensing Executive Society (2000-present)
The Gerontological Society of America (1980-present)
The New York Academy of Medicine (1996-present)
The New York Academy of Sciences (1999-present)
New York County Medical Society (1991-1994):
    Member, Committee on Public Health (1994)
    Member, Special Committee on Geriatrics (1991-1993)
Biotech Medical Management Association (1997-2001)
    Member, Editorial/Journalism Committee (2000)

## ADVISORY AND CONSULTANT POSITIONS

### Corporate Board and Advisory Board Positions of Note

Chair, Scientific and Clinical Advisory Board, and Member of the Board (Observer),
    Neurotrax, Inc (New York, NY 2005-present)
Member, Scientific Advisory Board, Neuromolecular, Inc (San Diego, CA 2004-present)
Chair, Medical Advisory Board, Advanced Monitored Caregiving, NY NY (2003-present)
Member, Board of Directors (Observer), Zapaq, Inc, Oklahoma, OK (2003-present)
Member, Board of Directors (Observer) (2003-2004), and Member, Scientific Advisory Board (2003-
    present), Allon Therapeutics, San Diego CA
Chairman, Scientific Advisory Board, Neurochem, Inc. (2001-present)
    Member, Scientific Advisory Board, Neurochem, Inc. (1997-2001)
Member, Advisory Board, Healthcare Dimensions, Inc., Phoenix AZ (2000-present)
Member, Medical Advisory Board, Memory Fitness Institute (2004-2005)

### Biomedical Research

Member, Scientific Advisory Board, Alzheimer's Research and Education Consortium (2005)
Member, Scientific Advisory Board, Drug Discovery for Alzheimer's Disease, _Alzforum.Org_ (2005-present)
Chair, Panel on Alternate Financing For Early Stage Biotechnology Companies, New York Biotechnology
    Association Annual Meeting (2005)
Member, Alzheimer's Disease National Adivsory Board, Pfizer-Eisai (2003-present)
Consultant, Sanofi-Aventis Pharmaceuticals (2005-2006)
Member, Advisory Board on Pharmacoeconomics, Elan Pharmaceuticials (2005)
Member, Editorial Advisory Board, Recent Patent Reviews CNS Drug Discovery, Bentham Press (2005-
    present)
Member, Scientific Advisory Board, Alzheimer's Research and Education Consortium (2005-present)
Member, Scientific Advisory Board, Carma Publishing (2005)
Member, Life Sciences Advisory Board, Cornell University (2004-present)
Member, Editorial Advisory Board, Aging Health (2005)
Member, Advisory Committee, New York Biotechnology Association (2004-2005)
Consultant, Astra-Zeneca Pharmaceuticals (2005)

Howard Martin Fillit, MD

Consultant, Pfizer National Advisory Board on Alzheimer's Disease (2004-2005)
Consultant, Sanofi-Synthelabo Pharmaceuticals (2004-2005)
Consultant, Aventis Pharmaceuticals (2004)
Consultant, Janssen Pharmaceuticals (2004)
Member, Advisory Board, Hadasit Medical Research and Development, Ltd. Jerusalem, Israel (2004-present)
International Scientific Committee for the forthcoming Fourth International Congress on Vascular Dementia, which is being held in Porto on October 20-23, 2005
Chair, Panel on Bench Meets Business: Focus on Alzheimer's disease, NY Biotechnology Association (2004)
Organizer and Chair, Panel on Alternative Financing for Early Stage Biotechnology Companies, BIO 2004 Annual meeting, San Francisco CA (2004)
Chair, Panel on Biotechnology and Alzheimer's disease, BIOInvestors 2004, New York, NY (2004)
Consultant, Program Committee, Member, (2003) Age Related Neurodegenerative Diseases Program Committee Meeting, The New York Academy of Sciences
Treasurer, Alzheimer's Research Consortium (2003)
International Scientific Committee, Third International Congress on Vacular Dementia (2003)
Consultant, Acorda Therapeutics (2002)
Member, Advisory Panel, "Neuroimaging for Alzheimer's Disease," sponsored by the National Institute on Aging (2002)
Member and Moderator, Advisory panel on "Long Term Use of Cholinesterase Inhibitors," Janssen Pharmaceuticals, Stockholm, Sweden (2002)
Chairman, Advisory panel on "Alzheimer's disease: Implications in managed care and long term care," Sanofi-Synthelabo, Chicago, IL (2002)
Member, International Organizing Committee, Second International Congress on Vascular Dementia, Salzburg, Austria (2002)
Member, Organizing Committee, First International Symposium on Alzheimer's disease in the Middle East (2001)
Member, Editorial Board, Section on Drug Discovery and Development, and Neurotechnology Journal of Molecular Neuroscience (2001)
Member, Perspectives in ERT/HRT Advisory Board, sponsored by Wyeth Ayerst (2000)
Reviewer, University-Industry Program, Canadian Institutes of Health Research (2000)
Reviewer, Grants Program, The Langeloth Foundation (2000)
Member, Professional Advisory Board, Alzheimer's Association, New York City  (2000-present)
Reviewer, Alzheimer's Association Investigator-initiated Grant Program (2000)
Chairman, Grant Review Committee,
        Program for Drug Discovery for Alzheimer's Disease in Academia,
        American Federation for Aging Research (1999-present)
Consultants Committee, Women's Health Initiative Memory Study (WHIMS) (1997-present)
Member, National Scientific Advisory Council,
        American Federation for Aging Research (1995-present)
Member, Drug Discovery Group Program, Ad Hoc Study Section,
        National Institute on Aging  (1996)
Consultant, Womens Health Research Insitute,
        Wyeth Ayerst Laboratories, Philadelphia, PA (1995)
Consultant on Primary Prevention of Dementia, The Womans' Health Initiative,
        Department of Public Health, Bowman Gray School of Medicine (1995)
Member, National Institute on Aging Ad Hoc Study Section,
        Claude D. Pepper Older Americans Independence Centers (1995)
Reviewer Ad Hoc, Medical Reseach Council of Canada (1995)
Reviewer Ad Hoc, Sandoz Gerontology Foundation (1995-1996)
Scientific Consultant, Sandoz Pharmaceuticals Corporation, Basel, Switzerland (1992)
Scientific Consultant, Gliatech, Inc., Cleveland, Ohio  (1992)
Ad Hoc Reviewer, Geriatric Academic Award Study Section,
        National Insitute on Aging (1991-1992)

Howard Martin Fillit, MD

## Health Care

Member, Steering Committee, 4th International Congress on the Pharmacoeconomics of Alzheimer's
    Disease Stockholm, Sweden, (2005)
Consultant, Pacificare Health Systems, Irvine CA (2005)
Consultant on patent issues related to Alzheimer's disease, Darby and Darby, NY NY (2004-2005)
Consultant and Expert Witness, Berger Kahn, Marina Del Ray, CA (2005)
Consultant, Pfizer Corporate Medical Affairs (European Programs) (2004)
Member, Women's Health Initiative Advisory Council (2001-present)
Member, Council of Healthcare Advisors (2001- present)
Member, Advisory Board, CareSteps (1999-2002)
Co-chairman, Clinical Advisory Board on Alzheimer's Disease,
    The American Journal of Managed Care, NY, NY (2000)
Chairman, Clinical Advisory Board, For Health Inc., Costa Mesa CA (1998-2001)
Consultant, ExtendedCare.Com (2000-2001)
Member, Building Society, Aging in America (2000)
Expert peer reviewer (screening for dementia) (2000)
    Research Triangle Institute-University of North Carolina
    US Preventive Services Task Force, Agency for Health Care Research and Quality
Consultant on Medicare medical management, Physicians Weblink (2000-2001)
Consultant on Medicare medical management, Telesis Medical Management, Inc. (1999)
Consultant, Medicare medical management, For Health, Inc. (1999-2000)
Consultant on Medicare medical management,
    Oxford Health Plans, White Plains, NY (1998-2000)
Editorial Board, <u>Journal of Managed Care Medicine</u> (1998-present)
Member, National Committee on Quality Assurance (NCQA)
    Geriatric Measurement Advisory Panel, Expert Group on Geriatric Health, Workgroup on hip
    fractures (1998)
Member, Medicare Advisory Board, The Congress on Managed Medicaid and Medicare,
    The National Managed Health Care Congress, Washington DC. (1997-1998)
Member, National Healthcare Advisory Board, U.S. Pharmaceuticals, Pfizer, Inc. (1997-1998)
Member, Managed Care Geriatrics Advisory Board, Merck Corporation (1997-1999)
Member, HMO Workgroup on Care Management, Chronic Care Initiatives in HMOs Program,
    The Robert Wood Johnson Foundation and American Association of Health Plans (1996- 1999)
Member, Medicare Grievances and Appeals Work Group,
    American Association of Health Plans, Washington, DC (1997)
Consultant on Geriatric Assessment in Managed Care,
    Pilgrim Health Care-Harvard Community Health Plan, Boston Massachusetts (1995)
Member, Board of Directors, TelAssist Corporation, Ridgefield NJ (1996-1997)
Consultant on Geriatrics, AgeWave Health Services, San Francisco, California (1995)
Member, Medical Advisory Board on Sleep Disorders,
    Searle Pharmaceuticals, Chicago, Illinois, 1994
Member, National Medical Advisory Committee, Sanus Health Care Corporation,
    New York Life Insurance Corporation (1988-1995)
Consultant on Geriatrics, Technical Advisory Service for Lawyers, Phoenix, Arizona
    (1988-1995)
Consultant on Geriatrics, ExpertNet, Chicago, Illinois (1988-1995)
Member, Professional Advisory Board, American Friends of Sarah Herzog Memorial Hospital,
    Jerusalem, Israel (1990-1995)
Consultant on Geriatrics Program Development, The Englewood Hospital,
    Englewood, New Jersey (1994)
Consultant on Geriatrics, GeriMed of America Corporation (1988-1992)

Consultant on Health Care for the Elderly (1985), United Health Care, Inc., Baltimore, Maryland
Advisory Council, Alternative Care Systems (1988)

**Geriatric Medicine and Gerontology (Education and Public Policy)**

Member, Advisory Panel, Business Briefings: Geriatrics Review 2006
Chair and Organizer, Program on Physical and Mental Activity and Cognitive Vitality, sponsored by the
        National Institutes of Health and the American Geriatrics Society (2005-2006)
Member, Older Adults Speakers Training Program, sponsored by the American Geriatrics Society
Member, Older Adults Caucus, sponsored by Pfizer (2005)
Member, Medicare Modernization Act speakers bureau, sponsored by Eden Communications and Pfizer
        (2005-2006)
Member, Research Committee, American Geriatrics Society (2005-2008)
Editorial Board, Aging Health (2005)
Editorial Advisory Board, The American Journal of Geriatric Pharmacotherapy (2003)
Member, Alzheimer's Association "Alois Alzheimer's Society" (2003-present)
Advisor, CME program on "The economic impact of Alzheimer's disease," sponsored by the Johns
        Hopkins University School of Medicine (2001)
Member, Board of Advisors, The Caregiving Project (1999-present)
Associate Editor, Geriatrics Review Syllabus, American Geriatrics Society (1999-present)
Senior Associate Member, International Longevity Center, New York, NY (1999-present)
Abstract Reviewer, Clinical Medicine Section, The Gerontological Society of America, (1999)
Chairman, Editorial Board, ElderCom, Pfizer, Inc., (1998-1999).
Co-Chair, Alzheimer's Disease Managed Care Advisory Council, Pfizer, Inc. (1997-2001)
Editorial Board, Frontiers in Bioscience (1995-present)
Editorial Board, Journal of Gerontology: Medical Sciences (1995- 1998)
Editorial Board, Alzheimer's Disease Newsletter, The Alzheimer's Disease Research Center,
        Mount Sinai Medical Center (1993-1995)
Editorial Board, GeriCom, Pracon, a subsidiary of Elsevier (1998-1999)
Editorial Board, Senior Sensitivity Training Program, Pfizer, Inc. (1998-1999)
Editorial Advisory Board, Senior Care Management,
        National Health Information, LLC (1998-present)
Member, Managed Care Advisory Board on Rheumatoid Arthritis, Wyeth Ayerst (1998)
Member, Medicare Graduate Medical Education Payment, Work Group,
        American Association of Health Plans, Washington, DC (1997)
Member, Advisory Board, Healthy Aging Newsletter, Merck Corporation (1997-1998)
Member, Advisory Panel, "How the standard Medicare program can be improved to better serve
        persons with chronic illness," sponsored by The Health Insurance Reform Project and Health
        Affairs, Washington DC (1997).
Member, Advisory Panel, "Developing practical measures for assessing quality of care at the
        end of life," Departments of Health Policy and of Geriatrics and Adult Development, Mount Sinai
        Medical Center, NY (1997)
Panel Member, "Requirements for effective chronic disease management,"
        Robert Wood Johnson Foundation, Seattle WA (1996)
Consultant on Geriatrics, Life Sciences Communications, New Haven Connecticut (1995)
Ad Hoc Reviewer (Geriatrics), Allegheny-Singer Research Institute (1994)
Consultant, The International Senior Games,
        The Institute for International Sport, Hamilton, Bermuda, (1994-1995)
Consultant on Geriatric Assessment, SANDOZ Pharmaceuticals Corporation,
        Basel, Switzerland, (1993-1994)
Consultant in Geriatrics Training Programs, John A. Hartford Foundation (1991)
Consultant on Geriatrics, "Improved versus deteriorated physical functioning,"
        National Institutes on Aging; Principal Investigator, Rachel Boaz, PhD, The Graduate School of
        the City University of New York (1991-2)
Member, Pharmacology (AHR-S1) Study Section Pharmacology in Geriatric Medicine, (1990)

Howard Martin Fillit, MD

Consultant, Utilization Review Committee, The Rockefeller University Hospital (1986-1987)
Adivsory Board, "Person to Person", Nova Productions Video Series (1987)
Physician Advisor (1981-1985), Professional Standards Review Organization,
        Queens, New York
Consultant on Estrogen Replacement Therapy, Richard Weiner Public Relations (1987-1988)


*Bibliography of over 250 original articles, books, monographs and abstracts available on request.*

# BIBLIOGRAPHY

## Original Articles

1.  Seligman, M.E.P., Mineka, S. and Fillit, H.M. 1971. Conditioned drinking produced by procaine, NaCl and angiotensin. J. Comp. Physiol. Psych. 77:110-121.

