3. Beck JC, Abrass I, Burton J, Small G, Cummings JL, Makinodon T (eds). Yearbook of Geriatrics and Gerontology 1990. Year Book Medical Publications, New York, 1990.

4. Beck JC, Abrass IB, Burton JR, Cummings JL, Makinodan T, Small GW (eds). Yearbook of Geriatrics and Gerontology. Year Book Medical Publications, New York, 1991.

5. Beck JC, Abrass IB, Burton JR. Cummings JL, Makinodan T, Small GW (eds). Yearbook of Geriatrics and Gerontology 1992. Mosby Year Book, Chicago, 1992.

Articles
1. Cummings JL. Spontaneous nystagmus: a clinical approach. Hartford Hosp Bull 1974; 29:451-457.

2. Cummings JL, Sonntag VKH, Scott RM. Ascites complicating ventriculoperitoneal shunting in an adult. Surg Neurol 1976; 6:136.

3. Cummings JL, Greenberg R. Sleep patterns in the "locked-in" syndrome. EEG Clin Neurophysiol 1977; 43:270-271.

4. Tarsy D, Mahoney JF, Cummings JL. Physostigmine in Wilson's disease. Ann Neurol 1978; 3: 372-373.

5. Cummings JL, Oppenheimer EY, Hochman HI. Tuberous sclerosis. Am J Dis Child 1978; 132:1215-1216.

6. Cummings JL, Benson DF, Walsh MJ, Levine HL. Left to right transfer of cerebral dominance: case study. Neurology 1979; 29:1547-1550.

7. Milberg W, Goodglass H, Cummings J, Kaplan E. A global sequential processing disorder following head trauma: possible role of the right hemisphere in serial order behavior. J Clin Neuropsychol 1979; 1: 213-225.

8. Landis T, Cummings JL, et Benson DF. Le transfert de la dominance du language de l'hemisphere gauche a l'hemisphere droite; une explication possible concernant la restruction tardive d'aphasie globale. Medicale de la Suisse Romande 1980; 100:171-178.

9. Cummings JL, Benson DF, LoVerme S, Jr. Reversible dementia: illustrative cases, definition, and review. JAMA 1980;243:2434-2439.

10. Cummings JL, Hebben NA, Obler L, Leonard P. Nonaphasic misnaming and other neurobehavioral features of an unusual toxic encephalopathy: case study. Cortex 1980; 16:315-323.

11. Trimble M, Cummings JL. Neuropsychiatric disturbances following brainstem lesions. Br J Psychiatry 1981; 138:56-59.

12. Cummings JL, Gittinger W, Jr. Central dazzle: a thalamic syndrome? Arch Neurol 1981; 38:372-374.

13. Cummings JL, Duchen LW. The Kluver-Bucy syndrome in Picks disease. Neurology 1981; 31:1415-1422.

14. Cummings JL, Syndulko K, Goldeberg F, Trieman D. Palinopsia reconsidered. Neurology 1982; 32:444-447.

15. Benson DF, Cummings JL, Tsai SY. Angular gyrus syndrome simulating Alzheimer's disease. Arch Neurol 1982; 39:616-620.

16. Cummings JL, Gosenfeld LF, Houlihan JP, McCaffrey T. Calcification of the basal ganglia: case report and review. Biol Psychiatry 1983; 18:591-601.

17. Cummings JL, Benson DF, Houlihan JP, Gosenfeld LF. Mutism: loss of neocortical and limbic vocalization. J Nerv Ment Dis 1983; 4:255-259.

18. Lilly R, Cummings JL, Benson DF, Frankel M. Clinical features of the human Kluver-Bucy syndrome. Neurology 1983; 33:1141-1145.

19. Benson DF, Kuhl DE, Hawkins RA, Phelps ME, Cummings JL, Tsai SY. The fluorodeoxyglucose 18Fscan in Alzheimer's disease and multi-infarct dementia. Arch Neurol 1983; 40:714.

20. Frankel M, Cummings JL. Neuro-ophthalmic abnormalities in Gilles de la Tourette syndrome: functional and anatomic complications. Neurology 1984; 34:359-361.

21. Cummings JL. Dementia definition, classification and differential diagnosis. Psychiatry Ann 1984; 14:85-89.

22. Cummings JL, Tomiyasu U, Read S, Benson DF. Amnesia with hippocampal lesions after cardiopulmonary arrest. Neurology 1984; 34:679-681.

23. Cummings JL, Mendez F. Secondary mania with focal cerebrovascular lesions. Am J Psychiatry 1984; 141: 1084-1087.

24. Cummings JL, Benson DF. Subcortical dementia: review of an emerging concept. Arch Neurol 1984; 41:874-879.

25. Mendez MF, Cummings JL, Benson DF. Epilepsy: psychiatric aspects and use of psychotropics. Psychosomatics 1984; 25:883-879.

26. Cummings JL, Benson DF, Hill MA, Read S. Aphasia in dementia of the Alzheimer type. Neurology 1985; 35:394-397.

27. Cummings JL. Organic delusions: phenomenology, anatomical correlations and review. Br J Psychiatry 1985; 146:184-197.

28. Cummings JL. Psychosomatic aspects of movement disorders. Adv Psychosomatic Med (Interface between neurology and psychiatry), M. Trimble, ed. 1985; 13:111-132.

29. Cummings JL. Treatable dementias: differential diagnosis and obstacles to recognition. Clin Ther 1985;7:480-486.

30. Cummings JL, Benson DF. How to differentiate among dementia syndromes. Diagnosis 1985; 7:103-108.

31. Cummings JL, Benson DF. Which symptoms of impairment point to Alzheimer's? Diagnosis 1985; 7:36-50.

32. Cummings JL, Frankel M. Gilles de la Tourette syndrome and the neurologic basis of obsessions and compulsions. Biol Psychiatry 1985;20:1117-1126.

33. Cummings JL. Language alterations in Alzheimer's disease. Bull Clin Neurosci 1985;50:3-4.

34. Landis T, Cummings JL, Benson DF, Palmer P. Loss of topographic familiarity: an environmental agnosia. Arch Neurol 1986; 43:132-136.

35. Cummings JL. Organic psychoses: secondary mania and schizophrenia-like disorders. Psychiatr Clin North Am. (Neuropsychiatry), Restak R, ed. 1986; 9:378-382.

36. Frankel M, Cummings JL, Robertson MM, Trimble MR, Hill MA, Benson DF. Obsessions and compulsions in Gilles de la Tourette syndrome. Neurology 1986; 36:378-382.

37. Cummings JL, Benson DF. Dementia of the Alzheimer type: an inventory of diagnostic clinical features. J Am Geriatr Soc 1986; 34:12-19.

38. Miller BL, Jenden DJ, Cummings JL, Read S, Rice K, Benson DF. Abnormal erythrocyte choline and influx in Alzheimer's disease. Life Sci 1986; 38:485-490.

39. Shapira J, Schlesinger R, Cummings JL. Distinguishing dementias. Am J Nurs 1986; 86:698-702.

40. Miller BL, Benson DF, Cummings JL, Neshkes R. Late-life paraphrenia: an organic delusional syndrome. J Clin Psychiatry 1986; 47:204-207.

41. Davis J, Cummings JL, Malin BD, Garrick T. Prolonged psychosis with first rank symptoms following metrizamide myelography. Psychosomatics 1986; 27:373-375.

42. Cummings JL, Benson DF, Arthur RJ. Neuropsychiatry and behavioral neurology in the VA: the Brentwood model. VA Practitioner 1986; 3:62-71.

43. Landis T, Cummings JL, Christen L, Bogen JE, Imhof HG. Are unilateral right posterior cerebral lesions sufficient to cause prosopagnosia? Clinical and radiological findings in six additional patients. Cortex 1986; 22:243-252.

44. Mendez MF, Cummings JL, Benson DF. Depression in epilepsy: significance and phenomenology. Arch Neurol 1986; 43:766-770.

45. Cummings JL, Barrett C, Horan M. Delusions induced by procaine penicillin: case report and review of the syndrome. Int J Psychiatry Med 1986-1987; 16:163-168.

46. Cummings JL, Houlihan JP, Hill MA. The pattern of reading deterioration in dementia of the Alzheimer type observations and implications. Brain Lang 1986; 29:315-323.

47. Cummings JL. Subcortical dementia: neuropsychology, neuropsychiatry, and pathophysiology. Br J Psychiatry 1986; 149:682-697.

48. Altshuler L, Cummings JL, Mills MJ. Mutism: review, differential diagnosis, and report of twenty-two cases. Am J Psychiatry 1986;143: 1409-1414.

49. Miller BL, Cummings JL, McIntyre H, Ebers G, Grode M. Hypersexuality or altered sexual preference following brain injury. J Neurol Neurosurg Psychiatry 1986; 49:867-873.

50. Mendez MF, Cummings JL, Benson DF. Psychotropic drugs and epilepsy. Stress Med 1986;2:325-332.

51. Cummings JL, Benson DF. The role of the nucleus basalis in the dementias: review and reconsideration. Alzheimer Dis Assoc Disord 1987;1:128-145.

52. Mahler ME, Cummings JL, Benson DF. Treatable dementias. West J Med 1987;40:705-712.

53. Read LS, Cummings JL. Alzheimer's disease: past, present, and future. Hosp Ed 1987;(Supplement):63-84.

54. Cummings J, Miller LB. Visual hallucinations: clinical occurrence and use in differential diagnosis. West J Ed 1987;146:46-51. Partially reprinted in Emerg Med and reviewed on National Physician's Radio.

55. Cummings JCL. Multi-infarct dementia: diagnosis and management. Infarctions produce 20% to 35% of severe dementia cases. Psychosomatics 1987;28:117-119, 123-126.

56. Mahler M, Cummings JL, Tomiyasu U. Atypical dementia syndrome in an elderly man. J Am Geriatr Soc 1987;35:1116-1126.

57. Signer SF, Cummings JL. De Clerambault's syndrome in organic affective disorder: two cases. Br J Psychiatry 1987;151:404-407.

58. Cummings JL. Dementia syndromes: neurobehavioral and neuropsychiatric features. J Clin Psychiatry 1987;48:3-8.

59. Cummings JL, Miller BL, Hill MA, Neshkes R. Neuropsychiatric aspects of multi-infarct dementia and dementia of the Alzheimer type. Arch Neurol 1987;44:389-393.

60. Cummings JL. Obsessions and compulsions in Gilles de la Tourette syndrome. Prog Clin Neurosci 1987;2:131-140.

61. Cummings JL, Benson DF. Dementia principles of diagnosis and management. The Older Patient 1987;23-28.

62. Cummings JL, Zarit J. Probable Alzheimer's disease in an artist. JAMA 1987;258:2731-2734. Reprinted in Chinese JAMA 1988;6:88-92.

   Partially reprinted in the New York Times, International Tribune, and Der Spiegel.

63. Cummings JL, Read SL. Multi-infarct dementia. Hosp Med 1988;November: 25-42.

64. Cummings JL, Benson DF. Psychological dysfunction accompanying subcortical dementias. Ann Rev Med 1988;39:53-61.

65. Cummings JL. Intellectual impairment in Parkinson's disease: clinical, pathologic, and biochemical correlates. J Geriatr Psychiatry Neurol 1988;1:24-36.

66. Cummings JL. The dementias of Parkinson's disease: prevalence, characteristics, neurobiology, and comparison with dementia of the Alzheimer type. Europ Neurol 1988;28:15-23.

67. Friedlander AH, Mills MJ, Cummings JL. Consent for dental therapy in severely ill patients. Oral Surg Oral Med Oral Pathol 1988;65:179-182.

68. Van Lancker DR, Cummings, JL, Kreiman J, Dobkin BH. Phonognosia: a dissociation between familiar and unfamiliar voices. Cortex 1988;24:195-209.

69. Trautner R, Cummings JL, Read S, Benson DF. Idiopathic basal ganglia calcification and organic mood disorder. Am J Psychiatry 1988;145:350-353.

70. Cummings JL, Darkins A, Mendez M, Hill MA, Benson DF. Alzheimer's disease and Parkinson's disease: comparison of speech and language alterations. Neurology 1988;38:680-684.

71. Powell AL, Cummings JL, Hill MA, Benson DF. Speech and language alterations in multi-infarct dementia. Neurology 1988;38:717-719.

72. Altshuler L, Cummings JL, Bartzokis G, Hill MA, May PPA. Lateral asymmetries of tardive dyskinesia in schizophrenia. Biol Psychiatry 1988;24:83-86.

73. Cummings JL, Wirshing W. Brentwood Movement Disorders Laboratory: Quantitative neuropsychiatry in the service of patient care. VA Practitioner 1988;5:99-104.

74. Reichman WE, Cummings JL. Dementia syndromes clinical features and differential diagnosis. World J Psychosynth 1987/88;18:15-22.

75. Mahler M, Cummings JL. Dementia: look for a treatable cause. Diagnosis 1988;10:64-76.

76. Cummings JL. Movement disorders: causes, effects, treatments. The Older Patient 1988;2:21-26.

77. Cummings JL. Organic psychosis. Psychosomatics 1988;29:16-26.

78. Schwartz J, Cummings JL. Psychopathology and epilepsy: a consultation liaison experience. Psychosomatics 1988;29:295-300.

79. Aharon-Peretz J, Cummings JL, Hill MA. Vascular and Alzheimer's type dementias: comparison of ventricular measures and leuko-araiosis. Arch Neurol 1988;45:719-721.

80. Davis RJ, Cummings JL. Clinical variants of tardive dyskinesia. Neuropsychiatry Neuropsychol Behav Neurol 1988;1:31-38.

81. Flynn FG, Cummings JL, Tomiyasu U. Altered behavior associated with damage to the ventromedial hypothalamus: a distinctive syndrome. Behav Neurol 1988;1:49-58.

82. Davis JL, Cummings JL, Hierholzer RW. Tardive dystonia: clinical spectrum and novel manifestations. Behav Neurol 1988;1:41-47.

83. Petry S, Cummings JL, Hill MA, Shapira J. Personality alterations in dementia of the Alzheimer type. Arch Neurol 1988;45:1187-1190.

84. Cummings JL. Focal and asymmetric presentations of Alzheimer's disease. Bull Clin Neurosci 1988;53:5-9.

85. Sultzer D, Cummings JL. Drug-induced mania: causative agents, clinical characteristics and management. A retrospective analysis of the literature. Med Toxicol 1988;4:127-143.

86. Van Lancker DR, Kreiman J, Cummings J. Voice perception deficits: neuroanatomical correlates of phonagnosia. J Clin Exp Neuropsychol 1989;11:665-674.

87. Friedenberg D, Cummings JL. Parkinson's disease, depression, and the on-off phenomenon. Psychosomatics 1989;30:94-99.

88. Cummings JL, Van Lancker DR. Alexia and agraphia after Luria. J Neuroling 1989;4:95-111.

89. Shapira J, Cummings JL. Alzheimer's disease: changes in sexual behavior. Med Aspects Hum Sex 1989;23:32-36.

90. Friedlander A, Cummings JL. Temporal lobe epilepsy: its association with psychiatric impairment and appropriate dental management. Oral Surg Oral Med Oral Pathol 1989;68:288-292.

91. Bartzokis G, Wirshing W, Hill A, Cummings JL, Altshuler L, May PRA. Comparison of electromechanical measures and observer ratings of tardive dyskinesia. Psychiatry Res 1989;27:193-198.

92. McDaniel KD, Cummings JL, Shain S. The "Yips": a focal dystonia of golfers. Neurology 1989;39:192-195. Briefly represented in the New York Times; reported on Cable News Network, etc.

93. Signer S, Cummings JL, Benson DF. Delusions and mood disorders in patients with chronic aphasia. J Neuropsychiatry Clin Neurosci 1989;1:40-45.

94. Cummings JL. Depression in vascular dementia. Hillside J Clin Psychiatry 1989;10:209-231.

95. Wirshing WC, Cummings JL. Extrapyramidal syndromes in the elderly: diagnosis and management. Geriatrics 1989;44:47-54.

96. Bartzokis G, Hill MA, Altshuler L, Cummings JL, Wirshing W, May PRA. Tardive dyskinesia in schizophrenic patients: correlation with negative symptoms. Psychiatry Res 1989;28:145-151.

97. Wirshing WC, Freidenberg DL, Cummings JL, Bartzokis G. Effects of anticholinergic agents on patients with tardive dyskinesia and concomitant drug-induced Parkinsonism. J Clin Psychopharmacol 1989;9:407-411.

98. Van Gorp WG, Mitrushima M, Cummings JL, Satz P, Modesitt J. Normal aging and the subcortical encephalopathy of AIDS: a neuropsychological comparison. Neuropsychiatry Neuropsychol Behav Neurol 1989;2:5-20.

99. Cummings JL, Wirshing WC. Recognition and differential diagnosis of tardive dyskinesia. Int J Psychiatry Med 1989;19:133-144.

100. Buchwald JS, Erwin RJ, Read S, Van Lancker D, Cummings JL. Midlatency auditory evoked responses:  differential abnormality of P1 in Alzheimer's disease. EEG Clin Neurophysiol 1989;74:378-384.

101. Van Gorp W, Cummings JL. Assessment of mood, affect, and personality in neuropsychological evaluation of the elderly. Geriatr Clin North Am 1989;5:441-459.

102. Cummings JL. Dementia and depression: an evolving enigma. J Neuropsychiatry Clin Neurosci 1989;1:236-242.

103. Friedenberg DL, Freeman D, Huber SJ, Perry J, Fischer A, Van Gorp WG, Cummings JL. Post-poliomyelitis syndrome: assessment of behavioral features. Neuropsychiatry Neuropsychol Behav Neurol 1989;2:272-281.

104. Petry S, Cummings JL, Hill MA, Shapira J. Personality alterations in dementia of the Alzheimer type: a     three-year follow-up study. J Geriatr Psychiatry Neurol 1989;2:103-207.

105. Flynn FG, Cummings JL, Scheibel J, Wirshing W. Monosymptomatic delusions of parasitosis associated   with ischemic cerebrovascular disease. J Geriatr Psychiatry Neurol 1989;2:134-139.

106. Cummings JL, Dian L, Petry S, Hill MA, Shapira J.  Personality alterations in Alzheimer's disease and  multi-infarct dementia.  Neurology 1989;39:254.

107. Wirshing WC, Cummings JL.  Tardive movement disorders.  Neuropsychiatry Neuropsychol Behav Neurol 1990;3:23-35.

108. Cummings JL.  Clinical features and treatment of Alzheimer's disease.  Curr Opin Neurol Neurosurg 1990;3:90-97.

109. Cummings JL.  Personality alterations in Alzheimer's disease: assessment techniques and quantitative observations.  Bull Clin Neurosci 1990;54:80-87.

110. Cummings JL, Victoroff J.  Noncognitive neuropsychiatric syndromes in Alzheimer's disease.  Neuropsychiatry Neuropsychol Behav Neurol 1990;3:140-158.

111. Cummings JL, Petry S, Dian L, Shapira J, Hill MA.  Organic personality disorder in dementia syndromes: an inventory approach.  J Neuropsychiatry Clin Neurosci 1990;2:261-267.

112. Dian L, Cummings JL, Petry S, Hill MA.  Personality alterations in multi-infarct dementia.  Psychosomatics 1990;31:415-419.

113. Ross GW, Cummings JL, Benson DF.  Speech and language alterations in dementia syndromes: characteristics and treatment.  Aphasiology 1990;4:339-352.

114. Read SL, Frazee J, Shapira J, Smith C, Cummings JL, Tomiyasu U. Intracerebroventricular bethanechol for Alzheimer's disease: variable dose-related responses.  Arch Neurol 1990;47:1025-1030.

115. Gorman DG, Cummings JL.  Organic delusional syndrome.  Semin Neurol 1990;10:229-238.

116. Reichman W, Cummings JL.  Diagnosis of rare dementia syndromes: An algorithmic approach.  J Geriatr Psychiatry Neurol 1990;3:73-84.

117. Hinkin C, Cummings JL, Van Gorp WG, Mitrushina M.  Frontal/subcortical features of normal aging: an empirical analysis.  Can J Aging 1990;9:104-119.

118. Mahler ME, Cummings JL.  Alzheimer's disease and the dementia of Parkinson disease: comparative investigations.  Alzheimer Dis Assoc Disord 1990;4:133-149.

119. Cummings JL.  The neurobehavior examination in dementia and other organic mental syndromes.  Bull Clin Neurosci 1990;55:5-16.

120. Mahler ME, Cummings JL.  Behavioral neurology of multi-infarct dementia.  Alzheimer Dis Assoc Disord 1991;5:122-130.

121. Miller B, Cummings JL.  How brain injury can change sexual behavior.  Med Aspects Hum Sex 1991;1:54-62.

122. Wirshing W, Cummings JL, Dencker J, May PRA.  Electromechanical characteristics of tardive dyskinesia.  J Neuropsychiatry Clin Neurosci 1991;3:10-17.

123. Beckson M, Cummings JL.  Neuropsychiatric aspects of stroke.  Int J Psychiatry Med 1991; 21:1-15.

124. Cummings JL, Small G.  Dealing with writer's block in an older man: Depression, Parkinson's disease, or both?  Hosp Community Psychiatry 1991;42:19-20.

125. Miller BL, Cummings JL, Villanueva-Meyers J, Boone K, Mena I.  Frontal lobe degeneration: Clinical, neuropsychological, and SPECT characteristics.  Neurology 1991;41:1374-1382.

126. Flynn FG, Cummings JL, Gornbein J.  Delusions in dementia syndromes: investigation of behavioral and neuropsychological correlates.  J Neuropsychiatry Clin Neurosci 1991;3:364-377.

127. Cummings JL.  Behavioral complications of drug treatment of Parkinson's disease.  J Am Geriatr Soc 1991;39: 708-716.

128. Reichman WE, Cummings JL, McDaniel KD, Flynn F, Gornbein J. Visuoconstructional impairment in dementia syndromes. Behav Neurol 1991;4:153-162.

129. Cummings JL. Accuracy of clinical diagnosis of Alzheimer's disease: review of clinicopathologic investigations. Bull Clin Neurosci 1991;56:6-16.

130. Osterweil D, Syndulko K, Cohen SN, Pettler-Jennings PP, Hershman JM, Cummings JL, Tourtellotte W, Solomon DH. Cognitive function in non-demented older adults with hypothyroidism. J Am Geriatr Soc 1992;40:325-335.

131. Cummings JL. Psychosis in neurologic disease: Neurobiology and pathogenesis. Neuropsychiatry Neuropsychol Behav Neurol 1992;5:144-150.

132. Beckson M, Cummings JL. Psychosis in basal ganglia disorders. Neuropsychiatry Neuropsychol Behav Neurol 1992;5:126-131.

133. Friedlander A, Cummings JL. Dental management of patients with Gilles de la Tourette's syndrome. Oral Surg Oral Med Oral Pathol 1992;73:299-303.

134. Liu CK, Miller B, Cummings JL, Goldberg M, Merringer PM, Howng SL, Benson DF. A quantitative MRI study of vascular dementia. Neurology 1992;42:138-143.

135. Cummings JL, Cunningham K. Obsessive-compulsive disorder in Huntington's disease. Biol Psychiatry 1992;31:263-270.

136. Kern RS, Van Gorp WG, Cummings JL, Brown WS, Osato S. Confabulation in Alzheimer's disease. Brain Cogn 1992;19:172-182.

137. Cummings JL. Depression and Parkinson's disease: a review. Am J Psychiatry 1992;149:443-454.

138. Absher J, Cummings JL. Dementia diagnosis and therapy in the elderly. Comp Therapy 1992;18:28-33.

139. Gorman G, Cummings JL. Hypersexuality following septal injury. Arch Neurol 1992;49:308-310.

140. Sultzer DL, Levin HS, Mahler ME, High WM, Cummings JL. Assessment of cognitive, psychiatric, and behavioral disturbances in patients with dementia: The Neurobehavioral Rating Scale. J Am Geriatr Soc 1992;40:549-555.

141. Cummings JL. Subcortical dementia as a manifestation of cerebrovascular disease. New Issues in Neuroscience 1992;4:151-158.

142. Engel P, Cummings JL, Villanueva-Meyer J, Mena I. Single photon emission computed tomography in dementia syndromes: Relationship of perfusion and cognitive deficits. J Geriatr Psychiatry Neurol 1993;6:144-151.

143. Roman GC, Tatemichi TK, Erkunjuntti T, Cummings JL, et al. Vascular dementia: Diagnostic criteria for research studies. Report of the NINDS-AIREN International Work Group. Neurology 1993;43:250-260.

144. Gorman DG, Cummings JL. Neurobehavioral presentations of antiphospholipid antibody syndrome. J Neuropsychiatry Clin Neurosci 1993;5:37-42.

145. Sultzer DL, Levin HS, Mahler ME, High WM, Cummings JL. A comparison of psychiatric symptoms in vascular dementia and Alzheimer's disease. Am J Psychiatry 1993;150:1806-1812.

146. Cummings JL. Frontal-subcortical circuits and human behavior. Arch Neurol 1993;50:873-880.

147. Cummings JL, Gorman DG, Shapira J. Physostigmine ameliorates delusions in Alzheimer's disease. Biol Psychiatry 1993;33:536-541.

148. Cummings JL. Mini-Mental State Exam: Norm, Normals, and Numbers. JAMA 1993;269:2420-2421.

149. Cummings JL. The mental status examination. Hosp Practice 1993;28:56-68.

24

150. Strickland TL, Mena I, Villanueva-Meyer J, Miller B, Mehringer M, Satz P, Cummings JL. Cerebral perfusion and neuropsychological consequences of chronic cocaine use. J Neuropsychiatry Clin Neurosci 1993:5:419-427.

151. Ortego N, Miller BL, Itahashi H, Cummings JL. Altered sexual behavior with multiple sclerosis: A case report. Neuropsychiatry Neuropsychol Behav Neurol 1993;6:260-264.

152. Gorman DG, Read S, Cummings JL. Cholinergic therapy of behavioral disturbances in Alzheimer's disease. Neuropsychiatry Neuropsychol Behav Neurol 1993;6:229-234.

153. Cummings JL. Neuroanatomy of depression. J Clin Psychiatry 1993;54 :l4-20.

154. Leuchter AF, Cook IA, Lufkin RB, Dunkin JT, Newton TF, Cummings JL, Mackey JK, Walter DO. Cordance: a new method for assessment of cerebral perfusion and metabolism using quantitative electroencephalography. Neuroimage 1994;1:208-219.

155. Cummings JL, Hegarty A. Neurology, Psychiatry, and Neuropsychiatry. Neurology 1994;44:209-213.

156. Drebbing CE, Moore LH, Cummings JL, Van Gorp W, Hinkin C, Perlman SL, Mahler ME, Cederbaum SD. Patterns of neuropsychological performance among forms of subcortical dementia: a case study approach. Neuropsychiatry Neuropsychol Behav Neurol 1994;7:57-66.

157. Ames D, Cummings JL, Wirshing WC, Quinn B, Mahler M. Repetitive and compulsive behavior in frontal lobe degenerations. J Neuropsychiatry Clin Neurosci 1994;6:100-ll3. \

158. Cummings JL. Delusions in Alzheimer's disease: clinical correlates, neurobiology, and management. Facts and Research in Gerontology 1994;(suppl):65-71.

159. Leuchter A, Simon SL, Daly KA, Rosenberg-Thompson S, Abrams M, Dunkin JJ, Cook IA, Newton TF, Walker DO, Cummings JL. Quantitative EEG correlates of outcome in older psychiatric patients: Cross-sectional and longitudinal assessment of patients with dementia. Am J Geriatr Psychiatry 1994;2:200-209.

160. Salloway S, Cummings JL. Subcortical disease and neuropsychiatric illness. J Neuropsychiatry Clin   Neurosci 1994;6:93-99.

161. Cummings, JL. Vascular subcortical dementias: clinical aspects. Dementia 1994;5:177-180

162. Leuchter AF, Cook IA, Mena I, Dunkin JJ, Cummings JL, Newton TF, Migneco O, Lufkin RB, Walker DO, Lachenbruch PA. Assessment of cerebral perfusion using quantitative EEG cordance. Psychiatry Research: Neuroimage 1994;55:141-152.

163. Mega M, Cummings JL. Frontal-subcortical circuits and neuropsychiatric disorders. J Neuropsychiatry Clin Neurosci 1994;6:358-370.

164. Cummings JL. Depression in neurologic disease. Psychiatr Ann 1994;24:525-531.

165. McPherson S, Kuratani J, Shih J, Mischel PS, Vinters HV, Cummings JL. Creutzfeldt-Jakob disease with mixed transcortical aphasia: insights into echolalia. Behav Neurol 1994;7:197-203.

166. Sokolski KN, Cummings JL, Abrams, BI, Costa JL, Katz L, DeMet EM. Effects of substance abuse on hallucination rates and treatment responses in chronic psychiatric patients. J Clin Psychiatry 1994;55:380-387.

167. Cummings JL, Mega M, Gray K, Rosenberg-Thompson S, Carusi DA, Gornbein J. The Neuropsychiatric Inventory: comprehensive assessment of psychopathology in dementia. Neurology 1994;44: 2308-2314.

168. Benjamin S, Cummings JL, Duffy JD, Fogel BS, Hegarty AM, Tucker G. Pathways to neuropsychiatry. J Neuropsychiatry Clin Neurosci 1995;7:96-101.

169. Absher J, Cummings JL. Neurobehavioral examination of frontal lobe functions. Physiology 1995;9:181-192.

170. Green RC, Benjamin S, Cummings JL. Fellowship programs in behavioral neurology. Neurology 1995;45:412-415.

171. Sultzer DL. Mahler ME, Cummings JL, Van Gorp WG, Hinkin CH, Brown C. Cortical abnormalities associated with subcortical lesions in vascular dementia: Clinical and positron emission tomographic findings. Arch Neurol 1995;52:773-780.

172. Pahl JJ, Mazziotta JC, Bartzokis G, Cummings JL, Altschuler L, Mintz J, Marder SR, Phelps ME. Positron emission tomography (PET) in tardive dyskinesia. J Neuropsychiatry Clin Neurosci 1995;7:457-465.

173. Carmel R, Gott PS, Water CH, Carro K, Green R, Bondareff W, DeGiorgio CM, Cummings JL, Jacobsen DW, Buchwalter G, Henderson VW. The frequently low cobalamin levels in dementia usually signify treatable metabolic, neurologic and electrophysiologic abnormalities. Eur J Haemotol 1995;54:245-253.

174. Geschwind DH, FitzPatrick M, Mischel PS, Cummings JL. Sneddon's syndrome is a thrombotic vasculopathy: neuropathologic and neuroradiologic evidence. Neurology 1995;45:557-560.

