# Filed Under Seal

Case 1:05-cv-00356-SLR    Document 332    Filed 12/11/2006    Page 1 of 1