IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: '318 PATENT | ) | C.A. No. 05-356 (KAJ) |
| INFRINGEMENT LITIGATION | ) | (consolidated) |
| | ) | |

**DEFENDANT ALPHAPHARM PTY., LTD.'S JOINDER IN DEFENDANTS BARR LABORATORIES, INC.'S AND BARR PHARMACEUTICALS, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING ANTICIPATION UNDER 35 U.S.C. § 102**

Defendant Alphapharm Pty., Ltd., by and through its undersigned counsel, hereby joins Defendants Barr Laboratories Inc. and Barr Pharmaceuticals, Inc. ("Barr") in their Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment Regarding Anticipation Under 35 U.S.C. § 102 (the "Brief") (D.I. 332) and incorporates by reference the arguments made therein and in the Declaration of Brian E. Farnan in Support of Defendants Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment Regarding Anticipation Under 35 U.S.C. § 102 (the "Declaration"), dated December 11, 2006 (D.I. 333). For the legal and factual reasons set forth in the Brief and in the Declaration, Alphapharm Pty., Ltd. respectfully requests that the Court enter an order denying the Plaintiffs' Motion for Summary Judgment.

/s/Anne Shea Gaza

OF COUNSEL:                             Frederick L. Cottrell, III (#2555)
Alan H. Bernstein                       cottrell@rlf.com
Robert S. Silver                        Anne Shea Gaza (#4093)
Mona Gupta                              gaza@rlf.com
William J. Castillo                     Richards, Layton & Finger, P.A.
Caesar, Rivise, Bernstein,              One Rodney Square
Cohen & Pokotilow, Ltd.                 920 N. King Street
1635 Market Street, 12th Floor          Wilmington, Delaware 19801
Philadelphia, PA 19103                  Telephone: (302) 651-7700
Telephone: (215) 567-2010               Facsimile: (302) 651-7701
Facsimile: (215) 741-1142                 Attorneys for Defendant Alphapharm Pty., Ltd.

Dated: December 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2006, I caused to be served by hand delivery and electronic mail a copy of the foregoing and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

John G. Day *(jday@ashby-geddes.com)*
Steven J. Balick *(sbalick@ashby-geddes.com)*
**Ashby & Geddes**
222 Delaware Ave., 17 Fl.
P.O. Box 1150
Wilmington, DE 19899

I further certify that on December 11, 2006, the foregoing document was sent by electronic mail to the following non-registered participants:

George F. Pappas *(gpappas@cov.com)*
Roderick R. McKelvie *(mckelvie@cov.com)*
Christopher N. Sipes *(csipes@cov.com)*
Jeffrey B. Elikan *(jelikan@cov.com)*
Laura H. McNeill *(lmcneill@cov.com)*
**Covington & Burling**
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401

George C. Lombardi *(glombardi@winston.com)*
Taras A. Gracey *(tgracey@winston.com)*
Lynn M. Ulrich *(lulrich@winston.com)*
Brian L. Franklin *(bfranklin@winston.com)*
**Winston & Strawn LLP**
35 West Wacker Dr.
Chicago, IL 60601

John C. Phillips, Jr. *(jcp@pgslaw.com)*
Brian E. Farnan *(bef@pgslaw.com)*
**Phillips, Goldman & Spence, P.A.**
1200 N. Broom St.
Wilmington, DE 19806

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com