# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

December 13, 2006

**VIA ELECTRONIC FILING &**
**HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Judge
 for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   In re '318 Patent Infringement Litigation
       Civil Action No. 05-356 (KAJ)

Dear Chief Judge Robinson:

     We represent defendant Alphapharm Pty., Ltd. ("Alphapharm") in the above-referenced case, which is currently assigned to Judge Jordan. On Monday, December 11, 2006, co-defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc. (collectively, "Barr") filed their Motion to Reassign Case to Preserve the Upcoming Trial Date of this Action (the "Motion"). (D.I. 327) This afternoon, Alphapharm filed the attached joinder in the Motion. The reason Alphapharm is joining in the Motion is that if this matter is delayed, Alphapharm, like Barr, will not receive the full benefit of the six-month shared marketing exclusivity that is given to a successful challenger of an Orange-Book listed patent, making this litigation a meaningless exercise and creating a windfall for plaintiffs. As a consequence, we respectfully request that Your Honor reassign this case as soon as possible.

     Counsel is available at the Court's convenience should Your Honor have any questions or concerns regarding the foregoing.

Respectfully,

*Anne Shea Gaza*

Anne Shea Gaza (#4093)

ASG/csi
Enclosure
cc:   Counsel of Record

RLF1-3093360-1