# Exhibit 2

June, 2006

**CURRICULUM VITAE**

**1. Name**                     Allan I. Levey, M.D., Ph.D.

**2. Current Titles and Affiliations**
    **a. Academic appointments**

        **1. Primary**          Professor of Neurology, 1996-present
        **2. Joint & Secondary**  Professor of Psychiatry & Behavioral Sciences, 1996-present
                        Professor of Pharmacology, 1997-present
                        Faculty member, Graduate Program in Neuroscience,
                                Emory University, 1991-present
                        Faculty member, Graduate Program in Molecular and
                                Systems Pharmacology, Emory University, 1997-2002

    **b. Clinic appointments**     Section Head of Neurology, The Emory Clinic, 2003-present
                        Director, Cognitive and Behavioral Neurology Program, Neurology Section
                              Emory Clinic, 1995-2003

    **c. Administrative appointments**
                        Chairman, Dept. of Neurology, 2003-present
                        Director, Emory Center for Neurodegenerative Disease and
                                    Alzheimer's Disease Center, 2001-present
                        Director, M.D./Ph.D. Training Program, Emory University, 1997-present

**3. Birthdate & Place**        12/23/55, Madison, Wisconsin

**4. Citizenship**             USA

**5. Office Address**          Emory University School of Medicine
                        Center for Neurodegenerative Disease
                        Whitehead Biomedical Research Building, 505
                        615 Michael St.
                        Atlanta, GA 30322

                        Tel:   (404) 727-5006
                        FAX:  (404) 727-3999

**6. Email Address**           alevey@emory.edu

**7. Licensures**              State of Georgia Medical License No. 034885, Exp. 12/31/07

**8. Education**
    **High School**            Madison West High School, Madison, WI, 1974

    **College**                University of Michigan, Ann Arbor, MI, B.S. with Honors, 1978

    **Graduate School**        University of Chicago, Chicago, IL, Ph.D., Immunology, 1982

    **Medical School**         University of Chicago, Chicago, IL, M.D. with Honors, 1984

Levey, Allan I.

**9. Postgraduate Training**

        **Clinical**        Intern, Dept. of Medicine, Michael Reese Hospital, Chicago, IL, 1984-85

        Resident, Department of Neurology, The Johns Hopkins Hospital, Baltimore, MD, 1986-89

        Chief Resident, Department of Neurology, The Johns Hopkins Hospital, Baltimore, MD, 1988-89

        Cognitive Neurology, The Johns Hopkins Hospital, Baltimore, MD, 1989-91

        **Research**        Fellow, Department of Pharmacological and Physiological Sciences, University of Chicago, 1985-86

        Special Volunteer, Laboratory of Molecular Biology, NINDS, National Institutes of Health, Bethesda, MD  1989-90

**10. Specialty Boards**        Diplomate, American Board of Psychiatry and Neurology, 1990

**11. Previous Academic Appointments**

        Assistant Professor, Departments of Neurology and Pathology, The Johns Hopkins University School of Medicine, Baltimore, MD, 1989-91

        Associate Professor, Departments of Neurology (primary) and Psychiatry & Behavioral Sciences (secondary), Emory University School of Medicine, 1991-1996.

**12. Previous Administrative Appointments**

        Director of Graduate Studies, Neuroscience Graduate Training Program, 1995-1997

**13. Committee Memberships**
    **a. National and International**

        *Federal*

        Board of Scientific Counselors, National Institute of Mental Health, March, 2005, Ad Hoc

        Agency for Toxic Substances and Disease Registry, Advisory Panel for Alzheimer's and Parkinson's Disease.  2002

        Neurological Sciences 2 NIH IRG, Ad Hoc Reviewer, 1995-98

        Special Review Committee, NIAAA, 8/27/96

        Neurological Sciences 3 NIH IRG (Molecular Neuropath), 10/95, Ad Hoc Reviewer

        Bio-Psychology NIH IRG, 1/94, Ad Hoc Reviewer

        *American Neurological Association*

        Long Range Planning Committee, 2002-2004

        *American Academy of Neurology*

        Chairman, Research Committee, Geriatrics and Dementia Section, 1998-2000

        Geriatrics Award Committee, 2001-2007

        *Society for Neuroscience*

        Neurobiology of Disease Workshop Committee, 1992-1998

Levey, Allan I.

Public Information Committee, 2001-2004

*Society for Experimental Neuropathology*
Program Committee, 1996-2000

Coins for Alzheimer's Research Trust (CART), Inc.
Peer-Review Committee, 2006-present

**b. Regional and State**     *Alzheimer's Association, Georgia Chapter*
Board of Directors (Governors), 1998-present
Fundraising Committee, 1996
Program and Services Committee, 1999-present

*Southeast Center of Excellence in Geriatric Medicine*
Steering Committee, 1998-2001

**c. Institutional**     *Department of Neurology, Emory University*
Executive Committee, 1994-present
Chairman, Research Strategic Planning Committee, 1997
Chairman, Appointments and Promotions Committee, 1992-1997
Student Education Committee, 1994-1997
Residency Committee, 1992-1995
Director, Residency Basic Science Education, 1992-1994
Coordinator, Strategic Planning Committee, 1994

*Emory University*
University Strategic Plan, 2005
    Discussion leader for Mind, Brain, and Neuroscience theme
Presidential Advisory Committee, Emory University 2004-present
Development and University Relations Faculty Advisory Council, 2005-
Joint Steering Committee, Emory-deCODE genetics Alliance, 2002-present
Technology Transfer Research Advisory Committee, 1996-1999

*Woodruff Health Sciences Center*
WHSC Strategic Planning Committee for 2012 Vision, 2005
    Chair, Workgroup on Program Definitions
Clinical Integration Committee, 2003-present
Search Committee, Yerkes Director, 2000
Health Science Center Strategic Research Planning
        Basic Science Research Subcommittee, 1997

*Emory University School of Medicine*
Search Committee (Chair), Rehabilitation Medicine Chair, 2005-2006
Search Committee, Biochemistry Chair, 2003-2004
School of Medicine Research Advisory Committee
        Subcommittee on Core Laboratories, 2000-2002
School of Medicine Research Retreat, Chair of Work group for
        Neurological and Behavioral Science, 2000
LCME Accreditation Task Force, 1998-2000
LCME, Graduate Education in the Basic Medical Sciences
        Subcommittee (Chair), 1998-2000
School of Medicine Education Planning
        Curriculum Subcommittee, 1998-1999

Levey, Allan I.

Faculty Relations Committee, ad hoc, 1998
Committee on Appointments and Promotions, 1992-1996
Medical Research Council
    Subcommittee on Transgenic Facilities, Feb. 1994
    Subcommittee on Core Facilities, 1994-95
Undergraduate Medical Education Subcommittee, 1992

*Emory Healthcare*
Emory Healthcare Board of Trustees, 2004-present
Emory University Hospital Medical Advisory Committee, 2003-present
Professional Services Committee, Emory University Hospital, 2003-present
Professional Interdisciplinary Staff Strategic Committee, Wesley Woods
    Geriatric Center, 1998-2002

*Emory University Graduate School of Arts & Sciences*
Executive Committee, Division of Biological & Biomedical Sciences,
    1997-present
Executive Council, Neuroscience Graduate Program, 1993-2000
Executive Committee, Molecular Therapeutics & Toxicology Training
    Grant, 1995-present
Clinical Research Curriculum Award/Masters of Science in Clinical
    Research, Advisory Committee, 1999-present

**14. Consultantships**

*Advisory Board*
Research Biochemicals Incorporated (RBI), Natick, MA
    Scientific Advisory Board Member, 1995-2000
Tourette's Syndrome Association, Inc (TSA), Bayside, NY
    Scientific Advisory Board Member, 1995-present
Harvard Brain Tissue Resource Center, Belmont, MA
    External Scientific Advisory Board Member, 1996-present
Alzheimer's Association, Georgia Chapter
    Board of Directors (Governors), 1998-present
ACADIA Pharmaceuticals, San Diego, CA
    Clinical Advisory Board, 2000-present
American Federation of Aging Research
    National Scientific Advisory Council, 2003-present
NovaDel
    Scientific Advisory Board, 2004-present

*Consultant*
deCODE genetics, Reykjavik, Iceland 2000-present
Eli Lilly and Company, Indianapolis, IN 1991-96
Merck Research Laboratories, Philadelphia, PA 1993-1995
Astra Charnwood, Leics, England 1997-1998
Allergan, Irvine, CA 2000-2002
University of Pittsburgh Western Psychiatric Institute,
    External Review Panel member, November 27-29, 2000.
Abeome, Athens, GA 2002-present
Prudential Securities, Boston, MA 2003-present
University of Chicago Pritzker School of Medicine Department of
    Neurology, External Reviewer, July 13-15, 2004

4

Levey, Allan I.

University of Puerto Rico and the CITREN Foundation, to advise on
establishment of a Center for Neurodegenerative Diease, August 17-
19, 2005
University of Pennsylvania School of Medicine, Department of Neurology,
External Reviewer, May 8-9, 2006.

**15. Editorial/Manuscript Reviews**

Editorial Board
Experimental Neurology, 2002-present
Neuropsychopharmacology, 2003-present
Annals of Neurology, 1999-2004

Reviewer

| | | |
|---|---|---|
| Am J Hum Genetics | Annals Neurology | Anat Embryol |
| Brain Research | Epilepsy Res | Eur J Neurosci |
| Exper Neurol | Glia | J Chem Neuroanat |
| J Comp Neurol | J Neurochemistry | J Neurol Sci |
| J Neurosci | JNNP | Mol Pharmacol |
| Neurobiol Aging | Neurology | Neuroscience |
| Neuro Lett | Proc Nat Acad Sci | Synapse |

**16. Honors and Awards**

Francis Drew Winkley Award, 1974
Mortar Board, University of Michigan, 1977
James B. Angell Scholar, University of Michigan, 1978
Magna Cum Laude, University of Michigan, 1978
Phi Beta Kappa, University of Michigan, 1978
Francis L. Lederer Foundation MD/PhD Fellowship,
University of Chicago,1980-84
Steven A. Lukes, M.D. Prize, University of Chicago, 1984
Alpha Omega Alpha, University of Chicago, 1984
National Research Service Postdoctoral Fellowship,
University of Chicago, 1985-86
Clinical Investigator Development Award, NINDS, NIH 8/89-7/92
Faculty Scholar Award, Alzheimer's Association, 7/90-6/93 and 7/95 -6/98
Woodruff Molecular Neuroscience Investigator Award,
Emory University, 1991-94
Derek Denny-Brown Neurological Scholar Award,
American Neurological Association, 1993
Heikkila Research Scholar Award, National Parkinson Foundation, 1995
ISI Highly Cited Researcher, Neuroscience, 2001
Community Health Charities of Georgia's Health
Advancement Research Award, 2002
Team Hope Award for Medical Leadership,
Huntington's Disease Society of America, 2005
Best Doctors in America, 2005

**17. Society Memberships**

Society for Neuroscience, 1983
American Association for the Advancement of Science, 1983
American Academy of Neurology, 1987
American Neurological Association, 1993
Behavioral Neurology Society, 1995
American Society for Biochemistry and Molecular Biology, 2002

Levey, Allan I.

## 18. Organization of National/International Conferences

Organizer and Chair, Neurobiology of Disease Workshop on
Schizophrenia, Society for Neuroscience, San Diego, Nov. 11, 1995
Organizer and Chair, Subtype Specific Cholinergic Therapies: Effects on
Cognitive and Noncognitive Symptoms in Alzheimer's Disease.
World Congress Biological Psychiatry, Nice, France. June 24, 1997.
Chair, Society for Neuroscience Platform Session: Alzheimer's Disease
Pathogenesis. New Orleans, LA. November 12, 2003.

## 19. Research Focus

Dementia and Movement Disorders
Molecular Neurobiology and Genetics of Alzheimer's and
Parkinson's Diseases
Molecular Neuropharmacology

## 20. Grant Support
### a. Active
#### 1. Federal

P50 AG025688 6/1/05-5/30/10
Emory Alzheimer's Disease Research Center
Principal Investigator: Levey
Annual Direct Costs Awarded: $946,793

5RO1 NS30454, 09/30/1991 - 03/31/2010
Muscarinic Receptor Proteins in Alzheimer's Disease
Principal Investigator: Levey
Annual Direct Costs Awarded: $231,250

2T32 GM08169-11, 7/1/97-6/30/06
Medical Scientist Training Program
Principal Investigator: Levey
Annual Direct Costs Awarded: $734,027

1 U54 ES012068 08/26/2002-07/30/2007
Collaborative Center For Parkinson's Disease Environmental Research
Principal Investigator: DeLong
Project 3 Principal Investigator: Levey
Annual Direct Costs Awarded: $860,000

Alzheimer's Cooperative Study Unit U01 AG10483 1995-present
Clinical Trials in Alzheimer's Disease
Participation in several studies (estrogen, agitation, melatonin, MCI)
Principal Investigator: Leon Thal, UCSD (A. I. Levey, PI of Emory site)

1R01 AG24214-01, 8/15/2004-6/30/2008
ApoE Receptor LR11 In Alzheimer's Etiopathogenesis
Principal Investigator: Lah
Annual Direct Costs: $202,500

1R01 MH073159, 06/1/2004 - 05/31/2009
Molecular Analysis of Presynaptic Choline Transporters

6

Levey, Allan I.

