# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: '318 PATENT
INFRINGEMENT LITIGATION

Civ. Action No. 05-356-KAJ (consolidated)

**EXPERT REPORT OF DR. ALLAN LEVEY, M.D., Ph.D.**

**Marked Confidential Pursuant to the Protective Order**

# Redacted