# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | Civ. Action No. 05-356-KAJ (consolidated) |

### REBUTTAL EXPERT REPORT OF DR. ALLAN LEVEY, M.D., Ph.D.

**MARKED CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

# Redacted