# Exhibit 7

**11/10/2006 Coyle, Joseph (final)**

```
1            IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF DELAWARE

3     - - - - - - - - - - - - - - - x

4     IN RE: '318 PATENT              : Civil Action

5     INFRINGEMENT LITIGATION         : No. 05-356-KAJ

6     - - - - - - - - - - - - - - - x (consolidated)

7

8     HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

9

10

11            Videotaped Deposition of JOSEPH T. COYLE,

12    M.D., a witness herein in the above-entitled matter,

13    pursuant to notice, the witness being duly sworn by

14    Robert M. Jakupciak, a Notary Public in and for the

15    District of Columbia, taken at the offices of

16    Covington & Burling, LLP, 1201 Pennsylvania Avenue,

17    N.W., Washington, D.C.  20004, at 9:00 a.m., on

18    November 10, 2006, and the proceedings being taken

19    down by Stenotype by Robert M. Jakupciak, RPR.

20

21

22
```

# Redacted