# Exhibit 8

11/1/2006 Fillit, Howard

1

1
2           IN THE UNITES STATES DISTRICT COURT
3              FOR THE DISTRICT OF DELAWARE
4    ---------------------------x
5    IN RE: '318 PATENT,        :    Civil Action No.
6    LITIGATION                 :    05-356 (KAJ)
7    ---------------------------x    (Consolidated)
8
9                          1330 Avenue of the Americas
                           New York, New York
10                         November 1, 2006
                           9:11 a.m.
11
12
13            DEPOSITION OF HOWARD FILLIT,
14   Expert witness on behalf of Janssen Companies and
15   Synaptech, Inc., held at the above time and
16   place, before a Notary Public of the State of New
17   York.
18
19
20                         Eileen Mulvenna,
                              CSR/RMR
21
22
23
24
25

# Redacted