# Exhibit 9

**11/17/2006  Raskind, Murray A. (final)**

```
1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF DELAWARE

3       - - - - - - - - - - - - - - - x

4       IN RE:  '318 PATENT           : Civil Action

5       INFRINGEMENT LITIGATION       : No. 05-356-KAJ

6       - - - - - - - - - - - - - - x (consolidated)

7

8        HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

9

10              Deposition of MURRAY A. RASKIND, M.D. , a

11      witness herein in the above-entitled matter,

12      pursuant to notice, the witness being duly sworn by

13      Robert M. Jakupciak, a Notary Public in and for the

14      District of Columbia, taken at the offices of

15      Covington & Burling, LLP, 1201 Pennsylvania Avenue,

16      N.W., Washington, D.C.  20004, at 8:30 a.m., on

17      November 17, 2006, and the proceedings being taken

18      down by Stenotype by Robert M. Jakupciak, RPR.

19

20

21

22
```

# Redacted