# Exhibit 10

**11/2/2006 Cummings, Jeffrey L. (final)**

```
1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF DELAWARE

3       -----------------------------x

4       IN RE: '318 PATENT          :  Civil Action No.

5       LITIGATION.                 :  05-356 (KAJ)

6       -----------------------------x  (Consolidated.)

7                                   Thursday, November 2, 2006

8                                   Washington, D.C.

9

10        HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

11

12           Deposition of JEFFREY L. CUMMINGS, M.D.,

13      commencing at 8:52 a.m., held at the offices of

14      Covington & Burling, 1201 Pennsylvania Avenue, N.W.,

15      Washington, D.C., before Keith Wilkerson, a notary

16      public in and for the District of Columbia.

17

18

19

20

21

22
```

# Redacted