# Exhibit 12

11/13/2006 Domino, Edward F. (final)

```
      00001
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF DELAWARE
 3      IN RE:                          )
 4                                      )
 5      THE '318 PATENT INFRINGEMENT    ) No. 05-356-KAJ
 6      LITIGATION                      ) (Consolidated)
 7                                      )
 8                                      )
 9              HIGHLY CONFIDENTIAL PURSUANT TO
10                     PROTECTIVE ORDER
11
12
13
14                       VIDEOTAPED
15      DEPOSITION OF EDWARD F. DOMINO, M.D.
16                  Chicago, Illinois
17                  November 13, 2006
18
19
20
21
22      Reported by
23      DEBORAH HABIAN, RMR
24      JOB NO. 9270
25
```

# Redacted