# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2006, I served the foregoing Redacted Declaration of Brian E. Farnan in Support of Defendants Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment Regarding Anticipation on the following individuals as indicated below:

**Via Hand Delivery**
Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

**Via Hand Delivery**
Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899-0551

**Via E-Mail**
George F. Pappas
Christopher N. Sipes
Kurt A. Calia
Laura H. McNeill
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

**Via E-Mail**
Alan Bernstein
Mona Gupta
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
1635 Market Street, 11th Floor
Philadelphia, PA 19103-2212
Telephone: (215) 567-2010
Facsimile: (215) 751-1142

/s/ Brian E. Farnan
Brian E. Farnan