IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) <br> ) C.A. No. 05-356 (SLR) <br> ) (consolidated) |

**DEFENDANT ALPHAPHARM PTY., LTD.'S JOINDER IN DEFENDANTS BARR LABORATORIES, INC'S AND BARR PHARMACEUTICALS, INC.'S ANSWERING CLAIM CONSTRUCTION BRIEF AND ARGUMENTS**

Defendant Alphapharm Pty., Ltd., by and through its undersigned counsel, hereby joins Defendants Barr Laboratories Inc. and Barr Pharmaceuticals, Inc. ("Barr") in their Answering Claim Construction Brief (the "Brief") (D.I. 341) and incorporates by reference the arguments made therein and in the Declaration of Brian E. Farnan in Support of Defendants Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Answering Claim Construction Brief (the "Declaration") filed in support thereof on December 20, 2006. (D.I. 342). For the legal and factual reasons set forth in the Brief and Declaration, Alphapharm respectfully requests that the Court enter an order denying the Plaintiffs' proposed claim construction.

OF COUNSEL:
Alan H. Bernstein
Robert S. Silver
Mona Gupta
William J. Castillo
Caesar, Rivise, Bernstein,
Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA 19103
Telephone: (215) 567-2010
Facsimile: (215) 741-1142

Dated: December 21, 2006

/s/Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
  Attorneys for Defendant Alphapharm Pty., Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I caused to be served by hand delivery and electronic mail a copy of the foregoing and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

John G. Day *(jday@ashby-geddes.com)*
Steven J. Balick *(sbalick@ashby-geddes.com)*
**Ashby & Geddes**
222 Delaware Ave., 17 Fl
P.O. Box 1150
Wilmington, DE 19899

John C. Phillips, Jr. *(jcp@pgslaw.com)*
Brian E. Farnan *(bef@pgslaw.com)*
**Phillips, Goldman & Spence, P.A.**
1200 N. Broom St.
Wilmington, DE 19806

I further certify that on December 21, 2006, the foregoing document was sent by electronic mail to the following non-registered participants:

George F. Pappas *(gpappas@cov.com)*
Roderick R. McKelvie *(mckelvie@cov.com)*
Christopher N. Sipes *(csipes@cov.com)*
Jeffrey B. Elikan *(jelikan@cov.com)*
Laura H. McNeill *(lmcneill@cov.com)*
**Covington & Burling**
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401

George C. Lombardi *(glombardi@winston.com)*
Taras A. Gracey *(tgracey@winston.com)*
Lynn M. Ulrich *(lulrich@winston.com)*
Brian L. Franklin *(bfranklin@winston.com)*
**Winston & Strawn LLP**
35 West Wacker Dr.
Chicago, IL 60601

_____
Anne Shea Gaza (#4093)
Gaza@rlf.com

RLF1-3088717-1