## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December, 2006, I served the foregoing Defendants Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Redacted Answering Claim Construction Brief on the following individuals as indicated below:

**Via Hand Delivery**
Steven J. Balick
John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**Via Hand Delivery**
Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899-0551

**Via E-Mail**
George F. Pappas
Christopher N. Sipes
Kurt A. Calia
Laura H. McNeill
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

**Via E-Mail**
Alan Bernstein
Mona Gupta
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
1635 Market Street, 11th Floor
Philadelphia, PA 19103-2212
Telephone: (215) 567-2010
Facsimile: (215) 751-1142

/s/ Brian E. Farnan
Brian E. Farnan