# Exhibit 2

Case 1:05-cv-00356-SLR    Document 346-3    Filed 12/27/2006    Page 1 of 3

**11/13/2006 Domino, Edward F. (final)**

```
     00001
 1                IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF DELAWARE
 3        IN RE:                         )
 4                                       )
 5        THE '318 PATENT INFRINGEMENT   ) No. 05-356-KAJ
 6        LITIGATION                     ) (Consolidated)
 7                                       )
 8                                       )
 9                  HIGHLY CONFIDENTIAL PURSUANT TO
10                        PROTECTIVE ORDER
11
12
13
14                            VIDEOTAPED
15            DEPOSITION OF EDWARD F. DOMINO, M.D.
16                       Chicago, Illinois
17                       November 13, 2006
18
19
20
21
22        Reported by
23        DEBORAH HABIAN, RMR
24        JOB NO. 9270
25
```

# Redacted