# Exhibit 3

11/28/2006  Levey, Allan (final)

00001

1                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF DELAWARE
2
3
4        IN RE:                              )
                                             )
5        THE '318 PATENT INFRINGEMENT        )
         LITIGATION                          ) No. 05-356-KAJ
6                                            ) (Consolidated)
                                             )
7
8
9
10          HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
11
12
13
14         VIDEOTAPED DEPOSITION OF ALLAN I. LEVEY, M.D., PH.D.
15                   TAKEN ON BEHALF OF THE PLAINTIFFS
16                          NOVEMBER 28, 2006
17
18
19
20
21
22
23
24
25

**Redacted**