# Exhibit 7

**11/17/2006 Raskind, Murray A. (final)**

1         IN THE UNITED STATES DISTRICT COURT
2           FOR THE DISTRICT OF DELAWARE
3   - - - - - - - - - - - - - - - x
4   IN RE:  '318 PATENT            : Civil Action
5   INFRINGEMENT LITIGATION        : No. 05-356-KAJ
6   - - - - - - - - - - - - - - - x (consolidated)
7
8   HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
9
10            Deposition of MURRAY A. RASKIND, M.D., a
11  witness herein in the above-entitled matter,
12  pursuant to notice, the witness being duly sworn by
13  Robert M. Jakupciak, a Notary Public in and for the
14  District of Columbia, taken at the offices of
15  Covington & Burling, LLP, 1201 Pennsylvania Avenue,
16  N.W., Washington, D.C.  20004, at 8:30 a.m., on
17  November 17, 2006, and the proceedings being taken
18  down by Stenotype by Robert M. Jakupciak, RPR.
19
20
21
22

**Redacted**