# Exhibit 8

11/2/2006 Cummings, Jeffrey L. (final)

```
1        IN THE UNITED STATES DISTRICT COURT
2           FOR THE DISTRICT OF DELAWARE
3       -------------------------------x
4     IN RE: '318 PATENT          :  Civil Action No.
5     LITIGATION.                 :  05-356 (KAJ)
6       -------------------------------x  (Consolidated.)
7                                    Thursday, November 2, 2006
8                                    Washington, D.C.
9
10       HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
11
12           Deposition of JEFFREY L. CUMMINGS, M.D.,
13    commencing at 8:52 a.m., held at the offices of
14    Covington & Burling, 1201 Pennsylvania Avenue, N.W.,
15    Washington, D.C., before Keith Wilkerson, a notary
16    public in and for the District of Columbia.
17
18
19
20
21
22
```

**Redacted**