# Exhibit 9

11/1/2006 Fillit, Howard

1

1

2        IN THE UNITES STATES DISTRICT COURT

3           FOR THE DISTRICT OF DELAWARE

4    ---------------------------x

5    IN RE: '318 PATENT,        :    Civil Action No.

6    LITIGATION                 :    05-356 (KAJ)

7    ---------------------------x    (Consolidated)

8

9                         1330 Avenue of the Americas

                          New York, New York

10                        November 1, 2006

                          9:11 a.m.

11

12

13           DEPOSITION OF HOWARD FILLIT,

14   Expert witness on behalf of Janssen Companies and

15   Synaptech, Inc., held at the above time and

16   place, before a Notary Public of the State of New

17   York.

18

19

20                        Eileen Mulvenna,

                              CSR/RMR

21

22

23

24

25

**Redacted**