IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE '318 PATENT INFRINGEMENT LITIGATION ) ) ) ) ) | Civil Action No. 05-356-SLR (consolidated) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Edward V. Filardi to represent Plaintiff Synaptech, Inc. in this matter.

/s/ Robert S. Saunders
Robert S. Saunders (I.D. No. 3027)
Nicole A. DiSalvo (I.D. No. 4662)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(302) 651-3000
rsaunder@skadden.com
ndisalvo@skadden.com

Attorneys for Plaintiff Synaptech, Inc.

DATED: January 4, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Date: _____                    _____
                                            United States District Chief Judge