IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE '318 PATENT INFRINGEMENT LITIGATION | ) ) ) Civil Action No. 05-356-SLR ) (consolidated) ) |

## NOTICE OF APPEARANCE

Please enter the appearances of Robert S. Saunders, Esquire, and Nicole A. DiSalvo, Esquire, Skadden, Arps, Slate, Meagher & Flom, LLP on behalf of Plaintiff Synaptech, Inc. in this action.

/s/ Robert S. Saunders
Robert S. Saunders (I.D. No. 3027)
Nicole A. DiSalvo (I.D. No. 4662)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
(302) 651-3000
rsaunder@skadden.com
ndisalvo@skadden.com

Attorneys for Plaintiff Synaptech, Inc.

DATED: January 4, 2007

688960.04-New York Server 1A - MSW