IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| '318 PATENT INFRINGEMENT | ) | Civ. No. 05-356-SLR |
| LITIGATION | ) | (consolidated) |
| | ) | |

**O R D E R**

At Wilmington this 5th day of January, 2007, having conferred with counsel in the above captioned litigation;

IT IS ORDERED that:

1. The motion for partial summary judgment regarding anticipation (D.I. 318) is denied.

2. The motions for reassignment and preservation of the trial date (D.I. 327, 335) are granted. The scheduling order entered on January 12, 2006 (D.I. 81) is amended as follows:

   a. The January 18, 2007 Markman hearing is cancelled.

   b. The joint proposed pretrial order shall be filed on or before **Monday, April 9, 2007**. The court does not entertain motions in limine; therefore, all evidentiary issues should be identified in the pretrial order.

   c. The pretrial conference shall be conducted on **Wednesday, April 18, 2007**, commencing at **3:00 p.m.** in courtroom 6B, sixth floor federal building, 844 King Street, Wilmington,

Delaware. Plaintiff shall have one hour, and defendants (collectively) shall have one hour, in which to present their arguments regarding claim construction. Thereafter, the focus of the pretrial conference shall be on evidentiary and scheduling issues.

      d. A bench trial shall commence on **Monday, May 21, 2007**. The parties shall be allocated, at the pretrial conference, a total number of hours in which to present their evidence at trial.

                                                        */s/ Sue L. Robinson*
                                           United States District Judge