IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| IN RE '318 PATENT INFRINGEMENT LITIGATION | Civil Action No. 05-356 (SLR) (Consolidated) |

## MOTION AND ORDER
## FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5, and the attached certification, counsel moves the admission *pro hac vice* of William C. Youngblood of Caesar, Rivise, Bernstein, Cohen and Pokotilow, Ltd. to represent defendant Alphapharm PTY., Ltd. in the above-captioned matter.

OF COUNSEL:
Alan H. Bernstein
Robert S. Silver
Mona Gupta
William J. Castillo
Caesar, Rivise, Bernstein,
Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA 19103
Telephone: (215) 567-2010
Facsimile: (215) 741-1142

Dated: January 5, 2007

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for Defendant Alphapharm Pty Ltd.

SO ORDERED this _____ day of January, 2007.

_____
Chief Judge Sue L. Robinson

## CERTIFICATION BY WILLIAM C. YOUNGBLOOD

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

_____
William C. Youngblood

Dated: January 4, 2007

RLF1-3100553-1

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2007, I caused to be served by hand delivery and electronic mail a copy of the foregoing and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

John G. Day *(jday@ashby-geddes.com)*
Steven J. Balick *(sbalick@ashby-geddes.com)*
**Ashby & Geddes**
222 Delaware Ave., 17 Fl.
P.O. Box 1150
Wilmington, DE 19899

John C. Phillips, Jr. *(jcp@pgslaw.com)*
Brian E. Farnan *(bef@pgslaw.com)*
**Phillips, Goldman & Spence, P.A.**
1200 N. Broom St.
Wilmington, DE 19806

Nicole A. DiSalvo *(ndisalvo@skadden.com)*
Robert Scott Saunders *(rsaunder@skadden.com)*
**Skadden, Arps, Slate, Meagher & Flom**
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
302-651-3027

I further certify that on January 5, 2007, the foregoing document was sent by electronic mail to the following non-registered participants:

George F. Pappas *(gpappas@cov.com)*
Roderick R. McKelvie *(mckelvie@cov.com)*
Christopher N. Sipes *(csipes@cov.com)*
Jeffrey B. Elikan *(jelikan@cov.com)*
Laura H. McNeill *(lmcneill@cov.com)*
**Covington & Burling**
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401

George C. Lombardi *(glombardi@winston.com)*
Taras A. Gracey *(tgracey@winston.com)*
Lynn M. Ulrich *(lulrich@winston.com)*
Brian L. Franklin *(bfranklin@winston.com)*
**Winston & Strawn LLP**
35 West Wacker Dr.
Chicago, IL 60601

RLF1-3088717-1

-2-

Edward V. Filardi (*efilardi@skadden.com*)
**Skadden, Arps, Slate, Meagher & Flom**
Four Times Square
New York, NY 10036

                                                  Anne Shea Gaza (#4093)
                                                  Gaza@rlf.com