# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C PHILLIPS JR
STEPHEN W SPENCE
ROBERT S GOLDMAN
LISA C McLAUGHLIN
JAMES P HALL
JOSEPH J FARNAN III
BRIAN E FARNAN
MELISSA E CARGNINO

PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

March 23, 2007

**VIA E-FILING**

The Honorable Sue L. Robinson
United States District Judge
J. Caleb Boggs Federal Building
844 North King Street, Room 6124
Wilmington, Delaware 19801

      Re:    In re: '318 Patent Infringement Litigation
               C.A. No. 05-356 (SLR) (D. Del. ) (consolidated)

Your Honor:

      My firm, along with Winston & Strawn LLP, represents Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc. (collectively, "Barr"), in the above-captioned consolidated litigation. We write to inform the Court that on March 9, 2007, Plaintiffs filed a motion in limine even though the Court explicitly stated in its January 5, 2007, Order that it will not entertain such motions in this bench trial and "all evidentiary issues should be identified in the pretrial order."

      Barr opposes Plaintiffs' motion in its entirety for being both procedurally improper and substantively defective. However, because this Court has ordered that the parties are to address any motions in limine at the pretrial conference on April 17, 2007, Barr has not filed a written response to Plaintiffs' motion. Barr is content to discuss the matter at the pretrial conference unless the Court directs otherwise.

                                         Respectfully submitted,

                                         John C. Phillips, Jr.

cc:    Counsel of Record (via e-mail)