# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C PHILLIPS, JR
STEPHEN W SPENCE
ROBERT S GOLDMAN
LISA C McLAUGHLIN
JAMES P HALL
JOSEPH J FARNAN III
BRIAN E FARNAN
MELISSA E CARGNINO

PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

April 20, 2007

**VIA E-FILING**
The Honorable Sue L. Robinson
United States District Judge
J. Caleb Boggs Federal Building
844 North King Street, Room 6124
Wilmington, Delaware 19801

      Re:    **'318 Patent Infringement Litigation (consolidated)**
              **Civil Action No. 05-356 (SLR)**

Dear Chief Judge Robinson:

      During the pre-trial hearing before this Court on April 18, 2007, counsel for Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc. presented argument as to why Barr Pharmaceuticals, Inc. should be dismissed from this litigation. In response, counsel for Janssen Pharmaceutica, N.V., Janssen, L.P., and Synaptech, Inc. (collectively "Plaintiffs") stated that "so long as Barr Pharmaceuticals, Inc. will state for the record today they are prepared to be bound by any judgment of this Court, we don't believe they need to be a party any longer." (*See* Transcript of 4/18/07 Hearing at 73 attached hereto as Exhibit A). Counsel for Barr Pharmaceuticals, Inc. has conferred with its client, and Barr Pharmaceuticals, Inc. agrees to be so bound.

      Therefore, we have attached as Exhibit B a Proposed Order of Dismissal with prejudice of Barr Pharmaceuticals, Inc. We are available at the Court's convenience should Your Honor have any questions.

                                                Respectfully,

                                                John C. Phillips, Jr.

cc:      Counsel of Record (via e-mail)

Enclosure