# EXHIBIT A

```
 1                   IN THE UNITED STATES DISTRICT COURT

 2                   IN AND FOR THE DISTRICT OF DELAWARE

 3                             -  -  -

 4    IN RE:  '318 PATENT INFRINGEMENT   :   CIVIL ACTION
      LITIGATION                         :   NO. 05-356 (SLR)
 5                                        :   (Consolidated)

 6                             -  -  -

 7                                  Wilmington, Delaware
                                    Wednesday, April 18, 2007
 8                                  3:00 o'clock, a.m.
                                    Pretrial Conference
 9
                              -  -  -
10
      BEFORE:  HONORABLE SUE L. ROBINSON, Chief Judge
11
                              -  -  -
12
      APPEARANCES:
13

14           ASHBY & GEDES
             BY:  STEVEN J. BALICK, ESQ.
15

16                  -and-

17
             COVINGTON & BURLING
18           BY:  GEORGE F. PAPPAS, ESQ.,
                  CHRISTOPHER N. SIPES, ESQ.,
19                KURT G. CALIA, ESQ.,
                  WILLIAM ZERHOUNI, ESQ. and
20                TRISHA B. ANDERSON, ESQ.
                  (Washington, D.C.)
21

22                  -and-

23                                  Valerie J. Gunning
                                    Official Court Reporter
24

25
```

1   and they shouldn't be a part of the trial.

2           MR. PAPPAS:  Your Honor, with respect to Barr

3   Pharmaceuticals, Inc., so long as Barr Pharmaceuticals,

4   Inc. will state for the record today they are prepared

5   to be bound by any judgment of this Court, we don't

6   believe they need to be a party any longer.  In other

7   words, the judgment against Barr Pharmaceuticals will apply

8   or Barr will apply to them.

9           MR. LOMBARDI:  I am sure that's the case, your

10  Honor, but I don't have a client sitting here.  I could

11  send a letter to the Court, I'm sure, tomorrow morning,

12  confirming that Barr Pharma will take -- make that

13  assertion.

14          THE COURT:  All right.  Thank you very much.

15          I don't see any other particular listed

16  disputes.  Are there other issues that you care to address?

17          I do allow you to bring your own water in

18  because we have lousy water in the building.  Bring it in

19  bottles.  Try to be careful.  I've got to live with this

20  furniture until I retire.  So just be careful with it,

21  even the water.  All right?

22          MR. COTTRELL:  Your Honor, just having gone

23  through one of your last ANDA trials and I have not read

24  the new guidelines, just a few questions.

25          THE COURT:  Yes?