# EXHIBIT B

Case 1:05-cv-00356-SLR     Document 366-3     Filed 04/20/2007     Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) ) ) ) ) ) ) ) Civ. Action No. 05-356-SLR (consolidated) |

### ORDER OF DISMISSAL

IT IS HEREBY ORDERED that all claims against Barr Pharmaceuticals, Inc. are dismissed with prejudice.

DATED: _____

_____
The Honorable Sue L. Robinson