**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **'318 PATENT INFRINGEMENT LITIGATION** | ) | **Civ. No. 05-356-(SLR) (consolidated)** |

**DEFENDANTS' DISCLOSURES PURSUANT TO 35 U.S.C. § 282**

Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc. ("Barr") and Alphapharm Pty Ltd. (collectively "Defendants"), believe that their pleadings, written discovery responses, in conjunction with the expert reports submitted by the parties, and the deposition testimony provided in this matter are more than sufficient to meet Defendants' duties pursuant to 35 U.S.C. § 282. For example, the information requested by Section 282 is contained in at least the following pleadings or discovery exchanged in this case (all of which are incorporated herein by reference):

(1) Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.'s Rule 26(a)(1) Initial Disclosures;

(2) Barr's Responses (and supplementation of responses) to Plaintiffs' discovery, including document requests, interrogatories, and request to admit regarding invalidity, including but not limited to Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.'s Objections and Responses to Plaintiffs' Interrogatories Nos. 2 and 4;

(3) Co-Defendants Alphapharm Pty Ltd., Mylan Pharmaceuticals, Inc. and Mylan Laboratories, Inc., Purepac Pharmaceutical Co. and Alpharma Inc., Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc., Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd., Teva Pharmaceutical U.S.A. and Teva Pharmaceutical Industries Ltd.'s Responses (and

supplementation of responses) to Plaintiffs' discovery, including document requests, interrogatories, and request to admit regarding invalidity, such as Teva Pharmaceutical U.S.A. and Teva Pharmaceutical Industries Ltd.'s Second Supplemental Response to Interrogatory No. 2 of Plaintiffs' First Set of Interrogatories;

(4) Opening, Responsive, and Rebuttal Expert Reports of Drs. Levey and Domino;

(5) Depositions of Drs. Levey and Domino;

(6) Barr's Opening and Answering Claim Construction Briefs and Barr's brief in Opposition to Plaintiffs' Motion for Partial Summary Judgment Regarding Anticipation; and

(7) Defendants' Statement of Issues of Law, Issues of Fact, Trial Witness List and Trial Exhibit List contained in Exhibits 3, 5, 7, 9, and 11 of the Proposed Pretrial Order.

Nonetheless, out of an abundance of caution, Defendants provide the following list of patents and publications in which the information required by 35 U.S.C. § 282 is set forth:

| No. | Title | Date | Page Nos. |
|---|---|---|---|
| 1 | British Patent No. 942,200<br>Titled: *A Method of Obtaining Galanthamine Hydrobromide* | 1962 | 1-2 |
| 2 | Albuquerque, E. *Allosterically Potentiating of Nicotinic Receptors as a Treatment Strategy for Alzheimer's Disease*, Behavior Brain Research, Vol. 113 | (2000) | 199-206 |
| 3 | Ancoli-Israel S., *et al.*, *Effects of Galatamine Versus Donepezil on Sleep in Patients with Mild to Moderate Alzheimer Disease and Their Caregivers: A Double-Blind, Head-to-Head, Randomized Pilot Study,* Alzheimer Disease And Associated Disorders, Vol. 19 | (2005) | 240-245 |
| 4 | Antuono, P.S., *et al.*, *Effectiveness and Safety of Velnacrine for the Treatment of Alzheimer's Disease: A Double-Blind, Placebo-Controlled Study. The Mentane Study Group.*, Archives of Intern. Med., Vol. 155 | (1995) | 1766-1772 |
| 5 | Baraka A, S. Harik, *Reversal of Central Anticholinergic Syndrome by Galanthamine* J.A.M.A., 238 | (1977) | 2293-2294 |
| 6 | Bartus, R, *et al.*, *The Cholinergic Hypothesis of Geriatric Memory Dysfunction*, Science, Vol. 217 | (1982) | 408-418 |
| 7 | Bartus, R, *et al. The Cholinergic Hypothesis: A Historical Overview, Current Perspective, and Future Directions*, Memory Dysfunctions: An Integration of Animal and Human Research from Preclinical Perspectives, Annals of the New York Academy of Sciences, 444 | (1985) | 332-358 |
| 8 | E. Giacobini, "Cholinesterase Inhibitors Do More Than Inhibit Cholinesterase," in Becker & Giacobini, eds., Alzheimer Disease: From Molecular Biology to Therapy | (1996) | 188-204 |
| 9 | Becker, R.E., *et al.*, *Effects of Metrifonate on Cognitive Decline in Alzheimer Disease: A Double-Blind, Placebo-Controlled, 6-month* | (1998) | 54-57 |

