## CERTIFICATE OF SERVICE

I, Brian E. Farnan, hereby certify that on April 20, 2007, the foregoing Defendants' Disclosures Pursuant to 35 U.S.C. § 282 was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading from CM/ECF to the following:

Steven J. Balick
John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899-0551

I further certify that on April 20, 2007, the document was served on the following non-registered participants via electronic mail:

George F. Pappas (gpappas@cov.com)
Christopher N. Sipes (csipes@cov.com)
Richard A. Beckmann (beckmannra@cov.com)
Kurt G. Calia (kcalia@cov.com)
Uma N. Everett (ueverett@cov.com)
Joseph H. Huynh (jhuynh@cov.com)
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Alan Bernstein (abernstein@crbcp.com)
Mona Gupta (mgupta@crbcp.com)
Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
1635 Market Street, 11th Floor
Philadelphia, PA 19103-2212
Telephone: (215) 567-2010
Facsimile: (215) 751-1142

Edward Filardi (efilardi@skadden.com)
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
Telephone (212) 735-3000
Fax: (212) 735-2000

/s/ Brian E. Farnan
Brian E. Farnan (#4089)