# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS JR
STEPHEN W SPENCE
ROBERT S GOLDMAN
LISA C McLAUGHLIN
JAMES P. HALL
JOSEPH J FARNAN III
BRIAN E FARNAN
MELISSA E CARGNINO

PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH DE 19971
(302) 226-4200
(302) 226-1205 (F)

Wilmington

REPLY TO:_____

April 23, 2007

VIA E-FILE

The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

RE:  '318 Patent Infringement Litigation (consolidated)
     C.A. No. 05-536 (SLR)

Dear Chief Judge Robinson:

By letter of April 20, 2007, defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc. forwarded what they believed, in conjunction with the cover letter, constituted an agreed upon proposed Order of Dismissal as to Barr Pharmaceuticals, Inc. based upon the representations of Plaintiffs' counsel in open court on April 18, 2007. Despite the fact that my letter of April 20, 2007 explicitly states that Barr Pharmaceuticals, Inc. agrees to be bound by any judgment of this Court, counsel for plaintiffs advised that the proposed Order was not satisfactory because it did not recite Barr Pharmaceuticals' agreement to be bound by the judgment of this Court. While one would think that the written representation of Delaware counsel would be sufficient for this purpose, since counsel for plaintiffs does not find it to be so, Barr has revised the proposed Order to address plaintiffs' objection. The revised proposed Order is enclosed herewith. I would respectfully request that the Court enter this Order at its convenience. We are available at the Court's convenience should Your Honor have any questions.

Respectfully,

JOHN C. PHILLIPS, JR.

JCP:tlb
Enclosure
cc:  Steven J. Balick, Esquire (w/enc.)
     Frederick L. Cottrell, III, Esquire (w/enc.)
     George F. Pappas, Esquire (w/enc.)
     Alan Bernstein, Esquire (w/enc.)