IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| '318 PATENT INFRINGEMENT LITIGATION | ) | C.A. No. 05-356 (SLR) |
| | ) | (consolidated) |
| | ) | |

### ORDER OF DISMISSAL

IT IS HEREBY ORDERED that all claims against Barr Pharmaceuticals, Inc. are dismissed with prejudice in light of Barr Pharmaceutical, Inc.'s agreement to be bound by any final judgment entered in the above-captioned matter.

DATE: 4/25/07

The Honorable Sue L. Robinson