IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| '318 PATENT INFRINGEMENT LITIGATION | ) | C.A. No. 05-356 (SLR) |
| | ) | (consolidated) |
| | ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2007, upon

consideration of Barr Laboratories, Inc's Motion to Strike, and Response to, Plaintiffs' April 24,

2007 Letter to the Court ("Defendant's Motion"), and any response thereto,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

Alternatively, IT IS HEREBY ORDERED that Plaintiffs' request to extend the trial of

this matter is DENIED.

_____

The Honorable Sue L. Robinson