IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) <br> ) C.A. No. 05-356 (SLR) <br> ) (consolidated) |

### DEFENDANT ALPHAPHARM PTY., LTD.'S JOINDER IN DEFENDANT BARR LABORATORIES, INC'S MOTION TO STRIKE AND RESPONSE TO PLAINTIFFS' APRIL 24, 2007 LETTER TO THE COURT

Defendant Alphapharm Pty., Ltd., by and through its undersigned counsel, hereby joins Defendant Barr Laboratories Inc. ("Barr") in its Motion to Strike and Response to Plaintiffs' April 24, 2007 Letter to the Court (the "Motion") (D.I. 376) and incorporates by reference the arguments made therein. For the legal and factual reasons set forth in the Motion, Alphapharm respectfully requests that the Court strike Plaintiffs' letter (D.I. 371) or, in the alternative, deny Plaintiffs' request to extend the trial.

OF COUNSEL:
Alan H. Bernstein
Robert S. Silver
Mona Gupta
William J. Castillo
Caesar, Rivise, Bernstein,
Cohen & Pokotilow, Ltd.
1635 Market Street, 12th Floor
Philadelphia, PA 19103
Telephone: (215) 567-2010
Facsimile: (215) 741-1142

/s/Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
  Attorneys for Defendant Alphapharm Pty., Ltd.

Dated: April 26, 2007

RLF1-3143949-1

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2007, I caused to be served by hand delivery and electronic mail a copy of the foregoing and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

John G. Day *(jday@ashby-geddes.com)*
Steven J. Balick *(sbalick@ashby-geddes.com)*
**Ashby & Geddes**
222 Delaware Ave., 17 Fl.
P.O. Box 1150
Wilmington, DE 19899

John C. Phillips, Jr. *(jcp@pgslaw.com)*
Brian E. Farnan *(bef@pgslaw.com)*
**Phillips, Goldman & Spence, P.A.**
1200 N. Broom St.
Wilmington, DE 19806

I further certify that on April 26, 2007, the foregoing document was sent by electronic mail to the following non-registered participants:

George F. Pappas *(gpappas@cov.com)*
Roderick R. McKelvie *(mckelvie@cov.com)*
Christopher N. Sipes *(csipes@cov.com)*
Jeffrey B. Elikan *(jelikan@cov.com)*
Laura H. McNeill *(lmcneill@cov.com)*
**Covington & Burling**
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401

George C. Lombardi *(glombardi@winston.com)*
Taras A. Gracey *(tgracey@winston.com)*
Lynn M. Ulrich *(lulrich@winston.com)*
Brian L. Franklin *(bfranklin@winston.com)*
**Winston & Strawn LLP**
35 West Wacker Dr.
Chicago, IL 60601

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com