IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) ) ) | |
| '318 PATENT INFRINGEMENT LITIGATION | ) ) ) | Civ. No. 05-356-(SLR) (consolidated) |

## NOTICE OF TRIAL DEPOSITION FOR DR. MICHAEL RAINER

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants, by and through their attorneys, hereby give notice of their intention, to take the trial deposition upon oral examination on May 14, 2007 of Dr. Michael Rainer.

This deposition is being taken in lieu of Dr. Rainer's appearance at trial. You are invited to attend and examine the witness. The deposition will be taken before a notary public or other officer authorized to administer the oath under law on May 14, 2007 starting at 11 a.m. (local time) in Vienna, Austria (at a specific location to be confirmed soon). The deposition will be recorded by videographic and/or stenographic means.

REST OF PAGE INTENTIONALLY LEFT BLANK

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: /s/ JCP
John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
1200 North Broom St.
Wilmington, DE 19806
Tele: (302) 655-4200
Fax: (302) 655-4210
JCP@pgslaw.com

and

George C. Lombardi *(admitted pro hac vice)*
Taras A. Gracey *(admitted pro hac vice)*
Lynn M. Ulrich *(admitted pro hac vice)*
Mustafa A. Hersi *(admitted pro hac vice)*
David T. Bower *(admitted pro hac vice)*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tele: (312) 558-5600
Fax: (312) 558-5700
lulrich@winston.com

*Attorneys for Defendant/Counterclaim-Plaintiff Barr Laboratories, Inc.*

Date: April 26, 2007