# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN, III
BRIAN E. FARNAN
DAVID A. BILSON*
MELISSA E. CARGNINO

*PENNSYLVANIA BAR ONLY

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH, DE 19971
(302) 226-4200
(302) 226-1205 (F)

Wilmington

REPLY TO: _____

June 14, 2007



**VIA HAND DELIVERY**

Ms. Francesca Tasson
Courtroom Deputy to
The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

    RE:    '318 Patent Infringement Litigation (consolidated)
              C.A. No. 05-356 (SLR)

Dear Ms. Tasson:

    I write on behalf of Defendant Barr Laboratories, Inc. During the trial of this matter, Defendants moved to admit DX 651 into evidence and it was so admitted. 5/24/07 Tr. at 1298:10-22. However, during trial it was discovered that DX 651 was missing page 7. The parties have located another copy of DX 651 which has page 7. The document had previously been marked as PX 939. Therefore, the parties would like to substitute PX 939 for the copy of DX 651 that was used at trial. For ease of reference, the parties have agreed to re-stamp PX 939 as DX 651. I have enclosed a copy of the new DX 651 for the trial record.

    Thank you for your cooperation.

                                      Respectfully,

                                      JOHN C. PHILLIPS, JR.

JCP:tlb
Enclosure
cc:    Steven J. Balick, Esquire (w/enc.)
        Frederick L. Cottrell, III, Esquire (w/enc.)
        George F. Pappas, Esquire (w/enc.)
        Alan Bernstein, Esquire (w/enc.)
        Lynn Ulrich, Esquire (w/enc.)
        Kurt Calia, Esquire (w/enc.)