# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 22, 2007

Ms. Francesca Tassone
Courtroom Deputy to The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

**HAND DELIVERY**



FILED

JUN 22 2007

U S DISTRICT COURT
DISTRICT OF DELAWARE

Re: *In re '318 Patent Infringement Litigation*,
<u>Civil Action No. 05-356-SLR (Consolidated)</u>

Dear Francesca:

On behalf of the parties in the above-referenced action, enclosed is an agreed-upon final trial exhibit list as well as trial exhibits PX 658 and PX 803. With this submission, the parties believe that the Court has been provided with all trial exhibits either admitted at trial or agreed to be admitted.

The parties would be pleased to answer any questions in connection with the trial exhibit list, final trial exhibits, or any other item that relates to the closing of the trial record, and if there are any trial exhibits on the attached list that the Court does not have, please let us know and we will promptly provide them.

Very truly yours,

Steven J. Balick

Steven J. Balick

SJB/dmf
Enclosures
181749.1

c: John C. Phillips, Jr., Esquire (by hand and via electronic mail; w/encs.)
   Lynn M. Ulrich, Esquire (via electronic mail; w/encs.)
   Frederick L. Cottrell, III, Esquire (by hand and via electronic mail; w/encs.)
   Alan H. Bernstein, Esquire (via electronic mail; w/encs.)
   George F. Pappas, Esquire (via electronic mail; w/encs.)
   Edward V. Filardi, Esquire (via electronic mail; w/encs.)