## ADMITTED EXHIBITS
## SORTED BY EXHIBIT NUMBER

| | Num | Description | Date Admitted | Admitted by: | Witness |
|---|---|---|---|---|---|
| PX | 1 | Certified Copy of United States Patent No. 4,663,318 | 5/21/2007 | Defendants | Levey |
| PX | 2 | Certified Copy of Patent and Trademark Office Prosecution History of U.S. Patent No. 4,663,318 | 5/22/2007 | Plaintiffs | Davis |
| PX | 14 | Amendment After Non-Final rejection and Applicant Arguments/Remarks made in an Amendment | 5/25/2007 | Defendants | |
| PX | 19 | Kendall, M.J., et al., "Therapeutic Progress - Review XVIII Alzheimer's Disease," J. Clin. and Hosp. Pharm., Vol. 10 pp. 327-336 (1985). | 5/22/2007 | Defendants | Domino |
| PX | 95 | Memo addressed to Mr. McKnight from Dr. Davis | 5/25/2007 | Plaintiffs | Deposition |
| PX | 117 | A Long-Acting Cholinesterase Inhibitor Reverses Spatial Memory Deficits in Mice - Sweeney and Coyle | 5/22/2007 | Plaintiffs | Davis |
| PX | 119 | Letter from Gary King - ER Squibb to B. Davis RE Galanthamine Has a Narrow Therapeutic Window | 5/23/2007 | Plaintiffs | Davis |
| PX | 121 | Letter from B. Davis to Dr. Cozanitis RE Request to Obtain Galanthamine | 5/22/2007 | Plaintiffs | Davis |
| PX | 122 | Letter from Dr. Cozanitis to B. Davis RE Obtaining Galanthamine | 5/22/2007 | Plaintiffs | Davis |
| PX | 123 | Letter from B. Davis to St. Jordanov RE Purchase of Galanthamine | 5/22/2007 | Plaintiffs | Davis |
| PX | 129 | Letter from Elkan Gamzu to B. Davis RE Galanthamine Data | 5/23/2007 | Defendants | Davis |
| PX | 153 | Galanthamine: An Old Cholinesterase Inhibitor Revisited - Domino | 5/22/2007 | Plaintiffs | Domino |
| PX | 173 | Letter addressed to Bonnie Davis, M.D., from Cheryl Blume, Ph.D., | 5/23/2007 | Plaintiffs | Davis |
| PX | 213 | Treatment of Alzheimer's Disease: New Outlooks for the Future - Drachman - | 5/23/2007 | Plaintiffs | Raskind |
| PX | 214 | Cholinergic Therapies in AD - Levey - 1999 | 5/21/2007 | Plaintiffs | Levey |
| PX | 272 | Email from Steve Self to Barry Spencer RE Galanthamine Project Proposal | 5/25/2007 | Plaintiffs | Deposition |
| PX | 295 | 2003 Reminyl Strategic Plan | 5/22/2007 | Defendants | Boghigian |
| PX | 297a | Razadyne Marketing Contribution (YTD-Aug-06) | 5/24/2007 | Plaintiffs | Stewart |
| PX | 305 | License Agreement between Intelligen Corp and Ciba Geigy | 5/23/2007 | Plaintiffs | Davis |
| PX | 307 | Marketing Power Point Presentation | 5/22/2007 | Defendants | Boghigian |
| PX | 310 | Janssen Pharmaceutica, Inc. 2000-2011 Core Forecast 2001 August Update Reminyl - All Indications Spreadsheet | 5/22/2007 | Defendants | Boghigian |
| PX | 311 | Spreadsheets Razadyne IR Only 2001-2006 and 2001 Gross/Net Sales by Month for Razadyne/Reminyl IR Only | 5/22/2007 | Defendants | Boghigian |
| PX | 312 | 2002 Reminyl Business Plan Summary | 5/22/2007 | Defendants | Boghigian |
| PX | 314 | 2001 Reminyl Business Plan Summary | 5/22/2007 | Defendants | Boghigian |
| PX | 315 | Reminly Sales Forecast- Scenario - 160 | 5/22/2007 | Defendants | Boghigian |
| PX | 323 | Letter from M. Abou-Gharbia to B. Davis again regarding non-interest in her product | 5/25/2007 | Plaintiffs | Deposition |

