# PHILLIPS, GOLDMAN & SPENCE, P. A.

JOHN C. PHILLIPS, JR
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN, III
BRIAN E. FARNAN
DAVID A. BILSON*
MELISSA E. CARGNINO

*PENNSYLVANIA BAR ONLY

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH, DE 19971
(302) 226-4200
(302) 226-1205 (F)

Wilmington

REPLY TO: _____

June 25, 2007

**VIA HAND DELIVERY**

Ms. Francesca Tasson
Courtroom Deputy to
The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801



FILED
JUN 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: '318 Patent Infringement Litigation (consolidated)
C.A. No. 05-536 (SLR)

Dear Ms. Tasson:

I write to you regarding Defendants' trial exhibits. Please find enclosed hard copies of DX 169, DX 629, DX 655 and DX 658. Defendants' list of demonstrative exhibits to be admitted are also enclosed and include DX 1002, 1021, 1024, 1107, 1200, 1233, and 1282. Both parties have agreed that these exhibits have been admitted.

Sincerely,

JOHN C. PHILLIPS, JR. (DE Bar #110)

JCP:tlb
Enclosures
cc: Steven J. Balick, Esquire (w/enc.)
    Frederick L. Cottrell, III, Esquire (w/enc.)
    Alan Bernstein, Esquire (w/enc.)
    Lynn Ulrich, Esquire (w/enc.)
    Kurt Calia, Esquire (w/enc.)