# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

394

July 16, 2007

Ms. Francesca Tassone
Courtroom Deputy to The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

**HAND DELIVERY**



FILED
JUL 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re:   *In re '318 Patent Infringement Litigation*,
       <u>Civil Action No. 05-356-SLR (Consolidated)</u>

Dear Francesca:

   In response to your June 28, 2007 email in the above-referenced matter, I provide the following response on behalf of the parties:

   1.   Enclosed is PX 1401a. Please let us know if any other trial exhibits are missing.

   2.   The parties do not believe that any portion of the trial exhibit list needs to be redacted. The trial exhibit descriptions do not themselves contain sufficient confidential information to warrant doing so.

   We would be pleased to answer any questions in connection with the trial record.

Very truly yours,

*/s/ Steven J. Balick*

Steven J. Balick

SJB/dmf
Enclosure
182323.1

c:   John C. Phillips, Jr., Esquire (by hand and via electronic mail; w/enc.)
     Lynn M. Ulrich, Esquire (via electronic mail; w/enc.)
     Frederick L. Cottrell, III, Esquire (by hand and via electronic mail; w/enc.)
     Alan H. Bernstein, Esquire (via electronic mail; w/enc.)
     George F. Pappas, Esquire (via electronic mail; w/enc.)
     Edward V. Filardi, Esquire (via electronic mail; w/enc.)