AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

IN RE: '318 Patent Infringement Litigation

V.

**EXHIBIT AND WITNESS LIST**

Case Number: 05-356-SLR

| PRESIDING JUDGE Sue L. Robinson | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) 5/21/07-5/25/07 | COURT REPORTER V. Gunning/ L. Dibbs | COURTROOM DEPUTY F. Tassone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 625 | 5/21/07 | | YES | CV of Dr. Allan I. Levey, M.D., Ph.D. (Levey) |
| 1 | | 5/21/07 | | YES | U.S. Patent '318 (Levey) |
| | 495 | 5/21/07 | | YES | "Human Memory and the Cholinergic System: A Relationship to Aging?" D. Drachman, et al. |
| | 139 | 5/21/07 | | YES | "Selective Loss of Central Cholinergic Neurons in Alzheimer's Disease" P. Davies, et al. (Levey) |
| | 167 | 5/21/07 | | YES | "Correlation of cholinergic abnormalities with senile plaques and mental..." Elaine K. Perry, et al |
| 1200 | | 5/21/07 | | YES | "Physostigmine in Alzheimer's Disease" Christine M. Smith and Michael Swash (Levey) |
| 763 | | 5/21/07 | | YES | "Enhancement of Memory Processes in Alzheimer's Disease with..." K. Davis and R. Mohs |
| 1205 | | 5/21/07 | | YES | "Memory Enhancement with Oral Physostigmine in Alzheimer's Disease" L. Thal and P. Fuld |
| 699 | | 5/21/07 | | YES | "Oral Physostigmine Treatment of Patients with Alzheimer's Disease" R. Mohs, et al. (Levey) |
| 711 | | 5/21/07 | | YES | "Use of THA in Treatment of Alzheimer-Like Dementia: Pilot Study ..." W. Summers, et al. |
| 727 | | 5/21/07 | | YES | "The Cholinergic Treatment Strategy in Aging and Senile Dementia" C. Johns, K. Davis, et al. |
| 752 | | 5/21/07 | | YES | "Alzheimer's Disease: Clinical Features, Pathogenesis, and Treatment" K. Rathmann, C. Conner |
| 1181 | | 5/21/07 | | YES | "Nivalin and its Curative Effect upon Diseases of the Nervous System", K. G. Pernov (Levey) |
| 744 | | 5/21/07 | | YES | "Restoration of higher cortical function following local brain damage" A.R. Luria, et al. (Levey) |
| | 71 | 5/21/07 | | YES | "Reversal of Central Anticholinergic Syndrome by Galanthamine" A. Baraka, S. Harik (Levey) |
| | 70 | 5/21/07 | | YES | "Galanthamine Hydrobromide, a Longer Acting Anticholinesterase Drug..." D.A. Cozanitis |
| 743 | | 5/21/07 | | YES | "Navilin: Application in Rehabilitation Treatment of ..." D. Daskalov and A. Atanassov (Levey) |
| | 483 | 5/21/07 | | YES | "Medical Management of Dementia" P.A. Bhasker (Levey) |
| | 580 | 5/21/07 | | YES | "Donepezil Reduces the Time Caregivers Spend Providing Care:..." V. Mastey, et al. (Levey) |
| | 512 | 5/21/07 | | YES | "Impact of Rivastigmine on Costs and on the Time Spent in Caregiving..." D. Marin, et al. |
| 653 | | 5/21/07 | | YES | "The Cholinergic Hypothesis of Geriatric Memory Dysfunction" R. Bartus, et al. (Levey) |
| 632 | | 5/21/07 | | YES | "The Cholinergic Hypothesis: A Historic Overview, Current Perspective,..." R. Bartus, et al. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| IN RE:'318 PATENT INFRINGEMENT LITIGATION | | vs. | | | CASE NO. 05-356-SLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 214 |  | 5/21/07 |  | YES | "Cholinergic therapies in Alzheimer's disease" M. Siddiqui and A. Levey (Levey) |
| 1223 |  | 5/21/07 |  | YES | "Differential Alterations in Muscarinic Receptor Subtypes... Flynn, et al. (Levey) |
| 1339 |  | 5/21/07 |  | YES | "A Comparative Study of Galanthamine hydrobromide..."D.A. Cozanitis and E. Toivakka |
| 1350 |  | 5/21/07 |  | YES | E.A.Stojanov (1965): European Trends in Anesthesiology (O Mayerhofer, ed,)...   (Levey) |
| 756 |  | 5/21/07 |  | YES | "Galanthamine: Another Look at an Old Cholinesterase Inhibitor" E. Domino (Levey) |
| 1228 |  | 5/21/07 |  | YES | "Muscarinic acetylcholine receptor expression in memory circuits: ..." A. Levey (Levey) |
|  | 626 | 5/22/07 |  | YES | CV of Edward F. Domino (Domino) |
|  | 627 | 5/22/07 |  | YES | List of Publications of Edward F. Domino (Domino) |
|  | 74 | 5/22/07 |  | YES | "Neurology and Neurosurgery" H. Adms, et al. (Domino) |
| 1215 |  | 5/22/07 |  | YES | Pages from The Merck Index Tenth Addition (Domino) |
| 1148 |  | 5/22/07 |  | YES | "Perspectives-Neurotransmitter Deficits in Alzheimer's Disease. Criteria..." Greenwald, et al. |
| 19 |  | 5/22/07 |  | YES | "Therapeutic Progress-Review XVII Alzheimer's Disease," Kendall, et al. (Domino) |
| 633 |  | 5/22/07 |  | YES | "Cholinesterase Inhibitors Do More Than Inhibit Cholinesterase, " Giacobini (Domino) |
| 654 |  | 5/22/07 |  | YES | "Effects of Metrifonate on Cognitive Decline in Alzheimer Disease:..." Becker, et al. (Domino) |
| 716 |  | 5/22/07 |  | YES | "Progress in studies of huperzine A, a natureal cholinesterase inhibitor..." Wang, et al. |
|  | 557 | 5/22/07 |  | YES | "Combined cholinergic precursor treatment and dihydroergotoxine..." Pomara, et al. (Domino) |
| 153 |  | 5/22/07 |  | YES | "Galanthamine: An Old Cholinesterase Inhibitor Revisited"  Domino, E.F. (Domino) |
| 1374 | 58 | 5/22/07 |  | YES | "Galanthamine hydrobromide versus neostigmine, A plasma cortisol study..." Cozanitis |
|  | 620 | 5/22/07 |  | YES | CV of Harry C. Boghigian (Boghigian) |
| 792 |  | 5/22/07 |  | YES | Letter to Wagner-Weber from Stockbridge  (Boghigian) |
|  | 650 | 5/22/07 |  | YES | Life Cycle Opportunity (LCO) Plan   (Boghigian) |
| 307 |  | 5/22/07 |  | YES | Marketing Power Point Presentation  (Boghigian) |