2.  Fillit, H.M., Bernstein, M., Davidson, M., Brandt, L., Bezalher, G. and Cohen, M. 1977. Primary hypogammaglobulinemia and regional enteritis. Arch. Int. Med. 137:1252-1254.

3.  Fillit, H.M., Read, S.E., Sherman, R.L., Zabriskie, J.B. and van de Rijn, I. 1978. Cellular reactivity to altered glomerular basement membrane in glomerulonephritis. N. Engl. J. Med. 298:861-868.

4.  van de Rijn, I., Fillit, H.M., Brandeis, H., Reid, T., Poon-King, T., McCarty, M., Day, N.K. and Zabriskie, J.B. 1978. Serial studies of circulating immune complexes in poststreptococcal sequelae. Clin. Exp. Immunol. 34:318-325.

5.  Zabriskie, J.B., Fischetti, V.A., van de Rijn, I., Fillit, H.M. and Villarreal, H., Jr. 1978. Biological implications of cross-reactions between Group A streptococci and renal tissues. In Biology and Chemistry of Basement Membranes, Kefalides, N.A., Editor, Academic Press, New York, pp. 453-462.

6.  Zabriskie, J.B., Fillit, H.M. and Tauber, J.W. 1979. Streptococci and autoimmunity. In Sixth Int. Conv. Immunol. Karger, S., AG, Basel, Switzerland, Vol. 48, pp. 236-242.

7.  Zabriskie, J.B., Fillit, H.M. and Villarreal, H., Jr. 1979. The relationship of group A streptococci and mammalian tissue antigens to certain disease states. Arch. Nat. Inst. Cardiol. Mexico 49:74-88.

8.  van de Rijn, I., Fillit, H.M., Brandeis, W.E., Day, N.K. and Zabriskie, J.B. 1979. Serial studies on circulating immune complexes in acute rheumatic fever and acute poststreptococcal glomerulonephritis. In Protides of the Biological Fluids, Peeters, H., Editor, Pergammon Press, pp. 279-282.

9.  Fillit, H.M., Read, S.E., Sherman, R.L., Reid, H., Zabriskie, J.B. and van de Rijn, I. 1979. Immunologic studies in progressive glomerulonephritis. In Streptococcal Diseases and the Immune Response, Read, S.E. and Zabriskie, J.B., Editors, Academic Press, New York, pp. 597-606.

10. Fillit, H.M. 1981. Methods in Immunology. In Clinical Immunology of The Heart, Zabriskie, J.B., Villarreal, H., Jr., eds., Grune and Stratton, New York, pp. 1-22.

1

11. Fillit, H.M. and Villarreal, H., Jr. 1982. Methods in Immunology. In Clinical Immunology of The Kidney, Zabriskie, J.B., Fillit, H.M., Villarreal, H., Jr., and Becker, E.L., eds., Grune and Stratton, New York.

12. Fillit, H.M. and Zabriskie, J.B. 1982. Cellular immunity in glomerulonephritis. In Clinical Immunology of The Kidney, Zabriskie, J.B., Fillit, H.M., Villarreal, H.,Jr., and Becker, E.L., eds., Grune and Stratton, New York.

13. Fillit, H.M. and Zabriskie, J.B. 1982. Cellular immunity in glomerulonephritis. Am. J. Path. 109:227-243.

14. Fillit, H.M., Jaffe, E.A. and Zabriskie, J.B. 1982. In vitro correlates of endothelial injury and repair. Lab. Invest. 46:1-9.

15. Fillit, H.M., Villarreal, H., Jr. and Zabriskie, J.B. 1982. The role of streptococcal and glomerular basement membrane antigens in glomerulonephritis. In Immune Mechanisms in Renal Disease, N. Cummings, A.F. Michael, and C.B.Wilson, eds. Plenum Press, pp. 399-418.

16. Fillit, H.M., Elion, E., Sullivan, J., Sherman, R.L. and Zabriskie, J.B. 1982. Thiobarbituric acid reactivity of uremic blood. Nephron 29:40-43.

17. Marron, K.M., Fillit, H.M., Hoffman, P., and Silverstone, F.A. 1983. The non-use of catheters for urinary incontinence in the teaching nursing home. J. Am. Geriat. Soc. 31:278-281.

18. Hoffman, P., Marron, K.M., Fillit, H.M., and Libow, L.S. 1983. Obtaining informed consent in the teaching nursing home. J. Am. Geriat. Soc. 31:565-569.

19. Frocht, A. and H.M. Fillit. 1984. Renal disease in the elderly. J. Am. Ger. Soc. 32:28-43.

20. Fillit, H., and Zabriskie, J. B. 1984. Editorial: New concepts of glomerular injury. Lab. Invest. 51:117-120.

21. Fillit, H.M., Damle, S. P., Gregory, J., Volin, C., Poon-King, T. and Zabriskie, J.B. 1985. Sera from patients with poststreptococcal glomerulonephritis contain antibodies to glomerular heparan sulfate proteoglycan. J. Exp. Med. 161:277-289.

22. Fillit, H.M., Luine, V., Reisberg, B., Amador, R., McEwen, B. and Zabriskie, J.B. 1985. Studies of the specificity of antibrain antibodies in Alzheimer's disease. Neurol. and Neurobiol. 18:307-318.

23. Fillit, H., Damle, S.P., Volin, C., Gregory, J.P., Poon-King, T., and Zabriskie, J.B. 1985. Antibodies to heparan sulfate proteoglycan in patients with acute

poststreptococcal glomerulonephritis. In Recent Advances in Streptococci and Streptococcal Diseases, ed. by Y. Kimura, S. Kotami, and Y. Shiokawa, Reedbooks Ltd., Berkshire England, p. 253.

24. Kefalides, NA, Pegg, MT, Ohno, N, Poon-King T, Zabriskie, J, and Fillit, H. 1986. Antibodies to basement membrane collagen and to laminin are present in sera from patients with poststreptococcal glomerulonephritis. J. Exp. Med. 163:588-602.

25. Fillit, H.M., McCarty, M., and Blake, M.. 1986. Induction of antibodies to hyaluronic acid after immunization of rabbits with encapsulated streptococci. J. Exp. Med. 164:762-776.

26. Fillit, H.M., Weinreb, H., Cholst, I., Luine V., Amador, R., Zabriskie, J.B., and McEwen, B.S. 1986. Hormonal Therapy for Alzheimer's disease. In Treatment Development Strategies for Alzheimer's disease, edited by T. Crook, R. Bartus, S. Ferris, and S. Gershon, Mark Powley Assoc., Madison, CT, pp. 311-336.

27. Fillit, H.M., Weinreb, H., Cholst, I., Luine, V., McEwen, B., Amador, R., and Zabriskie, J.B. 1986. Observations in a preliminary open trial of estradiol therapy in Alzheimer's disease. Psychoneuroendocrinol. 11:337-346.

28. Fillit, H. M. Might estrogen prevent memory loss? Saturday Evening Post, December, 1986.

29. Fillit, H.M., Kemeny, E., Weksler, M.E., Luine, V., and Zabriskie, J.B. 1987. Anti-vascular antibodies in the sera of patients with senile dementia-Alzheimer's type. J. Gerontol. 42:180-184.

30. Foley, P., Bradford, H.F., Docherty, M., Fillit, H., Luine, V.N., McEwen, B., Bucht, G., Winblad, B., and Hardy, J. 1987. Evidence for the presence of antibodies to cholinergic neurons in the serum of patients with Alzheimer's disease. Biochem. Soc. Trans. 15:1034-1036.

31. Fillit, H.M. 1987. Book Review: Renal Function and Disease in the Elderly Ann. Int. Med. 107:129.

32. Kemeny, E., Fillit, H.M., Damle, S.P., Mahabir, R., Kefalides, N.A., Gregory, J.D., Antonovych, T., Sabnis, S., and Zabriskie, J.B. 1988. Monoclonal antibodies to heparan sulfate proteoglycan: development and application to the study of normal tissue and pathologic human kidney biopsies, Conn. Tiss. Res. 18:9-25.

33. Fillit, H.M., Blake, M., McCarty, M. 1988. Immunogenicity of liposome-bound hyaluronate in mice: at least two different antigenic sites on hyaluronate are recognized by mouse monoclonal antibodies. J. Exp. Med. 168:971-982.

34. Fillit, H.M., Foley, P., Bradford, H. F., Bucht, G., Winblad, B., McEwen. B., Luine, V., and Hardy, J. 1988. Autoimmunity to cholinergic-specific antigens of the brain in senile dementia of the Alzheimer's type. Drug Dev. Res. 15:143-151.

35. Foley, P., Bradford, H.F., Docherty, M., Fillit, H., Luine, V.N., McEwen, B., Bucht, G., Winblad, B., and Hardy, J. 1988. Evidence for the presence of antibodies to cholinergic neurons in the serum of patients with Alzheimer's disease. J. Neurol. 235:466-471.

36. Fillit, H., Fruchtman, S., Sell, L., Rosen, N. 1989. AIDS in the elderly: a case and its implications. Geriatrics 44:65-70.

37. Bradford, H.F., Foley, P., Docherty, M., Fillit, H., Luine, V.N., McEwen, B., Bucht, G., Winblad, B., and Hardy, J. 1989. Antibodies in serum of patients with Alzheimer's disease cause immunolysis of cholinergic nerve terminals from the rat cerebral cortex. The Canad. J. Neurol. Sci. 16:528-534.

38. Fillit, H., Fruchtman, S., Sell, L., Rosen, N. 1990. AIDS in the elderly. AIDS Patient Care 4:8-12.

39. Levine, B., Kalman, J., Mayer, L., Fillit, H.M., Packer, M. 1990. Elevated circulating levels of tumor necrosis factor in congestive heart failure. N. Engl. J. Med. 323: 236-241.

40. Fillit, H.M. 1990. Immune mechanisms of microvascular and neuronal injury in dementia. Psychogeriatrics: Biomedical and Social Advances, K. Hasegawa and A. Homma, eds. Excerpta Medica Press, Amsterdam, pp.76-79.

41. Kemeny, E., Fillit, H.M., Mahabir, R., Zabriskie, J.B. 1990. Heparan sulfate proteoglycan distribution in the glomerular basal membrane in human glomerulonephritis. Morphol. Igazsagugyi Orv. Sz. 29:287-291.

42. Fillit, H.M., and Lahita, R.G. 1991. Autoantibodies to vascular heparan sulfate proteoglycan in systemic lupus erythematosus. Autoimmunity 9:159-164.

43. Fillit, H.M. 1991. Acquired immunodeficiency in the elderly: normal changes, reversible changes, and irreversible changes. AIDS Medical Report. 4:20-24, 1991.

44. Fillit, H. 1991. Practical evaluation of secondary immune deficiencies in the elderly. Geriatrics 46: 70-73, 1991.

45. Fillit, H. M. 1991. Reversible Acquired Immune Deficiency in the Elderly: A Review. Age 14:83-89.

46. Buee, L., Zhang, L., Boyle, N., Delacourte, A., and Fillit, H.M. 1991. Optimization of an Alcian blue dot-blot assay for the detection of glycosaminoglycans and proteoglycans. Anal. Biochem. 195:238-242.

47. Fillit, H., Ding, W., Buee, L., Kalman, J., Altstiel, L., Lawlor, B., Wolf-Klein, G. 1991. Elevated circulating tumor necrosis factor levels in Alzheimer's disease. Neuroscience Letters 129: 318-320.

48. Fillit, H.M. 1992. Book review: Renal disease in the Aged. Ann. Intern. Med. 116:527-528.

49. Fillit, H.M., Mayer, L. and Bona, C. 1992. Immunology and aging. Textbook of Geriatric Medicine and Gerontology. Brocklehurst, J.C., Tallis, R., and Fillit, H.M., eds. Fourth Edition. Churchill Livingstone, London, pp. 71-90.

50. Fields, S.D., Fulop, G., Sacks, C., Strain, J. and Fillit, H. 1992. A comparison of two instruments for screening for cognitive impairment in acutely ill patients. International Psychogeriatrics 4:93-102.

51. Fillit, H.M., and Rowe, J. 1992. Renal disease in the elderly. Textbook of Geriatric Medicine and Gerontology. Brocklehurst, J.C., Tallis, R., and Fillit, H.M., eds. Fourth Edition. Churchill Livingstone, London, pp. 612-628.

52. Torian, L.V., Davidson, E.J., Fillit, H.M., Fulop, G., and Sell, L. 1992. Decisions for and against resuscitation in an acute geriatric medicine unit serving the frail elderly. Arch. Intern. Med. 152:561-565.

53. Fillit, H. 1992. When geriatrics makes a difference. Productive Aging News 64:3-6.

54. Buee, L., Hof, P.R., Roberts, D.D., Delacourte, A., Morrison, J.H., and Fillit, H. 1992. Immunohistochemical identification of thrombospondin in normal human brain and in Alzheimer's disease. Amer. J. Path. 141:783-788.

55. Kefalides, N., Ohno,N., Wilson, C.B., Fillit, H.M., Zabriskie, J.B., and Rosenblum, J. 1992. Identification of antigenic domains in type IV collagen by use of synthetic peptides. Kid. International 43:94-100.

56. Fillit, H.M., Howe, J., Fulop, G., and Sacks, C., Sell, L., Siegal, P., Miller, M., and Butler, R.N. 1992. Studies of hospital social stays in the frail elderly and their relationship to the intensity of social work intervention. Social Work and Health Care, 18:1-22.