175. Cheyette S, Cummings, JL. Encephalitis lethargica: lessons for contemporary neuropsychiatry. J Neuropsychiatry Clin Neurosci 1995;7:125-134.

176. Cummings JL, Ross W, Absher J, Gornbein J, Hadjiagha L. Depressive symptoms in Alzheimer disease: Assessment and determinants. Alzheimer Dis Assoc Disord 1995;9:87-93.

177. Cummings, JL. Lewy body diseases with dementia: pathophysiology and treatment. Brain Cogn 1995;28:266-280.

178. Cummings JL. Anatomic and behavioral aspects of frontal-subcortical circuits. Ann NY Acad Sci 1995;769:1-13.

179. Sultzer DL, Mahler ME, Mandelkern MA, Cummings JL, Van Gorp WG, Hinkin CH, Berisford MA. Relationship between psychiatric symptoms and regional cortical metabolism in Alzheimer's disease. J Neuropsychiatry Clin Neurosci 1995;7:476-484.

180. Cummings JL. Dementia: the failing brain. Lancet 1995;345:1481-1484.

181. Ponton MO, Darcourt J, Miller BL, Cummings JL, Schumann SW, Mena I. Psychometric and SPECT studies in Alzheimer's disease with and without delusions. Neuropsychiatry Neuropsychol Behav Neurol 1995;8:264-270.

182. Coffey CE, Cummings JL, Duffy JD, Fink M, Lauterbach EC, Lovell MR, Malloy P, Nussbaum PD, Royall DR, Salloway S. Assessment of treatment outcomes in neuropsychiatry: a report from the Committee on Research of the American Neuropsychiatric Association. J Neuropsychiatry Clin Neurosci 1995;7:287-289.

183. Mendez MF, Van Gorp W, Cummings JL. Neuropsychiatry, Neuropsychology, and Behavioral Neurology: a critical comparison. Neuropsychiatry Neuropsychol Behav Neurol 1995;8:297-302.

184. Aarsland D, Cummings JL, Kaufer D. Tacrine in Alzheimer's disease; which patients and which mental functions improve? Alzheimer Res 1995;1:133-136.

185. Chang L, Scharre DW, Miller B, Cummings JL, Vigo-Pelfry C, Schenk D. B-amyloid protein in cerebrospinal fluid of Alzheimer disease: correlations with Mini-Mental State Examination scores. Facts and Research in Gerontology 1995;84-92.

186. Cummings JL. Neuropsychiatric assessment and intervention in Alzheimer's disease. Int Psychogeriatr 1996;8:25-30.

187. Mega M, Cummings JL, Fiorello T, Gornbein J. The spectrum of behavioral changes in Alzheimer's disease. Neurology 1996;46:130-135.

188. Yener GG, Leuchter AF, Jenden D, Read SL, Cummings JL, Miller BL. Quantitative EEG in frontal-temporal dementia. Clin Electroencephalogr 1996;27:61-68.

189. White K, Cummings JL. Schizophrenia and Alzheimer's disease: clinical and pathophysiologic analogies. Comp Psychiatry 1996;37:188-195.

26

190. Aarsland D, Cummings JL, Yenner G, Miller B. The relationship of aggressive behavior to other neuropsychiatric symptoms in patients with Alzheimer's disease. Am J Psychiatry 1996;153:243-247.

191. Cummings JL. Neuropsychiatry and society. J Neuropsychiatry Clin Neurosci 1996;8:104-109.

192. Kaufer DI, Cummings JL, Christine D. Effect of tacrine on behavioral symptoms in Alzheimer's disease: an open-label study. J Geriatr Psychiatry Neurol 1996;9:1-6.

193. Tandberg E, Larsen JP, Aarsland D, Cummings JL. The occurrence of depression in Parkinson's disease. A community-based study. Arch Neurol 1996;53:175-179.

194. Cummings JL. Differential diagnosis and medical management of dementia patients. Federal Practitioner 1996; (Suppl):10-15.

195. Salloway S, Cummings JL. Subcortical structures and neuropsychiatric illness. The Neuroscientist 1996;2:66-75.

196. Cummings JL. Barriers to behavioral research on dementia. Int Psychogeriatr 1996;8:21-23.

197. Levy M, Cummings JL, Fairbanks LA, Bravi D, Calvani M, Carta A. Longitudinal assessment of symptoms of depression, agitation, and psychosis in 181 patients with Alzheimer's disease. Am J Psychiatry 1996;153:1438-1443.

198. Jenike MA, Rauch SL, Cummings JL, Savage CR, Goodman WK. Recent developments in neurobiology of obsessive-compulsive disorder. J Clin Psychiatry, October, 1996;57:492-503.

199. Condensed and presented in Psychiatry Digest, August, 1997.

200. Levy ML, Miller BL, Cummings JL, Fairbanks LA, Craig A. Alzheimer disease and frontotemporal dementias. Behavioral Distinctions. Arch Neurol 1996;53:687-690.

201. Litvan I, Mega M, Cummings JL, Fairbanks L. Neuropsychiatric aspects of progressive supranuclear palsy. Neurology 1996;47:1184-1189.

202. Cummings JL, Kaufer DI. Neuropsychiatric aspects of Alzheimer's disease: the cholinergic hypothesis revisited. Neurology 1996;47:876-883.

203. Aarsland D, Tandberg E, Larsen JP, Cummings JL. Frequency of dementia in Parkinson disease. Arch Neurol 1996;53:538-542.

204. McPherson SE, Cummings JL. Neuropsychological aspects of vascular dementia. Brain Cogn 1996;31:269-282.

205. Wright MT, Cummings JL. Neuropsychiatric disturbances in Alzheimer's disease and other dementias: recognition and management. Neurologist 1996;2:207-218.

206. Cummings JL, Alexander M, Benson F, Delis DC, LaRue A, Meador K, Ponton NO, Shields WD, Stuss DJ, Whitney DK. Assessment: Neuropsychological testing of adults. Considerations for neurologists. Report of the Therapeutics and Technology Assessment Subcommittee of the American Academy of Neurology. Neurology 1996;47:592-59.

207. Mendez MF, Cherrier MM, Perryman KM, Pachana N, Miller BL, Cummings JL. Frontotemporal dementia versus Alzheimer's disease: differential cognitive features. Neurology 1996;47:1189-1194.

208. Cummings JL, Diaz C, Levy M, Binetti G, Litvan I. Neuropsychiatric syndromes in neurodegenerative diseases: frequency and significance. Semin Clin Neuropsychiatry 1996;1:241-247.

209. Craig AH, Cummings JL, Fairbanks L, Itti L, Miller BL, Li J, Mena I. Cerebral blood flow correlates of apathy in Alzheimer disease. Arch Neurol 1996;53:1116-1120.

210. Pachana NA, Boone KB, Miller BL, Cummings JL, Berman N. Comparison of neuropsychological functioning in Alzheimer's disease and frontotemporal dementia. J Int Neuropsychol Soc 1996;2:505-510.

211. Levy ML, Cummings JL. Diagnosis of Alzheimer's disease in primary care. Primary Psychiatry 1996;Nov: 30-40.

212. Aarsland D, Laake K, Cummings JL, Larsen JP. Course and prognostic significance of performance in reading, spelling and oral language in Alzheimer's disease. Alzheimer Res 1996;2:143-148.

213. Cummings JL. Theories behind existing scales for rating behavior in dementia. Int Psychogeriatr 1996;8:293-300.

214. Cummings JL, Mega M. Alzheimer's disease: etiologies and pathogenesis. The Consultant Pharmacist 1996;11:8-15.

215. Mega MS, Masterman DL, Benson DF, Vinters HV, Tomiyasu U, Craig AH, Foti DJ, Kaufer D, Scharre DW, Fairbanks L, Cummings JL. Dementia with Lewy bodies: reliability and validity of clinical and pathologic criteria. Neurology 1996;47:1403-1409.

216. Cummings JL. Dementia: the behavioral aspects. Int Med 1996;12:75-80.

217. Cummings, JL. Vascular dementia. Int Med 1996;12:81-88.

218. Van Gorp WG, Cummings JL. Dementia syndrome of depression: what cognitive functions are impaired? Neurocase 1996;2:455-459.

219. Carmel R, Cairo K, Bondareff W, Gott PS, Cummings JL, Henderson VW. Spouses of demented patients with low cobalamin levels: a new risk group for cobalamin deficiency. Eur J Haematol 1996;57:62-67.

220. Cummings, JL. Neuropsychiatric manifestations of right hemisphere lesions. Brain Lang 1997;57:22-37.

221. Kaufer DI, Miller BL, Itti L, Fairbanks LA, Li J, Fishman J, Kushi J, Cummings JL. Midline cerebral morphometry distinguishes frontotemporal dementia and Alzheimer's disease. Neurology 1997;48:978-985.

222. Weingarten SM, Cummings JL. Dementia: differentiating the treatable from the untreatable. Dementia 1997;19:13-32.

223. Reproduced in Internal Medicine World Report.

224. Masterman DL, Mendez, Fairbanks LA, Cummings JL. Sensitivity, specificity, and positive predictive value of technetium 99-HMPAO SPECT in discriminating Alzheimer's disease from other dementias. J Geriatr Psychiatry Neurology 1997;10:15-21.

225. Miller BL, Ikonte C, Ponton M, Levy M, Boone K, Darby A, Berman N, Mena I, Cummings JL. A study of the Lund-Manchester research criteria for frontotemporal dementia: clinical and single-photon emission CT correlations. Neurology 1997;48:937-942.

226. Cherrier MM, Mendez MF, Perryman KM, Pachana NP, Miller BL, Cummings JL. Frontotemporal dementia versus vascular dementia: differential features on mental status examination. J Am Geriatr Soc 1997;45:579-583.

227. Tandberg E, Larsen JP, Aarsland D, Laake K, Cummings JL. Risk factors for depression in Parkinson's Disease. Arch Neurol 1997;54:625-630.

228. Miller BL, Darby A, Benson DF, Cummings JL, Miller MH. Aggressive, socially disruptive and antisocial behavior associated with frontotemporal dementia. Br J Psychiatry 1997;170:150-155.

229. Malloy PF, Coffey CE, Cummings JL, Duffy J, Fink M, Lauterbach E, Lovell M, Royall D, Salloway S. Cognitive screening instruments in neuropsychiatry: a report of the Committee on Research of the American Neuropsychiatric Association. J Neuropsychiatry Clin Neurosci 1997;9:189-197.

230. Cummings JL. The Neuropsychiatric Inventory: assessing psychopathology in dementia patients. Neurology 1997;48:S10-S16.

231. Masterman DL, Cummings JL. Frontal-subcortical circuits: the anatomic basis of executive, social and motivated behaviors. J Psychopharmacol 1997;11:107-114.

232. Wright MT, Cummings JL, Mendez MF, Foti DJ. Bipolar syndromes following brain trauma. Neurocase 1997;3:111-118.

233. Edwards-Lee T, Miller BL, Benson DF, Cummings JL, Russell GL, Boone K, Mena I. The temporal variant of frontotemporal dementia. Brain 1997;120:1027-1040.

234. Trimble MR, Mendez MF, Cummings JL. Neuropsychiatric symptoms from the temporolimbic lobes. J Neuropsychiatry Clin Neurosci 1997;9:429-438.

235. Mega MS, Cummings JL, Salloway S, Malloy P. The limbic system: an anatomic, phylogenetic, and clinical perspective. J Neuropsychiatry Clin Neurosci 1997;9:315-330.

236. Homma A, Brodaty H, Bruno G, Cummings JL, Gilman S, Gracon S, McKeith IG. Clinical trials of treatment for noncognitive symptoms of dementia. Position paper from the International Working Group on harmonization of dementia drug guidelines. Alzheimer Dis Assoc Disord 1997;11:54-55.

237. Cummings JL. Changes in neuropsychiatric symptoms as outcome measures in clinical trials with cholinergic therapies for Alzheimer's disease. Alzheimer Dis Assoc Disord 1997;11:S1-S9

238. Cummings JL, Mendez MF. Alzheimer's disease: cognitive and behavioral pharmacotherapy. Conn Med 1997;6:543-552.

239. Mendez MF, Perryman KM, Miller BL, Swartz JR, Cummings JL. Compulsive behaviors as presenting symptoms of frontotemporal dementia. J Geriatr Psychiatry Neurology 1997;10:154-157.

240. Salloway S, Malloy P, Cummings JL. Introduction to the neuropsychiatry of limbic and subcortical disorders. J Neuropsychiatry Clin Neurosci 1997;9:313-314.

241. Cummings JL. Degeneraciones frontales. Neuro-psique 1997;1:6-13.

242. Barbosa ER, Limongi JCP, Cummings JL. Parkinson's disease. Psychiatr Clin North Am. Neuropsychiatry of the Basal Ganglia 1997;20:769-791.

243. Haddad MS, Cummings JL. Huntington's disease. Psychiatr Clin North Am. Neuropsychiatry of the Basal Ganglia 1997;20:791-807.

244. Prichard JW, Cummings JL. The insistent call from functional MRI. (editorial). Neurology 1997;48:797-800.

245. Cummings JL. Alzheimer's disease: comprehensive treatment approach. Neurology Reviews 1997;5-6.

246. Wetherall J, Yener G, Dorman AS, Earleywine M, Darby A, Emerson K, Cummings JL, Miller BL. The Mini-Mental State Examination in frontotemporal dementia and Alzheimer's disease. Int J Rehab Health 1997;3:253-265.

247. Cummings JL. Introduction: Alzheimer's disease management. J Clin Psychiatry 1998;59:1-16.

248. Kaufer D, Cummings JL, Christine D. Differential neuropsychiatric symptom responses to tacrine in Alzheimer's disease: relationship to dementia severity. J Neuropsychiatry Clin Neurosci 1998;10:55-63.

249. Cummings JL, Back C. The cholinergic hypothesis of neuropsychiatric symptoms in Alzheimer's disease. Am J Geriatr Psychiatry 1998;6:S64-S78.

250. Cummings JL, Coffey CE, Duffy J, Lauterbach E, Lovell M, Malloy P, Royall DR, Rummans T, Salloway S. The clinician-scientist in neuropsychiatry: a position statement from the Committee on Research of the American Neuropsychiatric Association. J Neuropsychiatry Clin Neurosci 1998;10:1-9.

251. Cummings JL. Metrifonate: overview of safety and efficacy. Pharmacotherapy 1998;18:43S-46S.

252. Mega MS, Thompson PM, Cummings JL, Back CL, Xu ML, Zohoori S, Goldkorn A, Moussai J, Fairbanks L, Small GW, Toga AW. Sulcal variability in the Alzheimer's brain: correlations with cognition. Neurology 1998;50:145-151.

253. Tom T, Cummings JL. Depression in Parkinson's disease: Pharmacological characteristics and treatment. Drugs Aging 1998;12:55-74.

254. Kaufer DI, Cummings JL, Christine D, Bray T, Castellon S, Masterman D, MacMillan A, Ketchel P, DeKosky ST. Assessing the impact of neuropsychiatric symptoms in Alzheimer's disease: the Neuropsychiatric Inventory Caregiver Distress Scale. J Am Geriatr Soc 1998;46:210-215.

255. Tom T, Cummings JL, Pollak J. Posterior cortical atrophy: unique features. Neurocase 1998;4:15-20.

256. Cummings JL, Cyrus PA, Bieber F, Mas J, Orazem J, Gulanski B, Metrifonate Study Group. Metrifonate treatment of the cognitive deficits of Alzheimer's disease. Neurology 1998;50:1214-1221.

257. Masterman DL, Cummings JL. Parkinson's disease update. Part I: Clinical features, neuropathology, and treatment. Clin Geriatrics 1998;6:61-69.

258. Masterman DL, Cummings JL. Parkinson's disease update. Part II: Neuropsychiatric aspects. Clin Geriatrics 1998;6:76-80.

259. Chow T, Cummings JL. Treatment of depression in the patient with Parkinson's disease. Clin Geriatrics 1998;6:34-46.

260. Cummings JL, Vinters HV, Cole GM, Khachaturian ZS. Alzheimer's disease: Etiologies, pathophysiology, cognitive reserve, and treatment opportunities. Neurology 1998;51:S2-S17.

261. Levy ML, Cummings JL, Fairbanks LA, Masterman D, Miller BL, Craig AH, Paulsen JS, Litvan I. Apathy is not depression. J Neuropsychiatry Clin Neurosci 1998;10:314-419.

262. Cummings J, Masterman DL. Assessment of treatment-associated changes in behavior and cholinergic therapy of neuropsychiatric symptoms in Alzheimer's disease. J Clin Psychiatry 1998;59:23-30.

263. Cummings JL. On: frontal-subcortical circuits and human behavior. J Psychomat Res 1998;44:627-628.

264. Tom T, Cummings JL. Drug treatment for Alzheimer's disease. West J Med 1998;168:264.

265. Miller BL, Cummings J, Mishkin F, Boone K, Prince F, Ponton M, Cotman C. Emergence of artistic talent in frontotemporal dementia. Neurology 1998;51:978-982.

266. Litvan I, Paulsen JS, Mega MS, Cummings JL. Neuropsychiatric assessment of patients with hyperkinetic and hypokinetic movement disorders. Arch Neurol 1998;55:1313-1319.

267. Lauterbach EC, Cummings JL, Duffy J, Coffey CE, Kaufer D, Lovell M, Malloy P, Reeve A, Royall DR, Rummans T, Salloway S. Neuropsychiatric correlates and treatment of lenticulostriatal diseases: a review of the literature and overview of research opportunities in Huntington's, Wilson's, and Fahr's diseases. A report of the ANPA Committee on Research. J Neuropsychiatry Clin Neurosci 1998;10:249-266.

268. Chen ST, Sultzer DL, Hinkin CH, Mahler ME, Cummings JL. Executive dysfunction in Alzheimer's disease: association with neuropsychiatric symptoms and functional impairment. J Neuropsychiatry Clin Neurosci 1998;10:426-432.

269. Geschwind D, Cummings JL, Hollander E, DiMauro S, Cook EH, Lombard J, Stefanotos G, Sprouse CA, Jensen P, Mott SH. Autism screening and diagnostic evaluation: CAN consensus statement. CNS Spectrums 1998;3:40:47-49.

270. Binetti G, Mega MS, Magni E, Padovani A, Rozzini L, Lussignoli G, Bianchetti A, Trabucchi M, Cummings J. Behavioral disorders in Alzheimer's disease: a transcultural perspective. Arch Neurol 1998;55:539-544.

271. Cummings JL. Clinical science and clinical practice: understanding the interface. Clin Geriatrics 1998;6:15-16.

272. Mendez MF, Perryman KM, Miller BL, Cummings JL. Behavioral differences between frontotemporal dementia and Alzheimer's disease: a comparison on the BEHAVE-AD rating scale. Int Psychogeriatr 1998;10:155-162.

273. Neary D, Snowden JS, Gustafson L, Passant U, Stuss D, Black S, Freedman M, Kertesz A, Robert PH, Albert M, Boone K, Miller BL, Cummings JL, Benson DF. Frontotemporal lobar degeneration: A consensus on clinical diagnostic criteria. Neurology 1998;51:1546-1554.

274. Cummings JL. On: Motility, behavior and the brain. J Psychomat Res 1998;44:643-644.

275. Thompson PM, Moussai J, Zohoori S, Goldkorn A, Khan AA, Mega, MS, Small GW, Cummings JL, Toga AW. Cortical variability and asymmetry in normal aging and Alzheimer's disease. Cerebral Cortex 1998;8:492-509.

276. Litvan I, Cummings JL, Mega M. Neuropsychiatric features of corticobasal degeneration. J Neurol Neurosurg Psychiatry 1998;65:717-721.

277. Cummings JL. D. Frank Benson, M.D. Biography and overview of contributions. Aphasiology 1999;13:3-11.

278. Diaz-Olavarrieta C, Cummings JL, Velazquez J, Garcia de al Cadena C. Neuropsychiatric manifestations of multiple sclerosis. J Neuropsychiatry Clin Neurosci 1999;11:51-57.

279. Gifford DR, Cummings JL. Evaluating dementia screening tests: methodologic standards to evaluate their performance. (editorial). Neurology 1999;52:224-227.

280. Wood S, Cummings JL. Measuring outcomes in Alzheimer's disease research: assessment of the effectiveness of interventions. Dis Manag Health Outcomes 1999;5:1-12.

281. Levy ML, Cummings JL, Kahn-Rose R. Neuropsychiatric symptoms and cholinergic therapy for Alzheimer's disease. Gerontology 1999;45:15-22.

282. Cummings JL. Understanding Parkinson disease. (editorial). JAMA 1999;81:376-378.

283. Levy ML, Cummings JL, Fairbanks LA, Sultzer DL, Small GW. Apolipoprotein E genotype and non-cognitive symptoms in Alzheimer's disease. Biol Psychiatry 1999;45:422-425.

284. Frisoni GB, Rozzini L, Binetti G, Zanetti O, Bianchetti A, Trabucchi M, Cummings JL. Behavioral syndromes in Alzheimer's disease: description and correlates. Dementia 1999;10:130-138.

285. Fillit H, Knopman D, Cummings J, Appel F, and the Alzheimer's Disease Managed Care Advisory Council. Opportunities for improving managed care for individuals with dementia: part 1 – the issues. Am J Manag Care 1999;5:309-315.

286. Fillit H, Knopman D, Cummings J, Appel F, and the Alzheimer's Disease Managed Care Advisory Council. Opportunities for improving managed care for individuals with dementia: part 2 – a framework for care. Am J Managed Care 1999;5:309-315.

287. Cummings JL. Anti-dementia drugs: what difference do they make? (editorial). Reviews in Clinical Gerontology 1999;8:279-280.

288. Cummings JL. Diagnosis and treatment of Alzheimer's disease. (editorial). Clin Geriatrics 1999;7:25-29.

289. Rummans TA, Lauterbach EC, Coffey CE, Royall DR, Cummings JL, Salloway S, Duffy J, Kaufer D. Pharmacologic efficacy in neuropsychiatry: a review of placebo-controlled treatment trials: a report of the ANPA Committee on Research. J Neuropsychiatry Clin Neurosci 1999;11:176-189.

290. Aarsland D, Larsen JP, Cummings JL, Laake K. Prevalence and clinical correlates of psychotic symptoms in Parkinson disease: a community-based study. Arch Neurol 1999;56:595-601.

291. Cummings JL, Fairbanks L, Masterman DL. Strategies for analysing behavioral data in clinical trials involving patients with Alzheimer's disease. Int J Neuropsychopharmacol 1999;2:59-66.

292. Bartzokis G, Cummings JL, Perlman S, Hance DB, Mintz J. Increased basal ganglia iron levels in Huntington disease. Arch Neurol 1999;56:569-574.

31

293. Cummings JL, Masterman DL. Neuroscience, neurology, and neuropsychiatry: responding to an aging population. Clin Geriatrics 1999;7:74-78.

294. Cummings JL. D-3 receptor agonists: combined action neurologic and neuropsychiatric agents. (editorial). J Neurol Sci 1999;163:2-3.

295. Cummings JL. Alzheimer's disease: neurobiology and clinical manifestations. Postgrad Med: A Special Report 1999;13-18.

296. Ringman JM, Cummings JL. Metrifonate (Trichlorfon): a review of the pharmacology, pharmacokinetics and clinical experience with a new acetylcholinesterase inhibitor for Alzheimer's disease. Exp Opin Invest Drugs 1999;8:463-471.

297. Cummings JL. Managing psychosis in patients with Parkinson's disease. (editorial). N Engl J Med 1999;340:801-803.

298. Cummings JL. Principles of neuropsychiatry: towards a neuropsychiatric epistemology. Neurocase 1999;5:181-188.

299. Cummings JL, Jeste DV. Alzheimer's disease and its management in the Year 2010. Psychiatr Serv 1999;50:1173-1177.

300. Desmond DW, Erkinjuntti T, Sano M, Cummings JL, Bowler JV, Pasquier F, Moroney JT, Ferris SH, Stern Y, Sachdev PS, Hachinski VC. The cognitive syndrome of vascular dementia: implications for clinical trials. Alzheimer Dis Assoc Disord 1999;13:S21-S29.

301. Mendez MF, Ottowitz W, Brown CV, Cummings JL, Perryman KM, Mandelkern MA. Dementia with leukoaraiosis: clinical differentiation by temporoparietal hypometabolism on [18]FDG-PET imaging. Dement Geriatr Cogn Disord 1999;10:518-525.

302. Mendez MF, Perryman KM, Ponton MO, Cummings JL. Bilingualism and dementia. J Neuropsychiatry Clin Neurosci 1999;11:411-412.

303. Bartzokis G, Cummings JL, Markham CH, Marmarelis PZ, Treciokas LJ, Tishler TA, Marder SR, Mintz J. MRI evaluation of brain iron in earlier- and later-onset Parkinson's disease and normal subjects. Magn Reson Imaging 1999;17:213-222.

304. Wood SA, Cummings JL, Barclay T, Hsu MA, Allahyar M, Schnelle JF. Assessing the impact of neuropsychiatric symptoms on distress in professional caregivers. Aging Ment Health 1999;3:241-245.

305. Wood S, Cummings JL, Hsu M-A, Barclay T, Wheatley MV, Yarema KT, Schnelle JF. The use of the Neuropsychiatric Inventory in nursing home residents: characterization and measurement. Am J Geriatr Psychiatry 2000;8:75-83.

306. Di Patre PL, Read SL, Cummings JL, Tomiyasu U, Vartavarian LM, Vinters HV. Progression of clinical deterioration and pathologic changes in Alzheimer patients evaluated at biopsy and autopsy. Arch Neurol 1999;56:1254-1261.

307. Mega MS, Masterman DM, O'Connor SM, Barclay TR, Cummings JL. The spectrum of behavioral responses to cholinesterase inhibitor therapy in Alzheimer disease. Arch Neurol 1999;56:1388-1393.

308. Aarsland D, Larsen JP, Lim NH, Janvin C, Karlsen K, Tandberg E, Cummings JL. Range of neuropsychiatric disturbances in patients with Parkinson's disease. J Neurol Neurosurg Psychiatry 1999;67:492-496.

309. McPherson S, Back C, Buckwalter JG, Cummings JL. Gender-related cognitive deficits in Alzheimer's disease. Int Psychogeriatr 1999;11:117-122.

310. Cummings JL, Knopman D. Advances in the treatment of behavioral disturbances in Alzheimer's disease. (editorial). Neurology 1999;53:899-901.

311. Hirono N, Cummings JL. Neuropsychiatric aspects of dementia with Lewy bodies. Curr Psychiatry Rep 1999;1:85-92.

312. Jeste V, Alexopoulos GS, Bartels SJ, Cummings JL, Gallo JJ, Gottlieb GL, Halpain MC, Palmer BW, Patterson TL, Reynolds CF, Lebowitz BD. Consensus statement on the upcoming crisis in geriatric mental health. Arch Gen Psychiatry 1999;56:848-853.

313. Menzin J, Lang K, Friedman M, Neumann P, Cummings JL. The economic cost of Alzheimer's disease and related dementias to the California Medicaid program ("Medi-Cal") in 1995. Am J Geriatr Psychiatry 1999;7:300-308.

314. Ringman JM, Cummings JL. Metrifonate: update on a new antidementia agent. J Clin Psychiatry 1999;60:776-782.

315. Van Lancker D, Cummings JL. Expletives: neurolinguistic and neurobehavioral perspectives on swearing. Brain Res Rev 1999;31:83-104.

316. Fillit H, Cummings JL. Practice guidelines for the diagnosis and treatment of Alzheimer's disease in a managed care setting: Part I- Early detection and diagnosis. Manag Care Interface 1999;12:53-62.

317. Van Gorp WG, Marcotte TD, Sultzer D, Hinkin C, Mahler M, Cummings JL. Screening for dementia: comparison of three commonly used instruments. J Clin Exp Neuropsychol 1999;21:29-38.

318. Cummings JL, Masterman DL. Depression in patients with Parkinson's disease. Int J Geriatr Psychiatry 1999;14:711-718.

319. Walker MP, Ayre GA, Cummings JL, Wesnes K, McKeith IG, O'Brien JT, Ballard CG. Quantifying fluctuation in dementia with Lewy bodies, Alzheimer's disease, and vascular dementia. Neurology 2000;54:1616-1624.

320. Fillit H; Cummings J. Practice guidelines for the diagnosis and treatment of Alzheimer's disease in a managed care setting: Part II--Pharmacologic therapy. Manag Care Interface 2000;13:51-56.

321. Cummings JL. Cholinesterase inhibitors: a new class of psychotropic compounds. Am J Psychiatry 2000;157:4-15.

322. Hou C, Miller BL, Cummings JL, Goldberg M, Mychack P, Bottino V, Benson DF. Artistic Savants. Neuropsychiatry Neuropsychol Behav Neurol 2000;13:29-38.

323. Mega MS, Lee L, Dinov ID, Mishkin F, Toga AW, Cummings JL. Cerebral correlates of psychotic symptoms in Alzheimer's disease. J Neurol Neurosurg Psychiatry 2000;69:167-171.

324. Kaufer DI, Cummings Jl, Ketchel P, Smith V, MacMillan A, Shelley T, Lopez OL, DeKosky ST. Validation of the NPI-Q, a brief clinical form of the Neuropsychiatric Inventory. J Neuropsychiatry Clin Neurosci 2000;12:233-239.

325. Cummings Jl, Donohue JA, Brooks RL. The relationship between donepezil and behavioral disturbances in patients with Alzheimer's disease. Am J Geriatr Psychiatry 2000;8:134-140.

326. Cummings JL, Chung J. Differential diagnosis and management of psychotic disorders in the elderly. Directions in Psychiatry 2000;20:1-14.

327. Cummings JL, Askin-Edgar S. Evidence for psychotropic effects of acetylcholinesterase inhibitors. CNS Drugs 2000;13:385-395.

328. Hirono N, Mega MS, Dinov ID, Mishkin F, Cummings JL. Left frontotemporal hypoperfusion is associated with aggression in patients with dementia. Arch Neurol 2000;57:861-866.

329. Cummings JL. A window on the role of dopamine in addiction disorders. (editorial). J Neurol Neurosurg Psychiatry 2000;68:404.

330. Small GW, Ercoli LM, Silverman DHS, Huang S-C, Komo S, Bookheimer SY, Lavretsky H, Miller K, Siddarth P, Rasgon Nl, Mazziotta JC, Sexena S, Wu HM, Mega MS, Cummings Jl, Saunders AM, Pericak-Vance MA, Roses AD, Barrio JR, Phelps ME. Cerebral metabolic and cognitive decline in persons at genetic risk for Alzheimer's disease. Proc Natl Acad Sci U S A 2000;97:6037-6042.