Principal Investigator: Blakely (Vanderbilt)
Annual Direct Costs Awarded (Emory subcontract): $25,000

**2. Private Foundation**

Doris Duke Foundation 8/02-7/04 (no cost extension through 7/05)
Role of the STRK1 Gene in Ischemic Stroke in the USA
Principal Investigator: Levey
Direct Costs Awarded: $200,000

**b. Previous support**

Clinical Investigator Award, K08 NS01387, 8/1/89-10/31/92
Localization of Muscarinic Receptor Proteins m1-m5
Principal Investigator: A. I. Levey
Direct Costs Awarded: $189,400

Alzheimer's Association, FSA-90-006,7/90 - 6/93
Molecular Anatomy of Muscarinic Receptor Subtypes m1-m5 in Rat Brain
Principal Investigator: A. I. Levey
Direct Costs Awarded: $134,800

Emory Alzheimer's Disease Center Pilot Project, 1993-94
Molecular Pharmacology & Anatomy of Hippocampus and Basal Forebrain
Principal Investigator: A. I. Levey
Direct Costs Awarded: $20,000

RO1 07391, 7/1/94-6/30/99
Molecular Analysis of the Serotonin Transporter
Principal Investigator: R.D. Blakely (A. I. Levey, Co-PI 5% effort)
Direct Costs Awarded: $1,088,091

American Parkinson's Disease Association 8/94-7/95
Synaptic Organization of Dopamine Receptors in a Model of
    Parkinson's Disease
Principal Investigator: A.I. Levey, 0% effort
Direct Costs Awarded: $25,000

RO1NS28406, 4/1/95-3/31/98
Cellular Mechanisms of Kindling-Induced Epileptogenesis
Principal Investigator: P.J. Conn (A. I. Levey, Co-PI 5% effort)
Direct Costs Awarded: $562,190

Stanley Foundation, 7/93-6/95
Molecular Subtypes of Dopamine Receptors in Human
    Brain and Schizophrenia
Principal Investigator: A. I. Levey, 0% effort
Direct Costs Awarded: $60,000

RO1 NS30454, 10/91-9/95
Muscarinic Receptor Proteins in Alzheimer's Disease
Principal Investigator: A. I. Levey, 40% effort
Direct Costs Awarded: $521,607

Lilly Research Contract, 12/92-3/96
Clinical Trial of LY246708 in Alzheimer's Disease

Levey, Allan I.

Principal Investigator: A. I. Levey
Direct Costs Awarded: $153,244

SmithKline Beecham 6/96-present
Clinical Trial Of SB202026 in Patients With Alzheimer's Disease
Principal Investigator: A. I. Levey
Total Costs Awarded: $101,250

Quintiles Pacific, Inc, 1/97-present
Clinical Trial Of Xanomeline in Patients With Alzheimer's Disease
Principal Investigator: A. I. Levey
Total Costs Awarded: $200,000Lilly Research Contract, 12/94-12/95

Efficacy of m5 Muscarinic and AMPA Receptor Compounds in
    Parkinsonian Monkeys
Principal Investigator: A. I. Levey
Direct Costs Awarded: $68,000

National Parkinson's Foundation 6/95-7/96
Dopamine Transporter in Parkinson's Disease
Principal Investigator: A. I. Levey, 0% effort
Direct Costs Awarded: $40,000

Emory/Georgia Tech Research Alliance Seed Grant, 7/96-6/97
Calpain in Neurodegenerative Disease
Principal Investigator: A.I. Levey and L. Williams (GA Tech)
Direct Costs Awarded: $15,000 (Emory)

Emory/Georgia Tech Research Alliance Seed Grant, 7/97-6/98
Calpain in Neurodegenerative Disease
Principal Investigator: J. Glass; (A. I. Levey, Co-PI 0% effort)
Direct Costs Awarded: $20,000 (Emory)

Alzheimer's Association 7/95-6/98
Vesicular Acetylcholine Transporter Expression in Alzheimer's Disease
Principal Investigator: A. I. Levey, 0% effort
Direct Costs Awarded: $147,911

RO1 DA09492, 7/01/95-5/31/98
The Neurochemical Pathology of Human Cocaine Abuse
Principal Investigator: C.B. Nemeroff; (A. I. Levey, Co-PI 5% effort)
Direct Costs Awarded: $646,422

RO1 DA9484, 9/30/94-8/31/98
Molecular Signature of Dopamine Synapse in Cocaine Fatalities
Principal Investigator: D. Mash (A. I. Levey, Co-PI 10% effort)
Direct Costs Awarded: $887,360

P01 NS31937 4/94-3/99
Basal Ganglia: Functional Circuitry (M.R. DeLong, P.I.)
Project 1. Primate Basal Ganglia: Molecular Pharmacology and Anatomy
Principal Investigator (Project 1): A. I. Levey  20% effort
Direct Costs Awarded: $695,609 ($3,040,136 total program project)

Faculty Research Commercialization Program, 7/98-6/99
An *In Vitro* Test for Diagnosis of Alzheimer's Disease and
For Drug Discovery
Advanced Technology Development Center, Georgia Tech
Principal Investigator: A. I. Levey, 0% effort
Direct Costs Awarded: $50,000

RO1 NS34876, 2/1/96-11/30/00
Neuromodulatory Roles of Muscarinic Receptor Subtypes
Principal Investigator: P.J. Conn; (A. I. Levey, Co-PI 10% effort)
Direct Costs Awarded: $629,931

RO1 NS/OD36755, 09/30/97-05/31/01
Regulation of NMDA Receptors by Muscarinic ACh Receptors
Principal Investigator: P.J. Conn; (A. I. Levey, Co-PI 5% effort)
Direct Costs Awarded: $546,630

P50 MH58922,          9/30/99-8/31/01
Conte Center for Neuroscience of Mental Disorders
Principal Investigator: C.B. Nemeroff (A.I. Levey, 5% effort)
Direct Costs Awarded: $1,761,769)

Alzheimer's Association 7/98-6/01
An In Vitro Diagnostic Test for Alzheimer's Disease
Principal Investigator: J.T. Greenamyre (A. I. Levey, Co-PI, 0% effort)
Direct Costs Awarded: $180,000

Rotary International, District 7770 CART Fund. 4/24/99-5/00
In Vitro Assay for Definite Alzheimer's Disease
Principal Investigator: A. I. Levey
Direct Costs Awarded: $100,000

3RO1 NS30454          4/23/99
NINDS Supplement for Research for a confocal microscope
Principal Investigator: A. I. Levey, 0% effort
Direct Costs Awarded: $200,000

Woodruff Board, Emory University School of Medicine 8/13/99-2000
Development of a Multiphoton Confocal Microscope
Principal Investigator: A. I. Levey
Direct Costs Awarded: $300,000

Allergan Sales, Inc. 12/1/99-1/01
Muscarinic Localization in Ocular Tissues
Contract: $20,800

USAMRMC 98293014, 9/23/98-9/23/02
Metabotropic Glutamate Receptor mGluR4 as a Novel Target for
Parkinon's Disease Treatment
Principal Investigator: Levey
Direct Costs Awarded: $522,499

ROI NS37031 9/30/98-8/31/02
Monoamine Transporters in Parkinsonism
Principal Investigator: Levey
Direct Costs Awarded: $185,912

5 P30 AG10130  9/30/91 -6/30/03
Emory Alzheimer's Disease Center
Principal Investigator: Levey
Annual Direct Costs Awarded: no cost extension

Alzheimer's Association 8/00-7/03
Muscarinic Receptor Defects in Transgenic Mice with FAD Mutations
Principal Investigator: Levey
Direct Costs Awarded: $180,000

NSF Science & Technology Centers (STC): 11/01/99-10/31/2004
Center for Behavioral Neuroscience
Principal Investigator: Insel
Core III:  Cellular Neuroscience Core (Levey, PI Core III)
Costs Awarded: $19,902,614

5P05 NS38399 12/01/98-11/30/2003
Udall Parkinson's Disease Center
Principal Investigator: DeLong
Project 5:  mGluR in the Basal Ganglia (Conn PI; Levey Co-PI)
Annual Direct Costs: $989,737

## 21. Clinical Service Contributions

Responsible for the Emory Neurology clinical activities.  The Department faculty members care for ~ 30,000 patients annually at Emory Clinic and Emory University Hospital, Wesley Woods, Grady Memorial Hospital, and the Atlanta VA. In addition to serving as Chair of the Department of Neurology, Dr. Levey serves as Section Head of Neurology for the Emory Clinic and Chief of Service for Neurology at Emory University Hospital. Dr. Levey's direct clinical activities include outpatient and inpatient specialty work in Cognitive Neurology.

## 22. Formal Teaching

### a. Medical Students

Co-Director, Pathophysiology Sophomore Medical Student Course, Neurology Section, MEDI 650, 1993-1997
Lecturer, Medical Neurobiology, MEDI-530, 1993

### b. Graduate Programs

#### Neuroscience Training Program

Course Director, Graduate Seminars, Neuroscience Program, NS790R, 1994
Course Director, Basic Mechanisms of Neurological Disease, IBS506/MEDI645, 1994-1997
Lecturer, Molecular Neurobiology, IBS-750, 1992-present

Levey, Allan I.

Lecturer, Neuroscience II, IBS-503, 1995
Lecturer, Principles of Molecular Therapeutics & Toxicology,
    IBS531,1997-present
Lecturer, Neuroanatomy Core Course, Neuroanatomy of Learning and
    Memory, 1998-present

**Rollins School of Public Health**

Lecturer, Aging and Health Care Issues, HPM 563, 2000-present

**Residency Program**

Course Director, Advances in Basic and Clinical Neurosciences
    Dept. of Neurology Seminar Series, 1992-94
Course Director, Introduction to Clinical Neurology
    Dept. of Neurology Resident Summer Teaching Series, 1992-1995

## c. Undergraduate

**Emory College**

NBB424, Neuropathology for Neuroscience and Behavioral Biology
    Alzheimer's Disease, 2000-present

## 23. Supervisory Teaching

### a. Predoctoral Students

**Ph.D. Thesis Advisor**

_Emory University Neuroscience Training Program/Grant (current position)_
Heather Prince, 1992-1997/PhRMA Advanced Predoctoral Fellowship
    (postdoctoral fellow, Duke Univ.)
Susan Taylor, 1994-1997 /F31 MH11186
    (Lecturer, Biology Dept., Emory University)
Michelle Gilmor, 1994-1998/F31 MH11474
    (Assoc. Professor, Psychiatry, Indiana University)
Ernesto Ince, 1993-1998/F31 MH11307
    (Emory Univ.)
Scott Counts, 1995-2000 F31 MH11987 (4/8/98) (Postdoc, Rush Univ.)
Oren Levy, M.D./Ph.D. Training Program 1996-2001 F31 MH12256
    (Cornell, Neurology residency)
Jennifer Berkeley, M.D./Ph.D. Training Program 1997-2002/PhRMA
    Advanced Predoctoral Fellowship (Johns Hopkins, Neurology
    residency)
Laura Volpicelli,1998-2003/PhRMA Advanced Predoctoral Fellowship
    (Postdoctoral fellow, Emory University)
Dan McClatchy, 2000-2004 F31NS043094 (UCSD, Postdoctoral fellow)
Leah Anderson, 2001-present
Katrin Offe, 2001-present
Kristen Sager, 2003-present
Sara Dodsen, 2003-present
Albert Gus Davis, M.D./Ph.D. Training Program, 2004-present
Yair Gozal, M.D./Ph.D. Training Program, 2004-present

**Ph.D. Thesis Committee Member**

_Dissertation Committees, Emory University Graduate School_

11

Haley Melikian, Neuroscience Training Program 1993-1995
Kyle Miller, Neuroscience Training Program 1994-1995
Yan Qian, Neuroscience Training Program 1994-1996
Bill Paxton, Pharmacology/Physiology Training Program 1995-1996
Chris Bradley, Neuroscience Training Program 1994-1997
Dorothy Chung, Neuroscience Training Program 1994-1997
Heather Kimmel, Neuroscience Training Program 1995-1997
Steve Stout, Neuroscience Training Program 1995-1999
Deepa Joshi, Neuroscience Training Program 1995-1999
Melissa Butler, Neuroscience Training Program 1995-1999
Tracy Thomas, Neuroscience Training Program 1995-2000
Andrew Ray, Neuroscience, 1995-2001
Denise Flaherty, Cell Biology Training Program, 1996-1999
Charlotte Ladd, Neuroscience Training Program, 1997-2001
Audra Brown, Molecular Therapeutics & Toxicology, 1996-2001
David Wolf, Neuroscience Training Program, 1997-2001
Stephanie Dall Vechia, Molecular Therapeutics & Toxicology, 1998-2001
Rick Peavy, Molecular Therapeutics & Toxicology, 1998-2002
Dan Zhu, Genetics and Molecular Biology, 1998-2003
Hazar Awad, Molecular Therapeutics & Toxicology, 1999-2001
Candice Junge, Molecular and Systems Pharmacology, 2001-2003
Wendy Hasenkamp, Neuroscience, 2001-2005
Maryse Paquet, Neuroscience, 2002-2006
Masaaki Kuwajima, Neuroscience, 2003-present
Brandi Whatley, Neuroscience, 2004-present
James Olzmann, Neuroscience, 2004-present