| No. | Title | Date | Page Nos. |
|---|---|---|---|
| | *study*, Alzheimer Dis. Assoc. Disord. 12(1) | | |
| 10 | Bhasker PA, *Medical Management of Dementia*, The Antiseptic, 71(1) | (1974) | 45-47 |
| 11 | Blass, J.P., *et al.*, *Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Efficacy, Tolerability and Safety of Two Doses of Metrifonate in Patients with Mild-to-Moderate Alzheimer's Disease: the MALT study*, Alzheimer's Dis. Assoc. Dis. J.,14(1) | (2000) | 39-45 |
| 12 | Beermann, B., *Side Effects of Long Acting Cholinesterase Inhibitors*, Acta. Neurol. Scand. Suppl., 149 | (1993) | 53-54 |
| 13 | Bonner, T, *et al. Identification of a Family of Muscarinic Acetylcholine Receptor Genes*, Science, Vol. 237 Issue 4814 | (1987) | 527-532 |
| 14 | Braga, *et al.*, *Effects of Tacrine, Velnacrine (HP029),Suronacrine (HP128), and 3,4-Diaminopyridine on Skeletal Neuromuscular Transmission in Vitro*, Brit. J Pharmacology, 102(4) | (1991) | 909-915 |
| 15 | Braida, Sala, *Eptastigmine: 10 Years of Pharmacology, Toxicology, Pharmacokinetics, and Clinical Studies*, CNS Drug Reviews, 7(4) | (2001) | 369-386 |
| 16 | Bretagne M, *et al.*, *Essais cliniques en anesthesiology d'un nouvel anticholinesterasique la Galanthamine*, Anesthesie Analgesie Reanimation, Vol. 1 | (1965) | 286-292 |
| 17 | Brinkman, S.D., *et al.*, *A Dose-Ranging Study of Lecithin in the Treatment of Primary Degenerative Dementia (Alzheimer Disease)*, J Clinical Psychopharmacol., Vol. 2 | (1982) | 281-285 |
| 18 | Brinkman, S.D., *et al.*, *Lecithin and Memory Training in Suspected Alzheimer's Disease*, Journal of Gerontology, Vol. 37 | (1982) | 4-8 |
| | | | |

| No. | Title | Date | Page Nos. |
|---|---|---|---|
| 19 | Bukatina, *et al.*, *Effectiveness of Amiridin in Senile Dementia of the A Type*, Translated from Zhurnal Nevropatologii i Psikhiatrii, 91(9) | (1991) | 53-58 |
| 20 | Christie, J.G., *et al. Effects of Choline and Lecithin on CSF Choline Levels and on Cognitive Functioning in Patients with Presenile Dementia of the Alzheimer Type*, Choline and Lecithin in Brain Disorders, Vol. 5 | (1978) | 377-389 |
| 21 | Coyle, *Alzheimer's Disease: A Disorder of Cortical Cholinergic Innervation*, Science, Vol. 219 | (1983) | 1184-1190 |
| 22 | Coyle, *Nicotinic Acetylcholine Binding Sites in Alzheimer's Disease*, Brain Research, Vol. 371 | (1985) | 146-151 |
| 23 | Cozanitis DA, *Galanthamine Hydrobromide, a Longer Acting Anticholinesterase Drug, in the Treatment of Central Effects of Scolpamine (Hyoscine)*, Anaesthesist, 26 | (1977) | 649-50 |
| 24 | Cozanitis DA, *L'hydrobromide de Galanthamine: Unsubstitut du Sulfate D'eserine (Physostigmine) pour le Traitement des Effects Cerebraux dex Substances Anti-Cholinergiques*, Nouv. Presse Med., 7(45) | (1978) | 4152 |
| 25 | Cozanitis DA, *Galanthamine Hydrobromide Versus Neostigmine. A Plasma Cortisol Study in Man*, Anaesthesia, 29(2) | (1974) | 163-168 |
| 26 | Cozanitis DA, *et al. The Effect of Galanthamine Hydrobromide on Plasma ACTH in Patients Undergoing Anaesthesia and Surgery*, ACTA Anaesthesiol Scand., 24(3) | (1980) | 166-168 |
| 27 | Cozanitis DA, *et al.*, *A Comparative Study of Galanthamine Hydrobromide and Atropine/Neostigmine in Conscious Volunteers*, The Anaesthesist | (1971) | 416-421 |
| 28 | Cowen, P.J. *Toxic psychosis with antihistamines reversed by* | (1979) | 556-557 |