## ADMITTED EXHIBITS
## SORTED BY EXHIBIT NUMBER

| | Num | Description | Date Admitted | Admitted by: | Witness |
|---|---|---|---|---|---|
| PX | 324 | Letter from B. Davis to M. Abou-Gharbia enclosing information re cholinesterase inhibitors per telephone conversation | 5/25/2007 | Plaintiffs | Deposition |
| PX | 325 | Letter from T. McGeehan to B. Davis responding to her 04/04/94 letter and expressing interest in use of cholinesterase inhibitors in treating Alzheimer's Disease | 5/25/2007 | Plaintiffs | Deposition |
| PX | 326 | Letter from T. McGeehan to B. Davis expressing interest in galanthamine | 5/25/2007 | Plaintiffs | Deposition |
| PX | 327 | Non-Disclosure Agreement (between Synaptech and Wyeth) | 5/25/2007 | Plaintiffs | Deposition |
| PX | 329 | License Agreement between Synaptech and Janssen Pharmceutica NV | 5/22/2007 | Plaintiffs | Boghigian |
| PX | 467 | Letter from Douglas Watson to Intelligen RE Notice to Terminate Agreement | 5/23/2007 | Plaintiffs | Davis |
| PX | 491 | Letter from Robert Johnson to B. Davis RE Decline Further Interest Due to Limited Resources | 5/23/2007 | Defendants | Davis |
| PX | 518 | Letter from Robert Rousseau to B. Davis RE Decline Opportunity to Invest in Galanthamine | 5/23/2007 | Plaintiffs | Davis |
| PX | 526 | Letter from Takafumi Kitano to B. Davis RE Enclosed Confidential Documents | 5/23/2007 | Plaintiffs | Davis |
| PX | 558 | Letter from B. Davis to Alfred Gagne RE Enclosed Review | 5/23/2007 | Defendants | Davis |
| PX | 586 | Letter from Norman Pollack to B. Davis RE Committed to other Mechanistic Approaches to AD | 5/23/2007 | Plaintiffs | Davis |
| PX | 595 | Letter from B. Davis to William Cressman RE Enclosed Materials Relating to Galanthamine | 5/23/2007 | Defendants | Davis |
| PX | 596 | Letter from William Cressman to B. Davis RE Decline Opportunity | 5/23/2007 | Plaintiffs | Davis |
| PX | 618 | 2003 Reminyl Tactical Plan | 5/22/2007 | Defendants | Boghigian |
| PX | 631 | Hollister, L., "Survey of Treatment Attempts in Senile Dementia of the Alzheimer Type" in C.G. Gottfries, ed., Normal Aging, Alzheimer's Disease and Senile Dementia: Aspects on Etiology, Pathogenesis, Diagnosis and Treatment, 299-306 (Editions de l'Uinver | 5/23/2007 | Plaintiffs | Raskind |
| PX | 632 | Bartus, R., et al., "The Cholinergic Hypothesis: A Historical Overview, Current Perspective, and Future Directions," in Memory Dysfunctions: An Integration of Animal and Human Research from Preclinical and Clinical Perspectives, Annals of the New York Aca | 5/21/2007 | Plaintiffs | Levey |
| PX | 633 | E. Giacobini, "Cholinesterase Inhibitors Do More Than Inhibit Cholinesterase," in Becker & Giacobini, eds., Alzheimer Disease: From Molecular Biology to Thearapy, 187-204, Table III (1996). | 5/22/2007 | Defendants | Domino |
| PX | 653 | Bartus R. T., et al., "The Cholinergic Hypothesis of Geriatric Memory Dysfunction," Science Vol. 17 pp. 408-418 (1982). | 5/21/2007 | Plaintiffs | Levey |