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| IN RE:'318 PATENT INFRINGEMENT LITIGATION | | vs. | | | CASE NO. 05-356-SLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 314 | | 5/22/07 | | YES | 2001 Business Plan Summary (Boghigian) |
| 312 | | 5/22/07 | | YES | 2002 Business Plan Summary (Boghigian) |
| 295 | | 5/22/07 | | YES | 2003 Strategic Plan (Boghigian) |
| 618 | | 5/22/07 | | YES | 2003 Tactical Plan (Boghigian) |
| | 345 | 5/22/07 | | YES | Reminyl Forecast Summary with handwritten notes (Boghigian) |
| 932 | | 5/22/07 | | YES | 2005 Brand Plan and 2005 Tactical Plan (Boghigian) |
| 315 | | 5/22/07 | | YES | Sales Forecast (Boghigian) |
| 794 | | 5/22/07 | | YES | Forecast - Spring 2000 (Boghigian) |
| | 318 | 5/22/07 | | YES | Core Forecast (Boghigian) |
| 310 | | 5/22/07 | | YES | Core Forecast 2001 August Update (Boghigian) |
| 793 | | 5/22/07 | | YES | 2003 Strategic Plan (Boghigian) |
| 295 | | 5/22/07 | | | ALREADY ADMITTED ABOVE (Boghigian) |
| | 632 | 5/22/07 | - | | Exhibit 2 of expert report (Boghigian) |
| 311 | | 5/22/07 | | YES | Gross Sales/Net Sales (Boghigian) |
| | 648 | 5/22/07 | - | | Exhibit 7 of expert report (Boghigian) |
| 785 | | 5/22/07 | | YES | Development Costs (Boghigian) |
| 804 | | 5/22/07 | - | | Exhibit 3, Dr. Stewart's Report (Boghigian) |
| 926 | | 5/22/07 | | YES | Record of FDA Contact (Boghigian) |
| 984 | | 5/22/07 | | YES | Letter to Katz from Chianese (Boghigian) |
| 329 | | 5/22/07 | | YES | License Agreement (Boghigian) |
| | 629 | 5/22/07 | id | | (Boghigian) |
| 829 | | 5/22/07 | | YES | "Galanthamine hydrobromide versus neostigmine" D.A. Cozanitis (Davis) |
| 121 | | 5/22/07 | | YES | Letter to Cozanitis from Davis (Davis) |