57. Torian, L.V., Davidson, E.J., Sell, L., and Fillit, H.M. 1992. The effect of senile dementia on acute medical care in a geriatric medicine unit. International Pyschogeriatrics. 4:231-239.

58. Buee, L., Ding, W., Delacourte, A., and Fillit, H. M. 1993. Binding of secreted human neuroblastoma proteoglycans to the Alzheimer amyloid A4 peptide. Brain Res. 601:154-163.

59. Rosenzweig, R. and Fillit, H. 1992. Probable heterosexual transmission of AIDS in an aged woman, J. Amer. Geriatr. Soc. 40:1261-1264.

60. Fillit, H., Shibata, S., Sasaki, T., Spiera, H., and Blake, M. 1993. Autoantibodies to the protein core of vascular basement membrane heparan sulfate proteoglycan in systemic lupus erthematosus, Autoimmunity 14: 243-249.

61. Lansey, S., Waslien, C., Mulvihill, M. and Fillit, H.M. 1993. The role of anthropometry in the assessment of malnutrition in the hospitalized frail elderly. Gerontology, 39:346-353.

62. Fulop, G., Rheinhardt, J., Strain, J.J., Paris, B., Miller, M., Fillit, H. 1993. Alcohol abuse and depression in frail elderly outpatients. J. Amer. Geriatr. Soc. 41: 737-741.

63. Fillit, H.M. and M. Miller. 1993. The Geriatric Evaluation and Treatment Unit: A model site for acute geriatric care, education and research. The Mount Sinai Journal of Medicine. 60: 475-481.

64. Shibata, S., Bona, C. and Fillit, H. 1993. Monoclonal antibodies to heparan sulfate inhibit heparan sulfate binding to anti-thrombin III and the formation of thrombin-antithrombin III complexes, Clin. Immunol. Immunopathol. 67: 264-272.

65. Bona, A. and Fillit, H. 1993. Studies of the cellular immune response to heparan sulfate proteoglycan in Tight Skin (TSK) mice. Cellular Immunology 150: 321-332.

66. Buee, L., Anderson, J., Ding, W., Boyle, N., Delacourte, A., Robakis, N., and Fillit, H.M. 1993. Binding of vascular heparan sulfate proteoglycan binding to Alzheimer's amyloid protein precursor is mediated in part by the N-terminal region of the A4 peptide. Brain Research. 627:199-204.

67. Butler, R.N., Ahronheim, J., Fillit, H., Rapoport, S.I., and Tatemichi, T. 1993. Roundtable discussion: Vascular dementia: stroke prevention takes on new urgency. Geriatrics, 48: 32-42.

68. Butler, R. N., Ahronheim, J., Fillit, H., Rapoport, S.I., and Tatemichi, T. 1993. Vascular dementia: how to make the diagnosis in office practice. Geriatrics 48:39-47.

69. Fillit, H, and Mulvihill, M. 1993. Association of autoimmunity to vascular heparan sulfate proteoglycan and vascular disease in the aged. Gerontology 39:177-182.

70. Morrison,J.H., Gordon, J., Miller, M., Fillit, H., and Meier, D. 1993. Research Activities in the Department of Geriatrics and Adult Development. The Mount Sinai Journal of Medicine, 60:565-573.

71. Buee, L., Ding, W., Hof, P.R., Boyle, N.J., Anderson, J.P., Morrison, J.H., Robakis, N.K., Delacourte, A., and Fillit, H. 1993. Alzheimer's disease: binding of vascular and neuroblastoma heparan sulfate proteoglycans to amyloid β protein A4. Advances in the Biosciences. 87:217-218.

72. Leveugle, B. and Fillit, H. 1994. Proteoglycans and the acute phase response in Alzheimer's disease brain. Molecular Neurobiology 9:25-32.

73. Shibata, S., Sasaki,T., Harpel, P., and Fillit, H. 1994. Autoantibodies to heparan sulfate in systemic lupus erythematosus react with endothelial cells and inhibit the formation of thrombin-antithrombin III complexes. Clin. Immunol. Immunopathol. 70:114-123.

74. Fillit, H. 1994. Clinical immunology of aging, Reviews in Clinical Gerontology 4:187-197.

75. Fillit, H., and Capello, C. 1994. Making geriatric assessment an asset to your primary care practice. Geriatrics 49: 27-35.

76. Fillit, H. 1994. Hospital-based acute care of patients with senile dementia: challenges and opportunities. Geriatrics. 49:12-13.

77. Scanemeo, A. and Fillit, H. 1995. House calls: a practical guide to seeing the patient at home. Geriatrics 50:33-39.

78. Fillit, H. 1994. Estrogens in the pathogenesis and treatment of Alzheimer's disease. Ann. N. Y. Acad. Sci. 743:233-240.

79. Buee, L., Hof, P.R., Bouras, C., Delacourte, A., Perl, D.P., Morrison, J.H., and Fillit, H.M. 1994. Pathologic alterations of the cerebral microvasculature in Alzheimer's disease and related dementing disorders, Acta Neuropathologica 87:469-480.

80. Butler, R. N., Ahronheim, J., Fillit, H., Rapoport, S.I., and Tatemichi, T. 1994. Vascular dementia: an evolving approach to management. Geriatrics 49: 39-46.

81. Shibata, S., Harpel, P.C., Gharavi, A., Rand, J. and Fillit, H. 1994. Autoantibodies to heparin from patients with the antiphospholipid antibody syndrome inhibit the formation of antithrombin III-thrombin complexes. Blood 83:2532-2540.

82. Fillit, H. 1994. Geriatrics and health care reform: opportunites in managed care for preserving excellence in the care of the elderly. Ann. N.Y.Acad. Sci. 729:331-339.

83. Fillit, H. 1994. Challenges for Acute Care Geriatric Units Under Medicare Prospective Payment. J. Amer. Geriatr. Soc. 42:553-558.

84. Leveugle, B., Spik, G., Perl, D.P., Bouras, C., Fillit, H.M., and Hof, P.R. 1994. The iron-binding protein lactotransferrin is present in pathologic lesions in a variety of neurodgenerative disorders: a comparative immunohistochemical analysis. Brain Res. 650: 20-31.

85. Leveugle, B., Scanemeo, A., Ding, W-H., and Fillit, H. 1994. Binding of heparan sulfate glycosaminoglycan to beta-amyloid peptide: inhibition by potentially therapeutic polysulfated compounds. NeuroReport 5:1389-1392.

86. Buee, L., Leveugle, B., Ding,W., Fillit, H., and Delacourte, A., 1994. Maladie d'Alzheimer: les proteoglycannes, co-facteurs de l' amyloidgenese. In Actualites sur la maladie d'Alzheimer et les syndromes apparentes, edited by M. Poncet, B. Michel, and A. Neioullon, SOLAL, Marseille, France, pp. 111-114.

87. Permanne, B., Buee, L., Hof, P.R., Morrison, J.H., Fillit, H., and Delacourte, A. 1994. Les co-facteurs de l'amyloidgenese dans la maladie d'Alzheimer: apolipproteines, proteoglycannes et thrombospondines. In Actualites sur la maladie d'Alzheimer et les syndromes apparentes, edited by M. Poncet, B. Michel, and A. Neioullon, SOLAL, Marseille, France, pp. 115-118.

88. Feldman, M.D., Fillit, H., and McCormick, W.C. 1994. AIDS in the Older Patient. Patient Care. 28:61-71.

89. Matic, M., Leveugle, B., and Fillit, H.M. 1994. Tumor necrosis factor-alpha alters the metabolism of endothelial cell proteoglycans. Autoimmunity 18:275-284.

90. Butler, R.N. and Fillit, H. 1994. Gerontology. The Encyclopedia Americana, Grolier Incorporated, Danbury CT, vol. 12, pp. 701a-h.

91. Fillit, H. M. 1995. Future therapeutic developments of estrogen use. J. Clin.Pharm. 35: S25-S28.

92. Fillit, H.M., and Leveugle, B. 1995. Editorial: Disorders of the extracellular matrix and the pathogenesis of senile dementia of the Alzheimer's type. Lab. Invest. 72:249-253.

93. Mulvihill, M., Cohen, C., Martemucci, W., Taylor, B., Libow, L.S., Neufeld, R., and Fillit, H. 1995. Anergy in the frail elderly is associated with an increased rate of infection and mortality, Aging:Immunology and Infectious Diseases 6:1-13.

94. Leveugle, B., Ding, W., Buee, L., and Fillit, H. 1995. Interleukin-1 and nerve growth factor induce hypersulfation and hypersecretion of neuroblastoma proteoglycans which bind beta-amyloid. J. Neuroimmunol. 60:151-160.

95. Tideiksaar, R. and Fillit, H. 1994. Falls in the elderly. Clin.Geriatr. Special Issue(August):7-8.

96. Tideiskaar, R., and Fillit, H. 1997. Falls in the elderly. In Seizures and Epilepsy in the Elderly, edited by A. J. Rowan and R. E. Ramsay, Butterworth -Heinemann, Boston, pp. 87-110.

97. Dimitriu-Bona, A., Matic, M., and Fillit, H. 1995. Cytotoxicity to endothelial cells by sera from aged in MRL/lpr/lpr mice is associated with vascular autoimmunity to endothelial cell surface heparan sulfate, Clin. Immunol. Immunopathol. 76:234-240.

98. Fillit, H.M. 1996.The Prospective Payment System and acute care for the elderly. Health Care Systems Economics Report 1:10-12.

99. Fillit, H.M. 1995. Preserving robust cognitive health in late life. International Longevity News. 4:1.

100. Fillit, H.M. 1995. Immunobiology of aging. In Immunology, volume 3, edited by M.J. Blaiss and J. Portnoy, SilverPlatter Educational Services, Inc. Norwood, MA. (CD-ROM).

101. Fillit, H, Edstrom, W., Yang, C-P, Moran, T., Dimitriu-Bona, A. 1996. Autoimmune MRL mice express high affinity IgG2b monoclonal autoantibodies to heparin, Clinical Immunology and Immunopathology 81:62-67.

102. Fillit, H. 1997. The clinical significance of cognitive decline in late life. In: Fillit, H. M. and R. N. Butler. Cognitive Decline: Strategies for Prevention, Greenwich Medical Media, London, pp. 1-8.

103. Fillit, H. and R. N. Butler. 1997. Policy and research implications of current knowledge regarding normal cognitive decline in late life. In: Fillit, H. M. and R. N. Butler. Cognitive Decline: Strategies for Prevention, Greenwich Medical Media, London, pp. 129-136.

104. Fillit, H. 1996. Book review: Senior Health Advisor version 1.0. JAMA 276:1266-1267.

105. Leveugle, B., Ding,W., Durkin, J.T., Mistretta, S., Eisler, J., Matic, M., Siman, R., Greenberg, B.D., and Fillit, H.M. 1997. Heparin promotes beta-secretase cleavage of the amyloid precursor protein, Neurochem. International. 30: 543-548.

106. Jassal, V., Fillit , H. M., Oreopoulos D.G., Ageing of the Urinary Tract. In Tallis, R., Fillit, H.M., and Brocklehurst, J.C., eds. 1998. Textbook of Geriatric Medicine and Gerontology. Fifth Edition. Churchill Livingstone, London, pp. 919-924.

107. Gravenstein, S., Fillit , H. M., Ershler, W. B. , Immunology of Aging. In Tallis, R., Fillit, H.M., and Brocklehurst, J.C.,, eds. 1998. Textbook of Geriatric Medicine and Gerontology. Fifth Edition. Churchill Livingstone, London, pp. 109-122.

108. Jassal, V., Fillit , H. M., Oreopoulos D.G., Diseases of the Ageing Kidney. In Tallis, R., Fillit, H.M., and Brocklehurst, J.C.,, eds. 1998. Textbook of Geriatric Medicine and Gerontology. Fifth Edition. Churchill Livingstone, London, pp. 949-972.

109. Matic, M., Shibata, S., Fillit, H.M. 1997. A monoclonal antibody to heparan sulfate from autoimmune Tight Skin (TSK) mice binds to the endothelial cells surface. Immunol. Invest. 26:371-381.

110. Fillit, H.M., and Luine, V. 1997. The neurobiology of gonadal hormones and cognitive decline in late life. Maturitas 26:159-164.

111. Futterman, R., Fillit, H. and Roglieri, J. 1997. Use of ineffective or unsafe medications in a Medicare HMO compared to Medicare fee-for-service. Am. J. Managed Care 3:569-575.

112. Fillit, H., Picariello, G., and Warburton, S. 1997. High risk screening in Medicare managed care. Current Concepts in Geriatric Managed Care 3:7-14.

113. The HMO Work Group on Care Management (member), 1997. Identifying high-risk Medicare members. The Case Manager, March/April, 57-61.

114. HMO Workgroup on Care Management. Identifying high-risk Medicare HMO members. The Robert Wood Johnson Foundation National Program Office, Chronic Care Initiatives in HMOs. Washington, DC: AAHP Foundation, April 1996.

115. Fillit, H.M., Picariello, G., and Warburton, S.W. 1997. Health risk appraisal in the elderly: results from a survery of 70,000 Medicare HMO members, J. Clinical Outcomes Measurement 4:23-29

116. Leveugle, B., Ding, W., Laurance, F., Dehouck,M-P, Scanemeo, A., Cecchelli, R., and Fillit, H. 1998. Heparin oligosaccharides which pass the blood brain barrier inhibit beta-amyloid precursor protein secretion and heparin binding to beta-amyloid peptide, J. Neurochemistry 70: 736-744.

117. Fillit, H.M. Facing dilemmas in Medicare managed care. Healthcare Quality Update, The National Association for Health Quality, September, 1997.

118. Fillit, H.M. Estrogen and mental function in late life. 1998. In No more hot flashes and even more good news, Budoff, P.W. ed, Warner Books, NY.