331. Cummings JL. The role of cholinergic agents in the management of behavioral disturbances in Alzheimer's disease. Int J Neuropsychopharmacol 2000;3:S21-S29.

332. Edwards-Lee T, Cook I, Fairbanks L, Leuchter A, Cummings JL. Quantitative electroencephalographic correlates of psychosis in Alzheimer disease. Neuropsychiatry Neuropsychol Behav Neurol 2000;13:163-170.

333. Mega MS, Dinov ID, Lee L, O'Connor SM, Masterman DM, Wilen B, Mishkin F, Toga AW, Cummings JL. Orbital and dorsolateral frontal perfusion defect associated with behavioral response to cholinesterase inhibitor therapy in Alzheimer's disease. J Neuropsychiatry Clin Neurosci 2000;12:209-218.

334. Cummings JL. Clinical Trials Report. Curr Psychiatry Rep 2000;2:419-420.

335. Street JS, Clark WS, Gannon KS, Cummings JL, Bymaster FP, Tamura RN, Mitan SJ, Kadam DL, Sanger TM, Feldman PD, Tollefson GD, Breier A, for the HGEU Study Group. Olanzapine treatment of psychotic and behavioral *symptoms in patients with Alzheimer disease* in nursing care facilities: a double-blind, randomized, placebo-controlled trial. Arch Gen Psychiatry 2000;57:968-976.

336. Bartzokis G, Sultzer D, Cummings JL, Holt LE, Hance DB, Henderson VW, Mintz J. In vivo evaluation of brain iron in Alzheimer disease using magnetic resonance imaging. Arch Gen Psychiatry 2000;57:47-53.

337. Walker MP, Ayre GA, Cummings JL, Wesnes K, McKeith IG, O'Brien JT, Ballard CG. The clinician assessment of fluctuation and the one day fluctuation assessment scale: two methods to assess fluctuating confusion in dementia. Br J Psychiatry 2000;177:252-256.

338. Cummings, JL, Commentary: Cholinesterase inhibitors: expanding applications. Lancet 2000;356:2024-2025.

339. Chung JA, Cummings JL. Neurobehavioral and neuropsychiatric symptoms in Alzheimer's disease. Neurologic Clin North Am: Dementia 2000;18:829-846.

340. Cummings JL. New tests for dementia. (editorial). Neurology 2000;55:1601-1602.

341. Miller BL, Boone K, Cummings JL, Read SL, Mishkin F. Functional correlates of musical and visual ability in frontotemporal dementia. Br J Psychiatry 2000;176:458-463.

342. Cummings JL. Cognitive and behavioral heterogeneity in Alzheimer's disease: seeking the neurological basis. Neurobiol Aging 2000;21:845-861.

343. Cummings JL. Cognitive and behavioral heterogeneity in Alzheimer's disease: seeking the neurological basis. Response to commentaries. Neurobiol Aging 2000;21:875-877.

344. Cummings JL, Masterman DL. Reconsidering outcomes in Alzheimer disease clinical trials. TEN 2000;2:50-54.

345. Leon J, Neumann PJ, Hermann RC, Hsu MA, Cummings JL, Doraiswamy PM, Marin D. Health related quality of life and service utilization in Alzheimer's disease. Am J Alzheimer Dis 2000;15:94-108.

346. Chow TW, Ross L, Fox P, Cummings JL, Lin K-M. Utilization of Alzheimer's disease community resources by Asian-Americans in California. Int J Geriatr Psychiatry 2000;15:838-847.

347. Cummings JL. Review: Neuroimaging in the dementia assessment: Is it necessary? J Am Geriatr Soc 2000;48:1345-1346.

348. Lindau M, Almkvist O, Kushi J, Boone K, Johansson SE, Wahlund LO, Cummings JL, Miller BL. First symptoms—frontotemporal dementia versus Alzheimer's disease. Dement Geriatr Cogn Disord 2000;11:286-93.

349. Tekin S, Fairbanks LA, O'Connor S, Rosenberg S, Cummings JL. Activities of daily living in Alzheimer's disease; neuropsychiatric, cognitive, and medical illness influences. Am J Geriatr Psychiatry 2001;9:81-86.

350. Thompson PM, Mega MS, Woods RP, Zoumalan CI, Lindshield CJ, Blanton RE, Moussai J, Holmes CJ, Cummings JL, Toga AW. Cortical change in Alzheimer's disease detected with a disease-specific population-based brain atlas. Cereb Cortex 2001;11:1-16.

351. Mega MS, Cummings JL, O'Connor SM, Dinov ID, Reback E, Felix J, Masterman DL, Phelps ME, Small GW, Toga AW. Cognitive and metabolic responses to metrifonate therapy in Alzheimer disease. Neuropsychiatry Neuropsychol Behav Neurol 2001;14:63-68.

352. Cummings JL, Chow TC, Masterman D. Encephalitis lethargica: lessons for neuropsychiatry. Psychiatr Ann 2001;31;165-169.

353. Tekin S, Mega MS, Masterman DL, Chow T, Garakian J, Vinters HV, Cummings JL. Orbitofrontal and anterior cingulate cortex neurofibrillary tangle burden is associated with agitation in Alzheimer disease. Ann Neurol 2001;49:355-361.

354. Aarsland D, Cummings JL, Larsen JP.  Neuropsychiatric differences between Parkinson's disease with dementia and Alzheimer's disease. Int J Geriatr Psychiatry 2001;16:184-191.

355. Cummings JL, Senanarong V. Geriatric neuropsychopharmacology: Unmet needs. Psychogeriatrics 2001;1:14-26.

356. Fuh J-L, Liu C-K, Mega MS, Wang S-J, Cummings JL. Behavioral disorders and caregivers' reaction in Taiwanese patients with Alzheimer's disease. Int Psychogeriatr 2001;13:121-128.

357. Petersen RC, Stevens JC, Ganguli M, Tangalos EG, Cummings JL, DeKosky ST. Practice parameter: Early detection of dementia: Mild cognitive impairment (an evidence-based review). Report of the Quality Standards Subcommittee of the American Academy of Neurology. Neurology 2001;56:1133-1142.

358. Knopman DS, DeKosky ST, Cummings JL, Chui H, Corey-Bloom J, Relkin N, Small GW, Miller B, Stevens JC. Practice parameter: Diagnosis of dementia (an evidence-based review). Report of the Quality Standards Subcommittee of the American Academy of Neurology. Neurology 2001;56:1143-1153

359. Doody RS, Stevens JC, Beck C, Dubinsky RM, Kaye JA, Gwyther L, Mohs RC, Thal LJ, Whitehouse PJ, DeKosky ST, Cummings JL. Practice parameter: Management of dementia (an evidence-based review). Report of the Quality Standards Subcommittee of the American Academy of Neurology. Neurology 2001;56:1154-1166.

360. Cummings JL, Mega M, Masterman D. Behavioral responses to cholinesterase inhibitors. CPD Bull Old Age Psychiatry 2001;2:71-75.

361. Cummings JL. Introduction. Clin Cornerstone Dement 2001;3:iv.

362. Cummings JL. Treatment of Alzheimer's disease. Clin Cornerstone Dement 2001;3:27-39.

363. Pippenger MA, Cummings JL. Treatment of Alzheimer's disease. Psychiatr Clin North Am Ann Drug Ther 2001;8:237-253.

364. Cummings JL, Nadel A, Masterman D, Cyrus PA. Efficacy of metrifonate in improving the psychiatric and behavioral disturbances of patients with Alzheimer's disease. J Geriatr Psychiatry Neurol 2001;14:101-108.

365. Cummings JL, McPherson S. Neuropsychiatric assessment of Alzheimer's disease and related dementias. Aging Clin Exp Res 2001;13:240-246.

366. Leung VP, Lam LC, Chiu HF, Cummings JL, Chen QL. Validation study of the Chinese version of the Neuropsychiatric Inventory (CNPI). Int J Geriatr Psychiatry 2001;16:789-793.

367. Paulsen JS, Ready RE, Hamilton JM, Mega MS, Cummings JL. Neuropsychiatric aspects of Huntington's disease. J Neurol Neurosurg Psychiatry 2001;71:310-314.

368. Hirono N, Mega MS, Dinov ID, Mishkin F, Cummings JL. Neuroimaging correlates of aggressive behavior in dementia patients. Res Pract Alzheimer Dis 2001;5:27-32.

369. Tekin S, Cummings JL. Depression in dementia. Neurologist 2001;7:252-259.

370. Silverman DH, Small GW, Chang CY, Lu CS, Kung de Aburto MA, Chen W, Czernin J, Rapoport SI, Pietrini P, Alexander GE, Schapiro MB, Jagust WJ, Hoffman JM, Welsh-Bohmer KA, Alavi A, Clark CM, Salmon E, de Leon MJ, Mielke R, Cummings JL, Kowell AP, Gambhir SS, Hoh CK, Phelps ME. Positron emission tomography in evaluation of dementia. JAMA 2001;286;2120-2127.

371. Swanberg MM, Cummings JL. Therapeutic approaches to Alzheimer's disease. Alzheimer Care Q 2001;2:8-16.

35

372. Tariot PN, Cummings JL, Katz IR, Mintzer J, Perdomo CA, Schwan EM, Whalen E. A randomized, double-blind, placebo-controlled study of the efficacy and safety of donepezil in patients with Alzheimer's disease in the nursing home setting. J Am Geriatr Soc 2001;49:1590-1599.

373. Geschwind DH, Robidoux J, Alarcon M, Miller BL, Wilhelmsen KC, Cummings JL, Nasreddine ZS. Dementia and neurodeveopmental predisposition: cognitive dysfunction in presymptomatic subjects precedes dementia by decades in frontotemporal dementia. Ann Neurol 2001;50:741-746.

374. Kulisevsky J, Litvan I, Berthier ML, Pascual-Sedano B, Paulsen JS, Cummings JL. Neuropsychiatric assessment of Gilles de la Tourette patients: comparative study with other hyperkinetic and hypokinetic movement disorders. Mov Disord 2001;16:1098-1104.

375. Doraiswamy PM, Leon J, Cummings J, Marin D, Neumann P. Prevalence and impact of medical comorbidity in Alzheimer's disease. J Geronotol 2002;57:M173-M177.

376. Chow TW, Cummings JL, Leung VPY, Chiu HFK, Lam LCW, Chen QL, Liu CK, Tai CT, Chen L-W, Wang SJ, Fuh JL. Neuropsychiatric symptoms of Alzheimer's disease differ in Chinese and American patients. Int J Geriatr Psychiatry 2002;17:22-28.

377. Pang FC, Chow TW, Cummings JL, Leung VP, Chiu HFK, Lam LCW, Chen QL, Tai CT, Chen LW, Wang SJ, Fuh JL. Effect of neuropsychiatric symptoms of Alzheimer's disease on Chinese and American caregivers. Int J Geriatr Psychiatry 2002;17:29-34.

378. Cummings JL, Street J, Masterman D, Clark WS. Efficacy of olanzapine in the treatment of psychosis in dementia with Lewy bodies. Dement Geriatr Cogn Disord 2002;13:67-73.

379. Senanarong V, Vannasaeng S, Poungvarin N, Ploybutr S, Udompunthurak S, Jamjumras P, Fairbanks L, Cummings JL. Endogenous estradiol in elderly individuals: cognitive and noncognitive associations. Arch Neurol 2002;59:385-389.

380. Wood S, Cummings JL, Schnelle B, Stephens M. A videotape-based training method for improving the detection of depression in residents of long-term care facilities. Gerontologist 2002;42:114-121.

381. McPherson S, Fairbanks L, Tiken S, Cummings JL, Back-Madruga C. Apathy and executive function in Alzheimer's disease. J Int Neuropsychol Soc 2002;8:373-381.

382. Cummings JL, Cole G. Alzheimer disease. JAMA 2002;287:2335-2338.

383. Olin JT, Schneider LS, Katz IR, Meyers BS, Alexopoulos GS, Breitner JC, Bruce ML, Caine ED, Cummings JL, Devanand DP, Ranga Rama Krishnan K, Lyketsos CG, Lyness JM, Rabins PV, Reynolds CF, Rovner BW, Steffens DC, Tariot PN, Lebowitz BD. Provisional diagnostic criteria for depression of Alzheimer disease. Am J Geriatr Psychiatry 2002;10:125-128.

384. Ringman JM, Diaz-Olavarrieta C, Rodriguez Y, Fairbanks L, Cummings JL. The prevalence and correlates of neuropsychiatric symptoms in a population with Parkinson's disease in Mexico. Neuropsychiatry Neuropsychol Behav Neurol 2002;15:99-105.

385. Rosen HJ, Hartikainen KM, Jagust W, Kramer JH, Reed BR, Cummings JL, Boone K, Ellis W, Miller C, Miller BL. Utility of clinical criteria in differentiating frontotemporal lobar degeneration (FTLD) from AD. Neurology 2002;58:1608-1615.

386. Cummings JL, Frank JC, Cherry D, Kohatsu ND, Kemp B, Hewett L, Mittman B. Guidelines for managing Alzheimer's disease: part I. Assessment. Am Fam Physician 2002;65:2263-2272.

387. Cummings JL, Frank JC, Cherry D, Kohatsu ND, Kemp B, Hewett L, Mittman B. Guidelines for managing Alzheimer's disease: part II. Treatment. Am Fam Physician 2002;65:2525-2534.

388. Swanberg MM, Cummings JL. Benefit-risk considerations in the treatment of dementia with Lewy bodies. Drug Safety. 2002;25:511-523.

389. Chow TW, Miller BL, Boone K, Mishkin F, Cummings JL. Frontotemporal dementia classification and neuropsychiatry. The Neurologist 2002;8:263-269.

390. Sultzer DL, Chen ST, Brown CV, Mahler ME, Cummings JL, Hinkin CH, Mandelkern MA. Subcortical hyperintensities in Alzheimer's disease: associated clinical and metabolic findings. J Neuropsychiatry Clin Neurosci 2002;14:262-269.

391. Assal F, Cummings JL. Neuropsychiatric symptoms in the dementias. Current Opin Neurol 2002;15:445-450.

392. Fuh J-L, Mega MS, Binetti G, Wang, SJ, Magni E, Cummings JL. A transcultural study of agitation in dementia. J Geriatr Psychiatry Neurol 2002;15:171-174.

393. Tekin S, Cummings JL. Frontal-subcortical neuronal circuits and clinical neuropsychiatry: an update. J Psychosom Res 2002;53:647-654.

394. Aarsland D, Cummings JL. Depression in Parkinson's disease. (editorial). Acta Psychiatrica Scand 2002;106:161-162.

395. Back-Madruga C, Boone K, Briere J, Cummings J, McPherson S, Fairbanks L, Thompson E. Functional ability in executive variant Alzheimer's disease and typical Alzheimer's disease. Clin Neuropsychol 2002;16:331-340.

396. Royall DR, Lauterbach EC, Cummings JL, Reeve A, Rummans TA, LaFrance WC, Coffey CE. Executive control function: a review of its promise and challenges for clinical research. J Neuropsychiatry Clin Neurosci 2002;14:377-405.

397. Panossian LA, Porter VR, Valenzuela HF, Zhu X, Reback E, Masterman D, Cummings JL, Effros RB. Telomere shortening in T cells correlates with Alzheimer's disease status. Neurobiol Aging 2003;24:77-84.

398. Cummings JL. 2-deoxy-2-[18F] fluoro-d-glucose positron emission tomography in Alzheimer's diagnosis: time for technology transfer. (editorial). Mol Imag Bio 2003;4:385-386.

399. Sultzer DL, Brown CV, Mandelkern MA, Mahler ME, Mendez MF, Chen ST, Cummings JL. Delusional thoughts and regional frontal/temporal cortex metabolism in Alzheimer's disease. Am J Psychiatry 2003;160:341-349.

400. Cummings JL. Alzheimer's disease: from molecular biology to neuropsychiatry. Semin Clin Neuropsychiatry 2003;8:31-36.

401. Boyle PA, Malloy PF, Salloway S, Cahn-Weiner DA, Cohen R, Cummings JL. Executive dysfunction and apathy predict functional impairment in Alzheimer disease. Am J Geriatr Psychiatry 2003;11:214-221.

402. Sobrido MJ, Abu-Khalil A, Weintraub S, Johnson N, Quinn B, Cummings JL, Mesulam MM, Geschwind DH. Possible association of the tau H1/H1 genotype with primary progressive aphasia. Neurology 2003;60:862-864.

403. Bartzokis G, Cummings JL, Sultzer D, Henderson VW, Nuechterlein KH, Mintz J. White matter structural integrity in healthy aging adults and patients with Alzheimer disease. Arch Neurol 2003;60:393-398.

404. Cummings JL. Use of cholinesterase inhibitors in clinical practice: evidence-based recommendations. Am J Geriatr Psychiatry 2003;11:131-145.

405. Clark DG, Cummings JL. Dementia diagnosis and management: an update. Intern Med J Thai 2003;19:61-68.

406. Porter VR, Buxton WG, Fairbanks LA, Strickland T, O'Connor SM, Rosenberg S, Cummings JL. Frequency and characteristics of anxiety among patients with Alzheimer's disease and related dementias. J Neuropsychiatry Clin Neurosci 2003;15:180-186.

407. Zubenko GS, Zubenko WN, McPherson S, Spoor E, Marin DB, Farlow MR, Smith GE, Geda YE, Cummings JL, Petersen RC, Sunderland T. A collaborative study of the emergence and clinical features of the major depressive syndrome of Alzheimer's disease. Am J Psychiatry 2003;160:857-866.

408. Senanarong V, Harnphadungkit K, Prayoonwiwat N, Poungvarin N, Sivasariyanonds N, Printarakul T, Udompunthurak S, Cummings JL. A new measurement of activities of daily living for Thai elderly with dementia. Int Psychogeriatrics 2003; 5:135-148.

409. Cummings JL, Jeste D. Pharmacotherapy of neuropsychiatric syndromes in neurologic disorders: definitional and regulatory aspects. The Econ Neurosci 2003; 5; 36-40.

410. Swanberg MM, Cummings JL. Diagnosis and treatment of Alzheimer's disease. The Econ Neurosci 2003; 5; 55-62.

411. Cummings JL. The impact of depressive symptoms on patients with Alzheimer's disease. Alz Dis Assoc Disorders 2003;17: 61-62.

412. Cummings JL. Toward a molecular neuropsychiatry of neurodegenerative diseases. Ann Neurol 2003; 54:147-154.

413. Solomon DH, Wenger NS, Saliba D, Young RT, Adelman AM, Besdine RK, Blazer DG, Cassell CK, Cummings JL, Katz PR, Kitzman DW, Lavizzo-Mourey RJ, Mondoux LC, Popuvich R, Pories WJ, Wenger N. Appropriateness of quality indicators for older patients with advanced dementia and poor prognosis. J Am Geriatric Soc 2003; 51:902-907.

414. Cole GM, Yang F, Lim GP, Cummings JL, Masterman DL, Frautschy SA. A rationale for curcuminoids for the prevention or treatment of Alzheimer's disease. Curr. Med. Chem. – Imun., Endoc. & Metab. Agents 2003; 3: 15-25.

415. Mendez M, Clark DG, Shapira JS, Cummings JL. Speech and language in progressive nonfluent aphasia compared with early Alzheimer's disease. Neurology 2003; 61; 1108-1113.

416. Tractenberg RE, Singer CM, Cummings JL, Thal LJ. The sleep disorders inventory: an instrument for studies of sleep disturbance in persons with Alzheimer's disease. J Sleep Res 2003; 12: 331-337.

417. Gustavson A, Cummings JL. Cholinesterase inhibitors in non-Alzheimer's dementias. J Am Med Directions Assoc 2003; 6: S165-S169.

418. Schaffer BAJ, Miller BL, Wilhelmsen KC, Weintraub K, Johnson N, Bigio E, Quinn B, Mesulam MM, Cummings JL, Masterman D, Geschwind DH. Association of GSK-3 beta polymorphisms with Alzheimer's disease and frontotemporal dementia. American J of Hum Genetics 2003; 76: 512.

419. Cummings JL. Out of the pipeline: Memantine. Current Psychiatry 2004; 3:64-77.

420. Cummings JL. Advances in the neuropsychopharmacologic management behavioral alterations in Alzheimer's disease. Dement Geriatr Cogn Disord 2004;17:54.

421. Wynn ZJ, Cummings JL. Cholinesterase inhibitor therapies and neuropsychiatric manifestations of Alzheimer's disease. Dement Geriatr Cogn Disord 2004;17:100-108.

422. Fu C, Chute DJ, Farag ES, Garakian J, Cummings JL, Vinters HV. Comorbidity in dementia: an autopsy study. Arch Pathol Lab Med 2004;128:32-38.

423. Silverman DHS, Truong CT, Kin SK, Chang CY, Chen W, Kowell AP, Cummings JL, Czernin J, Small GW, Phelps ME. Prognostic value of regional cerebral metabolism in patients undergoing dementia evaluation: comparison of quantifying parameter of subsequent cognitive performance and to prognostic assessment without PET. Molec Gen Metab 2003;80:350-355.

424. Senanarong V, Cummings JL, Fairbanks L, Mega M, Masterman DM, O'Connor SM, Strickland TL. Agitation in Alzheimer's disease is a manifestation of frontal lobe dysfunction. Dement Geriatr Cogn Disord 2004;17:14-20.

425. Cummings JL, Schneider L, Tariot P, Kershaw PR, Yuan W. Reduction of behavioral disturbances and caregiver distress by galantamine in patients with Alzheimer's disease. Am J Psychiatry 2004; 161:532-538.

426. Cummings JL. The one-minute mental status examination. Neurology 2004; 62:534-535.

427. Hwang TJ, Masterman DL, Ortiz F, Fairbanks LA, Cummings JL. Mild cognitive impairment is associated with characteristic neuropsychiatric symptoms. Alzheimer Dis Assoc Disord 2004; 18:17-22.

428. Chong MS, Vinters HV, Gustavson AR, Cummings JL. Dementia with parkinsonism: what is the diagnosis? Rev Neurol Dis 2004;1:41-44.

429. Cummings JL. Reconsidering diagnostic criteria for dementia with Lewy bodies. Rev Neurol Dis 2004;1:31-34.

430. Cummings JL. Fluctuations in cognitive function in dementia with Lewy bodies. Lancet Neurology 2004;3:266.

431. Swanberg MM, Tractenberg RE, Mohs R, Thal LJ, Cummings JL. Executive dysfunction in Alzheimer's disease. Arch Neurol 2004;61:556-560.

432. Cummings, JL. Long-term treatment for patients with Alzheimer's disease. Alzheimer Dis Assoc Disord 2004;18: S1.

433. Cummings, JL. Drug therapy: Alzheimer's Disease. N Engl J Med 2004; 351:56-67.

434. Bartzokis G, Sultzer D, Lu PH, Nuechterlein KH, Mintz J, Cummings JL. Heterogeneous age-related breakdown of white matter structural integrity: implications for cortical "disconnection" in aging and Alzheimer's disease. Neurobiol Aging 2004;25:843-51.

435. Cummings JL. Treatment of Alzheimer's disease: Current and future therapeutic approaches. Rev Neurol Dis. 2004; 1:60-69.

436. Senanarong V, Jamjumras P, Harmphadunhkit K, Klubwongs M, Udomphanthurak S, Poungvarin N, Vannasaeng S, Cummings JL. A counseling intervention for caregivers: effect on neuropsychiatric symptoms. Int J Geriatr Psychiatry 2004;19:781-788.

437. Chong MS, Klement IA, Vinters HV, Cummings JL. Dementia with parkinsonism. Discussion case. Rev Neurol Dis 2004;2:97-101.

438. Cummings JL, Tractenberg RE, Gamst A, Teri L, Masterman D, Thal LJ. Regression to the mean: implications for clinical trials of psychotropic agents in dementia. Current Alzheimer Research 2004;1:323-328.

439. Assal F, Alarcon M, Solomon EC, Masterman D, Geschwind DH, Cummings JL. Association of the serotonin transporter and receptor gene polymorphisms in neuropsychiatric symptoms in Alzheimer's disease. Arch Neurol 2004;61:1249-1253.

440. Waltz JA, Knowlton BJ, Holyoak KJ, Boone KB, Back-Madruga C, McPherson S, Masterman D, Chow T, Cummings JL, Miller BL. Relational integration and executive function in Alzheimer's disease. Neuropsychology 2004; 18:296-305.

441. Kang SJ, Choi SH, Lee BH, Jeong Y, Hahm DS, Han IW, Cummings JL, Na DL. Caregiver-administered neuropsychiatric inventory (CGA-NPI). J Geriatr Psychiatry Neurol 2004; 17:32-35

442. Bartzokis G, Tishler T, Shin I-S, Lu PH, Cummings JL. Brain ferritin iron as a risk factor for age at onset in neurodegenerative diseases. Annals of New York Academy of Sciences 2004; 1012:224-236.

443. Cummings JL. Dementia with lewy bodies: molecular pathogenesis and implications for classification. J Geriatr Psychiatry Neurol 2004; 17:112-119.

444. Cummings JL. Searching for methods to detect, prevent, and treat Alzheimer's disease. Am J Psychiatry 2005; 162:645-647.

445. Tractenberg RE, Weiner MF, Cummings JL, Patterson MB, Thal LJ. Independence of changes in behavior from cognition and function in community-dwelling persons with Alzheimer's disease: A factor analytic approach. J Neuropsychiatry Clin Neurosci 2005; 17:51-60.

446. Mega MS, Dinov ID, Porter V, Chow G, Reback E, Davoodi P, O'Connor SM, Carter MF, Amezcua H, Cummings JL. Metabolic patterns associated with the clinical response to galantamine therapy. Arch Neurol 2005; 62:721-728.

447. Senanarong V, Poungvain N, Jamjumras P, Sriboonroung A, Danchaivijit C, Udomphanthuruk S, Cummings JL. Neuropsychiatric symptoms, functional, impairment and executive ability in Thai patients with Alzheimer's disease. International Psychogeriatrics 2005; 17:81-90.

448. Shin IS, Carter M, Masterman D, Fairbanks L, Cummings JL. Neuropsychiatric symptoms and quality of life in Alzheimer disease. Am J Ger Psychiatry 2005; 13:469-474.

449. Ringman, JM, Frautschy SA, Cole GM, Masterman DL, Cummings JL. A potential role of the curry spice curcumin in Alzheimer's disease. Curr Alzheimer Res 2005; 2:131-136.

450. Nasreddine ZS, Phillips NA, Bedirian V, Charbonneau S, Whitehead V, Collins I, Cummings JL, Chertkow H. The Montreal Cognitive Assessment, MoCA: a brief screening tool for mild cognitive impairment. J Am Geriatr Soc 2005; 53:695-699.

451. Cummings JL. Cholinesterase inhibitors for treatment of dementia associated with Parkinson's disease. J Neurol Neurosurg Psychiatry 2005; 76:903-904.

452. Morris JC, Cummings JL. Mild cognitive impairment (MCI) represents early-stage Alzheimer's disease. J Alzheimer's Disease. 2005; 7: 235-239.

453. Fuh JL, Wang S-J, Cummings JL. Neuropsychiatric profiles in patients with Alzheimer's disease and vascular dmentia. J Neurol Neurosurg Psychiatry 2005; 76: 1337-1341.

454. Cummings JL. Neuropsychiatric and behavioral alterations and their mangment in moderate to severe Alzheimer disease. Neurology 2005; 65: S18-S24.

455. Cummings JL, Koumaras B, Chen M, Mirski D. Effects of rivastigmine treatment on the neuropsychiatric and behavioral disturbances of nursing home residents with moderate to severe probable Alzheimer's disease: a 26-week, multicenter, open-label study. Am J Ger Pharmacotherapy 2005; 3: 137-148.

456. McKeith I, Cummings JL. Behavioural changes and psychological symptoms on dementia disorders. Lancet Neurol 2005; 4:735-742.

457. Cummings JL. The neuropsychiatric burden of neurological diseases in the elderly. International Psychogeriatrics 2005; 17: 341-351.

458. Boada M, Tarraga L, Modinos G, Lopez OL, Cummings JL. Neuropsychiatric Inventory-Nursing Home version (NPI-NH): validacion española. Neurologia 2005; 20: 665-673.

459. Cummings JL. Behavioral and neuropsychiatric outcomes in Alzheimer's disease. CNS Spectr 2005; 10: 22-25.

460. McKeith IG, Dickson DW, Lowe J, Emre M, O'Brien, Feldman H, Cummings JL, Duda JE, Lippa C,. Perry EK, Aarsland D, Arai H, Ballard CG, Boeve B, Burn DJ, Costa D, Del Ser T, Dubois B, Galasko D, Gauthier S, Goetz CG, Gomez-Tortosa E, Halliday G, Hansen LA, Hardy J, Iwatsubo T, Kalaria RN, Kaufer D, Kenny RA, Korczyn A, Kosaka K, Lee VMY, Lees A, Litvan I, Londos E, Lopez OL, Minoshima S, Mizuno Y, Molina JA, Mukaetova-Ladinska EB, Pasquier F, Perry RH, Schulz JB, Trojanowski JQ, Yamada M for the Consortium on DLB.Diagnosis and management of dementia with Lewy bodies: Third report of the DLB consortium. Neurology 2005; 65:1863 - 1872.

461. Cummings JL. Clinical evaluation as a biomarker for Alzheimer's disease. J Alzheimer Dis 2005; 8: 327-337.

462. Kepe V, Barrio JR, Huang SC, Ercoli L, Siddarth P, Shonghi-Jadid K, Cole GM, Satyamurthy N, Cummings JL, Small GW, Phelps ME. Serotonin 1A receptors in the living brain of Alzheimer's disease patients. Proc Natl Acad Sci USA. 2006;103: 702-707.

463. Cummings JL. What can we learn from open-label extensions of randomized clinical trials. Arch Neurol 2006; 63: 18-19.

464. Lu PH, Masterman DA, Mulnard R, Cotman C, miller b, Yaffe K, Reback E, Porter V, Swerdloff, Cummings JL. *Effects of testosterone on cognition and mood in male patients with mild Alzheimer disease and healthy elderly men.* Arch Neurol 2006; 63: 177-185.

465. Bartzokis G, Lu PH, Geschwind DH, Edwards N, Mintz J, Cummings JL. Apolipoprotein E genotype and age-related myelin breakdown in *healthy individuals.* Arch Gen Psychiatry 2006; 63:62-72.

466. Cummings JL, Zhong K. Treatments for behavioural disorders in neurodegenerative diseases: drug development strategies. Nature Drug Discovery 2006; 5: 64-74.

467. Marshall GA, Fairbanks LA, Tekin S, Vinters HV, Cummings JL. Neuropathologic correlates of apathy in Alzheimer's disease. Dement Geriatr Cogn Disor 2006; 21: 144-147.