*Dissertation Committees, Extramural Member*
Mike Coco, Pharmacology, Duke University Medical Center
Julie Bennett, Pharmacology, University of North Carolina at Chapel Hill

**b. Postdoctoral Supervisor**

Brian Ciliax, Ph.D. 1991-1993 (Asst. Professor, Emory Univ.)
Masakazu Wakai, M.D., 1994-1996 Markey Fellowship
    (Neurologist, Japan)
Angela Ashley, M.D., 1995-1996 (clinical fellow)
Kyle Miller, Ph.D., 1995-1997 (postdoctoral fellow, Duke Univ.)
Gary Miller, Ph.D., 1995-1997 F32 NS09930 (3/15/96)
    (Asst. Professor, Univ. of Texas)
Mohammed Siddique, M.D., 1996-1997 (Neurologist, private practice)
Madhav Thambisetty, M.D., Ph.D., 2002- 2004 (University of London)

*Sponsor of Clinical Investigator Development Awards (NINDS)*
Steven M. Hersch, M.D., Ph.D., 1992-1997 (Assoc. Professor, Harvard)
Mario Salterelli, M.D., Ph.D., 1993-1998 (Pfizer)
Jim Lah, M.D., Ph.D., 1996-2001 (Asst. Professor, Emory)

**c. Residency Program**    Supervision of housestaff in clinic and hospital wards (Emory Clinic,
    Emory University Hospital, Wesley Woods Hospital, Grady
    Hospital), 1991-present

## 24. Lectureships, Seminar Invitations, and Visiting Professorships (selected)

American Society for Neurochemistry, Phoenix, AZ, March, 1990. Symposium on Muscarinic Receptors. Localization of Muscarinic Receptor mRNA and Protein.

American Neurological Association, Atlanta, GA, October, 1990. Plenary Session. Expression of Muscarinic Receptor Subtype mRNA and Protein in Rat and Human Brain: Implications for Selective Cholinergic Treatment of Neurological Disease.

American Academy of Neurology, Boston, MA, April, 1991. Neurochemistry Course: Muscarinic Acetylcholine Receptor Subtypes.

American Neurological Association, Seattle, WA, October, 1991. Symposium: Receptors and Disease. The Muscarinic Receptor and Dementia.

Fifth International Symposium on Subtypes of Muscarinic Receptors, Newport Beach, CA, October 1992. Muscarinic Receptor Subtype Specific Antibodies.

Frontiers in Neuroscience, Atlanta Chapter of the Society for Neuroscience. Emory University, February, 1993. Immunological Techniques for Characterization of Neurotransmitter Receptors.

University of Miami, Department of Molecular and Cellular Pharmacology. Muscarinic Receptor Subtypes in Brain. Feb. 10, 1993.

Washington University Alzheimer's Disease Research Center, St. Louis, April 11-13, 1993. Expression of Acetylcholine and Glutamate Receptor Genes in Brain: Implications for Alzheimer's and Other Neurodegenerative Diseases.

Parke-Davis Pharmaceutical Research, Ann Arbor, MI, April 26, 1993. Expression of Muscarinic Receptor Subtypes in Brain. Continuing Education Program: Cholinergic Pharmacology.

Emory University School of Medicine Alzheimer's Disease Center Symposium, Atlanta, GA, May 21, 1993. Molecular Pharmacology: Implications for Neurodegenerative Disease.

Yale University School of Medicine, Section on Neurobiology. Molecular Subtypes of Muscarinic Acetylcholine and Dopamine Receptors in the CNS. June 10, 1993.

International Congress of Physiological Sciences, Glasgow, Scotland, August 5, 1993. Symposium: Muscarinic Mechanisms. Differential Expression of Muscarinic Receptor Subtypes in Brain and Peripheral Tissues.

Oxford University, Oxford, England. MRC Anatomical Neuropharmacology Unit. August 9, 1993. Molecular Subtypes of Dopamine and Acetylcholine Receptors.

American Neurological Association, Boston, October 18, 1993. Derek Denny-Brown Award Presentation, Plenary Session. Molecular pharmacology of dopaminergic and cholinergic systems in the basal ganglia.

American College of Neuropsychopharmacology (ACNP), Honolulu, Hawaii. December 17, 1993. Symposium: Muscarinic Acetylcholine Receptors in Alzheimer's Disease. Localization of Muscarinic Receptors in Human Brain.

XIXth Collegium Internationale NeuroPsychopharmacologicum (CINP) Congress, Washington, D.C., June 27, 1994. Muscarinic Receptor Subtype Expression in Brain.

Levey, Allan I.

IUPHAR, Quebec City, Canada. Symposium on Localization of Molecules involved in Dopamine
Neurotransmission. Light and Electron Microscopic Localization of Dopamine Receptors and Transporter in
Brain, July 21-23, 1994.

Sixth International Symposium on Subtypes of Muscarinic Receptors, Ft. Lauderdale, Nov.9, 1994. Localization of
the Family of Muscarinic Receptors in Basal Ganglia.

Society for Experimental Neuropathology, Presidential Symposium on Neurobiology of Disease. Alterations in
Molecules involved in Neurotransmission in Alzheimer's Disease. Washington, D.C., Oct. 22, 1995.

National Academy of Sciences Colloquium: Memory: Recording Experience in Cells and Circuits, Irvine, CA, Feb.
17-20, 1996.

American Academy of Neurology, The Neurochemistry of Neurological Disease Course: Neurotransmission Deficits
in Alzheimer's Disease., San Franscisco, March 25, 1996.

Harvard Medical School/Massachusetts General Hospital Neuroscience Center Seminar Series, Boston, MA, May 21,
1996. Molecules in Cholinergic Transmission and Unexpected Changes in Alzheimer's Disease.

Seventh International Symposium on Subtypes of Muscarinic Receptors, Washington, D.C., Nov.9, 1996. The m2
muscarinic receptors in cholinergic and noncholinergic forebrain circuits.

Neurology and Neurosurgery Update 1996, Emory University School of Medicine, Dec. 7, 1996. Advances in Early
Onset Alzheimer's Disease.

World Congress of Biological Psychiatry, Nice, France. June 24, 1997. Subtype Specific Cholinergic Therapies:
Effects on Cognitive and Noncognitive Symptoms in Alzheimer's Disease.

University of Alabama Alzheimer's Disease Center, Birmingham, AL. April 14, 1998. Muscarinic Transmission and
Presenilin Function in Alzheimer's Disease.

University of Chicago Pritzker School of Medicine, Dept. of Neurology. April 24, 1998. A Molecular Reanalysis of
Cholinergic Systems and Alzheimer's Disease.

Dopamine 98, Satellite Symposium of the IUPHAR Congress in Munich. (Invitation) Neurodegeneration and
Parkinson's Disease. Strasbourg, France, July 22-25, 1998.

Eighth International Symposium on Subtypes of Muscarinic Receptors, Danver, MA. Muscarinic Receptor Subtypes
in Alzheimer's Disease. Aug. 25, 1998.

Alzheimer's Association, Medical Interventions and Caregiver Support. Symposium Co-organizer and Discussion
Leader. Alzheimer's Disease Update for Caregivers and Professionals (2 presentations). Atlanta, GA. Nov. 13
and 14, 1998.

University of Wisconsin, Center for Neuroscience. Madison, WI, Presenilins and The Neurobiology of Alzheimer's
Disease. December 11, 1998.

SouthEast Center of Excellence in Geriatric Medicine. Advances in Alzheimer's Disease. Birmingham, MI. May 13,
1999.

Georgia Nurses Association. Alzheimer's: Today and Tomorrow. Atlanta, GA. May 27, 1999.

Levey, Allan I.

American Association of Physician Assistants. Diagnosis and Treatment of Alzheimer's Disease. Atlanta, Ga. May 29, 1999.

Grand Rounds, Dept. of Neurology, The Johns Hopkins Hospital. Baltimore, MD. Early Alzheimer's Disease. Baltimore, MD. June 3, 1999.

Grand Rounds, Dept. of Neurology, Cornell Medical School. Early Alzheimer's Disease. New York, NY. June 17, 1999.

Atlanta Healthcare Partners, Blue Cross and Blue Shield of Georgia. Alzheimer's Disease for the Primary Care Physician. Atlanta, GA. June 29, 1999.

Hospice of Houston County, Alzheimer's Program Keynote Speaker. Alzheimer's Disease: Overview and Update. Warner Robins, GA. November 16, 1999.

Howard University, Department of Pharmacology. The Muscarinic Receptor Family and Subtype-specific Roles in Cholinergic Systems and Alzheimer's Disease. Washington, D.C. Feb. 9, 2000.

Grand Rounds, Dept. of Neurology, University of California, San Francisco Medical School. The Neurobiology of Alzheimer's Disease. San Fransisco, CA. March 8, 2000.

Novartis Preceptorship on Alzheimer's Disease. Organized full day course for Novartis staff. Atlanta, Ga. May 5, 2000.

Georgia Gerontological Society, The Emory Alzheimer's Disease Center: Early Diagnosis and Treatment of Alzheimer's Disease. Savannah, Georgia. September 25, 2000.

Alzheimer's Association Caregiver Symposium. Mild Cognitive Impairment. Atlanta, Georgia, November 10, 2000.

Hospice of Houston County, Alzheimer's Program Keynote Speaker. Progress in the Early Diagnosis and Treatment of Alzheimer's Disease: Warner Robins, GA. November 14, 2000.

Medical College of Georgia, Dept. of Pharmacology. Muscarinic Receptor Signalling and Trafficking. Augusta, Georgia. November 15, 2000.

Rotary Club of Griffin. Alzheimer's Disease Research Advances and the CART Fund. Griffin, GA. November 30, 2000.

Alzheimer's Preceptorship for Janssen Pharmaceuticals. Organizer and speaker 2 day course. Atlanta, GA. Jan 16-17, 2001.

Alzheimer's Preceptorship for Parke-Davis Pharmaceuticals. Organizer and speaker. Atlanta, GA. March 1, 2001.

St. Joseph's Hospital. Progress in Alzheimer's disease: New Approaches to Diagnosis and Treatment. Atlanta, GA. March 21, 2001.

Morehouse Medical School Neuroscience Institute. Molecular Pathogenesis of Alzheimer's disease. Atlanta, GA. April 18, 2001.

Rotary Club, Norcross. The CART Fund and Early Detection of Alzheimer's Disease. Norcross, GA. November 26, 2001.

Alzheimer's Association, Greater Georgia Chapter. Docs and Desserts – Alzheimer's disease. Atlanta, GA. November 27, 2001.

Frontiers in Neuroscience. Genetic Clues to the Pathogenesis of Neurodegenerative Diseases. Emory University, Atlanta, GA. March 8, 2002.

Greater Georgia Chapter of the Alzheimer Association. Advances in Alzheimer's disease research. Calhoun, GA. May 2, 2002.

XXIVth International Research Symposium, Acetylcholine and the Cerebral Cortex. Centre de recherche en sciences neurologiques, University of Montreal, Montreal, Quebec. May 6 and 7, 2002.

Senior Connections Star Luncheon Keynote Speaker. Senior Moments – or Early Stages of Alzheimer's Disease. Decatur, GA. June 6, 2002.

National Psychiatry Residents Conference, Advances in the Diagnosis, Biology, and Treatment of the Major Psychiatric Disorders. Palm Beach, Florida. August 22-25, 2002.

Greater Georgia Chapter of the Alzheimer Association. Alzheimer's Update: Medical Interventions and Caregiver Support. Atlanta, GA. November 12, 2002.

University of Michigan, Department of Neurology. Genetic Clues to the Pathogenesis of Neurodegenerative Diseases. Ann Arbor, MI. November 13, 2002.

Foundation of Wesley Woods, Torchbearer's Society Keynote Speaker. Senior Moments – or Early Stages of Alzheimer's Disease. Atlanta, GA. November 15, 2002.

American College of Neuropsychopharmacology. Symposium: Muscarinic Receptors and Neuropsychiatric Disease. Muscarinic Receptor Subtype Expression and Function in Brain. San Juan, Puerto Rico. December 11, 2002.

Laureate Medical Group. New Approaches to Alzheimer's Disease Diagnosis and Treatment. Atlanta, GA. June 17, 2003.

Emory Center for Outcomes Research. The Genetics of Complex Neurological Diseases: Lessons from Alzheimer and Parkinson's Disease. Emory University, June 20, 2003.