| No. | Title | Date | Page Nos. |
|---|---|---|---|
| | *physostigmine*, Postgraduate Medical Journal, Vol. 55 | | |
| 29 | Coyle, J., Kershaw, P., *Galantamine, a Cholinesterase Inhibitor that Allosterically Modulates Nicotinic Receptors: Effects on the Course of Alzheimer's Disease*, Biol. Psychiatry, Vol. 46 | (2001) | 289-299 |
| 30 | Cummings, J.L., *et al.*, *The Efficacy of Metrifonate in Improving the Behavioral Disturbances of Alzheimer's Disease Patients*, Journal of Geriatr. Psychiatry Neurol., 50 | (1998) | 101-108 |
| 31 | Cummings, J.L. *Metrifonate: Overview of Safety and Efficacy*, Pharmacotherapy, 18: (2, Pt 2) | (1998) | S43-S46 |
| 32 | Daskalov D, *et al. Nivalin Application and Rehabilitation Treatment of Cerebral Diseases with Aphasic Syndromes,* MBI Medico-Biologic Information, 3 | (1980) | 9-11 |
| 33 | Davis, B. *et al. Cholinergic Mechanisms and Anterior Pituitary Hormone Secretion*, Society of Biological Psychiatry, Vol. 15 No. 2 | (1980) | 303-318 |
| 34 | Davis KL, *et al.*, *Physostigmine: Improvement of Long-Term Memory Processes in Normal Humans*, Science, 201(4352) | (1978) | 272-74 |
| 35 | Davis KL, *et al.*, *Enhancement of Memory Processes in Alzheimer's Disease with Multiple-Dose Intravenous Physostigmine*, The Am. J. of Psychiatry, 139(11) | (1982) | 1421-1424 |
| 36 | Davis KL, *et al.*, *Oral Physostigmine in Alzheimer's Disease*, Psychopharmacology Bulletin, 19(3) | (1983) | 451-453 |
| 37 | Davis KL, *et al.*, *Cholinergic Drugs in Alzheimer's Disease,* New England Journal of Medicine, 315(20) | (1986) | 1286-1287 |
| 38 | Davis, KL, *et al. Oral Tetrahydroaminoacridine in Long-term* | (1986) | 1241-1245 |

| No. | Title | Date | Page Nos. |
|---|---|---|---|
| | *Treatment of Senile Dementia, Alzheimer's Type*, New England Journal of Medicine, 315(20) | | |
| 39 | DiSclafani, A. *et al. Drug-induced psychosis: Emergency diagnosis and management*, Psychosomatics, Vol. 22 No. 10 | (1981) | 845-855 |
| 40 | Domino E, *Galanthamine: Another Look at an Old Cholinesterase Inhibitor*, Current Research in Alzheimer's Therapy Cholinesterase Inhibitors, eds. E. Giacobini and R. Becker | (1988) | 295-303 |
| 41 | Domino, E.F., *et al. Effects of Oral Lecithin on Blood Choline Levels and Memory Tests in Geriatric Volunteers*, Aging, Vol. 19 | (1982) | 393-397 |
| 42 | Domino, *et al., Effects of Oral Phosphatidylcholine on Mouse Brain Choline and Acetylcholine*, Arch. Int .Pharmacodyn, Vol. 265 | (1983) | 49-54 |
| 43 | Drachman D., *et al., Human Memory and the Cholinergic System A Relationship to Aging*, Archives of Neurology, Vol. 30 | (1974) | 113-121 |
| 44 | Drachman, D. *Treatment of Alzheimer's disease: new outlooks for the future*, Normal Aging, Alzheimer's Disease and Senile Dementia Aspects on Etiology, Pathogenesis, Diagnosis and Treatment | (1985) | 307-308 |
| 45 | Drachman, D. *et al. Memory Decline in the Aged: Treatment with Lecithin and Physostigmine*, Neurology, Vol. 32 | (1982) | 944-949 |
| 46 | Dubois, B., *et al., A Multicentre, Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Safety and Tolerability of Metrifonate in Patients with Probable Alzheimer Disease*, Int. J. Psychiat., Vol. 14 | (1999) | 973-982 |
| 47 | Ettiene, *et al. Lecithin in Alzheimer's Disease*, Lancet, Vol. 2 | (1976) | 1206 |
| 48 | Edelstein, P. *et al. Physostigmine and Lithium Response in the* | (1981) | 1078-1081 |