## ADMITTED EXHIBITS
## SORTED BY EXHIBIT NUMBER

| | Num | Description | Date Admitted | Admitted by: | Witness |
|---|---|---|---|---|---|
| PX | 654 | Becker, R.E., et al., "Effects of Metrifonate on Cognitive Decline in Alzheimer Disease: A Double-Blind, Placebo-Controlled, 6-month study," Alzheimer Dis. Assoc. Disord., Vol. 12 No. 1 pp. 54-57 (1998). | 5/22/2007 | Defendants | Domino |
| PX | 658 | Blass, J.P. et al., "Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Efficacy, Tolerability and Safety of Two Doses of Metrifonate in Patients with Mild-to-Moderate Alzheimer's Disease: the MALT study," Alz. Dis. Assoc. Dis. J., Vol. 14 | 5/25/2007 | Defendants | |
| PX | 663 | Coyle, J.T. et al., "Alzheimer's Disease: A Disorder of Cortical Cholinergic Innervation," Science, Vol. 219 pp. 1184-1190 (1983). | 5/23/2007 | Plaintiffs | Coyle |
| PX | 670 | Davis, K.L., et al., "Oral Physostigmine in Alzheimer's Disease," Psychopharmacology Bull., 19: 451-453 (1983). | 5/24/2007 | Defendants | Raskind |
| PX | 680 | Geerts, H., et al., "Brain Levels and Acetylcholinesterase Inhibition With Galantamine and Donepezil in Rats, Mice and Rabbits," Brain Researc., Vol. 1033 pp. 186-193 (2005). | 5/23/2007 | Plaintiffs | Coyle |
| PX | 698 | Mohs, R.C., et al., "Clinical Studies of the Cholinergic Deficit in Alzheimer's Disease," J. Amer. Geriatrics Soc., Vol. 33 pp.749-757, (1985). | 5/24/2007 | Plaintiffs | Raskind |
| PX | 699 | Mohs, R.C., et al., "Oral Physostigmine Treatment of Patients with Alzheimers Disease," Am. J. Psychiat., Vol. 142 pp. 28-33, (1985). | 5/21/2007 | Defendants | Levey |
| PX | 704 | Raskind, M., et al., "Galantamine in AD – A 6-month Randomized, placebo-controlled trial with a 6-month extension," Neurology, Vol. 54 pp. 2261-2268 (2000). | 5/24/2007 | Plaintiffs | Raskind |
| PX | 706 | Raskind, M., "The Cognitive Benefits of Galantamine Are Sustained for at Least 36 Months: A Long-term Extension Trial," Arch Neurol, Vol. 61 pp. 252-256 (2004). | 5/23/2007 | Plaintiffs | Coyle |
| PX | 711 | Summers, W.K., et al., "Use of THA in Treatment of Alzheimer-Like Dementia: Pilot Study in 12 Patients," Biological Psychiatry, Vol. 16, pp. 145-153 (1981). | 5/21/2007 | Defendants | Levey |
| PX | 714 | Swaab, D.F., and E. Fliers, "Clinical Strategies in the Treatment of Alzheimer's Disease," in Progress in Brain Research, Vol. 70 pp. 413-27 (Elsevier Science Publ. 1986). | 5/23/2007 | Plaintiffs | Raskind |
| PX | 716 | Wang, et al., "Progress in Studies of Huperzine A, a Natural Cholinesterase Inhibitor from Chinese Herbal Medicine," Acta Pharmacologica Sinica., Vol. 27 pp. 1-26 (2006). | 5/22/2007 | Defendants | Domino |
| PX | 719 | Wurtman, R.J. "Activation of Neurotransmitters in the brain: strategies in the treatment of AD/SDAT," in C.G. Gottfries, ed., Normal Aging, Alzheimer's Disease, and Senile Dementia: Aspects of Etiology, Pathogenesis, Diagnosis and Treatment, pp.275-80 | 5/23/2007 | Plaintiffs | Coyle |