Page 3 of 8 Pages

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST -- CONTINUATION**

| IN RE: '318 PATENT INFRINGEMENT LITIGATION | | vs. | | | CASE NO. 05-356-SLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 122 | | 5/22/07 | | YES | Letter to Davis from Cozanitis 10/8/80 (Davis) |
| 123 | | 5/22/07 | | YES | Letter to Dr. Eng. St. Jordanov from Davis 3/16/83 (Davis) |
| 14 | | 5/22/07 | | YES | Amendment After Non-Final Rejection and Applicant Arguments/Remarks made in an Amendmnt |
| 2 | | 5/22/07 | | YES | Prosecution History (Davis) |
| 831 | | 5/22/07 | | YES | Letter dated 7/7/87 to Davis from Coyle (Davis) |
| 117 | | 5/22/07 | | YES | "A Long-Acting Cholinesterase Inhibitor Reverses Spatial Memory..." Sweeney, et al. (Davis) |
| 1397 | | 5/23/07 | | YES | Skepticism about Galantamine (Davis) |
| 586 | | 5/23/07 | | YES | Letter to Davis from Pollack dated 9/15/87 (Davis) |
| 596 | | 5/23/07 | | YES | Letter to Davis from Cressman dated 2/3/88 (Davis) |
| 526 | | 5/23/07 | | YES | Letter to Davis from Kitano dated 2/3/89 (Davis) |
| 119 | | 5/23/07 | | YES | Letter to Davis from King dated 12/21/89 (Davis) |
| 173 | | 5/23/07 | | YES | Letter to Davis from Blume dated 4/13/90 (Davis) |
| 305 | | 5/23/07 | | YES | License Agreement (Davis) |
| 467 | | 5/23/07 | | YES | Letter to Intelligen Corporation from Watson dated 11/10/93 (Davis) |
| 833 | | 5/23/07 | | YES | Letter from Ursula Hartung to P. Dal Bianco (Davis) |
| 1398 | | 5/23/07 | | YES | Skepticism about Galantamine (Davis) |
| 518 | | 5/23/07 | | YES | Letter to Davis from Rausseau dated 8/11/94 (Davis) |
| 1399 | | 5/23/07 | | YES | The Cholinergic Synapse (Davis) |
| 1400 | | 5/23/07 | | YES | The Neuroendocrine Window (Davis) |
| | 652 | 5/23/07 | | YES | "Oral Physostigmine in the Treatment of Alzheimer's Disease", Hollander, et al. (Davis) |
| 558 | | 5/23/07 | | YES | Letter to Gagne from Davis dated 10/4/87 (Davis) |
| | 651 | 5/23/07 | | YES | "Galanthamine for Alzheimer's Disease" (Davis) |
| 595 | | 5/23/07 | | YES | Letter to Cressman from Davis dated 12/29/87 (Davis) |
| 491 | | 5/23/07 | | YES | Letter ro Davis from Johnson dated 8/11/88 (Davis) |