119. Fillit, H.M., Hill, J., Picariello, G., and Warburton, S.W. 1998. How the principles of geriatric assessment are shaping managed care. Geriatrics 53: 76-89.

120. The HMO Workgroup on Care Management (member). 1998. Essential components of geriatric care provided through health maintenance organizations. J. Amer. Geriatr. Soc. 46:303-308

121. Fillit, H.M., Knopman, D., Cummings, J. and Appel, F. 1999. Opportunities for improving managed care for individuals with dementia-Part 1.The Issues, Am. J. Managed Care 5:309-316.

122. Fillit, H.M., Futterman, R., Orland, B., Chim, T., Susnow, L., Picariello, G., Scheye, E., Spoeri, R., Roglieri, J., Warburton, S. 1999. Polypharmacy management in Medicare managed care: changes in prescribing by primary care physicians resulting from a program promoting medication reviews, Am. J. Managed Care 5:587-594.

123. Boult, C., Fama Pualwan, T., Fox, P.D., Pacala, J.T. and The HMO Workgroup on Care Management (member), Identification and assessment of high-risk seniors. 1998. The Am. J. Managed Care 4:1137-1146.

124. Fillit, H. and Miller, M. 1999. The geriatric evaluation and treatment unit: a model site for acute care of frail elderly patients, education and research. In Health Aging: Challenges and Solutions, ed. K. Dychtwald, Aspen Publications, pp. 135-144.

125. Fillit, H., Hill, J., Picariello, G., and Warburton, S. 1999. Geriatric assessment and managed care. In Health Aging: Challenges and Solutions, ed. K. Dychtwald, Aspen Publications, pp.179-188.

126. HMO Workgroup on Care Management (member), Establishing relations with community resource organizations—an imperative for managed care organizations serving Medicare beneficiaries, AAHP Foundation, Washington, DC, 1999.

11

127. Gutterman, E. M., J. S. Markowitz, B. Lewis, and H. Fillit. 1999. Cost of Alzheimer's disease and related dementia in Managed Medicare, J. Amer. Geriatr. Soc .47:1065-1071.

128. Fillit, H., J. S. Markowitz, E. M. Gutterman, and B. Lewis. 1999. Donepezil use and effect on costs in a managed care organization, Clinical Therapeutics 21:2173-2185.

129. Fillit, H. Geriatrics and Managed Care, 1999, The Merck Manual, Merck, Whitehouse Station, NJ.

130. Fillit, H.M., Knopman, D., Cummings, J. and Appel, F. 1999. Opportunities for improving managed care for individuals with dementia: Part 2- A framework for care, Am. J. Managed Care, 5:317-332.

131. Fillit, H.M., Gutterman, E.M., and Brooks, R.L. 2000. Impact of donepezil on caregiving burden for patients with Alzheimer's disease, International Psychogeriatrics 12:387-399.

132. Garcia de Yebenes, E., Ho, A., Damani, T., Fillit, H., and Blum, M. 1999. Regulation of heparan sulfate proteoglycan, perlecan, by injury and interleukin-1alpha, J. Neurochem. 73:1-9.

133. Fillit, H. 1999. Improving the quality of managed care for patients with mild to moderate Alzheimer's disease. Drug Benefit Trends (Behavioral Health Trends) 11:6-11.

134. Yu, H., Tyrrell, D., Cashel, J., Guo, N.,Vogel, T., Sipes, J.M., Lam, L., Fillit, H.M., Hartman, J., Mendelovitz, S., Panet, A., Roberts, D.D. 2000. Specificities of heparin –binding sites from the amino-terminus and type 1 repeats of thrombospondin-1. Arch. Biochem. Biophys. 374:13-23.

135. Fillit, H., and Cummings, J. 1999. Practice guidelines for the diagnosis and treatment of Alzheimer's disease in a managed care setting: Part I: Early detection and diagnosis. Managed Care Interface 12:53-62.

136. Fillit, H., and Cummings, J. 2000. Practice guidelines for the diagnosis and treatment of Alzheimer's disease in a managed care setting: Part II Pharmacologic therapy. Managed Care Interface 13:51-56.

137. Fillit, H. 2000. Review of Lifestyle Medicine by J. Rippe, JAMA, 284:491-492.

138. Rice, D.P., Fillit, H.M., Max, W., Knopman, D.S., and Duttagupta, S. 2001. Prevalence, Costs, and Treatment of Alzheimer's Disease and Related Disorders: A Managed Care Perspective. Am J. Managed Care 7:809-818.

139. Fillit, H.M. 2000. Medical Education Meets the Marketplace: What Mix of Tradition and

140. Innovation Can We Afford? Henry M. Greenberg & Susan U. Raymond, Eds. The New York Academy of Sciences. http//:www.nyas.org/medicaleducation.html.

141. Fillit, H.M. 2000. The Pharmacoeconomics of Alzheimer's Disease. Am J. Managed Care 6:S1139-S1148.

142. Fillit, H.M. 2000. Managed care decisions in Alzheimer's disease. Am J. Managed Care 6:S1149-S1160.

7

143. Lewis, B. E., Mills, C.S., Mohs, R., Hill, J. and H. Fillit. 2001. Improving early recognition of Alzheimer's disease: a review of telephonic screening tools. J. Clin. Outcomes Management 8: 41-45.

144. Fillit, H.M. 2002. The role of hormone replacement therapy in the prevention of Alzheimer's disease. Archives of Internal Medicine. 162:1934-1942.

145. Fillit, H.M., O'Connell, A., Brown, W.M., Altstiel, L., Anand, R., Collins, K., Ferris, S., Katchaturian, Z., Kinoshita, J., Van Eldik, L., and Dewey, C. Forbes. 2002. Barriers to Drug Discovery and Development in Alzheimer's Disease. Alzheimer's Disease and Associated Disorders, 16: S1-S8.

146. Brown, W., O'Connell, A. and Fillit, H.M., 2002. New developments in Alzheimer's disease therapy. Drug Benefit Trends 14: 34-44.

147. Hill, J., Futterman, R., and Fillit, H. 2002. Impact of donepezil on costs in a managed care organization. Managed Care Interface. 15(3):63-70.

148. Fody-Urias, B., Hill, J. and Fillit, H. 2001. The impact of an exercise program on health in a managed care organization. Managed Care Interface September: 58-64.

149. Neumann, P.J., Hammitt, J.K., Mueller, C., Fillit, H.M., Hill, J., Tetteh, N.A., Kosik, K.S. 2001. Public attitudes and willingness to pay for genetic testing for Alzheimer's disease. Health Affairs 20:252-264.

150. O'Connell, AO and Fillit, HM. 2001. Book review: Neurogerontology: Aging and the Nervous System. Amyloid: J Prot. Folding Dis. 8: 2-4.

151. Fillit, HM. 2001. Book review: The Quest for Immortality: Science at the frontiers of aging. JAMA 286:467-8.

152. Fillit, HM, Butler, RN, O'Connell, AO, Albert, MS, Birren, JE., Cotman, CW, Greenough, WT, Gold, P, Kramer,AF, Kuller, L, Perls, TT, Sahagan, BG,

Tully, T. 2002. Achieving and maintaining cognitive vitality with aging. Mayo Clinic Proc. 77:681-696.

153. Fillit, H.M. 2001. The importance of treating Alzheimer's disease and the economic impact on managed care. Clinical Geriatrics. Supplement, page 10-13.

154. A conversation with Howard Fillit, MD. 2001. Long Term Care Interface 2: 31-35.

155. Fillit, H. Alzheimer's disease: case study. 2001. http://www.mdnetguide.com/reports/alz/ar8.shtml.

156. Fillit H, Mohs R, Lewis BE, Hill JW, Sewell M, Mills C. 2003. A brief telephonic instrument to screen for cognitive impairment. Journal of Clinical Outcomes Management, 10:419-429.

157. Fillit, H., Hill, J.W., Futterman, R. 2002. Health care utilization and costs of Alzheimer's disease: the role of comorbid conditions, disease stage, and pharmacotherapy. Family Medicine: 34:528-535.

158. Fillit, H. and O'Connell, A. 2002. The challenges of drug discovery and drug development for cognitive aging and Alzheimer's disease. In Fillit, H.M. and O'Connell, A. W. eds. 2002. Drug discovery and Drug Development for Alzheimer's disease 2002. Springer Publishing Company, NY NY. pp 1-6.

159. Fillit, H. and Hill. J. 2002. The costs of vascular dementia: a comparison with Alzheimer's disease. J. Neurological Sciences: page 203-204 (C):35-9

160. Fillit, H.M, and Hill, J.W. 2003 The pharmacoeconomics of therapies. Nursing Home Economics June: 2-8.

161. Hill, J., Fillit, H., and Chang, S. 2004. Impact of rivastigmine therapy on caregiver burden among patients with Alzheimer's disease, Dementia and Cognitive Disorders, in review.

162. Fillit. H. 2003. Why managed care organizations should care about Alzheimer's disease. Formulary 38S: 3-7.

163. Fillit, H. 2002. Economics, pharmacoeconomics and drug discovery for dementias. Drug Discovery Today 7:785-787.

164. Hill JW, Futterman R, Mastey V, Fillit H. 2002. The effect of donepezil therapy on health costs in a Medicare Managed Care Plan. Managed Care Interface 15(3):63-70.

165. Hill JW, Futterman R, Duttagupta S, Mastey V, Lloyd JR, Fillit H. 2002. Alzheimer's disease and related dementias increase costs of comorbidities in manged medicare. <u>Neurology</u>; 58:62-70.

166. Fillit H, Geldmacher D, Welter R, Maslow K, Malcolm F. 2002. Optimizing coding and reimbursement to improve management of Alzheimer's disease and related dementias. <u>J Am Geriatr Soc</u> 50:1871-1878.

167. Fillit H, Lorenzo R, 2002. Tau and Alzheimer's disease. <u>Journal of Molecular Neuroscience.</u> 19:249-250

168. Fillit H, Hill J, Tsymuk M, 2002. The cost benefit of effective Alzheimer's disease therapy. <u>The Clinical Advisor</u> Supplement, page 11-14.

169. Schutzer, S.E., Brunner, M., Fillit, H.M., Berger, J.R. 2003. Autoimmune markers in HIV-associated dementia <u>Journal of Neuroimmunology</u> 138: 156-161.

170. Hill, J., Fillit, H., Sadik, K; Futterman, R., 2003. The healthcare costs of vascular dementia in community-dwelling patients. <u>Third International Congress On Vascular Dementia,</u> ed. A. Korczyn, Monduzzi, Editore, Prague, Bologna, Italy, 63-68.

171. Fillit, H, Hill, J; 2004. The economic benefits of acetylcholinesterase inhibitors for patients with Alzheimer disease and associated dementias. <u>Alzheimer Disease and Associated Disorders</u> Apr-Jun;18 Suppl 1:S24-29

172. Fillit, H, 2004. Sara and George and Justice. <u>Annals of Internal Medicine</u> 140: 759-760.

173. Refolo, L, Fillit, H; 2004. Drug discovery for Alzheimer's disease: the end of the beginning. <u>J. Molecular Neuroscience</u> 24: 1-8.

174. Refolo, L, Fillit, H. 2004. Apolipoprotein E as a target for developing new therapeutics for Alzheimer's disease. <u>J Molecular Neuroscience</u> 23:151-155.

175. Asthana, S., Bhasin, S., Butler, RN, Fillit, H, Finkelstein, J, Harman, M, Hostein, L, Korenman, SG, Matsumoto, AM, Morley, JE, Tsitouros, P and Urban, R. 2004. Special article. Masculine vitality: pros and cons of testerone replacement in treating the andropause. <u>J. Gerontol.</u> 59A: 461-465.

176. Shumaker, SA, Legault, C., Kuller, L., Rapp, SR., Thal, L., Lane, DS, Fillit, H., Stefanick, ML, Hendrix, SL, Lewis, CE, Masaki, K, Coker, LH, for the Women's Health Initiative Memory Study Investigators, 2004. Conjugated equine estrogens and incidence of probably dementia and mild cognitive impairment in postmenopausal women: Women's Health Initiative Memory Study, <u>JAMA</u> 291: 2946-2958.

15

177. Fillit, H. 2003. The perils of a delayed diagnosis. <u>Eldercare</u> 3: 8-9.

178. Butler, RN, Sprott, R., Warner, H., Bland, J., Feurers,R., Forster, M., Fillit, H., Harman, SM, Hewitt, M., Hyman, M., Johnson, K., Kligman, E., McClearn, G., Nelson, J., Richardson, A., Sonntag, W., Weindruch, R., Wolf, N. 2004. Biomarkers of Aging: from primitive organisms to humans. <u>J. Gerontol.</u> 59A: 560-567.

179. Fillit H. 2005. Intravenous immunoglobulins for Alzheimer's disease? <u>Lancet Neurology</u>, 3:704.

180. Hill, JH, McVay, JM, Walter-Ginzburg, A., Mills, C.S., Lewis, J., Lewis, B.E., and Fillit, H. 2005. Validation of a 3 item dementia screening instrument administered by telephone for use in Medicare managed care. <u>Disease Management</u>, 8:223-234.

181. Hill, J., Fillit, H., Thomas, S.K., and Chang, S. 2006. Functional Impairment, Health Care Costs, and the Risk of Institutionalization in Patients with Alzheimer's Disease and Other Dementias, <u>Pharmacoeconomics</u> 24(3):265-80.

182. Fillit, H; Hill, J; 2005. Economics of dementia and pharmacoeconomics of dementia therapy, <u>American J. Geriatric Pharmacotherapy</u> 3:39-49.

183. Fillit, H, and Refolo, L. 2005. Advancing drug discovery for Alzheimer's disease. <u>Current Alzheimer's Research</u>, 2:105-107.

184. Refolo, L. and Fillit, H. 2005. New Directions in Neuroprotection: Basic Mechanisms, Molecular Targets and Treatment Strategies, <u>Journal of Alzheimer's disease</u>, 6:S1-2.