468. Marshall GA, Fairbanks LA, Tekin S, Vinters HV, Cummings JL. Neuropathologic correlated of activities of daily living in Alzheimer disease. Alzheimer Dis Assoc Disord 2006; 20: 56-59.

469. Cummings JL. Alzheimer's disease clinical trials: where are we now? Can J Neurol Sci 2006; 33: 5.

470. Marsh L, McDonald WM, Cummings JL, Ravina B, NINDS/NIMH Work Group on Depression and Parkinson's Disease. Provisional diagnostic criteria for depression in Parkinson's disease: report of an NINDS/NIMH Work Group. Movement Disorders 2006; 21:148-158.

471. Gauthier S, Reisberg B, Zaudig M, Peterson RC, Ritchie K, Broich K, Belleville S, Brodaty H, Bennett D, Chertkow H, Cummings JL, de Leon M, Feldman H, Ganguli M, Hampel H, Scheltens P, Tierney MC, Whitehouse P, Winblad B, on behalf of the participants of the International Psychogeriatric Association Expert Conference on mild cognitive impairment. Mild cognitive impairment. Lancet 2006;367:1262-1270.

## Multicenter Publications to which Dr. Cummings was a Contributor

1. Foster NL, Wilhelmsen K, Sima AAF, Jones MZ, D'Amato CJ, Gilman S, Conference Participants. Frontotemporal dementia and Parkinsonism linked to chromosome 17: a consensus conference. Ann Neurol 1997;41:706-715.

2. Ferris SH, Mackell JA, Mohs R, Schneider LS, Galasko D, Whitehouse PJ, Schmitt FA, Sano M, Thomas RG, Ernesto C, Grundman M, Schafer K, Thal LJ, and the Alzheimer's Disease Cooperative Study. A multicenter evaluation of new treatment efficacy instruments for Alzheimer's disease clinical trials: overview and general results. Alzheimer Dis Assoc Disord 1997;11 (Suppl 2): S1-S12.

3. Mohs RC, Knopman D, Petersen RC, Ferris SH, Ernesto C, Grundman M, Sano M, Bieliauskas L, Geldmacher D, Clark C, Thal LJ, and the Alzheimer's Disease Cooperative Study. Development of cognitive instruments for use in clinical trials of antidementia drugs: additions to the Alzheimer's disease assessment scale that broaden its scope. Alzheimer Dis Assoc Disord 1997;11 (Suppl 2): S13-S21.

4. Schneider LS, Olin JT, Doody RS, Clark CM, Morris JC, Reisberg B, Schmitt FA, Grundman M, Thomas RG, Ferris SH, and the Alzheimer's Disease Cooperative Study. Validity and reliability of the Alzheimer's disease cooperative study-clinical global impression of change. Alzheimer Dis Assoc Disord 1997;11 (Suppl 2): S22-S32.

5. Galasko D, Bennett D, Sano M, Ernesto C, Thomas R, Grundman M, Ferris S, and the Alzheimer's disease cooperative study. An inventory to assess activities of daily living for clinical trials in Alzheimer's disease. Alzheimer Dis Assoc Disord 1997;11 (Suppl 2): S33-S39.

6. Patterson MB, Mack JL, Mackell JA, Thomas R, Tariot P, Weiner M, Whitehouse PJ, and the Alzheimer's Disease Cooperative Study. A longitudinal study of behavioral pathology across five levels of dementia severity in Alzheimer's disease: the CERAD behavior rating scale for dementia. Alzheimer Dis Assoc Disord 1997;11 (Suppl 2): S40-S44.

7. Koss E, Weiner M, Ernesto C, Cohen-Mansfield J, Ferris SH, Grundman M, Schafer K, Sano M, Thal LJ, Thomas R, Whitehouse PJ, and the Alzheimer's Disease Cooperative Study. Assessing patterns of agitation in Alzheimer's disease patients with the Cohen-Mansfield agitation inventory. Alzheimer Dis Assoc Disord 1997;11 (Suppl 2): S45-S50.

8.  Mackell JA, Ferris SH, Mohs R, Schneider L, Galalsko D, Whitehouse P, Schmitt F, Sano M, Thal LJ, and the Alzheimer's disease cooperative study. Multicenter evaluation of new instruments for Alzheimer's disease clinical trials: summary of results. Alzheimer Dis Assoc Disord 1997;11 (Suppl 2): S65-S69.

9.  Morris JC, Ernesto C, Schafer K, Coats M, Leon S, Sano M, Thal LJ, Woodbury P, Alzheimer's Disease Cooperative Study. Clinical Dementia Rating training and reliability in multicenter studies: the Alzheimer's Disease Cooperative Study experience. Neurology 1997;48:1508-1510.

10. Mayeux R, Saunders AM, Shea S, Mirra S, Evans D, Roses AD, Hyman BT, Crain B, Tang M-X, Phelps CH, Alzheimer's Disease Centers Consortium on APOE and Alzheimer's Disease. Utility of the Apolipoprotein-E genotype in the diagnosis of Alzheimer's disease. N Engl J Med 1998;338:506-511.

11. Bronstein JM, DeSalles A, DeLong MR, Workshop Participants. Stereotactic pallidotomy in the treatment of Parkinson disease. An expert opinion. Arch Neurol 1999;56:1064-1069.

12. Grundman M, Sencakova D, Jack CR, Petersen RC, Kim HT, Schultz A, Weiner MF, DeCarli C, DeKosky ST, van Dyck C, Thomas RG, Thal LJ, for the Alzheimer's Disease Cooperative Study. Brain MRI hippocampal volume and prediction of clinical status in a mild cognitive impairment trial. J Mol Neurosci 2002;19:23-27.

13. Singer C, Tractenberg RE, Kaye J, Schafer K, Gamst A, Grundman M, Thomas R, Thal LJ, for the Alzheimer's Disease Cooperative Study. A Multicenter, Placebo-controlled Trial of Melatonin for Sleep Disturbance in Alzheimer's Disease. Sleep 2003; 26:893-901.

14. Grundman M, Petersen RC, Ferris SH, Thomas RG, Aisen PS, Bennett DA, Foster NL, Jack CR, Galasko DR, Doody R, Kaye J, Sano M, Mohs R, Gauthier S, Kim HT, Jin S, Schultz AN, Schafer K, Mulnard R, van Dyke CH, Mintzer J, Zamrini EY, Cahn-Weiner D, Thal L, for the Alzheimer's Disease Cooperative Study. Mild cognitive impairment can be distinguished from Alzheimer's disease and normal aging for clinical trials. Arch Neurol 2004; 61:59-66.

15. Petersen RC, Thomas RG, Grundman M, Bennett D, Doody R, Ferris S, Galasko D, Jin S, Kaye J, Levey A, Pfeiffer E, Sano M, van Dyck CH, Leon J, for the Alzheimer's Disease Cooperative Study Group. Vitamin E and donepezil for the treatment of mild cognitive impairment. N Engl J Med 2005; 352:2379-2388.

Chapters

1.  Alexander MP, Cummings JL, Albert ML. Higher visual functions. In: Neuro-Ophthalmology, Vol. 1. Lessell S and Van Dalen JTW (eds). Excerpta Medica, Amsterdam, 1980, pp. 78-94.

2.  Pahl JJ, Bartzokis G, Mazziotta JC, Cummings JL, Altshuler L, Marder S, Phelps ME. In: Positron Emission Tomography (PET) in Schizophrenia Research. Springer Verlag Publishers, New York, 1980-1987.

3.  Feldman RG, Cummings JL. Treatable dementias. In: Geriatric Neurology. Slade WR (ed). Futura Publishers, New York, 1981, pp. 173-197.

4.  Cummings JL. Cortical dementias. In: Psychiatric Aspects of Neurologic Disease, Vol 2. Benson DF, Blumer D (eds). Grune and Stratton, New York, 1982, pp. 93-120.

5.  Alexander MP, Cummings JL. Higher visual functions. In: Neuro-Ophthalmology, Vol. 2. Lessell S, Van Dalen JTW (eds). Excerpta Medica, Amsterdam, 1982, pp. 88-107.

6.  Cummings JL. Treatable dementias. In: Recent Advances in Neurology. The Dementias. Mayeux R, Rosen J (eds). Raven Press, New York, 1983, pp. 165-183.

7.  Alexander MP, Cummings JL. Higher visual functions. In: Neuro-Ophthalmology, Vol. 3. Lessell S, Van Dalen JTW (eds). Excerpta Medica, Amsterdam, 1983, pp. 113-127.

8.  Benson DF, Cummings JL. Subcortical dementia. In: Brain Pathology, Vol. 1. Pilleri G, Tagliavini F (eds). Brain Anatomy Institute, Bern, Switzerland, 1984, pp. 71-90.

9.  Benson DF, Cummings JL. Agraphia. In: Clinical Neuropsychology. Vol. 1 (45). Handbook of clinical neurology. Frederiks JAM (ed). American Elsevier, New York, 1985, pp. 457-472.

10. Cummings JL. Dementia: neuropathologic correlates of intellectual deterioration in the elderly. In: The Aging Brain: Communication in the Elderly. College-Hill Press, San Diego, 1985, pp. 53-68.

11. Cummings JL. Hemispheric specialization: a history of current concepts. In: Clinical Management of Right Hemisphere Dysfunction. Burns M, Halper AS, and Mogil SI (eds). Aspen Press, Rockland, Maryland, 1985, pp. 1-5.

12. Cummings JL. Clinical syndromes following right hemisphere injuries. In: Clinical Management of Right Hemisphere Dysfunction. Burns M, Halper AS, and Mogil SI (eds). Aspen Press, Rockland, Maryland, 1985, pp. 7-15.

13. Cummings JL. Hemispheric asymmetries in visuospatial and visuo-perceptual function. In: The Dual Brain. Benson DF and Zaidel E (eds). Guilford Press, New York, 1985, pp. 233-246.

14. Benson DF, Cummings JL. Scheme for the diagnosis of dementia. In: Neuropsychiatric Dementias. Jeste DV (ed). American Psychiatric Association, Washington, D.C., 1986, pp. 1-25.

15. Cummings JL. Dementia of the Alzheimer type: challenges of definition and clinical diagnosis. In: Neuropsychological Studies of Non-Focal Brain Damage: Dementia and Trauma. Whitaker H (ed). Springer-Verlag Publishers, New York, 1988, pp. 83-102.

16. Alexander MP, Cummings JL. Higher visual functions. In: Current Ophthalmology. Lessell S, Van Dalen JTW (eds). Yearbook Medical Publishers, New York, 1988, pp. 86-107.

17. Aharon J, Cummings JL. Subcortical dementia. In: Neuropsychology and the Elderly. Holden U (ed). Croom Helm, London, 1988, pp. 70-120.

18. McDaniel K, Cummings JL. Visual hallucinations. In: Neuro-Ophthalmology Enters in the Nineties. Smith JS, Katz R (eds). Dutton Press, Hiakoh, 1988, pp. 261-275.

19. Cummings JL, Small GW. Alzheimer's disease. In: Yearbook of Geriatrics and Gerontology. Beck JC et al (eds). Yearbook Medical Publishers, Chicago, 1988, pp. 191-232.

20. Cummings JL. Geriatric neurology. In: Yearbook of Geriatrics and Gerontology. Beck JC et al (eds). Yearbook Medical Publishers, Chicago, 1988, pp. 233-240.

21. Cummings JL, Benson DF. Speech and language alterations in dementia syndromes. In: Brain Organization of Language and Cognitive Processes. Ardilla A, Ostrosky F (eds). Plenum Press, New York, 1989, pp. 107-120.

22. Cummings JL. Clinical diagnosis of dementia of the Alzheimer's type. In: Caring for Alzheimer's Patients: A Guide for Family and Health Care Providers. Miner GD, Winters-Miner LA, Blaus JP, Richter RW, Valentine JL (eds). Plenum Press, New York, 1989, pp. 57-75.

23. Freidenberg DL, Van Gorp W, Cummings JL. Subcortical dementia. In: Neuropsychology of Senile Dementia. Katona C (ed). Croom Helm Ltd Publishers, Beckenham, Kent, England, 1989, pp. 104-141.

24. Cummings JL. Neuropsychiatric syndromes in the elderly: pharmacologic management. In: Psychiatric Consequences of Brain Disease in the Elderly. Conn D, Grek A, Sadavoy J (eds). Plenum Publishing Company, New York, 1989, pp. 59-84.

25. Cummings JL. Clinical diagnosis of Alzheimer's disease. In: Treatment and Management of Alzheimer's Disease. Cummings JL and Miller B (eds). Marcel Dekker, New York, 1989, pp. 3-19.

26. Cummings JL. Higher visual functions. In: Current Neuro-Ophthalmology. Lessell S and Van Dalen JTW eds). Yearbook Medical Publishers, New York, 1990, pp. 75-86.

27. Cummings JL. Epidemiology of Alzheimer's disease. In: Alzheimer's and Parkinson's Diseases: Recent Advances. Plenum Publishing Corporation, New York, 1989, pp. 1-10.

28. Cummings JL. Geriatric neurology. In: <u>Yearbook of Geriatrics and Gerontology</u>. Beck JC et al (eds). Yearbook Medical Publishers, Chicago, 1989, pp. 201-245.

29. Cummings JL. Dementing illnesses. In: <u>Yearbook of Geriatrics and Gerontology</u>. Beck JC et al (eds). Yearbook Medical Publishers, Chicago, 1990, pp. 175-214.

30. Cummings JL, Jarvik L. Dementia. In: <u>Geriatric Medicine</u>, 2nd ed. Cassel CK, Reisenberg DE, Sorensen LB, Walsh JR, (eds). Springer-Verlag, New York, 1990, pp. 428-448.

31. Cummings JL. Geriatric neurology. In: <u>Yearbook of Geriatrics and Gerontology,</u> Beck JC et al (eds). Yearbook Medical Publishers, Chicago, 1990, pp. 215-268.

32. Cummings JL. Pick's disease. In: <u>Clinical Neurology</u>. Swash M, Oxbury W (eds). Churchill Livingstone, Edinburgh, 1990, pp. 267-279.

33. Cummings JL. Introduction. In: <u>Subcortical Dementia</u>. Cummings JL, (ed). Oxford University Press, New York, 1990, pp. 3-16.

34. Stuss D, Cummings JL. Subcortical vascular dementia. In: <u>Subcortical Dementia</u>. Cummings JL (ed). Oxford University Press, New York, 1990, pp. 145-163.

35. Heir D, Cummings JL. Rare acquired and degenerative subcortical dementias. In: <u>Subcortical Dementia</u>. Cummings JL (ed). Oxford University Press, New York, 1990, pp. 199-217.

36. Benson DF, Cummings JL. Subcortical mechanisms in human behavior and cognition. In: <u>Subcortical Dementia</u>. Cummings JL (ed). Oxford University Press, New York, 1990, pp. 251-259.

37. Sultzer D, Cummings JL. Alzheimer's disease. In: <u>Difficult Medical Management.</u> Taylor RB (ed). WB Saunders Co., Philadelphia, 1991, pp. 16-24.

38. Cummings JL, Mahler ME. Vascular dementia. In: Bornstein RA, Brown GG (eds). <u>Neurobehavioral Aspects of Cerebrovascular Disease.</u> Oxford University Press, New York, 1991, pp. 131-149.

39. Cummings JL. Geriatric neurology. In: <u>Yearbook of Geriatrics and Gerontology</u>. Beck JC et al (eds). Mosby Yearbook, Chicago, 1991, pp. 185-233.

40. Cummings JL. Neurobehavioral disorders. In: <u>Geriatric Review Syllabus</u>. Beck JC (ed). American Geriatrics Society, New York, 1991, pp. 129-134.

41. Ross GW, Cummings JL. Vascular dementias. In: <u>Cognitive Disorders: Pathophysiology and Treatment</u>. Thal LT, Gamzu ER, Moos WN (eds). Marcel Dekker, New York, 1992, pp. 271-289.

42. Cummings JL. Neuropsychiatric aspects of Alzheimer's disease and other dementias. In: <u>Textbook of Neuropsychiatry</u>, 2nd ed. Yudofsky S, Hales R (eds). American Psychiatric Press, Washington, D.C., 1992, pp. 605-620.

43. Cummings JL. Neuropsychiatric complications of drug treatment of Parkinson's disease. In: <u>Parkinson's Disease: Neurobehavioral</u> New York, 1992, pp. 313-324.

44. Ross WR, Mahler M, Cummings JL. Dementia in Parkinson's disease: Cortical and subcortical aspects. In: <u>Parkinson's Disease: Neurobehavioral Aspects</u>. Huber S, Cummings JL (eds). Oxford University Press, New York, 1992, pp. 132-148.

45. Cummings JL. Parkinson's disease and parkinsonism. In: <u>Movement Disorders in Neurology and Neuropsychiatry</u>. Joseph A, Young R (eds). Blackwell Scientific Publications, Oxford, 1992, pp. 195-203.

46. Cummings JL, Wirshing W. Movement disorders in schizophrenia. In: <u>Movement Disorders in Neurology and Neuropsychiatry</u>. Joseph A, Young R (eds). Blackwell Scientific Publications, Oxford, 1992, pp. 407-413.

47.  Cummings J. Geriatric neurology. In: Yearbook of Geriatrics and Gerontology. Mosby Yearbook, Chicago, 1992, pp. 179-235.

48.  Reichman WE, Cummings JL. Dementia. In: Practice of Geriatrics, 2nd ed. Calkins E, Ford AB, Katz PR (eds). WB Saunders Co., Philadelphia, 1992, pp. 295-304.

49.  Cummings JL. Neurobehavioral disorders. In: Geriatric Review Syllabus. Rubin DB, Yoshikawa TT, Besdine RW (eds). American Geriatric Society, New York, 1993, pp. 665-695.

50.  Cummings JL. Dementia. In: Geriatric Review Syllabus. Rubin DB, Besdine RW (eds). American Geriatric Society, New York, 1993, pp. 575-615.

51.  Cummings JL, Sultzer D. Depression in multi-infarct dementia. In: Depression in Neurological Diseases. Starkstein SE, Robinson RG (eds). Johns Hopkins University Press, Baltimore, 1993, pp. 165-185.

52.  Scharre D, Cummings JL. Dementia. In: Ambulatory Geriatric Care. Yoshikawa TT, Cobbs EL, Brummel-Smith K (eds). Mosby, Chicago, 1993, pp. 333-345.

53.  Sultzer D, Cummings JL. Alzheimer's disease. In: Conn's Current Therapy. Rakel RE (ed). WB Saunders Company, Philadelphia, 1993, pp. 838-840.

54.  Cummings JL. Amnesia and memory disturbances in neurologic diseases. In: Review of Psychiatry, Vol. 12. Oldham JM, Riba MB, Tusman A (eds). American Psychiatric Press, Washington, D.C., 1993, pp. 725-745.

55.  Cummings JL. Psychosis in basal ganglia diseases. In: Mental Dysfunction in Parkinson's Disease. Wolters EC (ed). Virje Universiteit, Amsterdam, 1993, pp. 257-268.

56.  Absher JR, Cummings JL. Noncognitive behavioral alterations in dementia syndrome. In: Handbook of Neuropsychology, Vol 8. Spinner H, Boller F (eds). Elsevier, New York, 1993, pp. 315-338.

57.  Absher J, Cummings JL. Behavioral aspects of dementia syndromes. In: Dementia. Burns A, Levy R (eds). Chapman and Hall, London, 1994, pp. 59-76 .

58.  Ross GW, Cummings JL. Subcortical dementia. In: Dementia. Presentations, differential diagnosis, and nosology. Emery VOB, Oxman TE (eds). Johns Hopkins University Press, Baltimore, 1994, pp. 141-161.

59.  Cummings JL, Miller B. Disorders of sexual behavior in neurological disease. In: Sexual Function. Singer C, Weiner WJ (eds). Futura, New York, 1994, pp. 199-218.

60.  Gray KF, Cummings JL. Neuroimaging in dementia. In: Localizing and Neuroimaging in Neuropsychology. Kertesz A (ed). Academic Press, New York, 1994, pp. 621 - 651.

61.  Cummings JL. Neuropsychiatric aspects of Alzheimer's disease and other dementing illnesses. In: Synopsis of Neuropsychiatry. Yudofsky SC, Hales RT (eds). American Psychiatric Association, Washington, D.C., 1994, pp. 469-482.

62.  Cummings JL, Coffey CE. Geriatric neuropsychiatry. In: Textbook of Geriatric Neuropsychiatry. Coffey CE, Cummings JL (eds). American Psychiatric Press, Washington, D.C., 1994, pp. 3-15.

63.  Cummings JL, Coffey CE. Neurobiological basis of behavior. In: Textbook of Geriatric Neuropsychiatry. Coffey CE, Cummings JL (eds). American Psychiatric Press, Washington, D.C., 1994, pp. 71-96.

64.  Sultzer D, Cummings JL. Secondary dementias. In: Geriatric Neurology, 2nd edition. Albert ML, Knoefel JE (eds). Oxford University Press, New York, 1994, pp. 379-395.

65.  Masterman DL, Craig AH, Cummings JL. Alzheimer's Disease. In: Treatments of Psychiatric Disorders, 2nd ed. Gabbard G (ed). American Psychiatric Press: Washington, DC, 1995, pp. 479-513.

66.  Craig A, Cummings JL. Neuropsychiatric aspects of aphasia. In: Handbook of Neurological Speech and Language Disorders. Kershner H (ed). Marcel Dekker, New York, 1995, pp. 483-498.

67.  *Cummings* JL. Neuropsychiatry: Clinical assessment and approach to diagnosis. In: <u>Comprehensive Textbook of Psychiatry VI</u>. Kaplan HI, Sadock BJ (eds). Williams and Wilkins, Baltimore, 1995, pp. 167-187.

68.  Miller BL, Cummings JL, Mena I, Darcourt J. Neuroimaging in neuropsychiatric disorders. In: <u>Comprehensive Textbook of Psychiatry VI</u>. Kaplan HI, Sadock BJ (eds). Williams and Wilkins, Baltimore, 1995, pp. 257-275.

69.  Cummings JL. Neuropsychiatry. In: <u>Manual of Psychiatric Disorders</u>. Simpson G (ed). Impact Medical Communications, Inc., New York, 1995, pp. 109-136.

70.  Cummings JL. Geriatric neuropsychiatry in the Caribbean. In: McCardle PD, Quatrano LA, Rawlings SC (eds). <u>Proceedings of the workshop on social and psychosocial aspects of aging in the Caribbean</u>. National Institutes of Health, Division of Research Grants, 1995.

71.  Kaufer DI, Cummings JL. Personality alterations in degenerative brain diseases. In: <u>Neuropsychiatry of Behavioral Disorders</u>. Ratey J (ed). Blackwell Scientific Publication, London, 1995, pp. 172-209.

72.  Cummings JL. Behavioral and psychiatric symptoms associated with Huntington's disease. In: <u>Advances in Neurology</u>. *Behavioral Neurology of Movement Disorders*. Weiner WJ, Lang AE (eds). Raven Press, New York, 1995, 65:179-186.

73.  Hinkin CH, Cummings JL. Agraphia. In: <u>Blackwell Dictionary of Neuropsychology</u>. Beaumont JG, Kenealy PM, Rogers MJC (eds). Basil Blackwell Limited, Oxford, 1996.

74.  Cummings JL, Craig AH. Aphasia and behavioral neurology. In: <u>Current Practice of Medicine</u>. Bone RC (ed.) 1996, 3:X10:1-X10.9.

75.  Pachana NA, Cummings JL, Hinkin CH, Van Gorp WG. Experimental and advanced techniques for the assessment of dementia. In: <u>Vascular Dementia</u>: Current concepts. Prohovnik I, Wade J, Knezevic S, Tatemichi T, Erkinjunnti T (eds). Wiley: New York, 1996, pp.179-218.

76.  Mendez MF, Benson DF, Cummings JL. *Aux confins de la neurologie et de la psychiatrie: déficit d'attention, crises d'aggressivité et atteintes traumatiques cérebrales légéres.* In: <u>Neuropsychologie Clinique et Neurologie du Comportement</u>, 2nd ed. Botez MI (ed). Masson; Paris, 1996.

77.  Mega MS, *Cummings* JL. Dementia. In: <u>Psychiatric Care in the Nursing Home</u>, Reichman WE, Katz P (eds). Oxford University Press; New York, 1996, pp. 40-56.

78.  Cummings JL, Khachaturian Z. Definitions and diagnostic criteria. In: <u>Clinical Diagnosis and Management of Alzheimer's Disease</u>. Gauthier S (ed). Martin Dunitz; London, 1996, pp. 3-15.

79.  Gray KF, Cummings JL. Dementia. In: <u>Textbook of Consultation-Liaison Psychiatry.</u> Rundell JR, Wise MG (eds). American Psychiatric Press, Inc., Washington, DC, 1996, pp. 277-309.

80.  Cummings JL, Burns MS. Hemispheric specialization: a history of current concepts. In: <u>Clinical Management of Right Hemisphere Dysfunction,</u> 2d ed. Halper AS, Cherney LR, Burns MS (eds). Aspen Publishers, Inc., Gaithersburg, Maryland, 1996, pp. 1-8.

81.  Cummings JL, Burns, MS. Neurological syndromes associated with right hemisphere damage. In: <u>Clinical Management of Right Hemisphere Dysfunction,</u> 2d ed. Halper AS, Cherney LR, and Burns MS (eds). Aspen Publishers, Inc., Gaithersburg, Maryland, 1996, pp. 9-20.

82.  McPherson S, *Cummings* JL. Neuropsychological aspects of Parkinson's disease and Parkinsonism. In: <u>Neuropsychological Assessment of Neuropsychiatric Disorders</u>, 2d ed. Grant I, Adams KM (eds). Oxford University Press, 1996, pp. 288-311.

83.  Cummings JL, Aarsland D, Jarvik L. Dementia. In: <u>Geriatric Medicine</u>, 3rd ed. Cassell CK, Cohen HJ, Larson EB, Meier DE, Resnick N, Rubenstein L, Sorensen LB (eds). Springer-Verlag: New York, 1997, 897-916.

84. Cummings JL, Bieber F, Mas J, Orazem J, Gulanski B. Metrifonate in Alzheimer's disease: results of a dose-finding study. In: Alzheimer's Disease: Biology, Diagnosis and Therapeutics. Iqbal K, Winblad B, Nishimura T, Takeda M, Wisniewski HM (eds). Wiley, 1997, pp.665-669.

85. Kaufer DI, Cummings JL. Dementia and delirium: an overview. In: Behavioral Neurology and Neuropsychology. Feinberg TE, and Farah MJ (eds). McGraw-Hill, 1997, pp. 499-520.

86. Foti DJ, Cummings JL. Neurobehavioral aspects of movement disorders. In: Movement disorders. Neurologic principles and practice. Watts RL, Koller WC (eds). McGraw-Hill, 1997, pp. 15-30.

87. Mendez MF, Cummings JL. Dementia. In: Contemporary Behavioral Neurology. Trimble MR, Cummings JL (eds). Butterworth-Heinemann, Oxford, 1997, pp. 255-273.

88. Mega MS, Cummings JL. The cingulate and cingulate syndromes. In: Contemporary Behavioral Neurology. Trimble MR, Cummings JL (eds). Butterworth-Heinemann, Oxford, 1997, pp. 189-214.

89. Mendez MF, Benson DF, Cummings JL. Neuropsychiatric aspects of aphasia and related disorders. In: The American Psychiatric Press Textbook of Neuropsychiatry, 3rd ed. Yudofsky SC, Hales RE (eds). American Psychiatric Press, Washington, DC, 1997, pp. 471-483.

90. White KE, Cummings JL. Neuropsychiatric aspects of Alzheimer's disease and other dementing illnesses. In: The American Psychiatric Press Textbook of Neuropsychiatry, 3rd ed. Yudofsky SC, Hales RE (eds). American Psychiatric Press, Washington, DC, 1997, pp. 823-854.

91. McPherson SE, Cummings JL. Vascular dementia: clinical assessment, neuropsychological features, and treatment. In: Handbook of Neuropsychology and Aging. Nussbaum PD (ed). Plenum Press, New York, 1997, pp.177-188.

92. Nasreddine ZS, Cummings JL. Depression in neurological diseases. In: Depression: Neurobiological Psychopathological and Therapeutic Advances. Honig A, van Praag HM (eds). John Wiley & Sons, Ltd., New York, 1997, pp. 309-323.

93. Chen ST, Cummings JL. Tratamiento de los trastornos conductuales en la demencia. In: Demencia Enfoque Multidisciplinario. Mangone CA, Allegri RF, Arizaga RL, Ollari JA (eds). C.A. Mangone y otros, Buenos Aires, 1997, pp. 473-484.

94. Foti DJ, Cummings JC. Neurobehavioral aspects of movement disorders. In: Movement Disorders Neurologic Principles and Practice. Watts RL, Koller WC (eds). McGraw-Hill, New York, 1997, pp. 15-30.

95. Salloway S, Malloy P, Cummings JL. Introduction to the neuropsychiatry of limbic and subcortical disorders. In: The Neuropsychiatry of Limbic and Subcortical Disorders. Salloway S, Malloy P, Cummings JL (eds). American Psychiatric Press, Inc., Washington, DC, 1997, pp. 313-314.

96. Reichman WE, Cummings JL. Dementia. In: Practice of Geriatrics, 3rd ed. Duthie EH, Katz PR (eds). W. B. Saunders Co., Philadelphia, 1998, pp. 267-278.

97. Scharre D, Cummings JL. Dementia. In: Practical Ambulatory Geriatrics, 2nd ed. Yoshikawa TT, Cobbs EL, Brummel-Smith K (eds). Mosby, Chicago, 1998, pp. 290-301.

98. Cherrier MM, Mendez MF, Cummings JL, Benson DF. Language and communication in non-Alzheimer's dementias. In: Handbook of Neurolinguistics. Stemmer B, Whitaker HA (eds). Academic Press, New York, 1998, pp. 447-473.

99. Back C, Miller BL, Cummings JL. Neurobiological basis of behavioral changes in HIV-1 encephalopathy. In: Practitioner's Guide to the Neuropsychiatry of HIV/AIDS. Van Gorp WG, Buckingham SL (eds). The Guilford Press, New York, 1998, pp. 42-64.

100. Cervenakova L, Brown P, Piccardo P, Cummings JL, Nagle J, Vinters HV, Kaur P, Ghetti B, Chapman J, Gajdusek DC, Goldfarb LG. 24-nucleotide deletion in the PRNP gene: analysis of associated phenotypes. In: Transmissible Subacute Spongiform Encephalopathies: Prion Diseases. Court L, Dodet B (eds). Elsevier, Amsterdam, 1997, pp. 433-443.