Emory Mini-Medical School. Alzheimer's Disease: Hope on the Horizon. Emory University, October 27, 2003.

University of Alabama, Alzheimer's Disease Center. Complex Genetics of Neurodegenerative Disease: From Hot'lanta to Iceland. December 2, 2003.

Southeastern Clinical Society Meeting. Complex Genetics of Neurodegenerative Disease. Atlanta, GA. February 6, 2004.

Alzheimer's Assocation Professional and Caregiver's Conference. Augusta, GA. March 13, 2004. Keynote Speaker: Alzheimer Disease Research Update: Unraveling the Mystery.

University of Texas Medical Branch, Department of Psychiatry Grand Rounds. May 25, 2004. Progress in Alzheimer's Disease.

Visiting Professor, University of Rome. Three public lectures on 1) Muscarinic Acetycholine Receptors; 2) Genetics of Neurodegenerative Disease; and 3) Alzheimer's Disease. Rome, Italy. June - July, 2004.

National Psychiatry Residents Conference, Advances in the Diagnosis, Biology, and Treatment of the Major Psychiatric Disorders. Senior Moments and Mild Cognitive Impairment. Palm Beach, Florida. August 5-8, 2004.

International Basal Ganglia Society 8th Triennial Meeting. Muscarinic Acetylcholine Receptors in the Basal Ganglia. Crieff, Scotland, UK. September 5-9 2004.

Emory University Board of Advisors. The Emory-deCODE Connection: Hot 'lanta and Iceland. September 2004.

Alzheimer's Assocation Professional and Caregiver's Conference. Atlanta, GA. Alzheimer Disease Research Update. Dec 2, 2004.

Great Lecture Series, Emory University. February 3, 2005.

National Institutes of Health Graduate Partnerships Symposium, Keynote Speaker. Complex Genetics of Neurodegenerative Disease. April 22, 2005.

Cleveland Clinic, Department of Neuroscience. A Novel ApoE Receptor and its Role in Alzheimer's Disease. February 15, 2006.

Virginia Lee Franklin Conference, Nell Hodgson School of Nursing. Decatur, Georgia. New Directions in Alzheimer's Disease Research. February 24, 2006.

Georgia Neurological Association. Atlanta, Georgia. The Complex Genetics of Neurological Disease. February 26, 2006.

Albert Einstein College of Medicine. Bronx, New York. deCODing the Genetics of Neurodegenerative Disease. March 2, 2006.

Presbyterian Village and the Georgia Chapter of the Alzheimer Assocation. Austell, Georgia. Advances in Alzheimer's Disease Research. March 21, 2006.

New York Presbyterian Hospital-Cornell Medical Center, Department of Neurology Grand Rounds. Sorting Out Alzheimer's Disease Pathogenesis. New York, New York. April 26, 2006.

## 25. Other Activities
**Grant Reviews**

VA Merit Awards, 1992-93, Ad Hoc Reviewer
International Science Foundation, 1993, Ad Hoc Reviewer
The Ontario Mental Health Foundation, 1993, Ad Hoc Reviewer
National Science Foundation, 1996, Ad Hoc Reviewer
Alzheimer's Association, 1997-present, Scientific Review Board
Medical Research Council, London, UK
   Neurosciences and Mental Health Review Board 2002
American Federation Aging Research, 2005-present, Scientific Review Board

## 26. Bibliography

### a. Published and accepted research articles in refereed journals

1. Levey AI, Aoki M, Fitch FW and Wainer BH. The production of monoclonal antibodies reactive with bovine choline acetyltransferase. *Brain Res.* **218**: 383-387, 1981.

Levey, Allan I.

2.  Levey AI and Wainer BH.  Cross-species and intraspecies reactivities of monoclonal antibodies against choline acetyltransferase. *Brain Res.* **234**: 469-473, 1982.

3.  Levey AI, Armstrong DB, Atweh SF, Terry RD, and Wainer BH.  Monoclonal antibodies to choline acetyltransferase: production, specificity, and immunohistochemistry. *J. Neurosci.* **3**: 1-9, 1983.

4.  Levey AI, Rye DB, and Wainer BH.  Immunochemical studies of bovine and human choline-o-acetyltransferase using monoclonal antibodies. *J. Neurochem.* **39**: 1652-1659, 1982.

5.  Levey AI, Wainer BH, Mufson EJ and Mesulam M-M.  Co-localization of acetylcholinesterase and choline acetyltransferase in the rat cerebrum. *Neurosci.* **9**: 9-22, 1983.

6.  Mesulam M-M, Mufson EJ, Levey AI and Wainer BH.  Cholinergic innervation of cortex by the basal forebrain: cytochemistry and cortical connections of the septal area, diagonal band nuclei, nucleus basalis (substantia innominata) and hypothalamus in rhesus monkey. *J. Comp. Neurol.* **214**:170-197,1983.

7.  Armstrong D, Saper CB, Levey AI, Wainer BH and Terry RD.  Distribution of cholinergic neurons in rat brains: demonstrated by immunocytochemical localization of choline acetyltransferase. *J. Comp. Neurol.* **216**: 53-68, 1983.

8.  Mesulam M-M, Mufson EJ, Wainer BH and Levey AI.  Central cholinergic pathways in the rat: an overview based on an alternative nomenclature (Ch1-Ch6). *Neurosci.* **10**: 1185-1201, 1983.

9.  Mesulam M-M, Mufson EJ, Levey AI and Wainer BH.  Atlas of cholinergic neurons in the forebrain and upper brainstem of the macaque based on monoclonal choline acetyltransferase immunohistochemistry and acetylcholinesterase histochemistry. *Neurosci.* **12**: 669-686, 1984.

10. Mufson EJ, Desan PH, Mesulam M-M, Wainer BH and Levey AI.  Choline acetyltransferase-like immunoreactivity in the forebrain of the red-eared pond turtle (Pseudemys scripta elegans). *Brain Res.* **323**: 103-108, 1984.

11. Levey AI, Wainer BH, Rye DB, Mufson EJ and Mesulam M-M.  Choline acetyltransferase-immunoreactive neurons intrinsic to rodent cortex and distinction from acetylcholinesterase-positive neurons. *Neurosci.* **13**: 341-353, 1984.

12. Wainer BH, Levey AI, Rye DB, Mesulam M-M, and Mufson EJ.  Cholinergic and non-cholinergic septohippocampal pathways. *Neurosci. Lett.* **54**: 45-52, 1985.

13. Levey AI, Bolam JP, Rye DB, Hallanger AE, DeMuth RM, Mesulam M-M and Wainer BH.  A light and electron microscopic procedure for sequential double antigen localization using diaminobenzidine and benzidine dihydrochloride. *J. Histochem. Cytochem.* **34**: 1449-1457, 1986.

14. Bolam JP, Ingham CA, Izzo PN, Levey AI, Rye DB, Smith AD and Wainer BH.  Substance P-containing terminals in synaptic contact with cholinergic neurons in the neostriatum and basal forebrain: a double immunocytochemical study in the rat. *Brain Res.* **397**: 279-289, 1986.

15. Levey AI, Hallanger AE and Wainer BH.  Choline acetyltransferase immunoreactivity in the rat thalamus. *J. Comp. Neurol.* **257**: 317-332, 1987.

16. Levey AI, Hallanger AE and Wainer BH.  Cholinergic nucleus basalis neurons may influence the cortex via the thalamus. *Neurosci. Lett.* **74**: 7-13, 1987.

17. Hallanger AE, Levey AI, Lee HJ, Rye DB, and Wainer BH.  The origins of cholinergic and other subcortical afferents to the thalamus in the rat. *J. Comp. Neurol.* **262**: 105-124, 1987.

18. Maley BE, Frick ML, Levey AI, Wainer BH and Elde RP.  Immunohistochemistry of choline acetyltransferase in the guinea pig brain. *Neurosci. Lett.* **84**: 137-142, 1988.

19. Levey AI, Weiss H, Yu R. Wang H and Krumholz A.  Seizures following myelography with iopamidol. *Ann. Neurol.* **23**: 397-399, 1988.

20. Lee HJ, Rye DB, Hallanger AE, Levey AI and Wainer BH.  Cholinergic versus noncholinergic efferents from the mesopontine tegmentum to the extrapyramidal motor system nuclei. *J. Comp. Neurol.* **275**: 469-492, 1988.

21. Glass JD, Levey AI and Rothstein JD.  The dysarthria-clumsy hand syndrome: a distinct clinical entity related to pontine infarction. *Ann. Neurol.* **27**: 487-494, 1990.

22. Weiner DM, Levey AI and Brann MR.  Expression of muscarinic and dopamine receptor mRNAs in basal ganglia. *Proc. Nat. Acad. Sci.(USA)* **87**: 7050-7054, 1990.

23. Levey AI, Stormann TM and Brann MR.  Bacterial expression of human muscarinic receptor fusion proteins and generation of subtype-specific antisera. *FEBS Lett.* **275**: 65-69, 1990.

24. Weiner DM, Levey AI, Sunahara RK, Niznik HB, O'Dowd BF, Seeman P and Brann MR.  Expression of dopamine receptor D1 and D2 mRNAs in rat brain. *Proc. Nat. Acad. Sci.(USA)* **88**:1859-1863, 1991.

25. Levey AI, Kitt CA, Simonds WF, Price DL and Brann MR. Identification and localization of muscarinic acetylcholine receptor proteins in brain with subtype-specific antibodies. *J. Neurosci.* 11: 3218-3226, 1991.

26. Dorje F, Levey AI and Brann MR. Immunological detection of muscarinic receptor proteins (m1-m5) in rabbit peripheral tissues. *Mol. Pharmacol.* 40: 459-462, 1991.

27. Blackstone CD, Moss SJ, Martin LJ, Levey AI, Price DL and Huganir RL. Biochemical characterization and localization of a non-N-Methyl-D-Aspartate glutamate receptor in rat brain. *J. Neurochem.* 58: 1118-1126, 1992.

28. Blackstone CD, Levey AI, Martin LJ, Price DL and Huganir RL. Immunological detection of glutamate receptor subtypes in human CNS. *Ann. Neurol.* 31: 680-683, 1992.

29. Martin LJ, Blackstone CD, Levey AI, Huganir RL and Price DL. Cellular localizations of AMPA glutamate receptors within the basal forebrain magnocellular complex of rat and monkey. *J. Neurosci.* 13: 2249-2263, 1993.

30. Martin LJ, Blackstone CD, Levey AI, Huganir RL and Price DL. AMPA glutamate receptor subunits are differentially distributed in rat brain. *Neurosci.* 53: 327-358, 1993.

31. Mrzljak L, Levey AI and Goldman-Rakic PS. Association of m1 and m2 muscarinic receptor proteins with asymmetric synapses in the primate prefrontal and visual cortex: morphological substrate for muscarinic modulation of excitatory neurotransmission. *Proc. Nat. Acad. Sci.(USA)* 90: 5194-5198, 1993.

32. Levey AI, Hersch SM, Rye DB, Sunahara R, Niznik HB, Kitt CA, Price DL, Maggio R, Brann MR and Ciliax BJ. Localization of D1 and D2 dopamine receptors in brain with subtype-specific antibodies. *Proc. Nat. Acad. Sci.(USA)* 90: 8861-8865, 1993.

33. Slowiejko DM, Levey AI and Fisher SK. Sequestration of muscarinic cholinergic receptors in permeabilized neuroblastoma cells. *J. Neurochem.* 62: 1795-1803, 1994.

34. Hersch SM, Gutekunst C-A, Rees HD, Heilman CJ, and Levey AI. Distribution of m1-m4 muscarinic receptor proteins in the rat striatum: Light and electron microscopic immunocytochemistry using subtype-specific antibodies. *J. Neurosci.* 14: 3351-3363, 1994.

35. Smiley JF, Levey AI, Ciliax BJ and Goldman-Rakic PS. D1 dopamine receptor immunoreactivity in human and monkey cerebral cortex: predominant and extrasynaptic localization in dendritic spines. *Proc. Nat. Acad. Sci.(USA),* 91: 5720-5724, 1994.

36. Rothstein JD, Martin LJ, Levey AI, Dykes-Hoberg M, Jin L, Wu D, Nash N and Kuncl RW. Localization of neuronal and glial glutamate transporters. *Neuron* 13: 713-725, 1994.

37. Levey AI, Edmunds SM, Heilman CJ, Desmond TJ and Frey KA. Localization of muscarinic m3 receptor protein and M3 receptor binding in rat brain. *Neurosci.* 63: 207-221, 1994.

38. Levey AI, Edmunds SM, Hersch SM, Wiley RG and Heilman CJ. A light and electron microscopic study of m2 muscarinic acetylcholine receptor in the basal forebrain of the rat. *J. Comp. Neurol.* 351: 339-356, 1995.

39. Prince H, Conn PJ, Blackstone C, Huganir R and Levey AI. Down-regulation of GluR2 subunit in kindling. *J. Neurochem.* 64: 462-465, 1995.