| No. | Title | Date | Page Nos. |
|---|---|---|---|
| | *Schizophrenias*, American Journal of Psychiatry, 138:8 | | |
| 49 | Giacobini, E., *Long-Term Stabilizing Effect of Cholinesterase Inhibitors in the Therapy of Alzheimer's Disease*, J. Neural Tran Supp., 62 | (2002) | 181-187 |
| 50 | Göpel W, *et al.*, *Erfahrungen mit Nivalin in der Neurologischen Therapie*, Psychiat. Neurol. Med. Psychol., 23 | (1971) | 712-718 |
| 51 | Greenwald B, *et al. Neurotransmitter Deficits in Alzheimer's Disease: Criteria for Significance,* Journal of the American Geriatrics Society, May 31(5) | (1983) | 310-316 |
| 52 | Geerts, H., *et. al.*, *Brain Levels and Acetylcholinesterase Inhibition With Galantamine and Donepezil in Rats, Mice, and Rabbits,* Brain Research, 1033 | (2005) | 186-193 |
| 53 | Haroutunian V, *et. al. Cholinergic Modulation of Memory in Rats,* Psychopharmacology, (Berlin) 87(3) | (1983) | 266-271 |
| 54 | Haroutunian V, *et. al. Pharmacological Alleviation of Cholinergic Lesion Induced Memory Deficits in Rats*, Life Sciences, 37(10) | (1985) | 945-952 |
| 55 | Hasan, M.K. *et al. Reversible Toxic Psychosis*, AFP, Vol. 22 No. 10 | (1979) | 89-92 |
| 56 | Hornsperger, *et al.*, *Trimethylsilylated Triflouromethyl Ketones, A Novel Class of Acetylcholinesterase Inhibitors: Biochemical and Pharmacological Profile of MDL 73.745,* Biochem. Soc Trans, 22(3) | (1994) | 758-763 |
| 57 | Hsieh J, *et al.*, *High-Performance Liquid Chromatographic Determination of Tetrahydroaminoacridine in Human and Rat Tissues Using a Rapid Sep-Pak C18 Extraction,* Journal of Chromatography, 274 | (1983) | 388-392 |
| | | | |