## ADMITTED EXHIBITS
## SORTED BY EXHIBIT NUMBER

| | Num | Description | Date Admitted | Admitted by: | Witness |
|---|---|---|---|---|---|
| PX | 727 | Johns, C.A., et al., "The Cholinergic Treatment Strategy in Aging and Senile Dementia," Psychopharmacology Bull., Vol. 19 No. 2 pp. 185-197 (1983). | 5/21/2007 | Defendants | Levey |
| PX | 743 | Daskalov, D., et. al., "Nivalin Application and Rehabilitation Treatment of Cerebral Diseases with Aphasic Syndromes," MBI Medico-Biologic Information Vol. 3 pp. 9-11 (1980). | 5/21/2007 | Defendants | Levey |
| PX | 744 | Luria, et.al., "Restoration of Higher Cortical Function Following Local Brain Damage," in Vincken, P.J., and Bruyn, G.W., eds., Handbook of Clinical Neurology, Vol. 3 pp. 368-433 (1969) | 5/21/2007 | Defendants | Levey |
| PX | 752 | Rathmann, et al. "Alzheimer's Disease Clinical features, Pathogenesis, and treatment," Drug Intelligence and Clinical Pharmacology, Vol. 18 pp. 684-91 (1984). | 5/21/2007 | Defendants | Levey |
| PX | 756 | Domino, E. F., "Galanthamine: Another Look at an Old Cholinesterase Inhibitor" in Giacobini, E., and Becker, R., eds., Current Research in Alzheimer Therapy. 295-303 (1988). | 5/21/2007 | Plaintiffs | Levey |
| PX | 763 | Davis K.L., and Mohs, R., "Enhancement of Memory Processes in Alzheimer's Disease with Multiple Dose Intravenous Physostigmine," American Journal of Psychiatry Vol. 139, No. 11, pp. 1421-1424 (1982). | 5/21/2007 | Defendants | Levey |
| PX | 785 | Reminyl Alzherimer's Dementia (development costs) | 5/22/2007 | Defendants | Boghigian |
| PX | 792 | FDA Letter regarding NDA 21-169 | 5/22/2007 | Defendants | Boghigian |
| PX | 793 | 2003 Reminyl Strategic Plan | 5/22/2007 | Defendants | Boghigian |
| PX | 794 | Reminyl 2000-2013 Annual Forecast-Portfolio Submission-Spring 2000 | 5/22/2007 | Defendants | Boghigian |
| PX | 803 | Jesse David and Marion B. Stewart, "Commercial Success: Economic Principles Applied to Patent Litigation," in GregoryK. Leonard and Lauren J. stiroh, Editors, Economic Approaches to Intellectual Property Policy, Litigation, and Management, National Econom | 5/24/2007 | Defendants | Stewart |
| PX | 805 | Updated Exhibit 5A to Surrebuttal Expert Report of Marion B. Stewart | 5/24/2007 | Plaintiffs | Stewart |
| PX | 810 | Paragraph III Certification concerning U.S. Patent No. 4,663,318 and executed by Ms. Tirtho Uppal, Vice President of R&D and Regulatory Affairs for Cobalt Pharmaceuticals, Inc | 5/25/2007 | Plaintiffs | Paragraph III |
| PX | 811 | Declaration of Authenticity executed by Sadie Ciganek and Eon Labs, Inc.'s Paragraph III Patent Certification for U.S. Patent No. 4,663,318 executed by Steven W. Brown, R.Ph., Director of Regulatory Affairs for Eon Labs, Inc. | 5/25/2007 | Plaintiffs | Paragraph III |
| PX | 812 | Sandoz Inc.'s Paragraph III Certification for U.S. Patent No. 4,663,318 and executed by Camelle Lucas, Ph.D. | 5/25/2007 | Plaintiffs | Paragraph III |
| PX | 818 | Paragraph III certification form ANDA 77-592 | 5/25/2007 | Plaintiffs | Paragraph III |