Page  4  of  8  Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| IN RE: '318 PATENT INFRINGEMENT LITIGATION | | vs. | | | CASE NO. 05-356-SLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 129 | | 5/23/07 | | YES | Fax to Davis from Gamzu 12/7/93 (Davis) |
| 1061 | | 5/23/07 | | obj/YES | Letter to Enna from Davis dated 2/24/89 (Davis) |
| 1366 | | 5/23/07 | | YES | CV of Joseph T. Coyle, M.D. (Coyle) |
| 663 | | 5/23/07 | | YES | "Alzheimer's Disease: A Disorder of Cortical Cholinergic Innervation" Coyle, et al. (Coyle) |
| 719 | | 5/23/07 | | YES | "Activation of neurotransmitters in the brain: strategies in the treatment..." R.J. Wurtman (Coyle) |
| 1308 | | 5/23/07 | | YES | "Reversal of Lesion-Induced Swim Maze Deficits With A Central..." J.E. Sweeney, et al. (Coyle) |
| 1156 | | 5/23/07 | | YES | "Effects of different doses of galanthamine, a long-acting..." Joanne E. Sweeney, et al. (Coyle) |
| 942 | | 5/23/07 | | YES | Sweeney, Bachman and Coyle: "The effects of different does of galanthamine, ..."(Coyle) |
| 680 | | 5/23/07 | | YES | "Brain levels and acetylcholinesterase inhibition with galantamine..." Geerts, et al. (Coyle) |
| 706 | | 5/23/07 | | YES | "The Cognitive Benefits of Galantamine Are Sustained for at Least 36 Months" Raskind, et al. |
| 1296 | | 5/23/07 | | YES | Letter to Wagner-Weber from Stockbridge (Coyle) |
| 1297 | | 5/23/07 | | YES | Letter to Stockbridge from Wagner-Weber dated 4/3/01 (Coyle) |
| | 655 | 5/23/07 | | YES | Label for Razadyne (Coyle) |
| 1369 | | 5/23/07 | | YES | CV of Karen S. Kauffman, PhD, CRNP, BC(Kauffman) |
| 1372 | | 5/23/07 | | YES | CV of Raskind, M.D. (Raskind) |
| 1321 | | 5/23/07 | | YES | Progress Report on Alzheimer Disease: Volume III (Raskind) |
| 1122 | | 5/23/07 | | YES | "FDA Antidementia Drug Assessment Symposium" (transcript) (Raskind) |
| 631 | | 5/23/07 | | YES | "Survey of Treatment Attempts in Senile Dementia of the Alzheimer Type" Hollister (Raskind) |
| 714 | | 5/23/07 | | YES | "Clinical strategies in the treatment of Alzheimer's disease" Swaab and Fliers (Raskind) |
| 1401 | | 5/23/07 | | YES | The Search for An Alzheimer's Treatment Pre -1986(Raskind) |
| 213 | | 5/23/07 | | YES | "Treatment of Alzheimer's disease: new outlooks for the future" D. Drachman (Raskind) |
| 704 | | 5/24/07 | | YES | "Galantamine in AD - A 6 month randomized, placebo-controlled..." Raskind, et al. Raskind) |
| | 658 | 5/24/07 | | YES | Letter from Pharma Science to J. Richards (1/27/88) Raskind) |
| 670 | | 5/24/07 | | YES | "Oral Physostigmine in Alzheimer's Disease" K. Davis, et al. (Raskind) |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| IN RE: '318 PATENT INFRINGEMENT LITIGATION | | vs. | | | CASE NO. 05-356-SLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|  | 169 | 5/24/07 |  | YES | "Clinical Studies with Galanthamine" by M. Rainer (Raskind) |
| 698 |  | 5/24/07 |  | YES | "Clinical Studies of the Cholinergic Deficit in Alzheimer's Disease" Mohs, et al. (Raskind) |
| 1373 |  | 5/24/07 |  | YES | CV of Stewart (Stewart) |
| 297a |  | 5/24/07 |  | YES | Razadyne Marketing Contribution (YTD-Aug-06) (Stewart) |
| 311 |  | 5/24/07 |  |  | ALREADY ADMITTED (Stewart) |
| 805 |  | 5/24/07 |  | YES | Updated Exhibit 5A to Surrebuttal Expert Report of Marion B. Stewart(Stewart) |
| 1285 |  | 5/24/07 |  | YES | Updated Exhibit 4 of the Surrebuttal Report of Marion Stewart (Stewart) |
|  | 629 | 5/24/07 |  | YES | Global (excluding Japan) Co-Development, Know-how and Supply Agreement for ... (Stewart) |
| 992 |  | 5/24/07 |  | YES | WAC Unit Price and Price Per Day for REM/RAZ (Stewart) |
| 953 |  | 5/24/07 |  | YES | Special Report: "First and Only 1-year Results Reminyl v. Aricept"(Stewart) |
|  | 1101 | 5/24/07 |  | obj/NO | (Stewart) |
|  | 1100 | 5/24/07 |  | obj/NO | (Stewart) |
| 803 |  | 5/24/07 |  | YES | "Commercial Success: Economic Princiiples Applied to Patent Litigation," J. David & M. Stewart |
|  | 422 | 5/24/07 | - |  | Expert Report of Marion Stewart (Stewart) |
| 1290 |  | 5/24/07 | - |  | Exhibit 8 to Report (Stewart) |
|  | 1107 | 5/24/07 |  | YES | Demonstrative (Stewart) |
| 1402 |  | 5/24/07 |  | YES | Demonstrative (Stewart) |
| 1403 |  | 5/24/07 |  | YES | Demonstrative (Stewart) |
| 1404 |  | 5/24/07 |  | YES | Demonstrative (Stewart) |
| 658 |  | 5/25/07 |  | YES | Blass, J.P. et al., "Randomized, Double-Blind, Placebo-Controlled Study to Evaluate... |
| 810 |  | 5/25/07 |  | YES | Paragraph III Certification concerning U.S. Patent '318 |
| 1364 |  | 5/25/07 |  | YES | Declaration of Authenticity of Sadic Ciganek |
| 1365 |  | 5/25/07 |  | YES | Declaration of Authenticiry of Brendan Magrab |