185. Fillit, H. 2005. Emerging clinical practices in AA amyloidosis, in <u>Amyloid and Amyloidosis</u>, edited by G. Grateau, RA Kyle, M Skinner, CRC press, pages, 515-516.

186. Warner, H, Butler, R.N., Fillit, H. et al. 2005. Stress: Putting the brain back into medicine, in preparation.

187. Lu, S., Hill, J., and Fillit, H. 2005. Impact of donepezil use in routine clinical practice on health care costs in patients with Alzheimer's disease and related dementias enrolled in a large Medicare managed care plan: a case control study. <u>Amer. J. Geriatric Pharmacotherapy</u> 3: 92-102.

188. Nash, D., and Fillit, H. 2006. Cardiovascular disease risk factors and cognitive impairment. <u>Am. J. Cardiol.</u> In press.

189. Fillit, H. 2005. The value of donepezil for patients with Alzheimer's disease. In preparation.

190. Laskowitz, D.T., Fillit, H., Yeung, N., Toku, K., Vitek, M.P. 2005. Apolipoprotein E-derived peptides reduce CNS inflammation: Implications for therapy of neurological disease. Acta Neurologica Scandinavica, In preparation.

191. Hill J, Fillit H, Shah SN, del Valle MC, Futterman R. 2005. Patterns of healthcare utilization and costs for vascular dementia in a community-dwelling population. J Alzheimers Dis. 8:43-50.

192. Fillit, H. and Hill, J. 2004. The economic benefits of acetylcholinesterase inhibitors for patients with Alzheimer disease and associated dementias. Alzheimer Dis Assoc Disord. 18 Suppl 1:S24-9

193. Fillit, H. 2006. Book review: "Our parents, ourselves-how American health care imperils middle age and beyond." JAMA 295:941-942.

194. Refolo, L. and Fillit. H. 2006. Partnerships to advance drug discovery for neurodegenerative diseases. Curr. Alzheimer. Res., in press.

195. Gouras, G. and Fillit. H. 2006. Neurogenesis as a therapeutic strategy for cognitive aging and Alzheimer's disease. Curr Alzheimer Res. 3:3.

196. Fillit, H. and Gouras, G. editors. 2006. Neurogenesis catalyst conference. Curr Alzheimer Res. 2006 3:1.

197. Fillit, H. 2006. Optimizing coding and reimbursement in the management of Alzheimer's disease. In: Facilitating diagnosis and management of Alzheimer's disease in the primary care setting. Edited by E. G. Tangelos. The University of Wisconsin Board of Regents and Precept Educational Sciences.

**Books and Monographs**

1. Zabriskie, J.B., Fillit, H.M., Villarreal, H.,Jr., and Becker, E.L., eds. 1982. Clinical Immunology of The Kidney, Grune and Stratton, New York.

2. Brocklehurst, J.C., Tallis, R., and Fillit, H.M., eds.1992. Textbook of Geriatric Medicine and Gerontology. Fourth Edition. Churchill Livingstone, London.

3. Fillit, H. M., 1994, A Practical Guide to Geriatric Assessment, monograph sponsored by the Sandoz Corporation, Basel, Switzerland

4. Fillit, H., R. N. Butler., eds., 1997. Cognitive Decline: Strategies for Prevention, Greenwich Medical Media, London.

17

5. Fillit, H.M., G. Picariello, 1997, Practical Geriatric Assessment, Greenwich Medical Media, London; distributed by Oxford University Press.

6. In Tallis, R., Fillit, H.M., Brocklehurst, J.C., eds. 1998. Textbook of Geriatric Medicine and Gerontology. Fifth Edition. Churchill Livingstone, London.

7. Rice, D., Max, W., Knopman, D., Fillit, H. 2000. Health Economics in Alzheimer's disease: impact of Aricept (donepezil HCl). Monograph.

8. In Tallis, R., Fillit, H.M., eds. 2002 Brocklehurst's Textbook of Geriatric Medicine and Gerontology. Sixth Edition. Harcourt Brace, London.

9. Fillit, H.M., Butler, RN. 2001. eds. Achieving and maintaining cognitive vitality with aging. Workshop report sponsored by The Institute for the Study of Aging, the International Longevity Center, the National Institute on Aging and Canyon Ranch Health Resorts.

10. Butler, RN, Sprott, RL. 2001. Biomarkers of aging: from primitive organisms to man. An interdisciplinary workshop report of the International Longevity Center.

11. Fillit, H.M., O'Connell, A. W. eds. 2002. Drug discovery and Drug Development for Alzheimer's disease 2002. Springer Publishing Company.

12. Beier, M., Blanchette, P., Fillit, H. eds. 2002. Economic impact of the treatment of Alzheimer's disease. Oxford Institute for Continuing Education, Newtown PA.

13. Gordon, B., Fillit, H.M., Lloyd, J.R. 2002. The economic impact of Alzheimer's disease treatment. Johns Hopkins University School of Medicine.

14. Tangelos, E, Fillit, H., Borson, S., et al. 2006. Facilitating diagnosis and management of Alzheimer's disease in the primary care setting, in press.

## Abstracts

1. Fillit, H.M., van de Rijn, I., Brandeis, W.E., Day, N.K. Zabriskie, J.B. 1978. Serial studies on circulating immune complexes in poststreptococcal sequelae. Fed. Proc. 37:1668.

2. Fillit, H.M., Sherman, R.L., van de Rijn, I., Wilson, C.B. Zabriskie, J.B. 1978. Immunologic studies of altered glomerular basement membrane. Kid. Int.14:710.

3. Fillit, H.M., Jaffe, E.A. Zabriskie, J.B. 1981. In vitro studies of cultured endothelial cells in the context of glomerulonephritis. Kid. Int. 19:182.

4. Fillit, H.M. 1981. Neuraminidase activity and free sialic acid levels in acute poststreptococcal glomerulonephritis. New Engl.J.Med. 305:l017.

5. Fillit, H.M., Marron, K., Hoffman, P., Libow, L. 1982. Obtaining informed consent in the teaching nursing home. Geront.Soc.Am. 22:243.

6. Marron, K., Fillit, H.M., Hoffman, P., Silverstone, F.A. 1982. The nonuse of urinary catheters in the teaching nursing home. Am. Geriat. Soc.

7. Fillit, H., Luine, V., Reisberg, B., Ferris, S., Buskirk, D., Zabriskie, J. B. 1984. Possible cholinergic specificity of antibrain antibodies in Alzheimer's disease. Neurol. 36:121.

8. Fillit, H.M., Damle, S., Volin, C., Sherman, R., Gregory, J., Zabriskie, J.B. 1984. Antibodies to anionic glomerular antigens in patients with acute and chronic glomerulonephritis. IXth International Congress of Nephrology.

9. Fillit, H.M., Damle, S., Gregory, J., Volin, C., Poon-King, T., Zabriskie, J.B. 1984. Antibodies to heparan sulfate proteoglycan in patients with acute poststreptococcal glomerulonephritis. IXth International Congress of the Lancefield Society for the Study of Streptococci and Streptococcal Diseases.

10. Weinreb, H. J., Buskirk, D.R., Amador, R., Fillit, H.M., Zabriskie, J.B. 1986. Enhanced lymphocyte interferon sensitivity in Alzheimer's disease. Neurol. 36s:264, 1986.

11. Kefalides, NA, Pegg, M, Ohno, N, Poon-King, T, Zabriskie, J, Fillit, H. 1986. Antibodies against basement membrane components in sera of patients with post-streptococcal glomerulonephritis. Xth Meeting of the Federation of European Connective Tissue Societies.

12. Fillit, H.M., Ashby, D., Weinreb, H, Zabriskie, JB, Luine, VN, McEwen, BS. 1986. Estrogen levels in postmenopausal women with senile dementia-Alzheimer's type (SDAT) are significantly lower than matched controls. Society for Neuroscience, 1986.

13. Foley, P., Bradford, H.F., Docherty, M., Fillit, H., Luine, V.N., McEwen, B.S., Bucht, G., Winblad, B., Hardy, J. 1987. Antibodies to choline acetyltransferase are present in the serum of Alzheimer's patients. Biochem. Soc. Trans.

14. Fillit, H.M., Blake, M., McCarty, M. 1987. Immunochemical studies of hyaluronate in rabbits, mice and humans. Xth Lancefield International Symposium on Streptococci and Streptococcal Diseases.

15. Fillit, H.M., Blake, M., Zabriskie, J., Lahita, R., MacDonald, C., McCarty, M. 1987. Studies of the immune response to hyaluronic acid. Clinical Research 35:801, 1987.

19

16. Fillit, H.M., Blake, M., Zabriskie, J., Lahita, R., MacDonald, C., McCarty, M. 1987. Studies of the immune response to hyaluronic acid. The Lancefield Society (U.S.A.).

17. Fillit, H.M., Foley, P., Bradford, H.F., Bucht, G., Winblad, B., McEwen, B., Luine, V., Hardy, J. 1987. Sera from patients with Alzheimer's disease induce complement-mediated lysis of cholinergic synaptosomes. Autoimmunity: Its role in Alzheimer's Disease and other behavioral disorders.

18. Weinreb, H. J., Buskirk, D.R., Amador, R., Fillit, H.M., Zabriskie, J.B. 1987. Enhanced lymphocyte interferon sensitivity in Alzheimer's disease. J. Am. Ger. Soc. 35:85, 1987.

19. Moy, J.A., Damle, S., Gregory, J., Fillit, H., Carter, D.M. 1988. A monoclonal antibody to bovine heparan sulfate proteoglycan stains the basement membrane zone of normal and blistered human skin. Clin. Res. 36:677A, 1988.

20. Strain, J.J., Fulop, G., Fillit, H.M. 1988. The elderly psychiatric consult: overcoming stigma. American Psychiatric Association.

21. Fillit, H.M., Davidson, E., Pope, A., Miller, M. 1989. The role of physician assistants in an acute geriatric unit in an academic hospital. Am. Geriatr. Soc.

22. Fillit, H.M., Fulop, G., Sachs, C.J., Miller, M. 1989. An analysis of prolonged hospital length of stay in the frail elderly. The Gerontologist 29:287, 1989.

23. Fillit, H.M. 1989. Immune mechanisms of microvascular injury in dementia. International Psychogeriatric Society.

24. Torian, L.V., Fillit, H.M., Davidson, E.J. 1990. Preference for resuscitation in an acute care geriatric unit: clinical implications, outcome and hospital costs. The American Public Health Association.

25. Buee, L.,Zhang, L., Delacourte, A., Fillit, H.M. 1990. A highly sensitive semi-quantitative dot-blot assay for glycosaminoglycans and proteoglycans. Glycoconjugate Journal 7:130.

26. Lansey, S., Fillit, H., Waslien,C. 1990. The role of anthropometric assessment for malnutrition in the hospitalized frail elderly. The Gerontologist 30:326A.

27. Fulop, G., Rheinhardt, J., Paris, B., Strain, J.J., Fillit, H., Miller, M. 1990. Alcohol abuse and depression in a geriatric medicine outpatient clinic. American Psychiatric Association.

28. Torian, L., Fillit, H., Davidson, E. 1990. Effect of senile dementia on acute care. The Gerontologist 30:224A.

29. Fillit, H.M., Torian, L., Davidson, E. 1990. Preference for resuscitation in an acute care geriatric unit: clinical implications, outcome and hospital costs. The Gerontologist 30:352A.

30. Howe, J., Fillit, H., Miller, M. 1991. The relationship between social work intervention and length of stay among the hospitalized elderly. 37th meeting of the American Society on Aging.

31. Lansey, S., Fillit, H., Mulvihill, M., Libow, L. 1991. The relationship between malnutrition and anergy in nursing home elderly. Amer. Geriatr. Soc. 39: A55.

32. Fillit, H., Kalman, J., Ding, W., Buee, L., Wolf-Klein, G. 1991. Elevated circulating tumor necrosis factor levels in Alzheimer's disease. Amer. Geriatr. Soc. 39:A27.

33. Pace, J., MacDonald, C., Boyle, N., Mulvihill, M., Blake, M., Kerr, L., Spiera, H., Libow, L., Zabriskie, J., Fillit, H. 1991. Immunochemical studies of human autoantibodies to vascular heparan sulfate proteoglycan: anti-protein core antibodies in autoimmune disease and the aged. Mt. Sinai J. Med. 58:358.

34. Wolf-Klein, G., Silverstone,F.A., Levy,A., Lansey,S. Jaeger,A., Mulvihill, M., Fillit, H., Miller,M., Foley,C., Leleiko, N. 1991. Is there a hypermetabolic state in Alzheimer's disease? Amer. Geriatr. Soc. 39: A59.

35. Fields, S., Fulop, G., Sachs,C., Fillit,H., Strain, J. 1991. Usefulness of the neurobehavioral cognitive status examination of the hospitalized elderly. Amer. Geriatr. Soc. 39: A42.

36. Fillit, H., Ding, W., Buee, L., Altstiel, L., Lawlor, B., Forette, F. 1991. Complement dependent cytotoxicity of human neuroblastoma cells by Alzheimer's disease sera. Third International Brain Research Organization World Congress of Neuroscience.

37. Buee, L. Hof, P. Delacourte, A., Perl, D.P., Morrison, J.H., Fillit, H. 1991. Immunohistochemical analysis of vascular heparan sulfate proteoglycan protein core distribution in aging and dementia. Third International Brain Research Organization World Congress of Neuroscience.

38. Fillit, H.M., Buee, L., Hof, P.R., Delacourte, A., Morrison, J.H. 1991. Cortical distribution of abnormal microvasculature and vascular heparan sulfate proteoglycan positive plaques in Alzheimer's disease. Society for Neuroscience.

39. Buee, L., Anderson, J., Robakis, N.K., Delacourte, A., Fillit, H.M. 1991. Binding of the secreted form of the Alzheimer beta amyloid precursor protein to heparan sulfate. Society for Neuroscience.