101. McPherson SE, Cummings JL. The neuropsychology of the frontal lobes. In: <u>Disorders of Brain and Mind</u>. Ron MA and David AS. Cambridge University press, Cambridge, 1998, pp. 11-34.

102. Cummings JL. Behavioral neurology. In: <u>The American Academy of Neurology: the First 50 Years, 1948 - 1998</u>. Cohen MM (ed). American Academy of Neurology, St. Paul, 1998, pp. 220-222.

103. Levy ML, Miller BL, Cummings JL. Frontal and frontotemporal dementia. In: <u>The Dementias</u>. Growdon JH, Rossor MN (eds). Butterworth Heinemann, Boston, 1998, pp. 45-65.

104. Leiter FL, Cummings JL. Pharmacologic interventions in Alzheimer's disease. In: <u>Cognitive Neurorehabilitation: a Comprehensive Approach</u>. Stuss DT, Winocur G, Robertson IH (eds). Cambridge University Press, Cambridge, 1999, pp. 153-169.

105. Nasreddine ZS, Mendez MF, Cummings JL. Speech and language. In: <u>Textbook of Clinical Neurology</u>. Goetz CG, Pappert EJ (eds). W.B. Saunders Company, Philadelphia, 1999, pp. 70-89.

106. Cummings JL. Neuropsychiatry of sexual deviations. In: <u>Neuropsychiatry and Mental Health Services</u>. Ovsiew F (ed). American Psychiatric Press, Washington, D.C., 1999, pp. 363-384.

107. Chow TW, Cummings JL. Frontal-subcortical circuits. In: <u>The Human Frontal Lobes: Functions and Disorders</u>. Bornstein RA (ed). The Guilford Press, New York, 1999, pp. 3-26.

108. Jordan B, Cummings JL. Mental status and neurologic examination in the elderly. In: <u>Principles of Geriatric Medicine and Gerontology</u>. Hazzard WR, Blass JP, Ettinger WH, Halter JB, Ouslander JG (eds). McGraw-Hill, New York, 1999, pp. 1209-1217.

109. Wright MT, Wirshing WC, Cummings JL. Movement disorders in schizophrenia. In: <u>Movement Disorders in Neurology and Neuropsychiatry</u>. Joseph AB, Young RR (eds). Second Edition, Blackwell Science Ltd, Boston, 1999, pp. 383-389.

110. Levy ML, Cummings JL. Parkinson's disease and parkinsonism. In: <u>Movement Disorders in Neurology and Neuropsychiatry</u>. Joseph AB, Young RR (eds). Second Edition, Blackwell Scientific Publications, Boston, 1999, pp. 171-179.

111. Cummings JL, Khachaturian ZS. Definitions and diagnostic criteria. In: <u>Clinical Diagnosis and Management of Alzheimer's Disease</u>, 2nd ed. Martin Dunitz Ltd, London, 1999, pp. 3-15.

112. Cummings JL. Neuropsychiatric symptoms. In: <u>Outcome Measures in Alzheimer's Disease</u>. McKeith I et al (eds). Martin Dunitz Ltd., London, 1999, pp. 35-50.

113. Mendez MF, Cummings JL. Amnesia and aphasia. In: <u>Cecil's Textbook of Medicine</u>. Goldman L, Claude Bennett J (eds). W.B. Saunders Company, Philadelphia. 1999, pp 2038-2039.

114. Nakawatase TV, Cummings JL. Alzheimer's disease and related dementias. In: <u>Cecil's Textbook of Medicine</u>. Goldman L, Claude Bennett J (eds). W.B. Saunders Company, Philadelphia, 1999, pp 2042.

115. Gray KF, Cummings JL. Dementia. In: <u>Essentials of Consultation-Liaison Psychiatry</u>. Rundell JR, Wise MG (eds). American Psychiatric Press, Inc, Washington D.C., 1999, pp. 95-119.

116. Ringman JM, Cummings JL. Diagnosis of regional cerebral dysfunction. In: <u>Cecil's Textbook of Medicine, 21st</u>. Goldman L, Claude Bennett J (eds). W.B. Saunders Company, Philadelphia. 2000, pp.2033-2047.

117. Cummings JL. Alzheimer's disease. In <u>World Book Encyclopedia</u>. World Book, Inc, 2000.

118. Chow TW, Cummings JL. Depression in Parkinson's disease: pharmacological characteristics and treatment. In: <u>Depression in the Medically Ill Patient</u>. Palmer K (ed). Adis International, Auckland, 2000 pp. 31-52.

119. Chow TW, Cummings JL. Neuropsychiatry: clinical assessment and approach to diagnosis. In: <u>Comprehensive Textbook of Psychiatry</u>, 6th ed. Kaplan HI, Sadock BJ (eds). Williams and Wilkins, Baltimore, 2000, pp. 221-242.

120. Levy ML, Cummings JL. Parkinson's disease. In: Psychiatric Management in Neurological Disease. Lauterbach EC (ed). American Psychiatric Press, Inc, Washington DC, 2000, pp. 41-69.

121. Mega MS, Thompson PM, Toga AW, Cummings JL. Brain mapping in dementia. In: Brain Mapping: The Disorders. Mazziotta JC, Toga AW, Frackowiak RSJ (eds). Academic Press, San Diego, 2000, pp. 217-234.

122. McPherson S, Cummings JL. Neuropsychiatric symptoms in Alzheimer's disease: assessment and management. In: Neurobehavior of Language and Cognition: Studies of Normal Aging and Brain Damage Connor LT, Obler LK (eds). Kluwer Academic Publishers, Boston, 2000, pp. 327-346.

123. Bronstein YL, Cummings JL. Neuropsychiatric manifestations of dementia. In: Alzheimer's Disease and Related Disorders Annual. Gauthier S, Cummings JL (eds). Martin Dunitz, United Kingdom, 2000, pp. 179-197.

124. Edwards-Lee T, Cummings JL. Focal lesions and psychosis. In: Behavior and Mood Disorders in Focal Brain Lesions. Bogousslavsky J, Cummings JL (eds). Cambridge University Press, 2000, pp. 419-436.

125. Ringman JM, Cummings JL. Alterations in sexual behavior following focal brain injury. In: Behavior and Mood Disorders in Focal Brain Lesions. Bogousslavsky J, Cummings JL (eds). Cambridge University Press, 2000, pp. 437-464.

126. Cummings JL, Bogousslavsky J. Emotional consequences of focal brain lesions: an overview. In: Behavior and Mood Disorders in Focal Brain Lesions. Bogousslavsky J, Cummings JL (eds). Cambridge University Press, 2000, pp. 1-20.

127. Longobardi PG, Cummings JL, Anderson-Haley C. Multicultural perspectives on the neuropsychological and neuropsychiatric assessment and treatment of the elderly. In: Handbook of Cross-Cultural Neuropsychology. Fletcher-Janzen E, Strickland T, Reynolds CR (eds). Kluwer Academic/Plenum Publishers, New York, 2000, pp. 123-144.

128. Mirea A and Cummings JL. Neuropsychiatric aspects of dementia. In: Dementia, Second Edition. O'Brien J, Ames D, Burns A (eds). Arnold Publishers, London 2000, pp. 61-79.

129. Chow TW, Cummings JL. The amygdala and Alzheimer's disease. In: The Amygdala: a Functional Analysis, 2nd ed. Aggleton JP (ed). Oxford University Press, New York, 2000,pp. 655-679.

130. Cummings JL, Coffey CE. Neurobiological basis of behavior. In: Textbook of Geriatric Neuropsychiatry, 2nd ed. Coffey CE, Cummings JL (eds). American Press, Washington, DC, 2000, pp. 81-105.

131. Cummings JL, Coffey CE. Introduction to geriatric neuropsychiatry. In: Textbook of Geriatric Neuropsychiatry, 2nd ed. Coffey CE, Cummings JL (eds). American Psychiatric Press, Washington, DC, 2000, pp. 3-15.

132. Cummings JL, Litvan I. Neuropsychiatric aspects of corticobasal degeneration. Advances in Neurology 2000;82:147-152.

133. Mega MS, Thompson PM, Toga AW, Cummings JL. Hippocampal volume assessment in mild cognitive impairment. In: Drug Discovery and Development for Alzheimer's Disease. Fillit HM, O'Connell AW (eds). Springer Publishing Company, New York, 2000, pp. 33-41.

134. Weingarten SM, Cummings JL. Psychosurgery of frontal-subcortical circuits. In: Frontal-Subcortical Circuits in Psychiatric and Neurological Disorders. Lichter DG, Cummings JL (eds). The Guilford Press, New York, 2001, pp. 421-435.

135. Masterman DL, Cummings JL. Alzheimer's disease. In: Treatments of Psychiatric Disorders. Gabbard GO (ed). American Psychiatric Publishing, Inc., Washington, DC, 2001, pp. 481-514.

136. Mega MS, Cummings JL. Frontal subcortical circuits, anatomy and function. In: The Frontal Lobes and Neuropsychiatric Illness. Salloway, SP, Malloy PF, Duffy JD (eds). American Psychiatric Publishing, Inc., Washington, DC, 2001, pp. 15-32.

137. Lichter DG, Cummings JL. Introduction and overview. In: Frontal-Subcortical Circuits in Psychiatric and Neurological Disorders. Lichter DG, Cummings JL (eds). The Guilford Press, New York, 2001, p.1.

49

138. Kumar A, Cummings JL. Depression in neurodegenerative disorders and related conditions. In: <u>Alzheimer's Disease and Related Disorders Annual 2001</u>. Gauthier S, Cummings JL (eds). Martin Dunitz, London, 2001, pp. 123-141.

139. Cummings JL. Behavioral manifestations of Alzheimer's disease. In: <u>Contemporary Neuropsychiatry</u>. Miyoshi K, Shapiro CM, Gaviria M, Morita Y (eds). Springer, New York, 2001, pp. 84-88.

140. Cummings JL. Neuropsychiatry in the elderly. In: <u>Contemporary Neuropsychiatry</u>. Miyoshi K, Shapiro CM, Gaviria M, Morita Y (eds). Springer, New York, 2001, pp. 107-115.

141. Cummings JL, Saul RE, Nakawatase T. The Difficult-to-Treat patient with dementia or traumatic brain injury. In: <u>The Difficult-to-Treat Psychiatric Patient</u>. Mantosh J. Dewan, Ronald W. Pies (eds). American Psychiatric Publishing, Inc., Washington, DC, 2001, pp. 299-324.

142. Cummings JL, Chung JA. Neuropsychiatric assessment. In: <u>Early-Onset Dementia: a multidisciplinary approach</u>. John R. Hodges (eds). Oxford University Press, New York, 2001, pp. 74-103.

143. Pippenger M, Cummings JL. Treatment of dementia. In: <u>Handbook of Neuropsychology, 2nd ed.</u> Boller F, Cappa SF (eds). Elsevier Science, 2001, pp. 259-272.

144. Mega MS, Thompson PM, Toga AW, Cummings JL. Hippocampal volume assessment in mild cognitive impairment. In: <u>Drug Discovery and Development for Alzheimer's Disease</u>. Fillit HM, O'Connell AW (eds). Springer Publishing Company, New York, 2002, pp. 33-41.

145. Gray KF, Cummings JL. Dementia. In: <u>The American Psychiatric Publishing Textbook of Consultation-Liaison Psychiatry, Second Edition</u>. Wise MG, Rundell JR (eds). American Psychiatric Publishing, Inc., 2002, pp. 273-306.

146. Chow TW, Masterman DL, Cummings JL. Depression. In: <u>Parkinson's Disease: Diagnosis and Clinical Management</u>. Factor SA, Weiner WJ (eds). Demos Medical Publishing, Inc., New York, NY, 2002, pp. 145-159.

147. Porter VR, Cummings JL. Dementia. In: <u>Women's Health: Principles and Clinical Practice</u>. Pregler JP, DeCherny AH (eds). B. C. Decker, Inc., London, 2002, pp. 697-707.

148. Mendez MF, Cummings JL. Neuropsychiatric aspects of aphasia and related disorders. In: <u>The American Psychiatric Publishing Textbook of Neuropsychiatry and Clinical Neurosciences, 4th edition</u>. Yudofsky SC, Hales RE (eds). American Psychiatric Publishing, Inc., Washington, DC, 2002, pp. 565-578.

149. Askin-Edgar S, White KE, Cummings JL. Neuropsychiatric aspects of Alzheimer's disease and other dementing illnesses. In: <u>The American Psychiatric Publishing Textbook of Neuropsychiatry and Clinical Neurosciences</u>. Yudofsky SC, Hales RE (eds). American Psychiatric Publishing, Inc., Washington, DC, 2002, pp. 953-988.

150. McPherson S, Cummings JL. The frontal lobes and frontal-subcortical circuits in neuropsychiatric disorders. In: <u>Handbook of Neuropsychology, 2nd edition</u>. Boller F, Grafman J (eds). Elsevier, Amsterdam, 2002, pp. 99-116.

151. Cummings JL. Behavioural characteristics in diagnosis. Qizilbash N (eds). Blackwell Science, Oxford, England, 2002, pp. 124-129.

152. Tingus K, McPherson S, Cummings JL. Neuropsychological examination of executive functions. In: <u>Vascular Cognitive Impairment</u>. Erkinjuntti T, Gauthier S (eds). Martin Dunitz, London, England, 2002, pp. 339-363.

153. Swanberg MM, Foti D, Cummings J. Neurobehavioral aspects of movement disorders. In: <u>Movement Disorders</u>. Wests RL, Koller WC (eds.) McGraw Hill, New York, 2002.

154. Swanberg MM, Cummings JL. Diagnosis and treatment of dementia. In: <u>Neurological Disorders: Course and Treatment</u>, 2nd edition. Elsevier Science, 2003, pp. 311-325.

155. Clark DG, Cummings JL. Aphasia. In: <u>Neurological Disorders: Course and Treatment</u>, 2nd edition. Elsevier Science, New York 2003, pp. 265-275.

156. Cummings JL. Trouble with speech and language. In: The Dana Guide to Brain Health. Bloom FE, Beal MF, Kupfer DJ. The Dana Press, New York, 2003, pp. 643-647.

157. Assal F, Cummings JL. Neurological signs in old age. In: Neurological Disorders: Course and Treatment, 2nd edition. Elsevier Science, New York, 2003, pp. 541-548.

158. Tekin S, Cummings JL. Hallucinations and related conditions. In: Clinical Neuropsychology, 4th edition. Heilman KM, Valenstein E (eds). Oxford University Press, Oxford, pp. 479-494.

159. Cummings JL. Neuropsychiatric symptoms. In: Mild Cognitive Impairment. Petersen RC (ed). Oxford University Press, Oxford, 2003, pp. 41-61.

160. Assal F, Cummings JL. Classification of dementias and cognitive disorders. In: Handbook of Medical Psychiatry. Marcel Dekker, Inc., New York, 2003, pp. 99-115.

161. Swanberg MM, Nasreddine ZS, Mendez MF, Cummings JL. Speech and language. In: Textbook of Clinical Neurology. Goetz CG (ed). Saunders, Philadelphia, 2003, pp. 77-97.

162. Assal F, Cummings JL. Cortical and frontosubcortical dementias. In: Dementia: Presentations, Differential Diagnosis, and Nosology. Emery VOB, Oxman TE (eds). The John Hopkins University Press, Baltimore, 2003, pp. 239-262.

163. Tekin S, Cummings JL. Hallucinations, Visual and Auditory. In: Encyclopedia of the Neurological Sciences. Di-L Volume 2. Academic Press, San Diego, 2003, pp.501-503.

164. Guy SK, Cummings JL. The mental status exam. In: Behavioral Neurology and Neuropsychology. Feinberg TE, Farah MJ (ed). McGraw-Hill, New York, 2003, pp.23-32.

165. Kaufer DI, Cummings JL. Delirium and Dementia: An Overview. In: Behavioral Neurology and Neuropsychology. Feinberg TE, Farah MJ (ed). McGraw-Hill, New York, 2003, pp.495-514.

166. Hwang TJ, Cummings JL. Neuropsychiatric symptoms of mild cognitive impairment. In: Alzheimer's Disease and Related Disorders Annual 2004. Gauthier S, Scheltens P, Cummings JL (eds). Martin Dunitz, London, 2003, pp.71-80.

167. Askin-Edgar S, White KE, Cummings JL. Neuropsychiatric aspects of Alzheimer's disease and other Dementing Illnesses. In: Essentials of Neuropsychiatry and Clinical Neuroscience. Yudofsky SC, Hales RE (ed). American Psychiatric Publishing, Washinton, D.C., 2003, pp.421-456.

168. Mendez M, Cummings Jl. Neuropsychiatric aspects of aphasia. In: Essentials of Neuropsychiatry and Clinical Neuroscience. Yudofsky SC, Hales RE (ed). American Psychiatric Publishing, Washinton, D.C., 2003, pp.189-200

169. Hwang TJ, O'Conner S, Cummings JL. The use of the Neuropsychiatric Inventory in severe dementia. In: Research and Practice in Alzheimer's Disease: Severe Dementia. Vellas B, Winblad B, Grundman M, Fitten LJ, Feldman H, Giacobini E, Kurtz A, Eds. Vol. 8, Serdi Publisher, Paris, France. 2003 pp. 100-106.

170. Swanberg MM, Foti D, Cummings JL. Neurobehavioral aspects of movement disorders. In: Movement Disorders: Neurologic Principles & Practice Second Edition. Watts RL, Koller WC. Eds. McGraw-Hill, New York, NY. 2004 pp. 17-33.

171. Gustavson AR, Cummings JL. Assessment and treatment of neuropsychiatric symptoms in Alzheimer's disease. In: Current Clinical Neurology, Alzheimer's disease: A Physicians Guide to Practical Management. Richter RW, Richter BZ. Eds. Human Press Inc., Totowa, NY. 2004 pp. 371-385.

172. Pakkar A, Cummings JL. Mental status and neurologic examination in the elderly. In: Principles of Geriatric Medicine and Gerontology Fifth Edition. Hazzard WR, Blass JP, Halter JB, Ouslander JG, Tinetti ME. Eds. McGraw-Hill, Ney York, NY. 2003 pp.111-119.

173. Cummings JL. Diagnosis of regional cerebral dysfunction. In: Cecil Textbook of Medicine. Goldman L, Ausiello D (eds). Saunders,Philadalphia, 2004, pp. 2243-2257.

51

174. Chen S, Cummings JL. Tratamiento de los trastornos conductuales en la demencia. In: Demencia. Enfoque Multidisciplinario. Mangone CA, Allegri RF, Arizaga RL, Ollari JA. (Eds). Editorial Polemos, Buenos Aires, Argentina, 2005, pp. 509-521.

175. Apostolova L, Cummings JL. Neuropsychiatric features of dementia with Lewy bodies. In: Dementia with Lewy Bodies and Parkinson's Disease Dementia. O'Brian J, McKieth I, Ames DA. (Eds). Taylor & Francis, United Kingdom, 2006, pp. 73-94.

176. Chiappelli F, Prolo P, Iribarren J, Neagos N, Fiala M, Concepcion E, Grasso E, Mocellini C, Salvatico F, Rosso MG, Mondino F, Fanto F, Santoro M, Dovio A, Sartori ML, Frattini P, Manfrini E, Angeli A, Provinciali L, Fiorucci A, Cummings JL. Alzheimer's Disease: New Frontiers for the XXI Century. In: Trends In Alzheimer's Disease Research. Welsh EM. (Eds). Nova Science Publishers, Inc, 2006, pp. 233-258.

## Monographs

Cummings JL, Benson DF. Alzheimer's disease: A practitioner's guide. French Foundation for Alzheimer's Research, Los Angeles, 1994.

Cummings JL. Treatment of Alzheimer's disease. Pfizer Pharmaceuticals, New York, 1996.

Cummings JL, Booss J, Dickinson BD, Hazelwood MG, Cooley SG, Jarvik LF, Matuszewski KA, Mohs RG, Goodwin ME. Dementia identification and assessment: guidelines for primary care practitioners. US Department of Veterans Affairs at the University Health System Consortium, Washington, DC, 1997.

Cummings JL, Kaufer DI. Brief screening tools for dementia assessment. Center for Advanced Medical Education, Lambertville, New Jersey, 1998.

Sunderland T, Cummings JL, Christensen DD. Understanding and managing behavioral problems in Alzheimer's disease. Maricopa Integrated Health System, 1998.

## Abstracts

1. Cummings JL, Oppenheimer EY. Tuberous sclerosis presenting with gynecomastia and sexual precocity. Proceed 6th Nat'l Meet Child Neurol Soc. Abstract 52 (1977).

2. Cummings JL, Benson DF, Walsh MJ, Levine HL. Left to right transfer of cerebral dominance: a case study. Neurol 29:599 (1979); American Academy of Neurology, Chicago, April, 1979.

3. Obler LK, Cummings JL, Albert ML. Subcortical dementia: speech and language functions. Am Geriatric Soc, April 1979.

4. Adams D, Cummings J, Hart E, Rosman NP. An idiot Savant calendar calculator: case report and review of explanations. Neurol 30: 390 (1980). American Academy of Neurology, New Orleans, April, 1980.

5. Cummings JL, Duchen LW. The Kluver-Bucy syndrome in Pick's disease. Neurol 31 (No 4, Pt 2):82 (1981). American Academy of Neurology, Toronto, Canada, April, 1981.

6. Benson DF, Cummings JL, and Kuhl DE. Dementia: Cortical-Subcortical. Neurol 31 (no 4, Pt 2):101 (1981). American Academy of Neurology, Toronto, Canada, 1981.

7. Benson DF, Kuhl DE, Phelps ME, Cummings JL, and Tsai SY. Positron emission computed tomography in the diagnosis of dementia. Am Neurol Assoc., San Francisco, September, 1981; Trans Am Neurol Assoc 106:68-70 (1981).

8. Cummings JL, Benson DF, and Tsai SY. Angular gyrus syndrome simulating Alzheimer's disease. American Academy of Neurology, Washington, DC, April 1982, Neurol 32(2):A96 (1982).

9. Lilly R, Cummings JL, Benson DF, and Frankel M. Clinical occurrence of the Kluver-Bucy syndrome. American Academy of Neurology, Washington, DC, April 1982; Neurol 32(2):A96 (1982).

10. Horowitz S, Benson DF, Kuhl DE, and Cummings JL. FDG scan to confirm Creutzfeldt-Jakob diagnosis. American Academy of Neurology, Washington, DC, April 1982; Neurol 32(2):A167 (1982).

11. Cummings JL, Landis T, and Benson DF. Environmental disorientation: clinical and radiologic findings. American Academy of Neurology, San Diego, April 1983; Neurol 33(2):103-104 (1983).

12. Cummings JL, Benson DF, Hill MA, and Read S. Aphasia in Alzheimer's disease. American Academy of Neurology, Boston, April 12, 1984. Neurol 34(1):103 (1984).

13. Syndulko K, Pettler-Jennings P, Cohen SN, Cummings J, Halgren E, and Tourtellotte WW. P300 in memory disorders of diverse etiology. American Academy of Neurology, Boston, Massachusetts, April 12, 1984. Neurol 34(1):PP298 (1984).

14. Landis T, Christen L, and Cummings JL. Prosopagnosia and associated symptoms in unilateral right posterior lesions: clinical and radiological findings in five patients. 2nd European Workshop in Cognitive Neuropsychology, Bressanone, Italy, January, 1984.

15. Landis T, Christen L, and Cummings JL. Prosopagnosie bei unilateral rechts-posterioren Lasionen: Klinische und radiologische Befunde von funf Patienten. Swiss Neurological Society, May, 1984. Schw Arch Neurol Psychiat 136:79 (1985).

16. Miller BL, Cummings JL, McIntyre H, Grode M, and Ebars G. Hypersexuality and changes in sexual preference following brain injury. Am Acad Neurol, Dallas, Texas, April 1985. Neurol 35(1):162 (1985).

17. Cummings JL, Frankel M, Robertson M, Trimble MR, Hill MA, and Benson DF. Obsessions and compulsions in Gilles de la Tourette syndrome. Am Acad Neurol, Dallas, Texas, April 1985. Neuro 35(239 (1985).

18. Mendez MF, Cummings JL, Benson DF, and Hill MA. Depression in epilepsy: prevalence and phenomenology. Am Acad Neurol, Dallas, Texas, April, 1985. Neurol 35(1):230-231 (1985).

19. Cohen SN, Syndulko K, Osterweil D, Pettler-Jennings P, Hirschman J, Cummings JL, Solomon D, and Tourtellotte WW. Event-related potential and neuropsychological testing in non-demented hypothyroid patients. Am Acad Neurol, Dallas, Texas, April, 1985. Neurol 35(1):98 (1985).

20. Osterweil D, Cohen SN, Syndulko K, Cummings JL, Solomon D, Hirschman J, and Tourtellotte WW. Cognitive function in hypothyroid elderly. Western Society of Clinical Investigation. Carmel, CA, February 7, 1985.

21. Osterweil D, Cohen SN, Syndulko K, Cummings JL, Solomon D, Hirschman J, and Tourtellotte WW. Cognitive Probabilistic Brain Atlases. Society For Neuroscience 1997;23: 2173.
function in hypothyroid elderly. International Congress of Gerontology, New York, New York, July, 1985.

22. Van Lancker DR, Kreiman J, and Cummings JL. Voice recognition and discrimination: New evidence for a double dissociation. International Neuropsychological Society. Denver, Colorado, 1986. J Clin Exp Neuropsych 7:609 (1985).

23. Shapira J and Cummings JL. Dementia of the Alzheimer type: family reactions to progressive impairment. Sigma Theta Tau Annual Research Day (Gamma Tau Chapter). Duarte, CA, February 28, 1986.

24. Cummings JL. Multi-infarct dementia. Dementia Symposium. Am Psychiatr Assn Washington, D.C., May 16, 1986.

25. Read SL, Frazee JG, Smith C, Shapira J, Cummings JL, and Satz P. Intraventricular bethanechol for Alzheimer's disease. Am Psychiatr Assn, Washington D.C., May 13, 1986.

26. Neshkes R, Cummings JL, Miller BL, and Hill MA. Neuropsychiatric aspects of multi-infarct dementia and dementia of the Alzheimer type. Am Geriatr Soc, Philadelphia, November, 1986.

27. Smith CA, Read SL, Satz P, Frazee JG, Shapira J, and Cummings JL. Neuropsychological response to cholinergic stimulation in five patients with Alzheimer's disease (AD). International Neuro-psychological Society, J Clin Exp Neuropsych 1987;9:17. Washington, DC, February, 1987.

28. Mendez M, Cleveland OH, Cummings JL, Darkins AW. Alzheimer's disease and Parkinson's disease: Comparison of speech and language alterations. Am Acad Neurol, New York City, March 1987 Neurology 37 (Suppl 1): 227, 1987.

29. Powell A, Brunswick NJ, Cummings JL, Hill MA, Benson DF. Multi-infarct dementia and Alzheimer's disease: Abnormalities of verbal output. Am Acad Neurol, New York City, March 1987. Neurology 37 (Suppl 1):226, 1987.

30. Davis J and Cummings JL. Clinical variants of tardive dyskinesia. Am Acad Neurol, New York City, April 1987. Neurology 37 (l):261, 1987.

31. Powell A, Cummings JL, Hill MA, and Benson DF. Speech and language alterations in Parkinson's disease: comparison with dementia of the Alzheimer type. Am Acad Neurol, New York City, April, 1987. Neurology 37 (Suppl l):227, 1987.

32. Aharon J, Cummings JL. Periventricular lucencies in Alzheimer's disease and vascular dementia. Am Acad Neurol, New York City, April 1987. Neurology 37 (Suppl l):329, 1987.

33. Van Lancker DR, Kreiman J, Cummings JL. Phonagnosia: neuroanatomical correlates and moropsychological model of voice perception. Am Acad of Aphasia, Phoenix, Arizona, October 26, 1987.

34. Shapira J and Cummings JL. Sexual alterations in dementia of the Alzheimer type. Octoberquest Nursing Research Conference, Los Angeles, California, October 23, 1987.

35. Pahl JJ, Bartzokis G, Mazziotta JC, Cummings JL, Altshuler L, Phelps ME. Positronenemissiontomographia (PET) in der schizophrenieforschung: 1980-1987. Symposium: D/C Schizophrenien Biologishe und familiendynamische Konzept zur Pathogense. Koln, Germany, November 6, 1987.

36. Pahl JJ, Mazziotta JC, Cummings JL, Bartzokis G, Marder S, Schwab R, Sumida R, Kuhl DE, Baxter L, Phelps ME. Positron emission tomography in tardive dyskinesia and Huntington's disease: LCMRG/c in two patient populations with chorea. J Cereb Blood Flow Metab 7 (Suppl l), S373, 1987.

36. Freidenberg DL, Cummings JL, Bartzokis G, Wirshing W. Anticholinergic effects on mixed-frequency drug-induced movement disorders. Neurology 38 (Suppl 1):362, April 1988.

37. Pahl JJ, Bartzokis G, Mazziotta JC, Cummings JL, Altshuler L, Marder S, Phelps ME. PET studies in tardive dyskinesia. Am Acad Neurol, Cincinnati, Ohio, April 1988, Neurology 1988;38(Suppl 1):400.

39. Wirshing WC, Cummings JL. The electromechanical characteristics of tardive dyskinesia. Winter Workshop on Schizophrenia. Badgastein, Austria. January 26, 1987. Schizophrenia Res 1989;3:240.

40. Pahl JJ, Mazziotta JC, Bartzokis G, Cummings JL, Baxter LR, Sumida R, Phelps ME. Metabolic dysfunction in tardive dyskinesia and Huntington's disease. Am Acad Neurol, Cincinnati, Ohio, April, 1988, Neurology 1988;38 (Suppl l):301.

41. Freidenberg D, Cummings JL, Bartzokis G, Wirshing W. Anticholinergic effects of mixed-frequency drug-induced movement disorders. Am Acad Neurol, Cincinnati, Ohio, April, 1988.

42. Cummings JL. Depression in multi-infarct dementia. Depression Symposium; M. Dysken, Chairman, Am Psychiatric Assoc, Montreal, Canada, May, 1988.

43. Pahl JJ, Bartzokis G, Mazziotta JC, Cummings JL, Altshuler L, Marder S. Pallidal hypermetabolism in schizophrenics with TC. Am Psychiatric Assn, Montreal, Canada, May 10, 1988.

44. Pahl JJ, Mazziotta JC, Bartzokis G, Cummings JL, Altshuler L, Marder S, Phelps ME. PET studies of the motor system in tardive dyskinesia. Soc Nuc Med, San Francisco, June 15, 1988.