40. Qian Y, Melikian HE, Rye DB, Levey AI and Blakely RD. Identification and characterization of antidepressant-sensitive serotonin transporter proteins. *J. Neurosci.* 15: 1261-1274, 1995.

41. Ciliax BJ, Heilman C, Demchyshyn LL, Pristupa ZB, Ince E, Hersch SM, Niznik HB and Levey AI. The dopamine transporter: immunochemical characterization and localization in brain. *J. Neurosci.* 15: 1714-1723, 1995.

42. Yung KKL, Bolam JP, Smith AD, Hersch SM, Ciliax BJ and Levey AI. Immunocytochemical localization of D1 and D2 dopamine receptors in the basal ganglia of the rat: light and electron microscopy. *Neurosci.* 65:709-730, 1995.

43. Levey AI, Edmunds SM, Koliatsos V, Wiley RG and Heilman CJ. Expression of m1-m4 muscarinic acetylcholine receptor proteins in rat hippocampus and regulation by cholinergic innervation. *J. Neurosci.* 15:4077-4092, 1995.

44. Flynn DD, Ferrari-DiLeo G, Mash DC and Levey AI. Differential regulation of molecular subtypes of muscarinic receptors in Alzheimer's Disease. *J. Neurochem.* 64:1888-1891, 1995.

45. Rothstein JD, Van Kammen M, Levey AI, Martin LJ and Kuncl RW. An analysis of glutamate transporter subtypes in amyotrophic lateral sclerosis: a selective loss of glial glutamate transporter GLT-1. *Ann. Neurol.* 38:73-84, 1995.

46.  Hersch SM, Ciliax BJ, Gutekunst C-A, Rees HD, Heilman CJ, Yung KL, Bolam JP, Ince E, Yi H and Levey AI.
     Electron microscopic analysis of D1 and D2 dopamine receptor proteins in the dorsal striatum and their
     synaptic relationships with motor corticostriatal afferents. *J. Neurosci.* **15**:5222-5237, 1995.
47.  Hohmann CF, Potter ED and Levey AI.  Development of muscarinic receptor subtypes in the forebrain of the
     mouse. *J. Comp. Neurol.* **358**:88-101, 1995.
48.  Gutekunst C-A, Levey AI, Heilman CJ , Whaley WL, Yi H, Nash NR, Rees HD, Madden JJ and Hersch SM.
     Identification and localization of huntingtin in brain and human lymphoblastoid cell lines with antifusion
     protein antibodies. *Proc. Nat. Acad. Sci. (USA),* **92**:8710-8714, 1995.
49.  Jaarsma D, Levey AI, Frostholm A, Rotter A and Voogd J.  Light-microscopic distribution and parasagittal
     organization of muscarinic receptors in rabbit cerebellar cortex. *J. Chem. Neuroanat* **9**:241-259, 1995.
50.  Bradley SR, Levey AI, Hersch SM and Conn PJ.  Immunocytochemical localization of group III metabotropic
     glutamate receptors in the hippocampus with subtype-specific antibodies. *J. Neurosci.* **16**:2044-2056, 1996
51.  Gilmor ML, Nash NR, Roghani A, Edwards RH, Yi H, Hersch SM and Levey AI.  Expression of the putative
     vesicular acetylcholine transporter in rat brain and localization in cholinergic synaptic vesicles. *J. Neurosci.*
     **16**:2179-2190, 1996.
52.  Yung KKL, Smith AD, Levey AI and Bolam JP.  Synaptic connections between spiny neurons of the direct and
     indirect pathways in the neostriatum of the rat: Evidence form dopamine receptor and neuropeptide
     immunostaining. *Eur. J. Neurosci.* **8**:861-869, 1996.
53.  Kordower JH, Rosenstein J, Collier TJ, Burke M, Chen E-Y, Li JM, Martel L, Levey AI, Mufson EJ, Freeman
     TB and Olanow CW.  Functional fetal nigral grafts in a patient with Parkinson's disease: chemoanatomic,
     quantitative, ultrastructural, and metabolic studies. *J. Comp. Neurol.* **370**:203-230, 1996.
54.  Levey, A.I.  Muscarinic acetylcholine receptor expression in memory circuits: implications for treatment of
     Alzheimer Disease, *Proc. Nat. Acad. Sci. (USA)* **93**:13541-13546, 1996.
55.  Thinakaran G, Borchelt DR, Lee MK, Slunt HH, Spitzer L, Kim G, Ratovitsky T, Davenport F, Nordstedt C,
     Seeger M, Hardy J, Levey AI, Gandy SE, Jenkins NA, Copeland NG, Price DL and Sisodia SS.
     Endoproteolysis of presenilin 1 and accumulation of processed derivatives *in vivo*. *Neuron* **17**:181-190, 1996.
56.  Mrzljak L, Levey AI, and Rakic P.  Selective expression of m2 muscarinic receptor in the parvocellular channel
     of the primate visual cortex. *Proc. Nat. Acad. Sci. (USA)* **93**: 7337-7340, 1996.
57.  Wilson JM, Kalasinsky KS, Levey AI, Bergeron C, Reiber G, Anthony RM, Schmunk GA, Shannak K, Haycock
     JW and Kish SJ.  Striatal dopamine nerve terminal markers in human, chronic methamphetamine users.
     *Nature Medicine* **2**:699-703, 1996.
58.  Gu H, Ahn J, Caplan MJ, Blakely RD, Levey AI and Rudnick G.  Cell-specific sorting of biogenic amine
     transporters expressed in epithelial cells. *J. Biol. Chem* **271**:18100-18106, 1996.
59.  Lee FS, Pristupa ZB, Ciliax BJ, Levey AI and Niznik HB.  The dopamine transporter carboxyl terminal tail. *J.
     Biol. Chem.* **271**:20885-20894, 1996.
60.  Yao W, Godfrey D and Levey A.  Immunolocalization of m2 muscarinic acetylcholine receptors in rat cochlear
     nucleus. *J. Comp. Neurol.* **373**:27-40, 1996.
61.  Wilson JM, Levey AI, Bergeron C, Kalasinsky K, Ang L, Peretti F, Adams V, Smialek J, Anderson WR,
     Shannak K, Deck J, Niznik H and Kish SJ.  Striatal dopamine, dopamine transporter and vesicular monoamine
     transporter in chronic cocaine users. *Ann. Neurol.* **40**:428-439, 1996.
62.  Wilson JM, Levey AI, Rajput A, Ang L, Guttman M, Kerkasch P, Shannak K, Hornykiewicz O, Niznik H and
     Kish SJ.  Differential changes in neurochemical markers of striatal dopamine nerve terminals in idiopathic
     Parkinson's disease. *Neurology* **47**:718-726, 1996.
63.  Sharma VK, Colecraft HM, Wang DX, Levey AI, Grigorenko EV, Yeh HH and Sheu S-S. Molecular and
     functional identification of m1 muscarinic receptors in rat ventricular myocytes. *Circulation Research* **79**:86-
     93, 1996.
64.  Borchelt DR, Lee MK, Eckman C, Thinakaran G, Ratovitsky T, Prada CM, Kim G, Seeger M, Levey A, Gandy
     S, Copeland NG, Jenkins NA, Younkin S, Price DL and Sisodia SS.  Familial Alzheimer's disease-linked
     presenilin 1 variants elevate Aß1-42/1-40 ratio in vitro and in vivo. *Neuron* **17**:1005-1013, 1996.
65.  Rouse ST and Levey AI.  Expression of m1-m4 muscarinic acetylcholine receptor immunoreactivity in
     septohippocampal neurons and other identified hippocampal afferents. *J. Comp. Neurol.* **375**:406-416, 1996.
66.  Fryer AD, Elbon CL, Kim AL, Xiao H-Q, Levey AI and Jacoby DB.  Cultures of airway parasympathetic nerves
     express functional M2 muscarinic receptors. *Am. J. Respir. Cell. Mol. Biol.* **15**: 716-725, 1996.

67.  Lah JJ, Heilman CJ, Nash NR, Rees HD, Yi H, Counts SE and Levey AI. Light and electron microscopic localization of presenilin-1 in primate brain. *J. Neurosci.* 17:1971-1980, 1997.

68.  Miller GW, Staley JK, Heilman CJ, Perez JT, Mash DC, Rye DB and Levey AI. Immunochemical analysis of dopamine transporter protein in Parkinson's disease. *Ann. Neurol* 41: 530-539, 1997.

69.  Staley JK, Talbot JZ, Ciliax BJ, Miller GW, Levey AI, Kung MP, Kung HF, and Mash DC. Radioligand binding and immunoautoradiographic evidence for a lack of toxicity to dopaminergic nerve terminals in human cocaine overdose victims. *Brain Res.* 747:219-229, 1997.

70.  Kish SJ, Guttman M, Robitaille Y, El-Awar M, Chang LJ and Levey AI. Striatal dopamine nerve terminal markers but not nigral cellularity are reduced in spinocerebellar ataxia type 1. *Neurology* 48:1109-11, 1997.

71.  Subramanian T, Emerich D, Bakay R, Hoffman JH, Goodman MM, Shoup TM, Miller GW, Levey AI, Hubert GW, Batchelor S, Winn SR, Saydoff JA and Watts RL. Polymer-encapsulated PC12 cells demonstrate high-affinity uptake of dopamine in vitro and 18F-DOPA uptake and metabolism after intracerebral implantation in nonhuman primates. *Cell Transplantation* 6:469-477, 1997.

72.  Bodick NC, Offen WW, Levey AI, Cutler NR, Gauthier SG, Satlin A, Shannon HE, Tollefson GD, Rasmussen K, Bymaster FP, Hurley DJ, Potter WZ and Paul SM. Effects of xanomeline, a selective muscarinic receptor agonist, on cognitive function and behavioral symptoms in Alzheimer's disease. *Arch. Neurol.* 54:465-73, 1997.

73.  Miller HP, Levey AI, Rothstein JD, Tzingounis AV and Conn PJ. Alterations in glutamate transporter protein levels in kindling-induced epilepsy. *J. Neurochem.* 68:1564-70, 1997.

74.  Jaarsma D, Ruigrok TJH, Caffe R, Cozzari C, Levey AI, Mugnaini E and Voogd J. Cholinergic innervation and receptors in the cerebellum. *Prog. Brain. Res.* 114:67-96, 1997.

75.  Rouse ST and Levey AI. Muscarinic acetylcholine receptor immunoreactivity after hippocampal commissural/associational pathways lesions: evidence for multiple presynaptic receptor subtypes. *J. Comp. Neurol* 380:382-394, 1997.

76.  Nash NR, Heilman CJ, Rees HD and Levey AI. Cloning and localization of exon 5-containing isoforms of the NMDAR1 subunit in human and rat brains. *J. Neurochem.* 69: 485-493, 1997.

77.  Levey AI, Heilman CJ, Lah JJ, Nash NR, Rees HD, Wakai M, Mirra SS, Rye, DB, Nochlin, D, Bird T and Mufson EJ. Presenilin-1 Protein Expression in Familial and Sporadic Alzheimer's Disease. *Ann Neurol* 41:742-753, 1997.

78.  Lee MK, Borchelt DR, Kim G, Thinakaran G, Slunt H, Ratovitsky T, Martin LJ, Kittur A, Gandy S, Levey A, Jenkins NA, Copeland NG, Price DL and Sisodia SS. Hyperaccumulation of FAD-linked presenilin 1 variants in vivo. *Nature Medicine* 3: 756-760, 1997.

79.  Schroeter S, Levey AI and Blakely RD. Polarized expression of the antidepressant-sensitive serotonin transporter in epinephrine-synthesizing chromaffin cells of the rat adrenal gland. *Mol. Cell. Neurosci.* 9: 170-184, 1997.

80.  Betarbet R, Turner R, Chockkan V, DeLong MR, Allers KA, Walters J, Levey AI, Greenamyre JT. Dopaminergic neurons intrinsic to the primate striatum. *J. Neurosci.* 17:6761-6768, 1997.

81.  Hersch SM, Yi H, Heilman CJ, Edwards RH and Levey AI. Subcellular localization and molecular topology of the dopamine transporter in the striatum and substantia nigra. *J. Comp. Neurol* 388:211-227, 1997.

82.  Tigges M, Tigges J, Rees H, Rye D, and Levey AI. Distribution of muscarinic cholinergic receptor proteins m1 to m4 in area 17 of normal and monocularly deprived rhesus monkeys. *J. Comp. Neurol.* 388: 130-145, 1997.

83.  Ince E, Ciliax BJ and Levey AI. Differential expression of D1 and D2 dopamine and m4 muscarinic acetylcholine receptors in identified striatonigral neurons. *Synapse* 27:357-366, 1997.

84.  Hamilton SE, Loose MD, Qi M, Levey AI, Hille B, McKnight GS, Idzerda R and Nathanson NM. Disruption of the m1 receptor gene ablates muscarinic receptor-dependent M current regulation and seizure activity in mice. *Proc. Nat. Acad. Sci. (USA)* 94:13311-13316, 1997.