| No. | Title | Date | Page Nos. |
|---|---|---|---|
| 58 | Hoerr, *et al.*, *Ensaculin (KA-672 HCl): A Multitransmitter Approach to Dementia Treatment*, CNS Drug Reviews, Vol. 8 No. 2 | (2002) | 143-158 |
| 59 | Huff, *et al.*, *Potential Clinical Use of an Adrenergic/Cholinergic Agent (HP128) in the Treatment of Alzheimer's Disease,* Ann NY Acad Sci., 640 | (1991) | 263-267 |
| 60 | Ishihara, *et al.*, *Central Selective Acetylcholinesterase Inhibitor with Neurotropic Activity: Structure-Activity Relationships of TAK-147 and Related Compounds Current Medicinal Chemistry,* Curr. Med Chem., Vol. 7 | (2000) | 341-354 |
| 61 | Johns C, *et al.*, *The Cholinergic Treatment Strategy in Aging and Senile Dementia* Psychopharmacology Bulletin, Vol. 19 No. 2 | (1983) | 185-197 |
| 62 | Johns, C. *et al. Development of Cholinergic Drugs for the Treatment of Alzheimer's Disease*, Drug Development Research, Vol. 5 | (1985) | 77-96 |
| 63 | Jhee, *et al.*, *First Clinical Evaluation of Ganstigmine in Patients with Probable Alzheimer's Disease*, Clin. Neuropharmacology, 29(3) | (2003) | 164-169 |
| 64 | Kewitz, *et al*, *Galanthamine in Alzheimer's Disease* Alzheimer's Disease: Therapeutic Strategies | (1994) | 140-144 |
| 65 | Krauz V, *et al.*, *Role of Cholinergic Mechanisms in ATFase Activity and Glycolysis Intensity Regulation in the Rat Neocortex, Hippocampus and Truncus Cerebri*, Farmakologia I Toksikologia, Vol. 1 | (1982) | 23-26 |
| 66 | Levy M, *et al.*, *Research Subject Recruitment for Gerontological Studies of Pharmacological Agents*, Neurobiology of Aging, 3(1) | (1982) | 77-79 |
| 67 | Liston, *et al.*, *Pharmacology of Selective Acetylcholine Inhibitors: Implications for Use in Alzheimer's Disease,* Eur J Pharmacol., 486(1) | (2004) | 9-17 |

| No. | Title | Date | Page Nos. |
|---|---|---|---|
| | | | |
| 68 | Luria A, *et al,. Restoration of Higher Cortical Function Following Local Brain Damage*, Disorders of Higher Nervous Activity, Chapter 21 | (1969) | 368-433 |
| 69 | Maelicke, A., *et al., Allosterically Potentiating Ligands of Nicotinic Receptors as a Treatment Strategy for Alzheimer's Disease,* Behav. Brain Res., Vol.113 | (2000) | 119-206 |
| 70 | Marin, D. *et al. Impact of Rivastigmine on Costs and Time Spent in Caregiving for Families of Patients with Alzheimer's Disease,* International Pyschogeriatrics, 15 | (2003) | 385-398 |
| 71 | Marriott, *et al., Blood Choline Levels and Delayed Response Performance in Young and Old Monkeys*, Soc. Neurosci. Abst., 7 | (1981) | 950 |
| 72 | Matsey, V. *et al. Donepezil Reduces The Time Caregivers Spend Providing Care: Results of a one-year, double blind, randomized trial in patients with mild to moderate Alzheimer's disease*, American Journal of Geriatric Psychiatry | (2001) | 78-79 |
| 73 | Mohs R, *et. al., Studies of Cholinergic Drug Effects on Cognition in Normal Subjects and Patients with Alzheimer's Disease* Aging, Vol. 17 | (1981) | 225-230 |
| 74 | Mohs R, *et al., Clinical Studies of the Cholinergic Deficit in Alzheimer's Disease*, J. of the Am. Geriatrics Soc'y, 33(11) | (1985) | 749-757 |
| 75 | Mohs R, *et al., Oral Physostigmine Treatment of Patients With Alzheimer's Disease*, Am. J. of Psychiatry, 142(1) | (1985) | 28-33 |
| 76 | Mohs R, *et. al., Interaction of Choline and Scopolamine in Human Memory*, Life Sciences, Vol. 37 | (1985) | 193-197 |
| 77 | Mohs R, *et al., Choline Chloride Effects on Memory: Correlation* | (1980) | 149-156 |