## ADMITTED EXHIBITS
## SORTED BY EXHIBIT NUMBER

| | Num | Description | Date Admitted | Admitted by: | Witness |
|---|---|---|---|---|---|
| PX | 820 | Paragraph III Certification for U.S. Patent No. 4,663,318 | 5/25/2007 | Plaintiffs | Paragraph III |
| PX | 829 | Galanthamine hydrobromide versus neostigmine; DA Cozanitis (Cozanitis article with Dr. Davis's handwritten notations) | 5/22/2007 | Plaintiffs | Davis |
| PX | 831 | Letter from Joseph Coyle to Bonnie Davis. | 5/22/2007 | Plaintiffs | Davis |
| PX | 833 | Letter from Ursula Hartung to P. Dal Bianco | 5/23/2007 | Plaintiffs | Davis |
| PX | 926 | Record of Teleconference with FDA | 5/22/2007 | Plaintiffs | Boghigian |
| PX | 932 | Reminyl 2005 Brand Plan and 2005 Tactical Plan | 5/22/2007 | Defendants | Boghigian |
| PX | 942 | Coyle, J.T. et al., "The Effects of Different Doses of Galanthamine, A Long-Acting Acetylcholinesterase Inhibitor, on Memory in Mice" | 5/23/2007 | Plaintiffs | Coyle |
| PX | 953 | Special Report: "First and Only 1-year Results Reminyl vs. Aricept", Janssen Clinical Update, July 2003 | 5/24/2007 | Plaintiffs | Stewart |
| PX | 984 | Letter from Janssen to FDA re Prior Approval Supplement for Changes to the Reminyl Package Insert; and enclosure: "Justification for Claim that Galantamine Functions as an Allosteric Potentiating Ligand (APL) on Nicotinic Receptors" | 5/22/2007 | Plaintiffs | Boghigian |
| PX | 992 | WAC Unit Price and Price Per Day for REM/RAZ | 5/24/2007 | Plaintiffs | Stewart |
| PX | 1061 | Letter from B. Davis to S. Enna (NOVA) re Enclosing Publications, Submission and Poster from Joe Coyle's Lab | 5/23/2007 | Plaintiffs | Davis |
| PX | 1069 | Letter from Gary A. King to B. Davis re Rejecting Licensing Opportunity for Galanthamine | 5/25/2007 | Plaintiffs | Deposition |
| PX | 1122 | "FDA Antidementia Drug Assessment Symposium," Department of Health and Human Services, Public Health Service, Food Drug Administration, Peripheral and Central Nervous System Drugs Advisory Panel (June 15, 1989) (transcript -- sections I and II). | 5/23/2007 | Plaintiffs | Raskind |
| PX | 1148 | Greenwald, Blaine S., et al. Neurotransmitter Deficits in Alzheimer's Disease: Criteria for Significance. J Am Geriatrics Society. 31: 310-316, May 1983. | 5/22/2007 | Defendants | Domino |
| PX | 1156 | J. Sweeney et al., "Effects of Different Doses of Galanthamine, a Long-Acting Acetylcholinesterase Inhibitor on Memory in Mice," Psychopharmacology 102: 191-200 (1990). | 5/23/2007 | Plaintiffs | Coyle |
| PX | 1181 | Pernov, K.G., "Nivalin and its Curative Effect upon Diseases of the Nervous System", Psychiatric Neurol Med Psychol. 13: 4316-4320, 1961. | 5/21/2007 | Defendants | Levey |
| PX | 1200 | Pernov, K.G., "Nivalin and its Curative Effect upon Diseases of the Nervous System", Psychiatric Neurol Med Psychol. 13: 4316-4320, 1961. | 5/21/2007 | Defendants | Levey |
| PX | 1205 | Thal LI, et al., "Memory Enhancement with Oral Physostigmine in Alzheimer's Disease," New England Journal of Medicine: 720 March 24, 1983. | 5/21/2007 | Defendants | Levey |