AO 187A (Rev. 7/87)         **EXHIBIT AND WITNESS LIST – CONTINUATION**

| IN RE: '318 PATENT INFRINGEMENT LITIGATION | | vs. | | | CASE NO. 05-356-SLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 1248 | | 5/25/07 | | YES | Par Pharmaceutical, Inc.'s amendment of ANDA 77-604 withdrawing its Paragraph IV... |
| 1246 | | 5/25/07 | | YES | Affidavit of Authenticity of Paragraph III Certification Letter, from Ranbaxy Laboratories, Inc. |
| 1245 | | 5/25/07 | | YES | Declaration of Authenticity of Paragraph III Certification Letter, from Roxane Laboratories, Inc. |
| 812 | | 5/25/07 | | YES | Sandoz Inc.'s Paragraph III Certification for U.S. Patent '318 |
| 818 | | 5/25/07 | | YES | Paragraph III certification form ANDA 77-592 |
| 820 | | 5/25/07 | | YES | Paragraph III Certification for U.S. Patent No. '318 |
| 323 | | 5/25/07 | | YES | Letter to Davis from Abou-Gharbia dated 5/19/88 (Abou-Gharbia) |
| 324 | | 5/25/07 | | YES | Letter to Abou-Gharbia from Davis dated 4/29/88 (Abou-Gharbia) |
| 325 | | 5/25/07 | | YES | Letter to Davis from McGeehan dated 4/8/94 (Abou-Gharbia) |
| 326 | | 5/25/07 | | YES | Letter to Davis from McGeehan dated 11/29/94 (Abou-Gharbia) |
| 327 | | 5/25/07 | | YES | Non-Disclosure Agreement (Abou-Gharbia) |
| 596 | | 5/25/07 | | YES | Letter to Davis from Cressman dated 2/3/88 (ALREADY ADMITTED ON 5/23/07) |
| 95 | | 5/25/07 | | YES | Memorandum to Mylan Laboratories (Blume) |
| 1069 | | 5/25/07 | | YES | Letter to Davis from King dated 9/30/87 (King) |
| 272 | | 5/25/07 | | YES | Emails 9/1/03 (Spencer) |
| | 1400 | 5/25/07 | id | | Deposition of Michael Rainer |
| 1247 | | 5/25/07 | | YES | Stipulation Regarding Ivax (and its Paragraph III Certification) |
| 811 | | 5/25/07 | | YES | Declaration of Authenticity executed by Sadie Ciganek and Eon Labs, Inc.'s Paragraph III ... |
| | 1002 | post trial | | YES | Demonstrative |
| | 1021 | post trial | | YES | Demonstrative |
| | 1024 | post trial | | YES | Demonstrative |
| | 1107 | post trial | | YES | Demonstrative |
| | 1200 | post trial | | YES | Demonstrative |

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| IN RE: '318 PATENT INFRINGEMENT LITIGATION | | | | vs. | | CASE NO. 05-356-SLR |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 1233 | post trial | | YES | Demonstrative | |
| | 1282 | post trial | | YES | Demonstrative | |
| 1401a | | post trial | | YES | Demonstrative | |

Page 8 of 8 Pages