21

40. Fulop, G., Reinhardt,J., Paris, B., Strain,J.J., Fillit, H., Miller, M. 1991. Identification of alcoholism and depression in a geriatric outpatient medical setting. Academy of Psychosomatic Medicine.

41. Buee, L., Hof, P.R., Nimchinsky, E., Nasrallah, J., Steele, J.C., Delacourte, A., Perl, D.P., Morrison, J.H., Fillit, H. 1992. Microvasculature in Guam ALS/PD cases. American Association for Neuropathology

42. Buee, L., Hof, P.R., Delacourte,A., Morrison, J.R., Fillit, H. 1992. Characterization of vascular and neuronal heparan sulfate proteoglycan that bind to amyloid beta protein. Third International Conference on Alzheimer's Disease and Related Disorders.

43. Lansey, S. Fillit, H. 1992. The assessment of immune function and malnutrition in the hospitalized frail elderly. Metropolitan Area Geriatrics Society.

44. Fillit, H., Buee, L., Ding, W., Delacourte, A. 1992. Binding of secreted human neuroblastoma proteoglycans to the Alzheimer's amyloid A4 peptide. Soc. for Neurosci.

45. Buee, L., Hof, P.R., Anderson, J., Robakis, N., Morrison, J., Fillit, H., Delacourte, A. 1992. Alzheimer's disease: amyloid and proteoglycans. Lille Neurological Workshop.

46. Eisler, J., Buee, L., Ding, W., Kisilevsky, R., Narindrasorasak, S., Fillit, H. 1992. Three different heparan sulfate proteoglycan protein cores are present in the amyloid plaques of Alzheimer's disease. Soc. for Neurosci.

47. Lansey, S., Fillit, H. 1992. Immunologic assessment of the frail elderly. Amer. Geriatr. Soc. 40:SA28.

48. Scanemeo, A.M., Buee, L., Ding, W.H., Fillit, H. 1992. Biochemical interactions between vascular heparan sulfate proteoglycan and beta-amyloid protein. Amer. Geriatr. Soc. 40:SA80.

49. Mulvihill, M., Lansey, S., Taylor, B., Fillit, H., Cohen, C., Martimucci, W. 1992. Correlates and clinical implications of anergy in a nursing home population. Amer. Geriatrics Soc. 40:SA45.

50. Buee, L., Hof, P.R., Bouras, C., Perl, D.P., Morrison, J.H., Fillit, H.M., Delacourte, A. 1992. Laminar and regional distribution of vascular changes: an immunohistochemical study in Alzheimer's disease and other dementing disorders. International Psychogeriatric Association., Lille France.

51. Buee, L., Hof, P.R., Bouras, C., Perl, D.P., Morrison, J.H., Fillit, H.M., Delacourte, A. 1992. Analyse immunohistochemique des anomalies vasculaires dans les maladies neurodegeneratives. Societe Septentrionale de Gerontologie Clinique: IV Congres Interregional de Gerontologie, Lille, France.

22

52. Fillit, H., Leveugle, B., Buee, L., Ding, W. 1992. Cytokines and growth factors alter the metabolism of human neuroblastoma proteoglycans. Transmissable and Nontransmissable neurodegenerative disorders: current update. Sponsored by the International Brain Research Organization, Ocho Rios, Jamaica.

53. Buee, L., Fillit, H., Hof, P.R., Roberts, D., Morrison, J. Delacourte, A. 1992. Thrombospondin: a new marker for Alzheimer's disease? Second Lille Neurological Workshop, Lille, France, March 19-20, 1992.

54. Buee, L., Fillit, H., Ding,W., Leveugle, B., Delacourte, A. 1992. Binding of proteoglycans to the Alzheimer amyloid beta A4 peptide. Presented at "Amyloid Protein Protein precursor in development, aging, and Alzheimer's disease. Sponsored by the IPSEN Foundation, Lyons, France, June 21, 1993.

55. Buee, L., Bouras, C., Hof, P.R., Surini,M., Morrison,J.H., Fillit,H.M., Delacourte, A. 1993. A qualitative and quantitative immunohistochemical study of the microvasculature in aging and Alzheimer's disease. Society for Neuroscience.

56. Eisler, J., Leveugle,B., Ding,W., Fillit, H. 1993. Interleukin-1 beta alters the degree of sulfation of heparan sulfate proteoglycan in endothelial cells and may contribute to the process of amyloidosis in blood vessels. Society for Neuroscience.

57. Leveugle, B., Buee, L., Ding,W., Fillit, H. 1993. Inflammatory factors which alter the metabolism of proteoglycans that bind A4 peptide may promote amyloidogenesis.

58. Walker, L.C., Fillit, H.M. 1993. Heparan sulfate proteoglycan (HSPG) core protein in senile plaques and cerebrovascular amyloid of aged monkeys. Society for Neuroscience.

59. Scanemeo, A., Leveugle, B., Ding, W., Fillit, H. 1993. Binding of glycosaminoglycans to the beta amyloid peptide. Metropolitan Area Geriatrics Society.

60. Scanemeo, A., Leveugle, B., Fillit, H. 1993. Binding of glycosaminoglycans to the beta amyloid peptide. J. Amer. Geriatr. Soc. 41:SA9.

61. Buee, L., Leveugle, B., Ding, W., Fillit, H. 1993. Affinite des proteoglycannes pour le peptide βA4 and la maladie d'Alzheimer: role de la charge et du nombre de chaines de glycosaminoglycannes. II[eme] Reunion Francophone sur la Maladie D"Alzheimer et les Syndromes Apparentes, Marseille, France.

62. Buee, L., Hof, P.R., Bouras,C., Perl, D., Morrison,J.H., Fillit, H. Delacourte, A., 1993. Microvascularisation dans la maladie d'Alzheimer et les demences: analyse par immunohistochimie. 75° Congres de l'Association des Anatomistes, Lille France.

23

63. Matic, M., Leveugle, B. Fillit, H.M. 1993. Effect of TNF on endothelial cell proteoglycans. Molecular Biology of the Cell 4:61a.

64. Scanameo, A.M., Leveugle, B., Fillit, H. 1993. The isolation and characterization of the oligosaccharide structure from heparan sulfate responsible for the high affinity binding of this glycosaminoglycan to the beta amyloid peptide. J. Amer. Geriatr. Soc. 41: SA46.

65. Buee, L, Leveugle, B., Ding, W., Fillit, H., Delacourte, A. 1993. Les proteoglycannes, co-facteurs de ;'amyloidogenese dans la maladie d'Alzheimer. II[eme] Reunion Francophone sur la Maladie D"Alzheimer et les Syndromes Apparentes, Marseille, France.

66. Gold, G., Bulat, T., Miller, M., Wiltshire-Clement, M., Rigaud,A., Dugas, M., Forette, F., Matic, M., Fillit, H. 1994. Serum tumor necrosis factor levels in normal aging and dementia. Amer. Geriatr. Soc.

67. Fillit, H.M., Leveugle, B., Ding, W., Matic, M. Durkin, J.T., Siman,R., Greenberg, B.D. 1994. Heparin increases the secretion of beta-secretase derived APP derivatives in neuroblastoma cells. Fourth International Conference on Alzheimer's Disease and Related Disorders, Minneapolis, MN.

68. Leveugle, B., Fillit, H.M., Spik, G., Perl, D.P., Bouras, C., Hof, P.R. 1994. Distribution of the iron-binding protein lactotransferrin in the pathological lesions of a variety of neurodegenerative diseases. Fourth International Conference on Alzheimer's Disease and Related Disorders, Minneapolis, MN.

69. Matic, M., Leveugle, B., Fillit, H.M. 1994. Binding of cytoplasmic endothelial cell proteoglycans to beta-amyloid peptide: possible involvement of proteoglycans in amyloid precursor protein (APP) processing. Federation of American Society for Experimental Biology.

70. Leveugle, B., Yang, C., Eisler, J., Bouras, C., Hof, P., Fillit, H.M. 1994. Microvascular pathologic changes in hippocampal formation in Alzheimer disease. Soc. for Neuroscience.

71. Claudio, L., Wetmur, J.G., Good, P.F., Eisler, J.G., Woolard, P.M., Fillit, H.M. 1994. Genetic susceptibility to lead induced blood brain barrier dysfunction. Society for Neuroscience.

72. Matic,M., Leveugle, B., Fillit, H. 1994. Endothelial cell surface proteoglycans bind to beta-amyloid peptide. Society for Neuroscience.

73. Eisler, J., Leveugle, B., Ding, W., Fillit, H. 1994. Binding of endothelial cell heparan sulfate proteoglycans to the A4 peptide of Alzheimer's disease. International Perspectives in Glycobiology, Oxford, UK.

24

74. Fillit, H.M., Leveugle, B., Ding,W., Matic, M., Durkin, J.T., Siman, R., and Greenberg, B.D. 1994. Heparin increases the secretion of beta-secretase derived APP derivatives in neuroblastoma cells. Neurobiol. Aging 15:S62.

75. Singh,M., Paris,B., Devons,C., Zaghouani,H., Fillit,H. 1995. Study of hemagglutinin antibody response to influenza vaccination and its relationship to activity level and other coexisting conditions in elderly. Amer. Geriatr. Soc.

76. Leveugle, B., Ding, W., Dehouck, M., Cecchelli, R., Fillit, H.M. Polysulfated compounds for the treatment of Alzheimer's disease: I. Effect of heparin derivatives on APP metabolism and passage of these low molecular weight heparin fragments through the blood-brain barrier. Soc. for Neurosci. 21:209, 1995.

77. Fillit, H.M., Ding, W., Leveugle, B. Polysulfated compounds for the treatment of Alzheimer's disease: II- Inhibition of heparin binding to the beta-A4 peptide by low molecular weight heparin fragments. Soc. for Neurosci. 21:208, 1995.

78. Fillit, H.M. , Leveugle, B., Ding, W., Dehouck,M-P, Scanameo, A., Cecchilli,R. Preclinical development of low molecular weight polysulfated compounds for the treatment of amyloidosis in Alzheimer's disease and other disorders. Department of Medicine Research Day, The Mount Sinai Medical Center. 1995.

79. Fillit, H., Picariello, G., Warburton, S. Geriatric assessment in managed care: a program to assess over 70,000 Medicare risk HMO members. American Geriatrics Society. 1997.

80. Fillit, H., Orland, B., Graham, P., Sheng, E., Futterman, R. Polypharmacy in managed care: multiple medication use, health utilization and a program to promote appropriate prescribing in a Medicare risk HMO. American Geriatrics Society, 1997.

81. de Yebenes, E.G., Damani, T., Fillit, H.M., Blum, M. 1997. Regulation of heparan sulfate proteoglycan perlecan by interleukin-1beta. Society for Neuroscience.

82. Fillit, H. Futterman, R., Orland, B., Chim, T., Susnow, L., Picariello, G., Scheye, E., Spoeri, R., Roglieri, J., Warburton, S. 1999. Outcomes from a polypharmacy prevention program in Medicare managed care. American Geriatrics Society.

83. Small, G.W., Fillit, H. The impact of donepezil on burden, health-related expenses, and productivity of caregivers of patients with Alzheimer's disease. American Journal of Geriatric Psychiatry 2000; Fall (Suppl. 1): 5-6.

84. Fillit, H., Duttagupta, S., Brooks, R. 2000. Cholinesterase Inhibitor Therapy Lowers Caregiver Burden, Social Work 2000. The National Association of Social Workers.

85. Hill, J.W., Futterman, R., Duttagupta, S., Mastey, V., Fillit, H. 2001  The Impact of Donepezil Therapy on the Health Care Costs in a Medicare Managed Care Plan: Sustained therapy is associated with lower costs for Alzheimer's patients.  Academy for Health Services Research.

86. Hill, J.H., Futterman, R., Duttagupta, S., Vera, V., Lloyd, J.R. Fillit, H. 2001 Alzheimer's Disease and Related Dementias Increase the Costs of Comorbid Medical Conditions in Managed-Medicare.  Academy for Health Services Research.

87. Fillit, H. 2001.  Economics and pharmacoeconomics of Alzheimer's disease and related dementias. First International Symposium on Alzheimer's disease in the Middle East.

88. Hill, J.W., Fillit, H.  "Alzheimer's Disease and Related Dementias Increase Costs of Comorbid Conditions in Medicare Managed Care." Paper presented at the 2001 Scientific Assembly of the American Academy of Family Physicians, October 2001.

89. Hill, J.W., Fillit, H., 2002.  The relationship between functional impairment, health care costs, and risk of institutionalization in patients with Alzheimer's disease and other dementias: implications for pharmaceutical and caregiver interventions.  Assoc. Health Services Research.

90. Hill, J., Fillit, H. 2002.  Rivastigmine reduces caregiver burden in Alzheimer's disease.  Gerontology Society of America

91. Hill, J.W., Futterman, R., Duttagupta, S., Vera, V., Lloyd, J.R. Fillit, H. 2002. Alzheimer's disease increases the costs of comorbid medical conditions in managed-medicare.  WONCA Europe, London UK.

92. Fillit, H., Hill, J.W., Futterman, R., Lloyd, J.R. Mastey, V. 2002.  Alzheimer's disease increases healthcare utilization and costs in patients with common medical comorbidites.  7th International Geneva/Springfield Symposium on Advances in Alzheimer's Therapy, Geneva Switzerland.

93. Fillit, H., Hill, J.W., Futterman, R., Mastey, V. 2002.  Sustained donepezil therapy is associated with lower healthcar costs in a Medicare managed care plan.  8th International Conference on Alzheimer's Disease and Related Disorders, Stockholm Sweden.

94. Fillit, H., Hill, J.W., Futterman, R., Lloyd, J.R., Mastey, V. 2002.  Alzheimer's disease increases healthcare utilization and costs in patients with common medical comorbidites.  8th International Conference on Alzheimer's Disease and Related Disorders, Stockholm Sweden.