45. Pahl JJ, Mazziotta JC, Hawkins RA, Bartzokis G, Cummings JL, Altshuler L, Marder S, Phelps ME. PET in hyperkinetic movement disorders. Soc Nuc Med, San Francisco, June 15, 1988.

46. Cummings JL. Neuropsychiatric aspects of neurologic disease. Neurology 39 (Suppl 1): 86, 1989.

47. Flynn F, Cummings JL, Gornbein J. Neuropsychological and behavioral correlates of delusions in dementia syndromes. Am Acad Neurol, April 1990, Miami, Florida.

48. Liu CK, Miller BL, Cummings JL, Benson DF, Villanueva-Meyer J, Mehringer CM, Goldberg M, Mena I, Garrett K. MRI and SPECT in stroke and vascular dementia. Neurology 40 (Suppl l): 174-175, 1990.

49. Miller BL, Cummings JL, Lesser IM, Boone K, Villanueva-Meyer J, Pugliese G, Garrett K, Mena I. Frontal lobe degeneration: neurobehavioral and cerebral blood flow characteristics with SPECT. Neurology 40 (Suppl l):174, 1990.

50. Reichman WE, Cummings JL, Flynn F, McDaniel K, Gornbein J. Analysis of visuoconstructional impairment in dementia syndromes. Neurology 40 (Suppl l):449, 1990.

51. Flynn FG, Cummings JL, Gornbein J. Neuropsychological and behavioral correlates of delusions in Alzheimer's disease and multi-infarct dementia. Neurology 40 (Suppl l):449, 1990.

52. Hinkin CH, Van Gorp WV, Cummings JL, Mitrushina M, Satz P, Freeman D. HIV-1 encephalopathy and normal aging: pattern of neuropsychological test performance. Paper presented at the Conference on Neurological and Neuropsychological Complications of HIV Infection: A Satellite Conference of the VI International AIDS Conference, Monterey, California, 1990.

53. Mahler ME, Sultzer D, Hinkin C, Cummings JL, Mandelkern M, Shapira J, Van Gorp W, Klonsary A, Blahd W. Glucose PET in dementia. DAT and MID compared. Neurology 1991; 41 (Suppl l):119 (abstract presented at AAN).

54. Ross W, Engel P, Cummings JL. Mini-Mental State and Neurobehavior Cognitive Status Examinations in vascular and Alzheimer's dementias. Neurology 1991; 41 (Suppl l):406 (abstract presented at AAN).56.

55. Wirshing W, Ames D, Van Putten T, Marder SR, Bartzokis G, Cummings JL. Selegiline in the treatment of akathisia. American Psychiatric Association, Annual Meeting, New Orleans, May, 1991.

56. Ames D, Wirshing WC, Lee MA, Cummings JL, Van Putten T, Marder SR, Bartzokis G. Selegiline in the treatment of akathisia, tardive dyskinesia, and negative schizophrenic symptoms. Presented at Winter Workshop on Schizophrenia, Strausburg, Austria, 1/30/92. Schizo Bull 1992;6:110-111.

57. Cummings JL. Depression in Parkinson's disease. Biol Psychiatry Annual Meeting, Washington, 4/30/92. Biol Psychiatry 1992;31:G1A.

58. Cummings JL. Neurological disorders with obsessive-compulsive disorder. American Psychiatric Association, Washington, D.C., 5/2/92.

59. Cummings JL. Neurology of mood and affect. American Psychiatric Association, Washington, D.C., 5/5/92.

60. Cummings JL. Neuropsychiatric aspects of Parkinson's disease. American Psychiatric Association, Washington, D.C., 5/5/92.

61. Cummings JL. Neuropsychiatric aspects of Alzheimer's disease. American Psychiatric Association, Washington, D.C., 5/7/92.

62. Wirshing WC, Cummings JL, Ames D, Marder SR, Van Putten T, Bartzokis G. Instrumental quantification of tardive dyskinesia: Is it practical, feasible, or useful? American Psychiatric Association, Washington, D.C., 8/7/92 (Poster N60E).

63. Wirshing WC, Ames D, Cummings JL, Van Putten T, Marder SR, Bartzokis G, Lee MA. Selegiline and akathisia, tardive dyskinesia, and negative schizophrenic symptoms. Clin Neuropharm 1992;151 (Suppl l): 271B.

64. Sultzer DL, Mahler ME, Hinkin C, Mandelkern MA, Cummings JL, Van Gorp WG, Quonnones N, Khonsori A, Ropchan JR, Blahd WH. Psychiatric symptoms are associated with cortical hypometabolism in patients with Alzheimer's disease. Presented at the annual meeting of the American Association for Geriatric Psychiatry, New Orleans, February, 1993.

65. Moore LH, Cummings JL, Van Gorp W, Hinkin C, Mahler M, Perlman S, Cederbaum S. Patterns of neuropsychological performance among forms of subcortical dementia. American Psychological Association, Toronto, Canada, August, 1993.

66. Chang L, Miller BL, Scharre DW, Cummings JL, Vigo-Pelfry C, Schenk D. B-amyloid protein in cerebrospinal fluid of Alzheimer's disease: correlation with MMSE. American Academy of Neurology. Washington, D.C., 1994 Neurology 1994;44, (Suppl. 2):A206;.

67. Mega MS, Cummings JL. Behavioral changes in Alzheimer's disease. American Academy of Neurology, Washington, D.C., l994 Neurology 44, (Suppl. l): A240.

68. Ponton MO, Miller BL, Darcourt J, Cummings JL, Schumann SW, Mena I. SPECT in Capgras syndrome: evidence for right temporal dysfunction. American Academy of Neurology, Washington, D.C., l994 Neurology 1994;44 , (Suppl. 2): A402;.

69. Cummings, JL. Frontal-subcortical dysfunction and neuro-psychiatric illness. J Neuropsychiatry Clin Neurosci 1994; 6:299-300.

70. Hinkin CH, Sultzer DL, Mahler ME, Mandelkern MA, Cummings JL, Van Gorp WG, Durvasula R, Ropchan JR, Beahd WW. Frontal hypometabolism and executive dysfunction in Alzheimer's Disease. J Internat Neuropsychological Soc 1:146, 1995.

71. Miller BL, Cummings JL, Boone K, Chang L, Schuman S, Pachana N, Darby A. Clinical and neurobehavioral 1995.characteristics of fronto-temporal dementia and Alzheimer's Disease. Neurology 45 (Supplement 4): A318-319:

72. Masterman DL, Cummings JL. Sensitivity and specificity of Tc99-HMPAO SPECT in discriminating Alzheimer's Disease patients from other patients with memory complaints. Neurology 45 (Supplement 4): A405: 1995.

73. Kaufer DI, Cummings JL. Does dementia severity predict response to Tacrine in Alzheimer's Disease? Neurology 45 (Supplement 4): A471-472: 1995.

74. Cummings JL. Frontal-subcortical circuits: anatomic, clinical, and pharmacologic aspects. J Psychopharmacol 3 (Supplement to Vol. 9), A3-12: 1995.

75. Kaufer DI, Cummings JL. Response of behavioral symptoms in Alzheimer's disease (AD) to tacrine. J Neuropsychiatry Clin Neurosci 7:397: 1995.

76. Mega MS, Xu TJ, Karaca LL, Altshuler LL, Payne BA, Cohen MS, Small GW, Cummings JL, Toga AW. Standardization of MRI volumetric studies: Hippocampal atrophy predates clinical symptoms in individuals at risk for Alzheimer's Disease. Neurology 46 A133: 1996.

77. Edwards-Lee T, Miller B, Cummings JL, Boone K. The temporal lobe variant of frontotemporal dementia. Neurology 46 A178: 1996.

78. Miller BL, Ikonte C, Cummings JL, Levy M, Darby A, Schuman S. Evaluation of the Lund Manchester criteria for frontotemporal dementia. Neurology 46 A185: 1996.

79. Cherrier MM, Mendez MF, Perryman KM, Miller BL, Cummings JL. Frontotemporal dementia versus Alzheimer's Disease: Differential Cognitive Features. Neurology 46 A186: 1996.

80. Kaufer D, Itti L, Miller B, Fairbanks J, Li J, Fishman J, Cummings JL. Midline cerebral morphometry discriminates frontotemporal dementia and Alzheimer's Disease. Neurology 46A186: 1996.

81. Sultzer DL, Cummings JL, Mahler ME, Berisford MA, Mandelkern MA, Hinkin CH. Depression and PET imaging in Alzheimer's disease.

82. Van Lancker D, Pachana NA, Cummings JL, Erickson C, Sidtis J. Dysprosodic speech following basal ganglia stroke: role of frontosubcortical circuits. J Internat Neuropsychological Society. 1996;83.

83. Cummings JL, Bieber F, Mas J, Orazem J, Gulanski B. Metrifonate in Alzheimer's disease - results of a dose-finding study. International Conference on Alzheimer's Disease and Related Disorders, Fifth. Osaka, Japan, July, 1996.

84. Cummings JL. Cholinergic treatment of behavioral disturbances in Alzheimer's disease. International Conference on Alzheimer's Disease and Related Disorders, Fifth. Osaka, Japan, July, 1996.

85. Thompson PM, Mega MS, Moussai J, Zohoori S, Goldkorn A, Khan AA, Coyrell J, Small G, Cummings JL, Toga AW. probabilistic atlas and average surface representation of the Alzheimer's brain, with local variability and probability maps of the ventricles and deep cortex. Neurosci Abs 1996;22:1105.

86. Thompson PM, MS, Blanton RE, Moussai J, Khan AA, Zohoori S, Mogy J, Aron J, Goldkorn A, Holmes CJ, Small G, Cummings JL, MacDonald D, Evans AC, Collins RC, Toga AW. A detection system for mapping abnormal structure, anatomic variability and brain symmetry in Alzheimer's disease and aging with 3D deformable probabilistic brain atlases. Neurosci Abs 1997;23:2173.

87. Mendez MF, Engebrit B, Doss R, Miller BL, Cummings JL. Clinical characteristics of epileptic auras with cognitive manifestations. J Neuropsychiatry Clin Neurosci 1997;9:145.

88. Ponton MO, Miller BL, Urrutia C, Mares M, Cummings JL. Clinical validity of the Neuropsychological Screening Battery for Hispanics (NeSBHIS) with an elderly demented population. J Neuropsychiatry Clin Neurosci 1997;9:166.

89. Kaufer D, Cummings J, Christine D, Bray T, Castellon S. Assessing the caregiver impact of neuropsychiatric symptoms in Alzheimer's disease: The Neuropsychiatric Inventory Caregiver Distress Scale. J Neuropsychiatry Clin Neurosci 1997;9:173.

90. Mendez MF, Miller BL, Cummings JL. Compulsions and hoarding behavior in frontotemporal dementia. J Neuropsychiatry Clin Neurosci 1997;9:174.

91. Wang AY, Mega MS, Pourrabbani S, Cheng Y, Brooks AJ, Vinters HV, Cummings JL. Divergent Lewy Body Burden in Limbic Versus Neocortex Across Alzheimer's Disease Severity Stages. Ann Neurol 1997;Vol 42 No 3.

92. Aarsland D, Larsen JP, Tandberg E, Cummings JL. Depression, psychosis, and dementia in Parkinson's disease: a community-based study. J Neuropsychiatry Clin Neurosci 1997;9:177.

93. Russell GL, Miller BL, Mena I, Cummings JL. Frontotemporal degeneration: frontal lobe variant vs. temporal lobe variant. J Neuropsychiatry Clin Neurosci 1997;9:180.

94. Tom TW, Cummings JL. Posterior cortical atrophy. J Neuropsychiatry Clin Neurosci 1997;9:180.

95. Tom TW, Wang AY, Mega MS, Tomiyasu U, Vinters HV, Masterman DL, Cummings JL. The relationship between Lewy bodies, neurofibrillary tangles, and senile plaques in hippocampi from patients with dementing disorders. Neurology 1997;48:A141.

96. Wang AY, Mega MS, Pourrabbani H, Vinters V, Cummings JL. Limbic And Neocortical Subgroups in Alzheimer's Disease With Lewy Bodies Based On Braak & Braak Plaque Staging. Society For Neuroscience, 1997;Vol 23.

97. Thompson PM, Mega MS, Blanton RE, Moussai J, Khan AA, Zohori S, Mogy J, Goldkorn A, Holmes CJ, Small G, Cummings JL, Macdonald D, Evans AC, Collins RC, Toga AW. A Detection System For Mapping Abnormal Structure, Anatomic Variability & Brain Asymmetry In Alzheimer's Disease & Aging With 3D Deformable Probablistic Brain Atlases. Society for neuroscience 1997;23: 2173.

98. Fuh JL, Mega MS, Thompson PM, Cummings JL, Toga AW. Cortical complexity maps and cognition in Alzheimer's disease. J Neuropsychiatry 1997; 9: No 4.

99. Paulsen JS, Mega MS, Cummings JL. The spectrum of behavioral changes in Huntington's disease. J Neuropsychiatry 1997.

100. Thompson PM, Mega MS, Blanton RE, Moussai J, Zohori S, Goldkorn A, Holmes CJ, Macdonald D, Small W, Cummings JL. Three-dimensional patterns of abnormal brain structure, anatomic variation, and asymmetry in Alzheimer's disease. J Neuropsychiatry 1997.

101. Masterman DL, Bronstein J, Desalles AF, Foti DF, Cummings JL. Cognitive and behavioral performance following unilateral ventroposterior pallidotomy. Neurology 1997;48:A252-253.

102. Miller BL, Swartz JR, Koras NL, Suarez R, Kushi J, Cummings JL. Early symptoms in frontotemporal dementia. Neurology 1997;48:A50.

103. Cummings JL. Cholinergic treatment of behavioral disturbances in Alzheimer's disease. Biol Psychiatry 1997;42:124S.

104. Cummings JL. Non-cognitive manifestations of Alzheimer's disease: effects of cholinergic therapy. Alzheimer's Disease International, 13th. Helsinki, Finland, September 29 - October 2, 1997.

105. Litvan I, Cummings Jl, Mega M, Neuropsychiatric Features of Corticobasal Degeneration. American Neurological Association 1998.

106. Back C, McPherson S, Cummings JL, Fairbanks L. Functional ability in frontal variant AD and conventional AD. I Internat Neuropsychological Soc 1998;4:31.

107. Wilkins S, White K, Cummings JL. Utility of the Neuropsychiatric Inventory in a geriatric medical population. I Internat Neuropsychological Soc 1998;4:33.

108. Cummings JL, Cyrus PA, Bieber F, Orazem J, Mas J, Gulanski B. The effect of metrifonate on the cognitive, functional and behavioral symptoms of Alzheimer's disease. American Association for Geriatric Psychiatry, 11th. San Diego, California, March 8 - 11, 1998.

109. Leon J, Neumann PJ, Hermann RC, Hsu M-A, Cummings JL, Marin D, Doraiswamy PM. A cross-sectional study on the health related quality of life and health service utilization for mild, moderate, and severely impaired Alzheimer's disease patients. Neurology 1998;50:A303.

110. Cummings JL, Cyrus PA, Ruzicka BB, Gulanski B. The efficacy of metrifonate in improving the behavioral disturbances of Alzheimer's disease patients. Neurology 1998;50:A251.

111. Mega MS, O'Connor SM, Lee L, Dinov ID, Cummings JL. Orbital frontal and anterior cingulate pretreatment perfusion defects on 99m Tc-HMPAO-SPECT are associated with behavioral response to cholinesterase inhibitor therapy in Alzheimer's disease. Neurology 1998;50:A250.

112. Lee L, Mega MS, Dinov ID, Cummings JL, Toga AW. Dorsolateral frontal and anterior cingulate perfusion defects on 99mTc-HMPAO-SPECT are associated with delusional behavior in Alzheimer's disease. Neurology 1998;50:A362.

113. Miller BL, Cummings JL, Koras N, Mishkin F, Boone K, Read SL, Prince F, Cotman C. Emergence of visual or musical talent in frontotemporal dementia. Neurology 1998;50:A410.

114. Cummings JL. Organic disorders with psychotic features in the elderly. American Psychiatric Association, Toronto. Industry Symposia pp. 310-311, 1998.

115. Cummings JL. Pathogenesis of Alzheimer's disease. American Psychiatric Association, Toronto. Industry Symposia p. 333, 1998.

116. Rozzini L, Frisoni GB, Gozzetti A, Binetti G, Zanetti O, Bianchetti A, Trabucchi M, Cummings JL. Behavioral syndromes in Alzheimer's disease: description and correlates. Neurobiol Aging 1998;S24, 101.

117. Cummings JL. Fronto-temporal dementias vs. Alzheimer's disease: distinctions in life. Workshop H: Hereditary fronto-temporal dementia and Pick's disease. Neurobiol Aging 1998;S294, 1232.

118. Cummings JL. Cortical-subcortical networks related to behavioral disturbances. Int I Neuropsychopharmacol 1998;1(S1):S92.

119. Kaufer DI, Cummings JL, Ketchel P, Smith V, MacMillan A, Lopez OL, DeKosky ST. Assessing neuropsychiatric symptoms in clinical practice: The Neuropsychiatric Inventory Questionnaire (NPI-Q). I Neuropsychiatry Clin Neurosci 1999;11:145-146.

120. Ringman JM, Cummings JL. Treatment of parasomnia with donepezil. I Neuropsychiatry Clin Neurosci. 1999;11:145-146.

121. Ercoli LM, Huang S-C, Komo S, Bookheimer SY, Saxena S, Silverman DHS, Mega MS, Mazziotta JC, Wu HM, Cummings JL, Phelps ME. PET and genetic risk for Alzheimer disease. Society of Nuclear Medicine's 46th Annual Meeting. June 6, 1999.

122. Bethesda JL, Neumann PJ, Hermann RC, Hsu M-A, Cummings JL, Marin D, Doraiswamy M. A cross-sectional study on the health related quality of life and health service utilization for mild, moderate, and severely impaired Alzheimer's disease patients. American Academy of Neurology 50th Annual Meeting Program. Neurology 50:A303 (1998).

123. Miller BL, Cummings JL, Koras N, Mishkin F, Boone K, Read SL, Prince F, Cotman C. Emergence of visual or musical talent in frontotemporal dementia. American Academy of Neurology 50th Annual Meeting Program. Neurology 1998 50:A410.

124. Mega MS, O'Connor SM, Lee L, Dinov ID, Cummings JL, Toga A. Orbital frontal and anterior cingulate pretreatment perfusion defects on 99Tc-HMPAO-SPECT are associated with behavioral response to cholinesterase inhibitor therapy in Alzheimer's disease. American Academy of Neurology 50th Annual Meeting Program. Neurology 1998;50 (4):A250.

125. Cummings JL, Cyrus PA, Ruzicka BB, Gulanski B. The efficacy of metrifonate in improving the behavioral disturbances of Alzheimer's disease patients. American Academy of Neurology 50th Annual Program. Neurology 1998;50 (4):A251.

126. Lee L, Mega MS, Dinov ID, Cummings JL, Toga AW. Dorsolateral frontal and anterior cingulate perfusion defects on 99mTc-HMPAO-SPECT are associated with delusional behavior in Alzheimer's disease. American Academy of Neurology 50th Annual Program. Neurology 1998 I;50 (4):A362.

127. Mega MS, Woods RP, Thompson PM, Dinoy ID, Lee L, Aron J, Zoumalan CI, Cummings JL, Toga A. Detecting metabolic patterns associated with minimal cognitive impairment using FDG-PET analysis within a probabilistic brain atlas based upon continuum mechanics. Society for Neuroscience 28th Annual Meeting. Society for Neuroscience Abstracts 1998 Nov;24 (2):1269.

128. Thompson PM, Mega MS, Woods RP, Blanton RE, Moussai J, Zoumalan CI, Cummings JL, MacDonald D, Evans AC, Toga AW. Detecting 3D patterns of Alzheimer's disease pathology with probabilistic brain atlas based on continuum mechanics. Annual Conference of the American Academy of Neurology, Neurology 1999;52(6): A368 Suppl.

129. Thompson PM, Mega MS, Woods RP, Blanton RE, Moussai J, Zoumalan CI, Aron J, Cummings JL, Toga AW. 3D probabilistic atlas of the human brain in Alzheimer's disease: emerging patterns of variability, asymmetry and degeneration. NeuroImage 1999;9(6):S597.

130. Mega MS, Cummings JL, Dinov ID, Masterman DM, Felix J, O'Connor MO, Reback ER, Toga AW. Metrifonate clinical benefits are correlated with activation of specific neuronal networks. American Neurological Association 1999.

131. Kwong EM, Mega MS, Thompson PM, Mina LX, Ercoli LM, Cummings JL, Small GW, Felix J, Toga AW. Three Dimensional Hippocampal Maps in Normal Aging, Older Persons with Mild Cognitive Impairment and Patients with Alzheimer's Disease. Neurology 1999;52.

132. Felix J, Mega MS, Dinov ID, Toga AW, Cummings JL. Perfusion in the Parietal Cortex and Dorsolateral Bilaterally are Associated with Depressed Mood in Alzheimer's Disease Patients: A 99mTc-HMPAO SPECT Analysis. NeuroImage 1999;9.

133. Thompson PM, Mega MS, Woods RP, Blanton RE, Moussai J, Zoumalan CI, Aron J, Cummings JL, Toga AW. A Probablistic Atlas of the Human Brain in Alzheimer's Disease: Emerging Patterns of Variability, Asymmetry and Degeneration. NeuroImage 1999;9, No 6, S597.

134. Small GW, Ercoli LM, Huang SC, Komo S, Bookheimer SY, Saxena S, Silverman DH, Mega MS, Mazziotta JC, Wu HM, Cummings JL, Phelps ME. Pet And Genetic Risk For Alzheimer's Disease. J Nuclear Med 1999;No. 283.

135. Thompson PM, Mega MS, Woods RP, Blanton RE, Moussai J, Zoumalan CI, Cummings JL, MacDonald D, Evans AC, Toga AW. Detecting 3D patterns of Alzheimer's disease pathology with a disease-specific population-based probabilistic brain atlas. Neurosci Abs 1999;25: 1801.

136. Thompson PM, Mega MS, Woods RP, Blanton RE, Moussai J, Zoumalan CI, Cummings JL, MacDonald D, Evans AC, Toga AW. Detecting 3D patterns of Alzheimer's disease pathology with disease-specific population-based probabilistic brain atlas. Proc. Society for Neuroscience, Miami, FL. October 1999.

137. Cummings JL. Behavior management over the course of Alzheimer's disease. American Psychiatric Association 152nd Annual Meeting. Washington D.C. (May 16, 1999).

138. Cummings JL. Assessment of neuropsychiatric disorders. American Psychiatric Association 152nd Annual Meeting. Washington D.C. (May 17, 1999).

139. Cummings, JL. Assessment of behavioral disorders in dementia patients. World Psychiatric Association: Current Opinion in Psychiatry 12:34 (July 1999).

140. Cummings, JL. Management of psychosis in neurologic disorders. World Psychiatric Association: Current Opinion in Psychiatry July 1999;12:94.

141. Halbreich U, Giorgio R, Shridhar S, Cummings J, Trimble M. Integration of Neurology and Psychiatry (and Round Table) World Psychiatric Association: Current Opinion in Psychiatry July 1999;12:446.

142. Mega MS, Felix J, Dinov ID, McPherson SM, Cummings JL, Toga AW. Anterior conulate and frontal polar hypoperfusion is associated with declines in verbal fluency in older persons with mild cognitive impairment: A 99mTc-HMPAO SPECT study. NeuroImage Abs 1999;9: p S350.

143. Mega MS, Thompson PM, Woods RP, Dinov ID, Zoumalan CI, Cummings JL, Mazziotta JC, Toga AW. Functional imaging analysis within an Alzheimer's disease atlas: Cortical variability maps of anatomic and PET registration errors. Neurosci Abs 1999;25:15.

144. Thompson PM, Mega MS, Woods RP, Zoumalan CI, Lindshield CJ, Blanton RE, Moussai J, Holmes CJ, Dinov ID, Cummings JL, Toga AW. Early cortical change in Alzheimer's disease detected with a disease-specific, population-based, probabilistic brain atlas. American Academy of Neurology, 2000.

145. Cummings JL. Neuropsychiatry in the elderly. The 3rd International Congress of Neuropsychiatry. Kyoto, Japan (April 9-13, 2000).

146. Cummings JL, Anand R, Koumaras B, Hartman R. Behavioral benefits in Alzheimer's disease patients residing in a nursing home following 52 weeks of rivastigmine treatment. American Psychiatric Association 153rd Meeting. Chicago, IL (May 13-18, 2000).

147. Senanarong V, Harnphadugkit K, Udompunpurak S, Punthumchinda K, Poungvarin N, Cummings JL. Clock drawing test and activities of daily living questionnaires as a short screening test for dementia in Thai population. The 3rd International Congress of Neuropsychiatry. Kyoto, Japan (April 9-13, 2000).

148. Thompson PM, Mega MS, Woods RP, Zoumalan CI, Lindshield CJ, Blanton RE, Moussai J, Holmes CJ, Dinov ID, Cummings JL, Toga AW. Early cortical change in Alzheimer's disease detected using cortical pattern matching and a disease-specific, population-based, probabilistic brain atlas. 6th International Conference on Functional Mapping of the Human Brain, San Antonio, Texas, June 2000.

149. Cummings JL. Update on pharmacologic management of behavioral disturbances in Alzheimer's disease. Symposium Therapeutic Approaches. Neurobiol Aging July 9, 2000;21:S1-304.

150. Senanarong V, Vannasaeng S, Poungvarin N, Ploybutr S, Udompunthurak S, Chamjuras P, Cummings JL. Estrogen: associations for dementia risks and neuropsychiatric symptoms. Poster Presentation: Alzheimer's disease and related dementias IV. Neurobiol Aging July 9, 2000;21: S1-304.

151. Porter VR, Panossian L, Valenzuela HF, Zhu X, Rausch HR, Cummings JL, Effros RB. The role of telomere length and telomerase in the immunopathogenesis of Alzheimer's disease. The 30th Annual Meeting of the Society for Neuroscience, New Orleans, LA, November 4-9, 2000.

152. Mega MS, Cummings JL, Masterman DM, Dinoz ID, Felix J, O'Connor SM, Toga AW. Metabolic Responses to Donepezil Therapy in Alzheimer's Disease. Neurology 2000; 54 (suppl 3).

153. Crabtree EC, Mega MS, Lindshield C, Dinov ID, Thompson PM, Felix J, notestine-Fennema C, Archibald SL, Jernigan TL, Cummings JL, Toga AW. Alzheimer Grey Matter Loss Across Time: Assessment Using A Probablistic Alzheimer Brain Atlas. Society For Neuroscience, 2000; 26.

154. Toga AW, Thompson PM, Mega MS, Cummings JL. Detecting Dynamic (4D) Profiles of Degenerative Rates in Alzheimer's Disease Patients, Using Tensor Mapping And A Population-Based Brain Atlas. Society For Neuroscience, 2000; 26.

155. Geula C, Farlow M, Cummings JL, Morris J, Scheltens P, Anand R. Alzheimer's Disease: Translating Neurochemical Insights into Clinical Benefits. J Clin Psychiatry 2000;61:791-802.

156. Dinov ID, Mega MS, Manese M, Feliz J, Tran N, Lindshield C, Cummings JL, Toga AW. Construction of the First Rest-state Functional Subvolume Probabilistic Atlas of Normal Variability in the Elderly and Demented Brain. Neurology 2001;56;A248.

157. Reichman WE, Menza M, Mulsant BH, Cummings JL. Depression in the Neuropsychiatric Disorders of Aging: Toward a Unified Understanding of Pathogenesis. Am J Geriatr Psychatry, Annual Meeting, Summer 2001; pp.36.

158. Cummings JL. Depression: Toward a Unified Understanding of Pathogenesis. Am J Geriatr Psychiatry, Annual Meeting, Summer 2001; pp.37.

159. Cummings JL, Duttagupta S, Wade S, Goldberg G, Mosso A, Patton M, Haberman M. Cost Savings Associated with Use of Donepezil in Managed Care. Am J Geriatr Psychatry, Annual Meeting, Summer 2001; pp.53.

160. Cummings JL, Kavanagh S, Hammond G. Galantamine (Reminyl) prevents behavioural symptoms and caregiver distress in Alzheimer's disease. 1st European Union of Geriatric Societies, August 2001.

161. Mega MS, Dinov ID, Manese M, Felix J, Tran N, O'Connor SM, Masterman DM, Toga AW, Cummings JL, Laboratory of Imaging and Alzheimer's Disease. Anterior cingulate activation occurs across cholinesterase inhibitor therapy in Alzheimer's disease. Int Psychogeriatr 2001;13 (suppl 2).

162. Senanarong V, Punthumchinda K, Somprakit P, Udompunthurak S, Jamjumras P, Poungvarin N, Cummings JL. Seven Item Cognitive Screening Test (7ICST) for Dementia in Thai Elderly. J Neurol Sci 2001;187:S43.

163. Street JS, Clark WS, Cummings JL, Kadam DL, Mitan SJ, Sanger TM, Bymaster FP, Tamura RN, Feldman PD, Gannon KS, Tollefson GD, Breier A. Olanzapine in the Treatment of Psychosis and Behavioural Disturbances Associated with Alzheimer's Disease. J Neurol Sci 2001;187:PO131.

164. Cummings JL. Neuropsychiatric Aspects of Parkinson's Disease. J Neurol Sci 2001;187:54.01.

165. Cummings JL. Neural pathways mediating behaviors in dementia. The American Journal of Geriatric Psychiatry March-April 2002. AAGP 15th Annual Meeting, Orlando, Florida: February 24-27, 2002.

166. Cummings JL. Cholinergic treatment of neuropsychiatric symptoms in Alzheimer's disease. 7th International Geneva/Springfield Symposium on Advances in Alzheimer Disease, April 3-6, 2002.

167. Mega M, Dinov II, Manese M, Felix J, O'Connor SM, Toga AW, Cummings JL. Cerebral metabolic activation with cholinesterase inhibitor therapy in Alzheimer disease. 7th International Geneva/Springfield Symposium on Advances in Alzheimer Disease, April 3-6, 2002.

168. Prolo P, Mondino F, Rosso MG, Salvatico F, Grasso E, Angeli A, Cummings JL, Masterman DL, Fanto F, Tisci C. A comparison of life satisfaction and mood in subjects with Alzheimer's disease and their caregivers. Neurobiology of

61

Aging July-August 2002. 8th International Conference on Alzheimer's Disease and Related Disorders, Stockholm, Sweden: July 20-25, 2002:S43.