85.  The APOE and Alzheimer Disease Meta Analysis Consortium. Effects of age, sex, and ethnicity on the association between apolipoprotein E genotype and Alzheimer disease. *JAMA* 278: 1349-1356, 1997.

86.  Gearing M, Levey AI and Mirra SS. Diffuse plaques in the striatum in Alzheimer's disease (AD): relationship to the striatal mosaic and selected neuropeptide markers. *J. Neuropath. Exp. Neurol.* 56:1363-70, 1997.

87.  Sesack SR, Hawrylak VA, Guido MA, and Levey AI. Cellular and subcellular localization of the dopamine transporter in rat cortex. *Adv. Pharmacol.* 42: 171-174, 1998.

88. Lewis DA, Sesack SR, Levey AI and Rosenberg DR. Dopamine axons in primate prefrontal cortex: specificity of distribution, synaptic targets, and development. *Adv. Pharmacol.* 42: 703-706, 1998.

89. Hájos N, Papp Cs, Acsády L, Levey AI and Freund T. Distinct interneuron types express m2 muscarinic receptor immunoreactivity on their dendrites or axon terminals in the hippocampus. *Neurosci.* 82: 355-376, 1998.

90. Mrzljak L, Levey AI, Belcher S and Goldman-Rakic PS. Localization of the m2 muscarinic acetylcholine receptor protein and mRNA in cortical neurons of the normal and cholinergically deafferented rhesus monkey. *J. Comp. Neurol.* 390: 112-132, 1998.

91. Mufson EJ, Jaffar S and Levey AI. m2-muscarinic acetylcholine receptor immunoreactive neurons are not reduced within the nucleus basalis in Alzheimer's disease: relationship with cholinergic and galaninergic perikarya. *J. Comp. Neurol.* 392: 313-329, 1998.

92. Sesack SR, Hawrylak VA, Matus C, Guido MA and Levey AI. Dopamine axon varicosities in the prelimbic division of the rat prefrontal cortex exhibit sparse immunoreactivity for the dopamine transporter. *J Neurosci* 18: 2697-2708, 1998.

93. Smiley JF, Levey AI and Mesulam M-M. Infracortical interstitial cells concurrently expressing m2-muscarinic receptors, acetylcholinesterase and nicotinamide adenine dinucleotide phosphate-diaphorase in the human and monkey cerebral cortex. *Neurosci* 84: 755-69, 1998.

94. Bernard V, Laribi Q, Levey AI, and Bloch B. Stimulation of muscarinic receptors in vivo induces dramatic modifications of the subcellular distribution of the m2 muscarinic receptor in striatal interneurons. *J Physiol* 92:407-08, 1998.

95. Gainetdinov RR, Fumagalli F, Wang YM, Jones SR, Levey AI, Miller GW and Caron MG. Increased MPTP neurotoxicity in vesicular monoamine transporter 2 heterozygote knockout mice. *J. Neurochem.* 70: 1973-8, 1998.

96. Rouse ST, Gilmor ML and Levey AI. Differential presynaptic and postsynaptic expression of m1-m4 muscarinic acetylcholine receptors at the perforant pathway/granule cell synapse. *Neurosci.* 86:221-232, 1998.

97. Glass JD, Nash N Dry I, Culver D, Levey AI and Wesselingh S. Cloning of m-calpain 80 kD subunit from the axonal degeneration-resistant WLD(S) mouse mutant. *J Neurosci Res.* 52:653-660 1998.

98. Erickson SL, Akil M, Levey AI, and Lewis DB. Postnatal development of tyrosine hydroxylase and dopamine transporter-immunoreactive axons in monkey rostral entorhinal cortex. *Cerebral Cortex* 8:415-427, 1998.

99. Bradley SR, Rees HD, Yi H, Levey AI and Conn PJ. Distribution and developmental regulation of metabotropic glutamate receptor 7a in rat brain. *J Neurochem.* 71: 636-45, 1998.

100. Oktay S, Cabadak H, Iskender E, Goren Z, Caliskan E, Orun O, Aslan N, Karaalp A, Tolun A, Ulusoy NB, Levey AI, El-Fakahany EE and Kan B. Evidence for the presence of muscarinic M2 and M4 receptors in guinea-pig gallbladder smooth muscle. *J. Autonom. Pharmacol.* 18:195-204, 1998.

101. Gilmor ML, Counts SE, Wiley RG and Levey AI. Coordinate expression of the vesicular acetylcholine transporter (VAChT) and choline acetyltransferase (ChAT) following septo-hippocampal pathway lesions. *J. Neurochem.* 71:2411-20, 1998.

102. Emborg ME, Ma SY, Mufson EJ, Levey AI, Holden JE, Brown D and Kordower JH. Age-related declines in nigral neuronal function correlate with motor impairments in rhesus monkeys. *J. Comp. Neurol.* 401:253-65, 1998.

103. Marino MJ, Rouse ST, Levey AI, Potter LT and Conn PJ. Activation of the genetically defined m1 muscarinic receptor potentiates N-methyl-D-aspartate (NMDA) receptor currents in hippocampal pyramidal cells. *Proc. Nat. Acad. Sci.* 95: 11465-11470, 1998.

104. Bernard V, Laribi Q, Levey AI, and Bloch B. Subcellular redistribution of m2 muscarinic acetylcholine receptors in striatal interneurons *in vivo* following acute cholinergic stimulation. *J. Neurosci.* 18:10207-18, 1998.

105. Jansson A, Goldstein M, Tinner B, Zoli M, Meador-Woodruff JH, Lew JY, Levey AI, Watson S, Agnati LF and Fuxe K. On the distribution patterns of D1, D2, tyrosine hydroxylase and dopamine transporter immunoreactivities in the ventral striatum of the rat: indications for volume transmission compartments. *Neurosci.* 89:473-89, 1999.

106. Miller GW, Erickson J, Perez JT, Penland SN, Mash DC, Rye DB, and Levey AI. Immunochemical analysis of vesicular monoamine transporter protein in Parkinson's disease. *Exp. Neurol.* 156:138-148, 1999.

107. Smiley JF, Levey AI, and Mesulam M-M. m2 muscarinic receptor immunolocalization in cholinergic cells of the monkey basal forebrain and striatum. *Neuroscience* 90:803-814, 1999.

108. Bradley SR, Standaert DG, Rhodes KJ, Rees HD, Testa CM, Levey AI, and Conn PJ. Immunohistochemical localization of subtype 4a metabotropic glutamate receptors in the rat and mouse basal ganglia. *J. Comp. Neurol.* **407**:33-46,1999.
109. Mirra SS, Murrell JR, Gearing M, Spillantini MG, Goedert M, Crowther RA, Levey AI, Jones R, Green J, Shoffner JM, Wainer BH, Schmidt ML, Trojanowski JQ, and Ghetti B. Tau pathology in a family with dementia and a P301L mutation in tau. *J. Neuropathol. Exp. Neurol.* **58**:335-45,1999.
110. Ciliax BJ, Drash GW, Staley JK, Haber S, Mobley CJ, Miller GW, Mufson EJ, Mash DM and Levey AI. Immunocytochemical localization of the dopamine transporter in human brain. *J. Comp. Neurol.* **409**:38-56, 1999.
111. Ma SY, Ciliax BJ, Stebbins G, Jaffar S, Joyce JN, Cochran EJ, Kordower JH, Mash DC, Levey AI and Mufson EJ. Dopamine transporter-immunoreactive neurons decrease with age in the human brain substantia nigra. *J. Comp. Neurol.* **409**:25-37, 1999.
112. Gilmor ML, Erickson JD, Varoqui H, Hersh LB, Bennett DA, Cochran EJ, Mufson EJ and Levey AI. Preservation of Nucleus Basalis Neurons Containing Choline Acetyltransferase and the Vesicular Acetylcholine Transporter Expression in the Elderly with Mild Cognitive Impairment and Early Alzheimer's Disease. *J. Comp. Neurol.* **411**:693-704, 1999.
113. Muriel MP, Bernard V, Levey AI, Laribi O, Abrous DN, Agid Y, Bloch B, and Hirsch EC. Levodopa induces a cytoplasmic localization of D1 dopamine receptors in striatal neurons in Parkinson's disease. *Ann. Neurol.* **46**:103-11, 1999.
114. Ren RF, Lah JJ, Diehlmann A, Kim ES, Hawver DB, Levey AI, Beyreuther K, Flanders KC. Differential effects of transforming growth factor-beta(s) and glial cell line-derived neurotrophic factor on gene expression of presenilin-1 in human post-mitotic neurons and astrocytes. *Neurosci.* **93**:1041-9,1999.
115. Plummer KL, Manning KA, Levey AI, Rees HD, and Uhlrich DJ. Muscarinic receptor subtypes in the lateral geniculate nucleus: a light and electron microscopic analysis. *J. Comp. Neurol.* **404**:408-25,1999.
116. Miller GW, Kirby M, Levey AI, and Bloomquist J. Heptachlor alters expression and function of dopamine transporters. *Neurotoxicol.* **20**:631-7,1999.
117. Miller GW, Gainetdinov RR, Levey AI, and Caron MC. Dopamine transporters and neuronal injury. *Trends Pharmacol Sci.* **20**:424-429,1999.
118. Kosinski CM, Risso Bradley S, Conn PJ, Levey AI, Landwehrmeyer GB, Penney JB Jr, Young AB, Standaert DG. Localization of metabotropic glutamate receptor 7 mRNA and mGluR7a protein in the rat basal ganglia. *J Comp Neurol* **415**:266-284, 1999.
119. Bernardini N, Levey AI, Augusti-Tocco G. Rat dorsal root ganglia express m1-m4 muscarinic receptor proteins. *J Peripher Nerv Syst* **4**:222-32, 1999.
120. Green J and Levey AI. Event-related potential changes in groups at increased risk for Alzheimer disease. *Arch. Neurol.* **56**:1398-403, 1999.
121. Bernard V, Levey AI, and Bloch BL. Regulation of the subcellular distribution of m4 muscarinic acetylcholine receptors in striatal neurons In vivo by the cholinergic environment: evidence for regulation of cell surface receptors by endogenous and exogenous stimulation. *J Neurosci.* **19**:10237-49, 1999.
122. Ciliax BJ, Nash N, Heilman C, Sunahara R, Hartney A, Tiberi M, Rye DB, Caron MG, Niznik HB and Levey AI. Dopamine D5 Receptor Immunolocalization in Rat and Monkey Brain. *Synapse* **37**:125-45, 2000.
123. Charara A, Heilman C, Levey A, and Smith Y. Pre- and post-synaptic localization of GABA$_B$ receptors in the basal ganglia in monkeys. *Neurosci* **95**:127-140, 2000.
124. Mulnard RA, Cotman CW, Kawas C, van Dyck CH, Sano M, Doody R, Koss E, Pfeiffer E, Jin S, Gamst A, Grundman M, Thomas R, Thal LJ for the Alzheimer's Disease Cooperative Study (A Levey, J Cellar, J Harrison, Emory). Estrogen replacement therapy for treatment of mild to moderate Alzheimer disease: a randomized controlled trial. *JAMA* **283**:1007-15, 2000.
125. Wang JY, Wigston DJ, Rees HD. Levey AI, Falls DL. LIM kinase 1 accumulates in presynaptic terminals during synapse maturation. *J Comp Neurol* **416**:319-34, 2000.
126. Aizman O, Brismar H, Uhlén P, Zettergren E, Levey AI, Forssberg H, Greengard P, Aperia A. Anatomical and physiological evidence for D1 and D2 dopamine receptor colocalization in neostriatal neurons. *Nature Neurosci* **3**:226 – 230, 2000.
127. Kim SH, Lah JJ, Thinakaran G, Levey AI, and Sisodia SS. Subcellular localization of presenilins: association with a unique membrane pool in cultured cells. *Neurobiol Dis* **7**:99-117, 2000.

128. Rouse ST, Edmunds SM, Yi H, Gilmor ML, and Levey AI. Localization of M2 muscarinic acetylcholine receptor protein in cholinergic and noncholinergic terminals in rat hippocampus. *Neurosci Lett* **284**:182-6, 2000.

129. Berkeley J and Levey AI. Muscarinic activation of mitogen-activated protein kinase in PC12 cells. *J Neurochem* **75**:487-93, 2000.

130. Cho GW, Kim MH, Chai YG, Gilmor ML, Levey AI, Hersh LB. Phosphorylation of the rat vesicular acetylcholine transporter. *J Biol Chem*, **275**:19942-19948, 2000.

131. Lah JJ and Levey AI. Endogenous presenilin-1 targets to endocytic rather than biosynthetic compartments. *Mol Cell Neurosci* **16**:111-126, 2000.

132. Bradley SR, Marino MJ, Wittmann M, Rouse ST, Awad H, Levey AI, and Conn PJ. Activation of group II metabotropic glutamate receptors inhibits synaptic excitation of the substantia nigra pars reticulata. *J Neurosci*. **20**:3085-3094, 2000.

133. Thomas TM, Smith Y, Levey AI, and Hersch SM. Cortical inputs to m2-immunoreactive striatal interneurons in rat and monkey. *Synapse* **37**:252-261, 2000.