| No. | Title | Date | Page Nos. |
|---|---|---|---|
| | *with the Effects of Physostigmine*, Psychiatry Res., Volume 2, Issue 2 | | |
| 78 | Mohs, *et al. Intravenous and Oral Physostigmine in Alzheimer's Disease*, Interdisciplinary Topics in Gerontology, Vol. 20 | (1985) | 140-152 |
| 79 | Paskov, D.S. *Galanthamine*, New Neuromuscular Blocking Agents, Handbook of Experimental Pharmacology, Vol. 79 | (1986) | 653-672 |
| 80 | Pernov K, *et al.*, *Nivalin and its Curative Effect Upon Diseases of the Nervous System*, Psychiatry and Neurology and Medical Psychology Bulletin on Research and Practice, 13(11) | (1961) | 4316-4320 |
| 81 | Pereira, E.F. *et al. Identification and Functional Characterization of a new Agonist Site on Nicotinic Acetylcholine Receptors of Cultured Hippocampal Neurons*, J. Pharmacol. Exp. Ther., 265(3) | (1993) | 1474-1491 |
| 82 | Peters B, *et al* , *Effects of Physostigmine and Lecithin on Memory in Alzheimer Disease*, Annals of Neurology, 6(3) | (1979) | 219-221 |
| 83 | Plaitakis A, *et al.*, *Homer's Moly Identified As Galanthus Nivalis L.: Physiologic Antidote to Stramonium Poisoning*, Clinical Neuropharmacology, 6(1) | (1983) | 1-5 |
| 84 | Pomora, N., *et al.*, *A Dose-Ranging Response Study of Lecithin in the Treatment of Alzheimer's Disease, in* Alzheimer's Disease: A Report on Progress, Vol. 19 | (1982) | 379-383 |
| 85 | Pomora, N., *et al.*, *Failure of Single-Dose Lecithin to Alter Aspects of Central Cholinergic Activity in Alzheimer's Disease*, J Clin. Psychiat., 44 | (1983) | 293-295 |
| 86 | Pomora, N., et al., *Combined Cholinergic Precursor Treatment and Dihydroergotoxine Mesylate*, Alzheimer's Disease. IRCS Med Sci., 11 | (1983) | 1048-1049 |
| 87 | Rainer, R., *Clinical Studies With Galanthamine*, Drugs of Today, Vol. | (1997) | 273-278 |

| No. | Title | Date | Page Nos. |
|---|---|---|---|
| | 33 No. 4 | | |
| 88 | Rathmann K, et al., *Alzheimer's Disease: Clinical Features, Pathogenesis, and Treatment*, Drug. Intell. Clin. Pharm., 18 | (1984) | 684-691 |
| 89 | Studzinski, *et al.*, *The Canine Model of Human Cognitive Aging and Dementia: Pharmacological Validity of the Model for Assessment of Human Cognitive-Enhancing Drugs,* Prog. Neuro-Psychopharm. Biol. Psychiat., 29 | (2005) | 468-498 |
| 90 | Smith C, *et al.*, *Possible Biochemical Basis of Memory Disorder in Alzheimer Disease* Annals of Neurology, Vol. 5 No. 6 | (1978) | 471-473 |
| 91 | Smith C, *et al.*, *Physostigmine in Alzheimer's Disease*, The Lancet, 1 | (1979) | 42 |
| 92 | Snape, *et al.*, *A Comparative Study in Rats of the In Vitro and In Vivo Pharmacology of the Acetylcholinesterase Inhibitors Tacrine, Donepezil and NXX-066,* Neuropharmacol., 38 | (1999) | 181-193 |
| 93 | Sramek, *et al.*, *NXX-066 in Patients with Alzheimer's Disease: A Bridging Study,* Life Sci, 64(14) | (1999) | 1215-1221 |
| 94 | Summers, *et al.*, *Use of THA in Treatment of Alzheimer-Like Dementia: Pilot Study in 12 Patients*, Biological Psychiatry, Vol. 16 | (1981) | 145-153 |
| 95 | Summers, W., *Oral Tetrahydroaminoacridine in Long-Term Treatment of Senile Dementia*, New England Journal of Medicine | (1986) | 1241-1245 |
| 96 | Sweeny J., *et al*, *The Effects of Different Doses of Galanthamine, A Long-Lasting Acetylcholinesterase Inhibitor on Memory in Mice*, Psychopharmacology, Vol. 102 | (1990) | 191-200 |
| 97 | Sweeny J., *et al.*, *Galanthamine, an Acetylcholinesterase Inhibitor: A time Course of the Effect on Performance and Neurochemical Parameters in Mice*, Pharmacology, Biochemistry & Behavior, Vol. 34 | (1989) | 129-137 |