## ADMITTED EXHIBITS
## SORTED BY EXHIBIT NUMBER

| | Num | Description | Date Admitted | Admitted by: | Witness |
|---|---|---|---|---|---|
| PX | 1215 | Windholz, Martha et al., eds. The Merck Index [Tenth Edition]: p. 4210, 1983. | 5/22/2007 | Defendants | Domino |
| PX | 1223 | Flynn DD, et al., "Differential alternations in muscarinic receptor subtypes in Alzheimer's disease: Implications for cholinergic-based therapies" Life Sci. 56:869-876 (1995). | 5/21/2007 | Plaintiffs | Levey |
| PX | 1228 | Levey, A.I., et al., "Muscarinic acetylcholine receptor expression in memory circuits: implications for treatment of Alzheimer's Disease, Proc. Nat. Acad. Sci. 93:13541-13546 (1996). | 5/21/2007 | Plaintiffs | Levey |
| PX | 1245 | Declaration of Authenticiy of Paragraph III Certification Letter, from Roxane Laboratories, Inc. | 5/25/2007 | Plaintiffs | Paragraph III |
| PX | 1246 | Affidavit of Authenticiy of Paragraph III Certification Letter, from Ranbaxy Laboratories, Inc. (with attachments) | 5/25/2007 | Plaintiffs | Paragraph III |
| PX | 1247 | Stipulation Regarding Ivax (and its Paragraph III Certfication) | 5/25/2007 | Plaintiffs | Paragraph III |
| PX | 1248 | Par Pharmaceutical, Inc.'s amendment of ANDA 77-604 withdrawing its Paragraph IV certification and converting its certification to a Paragraph III certification | 5/25/2007 | Plaintiffs | Paragraph III |
| PX | 1285 | Updated Exhibit 4 of the Surrebutal Report of Marion Stewart | 5/24/2007 | Plaintiffs | Stewart |
| PX | 1296 | Letter from L. Stockbridge (DDMAC) to V. Wagner-Weber (Janssen) responding to request for comments on proposed launch materials for Reminyl | 5/23/2007 | Defendants | Coyle |
| PX | 1297 | Letter from V. Wagner-Weber (Janssen) to L. Stockbridge (DDMAC) responding to comments on proposed introductory promotional materials | 5/23/2007 | Defendants | Coyle |
| PX | 1308 | J.E. Sweeney et al., (Abstract) Reversal of Lesion-Induced Swim Maze Deficits with a Central Acetylcholinesterase Inhibitor | 5/23/2007 | Plaintiffs | Coyle |
| PX | 1321 | Emr, Marian (for the National Institute of Aging). "Progress Report on Senile Dementia of the Alzheimer's Type," National Institutes of Health; Publication Vol. III (no. 86-2873, 1986). | 5/23/2007 | Plaintiffs | Raskind |
| PX | 1339 | Cozanitis D.A., et al., "A Comparative Study of Galanthamine Hydrobromide and Atropine/Neostigmine in Conscious Volunteers" Anaesthesist, pp. 416-421 (1971) | 5/21/2007 | Plaintiffs | Levey |
| PX | 1350 | Stojanov EA (1965): European Trends in Anesthesiology (O Mayerhofer, ed,) international Anesthesiology Clinics, Little, Brown & Co. Boston, Vol 3: 675-685. | 5/21/2007 | Plaintiffs | Levey |
| PX | 1364 | Declaration of Authenticity of Sadie Ciganek (6/27/2006) for Patent Notice (5/12/2005) for Eon Labs | 5/25/2007 | Plaintiffs | Paragraph III |
| PX | 1365 | Declaration of Authenticity of Brendan Magrab (6/30/2006) for Patent Notice (4/22/2005) and Paragraph III Certification (2/18/2005) | 5/25/2007 | Plaintiffs | Paragraph III |