95. Fillit, H. Hill, J.W., Futterman, R., Lloyd, J.R. Mastey, V. 2002.  Alzheimer's Disease increases healthcare utilization and costs in patients with common medical comorbidites. J. Amer. Geriatr. Soc. 50:S107.

96. Fillit, H., Hill, J.W., Futterman, R. Mastey, V. 2002. Sustained donepezil therapy is associated with lower healthcar costs in a Medicare managed care plan. J. Amer. Geriatr. Soc. 50:S26.

97. Fillit, H. Hill, J. 2002. Economic and pharmacoeconomic perspectives on Alzheimer's disease and vascular dementia. Second International Congress on Vascular Dementia, Salzburg Austria.

98. Fillit. H. 2002. Costs of comorbid medical conditions are increased in Alzheimer's disease in medicare managed care. Amer. J. Geriatr. Psychiatr.10 : 58.

99. Hill, J. Sadik, K., Futterman, R., Fillit, H. 2002. The costs of vascular dementia in a Medicare managed care organization. 8th International Conference on Alzheimer's disease and Related Disorders, Stockholm Sweden.

100. Hill, J., Fillit, H., Futterman, R., Lloyd, J., Mastey, V. 2002. Alzheimer's disease increases the costs of comorbid conditions in managed-medicare. American Psychiatric Association.

101. Fillit, H., Hill, J., Futterman, R., Duttagupta, S., Mastey, V/, Lloyd, J. 2002. Alzheimer's disease increases costs of comorbid conditions in medicare-managed care. American Association for Geriatric Psychiatry.

102. Hill, J., Fillit, H., Futterman, R., Mastey, V. 2002. Sustained donepezil therapy use is associated with lower Alzheimer's disease related costs in a medicare managed care plan. American Association for Geriatric Psychiatry.

103. Fillit, H., Hill, J.W., R, Futterman., Mastey, V. 2002. Sustained donepezil treatment is associated with lower healthcare costs and utilization in community-dwelling patients with Alzheimer's disease. European Federation of Neurologic Societies.

10. Hill, J., Fillit, H., Futterman. R., Mastey, V. 2002. The impacet of donepizil on health care costs in a medicare managed care plan: sustained therapy is associated with lower costs. World Organization of Family Doctors Region Europe.

105. Hill., J., Fillit, H., Futterman, R., Mastey, V. 2002. The impact of donepizil on health care costs in a medicare managed care plan: sustained therapy is associated with lower costs. American Psychiatric Association.

106. Fillit, H., Hill, J., Futterman, R., Llyod, J., Mastey, V. 2002. The costs of comorbidities are increased in Alzheimer's disease in managed care-medicare. American Academy of Neurology.

107. Fillit, H., Hill, J., Futterman, R., Llyod J, Mastey, V. 2002. Costs of comorbidities in managed care-medicare are increased in Alzheimer's disease. Symposium of the American Medical Directors.

108. Fillit, H., Hill J. 2002. The costs of vascular dementia: a comparison with Alzheimer's disease. Third International Conference on Vascular Dementia.

109. Hill, J. Fillit, H. 2002. The impact of Alzheimer's disease on the costs os comorbid conditions: Implications for Parmacoeconomic analyses. Third Pharmacoeconomical Conference on Alzheimer's Disease.

110. Fillit, H., Hill, J., Futterman, R., Lloyd, J., and Mastey, V. 2002 Healthcare utilization and costs due to common medical comorbidities are increased in community-dwelling patients with Alzheimer's disease. European Federation of Neurologic Societies.

111. Fillit, H. 2003. Clinical and economic outcomes of long-term pharmacologic therapy in moderate-to-severe Alzheimer's disease. American Medical Directors Association 26th Annual Meeting.

112. Fillit H, Mohs R, Lewis B, Sewell M, Hill J, Mills C, Tsymuk M. 2003. A brief telephonic screen for cognitive impairment. American Geriatric Society.

113. Hill, J, Fillit, H, Futterman, R, Shah, S. 2004. Healthcare costs of vascular dementia in community-dwelling patients. 56th Annual Meeting of the American Academy of Neurology, San Francisco, CA

114. Hill, J, Fillit, H, Futterman, R, Shah, S. 2004. Healthcare costs of vascular dementia in community-dwelling patients. Annual Scientific Meeting of The American Geriatrics Society, Las Vegas, NV

115. Hill, J; Fillit, H; Futterman, R; Leaderer, M; Shah, S. 2004. Healthcare costs of vascular dementia in community-dwelling patients. 5th World Stroke Congress, Vancouver, B.C., Canada

116. Hill, J; Fillit, H; Futterman, R; Leaderer, M; Shah, S. 2004. Healthcare costs of vascular dementia in community-dwelling patients. Annual Meeting of the American Association for Geriatric Society, Baltimore, MD

117. Hill, J; Fillit, H; Futterman, R; Leaderer, M; Shah, S. 2004. Healthcare costs of vascular dementia in community-dwelling patients. American Medical Directors Association's 27th Annual Symposium, Phoenix, AZ

118. Hill, J; Fillit, H; Futterman, R; Leaderer, M; Shah, S. 2004. Healthcare costs of vascular dementia in community-dwelling patients. 157h Annual Meeting of the American Psychiatric Association, New York, NY

28

119. Hill, J; Fillit, H; Futterman, R; Leaderer, M; Shah, S. 2004.  Healthcare costs of vascular dementia in community-dwelling patients. <u>Alzheimer's Disease and Associated Disorders</u>, Philadelphia, PA

120. Hill, J; Fillit, H; Futterman, R; Leaderer, M; Shah, S. 2004.  Healthcare costs of vascular dementia in community-dwelling patients. <u>European Federation of Neurological Societies</u>, Paris France

121. Petanceska, S., DeRosa, S., Diaz, N, Sharma, A, Adams, A, Refolo, L, Fillit, H. 2004. Low molecular weight heparin reduces soluble brain amyloid beta in a transgenic mouse model of Alzheimer's amyloidosis, <u>Society for Neuroscience</u>.

122. Hill, J.  McVay, JM,  Walter-Ginzburg, A., Mills, CS, . Lewis, J., Lewis, BE, and Fillit, H. 2005. Validation of a 3-Item Dementia Screening Instrument Administered by Telephone for Use in Medicare Managed Care, <u>Gerontological Society of America,</u> Washington DC. <u>The Gerontologist</u> 44: 2004.

123. Fillit, H. 2005. Pharmacoeconomics of Dementia in clinical trials. <u>Sixth International Congress on Alzheimer's disease and Parkinson's disease</u>, Sorrento, Italy.

124. Fillit, H. 2005. <u>Apolipoprotein E therapeutics</u>. Stockholm, Sweden

125.  Hill, J. and Fillit, H. 2003. The Relationship Between Functional Impairment and Health Care Costs for Patients with Alzheimer's Disease and Other Dementias. <u>American Association of Geriatric Psychiatry.</u>

126. Simon, E., G. Doniger, and H. Fillit. 2005. Improved screening instrument for MCI and Dementia in the community, <u>Alzheimer's Association International Conference on Prevention of Dementia: Early Diagnosis and Intervention,</u> Washington, DC.

127. Fillit, H, and Hill, J. 2005. The economics and pharmacoeconomics of mild cognitive impairment. <u>Alzheimer's and dementia</u>. 1:S101.

**REVISED EXHIBIT B FOR OPENING EXPERT REPORT OF DR. HOWARD M. FILLIT**

Documents

1.    '318 Patent [JAN RAZ-0000001 - JAN RAZ-0000003]

2.    Prosecution History of the '318 Patent as presented by the PTO [JAN RAZ-0000004 - JAN RAZ-0000256]

3.    Defendant Alphapharm Pty., Ltd's Objections and Responses to Plaintiffs' Second Set of Interrogatories (Nos. 4-8).

4.    Defendants Mylan Pharmaceuticals Inc.'s and Mylan Laboratories Inc.'s Objections and Responses to Plaintiffs' Second Set of Interrogatories (Nos. 4-8).

5.    Defendants Teva Pharmaceuticals USA Inc.'s and Teva Pharmaceutical Industries Ltd.'s Objections and Responses to Plaintiffs' Second Set of Interrogatories (Nos. 4-9).

6.    Paragraph IV Notice Filed by Alphapharm [JAN RAZ-0001032 - JAN RAZ-0001060]

7.    Paragraph IV Notice Filed by Barr [JAN RAZ-0001061 - JAN RAZ-0001080]

8.    Paragraph IV Notice Filed by Dr. Reddy's [JAN RAZ-0001002 - JAN RAZ-0001031]

9.    Paragraph IV Notice Filed by Mylan [JAN RAZ-0000955 - JAN RAZ-0000976]

10.    Paragraph IV Notice Filed by Par [JAN RAZ-0001081 - JAN RAZ 0001106]

11.    Paragraph IV Notice Filed by Purepac [JAN RAZ-0000977 - JAN RAZ-0001001]

12.    Paragraph IV Notice Filed by Teva [JAN RAZ-0000937 - JAN RAZ-0000954]

13.    Deposition transcript of Dr. Bonnie Davis (February 8-9, 2006) and Exhibits

14.    Deposition transcript of Dr. Kenneth Davis (February 14, 2006) and Exhibits

15.    Johnson & Johnson Pharmaceutical Research & Development Medical Report, Justification for Claim that Galantamine Functions as an Allosteric Potentiating Ligand (APL) on Nicotinic Receptors at [JAN RAZ-0188028- JAN RAZ-0188042].

*Publications*

1.    Albuquerque EX. Alkondon M, Pereira EF, Castro N, Schrattenholz A., Barbosa C. Bonfante-Cabarcas R., Aracava Y, Eisenberg H, Maelicke A (1996a): Properties of neuronal nicotinic acetylcholine receptors, pharmacological characterization and madutation of synaptic function. J Pharmacol Em Therap. 280: 1117-1136.

2.    Albuquerque EX, Pereira EFR. Alkondon M. Eisenberg HM, Maelicke A (2000): Neuronal nicotinic receptors and synaptic transmission in the mammalian central nervous system. In: Handbook of Experimental Pharmacology, VOL 1M: Neuronal nicotinic receptors, as: Clementi F, Fornasari D, Golli C, Springer Berlin, pp 337-358.

3. Alkondon M. Pereira EFR. Cortes WS, Maelicke A, Albuquerque. EX (1997): Choline is a selective agonist of α7 nicotinic acetylcholine receptors. Eur. J. Neurosci. 9: 2734-2742.

4. Alkondon M, Pereira EFR, Eisenberg HM, Albuquerque EX (1999): Choline and selective antagonists identify two subtypes of nicotinic acetylcholine receptors that modulate GABA release from CAI interneurons in rat hippocampal slices. J Neurosci 19: 2693-2705.

5. Alkondon M, Braga MFM, Periera EFR, Maelicke A, Albuquerque EX (2000b) α7 Nicotinic acetylcholine receptors and modulation of gabaergic synaptic transmission in the hippocampus. Eur J Pharmacol 393: 59-67.

6. Antidementia Drug Assessment Symposium, Department of Health and Human Services Public Health Service, Food and Drug Administration, Peripheral and Central Nervous System Drugs Advisory Panel (June 15, 1989, transcript).

7. Bartus et al., "Cholinergic Hypothesis: Its History and Future," in Annals of the New York Academy of Science, 332-358, vol. 444 (1985).

8. Bergamini V and Baggiore P, La lussazione congenita dell'anca, problema di importanza sociale (1960): Neurology Minerva Medice p. 3553-3558.  (English version)

9. Bickel U, Thomsen T, Fischer JP, Weber W. Kewitz H (1991): Galantmine: phamacokinetics, tissue distribution and cholinesterase inhibition in brain of mice. Neuropharmacology (1991) 30: 447-454.

10. Blessed, G. et al., "The Association Between Quantitative Measures of Dementia and of Senile Change in the Cerebral Grey Matter of Elderly Subjects," British Journal of Psychiatry 114:797-811 (1968)

11. Bores GM, Huger FP, Petko W et al (1996): Pharmacologic evaluation of novel Alzheimer's disease therapeutics: acetylcholinesterase inhibitors related to galantamine. JPET 277: 728-738.

12. Darreh-Shori T (2000): Abstract 15A. Sixth International Stockholm/Springfleid Symposium on Advances in Alzheimer Therapy. Stockholm, Sweden, p. 204.

13. Fillit, H.M., et. al., "Hormonal Therapy for Alzheimer's disease" In Treatment Development Strategies for Alzheimer's disease, edited by T. Crook, R. Bartus, S. Ferris, and S. Gershon, Mark Powley Assoc., Madison, CT, pp. 311-336 (1986).

14. Fillit, H., et al., "Observations in a Preliminary Open Trial of Estradiol Therapy for Senile Dementia-Alzheimer's Type," Psychoneuroendocrinology 11:337-345 (1986)

15. Hollister, L.E., "Survey of Treatment Attempts in Senile Dementia of the Alzheimer Type," in C.G. Gottfries, ed. "Normal Aging, Alzheimer's Disease and Senile Dementia: Aspects on Etiology, Pathogenesis, Diagnosis and Treatment," 281-86 (Editions de l'Universite de Bruxelles: 1985).

16. Kaufer D, Friedman A., Seidman S., Soreq H (1998): Acute stress facilitates long-lasting changes in cholinergic gene expression. Nature 393: 373-377.

17. Kihara T, Shimohama S, Urushitaml M, Sawada H, Kimura J, Kume T, Maeda T. Abide A (1998): Stimulation of $\alpha 4\beta 2$ nicotinic receptors inhibits $\beta$-amyloid toxicity. Brain Res. 792: 331-334.

18. Kosasa T, Kuriya Y, Matsui K, Yamanishi Y (2000): Inhibitory effect of orally administered donepezil hydrochloride (E2020). a novel treatment for Alzheimer's disease, on cholinesterase activity in rats. Eur J Pharmacol 389: 173-179.