169. Mega M, Dinov I, O'Connor SM, Toga A, Cummings J, Felix J. Cerebral metabolic activation with cholinesterase inhibitor therapy in Alzheimer's disease. Neurobiology of Aging July-August 2002. 8th International Conference on Alzheimer's Disease and Related Disorders, Stockholm, Sweden: July 20-25, 2002:S114.

170. Senanarong V, Poungvarin N, Prayoonwiwat N, Udompunthurak S, Cummings JL. Frontal behaviors and executive function in Thai patients with Alzheimer's disease. Neurobiology of Aging July-August 2002. 8th International Conference on Alzheimer's Disease and Related Disorders, Stockholm, Sweden: July 20-25, 2002:S160.

171. Sultzer D, Chen S, Monserratt L, Brown C. Mandelkern M, Cummings JL. Exuective skills and frontal cortical metabolism in Alzheimer's disease. Neurobiology of Aging July-August 2002. 8th International Conference on Alzheimer's Disease and Related Disorders, Stockholm, Sweden: July 20-25, 2002:S470.

172. Mega M, Dinov I, Cummings JL. Confirmation of dementia subtypes using functional neuroimaging. Neurobiology of Aging July-August 2002. 8th International Conference on Alzheimer's Disease and Related Disorders, Stockholm, Sweden: July 20-25, 2002:S472.

173. Cummings JL. Non-cognitive symptoms in dementia. Neurobiology of Aging July-August 2002. 8th International Conference on Alzheimer's Disease and Related Disorders, Stockholm, Sweden: July 20-25, 2002:S145.

174. Cummings JL. The neuropsychiatric burden of geriatric neurologic disorders. Int Psychogeriatr Assoc Prog & Abstract Book October 23-26, 2002. IPA'S Asia Pacific Regional Meeting, Hong Kong, SAR PR China: October 23-26, 2002:16.

175. Cummings JL. Clinical syndromes in dementia. Report of T. S. Srinivasan Institute of Neurological Sciences and Research Public Health Centre 2003;18.

176. Cummings JL. 23rd T. S. Srinivasan endowment oration: dementia: from science to patient. Report of T. S. Srinivasan Institute of Neurological Sciences and Research Public Health Centre 2003;13.

177. Cummings JL, Lilienfeld S, Mahableshwarkar AR. The effect of galantamine on behavior: maintenance of effects with long-term treatment of mild-to-moderate Alzheimer's disease. New Research Program for the American Psychiatric Association 156th Annual Meeting. San Francisco, CA: May 17-22, 2003:63 (Poster session).

178. Cummings JL. Depression in Parkinson's disease. Syllabus and Proceedings Summary for the American Psychiatric Association 156th Annual Meeting. San Francisco, CA: May 17-22, 2003:88.

179. Cummings JL. Depression in dementing disorders. Syllabus and Proceedings Summary for the American Psychiatric Association 156th Annual Meeting. San Francisco, CA: May 17-22, 2003:261.

180. Cummings JL. Apathy in neuropsychiatric disorders. Syllabus and Proceedings Summary for the American Psychiatric Association 156th Annual Meeting. San Francisco, CA: May 17-22, 2003:272.

181. Cummings JL. Geriatric neuropsychiatry. Sehat sejahtera di usia lanjut. Kongress Pertama API. Jakarta, Indonesia. May 14-16, 2003:4-6.

182. Cummings JL. Galantamine: a new dimension in Alzheimer dementia therapy. Sehat sejahtera di usia lanjut. Kongress Pertama API. Jakarta, Indonesia. May 14-16, 2003:7-8.

183. Michael S. Mega, I. Dinov, JL. Cummings, A.W. Toga. Utilization of functional neuroimaging to confirm dementia subtypes. Advances in Geriatric Psychiatry: Translating Research into Care. Proceedings of the 16th Annual Meeting of the American Association for Geriatric Psychiatry. Honolulu, Hawaii: March 1-4, 2003:90.

184. Bartzokis G, Cummings JL, Sultzer D, Nuechterlein KH, Mintz J. Heterogeneous age-related breakdown of white matter structural integrity: Implications for "disconnection" in aging and Alzheimer's disease. Ann Neurol 2003; 54: 7: S29-S30.

185. Cummings J, van Dyck C, Schmitt F, et al. Functional and behavioral effects of memantine in Alzheimer's disease (abstract). *Neurology* 2004;62(7 Suppl 1):A104.

186. Cummings J, Schmitt F, Tariot P, et al. Effect of memantine on behavioral outcomes in moderate to servere Alzheimer's disease. Poster presented at: 43th American Collecge of Neuropsychopharmacology Annual Meeting; December 12-16, 2004; San Juan, Puerto Rico.*

187. Cummings J, van Dyck C, Schmitt F, et al. Functional and behavioral effects of memantine in Alzheimer's diese (abstract). *J Am Geriatr Soc* 2004;52(4):S1-S246. (ORAL Presentation by J Olin)

188. Cummings JL. Alzheimer's disease and normal aging: keeping our minds healthy. The Egyptian Society of Neurology Psychiatry and Neurosurgery. 5th CNC Cairo International Neurology Conference. Cairo, Egypt: January 14-16, 2004:15.

189. Cummings JL. The neuropsychiatry of Alzheimer's disease: assessment and treatment. The Egyptian Society of Neurology Psychiatry and Neurosurgery. 5th CNC Cairo International Neurology Conference. Cairo, Egypt: January 14-16, 2004:19-20.

190. Cummings JL, Finkel S, Zhang R, Burt T, McRae R. Donepezil improves behavioral symptoms in patients with Alzheimer's disease. American Association for Geriatric Psychiatry's 17th Annual Meeting. Baltimore, MD: February 21-24, 2004: PO62.

191. Cummings JL, Tariot P, Gergel I, Graham SM, Jin J. Effect of memantine on behavioral outcomes in moderate to severe Alzheimer's disease. American Association for Geriatric Psychiatry's 17th Annual Meeting. Baltimore, MD: February 21-24, 2004: PO63.

192. Cummings JL. Namaneda™ shows benefits in behavioral disturbances associated with moderate to severe Alzheimer's disease. American Association for Geriatric Psychiatry's 17th Annual Meeting. Baltimore, MD: February 21-24, 2004.

193. Cummings JL. Cholinisterase inhibitors: behavioral and neuropsychiatric effects. Neurobiology of Aging. 2004;25:S6.

194. Cummings JL, Tariot P, Graham SM, Bell J, Jin J. Effects of memantine on behavioral outcomes in moderate to severe Alzheimer's disease. 8th International Montreal/Springfield Symposium on Advances in Alzheimer Therapy. Montreal, Canada: April 14-17, 2004:52.

195. Nasreddine ZS, Chertkow H, Phillips NA, Whitehead V, Bergman H, Collin I, Cummings JL, Herbert L. The moderate cognitive assessment (MOCA): A brief cognitive screening tool for detection of mild cognitive impairment 8th International Montreal/Springfield Symposium on Advances in Alzheimer Therapy. Montreal, Canada: April 14-17, 2004:90.

196. Apostolova LG, Dinov II, Toga AW, Cummings JL. Mapping apathy in Alzheimer's disease: a structural MRI study. American Academy of Neurology 56th Annual Meeting Program. San Francisco, CA: April 24-May 1, 2004; P02.043.

197. Mega MS, Dinov II, Porter V, Chow G, Reback E, Davoodi P, O'Connor SM, Carter MF, Felix J, Amezcua H, Cummings JL, Toga AW. Metabolic patterns associated with the clinical response to galantamine therapy: an FDG-PET study. American Academy of Neurology 56th Annual Meeting Program. San Francisco, CA: April 24-May 1, 2004; P02.047.

198. Lu PH, Masterman D, Swerdoff R, Cotman C, Miller B, Mulnard R, Wang C, Yaffe K, Carter M, Cummings JL. Effects of testosterone on cognition and mood in male patients with mild Alzheimer's disease and normal volunteers. American Academy of Neurology 56th Annual Meeting Program. San Francisco, CA: April 24-May 1, 2004; P02.057.

199. Nasreddine Zs, Cherkow H, Phillips N, Whitehead V, Collin I, Cummings JL. The Montreal Cognitive Assessment (MoCA): a brief cognitive screening tool for detection of mild cognitive impairment. American Academy of Neurology 56th Annual Meeting Program. San Francisco, CA: April 24-May 1, 2004; P02.063.

200. Cummings JL, van Dyck CH, Schmitt FA, Graham SM, Olin JT, Jin J, Tariot PN. Functional and behavioral effects of memantine in Alzheimer's disease. American Academy of Neurology 56th Annual Meeting Program. San Francisco, CA: April 24-May 1, 2004; P04.107.

201. Cummings JL, Zhang R, McRae T. Effects of donepezil therapy on behavioral symptoms in patients with Alzheimer's disease. American Academy of Neurology 56th Annual Meeting Program. San Francisco, CA: April 24-May 1, 2004; P04.112.

202. Cummings JL. Director, Non-Alzheimer's Dementias. Education Program Syllabus, American Academy of Neurology 56th Annual Meeting. San Francisco, CA: April 26, 2004; 3AC.005.

203. Cummings JL, Zhang R, McRae T. Donepezil therapy improves behavioral symptoms in patients with Alzheimer's disease. Syllabus & Proceedings Summary: American Psychiatry Association 2004 Annual Meeting. New York, NY: May 1-6, 2004;NR238.

204. Tariot PN, van Dyck CH, Schmitt FA, Graham SM, Olin JT, Jin J, Cummings JL. Functional and behavioral effects of memantine in Alzheimer's disease. Syllabus & Proceedings Summary: American Psychiatry Association 2004 Annual Meeting. New York, NY: May 1-6, 2004;NR872.

205. Cummings JL. Diversity of neuropsychiatric impairment: cognitive and behavioral implications. Syllabus & Proceedings Summary: American Psychiatry Association 2004 Annual Meeting. New York, NY: May 1-6, 2004; 32B.

206. Cummings JL. Depression in Parkinson's disease. Syllabus & Proceedings Summary: American Psychiatry Association 2004 Annual Meeting. New York, NY: May 1-6, 2004; 57B

207. Schmitt F, Tariot P, Cummings JL, Bell J, Jia D, Olin J. Robust response to memantine treatment when functional and behavioral efficacies are combined with cognition. Neurobiology of Aging 9th international conference on Alzheimer's disease and related disorders. Philadelphia, PA: July 17-22, 2004; S93, P1-002.

208. Cummings JL, van Dyke C, Schmitt F, Graham SM, Olin JT, Jin J, Tariot P. Functional and behavioral effects of memantine in Alzheimer's disease. Neurobiology of Aging 9th international conference on Alzheimer's disease and related disorders. Philadelphia, PA: July 17-22, 2004; S186, P1-315.

209. Mega M, Dinov II, Porter V, Chow G, Reback E, Davoodi P, O'Connor S, Carter M, Felix J, Amezcua H, Cummings JL, Toga AW. Metabvolic patterns associated with the clinical response to galantamine therapy: an FDG-PET study. Neurobiology of Aging 9th international conference on Alzheimer's disease and related disorders. Philadelphia, PA: July 17-22, 2004; S187, P1-318.

210. Schmitt FA, Tariot PN, Cummings JL, Bell JM, Jia D, Olin T. Robust response to memantine treatment when functional and behavioral efficiencies are combined with cognition. 8th Congress of the European Federation of Neurological Societies. Paris, France: September 4-7, 2004;11: S2, P1014.

211. Cummings JL, van Dyke C, Schmitt F, Graham SM, Olin JT, Jin J, Tariot P. Functional and behavioral effects of memantine in Alzheimer's disease. 8th Congress of the European Federation of Neurological Societies. Paris, France: September 4-7, 2004; 11: S2, P1031.

212. Senanarong V, Harnphadungkit K, Poungvarin N, Udomthanthurak S, Phanthumchinda K, Cummings JL. Combined clock drawing test and Thai activities of daily living scale as a screening test for dementia in elderly Thai. 8th Congress of the European Federation of Neurological Societies. Paris, France: September 4-7, 2004; 11: S2, P2031.

213. Cummings JL. Protein misfolding and the proteotype – phenotype relationship. Ipsen Foundation. Genotype-Proteotype-Phenotype Relationships in Neurodegenerative Diseases. Parris, France: September 13, 2004.

214. Schmitt FA, Tariot PN, Cummings JL, Bell JM, Jia D, Olin JT. Robust response to memantine treatment when functional and behavioral efficacies are combined with cognition. The International Journal of Neuropsychopharmacology. XXIV CINP Congress, Paris France June 20-24, 2004;S208:P01.288.

215. Cummings JL, van Dych C, Schmitt FA, Graham SM, Olin JT, Jin J, Tariot PN. Functional and behavioral effects of memantine in Alzheimer's disease. The International Journal of Neuropsychppharmacology. XXIV CINP Congress, Paris France June 20-24, 2004;S208:P01.289.

216. Il-Seon S, Carter M, Masterman D, Fairbanks Lynn, Cummings JL. Neuropsychiatric symptoms and quality of life in Alzheimer's disease. IPA Asia Pacific Regional Meeting, Seoul. September 8-11, 2004.

217. Cummings J, van Dyck C, Schmitt F, et al. Functional and behavioral effects of memantine in Alzheimer's disease. Neurology 2004;62(7 Suppl 5): A318.

218. Cummings J, van Dyck C, Schmitt F, et al. Functional and behavioral effects of memantine in Alzheimer's disease. J Am Geriatr Soc 2004;52S1-S246.

219. Cummings J, Tariot P, Graham S, et al. Effect of memantine on behavioral outcomes in moderate to severe Alzheimer's disease. 157th Annual meeting of the American Psychiatric Association, New York, NY: May 1-6,2004.

220. Schmitt FA, Tariot PN, Cummings JL, et al. Robust response to memantine treatment when functional and behavioral results are combined with cognition. The American Neurological Association 129th Annual Meeting, Toronto, Ontario, Canada: October 3-6, 2004.

221. Cummings J, van Dyck C, Schmitt F, et al. Functional and behavioral effects of memantine in Alzheimer's disease. The American Psychiatric Association 56th Institute on Psychiatric Services, Atlanta, Georgia: October 6-10, 2004.

222. Cummings J, van Dyck C, Schmitt F, et al. Functional and behavioral effets of memantine in Alzheime'rs disease. 35th Annual Meeting of the American Society of Consultant Pharmacists, San Francisco, CA: November 3-6, 2004.

223. Cummings J, Schmitt F, Tariot P, et al. Effect of memantine on behavioral outcomes in moderate to severe Alzheimer's disease. 43th American College of Neuopsychopharmacology Annual Meeting, San Juan, Puerto Rico: December 12-16, 2004.

224. Cummings J, Tariot P, Graham S, et al. Effect of memantine on behavioral outcomes in moderate to severe Alzheimer's disease. International Journal of Neuropsychopharmacology 2004;7: S208.

225. Schmitt F, Tariot P, Cummings J, et al. Response to memantine treatment based on multiple definitions of responders. International Journal of Neuropsychopharmacology 2004;7:S380.

226. Schmitt FA, Tariot PN, Cummings JL, et al. Robust response to memantine treatment based on multiple definitions of responders. J Eur Neuropsychopharm 2004;14(Suppl 3): S331.

227. Van Dyck C, Cummings J, Schmitt F, et al. Functional and behavioral effects of memantine in Alzheimer's disease. J Eur Neuropsychopharm 2004;14(Suppl3):S334.

228. Cummings J, van Dyck C, Schmitt F, et al. Functional and behavioral effects of memantine in Alzheimer's disease. Eur J Neurology 2004;11(Suppl2):45.

229. Cummings J, van Dyck C, Schmitt F, et al. Functional and behavioral effects of memantine in Alzheimer's disease. Neurobiology Aging 2004;25(S2):S186.

230. Cummings JL. Dementia: clinical evaluation. Molecular Imaging and Biology, scientific abstracts of the 2005 Annual Conference of the Academy of Molecular Imaging. Orlando, FL, March 18-23, 2005;p84, No. 20.

231. Cummings JL, Schneider E, Peskind ER, Tariot P, Graham S, Bell JM. Effects of memantine on behavioral outcomes in mild to severe Alzheimer's disease. American Academy of Neurology 57th Annual Meeting. Miami Beach, FL, April 9-16, 2005; pA104, No. P02.093.

232. Marshall GA, Fairbanks L, Tekin S, Park F, Vinters HV, Cummings JL. Age correlates negatively with pathological burden in Alzheimer's disease. American Academy of Neurology 57th Annual Meeting. Miami Beach, FL, April 9-16, 2005; pA362, No. P06.075.

233. Cummings JL, Marshall GA, Tekin S, Park F, Fairbanks L, Vinters HV. Neuropathologic correlates of apathy in Alzheimer's disease. American Academy of Neurology 57th Annual Meeting. Miami Beach, FL, April 9-16, 2005; pA136, No. S11.002.

234. Marshall GA, Fairbanks L, Tekin S, Park F, Vinters HV, Cummings JL. Neuropathologic correlates of activities of daily living in Alzheimer's disease. American Academy of Neurology 57th Annual Meeting. Miami Beach, FL, April 9-16, 2005; pA137, No. S11.003.

235. Cummings JL. Neuropsychiatric and behavioral aspects of mild cognitive impairment. American Academy of Neurology 57th Annual Meeting. Miami Beach, FL, April 9-16, 2005; 2PC.001-21-25.

236. Bartzokis G, Lu PH, Geschwind DH, Edwards N, Mints J, Cummings JL. The impact of ApoE alleles on age-related myelin breakdown. Alzheimer's Association International Prevention of Dementia Conference. Washington DC, June 19, 2005 (in press).

237. Bartzokis G, Tishler T, Lu PH, Oh LS, Lieu CA, Mintz J, Cummings JL. Brain ferritin iron as a risk factor for age of onset in neurodegenerative diseases. Alzheimer's Association International Prevention of Dementia Conference. Washington DC, June 19, 2005 (in press).

238. Cummings JL. Behavioral and neuropsychiatric outcomes in Alzheimer's disease. American Psychiatric Association Annual Meeting. Atlanta, GA, May 21-26, 2005; p28, No. 20E.

239. Cummings JL, Weintraub D, Jackson-Segel J, Tariot PN, Sultzer DL. Treament of psychosis in Parkinon's disease. American Psychiatric Association Annual Meeting. Altalanta, GA, May 21-26, 2005; p43, No. 31C.

240. Cummings J, Schneider E, Tariot P, et al. Effect of memantine on behavioral outcomes in moderate to severe Alzheimer's disease. 18th Annual meeting of the American Association for Geriatric Psychiatry, San Diego, CA: March 3-6, 2005.

241. Cummings J, Schneider L, Peskind E, et al. Effect of memantine on behavioral outcomes in Alzheimer's disease. 8th annual meeting of the College of Psychiatric and Neurologic Pharmacists, San Diego, CA: March 10-13, 2005.

242. Cummings J, Schneider E, Peskind E, et al. Effect of memantine on behavioral outcomes in mild to severe Alzheimer's disease. 158th Annual Meeting of the American Psychiatric Association, Atlanta, GA: May 21 to 26, 2005.

243. Cummings J, Schneider E, Peskind E, et al. Effect of memantine on behavioral outcomes in mild to severe Alzheimer's disease. Alzheimer's Association 1st International Conference on Prevention of Dementia, Washington, D.C.: June 18-21, 2005.

244. Cummings J, Schneider E, Peskind E, et al. Effect of memantine on behavioral outcomes in mild to severe Alzheimer's disease. Neurology 2005;64(Suppl 1):A104.

245. Cummings J, Schneider E, Peskind E, Tariot P, et al. Effect of memantine on behavioral outcomes in mild to severe Alzheimer's disease. J Am Geriatr Soc 2005;53:S77.

246. Bartzokis G, Tishler T, Lu PH, Oh LS, Lieu CA, Mintz J, Cummings JL. Brain ferritin irons as a risk factor for age at onset in neurodegenerative diseases. Alzheimer's Association international conferene on prevention of dementia: early diagnosis and intervention. July 18-21, 2005, Washington, DC. J Alzheimer's Association 2005; S26: P-057.

247. Bartzokis G, Lu PH, gescwind DH, Edwards N, Mintz J, Cummings JL. The impact of apoe alleles on age related myelin breakdown. Alzheimer's Association international conferene on prevention of dementia: early diagnosis and intervention. July 18-21, 2005, Washington, DC. J Alzheimer's Association 2005; S28: P-063.

248. Cumming'd JL, Schnider E, Peskind ER, Tariot PN, Graham SSM, Bell JM. Effect of memantine on behavioral outcomes in Alzheimer's disease. Alzheimer's Association international conferene on prevention of dementia: early diagnosis and intervention. July 18-21, 2005, Washington, DC. J Alzheimer's Association 2005; S70: P-194.

249. Tariot P, Cummings JL, Olin J. Benefits of memantine/donepezil treatment on behaiour in moderate to severe AD using factor-analytically derived subscales. December 11-15, 20005, Waikoloa, Hawaii. Neuropsychopharmacology: 30; 16: S83.

250. Cummings JL, Apostolova LG, Akopyan GG, Steiner CA, Partiali N, Toga AW, Thompson PM. Structural correlates of apathy in Alzheimer's disease. American Academy of Neurology 58th Annual Meeting Program. San Diego, CA: April 1-8, 2006; P02.127.

251. Teng E, Lu PH, Cummings JL. Neuropsychiatric symptoms in subtypes of mild cognitive impairment. American Academy of Neurology 58th Annual Meeting Program. San Diego, CA: April 1-8, 2006; P02.181.

252. Steiner CA, Akopyan GH, Toga AW, Cummings JL, Thompson PM. Gray matter atrophy in mild cognitive impairment and mild Alzheimer's disease. *American Academy of Neurology 58th Annual Meeting Program*. San Diego, CA: April 1-8, 2006; P02.182.

253. Marshall GA, Tsang SWT, Pomakian J, Cummings JL, Vinters HV, Lai MKP. Neuropathologic and cholinergic correlates of education and dementia severity in Alzheimer's disease. *American Academy of Neurology 58th Annual Meeting Program*. San Diego, CA: April 1-8, 2006; P05.079.

254. Marshall GA, Tsang SWT, Pomakian J, Cummings JL, Vinters HV, Lai MKP. Early onset Alzheimer's disease is associated with cholinergic deficits. *American Academy of Neurology 58th Annual Meeting Program*. San Diego, CA: April 1-8, 2006; P05.085.

255. Cummings JL, Olin JT. The effects of memantine on distinct behavior syndromes in moderate to severe AD patients. *American Academy of Neurology 58th Annual Meeting Program*. San Diego, CA: April 1-8, 2006; P06.053.

256. Apostolova LG, Dinov ID, Toga AW, Cummings JL, Thompson PM. 3D comparison of hippocampal impairment and Alzheimer's disease. *American Academy of Neurology 58th Annual Meeting Program*. San Diego, CA: April 1-8, 2006; S01.005.

257. Meador KJ, (Director). Cummings JL, Kaufer D, Meador JL (Lecture/Faculty). Management of common behavioral disturbances in dementia. *American Academy of Neurology 58th Annual Meeting Program*. San Diego, CA: April 1-8, 2006; 2DS.003.

258. Cummings JL, (Director). DeCarli CS, Kaufer D, Miller BL, Cummings JL (Lecture/Faculty). Non-Alzheimer's dementia. *American Academy of Neurology 58th Annual Meeting Program*. San Diego, CA: April 1-8, 2006; 3PC.005.

259. Miller BL, (Director). Miller BL, Sperling RA, Rosen HJ, Cummings JL, (Lecture/Faculty). Primer of cognitive neurology. *American Academy of Neurology 58th Annual Meeting Program*. San Diego, CA: April 1-8, 2006; 8AC.004.

260. Olin JT, Cummings JL. Meta-analysis of neuropsychiatric inventory (NPI) domains in three 6-month trials of memantine in moderate to severe AD. *9th International Geneva/Springfield Symposium on Advances in Alzheimer Therapy*. Geneva, Switzerland: April 19-22, 2006; p.50, No. 20B.

261. Cumming JL, Olin JT. The effect of memantine on distinct behavior syndromes in moderate to severe AD patients. *9th International Geneva/Springfield Symposium on Advances in Alzheimer Therapy*. Geneva, Switzerland: April 19-22, 2006; p.51, No. 21B.

262. Cummings JL, (Expert Panel). Corey-Bloom J, Francis P, Jones R, Lopez O (Panelists). Controversies in cholinergic therapy for mild cognitive impairment and Alzheimer disease. *Neurobiology of Aging 9th International Geneve/Springfield Symposium on Advances in Alzheimer Therapy.* Geneva, Switzerland: April 19-22, 2006. *Neurobiology of Aging* 2006; 27: S5, No. 19.

**Book Reviews**

1. Cummings JL. *Review of Differential Diagnosis in Neuropsychiatry*. By Roberts JKA. John Wiley and Sons, New York, 1984. *Neurology* 1985; 35:1088.

2. Cummings JL. *Review of Senile Dementia of the Alzheimer Type*. Hutton JT and Keany AD (eds). Alan R Liss, Inc., New York, (1985).

3. Cummings JL. Review of *Behavioral Neurology*, 3rd ed. Pincus JH and Tucker GJ (eds). Oxford University Press, New York, 1985. *Psychosomatics* 1986;37:806.

4. Cummings JL and Arthur RJ. Review of *Behavioral Neurology: A Practical Approach*. By Kershner H., Churchill Livingstone, New York, 1986. *Military Med* 15I6I7 1987.

5. Cummings JL. Review of *The Exceptional Brain: The Neuropsychology of Exceptional Abilities*. Obler L, Fein D, eds. *Guilford Press*, New York, 1987. In *Am J Psychiatry* 1989;146:1067-1068.

6. Cummings JL. Review of Geriatric Neuropsychology (Albert M, Moss M, eds). In Neuropsychiatry Neuropsychol Behav Neurol 1989;2:231-232.

7. Cummings JL. Review of Time and the Nervous System (Gooddy W, ed). In: Am J Psychiatry 1991;148:130-131.

8. Cummings JL. Review of Acquired aphasia, 2nd edition. Sarno MT (ed.). Academic Press, New York, 1991. In: Arch Neurol 1992;49:216.

9. Cummings JL. Review of Alzheimer's disease: Current research in early diagnosis. Becker RE, Giacobini E (eds). New York, Taylor and Francis, 1990. In: J Clin Psychiatry 1992;53:105.

10. Cummings JL. Review of Neurobiology of memory, 2nd ed. Squire LR, Butters, N (eds). In: Am J Psychiatry 1994;151:1514-1515.

11. Cummings JL. Review of The neurological side of neuropsychology. By Cytowic RE. MIT Press, Cambridge, Mass, 1996. Neurology 1997;48:301-302.

12. Cummings JL. Review of Melancholia: a disorder of movement and mood: a phenomenological and neurobiological review. Parker G, Hadzi-Pavlovic D (eds). Cambridge University Press, New York, 1996. In: Psychiatric Services 48:1603-1604.Cummings JL. Review of How the brain talks to itself: a clinical primer of psychotherapeutic neuroscience. By Harris JE, Haworth Press, New York, 1998. Am J Psychiatry 1999;156: 491-492.

13. Cummings JL. Review of dementia with Lewy bodies: clinical, pathological and treatment issues. Perry RH, McKeith IG, Perry EK (eds). Cambridge University Press, New York, 1996. In: Am J Psychiatry 156: 492-493.

14. Cummings JL. Review of Principles of behavioral and cognitive neurology, 2nd ed. M. -M. Mesulam. Oxford University Press, 2000. In: Ann Neurology 49:280.

15. Cummings JL. Review of Neurocorrelates of Consciousness: Empirical and Conceptual Questions. Metzinger T. (ed). MIT Press, Cambridge, MA (2000). Published in Am J Psychiatry, 2000.

16. Cummings JL. Review of The Dementias: Diagnosis, Treatment and Research, 3rd ed. Weiner MF, Lipton AM (eds). In: Arch Neurol 2004; 61: 1623.

**Forewords**

1. Cummings JL. Getting Through: Communicating When Someone You Care For Has Alzheimer's Disease. Ostuni E and Santo Pietro MJ. The Speech Bin, Plainsboro, New Jersey, 1986.

2. Cummings JL. Visual Fields: Clinical Case Presentations with Photography. Carson et al. Butterworths, Boston, 1991.

3. Cummings JL. Dementia with Lewy Bodies. Perry R, McKeith I, Perry E (eds). Cambridge University Press. Cambridge, England, 1996.

4. Cummings JL. Dementia: Management of Behavioural and Psychological Symptoms. Ballard C, O'Brien JO, James I, Swann A. Oxford University Press, Oxford, 2001.

5. Cummings JL. When the Doctor Says "Alzheimer's": Your Caregiver's Guide to Alzheimer's & Dementia. Weiss, Betty. 1st Books, 2004.

6. Cummings JL. Psychiatric Issues in Parkinson's Disease: A Pratical Guide. Menza M, Marsh L. (Eds.) Taylor & Francis, London, 2006.

**Other:**

1. Cummings JL. Investigation of the anticonvulsant activity of the biogenic monoamine precursors. Thesis Award. University of Washington School of Medicine, 1974.

2. Cummings JL. Rapidly progressive brainstem syndrome. <u>Clini-Pearls</u> 1978;2(8):3.

3. Cummings JL. Binswanger's disease. <u>Journal Club Neurology</u> 1981;2(2).

4. Cummings JL. Alzheimer's that isn't. Interview in <u>Transition: Medicine and the Aging Process</u> 1982;1(4): 51-55.

5. Cummings JL. Implications of neurologic research for dyslexia and the reading teacher. <u>Reading Game News</u> 1983;11(1):2.

6. Heilman KM, Ross ED, Brumback R, Cummings JL. Editorial: Behavioral Neurology Society. <u>Neuropsychiatry Neuropsychol Behav Neurol</u> 1993.

7. Cummings JL, Benson DF. Dementia of the Alzheimer type. An inventory of diagnostic clinical features. <u>Geriatric Digest</u> 1986;5: 21-22.

8. Cummings JL. The evaluation and management of dementia. <u>Audio-Digest Internal Medicine</u> 1993;40 (19).

9. Yudofsky SC, Cummings JL, Hales RE. Advances in neuropsychiatry. <u>ACP Psychiatric Update</u> 1993;13(9): 1-9. Text and audiotape.

10. Cummings JL. New drug improves symptoms in Alzheimer's. <u>The Menninger Letter</u>. 1994;6:2(4):7.

11. Cummings JL. Pathogenesis and potentials for prevention. In Advances in Alzheimer's disease. <u>Audio-Digest Internal Medicine</u> 1994;41(8).

12. Miller BL, Ponton M, Benson DF, Cummings JL, Mena I. Enhanced artistic creativity with temporal lobe degeneration. Letter to editor, <u>Lancet</u> 1996;348:1744.