134. Smith Y, Charara A, Hanson JE, Paquet M, and Levey AI. GABA$_B$ and group I metabotropic glutamate receptors in the striatopallidal complex in primates. *J Anat* **196**:555-76, 2000.

135. Awad H, Hubert GW, Smith Y, Levey AI, and Conn PJ. Activation of Metabotropic Glutamate Receptor 5 Has Direct Excitatory Effects and Potentiates NMDA Receptor Currents in Neurons of the Subthalamic Nucleus. *J Neurosci* **20**: 7871-7879, 2000.

136. Prince HC, Tzingounis AV, Levey AI, Conn PJ. Functional downregulation of GluR2 in piriform cortex of kindled animals. *Synapse* **38**:489-498, 2000.

137. Counts SE, Lah JJ, and Levey AI. The regulation of presenilin-1 by nerve growth factor. *J Neurochem* **76**:679-689, 2001.

138. Torres GE, Yao WD, Mohn AR, Quan H, Kim KM, Levey AI, Staudinger J, Caron MG. Functional interaction between monoamine plasma membrane transporters and the synaptic PDZ domain-containing protein PICK1. *Neuron* **30**:121-34, 2001.

139. Alcantara AA, Mrzljak L, Jakab RL, Levey AI, Hersch SM, Goldman-Rakic PS. Muscarinic m1 and m2 receptor proteins in local circuit and projection neurons of the primate striatum: Anatomical evidence for cholinergic modulation of glutamatergic prefronto-striatal pathways. *J Comp Neurol* **434**:445-60, 2001.

140. Freeman A, Ciliax B, Bakay R, Daley J, Miller RD, Keating G, Levey A, Rye D. Nigrostriatal collaterals to thalamus degenerate in parkinsonian animal models. *Ann Neurol* **50**:321-329, 2001.

141. Smith Y, Charara A, Paquet M, Kieval JZ, Pare J, Hanson JE, Hubert GW, Kuwajima M, Levey AI. Ionotropic and metabotropic GABA and glutamate receptors in primate basal ganglia. *J Chem Neuroanat* **22**:13-42,2001.

142. Kim SH, Leem JY, Lah JJ, Slunt HH, Levey AI, Thinakaran G, Sisodia SS. Multiple effects of aspartate mutant presenilin 1 on the processing and trafficking of amyloid precursor protein. *J Biol Chem* **276**:43343-50, 2001.

143. Killick R, Pollard CC, Asuni AA, Mudher AK, Richardson JC, Rupniak HT, Sheppard PW, Varndell IM, Brion JP, Levey AI, Levy OA, Vestling M, Cowburn R, Lovestone S, Anderton BH. Presenilin 1 independently regulates beta-catenin stability and transcriptional activity. *J Biol Chem* **276**:48554-48561, 2001.

144. Berkeley JL, Gomeza J, Wess J, Hamilton SE, Nathanson NM, and Levey AI. M1 muscarinic acetylcholine receptors activate extracellular signal-regulated kinase in CA1 pyramidal neurons. *Mol Cell Neurosci* **18**:512-524, 2001.

145. Volpicelli LA, Lah JJ, and Levey AI. Rab5 dependent trafficking of the m4 muscarinic acetylcholine receptor to the plasma membrane, early endosomes and multivesicular bodies. *J Biol Chem* **276**:47590-47598, 2001.

146. Erisir A, Levey AI and Aoki C. Muscarinic receptor M$_2$ in cat visual cortex: laminar distribution, relationship to GABAergic neurons, and the effect of cingulate lesions. *J Comp Neurol* **441**:168-85, 2001.

147. Goldstein FC, Ashley AV, Gearing M, Hanfelt J, Penix L, Freedman LJ, Levey AI. Apolipoprotein E and age at onset of Alzheimer's disease in African American patients. *Neurology* **57**:1923-5, 2001.

148. Mufson EJ, Ma SY, Dills J, Cochran EJ, Leurgans S, Wuu J, Bennett DA, Jaffar S, Gilmor ML, Levey AI, and Kordower JH. Loss of basal forebrain p75NTR immunoreactivity in subjects with mild cognitive impairment and Alzheimer's disease. *J Comp Neurol* **443**:136-153, 2002.

149. Zhang W, Basile AS, Gomeza J, Volpicelli LA, Levey AI, and Wess J. Characterization of central inhibitory muscarinic autoreceptors by the use of muscarinic acetylcholine receptor knock-out mice. *J Neurosci* **22**:1709-17, 2002.

150. Mesulam M-M, Guillozet A, Shaw P, Levey A, Duysen EG, and Lockridge O. Acetylcholinesterase Knockouts Establish Central Cholinergic Pathways and Can Use Butyrylcholinesterase to Hydrolyze Acetylcholine. *Neurosci* 110:627-639, 2002.

151. Glass JD, Culver DG, Levey AI, and Nash NR. Very early activation of m-calpain in peripheral nerve during wallerian degeneration. *J Neurol Sci* 196:9-20, 2002.

152. West A, Periquet M, Lincoln S, Lucking CB, Nicholl D, Bonifati V, Rawal N, Gasser T, Lohmann E, Deleuze JF, Maraganore D, Levey A, Wood N, Durr A, Hardy J, Brice A, Farrer M. Complex relationship between Parkin mutations and Parkinson disease. *Am J Med Genet* 114(5):584-91, 2002.

153. Li Y, Chin, L-S, Levey AI, and Li L. Huntington-associated protein 1 interacts with Hrs and functions in endosomal trafficking. *J Biol Chem* 277(31):28212-21, 2002.

154. Levy O, Lah JJ, and Levey AI. Notch Signaling Inhibits PC12 Cell Neurite Outgrowth via RBP-J-Dependent and -Independent Mechanisms. *Dev Neurosci* 24(1):79-88, 2002.

155. Li DP, Chen SR, Pan YZ, Levey AI, and Pan HL. Role of presynaptic muscarinic and GABAb receptors in spinal glutamate release and cholinergic anesthesia. *J Physiol* 543:807-818, 2002.

156. Berkeley JL, Decker MJ, and Levey AI. The Role of Muscarinic Acetylcholine Receptor-Mediated Activation of Extracellular Signal-Regulated Kinase 1/2 in Pilocarpine-Induced Seizures. *J Neurochem* 82:192-201, 2002.

157. McClatchy DB, Knudsen CR, Clark BF, Kahn RA, Hall RA, and Levey AI. Novel interaction between the M4 muscarinic acetylcholine receptor and elongation factor 1A2. *J Biol Chem* 277(32):29268-74, 2002.

158. Stephans SE, Miller GW, Levey AI, and Greenamyre TJ. Acute mitochondrial and chronic toxicological effects of 1-methyl-4-phenylpyridinium in human neuroblastoma cells. *Neurotox* 23:569-580, 2002.

159. Duttaroy A, Gomeza J, Gan JW, Siddiqui N, Basile AS, Harman WD, Smith PL, Felder CC, Levey AI, and Wess J. Evaluation of Muscarinic Agonist-Induced Analgesia in Muscarinic Acetylcholine Receptor Knockout Mice. *Mol Pharm* 62:1084-93, 2002.

160. Volpicelli LA, Lah JJ, Fang G, Goldenring JR, and Levey AI. Rab11a and myosin Vb regulate recycling of the M₄ muscarinic acetylcholine receptor. *J Neurosci* 22:9776-84, 2002.

161. Berkeley JL and Levey AI. Cell-specific ERK activation by multiple G protein-coupled receptor families in hippocampus. *Mol Pharmacol* 63:128-135, 2003.

162. Votaw J, Byas-Smith M, Hua J, Voll R, Martarello L, Levey AI, Bowman FD, Goodman M. Interaction of isoflurane with the dopamine transporter. *Anesthesiology* 98:404-11, 2003.

163. Byas-Smith M, Votaw J, Hua J, Voll R, Martarello L, Levey AI, Goodman M. Phenylephrine and norepinephrine increase dopamine transporter ligand binding in striatum. Mol Imaging Biol 5: 217-226, 2003.

164. Li B, Duysen EG, Volpicelli LA, Levey AI, and Lockridge O. Regulation of muscarinic acetylcholine receptor function in acetylcholinesterase knockout mice. *Pharmacol Biochem Behav* 74:977-986, 2003.

165. Volpicelli-Daley LA, Li B, Duysen EG, Lockridge O and Levey AI. Altered hippocampal and cortical muscarinic acetylcholine receptors in acetylcholinesterase deficient mice. *Ann Neurol* 53:788-796, 2003.

166. Kus L, Borys E, Chu YP, Ferguson SM, Blakely RD, Emborg ME, Kordower JH, Levey AI and Mufson EJ. Distribution of High-Affinity Choline Transporter Immunoreactivity in the Primate Central Nervous System. *J Comp Neurol* 463:341-57, 2003.

167. Wiley RG, Harrison MB, Levey AI, and Lappi DA. Destruction of midbrain dopaminergic neurons by using immunotoxin to dopamine transporter. *Cell Mol Neurobiol* 23:839-50, 2003.

168. Hill K, Li Y, Bennett M, McKay M, Zhu X, Shern J, Torre E, Lah JJ, Levey AI, and Kahn RA. Munc 18 Interacting (MINT) Proteins: Arf-dependent coat proteins that regulate traffic of the Alzheimer's precursor protein (beta-APP). *J Biol Chem* 278: 36032-40, 2003.

169. Ferguson SM, Savchenko V, Apparsundaram S, Zwick M, Wright J, Heilman CJ, Yi H, Levey AI, and Blakely RD. Vesicular localization and activity-dependent trafficking of presynaptic choline transporters. *J Neurosci* 23: 9697-9709, 2003

170. Volpicelli-Daley LA, Hrabovska A, Duysen EG, Ferguson SM, Blakely RD, Lockridge O and Levey AI. Altered striatal function and muscarinic cholinergic receptors in acetylcholinesterase knockout mice. *Mol Pharmacol* 64:1-8, 2003.

171. Tata AM, De Stefano ME, Srubek TG, Vilaro MT, Levey AI, Biagioni S. Subpopulations of rat dorsal root ganglion neurons express active vesicular acetylcholine transporter. *J Neurosci Res* 75(2):194-202, 2004.

172. Olzmann JA, Brown K, Wilkinson KD, Rees HD, Huai Q, Ke H, Levey AI, Li L, and Chin L-S. Familial Parkinson's disease-associated L166P mutation disrupts DJ-1 protein folding and function. *J Biol Chem* 279(9):8506-15, 2004.

173. Weiner DM, Goodman MW, Colpitts TM, Feddock MA, Duggento KL, Nash NR, Levey AI, Brann MR. Functional screening of drug target genes: m1 muscarinic acetylcholine receptor phenotypes in degenerative dementias. *Am J Pharmacogenomics* 4(2):119-28, 2004.

174. Okun MS, DeLong MR, Hanfelt J, Gearing M, Levey A. Plasma testosterone levels in Alzheimer and Parkinson diseases. *Neurology* 62(3):411-3, 2004.

175. Salazar G, Love R, Werner E, Doucette MM, Cheng S, Levey A, Faundez V. The Zinc Transporter ZnT3 interacts with AP-3 and it is Preferentially Targeted to a Distinct Synaptic Vesicle Subpopulation. *Mol Biol Cell* 15:575-87, 2004.

176. Choi J, Levey AI, Weintraub ST, Rees HD, Gearing M, Chin LS, Li L. Oxidative modifications and down-regulation of ubiquitin carboxyl-terminal hydrolase L1 associated with idiopathic Parkinson's and Alzheimer's diseases. *J Biol Chem* 279:13256-64, 2004.

177. Bernstein LS, Ramineni S, Hague C, Cladman W, Chidiac P, Levey AI, and Hepler JR. RGS2 binds directly and selectively to the M1 muscarinic acetylcholine receptor third intracellular loop to modulate Gq/11 signaling. *J Biol Chem* 279:21248-56, 2004.

178. Galvan A, Charara A, Pare J-F, Levey AI and Smith Y. Differential subcellular and subsynaptic distribution of GABA_A and GABA_B receptors in the monkey subthalamic nucleus. *Neurosci* 127:79-721, 2004.

179. Weiner DM, Meltzer HY, Veinbergs I, Donohue EM, Spalding TA, Smith TT, Mohell N, Harvey SC, Lameh J, Nash N, Vanover KE, Olsson R, Jayathilake K, Lee M, Levey AI, Hacksell U, Burstein ES, Davis RE, Brann MR. The role of M1 muscarinic receptor agonism of N-desmethylclozapine in the unique clinical effects of clozapine. *Psychopharmacology* 177:207-16, 2004.

180. Scherzer CR, Offe K, Gearing M, Rees HD, Fang G, Heilman CJ, Schaller C, Bujo H, Levey AI, and Lah JJ. Loss of ApoE receptor LR11 in Alzheimer Disease. *Arch Neurol* 61:1200-5, 2004.