| No. | Title | Date | Page Nos. |
|---|---|---|---|
| | | | |
| 98 | Sweeny J., *et al.*, *A Long-Acting Cholinesterase Inhibitor Reverses Spatial Memory Deficits in Mice* Pharmacology, Biochemistry & Behavior, Vol. 31 | (1988) | 141-147 |
| 99 | Thal L, *et al.*, *Memory Enhancement With Oral Physostigmine In Alzheimer's Disease*, The New England Journal of Medicine, 308(12) | (1983) | 720-721 |
| 100 | Vroulis, G., *et al.*, *Effects of Lesions on Memory and Behavior in Alzheimer's Type Dementia*, Psychopharacol Bulletin, Vol. 17 | (1981) | 127-128 |
| 101 | Wang, *et al.*, *Progress in Studies of Huperzine A, A Natural Cholinesterase Inhibitor from Chinese Herbal Medicine,* Acta Pharmacologica Sinica, Vol. 27 | (2006) | 1-26 |
| 102 | Whitehouse, *et al.*, *Alzheimer's Disease: Evidence for Selective Loss of Cholinergic Neurons in the Nucleus Basalis*, Annals of Neurology, Vol. 10 | (1981) | 122-126 |
| 103 | Whitehouse, *et al.*, *Alzheimer's Disease and Senile Dementia: Loss of Neurons in the Basal Forebrain*, Science, Vol. 215 | (1982) | 1237-1239 |
| 104 | Wilcock, G., *et al.*, *A Long-Term Comparison of Galantamine and Donepezil in the Treatment of Alzheimer's Disease,* Drugs Aging, 20 | (2003) | 777-789 |
| 105 | Wurtman, *Activation of Neurotransmitters in the Brain: Strategies in the Treatment of AD/SDAT*, Normal Aging, Alzheimer's Disease and Senile Dementia: Aspects on Etiology, Pathogenesis, Diagnosis and Treatment | (1985) | 275-280 |
| 106 | Wurtman, *et al. Lecithin Consumption Increases Acetylcholine Concentrations in Rat Brain and Adrenal Gland*, Science, Vol. 202 | (1978) | 223-225 |
| | | | |

| No. | Title | Date | Page Nos. |
|---|---|---|---|
| 107 | Zemlan, F.P., *et al.*, *Velnacrin for the Treatment of Alzheimer's Disease: A Double-Blind, Placebo-Controlled trial. The Mentane Study Group,* Journal of Neural. Trans., Vol. 103 | (1996) | 1105-1116 |
| 108 | *Neurochemische Untersuchungen*, by Dr. Michael Rainer (and English translation thereof) | (1985) | DX 00611 00011-00014 |
| 109 | Letter from Dr. Werner Frantsits to John Richards re galanthamine | (1995) | DX 00095 - 00001 |
| 110 | Letter from Dr. Werner Frantsits and Dr. Hermann Mucke to Dr. Bonnie Davis re galanthamine patents | (1994) | DX 00007 -00001 |
| 111 | *Warum Nivalin Zur Therapie Des M. Alzheimer?* by Dr. Michael Rainer (and English translation thereof) | (1985) | DX 00611 -00010 |

Defendants reserve the right to amend and/or supplement this notice, at least 30 days before trial, if commencement of trial in this matter is changed form its currently scheduled date of May 21, 2007. Additionally, Defendants reserve the right to amend and/or supplement this notice to add additional items to this statement that were previously cited to Plaintiffs and were inadvertently omitted. The above list is exemplary rather than exhaustive and, therefore, should not be understood to limit the evidence or testimony Defendants may present or adduce at trial regarding the subject matter required to be disclosed pursuant to 35 U.S.C. § 282.

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: [signature]
John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
1200 North Broom St.
Wilmington, DE 19806
Tele: (302) 655-4200
Fax: (302) 655-4210
JCP@pgslaw.com

and

George C. Lombardi *(admitted pro hac vice)*
Taras A. Gracey *(admitted pro hac vice)*
Lynn M. Ulrich *(admitted pro hac vice)*
Mustafa A. Hersi *(admitted pro hac vice)*
David T. Bower *(admitted pro hac vice)*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tele: (312) 558-5600
Fax: (312) 558-5700
lulrich@winston.com

*Attorneys for Defendants/Counterclaim-Plaintiffs Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

Date: April 20, 2007