## ADMITTED EXHIBITS
## SORTED BY EXHIBIT NUMBER

| | Num | Description | Date Admitted | Admitted by: | Witness |
|---|---|---|---|---|---|
| PX | 1366 | Joseph Coyle's Curriculum Vitae | 5/23/2007 | Plaintiffs | Coyle |
| PX | 1369 | Karen Kauffmann's Curriculum Vitae | 5/23/2007 | Plaintiffs | Kauffman |
| PX | 1372 | Murray Raskind's Curriculum Vitae | 5/23/2007 | Plaintiffs | Raskind |
| PX | 1373 | Marion Stewart's Curriculum Vitae | 5/24/2007 | Plaintiffs | Stewart |
| PX | 1374 | Cozanitis,"Galantamine hydrobromide versus neostigmine," Anaesthesia, 29: 163-68 (1974) (Court marked PX-1374 with the stamp for DX-58 because the articles were duplicates and both numbers were referenced in the transcript) | 5/25/2007 | Plaintiffs | |
| PX | 1397 | Demonstrative: "Skepticism about Galantamine 1993-1995" | 5/23/2007 | Plaintiffs | Davis |
| PX | 1398 | Demonstrative: "Skepticism about Galantamine 1987-1990" | 5/23/2007 | Plaintiffs | Davis |
| PX | 1399 | Demonstrative: "The Cholinergic Synapse" | 5/23/2007 | Plaintiffs | Davis |
| PX | 1400 | Demonstrative: "The Neuroendocrine Window" | 5/23/2007 | Plaintiffs | Davis |
| PX | 1401 | Demonstrative: "Failures of Others Pre 1986" | 5/24/2007 | Plaintiffs | Raskind |
| PX | 1401a | Demonstrative: "The Search for Alzheimer's Treatment up to 2001 | Post-Trial | Defendants | Davis |
| PX | 1402 | Demonstrative: "Razadyne IR has sold over $912.6 Million" | 5/24/2007 | Plaintiffs | Stewart |
| PX | 1403 | Demonstrative: "U.S. Sales of Razadyne IR have grown 18.8% per year | 5/24/2007 | Plaintiffs | Stewart |
| PX | 1404 | Demonstrative: "Per-Day Prices of Razadyne, Aricept, and Excelon" | 5/24/2007 | Plaintiffs | Stewart |
| DX | 58 | Cozanitis,"Galantamine hydrobromide versus neostigmine," Anaesthesia, 29: 163-68 (1974) (Court marked PX-1374 with the stamp for DX-58 because the articles were duplicates and both numbers were referenced in the transcript) | 5/22/2007 | Defendants | Domino |
| DX | 70 | "Galanthamine Hydrobromide: A Longer Acting Anticholinesterase Drug in the Treatment of the Central Effects of Scopolamine (Hyoscine)" by D.A. Cozinitis | 5/21/2007 | Defendants | Levey |
| DX | 71 | "Reversal of Central Anticholinergic Syndrome by Galanthamine" by A. Baraka et al. | 5/21/2007 | Defendants | Levey |
| DX | 74 | Article titled "Neurology and Neurosurgery" | 5/22/2007 | Defendants | Domino |
| DX | 139 | P. Davies and A.J.F. Maloney Letters to the Editor of Lancet: Selective Loss of Central Cholinergic Neurons in Alzheimer's Disease | 5/21/2007 | Defendants | Levey |
| DX | 167 | "Correlation of Cholinergic Abnormalities with Senile Plaques and Mental Test Scores in Senile Dementia" by Perry, et al. | 5/21/2007 | Defendants | Levey |
| DX | 169 | "Clinical Studies with Galanthamine" by M. Rainer | 5/24/2007 | Defendants | Raskind |
| DX | 318 | Janssen Pharmaceutica, Inc. 2001 - 2006 core forecast capacity plan Reminyl | 5/22/2007 | Defendants | Boghigian |
| DX | 345 | Reminyl Forecast Summary with handwritten notes | 5/22/2007 | Defendants | Boghigian |
| DX | 483 | "Medical Management of Dementia" by P.A. Bhasker | 5/21/2007 | Defendants | Levey |