19. Kostowski W. and Gumulka W (1968): Note On The Ganglionic and Central Actlons of Galantamine. Int. J Neuropharmacol 7: 7-14.

20. Krause RM, Buisson B., Bertrand S, Corringer PJ., Galzi JL., Changeux JP, Bemand D (1998): Ivermectin: A positive allosteric effector of the $\alpha 7$ neuronal nicotinic acetylcholine receptor. Mol Pharmacol 53: 283-294.

21. Leber, Paul Guidelines for the Clinical Evaluation of Antidementia Drugs (Nov. 8, 1990).

22. Maelicke A, Schrattenholz A, Schröder H (1995): Modulatory control by non-competitive agonists of nicotinic cholinergic neurotransmission in the central nervous system. Seminars Neurosci 7: 103-114.

23. Maelicke A, Albuquerque EX (1996) New approach to drug therapy in Alzheimer's dementia. Drug Disc Today 1: 53-59.

24. Maelicke A, Albuquerque EX (2000) Allosteric modulation of nicotinic acetylcholine receptors as a treatment strategy for Alzheimer's disease. Eur J Pharmacol 393: 165-170.

25. Maelicke A., (2000) Allosteric modulation of nicotinic receptors as a treatment strategy for Alzheimer's disease, Dement Geriatr Cog Disord 11: 71-18.

26. Maelicke A, Schrattenholz A, Albuquerque EX (2000a) Neuronal nicotinic acetylcholine receptors in non-neuronal cells, expression and renaturation of ligand binding domain and modulatory control by aitostencally acting ligands. In: Handbookof Pharmacology (eds. Clamenti F, Fornasari D, Coni C). Springer Berlin, vol 144: 477-496.

27. Maelike A, Schrattenholz A, Samochocki M, Radina M. Albuquerque EX (2000b): Allosterically potentiating ligands of nicotinic receptors as a treatment strategy for Alzheimer's disease. Behav Brain Res. 113: 199-206.

28. Maelicke A, Samcchocki M, Albuquerque EX. Jostok A, Zerlin M (2001): Allosteric sensitization of human nicotinic receptors by galantamine, a new treatment strategy for Alzheimer's disease. JNS 187: S56.

29. Marks MJ. Pauly JR, Gross SD, Deneris ES, Hermans-Borgmeyer I, Heinemann SF. Collins. AC (1992): Nicotine binding and nicotinic receptor subunit RNA after chronic nicotine treatment. J Neurosci. 12: 2765-2784.

30. Martin-Ruiz CM. Court JA, Molnar E, Lee M. Goni C. Mamalaki A, Tsouloufis T, Tzartos S, Ballard C, Perry RH., Perry EK (1999): α4 but not α3 and α7 nicotinic acetylcholine receptor subunits are lost from the temporal cortex in Alzheimer's disease. J Neurochem 73: 1635-1640.

31. Newhouse PA. SunderiandT, Tariot PN. Blumhardt CL, Weingartner H. Mellow A., et al. (1988): Intravenous nicotine in Alzheimer's disease: a pilot study. Psychopharmacolagy 95: 171-1 75.

32. Newhouse PA. Potter A, Corwin J. Lenox R (1994): Age-related effects of the nicotinic antagonist mecamylamine on cognition and behavior. Neuropsychopharmacology 10: 93-107.

33. Newhouse PA, Potter A, Levin ED (1997): Nicotinic system involvement in Alzheimer's and Parkinson's diseases. Implications for therapeutics. Drugs Aging 11: 206-228.

34. Nordberg A. Lundqvist A, Hartvig P (1895): Kinetic analysis of regional (s)(-)"c-nicotine binding in normal and Aizheimer brains: in vivo assessment using positron emission tomography. Alzheimer Dis Assoc Disord 9: 21-27.

35. Nordberg A, Winblad B (1986): Reduced number of ($^3$H) nicotine and ($^3$H) acetylcholine binding sites in the frontal cortex of Alzheimer brains. Neurosci Len 72: 115-119.

36. Nordberg A. Nilsoon-Haakansson L, Adem A. Hardy J. Alafuzoff I, Lai I. Herrera-Marschitz M. Winblad B (1989) The role of nicotinic receptors in the pathophysiology of Alzheimer's disease. Pmg. Brain Res. 79: 353-362.

37. Peng X. Gemnich V, Anand R. Wang F, Lindstrom J (1997): Chronic nicotine treatment up-regulates α3 AchRs and α7 AChRs expressed by the human neuroblastoma cell line SH-SY5Y. Mol. Pharmacol. 51: 778-784.

38. Pereira EFR, Reinhardt-Maelicke S, Schrattenholz A. Maelicke A, Albuquerque EX (1993): Identification and functional characterization of a new agonisf site on nicotinic acetylcholine receptors of cultured hippocampal neurons. J. Pharmacol. Exp. her. 265: 1474-1491.

39. Pereira EFR, Alkondon M. Reinhardt S. Maelicke A, Peng X. Lindstrom J, Whiting P, Aibuquerque EX (1994): Physostigmine and galanthamine: probes for a novel binding site on the α4β2 subtype of neuronal nicotinic acetylcholine receptors stably expressed in fibroblast cells. J. Pharmacol. Exp. mer, 270: 768-778.

40. Perry E, Morris C. Court J. Cheng A. Fairbaim A. McKeith I, Irving D, Brown A, Perry R (1995): Alteration in nicotine binding sites in Parkinson's disease. Lewy Body Dementia and Alzheimer's disease, possible index of early neuropathology. Neuroscience 64: 385-395.

41. Perry DC, Dávila-Garcia MI, Stockmeier CA, Kellar KJ (1999): Increased nicotinic receptors in brains from smokers: membrane binding and autoradiography studies. J Pharmacol Exp Ther 289: 1545-1552.

42. Potter A, Cowin J, Lang J. Piasecki M. Lenox R, Newhouse PA (1 999): Acute effects of the selective cholinergic channel activator (nicotinic agonist) ABT-418 in Alzheimer's disease. Psychopharmacology 142: 334-342.

43. Prozorovskii, V. B. (1969): Sensitization of Cholinergic Receptors of Striped Muscle To Acetylcholine. Byull. Eksp. Biol. Med. 67:56-59.

44. Revelli U and Grasso, E (1967): Nivaline Therapy (Galanthus Nivalus) in Poliomyelitic Diseases, Minerva Medica, 58: 3242-3245.

45. Rinne JO (2000): Sixth International Stockholm/Springfield Symposium on Advances in Alzheimer Therapy, Stockholm, Sweden, p.130.

46. Sabey K, Paradiso K, Zhang J, Steinbach JH (1999): Ligand binding and activation of rat nicotinic $\alpha 4\beta 2$ receptors stably expressed in HEK293 cells. J. Pharfnami. Exp. mer. 55: 58-66.

47. Sabbagh MN, Reid RT, Corey-Bloom J, Rao TS, Hansen LA, Alford M, Masliah E. Adem A. Lloyd GK. Thal W (1998): Correlation of nicotinic binding with neurochemical markers in Alzheimer's disease. J. Neural. Transm 105: 709-717.

48. Santos MD, Alkondon M. Aracava Y, Eisenberg HM, Maelicke A, Albuquerque EX (2OOOa) Effects of pyridostigmine and galanthamine on synaptic transmission in the mammalian central nervous system. Soc Neurosci Abstr (in press).

49. Schrattenholz A. Pereira EFR, Roth U, Weber KH, Albuquerque EX. Maelicke A (1996): Agonist responses of neuronal nicotinic receptors are potentiated by a novel class of allosterically acting ligands. Mot. Pharmacol. 49: 1-6.

50. Schrattenholz A, Godovac-Zimmermann J, Schafer HJ. Albuquerque EX, Maelicke A (1993) Photoaffinity labeling of Torpedo acetylcholine receptor by physostigmine. Eur J Biochem 216: 671-677.

51. Schröder H, Giambini E, Struble RG, Zilles K. Maelicke A (1991): Nicotinic cholinoreceptive neurons of the frontal cortex are reduced in Alzheimer's disease. Neurobiol. Aging 12: 269-262.

52. Schröder B. Reinhardt S. Schrattenholz A, McLane KE. Kretschmer A. Conti-Tronconi BM, Maeiicke A (1994): Monoclonal antibodies FK1 and WF6 define two neighboring ligand binding sites on Torpedo acetylcholine receptor o-polypeptide. J Biol. Chem. 269: 10407-10416.

53. Stojanov EA (1965): European Trends in Anesthesiology (O Mayerhofer, ed.) international Anesthesiology Clinics, Little, Brown & Co. Boston, Vol 3: 675-685.

54. Storch A. Schrattenholz A. Cooper JC. Abdel Ghani M, Gutbrod O. Weber K-H, Reinhardt S, Lobron C, Hemen B. SoskicV, Pereira EFR. Albuquerque EX, Menthfessel C. Maelicke A (1995): Physostigmine, galanthamine and codeine act as noncompetitive nicotinic agonists on clonal rat pheochromocytoma cells. Eur J Pharmacol. 290: 207-219.

55. Svenssson AL, Nordberg A (1996): Tacrine interacts with an allosteric activator site on $\alpha 4\beta 2$ nAChRs in M10 cells. Neuroreport 7: 2201-2205.

56. Swaab, D.F.et. al. "Clinical strategies in the treatment of Alzheimer's Disease" in Progress in Brain Research, vol. 70 (1986 Elsevier Science Publishers), 413-427.

57. Tariot et al., "Multiple-Dose Arecoline Infusions in Alzheimer's Disease," Arch Gen Psychiatry, 45: 901-905 (1988).

58. Taylor P (1998): Goodman and Gilman's The Pharmacological Basis of Therapeutics. 9th edition (Hardman JG. Gilman AG. Limbird LE, eds.) McGraw-Hill. New York, p. 165.

59. Thomsen T, Kaden B, Fischer, JP, Bickel, U, Ban, Gusztony G, Cervos-Navarro J, Kewitz, H (1991): Inhibition of acetylcholinesterase activity in human brain tissue and erythrocytes by galantamine, physostigmine and tacrine. Eur J Clin Chem Clin Biochem (1991) 29:487-492.

60. Tiseo PJ, Rogers SL, Friedhoff LT (1998): Pharmacokinetic and pharmacodynamic profile of donepezil HCl following evening administration. Brit J Clin Pharm (1998) 46, Suppl 1:13-18.

61. Ueda M, Matsumura S., Kimoto S., Matsuda S. (1962): Studies on the Anticholinesterase and Twitch Potentiation Activities of Galantamine. Jap J Pharmacol. 12: III-119.

62. Vincent GP. Pietrusiak N. Rumennik L. Sepinwall J. (1988): The effects of galanthamine, an acetylcholinesterase inhibitor, on learning and memory in mice and monkeys. Sac Neurosci Abstr 27.12.

63. Wang HY, Lee DSH. D'Andrea MR, Peterson PA, Shank RP, Reitz AB (2000): $\beta$-Amyloid$_{1-42}$ bind to $\alpha 7$ nicotinic acetylcholine receptor with high affinity. J. Bioi. Chem. 275: 5626-5632.

64. Warpman U. Nordberg A (1995): Epibatidine and ABT 418 revsal selective losses of a4$\beta$2 nicotinic receptors in Alzheimer brains. Neuroreport 6: 2419-2423.

65. Whitehouse PJ. Hedreen JC. White CL III, Price DL (1983): Basal forebrain neurons in the dementia of Parkinson disease. Ann. Neurol 13: 243-248.

66. Whitehouse PJ. Martino AM, Antuono PG et al. (1986): Nicotinic acetylcholine binding sites in Alzheimer's disease. Brain Res. 1, 55-65.

67. Wilcox, et. al, "A Long-Term Comparison of Galantamine and Donepezil in the Treatment of Alzheimer's Disease," Drugs Aging 2003:20(10):777-789.

68. Wilson AL. Langley LK, Monley J, Bauer T, Rottunda S. McFalls E, Kovera C, McCarten JR (1995): Nicotine patches in Alzheimer's disease: pilot study on learning, memory and safety. Pharmacol Biochem Behav 51: 509-514.

69. Wislicki L (1967): Nivalin (Galanthamine Hydrobromide). An Additional Decurarizing Agent, Some Introductory Observations, Brit J. Anaesth. 39: 963-968.

70. Wonnawn S, Marks MJ (1998): Nicotine: not just for cigarettes anymore. Drug Discovery Today 4(11): 490-492.

71. Zwart R, Vijverberg HPM (1997): Potentiation and inhibition of neuronal nicotinic receptors by atropine: competitive and noncompetitive effects. Md Pharmacol 52: 886-895.

65. Whitehouse PJ. Hedreen JC. White CL III, Price DL (1983): Basal forebrain neurons in the dementia of Parkinson disease. Ann. Neurol 13: 243-248.

66. Whitehouse PJ. Martino AM, Antuono PG et al. (1986): Nicotinic acetylcholine binding sites in Alzheimer's disease. Brain Res. 1, 55-65.

67. Wilcox, et. al, "A Long-Term Comparison of Galantamine and Donepezil in the Treatment of Alzheimer's Disease," Drugs Aging 2003:20(10):777-789.

68. Wilson AL. Langley LK, Monley J, Bauer T, Rottunda S. McFalls E, Kovera C, McCarten JR (1995): Nicotine patches in Alzheimer's disease: pilot study on learning, memory and safety. Pharmacol Biochem Behav 51: 509-514.

69. Wislicki L (1967): Nivalin (Galanthamine Hydrobromide). An Additional Decurarizing Agent, Some Introductory Observations, Brit J. Anaesth. 39: 963-968.

70. Wonnawn S, Marks MJ (1998): Nicotine: not just for cigarettes anymore. Drug Discovery Today 4(11): 490-492.

71. Zwart R, Vijverberg HPM (1997): Potentiation and inhibition of neuronal nicotinic receptors by atropine: competitive and noncompetitive effects. Md Pharmacol 52: 886-895.