13. Cummings JL. Commentary and recognition and initial assessment of Alzheimer's disease and related disorders. <u>Abstract of Clinical Care Guidelines</u> 1997;9(5):11-12.

14. Relkin NR. Diagnosis of AD: use of genetic/biological markers: a roundtable discussion with Jeffrey L. Cummings, MD, and Richard Margolin, MD. In Alzheimer's disease and diagnosis: a self-study supplement for neurologists and primary care physicians. <u>A Supplement to Neurology Reviews Advances</u> January 1999.

15. Cummings JL. The memory impairment screen: a brief test for dementia. In: <u>Journal Watch Neurology</u>. Sample Issue. 1999.

16. Cummings JL. Galantamine is effective for mild-to-moderate Alzheimer's disease. In: <u>Journal Watch Neurology</u> 2001;3:90.

17. Cummings JL. New Practice Parameters for Dementia. <u>Psychiatric Times</u> 2001;45-46.

18. Cummings JL, Grossman M, Mayeux R, Scharre D. How to treat dementia in its early stages. <u>Practical Neurology</u> 2002:60.

19. Cherry DL, Cummings JL. Update primary care practice guidelines for Alzheimer's disease management. <u>Medical Board of California Action Report</u> 2002;6-9.

20. Hsain MM, Cummings JL, McKeith IG. Neurobiology of behavioral disturbances in dementia: implications for clinical practice. AAGP 15th Annual Meeting, February 23-27, 2002, Orlando, Florida (Audio cassette).

21. Cummings JL. Cognition and behavior: the role of receptors and transmitters. In: <u>Cognitive and Behavioral Aspects of Neuropsychiatric Disorders</u>. Potkin SG, Alva G, Cummings JL, Glazer WM, Juncos JL, Kanner AM, Pearl PL, Schatzberg AF, Spencer T (eds). 2002.

22. Tariot PN, Cummings JL, Katz IR, Mintzer J, Perdomo CA, Schwan EM, Whalen E. Donepezil for nursing home patients with dementia: a reinterpretation of the evidence. <u>J Am Geriatr Psychiatry</u> 2003;51:132-141. (letter to the editor).

69

23. Cummings JL, Silverman D, Small S, Phelps M. The role of positron emission tomography in the diagnosis of Alzheimer's disease. J Am Geriatric Soc 2004; 52:467-468.

24. Cummings JL. Medical Reviewer and Editor. New Therapeutic Options Expand the Armamentarium for the treatment of Alzheimer's Disease. Year in Review. University of Florida, 2004.

25. Cummings JL, Forstl H, Peskind ER, Tangalos EG, Tariot PN (panelists) Salgo PL. (Moderator). Medical Crossfire: Debates, peer exchange, and insights in medicine. Special edition. Alzheimer's disease continuum: an exchange of diagnosis and treatment strategies. Medical Crossfire 2004;5.

26. Kaplan A. Through the *Times* with Jeffrey L. Cummings, M.D. Psychiatric Times 2005; 22, issue 2.

27. Cummings JL, Farlow MR, Olanow CW, Sethi KD (panelists) Salgo PL. (Moderator). Medical Crossfire: Debates, peer exchange, and insights in medicine Special edition. Spotlight on Parkinson's disease: confronting issues and opportunitites in management. Medical Crossfire 2005;9:22-30.

28. Cummings JL. Meeting review: Genotype, proteotype, phenotype relationships in neurodegenerative diseases. Highlights from the 21st Ipsen Foundation Alzheimer's Disease Symposium, September 13,2004, Paris, France. Rev Neurol Dis 2005;2:80-84.

## Media/Videos

1. Cummings JL. Post-traumatic aphasia. In: Traumatic Brain Injury. A Video Presentation. Head Trauma Support. Project, Inc., 1983.

2. Cummings JL. Alzheimer's disease. Hospital Satellite Network video program, l986.

3. TriAD video, 1997.

4. CNBC Health Update, April 1997.

5. Today Show, November 9, 1997.

6. AirTalk, KPCC, August 26, 1998.

7. Today Show, October 5, 6, 1998.

8. Cummings Jl. Communicating the impact of Alzheimer's disease to patients and caregivers. Video (1998). Winner, Gorden Hugo Award.

9. Cummings JL. Understanding diagnostic scales in Alzheimer's disease. Pfizer Pharmaceuticals. Video (1999).

10. Cummings JL. For a cure for dementia: interview with Dr. Jeffrey L. Cummings. Frontline Vol. 20, No. 6, March 15-28, 2003. Printed and published by S. Rangarajan on behalf of Kasturi & Sons Ltd., at the National Press, Chennai.

## Selected National Presentations/Named Lectureships

*November 8, 1996*
   Santa Barbara, California
      •*Corinne Precourt Rubottom Lecture*
      •Advances in Alzheimer's disease

*November 13, 1996*
   *Hartford, Connecticut*
      •Benjamin Wiesel Lectureship
      •*Frontal-subcortical circuits and behavior*

March 3, 1997
  Loma Linda, California
    •Cyril B. Courville Memorial Lectureship
    •Behavioral manifestations of neurological illness

April 4, 1998
  University of Vermont
    •Alexander Nies Lecture
    •Neuropsychiatric aspects of Alzheimer's disease

August 4, 1998
  Sacramento, California
    •Testified at Hearing on Alzheimer's disease in California for Joint Committee of the California
      State Legislature

November 19, 1998
  Arlington, Virginia
    •The Dolan Lecture

February 11, 2000
  Dallas, Texas
    •The Tobolowsky Lecture

November 14, 2000
  Boston, Massachusetts
    •Matthew and Marcia Simons Lectureship
    ➤(Alzheimer's Association, Massachusetts Chapter)


Selected International Presentations

December 28 - January 10, 1988
  Soviet Union (Moscow, Tashkent, Leningrad, Samarkand, Bukhara)
    •Neuropsychiatry

February 23 - 24, 1989
  Mexico City, Mexico
  Anniversary Celebration
    •Subcortical dementia

January 22 - 24, 1992
  Mexico City, Mexico
    •Frontal lobe degeneration
    •Dementia differential diagnosis

October 10 - 12, 1992
  Montevideo, Uruguay
  Pan American Congress of Neurology
    •Frontal-subcortical circuits

April 3, 1993
  Sao Paolo, Brazil
    •Vascular dementia

April 5, 1993
  Rio de Janeiro, Brazil
    •Vascular dementia

August 18 - 21, 1993
  Stockholm, Sweden
    •Subcortical vascular dementia

October 20 - 24, 1993
  Amsterdam, Holland
    •Psychosis in movement disorders

November 20 - 24, 1993
  Oslo, Norway
    •Anatomy of depression

March 8, 1994
  Padua, Italy
    •Assessment of vascular dementia

March 10, 1994
  Florence, Italy
    •Assessment of vascular dementia

September 18 - 22, 1994
  Cape Town, South Africa
    •Frontal-subcortical circuits
    •Neuropsychiatric aspects of Parkinson's disease
    •Treatment of Alzheimer's disease

October 14, 1994
  Brescia, Italy
    •Neuropsychiatric aspects of Alzheimer's disease

March 29 - April 2, 1995
  Nice, France
    •Frontal-subcortical circuits and neuroimaging

April 21 - 23, 1995
  Paris, France
    •Psychiatric aspects of Alzheimer's disease

July 19, 1995
  Cambridge, England
  British PsychoPharmacology Association
    •Frontal-subcortical circuits

July 25 - August 3, 1995
  Australia (Perth, Sydney, Brisbane, Melbourne, Adelaide)
    •Cholinergic therapies for Alzheimer's disease

October 8 - 13, 1995
  Guatemala City, Guatemala
  Pan American Congress of Neurology
    •Vascular dementia
    •Pathogenesis of Alzheimer's disease

October 26-29, 1995
  Sevilla, Spain
    •Frontal subcortical circuits
    •Neuropsychiatric aspects of Alzheimer's disease

November 16 -19, 1995

72

Jakarta, Indonesia
   •Advances in Behavioral Neurology

April 22 - 24, 1996
   Bangkok, Thailand
   Annual Meeting of the Royal College of Physicians
      •Neuropsychiatric aspects of Alzheimer's disease

July 22 - 27, 1996
   Osaka, Japan
   International Alzheimer's Disease Meeting
      •Behavior as an outcome measure in clinical trials

August 28 - 31, 1996
   Sevilla, Spain
   International Congress of Neuropsychiatry
      •Neuropsychiatry: past, present, future (Keynote)
      •Frontal-subcortical circuits

June 8 - 13, 1997
   University of Chile, Santiago
      •Frontal-subcortical circuits
      •Neuropsychiatry of Parkinson's
      •Neuropsychiatry of Alzheimer's disease
      •Treatment of Alzheimer's disease

September 29 - October 2, 1997
   Helsinki, Finland
   Alzheimer's Disease International
      •Cholinergic basis of neuropsychiatric symptoms in Alzheimer's disease
      •Pharmacotherapy of noncognitive symptoms in Alzheimer's disease

January 21 - 22, 1998
   Oslo, Norway
      •Etiology and pathogenesis of Alzheimer's disease
      •Behavioral disturbances in Alzheimer's disease

March 19 - 20, 1998
   London, England (Stokes Court)
      •Treatment of behavioral disturbances in Alzheimer's disease

July 15, 1998
   Glasgow, Scotland
   Internationale Collegium Neuro-psychopharmacologicum
      •Cholinergic treatment of neuropsychiatric disturbances in Alzheimer's disease

July 19 – 23, 1998
   Amsterdam, The Netherlands
   6th International Conference on Alzheimer's Disease
      •Distinguishing frontal-temporal dementia and Alzheimer's disease
      •Behavioral aspects of dementia with Lewy bodies

September 1-3, 1998
   Hong Kong
      •Visiting Professor Chinese University at Hong Kong

September 21-24, 1998
   Buenos Aires, Argentina
      •Differential diagnosis of dementia

October 19-20, 1998
    London, England
        •Treatment of behavioral disturbances in Alzheimer's disease

February 1-4, 1999
    Bangkok, Thailand
    ASEAN Neurological Congress
        •Differential diagnosis of dementia
        •Cholinergic therapy of behavioral disturbances in Alzheimer's disease

March 3-5, 1999
    Cape Town, South Africa
    Neurological Congress
        •Neuropsychiatry of Parkinson's disease
        •Alzheimer's disease update
April 7-10, 1999
    Taipei, Taiwan
        •Cholinergic treatment of Alzheimer's disease

August 6-9, 1999
    Hamburg, Germany
        •Depression in dementia
        •Psychosis in neurologic disorders

October 24-27, 1999
    Izmir, Turkey
        •Fronto-temporal degeneration
        •Frontal-subcortical circuits
        •Cholinergic therapy of Alzheimer's disease

December 14, 1999
    Barcelona, Spain
        •Cotzias lecture: Frontal-subcortical circuits.

January 27-28, 2000
    Manila, Philippines, Oceanian Conference
        •Treatment of neuropsychiatric aspects of Alzheimer's disease
        •Alzheimer's disease in the third millennium
    Kuala Lumpur
        •Recent advances in Alzheimer's disease
    Singapore
        •Recent advances in Alzheimer's disease

October, 2000
    Cambridge, England
        •Alzheimer's disease update
            (meeting chair)

February, 2001
    Madrid
        •Psychiatric aspects of Alzheimer's disease

April 19, 2001
    Cyrus
        •Keynote speaker: Transcultural Aspects of Alzheimer's Disease Research

May, 2001
    Istanbul
        •Behavior: The Forgotten domain (meeting chair)

74

June 18-21, 2001
  London, England
    World Congress of Neurology
      •Neuropsychiatric Aspects of Parkinson's Disease (Session)
      •Neuropsychiatric Assessment of Dementias
      •Cholinesterase Inhibitors in Alzheimer's Disease (Novartis Symposium)

September 19-21, 2001
  Bangkok, Thailand
    Dementia Workshop Key note Speaker
      •Pathogenesis and treatment of Alzheimer's Disease
      •Neuropsychiatric Aspects of Alzheimer's Disease

October 25-27, 2001
  Christ Church, New Zealand
    Alzheimer's Disease International Annual Meeting
      •Keynote Address: Neuropsychiatric Aspects of Alzheimer's Disease
      •Advances in Neuropsychiatry

January 9, 2002
  Cairo, Egypt
    Egyptian Society of Neurology, Psychiatry, and Neurosurgery
      •Pathogenesis and Treatment of Alzheimer's Disease
      •Behavioral Aspects of Alzheimer's Disease

February 28-March 2, 2002
  Prague, Czechoslovakia
      •Assessing Outcomes in Alzheimer's Disease Treatment
      •Workshop: Cholinergic Treatment of Behavioral Disturbances in Alzheimer's Disease

March 16, 2002
  Rome, Italy
      •Keynote Speaker: Cholinergic Treatment of Behavioral Disturbances in Alzheimer's Disease

April 3-6, 2002
  Geneva, Switzerland
      •Cholinergic Treatment of Behavioral Symptoms in Alzheimer's Disease

July 20-29, 2002
  Stockholm, Sweden
      •Neuropsychiatric Aspects of Alzheimer's Disease

October 25, 2002
  Hong Kong, China
      •Neuropsychiatric Burden of Neurologic Disease

February 13, 2003
  Chennai, India
      •Neuropsychiatry of Alzheimer's disease
      •Assessing frontal lobe function
      •23rd Srinivasan Orator: Dementia: From Science to Patient
      •Clinical syndromes in dementia

March 1, 2003
  Boston, Massachusetts
      •MIT-Harvard Future of Neuroscience Lecture Series

June 13-17, 2003
  Jakarta, Indonesia
      • Plenary Speaker for 1st Indonesian Psychogeriatric Association

January 14-16, 2004
   Sharm El-Sheikh, Egypt
        • Plenary Speaker for Egyptian Neurological Society

March 22-25, 2004
   Bangkok, Thailand
        • Neuropsychiatric Inventory Workshop
          International Work Group on Harmonization of Dementia Drug Guidelines

April 14-16, 2004
   Montreal, Canada
        • Behavorial effects of cholinesterase inhibitors

May 11-17, 2004
   Shanghai, Hongzhou, Guangzhou, Shen Yang, Bejing, China
        • Diagnosis, differential diagnosis, and treatment of dementia syndromes

August 3-6, 2004
   Buenos Aires, Argentina
        • Neuropsychiatric aspects of Alzheimer's disease
        • Memantine therapy of dementia

September 5-7, 2004
   Paris, France; European Federation of Neurological Sciences
        • Memantine therapy of Dementia

September 10-11, 2004
   Odense, Denmark; Danish Neurospychological Society
        Neuropsychiatric Aspects of the dementia

October 28-30, 2004
   Perth, Australia; College of Old Age Psychiatry
        • Treatment of Alzheimer's disease
        • Neuropsychiatric Aspects of Alzheimer's disease

November 3-5, 2004
   Bangkok, Thailand; Thai Neurological Society
        • Professor Ratanakorn Honorary Lecture
        • Treatment of Alzheimer's disease
        • Assessment of frontal lobe function

April 19-23, 2005
   Santiago, Chile
        • Differential diagnosis of dementia
        • Neuropsychiatric aspects of dementia
        • Mental state assessment in dementia

76

**REVISED EXHIBIT B FOR OPENING EXPERT REPORT OF DR. JEFFREY L. CUMMINGS**

Documents

1. '318 Patent [JAN RAZ-0000001 - JAN RAZ-0000003]

2. Prosecution History of the '318 Patent as presented by the PTO [JAN RAZ-0000004 - JAN RAZ-0000256]

3. Defendant Alphapharm Pty., Ltd's Objections and Responses to Plaintiffs' Second Set of Interrogatories (Nos. 4-8).

4. Defendants Mylan Pharmaceuticals Inc.'s and Mylan Laboratories Inc.'s Objections and Responses to Plaintiffs' Second Set of Interrogatories (Nos. 4-8).

5. Defendants Teva Pharmaceuticals USA Inc.'s and Teva Pharmaceutical Industries Ltd.'s Objections and Responses to Plaintiffs' Second Set of Interrogatories (Nos. 4-9).

6. Paragraph IV Notice Filed by Alphapharm [JAN RAZ-0001032 - JAN RAZ-0001060]

7. Paragraph IV Notice Filed by Barr [JAN RAZ-0001061 - JAN RAZ-0001080]

8. Paragraph IV Notice Filed by Dr. Reddy's [JAN RAZ-0001002 - JAN RAZ-0001031]

9. Paragraph IV Notice Filed by Mylan [JAN RAZ-0000955 - JAN RAZ-0000976]

10. Paragraph IV Notice Filed by Par [JAN RAZ-0001081 - JAN RAZ 0001106]

11. Paragraph IV Notice Filed by Purepac [JAN RAZ-0000977 - JAN RAZ-0001001]

12. Paragraph IV Notice Filed by Teva [JAN RAZ-0000937 - JAN RAZ-0000954]

13. Deposition transcript of Dr. Bonnie Davis (February 8-9, 2006) and Exhibits

14. Deposition transcript of Dr. Kenneth Davis (February 14, 2006) and Exhibits

Publications

1. "Bartus, R.T. *et al.*, "The Cholinergic Hypothesis: A Historical Overview, Current Perspective, and Future Directions." in D. Olton, *et al.*, eds., *Annals of the New York Academy of Sciences; Memory Dysfunctions: An Integration of Animal and Human Research from Preclinical and Clinical Perspectives* Vol. 444, pp. 332-258, 1985.

2. Biesold, D. *et al.*, "Revaluation of the Cholinergic Hypothesis of Geriatric Memory Dysfunction," from *International Satellite Symposium to the IV. World Conference on Clinical Pharmacology and Therapeutics*; pp. 121-128, July 28-30, 1989.

3.  Blessed, G. *et al.*, "The Association Between Quantitative Measures of Dementia and of Senile Change in the Cerebral Grey Matter of Elderly Subjects," *British Journal of Psychiatry* 114:797-811 (1968)

4.  Bodick, MD, Niel C. *et al.*, "Effects of Xanomeline, a Selective Muscarinic Receptor Agonist, on Cognitive Function and Behavioral Symptoms in Alzheimer Disease," *Arch Neurol*, Vol. 54, pp. 465-473, 1997.

5.  Brane, G. and C.G. Gottfries, "Treatment with monoaminergic drugs in Alzheimer's disease and senile dementia," in C.G. Gottfries, ed., *Normal Aging, Alzheimer's Disease and Senile Dementia: Aspects on Etiolog, Pathogenesis, Diagnosis and Treatment*, pp. 281-286 (Editions de l'Universite de Bruxelles: 1985).

6.  Cohen, Gene D., "Alzheimer's Disease - The Human Concept" in R. Katzman, *Banbury Report 15: Biological Aspects of Alzheimer's Disease* pp. 3-6 (Cold Spring Harbor Laboratory 1983).

7.  Cummings, MD, Jeffrey L.,Cholinesterase Inhibitors: A New Class of Psychotropic Compounds," Am J Psychiatry 2000; 157:4-15.

8.  Cummings, MD, Jeffrey L. *et. al.* "Dementia: A Clinical Approach," *Butterworth Publishers*; pp. 35-57, 1983.

9.  Cummings, MD, J.L. *et al.*, "Efficacy of Metrifonate in Improving the Psychiatric and Behavioral Disturbances of Patients with Alzheimer's Disease," *J Geriatr Psychiatry Neurol*; Vol. 14, pp. 101-108, 2001.

10. Cummings, MD, Jeffrey L., "Metrifonate: Overview of Safety and Efficacy," *Pharmacotherapy*; Vol. 18, No. 2, pp. 435-465, 1998.

11. Cummings, MD, J.L. *et al.*, "Metrifonate: treatment of the cognitive deficits of Alzheimer's disease," *Neurology*; Vol. 50, pp. 1214-1221, May 1998.

12. Cummings, MD, J.L. *et al.*, "The Neuropsychiatric Inventory: Comprehensive assessment of psychopathology in dementia," *Neurology*; Vol. 44, pp. 2308-2314, 1994.

13. Cummings, MD, Jeffrey L., The Neuropsychiatric Inventory: Assessing Psychopathology in Demetia Patients" *Neurology* 1997;48:S10-S16.

14. Cummings, MD, Jeffrey L. *et al.*, "Reduction of Behavioral Disturbances and Caregiver Distress by Galantamine in Patients With Alzheimer's Disease," *Am J Psychiatry*; Vo. 161, No. 3, pp. 532-538, March 2004.

15. Davis, K, el. al. "A double-blind, placebo-controlled multicenter study of tacrine for Alzheimer's disease" *N Engl J Med*. 1992:327:1253-1259.

16. *Diagnostic and Statistical Manual of Mental Disorders*, 3rd Edition, (1980).

17. Doody, R.S., *et. al* "Practice parameter: Management of dementia (an evidence-based review)" *Neurology* 2001;56:1154-1166.

18. Drachman, David A. "Treatment of Alzheimer's Disease: New Outlooks for the Future," in C.G. Gottfries, *supra*, pp. 307-308.

19. Emr, Marian (for the National Institute of Aging). "Progress Report on Senile Dementia of the Alzheimer's Type," National Institutes of Health; Publication Vols. I (no. 81-2343) (1981), II (no. 84-2500, 1984), and III. (no. 86-2873, 1986).

20. Farlow, M. et. al for the Tacrine Study Group "A controlled trial of Tacrine in Alzheimer's Disease" *JAMA* 1992; 268:2523-2329.

21. Fillit, H. *et al.*, "Observations in a Preliminary Open-Trial of Estradiol Therapy for Senile Dementia-Alzheimer's Type" *Psychoneuroendocrinology*, Vol. 11, No. 3, pp. 337-345 (1986).

22. Frederick, PhD., Blaise deB. *et al.*, "Brain Proton Magnetic Resonance Spectroscopy in Alzheimer's Disease: Changes After Treatment With Xanomeline," *Am J Geriatr Psychiatry*; Vol. 10, No. 1, pp. 81-88, January-February 2002.

23. Giacobini, E., "Cholinesterase inhibitors do more than inhibit cholinesterase," in R. Becker and E. Giacobini, "Alzheimer Disease: From Molecular Biology to Therapy," pp. 187-208 (Birkhauser 1997).

24. Hearing before the Subcommittee on Aging of the Committee on Labor and Human Resources, United States Senate, Ninety-Eight Congress, Second Session, S. HRG. 98-1254, (Nov 9, 1984).

25. Hollister (1985): L.E. Hollister, "Survey of Treatment Attempts in Senile Dementia of the Alzheimer Type," in C.G. Gottfries, *supra*, pp.299-306.

26. Jeste, D. *et. al*, "Psychosis of Alzheimer' Disease and Related Dementias - Diagnostic Criteria for a Distinct Syndrome" Am J Geriatr Psychiatry 8:1, Winter 2000.

27. Katzman, R., "The Prevalence and malignancy of Alzheimer Disease: Major Killer," *Archives of Neurology*, Vol. 33, (1976).

28. Kaufer MD, Daniel I., *et al.*, "Assessing the Impact of Neuropsychiatric Symptoms in Alzheimer's Disease: The Neuropsychiatric Inventory Caregiver Distress Scale," *JAGS*; Vol. 46, No. 2, pp. 210-215, February 1998.

29. Kaufer MD, Daniel I., *et al*., "Differential Neuropsychiatric Symptom Responses to Tacrine in Alzheimer's Disease: Relationship to Dementia Severity," *Journal of Neuropsychiatry and Clinical Neurosciences*; Vol. 10, pp. 55-63, 1998.

30. Kaufer MD, Daniel I., *et al*., "Validation of the NPI-Q, a Brief Clinical Form of the Neuropsychiatric Inventory," *J Neuropsychiatry Clin Neurosci*; Vol. 12, No. 2, pp. 233-239, Spring 2000.

31. Kendall, M.J. *et al*., "Therapeutic Progress - Review XVIII Alzheimer's Disease," *J. Clin. and Hosp. Pharm*., Vol. 10, pp. 327-336 (1985).

32. Knapp, M. et. al for the Tacrine Study Group, "A 30-week randomized controlled trial of high-dose Tacrine in patients with Alzheimer's disease" *JAMA* 1994; 271:985-991.

33. Kittner, Barbara *et al*., "Clinical Trials in Dementia with Propentofylline," *Annals of the New York Academy of Sciences*; Vol. 826, pp. 307-316, September 26, 1997.

34. Kragh-Sorensen (1985): Kragh-Sorensen, P., *et al*., "The use of neuropeptides in AD/SDAT," C.G. Gottfries, *supra*, pp.291-298.

35. Leber, Paul, M.D. "Guidelines for the Clinical Evaluation of Antidementia Drugs: Frst Draft" Nov. 8, 1990

36. Leber, Paul, "Observations and Suggestions on Antidementia Drug Development" *Alzheimer Disease and Associated Disorders,* Vol. 10, Suppl. 1, pp. 31-35 (Lippincott-Raven Publishers 1996).

37. Leber, Paul, "The role of the regulator in the evaluation of the acceptability of new drug products" in D. Healypp.,et al. (Eds.)*Psychotropic Drug Development: Social, economic and pharmacological aspects* pp. 69-77. (Chapman & Hall Medical 1996).

38. Leber, Paul, "Slowing the Progression of Alzheimer Disease: Methodologic Issues" *Alzheimer Disease and Associated Disorders*; Vol. 11, Suppl. 5, pp. S10-S21 (Lippincott-Raven Publishers 1997).

39. Mega, MD, Michael S. *et al*., "Cognitive and Metabolic Responses to Metrifonate Therapy in Alzheimer Disease," *Neuropsychiatry, Neuropsychology, and Behavioral Neurology*; Vol. 14, No. 1, pp. 63-68, 2001.

40. Mega, MD Michael S, *et. al.*, "Metabolic Patterns Associated with the Clinical Response to Galantamine Therapy: A Fludeoxyglucose F18 Positron Emission Tomographic Study," Arch Neurol. 2005; 62:721-728

41. *The Merck Manual of Diagnosis and Therapy,* 14th Edition; 1982.

42. "Research on Aging Act of 1974," Pub. L. 93-296 (May 31, 1974).

43. Ringman, MD, John M. *et al.*, "Metrifonate: Update on a New Antidementia Agent," *J Clin Psychiatry*; Vol. 60, No. 11, pp. 776-782, November 1999.

44. Ringman, John M. & Cummings, Jeffrey L. "Metrifonate (Trichlorfon): a review of the pharmacology, pharmacokinetics and clinical experience with a new acetylcholinesterase inhibitor for Alzheimer's disease," *Exp Opin Invest Drugs*; Vol. 8, No. 4, pp. 463-471, 1999.

45. Satlin, MD, Andrew *et al.*, "Brain Proton Magnetic Resonance Spectroscopy ($^1$H-MRS) in Alzheimer's Disease: Changes After Treatment With Xanomeline, an M1 Selective Cholinergic Agonist," *Am J Psychiatry*; Vol. 154, No. 10, pp. 1459-1462, October 1997.

46. Schubert, Peter *et al.*, "Support of Homeostatic Glial Cell Signaling: A Novel Therapeutic Approach by Propentofylline," *Annals of the New York Academy of Sciences*; Vol. 826, pp. 337-347, September 26, 1997.

47. Shannon, Harlan E. *et al.*, "Xanomeline: A Novel Muscarinic Receptor Agonist with Functional Selectivity for M1 Receptors," *J. Pharmacol Exp Ther* 269(1):271-81 (Apr 1994).

48. Sims, N.R., *et al.*, "Acetylcholine Synthesis and Glucose Metabolism in Aging and Dementia," in E. Giacobini, ed., *The Aging Brain: Cellular and Molevular Mechanisms of Aging in the Nervous System* pp. 153-160. (Raven Press 1982).

49. Swaab, D.F., and Fliers, E. "Clinical strategies in the treatment of Alzheimer's disease." *Progress in Brain Research*; Vol. 20: pp. 413-427, 1986.

50. Thompson, Troy L. *et al.*, "Lack of Efficacy of Hydergin in Patients with Alzheimer's Disease," Vol. 323, No. 7, *The New Eng J of Med*, pp. 445-448 (Aug. 1990).

51. Wood, PhD, Stacey *et al.*, "The Use of the Neuropsychiatric Inventory in Nursing Home Residents," *Am J Geriatr Psychiatry*; Vol. 8, No. 1, pp. 75-83, Winter 2000.

52. Wurtman, R.J., "Activation of neurotransmitters in the brain: strategies in the treatment of AD/SDAT" in C.G. Gottfries, *supra*, pp. 275-280.

44. Ringman, John M. & Cummings, Jeffrey L. "Metrifonate (Trichlorfon): a review of the pharmacology, pharmacokinetics and clinical experience with a new acetylcholinesterase inhibitor for Alzheimer's disease," *Exp Opin Invest Drugs*; Vol. 8, No. 4, pp. 463-471, 1999.

45. Satlin, MD, Andrew *et al.*, "Brain Proton Magnetic Resonance Spectroscopy (¹H-MRS) in Alzheimer's Disease: Changes After Treatment With Xanomeline, an M1 Selective Cholinergic Agonist," *Am J Psychiatry*; Vol. 154, No. 10, pp. 1459-1462, October 1997.

46. Schubert, Peter *et al.*, "Support of Homeostatic Glial Cell Signaling: A Novel Therapeutic Approach by Propentofylline," *Annals of the New York Academy of Sciences*; Vol. 826, pp. 337-347, September 26, 1997.

47. Shannon, Harlan E. *et al.*, "Xanomeline: A Novel Muscarinic Receptor Agonist with Functional Selectivity for M1 Receptors," *J. Pharmacol Exp Ther* 269(1):271-81 (Apr 1994).

48. Sims, N.R., *et al.*, "Acetylcholine Synthesis and Glucose Metabolism in Aging and Dementia," in E. Giacobini, ed., *The Aging Brain: Cellular and Molevular Mechanisms of Aging in the Nervous System* pp. 153-160. (Raven Press 1982).

49. Swaab, D.F., and Fliers, E. "Clinical strategies in the treatment of Alzheimer's disease." *Progress in Brain Research*; Vol. 20: pp. 413-427, 1986.

50. Thompson, Troy L. *et al.*, "Lack of Efficacy of Hydergin in Patients with Alzheimer's Disease," Vol. 323, No. 7, *The New Eng J of Med*, pp. 445-448 (Aug. 1990).

51. Wood, PhD, Stacey *et al.*, "The Use of the Neuropsychiatric Inventory in Nursing Home Residents," *Am J Geriatr Psychiatry*; Vol. 8, No. 1, pp. 75-83, Winter 2000.

52. Wurtman, R.J., "Activation of neurotransmitters in the brain: strategies in the treatment of AD/SDAT" in C.G. Gottfries, *supra*, pp. 275-280.