181. Liao L, Cheng D, Wang J, Duong DM, Losik TG, Gearing M, Rees HD, Lah JJ, Levey AI, and Peng J. Proteomic characterization of postmortem amyloid plaques isolated by laser capture microdissection. *J Biol Chem* 279:37061-8, 2004.

182. Choi J, Rees HD, Weintraub ST, Levey AI, Chin LS, Li L. Oxidative modifications and aggregation of Cu/Zn superoxide dismutase associated with Alzheimer's and Parkinson's diseases. *J Biol Chem* 280:11648-55, 2005.

183. Goldstein FC Ashley AV, Freedman LJ, Penix L, Lah JJ, Hanfelt J, Levey AI. Hypertension and cognitive performance in African American with Alzheimer disease. *Neurology* 64: 899-901, 2005.

184. Charara A, Pare JF, Levey AI, Smith Y. Synaptic and extrasynaptic GABA-A and GABA-B receptors in the globus pallidus: An electron microscopic immunogold analysis in monkeys. *Neuroscience* 131:917-33, 2005.

185. Bliwise DL, Lee JH, Wood-Siverio C, Cellar JS, Lah JJ, Levey AI. Feasibility of ambulatory overnight oximetry in consecutive patients in a dementia clinic. *J Am Geriatr Soc* 53(3):545-6, 2005.

186. Peterson RC, Thomas RG, Grundman M, Bennett D, Doody R, Ferris S, Galasko D, Jin S, Kaye J, Levey A, Pfeiffer E, Sano M, van Dyck CH, Thal LJ. Vitamin E and Donepezil for the Treatment of Mild Cognitive Impairment. *N Engl J Med* 352(23):2379-88, 2005.

187. Helgadottir A, Manolescu A, Helgason A, Thorleifsson G, Thorsteinsdottir U, Gudbjartsson D, Gretarsdottir S, Magnusson KP, Gudmundsson G, Hicks A, Jonsson T, Grant SFA, Sainz J, O'Brien SJ, Sveinbjornsdottir S, Valdimarsson EM, Matthiasson SE, Levey AI, Abramson JL, Reilly M, Vaccarino V, Wolfe M, Gudnason V, Quyyumi AA, Topol EJ, Rader DJ, Thorgeirsson G, Gulcher JR, Hakonarson H, Kong A, Stefansson K. A variant of the gene encoding Leukotriene A4 Hydrolase confers ethnic specific risk of myocardial infarction. *Nature Genetics* 38(1):68-74, 2006.

188. Offe K, Dodson SE, Shoemaker JT, Fritz JJ, Gearing M, Levey AI, and Lah JJ. The Lipoprotein Receptor LR11 Regulates Amyloid beta Production and Amyloid Precursor Protein Traffic in Endosomal Compartments. J *Neurosci* 26:1596-1603, 2006.

189. Zeng F, Southerland JA, Voll RJ, Votaw JR, Williams L, Ciliax BJ, Levey AI, and Goodman MM. Synthesis and evaluation of two 18F-labeled imidazol[1,2-a]pyridine analogues as potential agents for imaging β-amyloid in Alzheimer's disease. *Bioorg Med Chem Lett* 16: 3015-3018, 2006.

190. Choi J, Sullards MC, Olzmann JA, Rees HD, Weintraub ST, Bostwick DE, Gearing M, Levey AI, Chin LS, and Li L. Oxidative damage DJ-1 is linked to sporadic Parkinson's and Alzheimer's diseases. *J Biol Chem* 281(16):10816-24, 2006.

191. Loreti S, Vilaro MT, Visentin S, Rees H, Levey AI, Tata AM. Rat Schwann cells express M1-M4 muscarinic receptor subtypes. *J Neurosci Res*, in press, 2006

192. Gozal YM, Cheng D, Duong DM, Lah JJ, Levey AI, and Peng J. Merger of laser capture microdissection and mass spectrometry: a window into the amyloid plaque proteome. *Methods Enzymol*, in press, 2006.

### c. Review Articles

1.  Wainer BH, Levey AI, Mufson EJ and Mesulam M-M. Cholinergic systems in mammalian brain identified with antibodies against choline acetyltransferase. *Neurochem. Int.* **6**: 163-182, 1984.
2.  Levey AI, Sisodia SS and Price DL. Advances in the molecular neurobiology of Alzheimer's disease. *Curr. Opin. Psychiatry* **5**: 98-102, 1992.
3.  Levey AI. Muscarinic Acetylcholine Receptor Expression in Memory Circuits: Implications for Treatment of Alzheimer Disease. *Proc. Nat. Acad. Sci. (USA)* **93**:13541-13546, 1996.
4.  Siddiqui MF and Levey AI. Cholinergic Therapies in Alzheimer's Disease.   Drugs of the Future 24: 417-424, 1999.
5.  Levey AI. Molecules of the Brain. *Hosp Pract* **35**:41-54, 2000.
6.  Volpicelli LA, Levey AI. Muscarinic acetylcholine receptor subtypes in cerebral cortex and hippocampus. *Prog Brain Res* **145**:59-66, 2004.
7.  Balaraman Y, Limaye AR, Levey AI, Srinivasan S. Glycogen synthase kinase 3beta and Alzheimer's disease: pathophysiological and therapeutic significance. *Cell Mol Life Sci*, 2006.

### d. Symposium Contributions

1.  Levey AI. Immunological localization of m1-m5 muscarinic acetylcholine receptors in peripheral tissues and brain. Fifth International Symposium on Subtypes of Muscarinic Receptors. *Life Sci.* **52**: 441-448, 1993.
2.  Hersch SM and Levey AI. Diverse pre- and post-synaptic expression of m1-m4 muscarinic receptor proteins in neurons and afferents in the rat neostriatum. Sixth International Symposium on Subtypes of Muscarinic Receptors. *Life Sci.* **56**: 931-938, 1995.
3.  Flynn DD, Ferrari-DiLeo G, Levey AI and Mash DC. Differential alterations in muscarinic receptor subtypes in Alzheimer's disease: implications for cholinergic-based therapies. *Life Sci.* **56**: 869-876, 1995.
4.  Rouse ST, Thomas TM and Levey AI. Muscarinic acetylcholine receptor subtype, m2: diverse functional implications of differential synaptic localization. *Life Sci.* **60**:1031-1038, 1997.
5.  Rouse ST, Marino MJ, Potter LT, Conn PJ, and Levey AI. Muscarinic receptor subtypes involved in hippocampal circuits. *Life Sci.* **64**:501-509, 1999.
6.  Bradley SR, Standaert DG, Levey AI, and Conn PJ. Distribution of group III mGluRs in rat basal ganglia with subtype-specific antibodies. Molecular and Functional Diversity of Ion Channels and Receptors. *Ann. NY Acad Sci* **868**:531-534, 1999.

### e. Book Chapters:

1.  Mesulam M-M, Mufson EJ, Levey AI and Wainer BH. Alzheimer's disease and the cholinergic innervation of neocortex by the nucleus basalis of Meynert (Ch4). In Biological Aspects of Alzheimer's Disease, Cold Spring Harbor Laboratory Press, New York, 1983.
2.  Wainer BH, Levey AI, Mufson EJ, and Mesulam M-M. The production of monoclonal antibodies reactive against choline acetyltransferase and their application for studying cholinergic systems. In Biotechnology Handbook, eds. P.N. Cheremisinoff & R.P. Ouellette. Technomic Publ. Co., Lancaster, PA, pp. 410-485, 1983.
3.  Jones SVP, Levey AI, Weiner DM, Ellis J, Novotny E, Yu S-H, Dörje F, Wess J and Brann MR. Muscarinic acetylcholine receptors. In Molecular Biology of G-Protein-Coupled Receptors, ed. M.R. Brann, Birkhäuser, Boston, pp. 170-197, 1992.

4. Levey AI. Use of antibodies to visualize neurotransmitter receptor subtypes. In Molecular Imaging in Neuroscience: A Practical Approach, ed. N.A. Sharif. Oxford University Press, Oxford, pp. 139-156, 1993.

5. Ciliax BJ, Hersch SM and Levey AI. Immunocytochemical Localization of D1 and D2 Receptors in Rat Brain. In Dopamine Receptors and Transporters, ed. H.B. Niznik. Marcel Dekker, Inc, New York, pp. 383-399, 1994.

6. Ciliax BJ, Heilman C, Edmunds S, Hersch SM and Levey AI. Anti-Fusion Protein Antibodies Specific for Receptor Subtypes. In Methods in Neuroscience Vol 25: Receptor Molecular Biology, ed. P.M. Conn and S.C. Sealfon. Academic Press, Inc., Orlando, pp. 431-454, 1995.

7. Hersch SM and Levey AI. Immunocytochemical Localization of m1-m4 Muscarinic Acetylcholine Receptor Proteins in the Striatum. In Cellular and Molecular Mechanisms of the Striatum, ed. J. Surmeier and M. Ariano. Springer-Verlag, Heidelberg, pp. 35-44, 1995.

8. Levey AI and Green RC. Dementia. In Internal Medicine: A Board Review, 7th Edition, Science-Thru-Media, Inc. Chappaqua, NY, pp. 1-14, 1995.

9. Ciliax BJ, Greenamyre JT and Levey AI. Functional biochemistry and molecular neuropharmacology of the basal ganglia and motor systems. In Movement Disorders: Neurologic Principles and Practice, eds. R.L. Watts and W.C. Koller, McGraw-Hill, Inc., pp. 99-116, 1997.

10. Borchelt DR, Lee MK, Thinakaran G, Wong PC, Slunt HH, Ratovitsky T, Kim G, Gandy S, Levey A, Seeger M, Spitzer L, Davenport F, Jenkins NA, Copeland NG, Price DL and Sisodia SS. Metabolism of presenilin 1 in Transgenic mice. In Alzheimer's Disease: Biology, Diagnosis, and Therapeutics, eds. K. Iqbal, T. Nishimura, M.Takeda, and H.M. Wisniewski, 1997.

11. Levey AI and Auchus A. Dementia. In Internal Medicine: A Board Review, 9th Edition, Science-Thru-Media, Inc. Chappaqua, NY, 1997.

12. Gilmor M, Heilman C, Nash N and Levey A. Production of antisera using fusion proteins. In Current Protocols in Neuroscience, eds. J. Crawley, C. Gerfen, R. McKay, M. Rogawski, D. Sibley, and C.A. Strader, John Wiley & Sons, New York, pp. 5.7.1-5.7.17, 1997.

13. Gilmor ML, Heilman CJ, Nash NR and Levey AI. Receptor fusion proteins and analysis. In Receptor Localization: Laboratory Methods and Procedures, eds. M.A. Ariano, D.R. Sibley, and P. Skolnick, John Wiley & Sons, New York, pp. 75-90, 1998.

14. Miller GW, Gilmor ML, and Levey AI. Generation of transporter-specific antibodies. Methods Enzymol. 296:407-22, 1998.

15. Lah JJ and Levey AI. Dementia. In Internal Medicine: A Board Review, 11th Edition, Science-Thru-Media, Inc. Chappaqua, NY, 1999.

16. Mufson EJ, Gilmor M, Ma SY, Levey AI and Kordower JH. Phenotypic Differences in Cholinergic Markers within the Nucleus Basalis in Individuals with Mild Cognitive Impairment. In: Advances in Etiology, Pathogenesis and Therapeutics. K. Iqbal, S.S. Sisodia and B. Winblad (editors) John Wiley & Sons, Ltd., Chichester, England, pp. 253-264, 2001.

17. Ashley A and Levey AI. Alzheimer's Disease. In The Corsini Encyclopedia of Psychology and Behavioral Science, Third Edition, Volume 1. W.E. Craighead and C.B. Nemeroff (editors), John Wiley & Sons, Ltd., NY, 2001.

18. Miller GW and Levey AI. Immunochemical detection of dopaminergic markers in Parkinson's disease. In Methods in Molecular Medicine: Parkinson's Disease: methods and protocols. (Ed. M. Mouradian) Humana Press, Totowa, N.J. Vol 62, pp. 167-177, 2001.

19. Lah JJ, Levy OA, Levey AI. The Biology of Alzheimer's Disease. In Textbook of Psychopharmacology. AF Schatzberg and CB Nemeroff (editors), American Psychiatric Publishing, Washington, DC, 2003.

## f. Other Publications

1. Vornov JJ and Levey AI. Correspondence: nimodipine in acute ischemic stroke. N Engl J Med 319:250, 1988.

2. Levey AI. Muscarinic acetylcholine receptor subtypes. In American Academy of Neurology, Neurochemistry Course Syllabus, 1991.

3. Levey AI. Neurotransmission deficits in Alzheimer's disease. In American Academy of Neurology, Neurochemistry Course Syllabus, 1996.

4. Levey AI. Editorial: Immunization for Alzheimer's disease: a shot in the arm or a whiff? *Ann Neurol* **48**:553-5, 2000.
5. Levey AI. Editorial: Chronically Mad as a Hatter: Long-term Anticholinergics and Alzheimer's Disease Pathology. *Ann Neurol* **54**:144-6, 2003.