## ADMITTED EXHIBITS
## SORTED BY EXHIBIT NUMBER

| | Num | Description | Date Admitted | Admitted by: | Witness |
|---|---|---|---|---|---|
| DX | 495 | "Human Memory and the Cholinergic System" by D. Drachman et al. | 5/21/2007 | Defendants | Levey |
| DX | 512 | "Impact of Rivastigmine on Costs and on Time Spent in Caregiving for Families of Patients with Alzheimer's Disease" by D. Martin et al. | 5/21/2007 | Defendants | Levey |
| DX | 557 | "Combined Cholinergic precursor treatment and dihydroergotoxine mesylate in Alzheimer's Disease," by N. Pomara et al. | 5/22/2007 | Plaintiffs | Domino |
| DX | 580 | "Donepezil Reduces the Time Caregivers Spend Providing Care: Results of a One-Year, Double-Blind, Randomized Trial in Patients With Mild to Moderate Alzheimer's Disease," by V. Mastey et al. | 5/21/2007 | Defendants | Levey |
| DX | 620 | CV of Harry Boghigian | 5/22/2007 | Defendants | Boghigian |
| DX | 625 | CV Of Allan Levey. M.D., Ph.D. | 5/21/2007 | Defendants | Levey |
| DX | 626 | CV of Edward F. Domino | 5/22/2007 | Defendants | Domino |
| DX | 627 | List of Publications of Edward Domino | 5/22/2007 | Defendants | Domino |
| DX | 629 | Global (excluding Japan) Co-Development, Know-how and Supply Agreement for Galanthamine | 5/24/2007 | Defendants | Stewart |
| DX | 650 | Life Cycle Opportunity(LCO) Plan for Reminyl (galantamine) | 5/22/2007 | Defendants | Boghigian |
| DX | 651 | "Galanthamine for AD" | 5/23/2007 | Defendants | Davis |
| DX | 652 | "Oral Physostigmine in the Treatment of AD," Geriatric Medicine Today, (April 1987) | 5/23/2007 | Defendants | Davis |
| DX | 655 | Razadyne Label | 5/23/2007 | Defendants | Coyle |
| DX | 658 | Letter from Pharma Science to J. Richards (01/27/88) | 5/24/2007 | Defendants | Raskind |
| DX | 1002 | Demonstrative: "Reminyl is not a Commercial Success | Post-Trial | Defendants | Boghigian |
| DX | 1021 | Demonstrative: "Total Annual Prescriptions 2000-2005 | Post-Trial | Defendants | Boghigian |
| DX | 1024 | Demonstrative: "Reminyl Losses" | Post-Trial | Defendants | Boghigian |
| DX | 1107 | Defendants' Demonstrative (with marginalia added by defendants' counsel) | 5/24/2007 | Defendants | Stewart |
| DX | 1200 | Demonstrative: "Background of Alzheimer's Disease and the Cholinergic System" | Post-Trial | Defendants | Levey |
| DX | 1233 | Demonstrative: "Background of Alzheimer's Disease and the Cholinergic System" | Post-Trial | Defendants | Levey |
| DX | 1282 | Demonstrative: "Cholinergic Treatment Approaches | Post-Trial | Defendants | Domino |