200.   M.B. Robinson, R.D. Blakely and J.T. Coyle.  Quisqualate selectively inhibits a brain peptidase which cleaves N-acetyl-L-aspartyl-L-glutamate *in vitro*.  Eur. J. Pharmacol. 130:345-347, 1986.

201.   M.D. Bunsey, P.R. Sanberg and J.T. Coyle.  Topography of locomotor behaviour in the chick.  Bird Behaviour 6:93-96, 1986.

202.   J.M.H. ffrench-Mullen, T.H. Murphy, J.T. Coyle and R.S. Fisher.  Dicarboxylic amino acids block epileptiform activity in rat hippocampal slice.  Epilepsia 27:678-686, 1986.

203.   M.L. Batshaw, S.L. Hyman, E. D. Mellits, G.H. Thomas, R. DeMuro and J.T. Coyle.  Behavioral and neurotransmitter changes in the urease-infused rat: a model of congenital hyperammonemia.  Pediatr. Res. 20:1310-1315, 1986.

204.   J. Ferkany and J.T. Coyle.  Heterogeneity of sodium-dependent excitatory amino acid uptake mechanisms in rat brain.  J. Neurosci. Res.16:491-503, 1986.

205.   R. Zaczek, A. Markle, M. Balm and J.T. Coyle.  A simple method for quantitative electroencephalographic assessment of drugs with convulsant and anticonvulsant properties.  J. Neurosci. Methods 18:351-360, 1986.

206.   R. Zaczek, S. Arlis, A. Markl, T. Murphy, H. Drucker and J.T. Coyle.  Characteristics of chloride-dependent incorporation of glutamate into brain membranes argue against a receptor binding site.  Neuropharmacology 26:281-287, 1987.

207.   R.D. Blakely, L. Ory-Lavollee, R. Grzanna, K.J. Koller and J.T. Coyle.  Selective immunocytochemical staining of mitral cells in rat olfactory bulb with affinity purified antibodies against N-acetyl-aspartyl-glutamate.  Brain Res.402:373-378, 1987.

208.   L. Ory-Lavollee, R.D. Blakely and J.T. Coyle.  Neurochemical and immunocytochemical studies on the distribution of N-Acetyl-Aspartylglutamate and N-Acetyl-Aspartate in rat spinal cord and some peripheral nervous tissues.  J. Neurochem.48:895-899, 1987.

209.   M.D. Saltarelli, P.R. Lowenstein and J.T. Coyle.  Rapid *in vitro* modulation of [3H]Hemicholinium-3 binding sites in rat striatal slices.  Eur. J. Pharmacol.135:35-40, 1987.

210.   P.R. Lowenstein, P.A. Slesinger, H.S. Singer, L.C. Walker, M.F. Casanova,

D.L. Price and J.T. Coyle. An autoradiographic study of the development of [3H]Hemicholinium-3 binding sites in human and baboon basal ganglia: a marker
for the sodium dependent high affinity choline uptake system. Dev. Brain Res. 34:291-297, 1987.

211. P.R. Sanberg, M.A. Henault, T.H. Moran, P.G. Antuono and J.T. Coyle. The development of daytime rearing behavior in methylazoxymethanol-treated rats: methodological considerations. Behav. Brain Res. 25:97-100, 1987.

212. R.H. Reeves, N.K. Robakis, M.L. Oster-Granite, H.M. Wisniewski, J.T. Coyle and J.D. Gearhart. Genetic linkage in the mouse of genes involved in Down Syndrome and Alzheimer's Disease in man. Molecular Brain Research 2:215-221,
1987.

213. R. Zaczek, M. Balm, S. Arlis, H. Drucker and J.T. Coyle. Quisqualate sensitive, chloride dependent transport of glutamate into rat brain synaptosomes. J. Neurosci. Res. 18-425-431, 1987.

214. R.D. Blakely, L. Ory-Lavollee and J.T. Coyle. Specific alterations in the levels of
N-Acetyl-Aspartyl-Glutamate in the nervous system of the dystrophic mouse. Neurosci. Lett.79:223-228, 1987.

215. D.J. Braitman and J.T. Coyle. Inhibition of [3H]kainic acid receptor binding by divalent cations correlates with ion affinity for the calcium channel. Neuropharmacology 26:1247-1251, 1987.

216. C.F. Hohmann, G.L. Wenk, P. Lowenstein, M.E. Brown and J.T. Coyle. Age-related recurrence of basal forebrain lesion-induced cholinergic deficits. Neurosci.
Lett. 82:253-259, 1987.

217. G. Forloni, R. Grzanna, R.D. Blakely, and J.T. Coyle. Co-localization of N-Acetyl-Aspartyl-Glutamate in central cholinergic, noradrenergic and serotonergic
neurons. Synapse 1:455-460, 1987.

218. M.B. Robinson, R.D. Blakely, R. Couto and J.T. Coyle. Hydrolysis of the brain dipeptide N-Acetyl-L-Aspartyl-L-Glutamate: identification and characterization of a novel N-Acetylated-Alpha-linked Acidic dipeptidase activity from rat brain. J. Biol. Chem. 262:14498-14506, 1987.

219. J.D. Gearhart, M.L. Oster-Granite, R.H. Reeves and J.T. Coyle. Developmental

consequences of autosomal aneuploidy in mammals. Dev. Genet. 8:249-265, 1987.

220. M.D. Saltarelli, G.L. Forloni, M.L. Oster-Granite, J.D. Gearhart and J.T. Coyle. Neurochemical characterization of embryonic brain development in Trisomy 19 (TS19) mice: implications of selective deficits observed for abnormal neural development in aneuploidy. Dev. Genet. 8:267-279, 1987.

221. P.T. Joshi, J.A. Capozzoli and J.T. Coyle. Low dosage neuroleptic therapy for childhood onset pervasive developmental disorder. Am. J. Psychiat.ry 145:335-338, 1988.

222. T.H. Murphy, A.T. Malouf, A. Sastre, R.L. Schnaar and J.T. Coyle. Calcium dependent glutamate cytotoxicity in a neuronal cell line. Brain Res. 444:325-332, 1988.

223. R.D. Blakely, M.B. Robinson, R.C. Thompson and J.T. Coyle. Hydrolysis of the brain dipeptide N-Acetyl-L-Aspartyl-L-Glutamate (NAAG): subcellular and regional distribution, ontogeny, and the effect of lesions on N-acetylated-alpha-linked acidic dipeptidase activity. J. Neurochem. 50:1200-1209, 1988.

224. M.L. Batshaw, S.L. Hyman, J.T. Coyle, M.B. Robinson, I.A. Qureshi, E.D. Mellits and S. Quaskey. Effect of sodium benzoate and sodium phenylacetate on brain serotonin turnover in the ornithine ranscarbamylase-deficient sparse-fur mouse. Pediatr. Res. 23:368-374, 1988.

225. P.A. Slesinger, P.R. Lowenstein, H.S. Singer, L.C. Walker, M.F. Casanova, D.L. Price and J.T. Coyle. The development of $B_1$ and $B_2$ adrenergic receptors in baboon brain: An autoradiographic study using [$^{125}$I]Iodocyanopindolol. J. Comp. Neurol. 273:318-329, 1988.

226. K. Yamada, M.D. Saltarelli, and J.T. Coyle. Solubilization and characterization of the [$^3$H]Hemicholinium-3 binding site in rat brain. J. Neurochem. 50:1759-1764, 1988.

227. C. Bendotti, G.L. Forloni, R.A. Morgan, M.L. Oster-Granite, R.H. Reeves, J.D. Gearhart and J.T. Coyle. Neuroanatomical localization and quantification of cerebrovascular amyloid peptide RNA following in situ hybridization in the brains of normal, aneuploid, and experimentally lesioned mice. Proc. Natl. Acad Sci. U.S.A. 85:3628-3632, 1988.

228. A.S. Guarda, M.B. Robinson, L. Ory-Lavollée, G.L. Forloni, R.D. Blakely and J.T. Coyle. Quantitation of N-Acetyl-Aspartyl-Glutamate in microdissected brain

32

nuclei and peripheral tissues: findings with a novel liquid phase radioimmunoassay.  Molecular Brain Research 3:223-232, 1988.

229.    C.F. Hohmann and J.T. Coyle.  Long-term effects of basal forebrain lesions on cholinergic, noradrenergic and serotonergic markers in mouse neocortex.  Brain Res. Bull. 21:13-20, 1988.

230.    J.S. Sweeney, C.F. Hohmann, T.H. Moran and J.T. Coyle.  A long-acting cholinesterase inhibitor reverses spatial memory deficits in mice.  Pharmacol. Biochem. Behav. 31:141-147, 1988.

231.    C.F. Hohmann, A.R. Brooks and J.T. Coyle.  Neonatal lesions of the basal forebrain cholinergic neurons result in abnormal cortical development.  Dev. Brain Res. 42:253-264, 1988.

232.    R.D. Blakely, M.B. Robinson, A.S. Guarda and J.T. Coyle.  A re-examination of the interaction of N-Acetyl-L-Aspartyl-L-Glutamate with a subpopulation of rat brain membrane L-[3H]Glutamate binding sites.  Eur. J. Pharmacol. 151:419-426, 1988.

233.    R.T. Robertson, C.F. Hohmann, J.L. Bruce and J.T. Coyle.  Neonatal enucleations reduce specific activity of acetylcholinesterase but not choline acetyltransferase in developing rat visual cortex.  Dev. Brain Res. 39:298-302, 1988.

234.    K. Yamada, M.D. Saltarelli and J.T. Coyle.  Involvement of Phospholipase $A_2$ in the regulation of $[^3H]$Hemicholinium-3 binding.  Biochem. Pharmacol. 37:4367-4373, 1988.

235.    M.D. Saltarelli, J. Lopez, P.R. Lowenstein and J.T. Coyle.  The role of calcium in the regulation of [3H]Hemicholinium-3 binding sites in rat brain.  Neuropharmacology 27:1301-1308, 1988.

236.    T.H. Murphy, R.L. Schnaar, J.T. Coyle and A. Sastre.  Glutamate cytotoxicity in a neuronal cell line is blocked by membrane depolarization. Brain Res. 460:155-160, 1988.

237.    R. Kurlan, D. Goldblatt, R. Zaczek, K. Jeffries, C. Irvine, J.T. Coyle and I. Shoulson.  Cerebrospinal fluid homovanillic acid and Parkinsonism in Huntington's Disease. Ann. Neurol. 24:282-284, 1988.

238.    R. Kurlan, E. Caine, A. Rubin, C. Nemeroff, G. Bissette, R. Zaczek, J.T. Coyle, F.J. Spielman, C. Irvine, and I. Shoulson.  Cerebrospinal fluid correlates of depression in Huntington's Disease. Arch. Neurol. 45:881-883, 1988.

239.    M.B. Robinson and J.T. Coyle.  Glutamate and related acidic excitatory
        neurotransmitters:  from basic science to clinical application.  FASEB J, 1:446-455,
        1987.

240.    C.F. Hohmann, R. Hamon, M.L. Batshaw and J.T. Coyle.  Transient postnatal
        elevation of serotonin levels in mouse neocortex.  Dev. Brain Res.43:163-166,
        1988.

241.    B.F. O'Hara, C. Bendotti, R.H. Reeves, M.L. Oster-Granite, J.T. Coyle and J.D.
        Gearhart.  Genetic mapping and analysis of somatostatin expression in Snell
dwarf
        mice.  Mol. Brain Res. 4:283-292, 1988.

242.    G. Tsai, G. Forloni, M.B. Robinson, B.L. Stauch and J.T. Coyle.  Calcium-
        dependent evoked release of N-[3H]Acetylaspartylglutamate from the optic pathway.
        J. Neurochem. 51:1956-1959, 1988.

243.    G. Forloni, K. Blake, C.H. Hohmann and J.T. Coyle.  The postnatal expression of
        acetylcholinesterase in somatostatin-positive cells of mouse hippocampus.
        Developmental Brain Research 48:73-85, 1989.

244.    J.E. Sweeney, C.F. Hohmann, M.L. Oster-Granite and J.T. Coyle.  Neurogenesis
        of the basal forebrain in euploid and trisomy 16 mice: an animal model for
        developmental disorders in Down Syndrome.  Neuroscience 31:413-425, 1989.

245.    B.L. Stauch, M.B. Robinson, G. Forloni, G. Tsai and J.T. Coyle.  The effects of
        NAALADase inhibitors on [3H]NAAG catabolism in vivo.  Neurosci. Lett.
        100:295-300, 1989.

246.    M. Miyamoto, S. Narumi, A. Nagaoka and J.T. Coyle.  Effects of continuous
        infusion of cholinergic drugs on memory impairment in rats with basal forebrain
        lesions.  J. Pharmacol. Exp. Ther. 248:825-835, 1989.

247.    K. Yamada, M.D. Saltarelli and J.T. Coyle.  Specificity of the activation of
        [$^3$H]Hemicholinium-3 binding by phospholipase $A_2$.  J. Pharmacol. Exp. Ther.
        249:836-842, 1989.

248.    T.H. Murphy, M. Miyamoto, A. Sastre, R.L. Schnaar and J.T. Coyle.  Glutamate
        toxicity in a neuronal cell line involves inhibition of cystine transport leading to
        oxidative stress.  Neuron 2:1547-1558, 1989.

249.    P.R. Lowenstein, P.A. Slesinger, H.S. Singer, L.C. Walker, M.F. Casanova, L.S.
        Raskin, D.L. Price and J.T. Coyle.  Compartment specific changes in the density of
        choline and dopamine uptake sites and muscarinic and dopaminergic receptors
        during the development of the baboon striatum:  a quantitative receptor
        autoradiographic study.  J. Comp. Neurol. 288:428-446, 1989.

250.    M. Miyamoto, T.H. Murphy, R.L. Schnaar and J.T. Coyle. Antioxidants protect against glutamate-induced cytotoxicity in a neuronal cell line. J. Pharmacol. Exp. Ther. 250:1132-1140, 1989.

251.    J.E. Sweeney, P.S. Puttfarcken and J.T. Coyle. Galanthamine, an acetylcholinesterase inhibitor: a time course of the effects on performance and neurochemical parameters in mice. Pharmacol. Biochem. Behav. 34:129-137, 1989.

252.    J.L. Meyerhoff, M.B. Robinson, M.A. Bixler, S.S. Richards and J.T. Coyle. Seizures decrease regional enzymatic hydrolysis of N-acetyl-aspartylglutamate in rat brain. Brain Res. 505:130-134, 1989.

253.    W. Ma, C.F. Hohmann, J.T. Coyle and S. L. Juliano. Lesions of the basal forebrain alter stimulus-evoked metabolic activity in mouse somatosensory cortex. J. Comp. Neurol. 288:414-427, 1989.

254.    M.D. Saltarelli, K. Yamada and J.T. Coyle. Phospholipase $A_2$ and [$^3$H]Hemicholinium-3 binding sites in rat brain: a potential second messenger role for fatty acids in the regulation of high-affinity choline uptake. J. Neurosci. 10:62-72, 1990.

255.    M. Miyamoto and J.T. Coyle. Idebenone attenuates neuronal degeneration induced by intrastriatal injection of excitotoxins. Exp. Neurol. 108:38-45, 1990.

256.    T.M. Murphy, R.L. Schnaar and J.T. Coyle. Immature cortical neurons are uniquely sensitive to glutamate toxicity by inhibition of cystine uptake. FASEB J. 4:1624-1633, 1990.

257.    M.T. Caserta, P. Corsi, M.L. Oster-Granite and J.T. Coyle. Increased number of somatostatin-immunoreactive neurons in primary cultures of Trisomy 16 mouse neocortex. Molecular Brain Research 7:269-272, 1990.

258.    C.G. Frondoza, S. Logan, G. Forloni and J.T. Coyle. Production and characterization of monoclonal antibodies to N-Acetyl-Aspartyl-Glutamate. J. Histochem. Cytochem. 38:493-502, 1990.

259.    P.R. Lowenstein, J.N. Joyce, J.T. Coyle and J.F. Marshall. Striosomal organization of cholinergic and dopaminergic uptake sites and cholinergic $M_1$ receptors in the adult human striatum: a quantitative receptor autoradiographic study. Brain Res. 510:122-126, 1990.

35

260. G. Forloni, C. Hohmann and J.T. Coyle. Developmental expression of somatostatin in mouse brain. I. Immunocytochemical studies. Devlopmental Brain Research 53:6-25, 1990.

261. C. Bendotti, C. Hohmann, G. Forloni, R. Reeves, J.T. Coyle and M.L. Oster-Granite. Developmental expression of somatostatin in mouse brain. II. In situ hybridization. Developmental Brain Research 53:26-39, 1990.

262. J.D. Rothstein, Tsai, G., Kuncl, R.W., Clawson, L., Cornblath, D.R., Drachman, D.B., Pestronk, A.,    Stauch, B.L. and Coyle, J.T. Abnormal excitatory amino acid metabolism in amyotrophic lateral sclerosis. Ann. Neurol. 28:18-25, 1990.

263. G. Tsai, B.L. Stauch, J.J. Vornov, J.K. Deshpande and J.T. Coyle. Selective release of N-acetylaspartylglutamate from rat optic nerve terminals *in vivo.* Brain
Res. 518:313-316, 1990.

264. J.E. Sweeney, E.S. Bachman and J.T. Coyle. The effects of different doses of galanthamine, a long-acting acetylcholinesterase inhibitor, on memory in mice. Psychopharmacology 102:191-200, 1990.

265. B.Stauch Slusher, M.B. Robinson, G.Tsai, M.L. Simmons, S.S. Richards and J.T. Coyle. Rat brain N-acetylated alpha-linked acidic dipeptidase activity: purification and immunologic characterization. Journal Biological Chemistry 265:21297-21301, 1990.

266. P. Corsi and J.T. Coyle. Nerve growth factor corrects developmental impairments of basal forebrain cholinergic neurons in the trisomy 16 mouse. Proc. Natl. Acad.
Sci. USA 18:1793-1797, 1991.

267. T.H. Murphy, M.J. DeLong and J.T. Coyle. Enhanced NAD(P)H: Quinone reductase activity prevents glutamate toxicity produced by oxidative stress. J. Neurochem. 56:990-995, 1991.

268. J.J. Vornov and J.T. Coyle. Glutamate neurotoxicity and the inhibition of protein
synthesis in the hippocampal slice. J. Neurochem. 56:996-1006, 1991.

269. K. Kato, P.S. Puttfarcken, W.E. Lyons and J.T. Coyle. The developmental time course and ionic dependence of kainate mediated toxicity in rat cerebellar granule cell cultures. J. Pharmacol. Exp. Ther. 256:402-411, 1991.

270. K. Yamada, M.D. Saltarelli and J.T. Coyle. Effects of calmodulin antagonists on sodium-dependent high-affinity choline uptake. Brain Res. 542:132-134, 1991.

271.    G.T. Capone, C. Bendotti, M.L. Oster-Granite and J.T. Coyle.  Developmental expression of the gene encoding growth-associated protein 43 (GAP-43) in the brains of normal and aneuploid mice.  J. Neurosci. Res. 29:449-460, 1991.

272.    K. Yamada, M.D. Saltarelli and J.T. Coyle.  [3H]Hemicholinium-3 binding in rats with status epilepticus induced by lithium and pilocarpine. Eur. J. Pharmacol. 195:395-397, 1991.

273.    C.F. Hohmann, L. Wilson and J.T. Coyle.  Efferent and afferent connections of mouse sensory-motor cortex following cholinergic deafferentation at birth.  Cerebral Cortex 1:158-172, 1991.

274.    C.F. Hohmann, K.K. Kwiterovich, M.L. Oster-Granite and J.T. Coyle.  Newborn basal forebrain lesions disrupt cortical cytodifferentiation as visualized by rapid golgi staining. Cerebral Cortex 1:143-157, 1991.

275.    J.J. Vornov and J.T. Coyle.  Enhancement of NMDA receptor-mediated neurotoxicity in the hippocampal slice by depolarization and ischemia.  Brain Res. 555:99-106, 1991.

276.    P.T. Joshi, J.A. Capozzoli and J.T. Coyle.  Neuroleptic malignant syndrome:  life-threatening complication of neuroleptic treatment in adolescents with affective disorder. Pediatrics 87:235-239, 1991.

277.    J. Piven, G. Tsai, E. Nehme, J.T. Coyle, G.A. Chase, S.E. Folstein.  Platelet serotonin, a possible marker for familial autism.  J. Autism  Dev. Disord. 21:51-59, 1991.

278.    G. Tsai, B. Stauch-Slusher, L. Sim, J.C. Hedreen, J.D. Rothstein, R. Kuncl and J.T. Coyle.  Reductions in acidic amino acids and N-acetylaspartylglutamate in amyotrophic lateral sclerosis CNS. Brain Res. 556:151-156, 1991.

279.    M.L. Simmons, C.G. Frondoza and J.T. Coyle.  Immunocytochemical localization of N-acetyl-aspartate with monoclonal antibodies.  Neuroscience 45:37-45, 1991.

280.    J.J. Vornov, R.C. Tasker and J.T. Coyle.  Direct observation of the agonist-specific regional vulnerability to glutamate, NMDA, and kainate neurotoxicity in organotypic hippocampal cultures.  Exp. Neurol. 114:11-22, 1991.

281.    J.T. Coyle, T.H. Murphy, P.S. Puttfarcken, E.W. Lyons and J.J. Vornov.  The non-excitatory mechanisms of glutamate induced neurotoxicity.  Epilepsy Res. 10:41-48, 1991.

282.   J.L. Meyerhoff, R.E. Carter, D.L. Yourick, B.S. Slusher, J.T. Coyle. Activity of a NAAG-hydrolyzing enzyme in brain may affect seizure susceptibility in genetically epilepsy-prone rats. Epilepsy Res.16:163-172,1992.

283.   B.S. Slusher, G. Tsai, G. Yoo, J.T. Coyle. Immunocytochemical localization of the N-acetyle-glutamate (NAAG) hydrolyzing enzyme N-acetylated $\alpha$–linked acidic dipeptidase (NAALADase). J Comp. Neurol. 315:217-229 1992.

284.   M.B. Robinson, N.J. Anegawa, E. Gorry, I.A. Qureshi, J.T. Coyle, I. Lucki, M.L. Batshaw. Brain serotonin$_2$ and serotonin $_{1A}$ receptors are altered in the congenitally hyperammonemic sparse fur mouse. Journal of Neurochem. 58:1016-1022, 1992.

285.   J.L. Meyerhoff, R.E. Carter, D.L. Yourick, B.S. Slusher, J.T. Coyle. Genetically epilepsy-prone rats have increased brain regional activity of an enzyme which liberates glutamate from N-acetyl-aspartyl-glutamate. Brain Res. 593:140-143, 1992.

286.   R.C. Tasker, J.T. Coyle, J.J. Vornov. The regional vulnerability to hypoglycemia-induced neurotoxicity in organotypic hippocampal culture: protection by early tetrodotoxin or delayed MK-801. J. Neurosci. 12:4298-4308, 1992.

287.   S.Y. Han, J.E. Sweeney, E.S. Bachman, E.J. Schweiger, G. Forloni, J.T. Coyle, B.M. Davis, M.M. Joullie. Chemical and pharmacological characterization of galanthamine, and acetylcholinesterase inhibitor, and its derivatives. a potential application in Alzheimer's Disease. Eur. J. Med. Chem. 27:673-687, 1992.

288.   P.S. Puttfarcken, J.S. Handen, D.T. Montgomery, J.T. Coyle, L.L. Werling. N-Acetyl-Aspartyl-L-Glutamate (NAAG) modulation of N-Methyl-D-Aspartate (NMDA)-stimulated [$^3$H]Norepinephrine release from rat hippocampal slices. J. Pharmacol. Exp. Ther. 266:796-803, 1993.

289.   P.S. Puttfarcken, R.L. Getz and J.T. Coyle. Kainic acid-induced lipid peroxidation: protection with butylated hydroxytoluene and U78517F in primary cultures of cerebellar granule cells. Brain Res. 624:223-232, 1993.

290.   G. Tsai, B.S. Slusher, L. Sim and J.T. Coyle. Immunocytochemical distribution of N-acetylaspartylglutamate in the rat forebrain and glutamatergic pathways. J. Chem. Neuroanat. 6:277-292, 1993.

291.   G. Tsai, L.C. Cork, B.S. Slusher, D. Price and J.T. Coyle. Abnormal acidic amino acids and N-acetylaspartylglutamate in hereditary canine motoneuron disease. Brain Res. 629: 305-309, 1993.

292.   J.T. Coyle and P. Puttfarcken. Oxidative stress, glutamate, and neurodegenerative disorders. Science 262:689-695, 1993.

293.  C.A. Kitt, C. Hohmann, J.T. Coyle and D.L. Price.  Cholinergic innervation of mouse forebrain structures.  J. Comp. Neurol. 341:117-129, 1994.

294.  J. J. Vornov, R.C. Tasker, and J.T. Coyle.  Delayed protection by MK-801 and tetrodotoxin in a rat organotypic hippocampal culture model of ischemia.  Stroke 25:457-465, 1994.

295.  E.S. Bachman, J. Berger-Sweeney, J.T. Coyle and C.F. Hohmann. Developmental regulation of adult cortical morphology and behavior:  an animal model for mental retardation.  Int. J. Dev. Neurosci. 12:239-153, 1994.

296.  U.V. Berger, R.E. Carter and J.T. Coyle.  The immunocytochemical localization of N-Acetylaspartyl Glutamate, its hyrolysing enzyme NAALADase, and the NMDAR-1 receptor at a vertebrate neuromuscular junction.  Neurosci. 64:847-850, 1995.

297.  G. Tsai, D.R. Gastfriend and J.T. Coyle.  The glutamatergic basis of human alcoholism.  Am. J. Psychiatry 152:332-340, 1995.

298.  L. Baer, P. Cukor, M.A. Jenike, L. Leahy, J. O'Laughlen and J.T. Coyle.  Pilot studies of telemedicine in psychiatric patients with obsessive compulsive disorder. Am. J. Psychiatry 152:1383-1385, 1995.

299.  D.C. Goff, G.C. Tsai, D.S. Monoach and J.T. Coyle.  A dose-finding trial of D-cycloserine added to neuroleptics for negative symptoms in schizophrenia.  Am. J. Psychiatry 152:1213-1215, 1995.

300.  P.J. Schwartz, U.V. Berger and J.T. Coyle.  Mice transgenic for Cu Zn superoxide dismutase exhibit increased markers on biogenic amine function.  J. Neurochem. 65:660-669, 1995.

301.  G. Tsai, L.A. Passani, B.S. Slusher, R. Carter, J.E. Kleinman and J.T. Coyle. Abnormal  excitatory neurotransmitter metabolism in schizophrenic brains.  Arch. Gen. Psychiatry 52:829-836, 1995.

302.  G. Goff, G. Tsai and J.T. Coyle.  Tardive dyskinesia and substrates of energy metabolism in cerebrospinal fluid.  Am. J. Psychiatry 152:1730-1736, 1995.

303  L. Baer, D. Jacobs, P. Cukor, J. O'Laughlen, J.T. Coyle and K. Magruder. Fully automated telephone screening survey for depression.  JAMA 273:1943-1944, 1995.

304.  U.V. Berger, R.E. Carter, M. McKee and J.T. Coyle.  N-acetylated alpha-linked

acidic dipeptidase is expressed by non-myelinating Schwann cells in the peripheral
nervous system.  J. Neurocytol. 24:99-109, 1995.

305.    A.R. Guimaraes, P. Schwartz, M.R. Prakash, C.A. Carr, U.V. Berger, B.G. Jenkins, J.T. Coyle and R.G. Gonzelez.  Quantitative *in vivo* $^1$H chemical shift imaging of excitotoxicity in rat brain.  Neuroscience 69:1095-1101, 1995.

306.    C.E. Peyser, M. Folstein, G.A. Chase, S. Starkstein, J. Brandt, J.R. Cockrell, F. Bylsma, J.T. Coyle, P.R. McHugh and S.E. Folstein.  Trial of d-α-Tocopherol in Huntington's Disease.  Am. J. Psychiatry 152:1771-1775, 1995.

307.    R.E. Carter, A.R. Feldman and J.T. Coyle.  Prostate-specific membrane antigen is a hydrolase with substrate and pharmacologic characteristics of a neuropeptidase. Proc. Natl. Acad. Sci. U.S.A. 93:749-753, 1996.

308.    N.G. Ranen, C.E. Peyser, J.T. Coyle, F.W. Bylsma, M. Sherr, L. Day, M.F. Folstein, J. Brandt, C.A. Ross and S.E. Folstein.  A controlled trial of idebenone in Huntington's Disease.  Movement Disorders 11:549-554, 1996.

309.    N.A. Simonian, R.L. Getz, J.C. Leveque, C. Konradi and J.T. Coyle.  Kainic acid induces apoptosis in neurons.  Neurosci. 74:675-683, 1996.

        J.T. Coyle.  The glutamatergic dysfunction hypothesis for schizophrenia.  Harvard Review of Psychiatry 3:241-53, 1996.

310.    M. Didier, S. Bursztajn, E. Adamec, L. Passani, R. Nixon, J.T. Coyle, J.Y. Wei and S.A. Berman.  DNA strand breaks induced by sustained glutamate excitotoxicity in primary neuronal cultures.  J. Neurosci. 16:2238-2250, 1996.

311.    D.C. Goff, G.Tsai, D.S. Monach, J. Flood, D.G. Darby and J.T. Coyle.  D-Cycloserine added to clozapine for patients with schizophrenia.  Am. J. Psychiatry
        153:1628-1630, 1996.

312.    L.A. Passani, J.P.G. Vonsattel. R.E. Carter and J.T. Coyle.  N-acetyl-aspartylglutamate, N-acetylaspartate and N-acetylated alpha-linked acidic dipeptidase in human brain and their alterations in Huntington's and Alzheimer's disease. Mol. Chem. Neuropathol. 31:97-118, 1997.

313.    L.A. Passani, J.P.G. Vonsattel and J.T. Coyle.  Distribution of N-acetylaspartylglutamate immunoreactivity in human brain and its alteration in neurodegenerative disease.  Brain Res. 772:9-22, 1997.

314.    L.R. Orlando, R. Luthi-Carter, D.G. Standaert, J.T. Coyle, J.B. Penney, Jr. and A.B. Young. N-acetylaspartylglutamate (NAAG) protects against rat striatal quinolinic acid lesions *in vivo*. Neurosci. Letts. 236:91-94, 1997.

.        J.T. Coyle. The Nagging Question of the Function of N-acetylaspartylglutamate. Neurobiology of Disease 4:231-237, 1997.

315.    G. Tsai, D. C. Goff, R. W. Chang, J. Flood and J.T. Coyle. Markers of glutamatergic neurotransmission and oxidative stress associated with tardive dyskinesia. Am. J. Psychiatry 155:1207-1213, 1998.

316.    G. Tsai and J.T. Coyle. The role of glutamatergic neurotransmission in the pathophysiology of alcoholism. Annual Review of Medicine 49:173-184, 1998.

317.    R.L. Carter, U.V. Berger, A.K. Barczak, M. Enna and J.T. Coyle. Isolation and expression of a rat brain cDNA encoding glutamate carboxypeptidase II. Proc. Natl. Acad. Sci. U.S.A. 95:3215-3220, 1998.    —

318.    P.J. Schwartz and J.T. Coyle. Effects of Overexpression of the Cytoplasmic Copper-Zinc Superoxide Dismutase on the Survival of Neurons *In Vitro*. Synapse        29:206-212, 1998.

319.    P.J. Schwartz, A. Reaume, R. Scott and J.T. Coyle. Effects of over and under-expression of Cu, Zn-superoxide dismutase on the toxicity of glutamate analogs in transgenic mouse striatum, Brain Res. 789:23-39, 1998.

320.    L. Passani, S. Elkabes and J.T. Coyle. Evidence for the presence of N-acetylaspartylglutamate in cultured oligodendrocytes and LPS activated microglia,        Brain Research 794:143-145, 1998.

321.    R. Luthi-Carter, A.K. Barczak, H. Speno and J.T. Coyle. Molecular characterization of human brain N-acetylated alpha-linked acidic dipeptidase (NAALADase). J. Pharmacol. Exp. Ther. 286:1020-1025, 1998.

322.    R. Luthi-Carter, A.K. Barczak, H. Speno and J.T. Coyle. Hydrolysis of the neuropeptide N-acetylaspartylglutamate (NAAG) by cloned human glutamate carboxypeptidase II. Brain Res. 795: 1-2, 341-348, 1998.

323.    G.E. Tsai, P. Ragan, R. Chang, S. Chen, V.M.I. Linnoila and J.T. Coyle. Increased glutamatergic neurotransmission and oxidative stress after alcohol withdrawal. Am. J. Psychiatry 155:6, 726-732, 1998.

324.    C.H. Halsted, E. Ling, R. Luthi-Carter, J.A. Villanueva, J.M. Gardner and J.T. Coyle. Folypoly-$\gamma$-glutamate carboxypeptidase from pig jejunum: molecular characterization and relation to glutamate carboxypeptidase II. J. Biol. Chem. 273:20417-20424, 1998.

325. R. Bergeron, T.M. Meyer, J.T. Coyle and R.W. Greene. Modulation of NMDA receptor function by glycine transport. Proc. Natl. Acad. Sci. U.S.A. 95:15730-15734, 1998.

326. P. Crosi, G. Forloni, M. Troia, T. Lettini and J.T. Coyle. Somatostatin expression in TS16 mouse brain cultures. J. Mol. Neurosci. 10:99-111, 1998.

327. G. Tsai, D.P. van Kammen, S. Chen, M.E. Kelley, A. Grier and J.T. Coyle. Glutamatergic neurotransmission involves structural and clinical deficits of schizophrenia. Biol. Psychiatry 44:667-674, 1998.

328. G. Tsai, P. Yang, L.-C. Chung, N. Lange and J.T. Coyle. D-Serine added to antipsychotics for the treatment of schizophrenia. Biol. Psychiatry 44:1081-1089, 1998

329. H.S. Speno, W.L. Macias, R. Luthi-Carter, A.R.T. Joshi and J.T. Coyle. Site-directed mutagenesis of predicted active site residues in glutamate carboxypeptidase II. Mol. Pharmacol. 55:179–185, 1999 .

330. U.V. Berger, R. Luthi-Carter and J.T. Coyle. Glutamate Carboxypeptidase II is expressed by astrocytes in the rat nervous system. J. Comp. Neurology 415:52-64, 1999.

331. G.E. Tsai, W.E. Falk, J. Gunther and J.T. Coyle. Improved cognition in Alzheimer's disease with short-term D-cycloserine treatment. Am. J. Psychiatry 156:467-469, 1999.

332. Leski, S.L. Valentine and J.T. Coyle. L-type voltage-gated calcium channels modulate kainic acid neurotoxicity in cerebellar granule cells. Brain Res. 828:27-40, 1999.

333. G.E. Tsai, P. Yang, L-C Chung, I-C Tsai, C-W Tsai and J.T. Coyle. D-Serine Added to Clozapine for the Treatment of Schizophrenia. Am. J. Psychiatry 156:11, 1999.

334. C.R. Lindley, M.D. and J.T. Coyle. Psychopharmacologist as Family Doctor: Complications in the Joint Treatment of a Husband and Wife. Harvard Review of Psychiatry 7:222-229, 1999.

335. B.H. Price, R.D. Adams and J.T. Coyle. Neurology and Psychiatry: Closing the the Great Divide. Neurology  54:8-14, 2000.

336. J.T. Coyle. Psychotropic drug use in very young children. JAMA 283:1059-1060, 2000.

337.  J.T. Coyle and R. Schwarcz.  Mind Glue:  Implications of Glial Cell Biology for Psychiatry.  Arch. Gen. Psychiatry 57:90-93, 2000.

338.  M.L. Leski, S.L. Valentine and J.T. Coyle.  Insulin-like growth factor type-I prevents the development of sensitivity to kainate neurotoxicity in cerebellar granule cells.  J. Neurochem. 75:1548-1556, 2000.

339.  J-C. Leveque, W. Macias, A. Rajadhyaksha, R.R. Carlson, A. Barczak, S. Kang, X.-M. Li, J.T. Coyle, R.L. Huganir, S. Heckers and C. Konradi.  Intracellular modulation of NMDA receptor function by antipsychotic Drugs.  J. Neurosci. 20:4011-4020, 2000.

340.  D.C. Goff, G. Tsai, J. Levitt, E. Amico, D. Monach, D. Schoenfeld, D.L. Hayden, R. McCarley and J.T. Coyle.  A Placebo-controlled trial of D-Cycloserine added to conventional neuroleptics in patients with schizophrenia. Arch. Gen. Psychiatry 56:21-27, 2000.

341.  T.V. Nguyen, A.L. Brownell, Y.C. Iris Chen, E. Livini, J.T. Coyle, B.R. Rosen and Cavagna F.J.  Detection of the effects of dopamine receptor supersensitivity using pharmacologic correlations with PET.  Synapse 36:57-65, 2000.

342.  D. Goff and J.T. Coyle.  The Emerging role of glutamate in the pathophysiology and treatment of schizophrenia.  Am. J. Psychiatry 158:1367-1377, 2001.

343.  J.T. Coyle and P. Kershaw.  Galantamine, a cholinesterase inhibitor that allosterically modulates nicotinic receptors:  effects on the course of Alzheimer's Disease.  Biological Psychiatry 49:289-299, 2001.

344.  J.T. Coyle.  Drug treatment of anxiety disorders in children.  N. Engl. J. Med. 344:1326-1327, 2001.

345.  J.T. Coyle.  Childhood mood disorders:  Unmet needs but important opportunities.  Biol. Psychiatry 49:959, 2001.

346.  J.A. Frazier, R.Doyle, S. Chiu, J.T. Coyle.  Treating a Child with Asperger's Disorder and Comorbid Bipolar Disorder.  Am. J. Psychiatry 159:13-21, 2002.

347.  M.L. Leski, L. Hassinger, S.L. Valentine, J.D. Baer and J.T. Coyle.  L-Type calcium channels reduce ROS generation in cerebellar granule cells following kainate exposure. Synapse 43:30-41, 2002.

348.  G. Tsai and J.T.Coyle.  Glutamatergic mechanisms in schizophrenia.  In Annual Review of Pharmacology and Toxicology, Vol. 42,  Annual Reviews, Palo Alto, CA, pp 165-179, 2002.

349.  J.T. Coyle and H.K. Manji.  Getting balance: drugs for bipolar disorder share target.  Nature Medicine 8:557-558, 2002.

350.  J.T. Coyle, G. Tsai and D.C. Goff.  Ionotropic glutamate receptors as therapeutic targets in schizophrenia. Current Drug Targets 1:183-189, 2002.

351.  C. Flores and J.T. Coyle.  Regulation of glutamate carboxypeptidase II function in corticolimbic regions of rat brain by phencyclidine, haloperidol, and clozapine.  Neuropsychopharmacology 28:1227-1234, 2003.

352.  J.T. Coyle and R.S. Duman.  Finding the intracellular signaling pathways affected by mood disorder treatments.  Neuron 38:157-160, 2003.

353.  J.T. Coyle.  Use it or Lose it:  Do effort mental activities protect against dementia?
      New England Journal of Medicine 19:2489-2490, 2003.

354.  J.T. Coyle, G. Tsai and D. Goff.  Converging evidence of NMDA receptor hypofunction in the pathophysiology of schizophrenia.  Ann. N.Y. Acad. Sci. 1003: 318-322, 2003.

355.  G. Tsai, K.S. Dunham, U. Drager, A. Grier, C. Anderson, J. Collura and J.T. Coyle.  Early embryonic death of glutamate carboxypeptidase II (NAALADase) homozygous mutants.  Synapse 50:285-292, 2003.

356.  J.T. Coyle, D.S. Pine, D.S. Charney, L. Lewis, C.B. Nemeroff, G.A. Carlson, P. Joshi, D. Reiss, R.D. Todd, M. Hellander, and the Depression and Bipolar support Alliance Consensus Development Panel.  Depression and bipolar support alliance consensus statement on the unmet needs in diagnosis and treatment of mood disorders in children and adolescents.  J. Am. Acad. Child Adolesc. Psychiatry 42:1494-1503, 2003.

357.  D.C. Javitt and J.T. Coyle.  Decoding schizophrenia.  Scientific American 290:38-45, 2004.

358.  S. Ghose, C.S. Weickert, S.M. Colvin, J.T. Coyle, M.M. Herman, T.M. Hyde and J.E. Kleinman.  Glutamate carboxypeptidase II gene expression in the human frontal and temporal lobe in schizophrenia.  Neuropsychopharmacology 29:117-125, 2004.

359.  J.T. Coyle and G. Tsai.  The NMDA receptor glycine modulatory site: a therapeutic target for improving cognition and reducing negative symptoms in schizophrenia.  Psychopharmacology 174: 32-8, 2004.

360.  D.C. Goff, T. Bottiglieri, E. Arning, V. Shih, O. Freudenreich, A.E. Evins, D.C. Henderson, L. Baer, and J.T. Coyle.  Folate, homocysteine, and negative symptoms in schizophrenia. Am. J. Psychiatry 161:179501708, 2004.

361.  J.T. Coyle. The demise of old certitudes and the birth of novel opportunities in neuropsychopharmacology. Current Opinions in Pharmacology 4:1-3, 2004.

362.  J.T. Coyle and G. Tsai. NMDA receptor function, neuroplasticity, and the pathophysiology of schizophrenia. International Review of Neurology 59:491-515, 2004.

363.  D.A. Yurgelun-Todd, J.T. Coyle, S.A. Gruber, P.F. Renshaw, M.M. Silveri, E. Amico, B. Cohen and D.C. Goff. Functional magnetic resonance imaging studies of schizophrenic patients during word production: effects of D-cycloserine. Psychiatry Research Neuroimaging 138:23-31, 2004.

364.  J.T. Coyle. The GABA-glutamate connection in schizophrenia: which is the proximate cause? Biochemical Pharmacology 68:1504-1514, 2004.

365.  G. Tsai, R.J. Ralph-Williams, M. Martina, R. Bergeron, J. Berger-Sweeney, K.S. Dunham , Z. Jiang, S.B. Caine and J.T. Coyle. Gene knockout of the glycine transporter I: characterization of the behavioral phenotype. Proc. Natl. Acad. Sci. U.S.A. 101:8485-8490, 2004.

366.  M. Martina, M-E.B. Turcotte, S. Halman, G. Tsai, M. Tiberi, J.T. Coyle and R. Bergeron. Reduced glycine transporter type 1 expression leads to major changes in glutamatergic neurotransmission of CA1 hippocampal neurones in mice. J. Physiol. 563:777-793, 2005.

367.  M. Greene, K. Schill, S. Takahashi, A. Bateman-House, T. Beauchamp, H. Bok, D. Cheney, J. Coyle, T. Deacon, D. Dennett, P. Donovan, O. Flanagan, S. Goldman, H. Greely, L. Martin, E. Miller, A. Siegel, D. Solter, J. Gearhart, G. McKhann, R. Faden. Moral issues of human-non-human primate neural grafting. Science 309:385-386, 2005.

368.  J.D. Picker and J.T. Coyle. Do maternal folate and homocysteine levels play a role in neurodevelopmental processes that increase risk for schizophrenia. Harvard Review of Psychiatry 13: 197-205, 2005.

369.  J.T. Coyle. Glial metabolites of tryptophan and excitotoxicity: Coming unglued. Experimental Neurology 197: 4-7, 2005.

370.  C.A. Ross, R.L. Margolis, S.A.J. Reading, M. Pletnikov and J.T. Coyle. Neurobiology of schizophrenia. Neuron 52:139-153, 2006.

371.  J.T. Coyle. A brief overview of N-acetylaspartate and N-acetylaspartylglutamate. Adv. Exp. Med. Biol. 576:1-6, 2006.

372.  J.T. Coyle. Glutamate and schizophrenia: Beyond the dopamine hypothesis. Cellular and Molecular Neurobiology 26:365-384, 2006.

373.    J.T. Coyle. Substance use disorders and Schizophrenia: a question of shared glutamatergic mechanisms. Neurotox. Res. Dec;10(3-4):221-33, 2006.

374.    M.A. Frye, G.E. Tsai, T. Huggins, J.T. Coyle and R.M. Post.  Low cerebrospinal fluid glutamate and glycine in refractory affective disorder.  Biological Psychiatry 61: 162-6, 2007.

375.    R. Bergeron, Y. Imamura, J.V. Frangioni, R.W. Greene, J.T. Coyle.  Endogenous N-acetylaspartylglutamate reduced NMDA receptor-dependent current neurotransmission in the CA1 area of the hippocampus. J. Neurochem. Jan;100(2):346-57, 2007.

376.    P.J. Siekmeier, M.E. Hasselmo, M.W. Howard and J.T. Coyle.  Modeling of content-dependent retrieval in hippocampal region CA1:  Implications for cognitive function in schizophrenia.  Schizophrenia Research  89(1-3):177-90, 2007.

377.    J.T. Coyle.  What can a clock mutation in mice tell us about bipolar disorder? Proc. Natl. Acad. Sci. U.S.A., in press.

**Reviews and Chapters**

1.    S.H. Snyder, M.J. Kuhar, A.I. Green, J.T. Coyle and E.G. Shaskan.  Uptake and subcellular localization of neurotransmitters in the brain. *Intern. Rev. Neurobiol.* 13:127-158, 1970.

2.    S.H. Snyder, K.M. Taylor, A.S. Horn and J.T. Coyle.  Psychoactive drugs and neurotransmitters:  differentiating dopamine and norepinephrine neuronal functions with drugs. *Neuro. Res. Publ.* A.R.N.M.D. 50:359-375, 1972.

3.    J.T. Coyle. Development of the central catecholaminergic neurons. *The Neurosciences: Third Study Program.*  MIT Press (Cambridge), pp. 877-884, 1973.

4.    J.T. Coyle.  The development of catecholaminergic neurons of the central nervous system. In: *Chemical Approaches to Brain Function, Neuroscience Research, Vol. 5*, Academic Press, New York, pp. 35-52, 1973.

5.    J.T. Coyle.  Development of the central catecholaminergic neurons of the rat.  In: *Frontiers in Catecholamine Research*, (E. Usdin and S.H. Snyder, eds.), Pergamon Press, Inc., New York, pp. 261-267, 1973.

6.    J.T. Coyle.  Biochemical aspects of the catecholaminergic neurons in the brain of the fetal and neonatal rat. In: *Dynamics of Degeneration and Growth in Neurons*, (K. Fuxe, L. Olson, and Y. Zutterman, eds.), Pergamon Press, Inc.,

New York, pp. 425-434, 1974.

7.    J.T. Coyle. A practical introduction to radiometric enzymatic assays in psychopharmacology. In: *Handbook of Psychopharmacology I* (L.L. Iverson, S.D. Iversen and S.H. Snyder, eds.), Plenum Publishing Corp., New York, pp. 71-99, 1975.

8.    J.T. Coyle. Neurochemical aspects of the development of the dopaminergic innervation to the striatum. In: *Brain Dysfunction in Infantile Convulsions*, (M.A.B. Brazier and F. Coceani, eds.), Raven Press, New York, pp. 25-39, 1976.

9.    F. Garcin and J.T. Coyle. Ontogenetic development of [3H]-naloxone binding and endogenous morphine-like factors in rat brain. In: *Cellular Effects of Opiates* (H. Kosterlitz, ed.), North Holland Publ. Co., Amsterdam, pp. 267-273, 1976.

10.   J.T. Coyle, R. Zaczek and P. Campochiaro. Changing relationships among neurotransmitter systems in developing striatum: implications for neuropsychopharmacology. Proc. 10th Collegium Internationale Neuro-Psychopharmacologicum, Pergamon Press, Oxford, 1363-1370, 1977.

11.   F. Garcin and J.T. Coyle. Ontogenetic development of [3H]-naloxone binding and endogenous morphine-like factor in rat brain. Proc. 10th Collegium Internationale Neuro-Psychopharmacologicum, Pergamon Press, 13:1379-1385, 1977.

12.   J.T. Coyle. Discussion: Models in geriatric neuro-psychopharmacology. Proc. Collegium Internationale Neuro-Psychopharmacologicum, Pergamon Press, Oxford, 1179-1181, 1977.

13.   J.T. Coyle. Psychiatric drugs in medical practice. In: *Medical Clinics of North America* (T. Reading and T.N. Wise, eds.), W.B. Sanders Co., Philadelphia, Vol. 61, pp. 891-905, 1977.

14.   J.T. Coyle, P. Campochiaro and E.D. London. Neurotoxic action of kainic acid in the developing rat striatum. *Maturation of Biochemical Neurotransmission Mechanisms*, Karger, Basil, pp. 134-141, 1977.

15.   H.I. Yamamura, R.E. Hruska, R. Schwarcz and J.T. Coyle. Effect of striatal kainic acid lesions on muscarinic cholinergic receptor binding: correlation with Huntington's Disease. In: *Animal Models in Psychiatry and Neurology* (E. Usdin and I. Hanin, eds.), Pergamon Press, pp. 411-414, 1978.

16.   S.R. Childers, R. Schwarcz, J.T. Coyle and S.H. Snyder. Radioimmunoassay of enkephalins: levels of methionine- and leucine-enkephalin in morphine-dependent and kainic acid-lesioned rat brain. In: *The Endorphins, Vol. 18* (E. Costa and M. Trabucchi, eds.), Raven Press, New York, 1978, pp. 161-173.

47

17.    J.T. Coyle, K. Biziere and R. Schwarcz.  Neurotoxicity of excitatory amino acids in the neural retina. In: *Kainic Acid as a Tool in Neurobiology* (P. McGeer, E. McGeer and J. Olney, eds.), Raven Press, New York, pp. 177-188, 1978.

18.    R. Herndon and J.T. Coyle.  Glutamatergic innervation, kainic acid, and vulnerability in the cerebellum.  In: *Kainic Acid as a Tool in Neurobiology* (P. McGeer, E. McGeer and J. Olney, eds.), Raven Press, New York, 189-200, 1978.

19.    J.T. Coyle, K. Biziere, P. Campochiaro, R. Schwarcz and R. Zaczek.  Kainic acid induced lesion of the striatum as an animal model for Huntington's Disease. In: *GABA Neurotransmitters, Alfred Benzon Symposium 12* (H. Kofod, P. Kroggsgaard-Larsen and J. Scheel-Kruger, eds.), Munksgaard, Copenhagen, pp. 419-431, 1978.

20.    R. Schwarcz, K. Fuxe, Tomas Hokfelt, K. Andersson and J.T. Coyle.  Dopamine and Huntington's disease: assessment using the kainic acid model.  In: *Dopaminergic Ergot Derivatives and Motor Function*, Pergamon Press, pp. 276-285, 1978.

21.    J.T. Coyle, E.G. McGeer, P.L. McGeer and R. Schwarcz.  Neostriatal injections: a model for Huntington's Chorea. In: *Kainic Acid as a Tool in Neurobiology*. (E.G. McGeer, P.L. McGeer and J.W. Olney, eds.), Raven Press, New York. 139-159, 1978.

22.    J.T. Coyle, K. Biziere, P. Campochiaro, E.D. London, R. Schwarcz and R. Zaczek.  An animal model for Huntington's Disease:  striatal kainic acid lesion.  In: *Catecholamines: Basic and Clinical Frontiers, Vol. 1*. (E. Usdin, I. Kopin and J. Barchas, eds.) pp. 751-756, 1979.

23.    J.T. Coyle, M.V. Johnston and R. Grzanna.  Development of the central noradrenergic neurons in the rat brain. In: *Catecholamines: Basic and Clinical Frontiers, Vol. 1* (E. Usdin, I. Kopin and J. Barchas, eds.) pp. 1608-1610, 1979.

24.    J.T. Coyle.  Pharmacotherapy of anxiety. *Psychiat. Ann.* 9:10-15, 1979.

25.    J.T. Coyle, E.D. London, K. Biziere and R. Zaczek.  Kainic acid neurotoxicity: Insights into the pathophysiology of Huntington's Disease. In: *Advances in Neurology, Vol. 23*  (T.N. Chase, N.S. Wexler and A. Barbeau, eds.) Raven Press, New York, pp. 593-608, 1979.

26.    J.T. Coyle.  An animal model for Huntington's Disease: Striatal Kainic Acid Lesion. In: *Etats Deficitairs  Cerebraux Lies A L'Age, Symposium Bel-Air VI*, Evian, pp. 75-181, 1979.

27.    J.T. Coyle. Excitatory Amino Acid Receptors. In: *Neurotransmitter Receptors Part 1*. (S.J. Enna and H.I. Yamamura, eds.) Chapman & Hall, Ltd., London. pp. 5-40, 1980.

28.    J.T. Coyle and J.B. Imboden. Management of psychiatric disorders. In: *The Principles and Practice of Medicine, 20th Edition* (A.M. Harvey, R.J. Johns, V.A. McKusick, A.H. Owens, R.S. Ross, eds.) Appleton-Century-Crofts, New York, pp. 1360-1369, 1980.

29.    J.T. Coyle and M.V. Johnston. Neurochemical development of the brain. Proceedings of the 5th FDA Science Symposium, The Effects of Foods and Drugs on the Development and Function of the Nervous system: Methods for Predicting Toxicity. pp. 15-25, 1980.

30.    J.R. DePaulo and J.T. Coyle. Haloperidol in Mania. In: *Haloperidol Update: 1958-1980*. (F.J. Ayd, ed.) Waverly Press, Baltimore, pp. 66-72, 1980.

31.    J.T. Coyle, R. Zaczek, J. Slevin and J. Collins. Neuronal receptor sites for kainic acid: correlations with neurotoxicity. In: *Glutamate as a Neurotransmitter* (G. DiChiara and G.L. Gessa, eds.) Raven Press, pp. 337-346, 1980.

32.    J.T. Coyle. Striatal neuronal degeneration. Comparative Pathology Bulletin 7:3-4, 1980.

33.    J.T. Coyle. Amino acid receptors: receptor binding techniques. Society for Neuroscience. 140-149, 1980.

34.    J.T. Coyle and S.H. Snyder. Catecholamines. In: *Basic Neurochemistry*, (G.J. Siegal, R.W. Albers, R. Katzman, B.W. Agranoff, eds.), Little Brown and Company, Boston, 205-217, 1981.

35.    J.T. Coyle, J. Slevin, E.D. London, K. Biziere and J. Collins. Characterization of neuronal recognition sites for [3H]-kainic acid. In: *Psychopharmacology and Biochemistry of Neurotransmitter Receptors*, (H.I. Yamamura, R.W. Olsen, E. Usdin, eds.), Raven Press, 501-514, 1981.

36.    L. Tune, P. McHugh, and J.T. Coyle. Management of extrapyramidal side-effects induced by neuroleptics. Johns Hopkins Med. J. 148:149-153, 1981.

37.    J.T. Coyle, M. McKinney and M.V. Johnston. Cholinergic innervation of the cerebral cortex: implications for the pathophysiology of senile dementia of the Alzheimer's type. In: *Brain Neurotransmitters and Receptors in Aging and Age-Related Disorders* (T. Samorajski, B. Beer and S.J. Enna, eds.) Raven Press, 149-161, 1981.

38.    J.T. Coyle and M.V. Johnston.  Ontogeny of the biochemical basis for neurotransmission:  implications for neuropsychotropic drug action.  In: *Age and the Pharmacology of Psychoactive Drugs* (Raskin, A., Robinson, D.S., and Levine, J., eds.) Elsevier North-Holland, Inc., Harvard, Mass., 47-62, 1981.

39.    J.T. Coyle (Chairman), *Excitatory Amino Acid Neurotoxins: Selectivity, Specificity, and Mechanism of Action.  Neurosciences Research Program Bulletin*, 19, No. 4, 331-427, 1981.

40.    M.V. Johnston and J.T. Coyle.  Development of central neurotransmitter systems. *The Fetus and Independent Life* (Ciba Foundation), Pitman, London, pp. 251-270, 1981.

41.    L. Tune, P. McHugh, and J.T. Coyle.  Drug management in chronic schizophrenia.  Johns Hopkins Med. J. 150:45-48, 1982.

42.    M. McKinney, J. Hedreen and J.T. Coyle.  Cortical cholinergic innervation: implications for the pathophysiology and treatment of senile dementia of the Alzheimer's type. In: *Alzheimer's Disease: A Report of Progress.*  (S. Corkin et al, eds.) Raven Press, New York, pp. 259-265, 1982.

43.    H.S. Singer, L.E. Tune, I.J. Butler, R. Zaczek and J.T. Coyle.  Clinical symptomatology, CSF neurotransmitter metabolites and serum haloperidol levels in Gilles de la Tourette syndrome. In: *Advances in Neurology, Vol. 35* (A. Friedhoff and T. Chase, eds.), Raven Press, New York, pp. 177-183, 1982.

44.    L.E. Tune and J.T. Coyle.  Neuroleptic drug level monitoring in psychiatry:  focus on radioreceptor assay techniques.  Ther. Drug Monit. 4:59-64, 1982.

45.    J.T. Coyle.  Excitatory amino acid neurotoxins.  In: *Handbook of Psychopharmacology* (L.L. Iversen, S.D. Iversen, S.H. Snyder, Eds.) Plenum, London, 237-269, 1982.

46.    K. Biziere, J.T. Slevin, R. Zaczek, J.C. Collins, and J.T. Coyle.  Kainic acid: neurotoxicity and receptor interactions.  In: *Advances in Pharmacology and Therapeutics II,* (H. Yoshida, Y. Hagihara and S. Ebashi, eds.) Vol. 1, 271-276, Pergamon Press, Oxford and New York, pp. 271-276, 1982.

47.    D.L. Price, P.J. Whitehouse, R.G. Struble, J.T. Coyle, A.W. Clark, M.R. DeLong, L.C. Cork and J.C. Hedreen.  Alzheimer's Disease and Down's Syndrome, Ann. N.Y. Acad. Sci. 396:145-164, 1982.

48.    J.T. Coyle, The clinical use of antipsychotic medications. In: *The Medical Clinics of North America*, Vol. 66 No.5:993-1009, 1982.

49.    J.T. Coyle. Neurotoxic amino acids in human degenerative disorders. Trends in Neurosci. 5:287-288, 1982.

50.    J.T. Coyle. Development of neurotransmitters in neocortex. In: *Development and modifiability of the cerebral cortex.* (P. Rakic and P.S. Goldman-Rakic, eds.) Neurosci. Res. Prog. Bull. 20:479-491, 1982.

51.    J.T. Coyle, D.L. Price, and M.R. DeLong. Brain mechanisms in Alzheimer's Disease. Hospital Practice pp. 55-63, 1982.

52.    J.T. Coyle and R. Schwarcz. The use of excitatory amino acids as selective neurotoxins. In: *Handbook of Chemical Neuroanatomy Vol.1: Methods in Chemical Neuroanatomy.* (A. Bjorklund and T. Hokfelt, eds.) Elsevier/North-Holland, 508-527, 1983.

53.    S.J. Enna and J.T. Coyle. Neuroleptics. In: *Neuroleptics: Neurochemical, Behavioral and Clinical Perspectives* (J.T. Coyle and S.J. Enna, eds.) Raven Press, New York, 1-14, 1983.

54.    G. Pearlson and J.T. Coyle. The dopamine hypothesis and schizophrenia. In: *Neuroleptics: Neurochemical, Behavioral and Clinical Perspectives,* (J.T. Coyle and S.J. Enna, eds.) Raven Press, New York, 297-324, 1983.

55.    J.T. Coyle and L.E. Tune. Radioreceptor assay for measurement of anticholinergic drugs in serum. In: *Clinical Pharmacology in Psychiatry.* (L. Gram, E. Usdin, S.G. Dahl, P.Kragh-Sorensen, F. Sjoqvist and P.L. Morselli, eds.) The MacMillan Press, London and Basingstoke, pp. 150-164, 1983.

56.    J.T. Coyle, M. McKinney, M.V. Johnston and J. Hedreen. Synaptic neurochemistry of the basal forebrain cholinergic projection of the rat. *Biological Aspects of Alzheimer's Disease,* Cold Spring Harbor, 223-241, 1983.

57.    I. Hanin, J.T. Coyle, W.C. DeGroat, A. Fisher and C.R. Mantione. Chemically induced cholinotoxicity in vivo: studies utilizing ethylcholine aziridinium ion (AF64A). *Biological Aspects of Alzheimer's Disease,* Cold Spring Harbor, pp.243-253, 1983.

58.    J.T. Coyle, J. Ferkany, R. Zaczek, J. Slevin and K. Retz. Kainic acid: insights into its receptor-mediated neurotoxic mechanisms. In: *Excitotoxins.* Wenner-Gren International Symposium Series, Vol. 9, (K. Fuxe, P. Roberts, R. Schwartz, eds.), Macmillan Press, London, pp. 112-121, 1983.

59.    P.R. Sanberg and J.T. Coyle. Scientific approaches to Huntington's disease. CRC Critical Reviews in Clinical Neurobiology. Vol. 1, Issue 1, pp. 1-44, 1984.

60.    J. Imboden and J.T. Coyle. Affective disorders. In: *The Principles and*

*Practice of Medicine, 21st Edition*, (Harvey, A.M., Johns, R.J., McKusick, V.A., Owens, A.H. and Ross, R.S., eds), Appleton-Century Crafts, Norwalk, pp. 1367-1372, 1984.

61.    N. Paulker and J.T. Coyle. The schizophrenic disorders. In: *The Principles and Practice of Medicine, 21st Edition*, (Harvey, A.M., Johns, R.J., McKusick, V.A., Owens, A.H. and Ross, R.S., eds.), Appleton-Century Crafts, Norwalk, pp. 1372-1379, 1984.

62.    J. Imboden and J.T. Coyle. Neuroses and personality disorder. In: *The Principles and Practice of Medicine, 21st Edition*, (Harvey, A.M. , Johns, R.J., McKusick, V.A., Owens, A.H. and Ross, R.S., eds), Appleton-Century Crafts, Norwalk, pp. 1385-1391, 1984.

63.    J.T. Coyle, D. Price, M. DeLong. Anatomy of cholinergic projections to cerebral cortex:  implications for the pathophysiology of senile dementia of the Alzheimer's type. Trends in Pharmacology, pp. 90-93., 1984.    ⎯

64.    P.R. Sanberg, D.A. Johnson, T.H. Moran and J.T. Coyle. Investigating locomotion abnormalities in animal models of extrapyramidal disorders: a commentary. Physiol. Psych. 12:48-50, 1984.

65.    J.T. Coyle. Neuron-Specific Cytotoxins. In: *Handbook of Neurochemistry*. (A. Lajtha, ed.) Plenum Publishing Co., New York, Vol. 9, pp. 299-329, 1985.

66.    J.T. Coyle. Excitatory amino acid neurotoxins. In: *IBRO Handbook Series - Methods in Neurosciences*, (G. Jaim-Etcheverry, ed.) pp. 123-41, 1985.

67.    J.T. Coyle. Introduction to the pharmacology of the synapse. In: *American Psychiatric Association Annual Review: Vol. IV.* (A.J. Francis, R.E. Hales, eds.), American Psychiatric Press, Inc., Washington, D.C., pp. 6-16, 1985.

68.    J.T. Coyle. The Cholinergic Systems in psychiatry. In: *American Psychiatric Association Annual Review: Vol. IV.* (A.J. Francis, R.E. Hales, eds.), American Psychiatric Press, Inc., Washington, D.C., pp. 49-66, 1985.

69.    J.T. Coyle. Neurobiology of Alzheimer's Disease. In: *Insights II. A Monograph of a Scientific Symposium of the National Mental Health Association*, Washington, D.C., pp. 11-15, October, 1985.

70.    E.D. Bird and J.T. Coyle. Huntington's Disease. In: *Clinical Neurochemistry, Vol. 1* (H.S. Bachelar, G.G. Lunt and C.D. Marsden, eds.) Academic Press Inc., London, pp. 1-57, 1986.

71.    J.T. Coyle, J.D. Gearhart, M.L. Oster-Granite, H.S. Singer and T.H. Moran. Brain neurotransmitters:  implications for Downs Syndrome from studies of mouse

TS-16. In: *The Neurobiology of Downs Syndrome* (C. Epstein, ed.) New York, Raven Press, pp. 153-170, 1986.

72.    J.T. Coyle. Aminergic projections from the reticular core. In: *Diseases of the Nervous System, Vol II.* (A. Asbury, G. McKhann and W. McDonald, eds.) Philadelphia, W.B. Saunders Company, pp. 880-889, 1986.

73.    J.T. Coyle, R.D. Blakely, R. Zaczek, K.J. Koller, M. Abreu, L. Ory-Lavollee, R. Fisher, J.M.H. ffrench-Mullen and D.O. Carpenter. Acidic peptides in brain: do they act at putative glutamatergic synapses? In: *Excitatory Amino Acids and Epilepsy* (R. Schwarcz and Y. Ben-Ari, eds.) Plenum Press, New York, pp. 375-384, 1986.

74.    J.T. Coyle and N. van Gelder. Commentary - Acidic excitatory amino acids and seizures: Neurochemical interrelationships. In: *Excitatory Amino Acids and Epilepsy* (R. Schwarcz and Y, Ben-Ari, eds.) Plenum Press, New York, pp. 385-387, 1986.

75.    J.W. Ferkany and J.T. Coyle. Excitatory amino acid receptors. In: *Neuromethods 4 - Receptor Binding* (A.A. Goulton, G.B. Baker and P.D. Hrdina, eds.) Clifton, N.J., Humana Press, pp. 171-216, 1986.

76.    J.T. Coyle. Clinical use of antipsychotic drugs. In: *Clinical Psychopharmacology* (L. Derogatis, ed.) Menlo Park, CA, Addison-Wesley Publishing Co., pp. 189-204, 1986.

77.    R.S. Fisher, J.M.H. ffrench-Mullen, R. Zaczek, R. Blakely and J.T. Coyle. Dipeptides containing glutamate as endogenous neuroexcitatory agents. In: *Neurotransmitters, Seizures and Epilepsy III* (G. Nistico et al., eds.) Raven Press, New York, pp. 259-269, 1986.

78.    R. Zaczek, K. Koller, D.O. Carpenter, R. Fisher, J.M.H. ffrench-Mullen and J.T. Coyle. Interactions of acidic peptides: excitatory amino acid receptors. In: *Excitatory Amino Acid Transmitters* (P.J. Roberts, H.S. Bradford and J. Storm-Mattisen, eds.), Macmillan, London, pp. 397-408, 1986.

79.    R.G. Struble, J. Lehmann, S.J. Mitchell, L.C. Cork, J.T. Coyle, D.L. Price, M.R. DeLong and P.G. Antuono. Cortical cholinergic innervation: distribution, and source in monkeys. In: *Dynamics of Cholinergic Function.* (I. Hanin, ed.) New York, Plenum Press, pp. 23-30, 1986.

80.    J.T. Coyle and J.C. Harris. The development of neurotransmitters and neuropeptides. In: *Basic Handbook of Child Psychiatry.* (J.D. Noshpitz, ed.) Basic Books, New York, pp. 14-25, 1987.

81.    M.L. Batshaw, S.L. Hyman, C.Bachman, I.A. Qureshi and J.T. Coyle. Animal

models of congenital hyperammonemia. In: *Animal Models of Dementia: A Synaptic Neurochemical Perspective* (J.T. Coyle, ed.), Alan R. Liss, Inc., New York, pp. 163-198, 1987.

82.    P.R. Sanberg, T.H. Moran and J.T. Coyle. Microencephaly: cortical hypoplasia induced by methylazoxymethanol. In: *Animal Models of Dementia: A Synaptic Neurochemical Perspective* (J.T. Coyle, ed.), Alan R. Liss, Inc., New York, pp. 253-278, 1987.

83.    M.L. Oster-Granite, J.D. Gearhart, R.H. Reeves, H.S. Singer, T.H. Moran and J.T. Coyle. Down Syndrome and the trisomy 16 mouse. In: *Animal Models of Dementia: A Synaptic Neurochemical Perspective* (J.T. Coyle, ed.), Alan R. Liss, Inc., New York, 1987, pp. 279-307, 1987.

84.    J.T. Coyle. Kainic acid: insights into excitatory mechanisms causing selective neuronal degeneration. In: *Selective Neuronal Death*. (G. Bock and M.O'Conner, eds.) CIBA Foundation Symposium 126, John ~~Wiley~~ & Sons, Sussex, pp. 186-203, 1987.

85.    J.T. Coyle. Alzheimer's disease. In: *Encyclopedia of Neuroscience, Vol. I* (G. Adelman, ed.) Birkhäuser, Boston, pp. 29-31, 1987.

86.    J.T. Coyle. Excitotoxins. In: *Encyclopedia of Neuroscience, Vol. I* (G. Adelman, ed.) Birkhäuser, Boston, pp. 418-420, 1987.

87.    J.T. Coyle. Excitotoxins. In: *Psychopharmacology: The Third Generation of Progress.* (H.Y. Meltzer, ed.) Raven Press, New York, pp. 333-340, 1987.

88.    J.T. Coyle. Biochemical development of the brain: neurotransmitters and child psychiatry. In: *Psychiatric Pharmacosciences of Children and Adolescents, Progress in Psychiatry* (C. Popper, ed.), APA Press, 3-25, 1987.

89.    M.L. Oster-Granite, J.T. Coyle, R.H. Reeves, H.S. Singer, T.H. Moran and J.D. Gearhart. Down Syndrome and the trisomy 16 mouse: relevance to Alzheimer's Disease. In: *Molecular Neuropathology of Aging, Banbury Conference 27* (Davies, P. and Finch, C., eds.) Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y., pp. 387-398, 1988.

90.    J.T. Coyle. Neuroscience and psychiatry. In: *The American Psychiatric Press Textbook of Psychiatry*. (J.A. Talbott, R.E. Hales and S.C. Yudofsky, eds.) American Psychiatric Press, Inc., Washington, pp. 3-32, 1988.

91.    J.T. Coyle. Psychiatry, neuroscience, and the double disabilities. In: *Mental Retardation and Mental Health: Classification, Diagnosis, Treatment, Services.* (J. Stark, F. Menolascino, M. Albarelli and V. Grey, eds.) Springer-

Verlag, New York, pp. 81-89, 1988.

92.    C. Hohmann, P. Antuono and J.T. Coyle.  Basal forebrain cholinergic neurons and
       Alzheimer's Disease.  In:  *Handbook of Psychopharmacology, Vol. 20.*
       (L.L. Iversen, S.D. Iversen and S.H. Snyder, eds.)  Plenum Press, New York, pp.
       69-106, 1988.

93.    R.D. Blakely and J.T. Coyle.  The neurobiology of N-Acetyl-Aspartyl Glutamate.
       In:  *International Review of Neurobiology, Vol. 30*  (J.R. Smythies and
       R.J. Bradley, eds.) Academic Press, San Diego, pp.39-99, 1988.

94.    J.T. Coyle, M.L. Oster-Granite, R.H. Reeves and J.D. Gearhart.  Down syndrome,
       Alzheimer's disease and the trisomy 16 mouse. Trends Neurosci. 11:390-394,
       1988.

95.    M.L. Oster-Granite, R.H. Reeves, J.D. Gearhart and J.T. Coyle.  Disorders of the
       developing nervous    system of the trisomy 16 mouse: relevance to Down
       Syndrome and Alzheimer's Disease. In:  *Disorders of        the Developing
       Nervous System: Changing Views of Their Origins, Diagnoses, and
       Treatments* (Messer, A., ed.) Proc. Birth Def. Conf. XVIII,  Alan R. Liss, Inc.,
       New York, pp. 155-181, 1988.

96.    J.T. Coyle and J.B. Imboden.  Affective disorders and anxiety disorders  In: *The
       Principles and Practice        of Medicine, 22nd Edition* (A.M. Harvey, R.J.
       Johns, V.A. McKusick, A.H. Owens, R.S. Ross, eds.) Appleton & Lange,
       Conn., pp.1124-1130, 1988.

97.    G. Pearlson and J.T. Coyle.  Schizophrenia  In: *The Principles and Practice
       of Medicine, 22nd Edition* (A.M. Harvey, R.J. Johns, V.A. McKusick, A.H.
       Owens, R.S. Ross, eds.) Appleton & Lange, Conn., pp. 1130-1135, 1988.

98.    R.H. Reeves, R.A. Morgan, C. Bendotti, M.L. Oster-Granite, J.T. Coyle and J.D.
       Gearhart.  The mouse as a model for studies of Alzheimer's Disease. In:  *The
       Molecular Biology of Alzheimer's Disease* (C. Finch and P. Davies, eds.)
       Cold Spring Harbor Press, pp. 129-136, 1988.

99.    J.M. Baraban and J.T. Coyle.  Receptors, monoamines and amino acids.  In:
       *Comprehensive Textbook of Psychiatry, Fifth Edition.* (H.I. Kaplan and
       B.J. Sadock, eds.)  Williams and Wilkins, Baltimore, pp. 45-52, 1989.

100.   J.T. Coyle.  Alzheimer's disease: recent advances from molecular biologic studies.
       In: *Neuroscience Year: Supplement 1 to the Encyclopedia of
       Neuroscience.* (G. Adelman, ed.) Birkhauser Boston Inc., pp. 10-11, 1989.

101.   J.T. Coyle, M.B. Robinson, R.D. Blakely and G.L. Forloni.  The neurobiology of
       N-Acetyl-Aspartyl-Glutamate.  In: *Allosteric Modulation of Amino Acid*

*Receptors: Therapeutic Implications.* (E.A. Barnard and E. Costa, eds.), Raven Press, New York, pp. 319-333, 1989.

102.  J.T. Coyle. Alzheimer's Disease  In:  *Abnormal States of Brain and Mind: Readings from the Encyclopedia of Neuroscience* (ed. Adelman, G.) Birkauser Boston, Inc., pp. 9-10, 1989.

103.  T. Murphy, A. Parikh, R. Schnaar and J.T. Coyle. Arachidonic acid metabolism in glutamate neurotoxicity. Ann. N.Y. Acad. Sci., 559:474-477, 1989.

104.  J.T. Coyle. Alzheimer's Disease: recent advances from molecular biologic studies. In: *Biomedical Advances in Alzheimer's Disease,* Monograph Series, Symposium of **141st Ann. Mtg. of the** Psychiatric Association (C.B. Nemeroff, Chair), Montreal, Canada, J. Clin. Psychiat. 7:17-22, 1989.

105.  J.T. Coyle, M. Miyamoto, T.H. Murphy and R.L. Schnaar. Idebenone protects against excitotoxin-induced neuronal degeneration. In: *Fundamental and Clinical Assessment of Drugs on Cerebral Circulation and Metabolism in Vascular Dementia: Focus on Idebenone.* Proceedings of the International Association of Gerontology XIVth World Congress, Professional Postgraduate Services, Tokyo, Japan, pp. 9-17, 1989.

106.  C.F. Hohmann, G. Capone, M.L. Oster-Granite and J.T. Coyle. Transplantation of brain tissue from murine trisomy 16 into euploid hosts: Effects of gene imbalance on brain development. In: *Progress in Brain Research, Vol. 82* (S.B. Dunnett and S.-J. Richards, eds.), Elsevier, Amsterdam, pp. 203-214, 1990.

107.  J.T. Coyle. Introduction to child psychiatry. In: *Foundations of Psychiatry*, (K. Davis, H. Klar and J.T. Coyle, eds.) W.B. Saunders, Philadelphia, pp 129-130, 1991.

108.  B.H. Sohmer and J.T. Coyle. Childhood psychopathology: diagnosis and treatment. In: *Foundations of Psychiatry* (K. Davis, H. Klar and J.T. Coyle, eds.) W.B. Saunders, Philadelphia, pp 172-182, 1991.

109.  J.T. Coyle. Molecular biological and neurobiologic contributions to our understanding of Alzheimer's Disease. In: *The American Psychiatric Press Review of Psychiatry, Volume X* (A. Tasman, ed.) American Psychiatric Press, Inc., Washington, D.C., pp 515-527, 1991.

110.  J.T. Coyle. Foreword to Neuroscience, Section IV. In: *The American Psychiatric Press Review of Psychiatry, Volume X* (A. Tasman, ed.) American Psychiatric Press, Inc., Washington, D.C., pp 397-403, 1991.

111.  J.J. Vornov and J.T. Coyle. Mechanisms of neurotransmitter receptor actions In: *Neurotransmitters and Epilepsy: Frontiers of Clinical Neuroscience,*

*Vol. 11* (R.S. Fisher and J.T. Coyle, eds.) Wiley-Liss, Inc., New York, pp 17-31, 1991.

112.    R.S. Fisher and J.T. Coyle.   Preface: Neurotransmitters and Epilepsy  In: *Neurotransmitters and Epilepsy: Frontiers of Clinical Neuroscience, Vol. 11* (R.S. Fisher and J.T. Coyle, eds.) Wiley-Liss, Inc., New York, pp 247-252, 1991.

113.    J.T. Coyle, B. Stauch-Slusher, G. Tsai, J. Rothstein, J.L. Meyerhoff, M. Simmons and R.D. Blakely.  N-Acetyl-aspartyl glutamate: recent developments. In: *Excitatory Amino Acids, Fidia Symposium Series Vol. 5*, (eds. B.S. Meldrum, F. Moroni, R.P. Simon, J.H. Woods) Raven Press Ltd., New York, pp. 69-77, 1991.

114.    M. McKinney and J.T. Coyle.  The potential for muscarinic receptor subtype-specific pharmacotherapy for Alzheimer's Disease.  Mayo Clin. Proc. 66:1225-1237, 1991.

115.    J.L. Meyerhoff, M.B. Robinson, K.J. Koller, M.A. Bixler and J.T. Coyle. Kindling increases brain levels of NAAG; seizures reduce activity of a NAAG-hydrolyzing enzyme. In: *Advances in the Neurobiology of Epilepsy,* (Avenzini, ed.) Demos Press, 37:297-305, 1992.

116.    J.L. Meyerhoff, R.E. Carter, D.L. Yourick, B.S. Slusher and J.T. Coyle.  Activity of a NAAG-hydrolyzing enzyme in brain may affect seizure susceptibility in genetically epilepsy-prone rats.  In: *Molecular Neurobiology of Epilepsy* (J. Engel, Jr., C. Wasterlain, E.A. Cavalheiro, U. Heinemann and G. Avanzini, eds.) Elsevier Science Publishers B.V., Amsterdam, The Netherlands, pp. 163-172, 1992.

117.    J.T. Coyle, M.L. Oster-Granite, R. Reeves, C. Hohmann, P. Corsi and J. Gearhart.  Down syndrome and the trisomy 16 mouse: Impact of gene imbalance on brain development and aging.  In: *Genes, Brain and Behavior* (P. McHugh and V. McKusick, eds.)   Raven Press, New York, 85-99, 1992.

118.    J.L. Meyerhoff, M.B. Robinson, J.J. Koller, M.A. Bixler and J.T. Coyle. Kindling increases brain levels of NAAG and seizures reduce activity of a NAAG-hydrolyzing enzyme, NAALADase. In: *Neurotransmitters in Epilepsy*. (G. Avanzini, J. Engel Jr., R. Fariello and U. Heinemann, eds.) Elsevier Science Publishers B.V., Amsterdam, The Netherlands, pp. 297-305, 1992.

119.    J.J. Vornov, R.C. Tasker, J.T. Coyle.  The differential neurotoxicity of endogenous and exogenous excitatory neurotransmitter receptor agonists. *Natural and Synthetic Neurotoxins*, Academic Press Limited, 187-224, 1993.

120.    J.T. Coyle. Neuropharmacology, Editorial overview.  Current Opinion in Neurology and Neurosurgery 6:581-582, 1993.

121.   P.T. Joshi, J.T. Coyle and J.T. Walkup.  Pharmacotherapy in children and
       adolescents.  In *Handbrook of Adolescent Inpatient Psychiatric
       Treatment*, (H.S. Ghuman and R.M. Sarles eds.) Brunner/Mazel, New York, pp.
       104-131, 1994.

122.   J.T. Coyle.  The neuroscience perspective and the changing role of the psychiatrist:
       the challenge for psychiatric educators.  Academic Psychiatry 19:202-207, 1995.

123.   G. Tsai and J.T. Coyle.  N-Acetylaspartate in neuropsychiatric disorders.  Progress
       in Neurobiology 46:531-540, 1995.

124.   J.M. Baraban and J.T. Coyle. Monamine neurotransmitters.  In:
       *Comprehensive Textbook of Psychiatry/VI , Vol. I* (H.I. Kaplan and
       B.J. Sadock eds.)  Williams & Wilkins, Baltimore, pp. 25-41, 1995.

125.   J.T. Coyle.  Molecules and mind:  a new home for molecular research in psychiatry.
       Molecular Psychiatry 1:5-6, 1996.

126.   N.A. Simonian and J.T. Coyle.  Oxidative stress in neurodegenerative diseases.
       Annu. Rev. Pharmacol. Toxicol. 36:83-106, 1996.

127.   L. Baer, P. Cukor and J. Coyle.  Telepsychiatry:  application of telemedicine to
       psychiatry.  In: *Telemedicine Theory and Practice* (R.L. Bashshur,
       J.H.Sanders, G.W. Shannon eds.), Charles C. Thomas Publ. Ltd., Springfield,
       Illinois, pp 265-288 1996.

128.   J.T. Coyle.  Neuroscience and psychiatric treatment in the next century.  In:
       *Neuroscience, Neurology and Health,* World Health Organization.

129.    R.E. Carter and J.T. Coyle.  Glutamate carboxypeptidase II. In:  *Handbook of
       Proteolytic Enzymes* (A.J. Barratt, N. Rawlings and J.F. Woessner eds.).
       (Academic Press Limited, London, England, pp 1434-1437, 1997.

130.   J.T. Coyle.  The salience of neuroscience in the education of psychiatrists. In:
       *Acute Care Psychiatry: Diagnosis and Treatment* (L.I. Sederer  and A.J.
       Rothschild eds.), Williams & Wilkins, Baltimore, Maryland, pp 469-480, 1997.

131.   J.T. Coyle and J. Mallet.  Disease, transplantation and regeneration. Current
              Opinion in Neurobiology 7:663-665, 1997.

132.   J.T. Coyle.  Alzheimer's disease, molecular biology and the future of rational
       neuropsychotropic drug development. *In: Int. Acad. Biomed. Drug. Res.*
       Basel, Karger, 13:76-83, 1998.

133.  F. Benes and J.T. Coyle. Déja vu all over again. Biological Psychiatry, 43:781-782, 1998.

134.  J.T. Coyle. Toxic environments, neuronal plasticity, and delinquency. In: *Advancing Research on Developmental Plasticity: Integrating the Behavioral Science and Neuroscience of Mental Health.* (D.M. Hann, L.C. Huffman, I. Lederhendler and D. Meinecke, eds.) U.S. Government Printing Office, Washington, D.C., pp 105-112, 1998.

135.  R.J. Steingard, C. Schmidt and J.T. Coyle. Basic neuroscience: critical issues for understanding psychiatric disorders. In: *Adolescent Psychiatric and Behavioral Disorders.* (S.B. Friedman, D.R. DeMaso, eds.) Hanley & Belfus, Inc. Philadelphia, PA, pp 205-215, 1998.

136.  J.T. Coyle and S.E. Hyman. The Neuroscientific Foundations of Psychiatry. In: *Textbook of Psychiatry* 3rd ed. (R.E. Hales, S.C. Yudofsky and J.A. Talbott, eds.) The American Psychiatric Press, Washington, D.C., pp 3-33, 1998.

137.  J.T. Coyle. Foreword In: *Handbook of Developmental Neurotoxicology* 2nd ed., (W.Slikker, Jr. and L. W. Chang eds.) Academic Press, San Diego, CA, 1998.

138.  J.T. Coyle. Ice-nine and human prion disease. Harvard Rev. Psychiatry 6:331-333, 1999.

139.  J.T. Coyle. The neuroscience revolution and psychiatry. In: *Psychiatry in the New Millennium* (S. Weissman, M. Sabshin and H. Eist, eds.), American Psychiatric Press, pp 7-23, 1999.

140.  J.T. Coyle. Foreword In: *Textbook of Geriatric Neuropsychiatry,* (C.E. Coffey and J.L. Cummings eds.) American Psychiatric Press, Washington, DC, 2000.

141.  J.T. Coyle. Foreword In: *Functional Neuroimaging in Child Psychiatry,* (M. Ernst, J.M. Rumsey eds.) Cambridge University Press, Cambridge, U.K., 2000.

142.  J.T. Coyle. Amino Acid Neurotransmitters. In: *The Corsini Enclycopedia of Psychology and Behavioral Science, Vol. 1.* (W. E. Craighead and C.B. Nemeroff eds.) John Wiley & Sons, New York, NY, pp 83 – 86, 2000.

143.  M. Williams, J.T. Coyle, S. Shaikh and M.W. Decker. Same Brain, New Decade: Challenges in CNS Drug Discover in Postgenomic, Proteomic Era. In: *Annual Reports in Medicinal Chemistry , Vol. 36,* (D.W. Robertson, ed.) Academic Press, San Diego, CA, pp 1-10, 2001.

144.  J.T. Coyle, M.L. Leski and J.H. Morrison. The diverse roles of L-glutamic acid in brain signal transduction. In: *Neuropsychopharmacology: The Fifth Generation of Progress,* Lippincott Williams & Wilkins, New York, NY, pp 71-90, 2002.

145.  R.E. Carter and J.T. Coyle.  290. Glutamate carboxypeptidase II.  In *Handbook of Proteolytic Enzymes* 2nd Edn.  960-963, 2004.

146.  J.T. Coyle.  The neurochemistry of schizophrenia.  In:  *Basic Neurochemistry: Molecular, Cellular and Medical Aspects*, Elsevier, Inc., 2006.

147.  J.T. Coyle and J.B. Martin.  For the optimal treatment of neuropsychiatric disorders: the rapprochement of neurology and psychiatry.  In:  *The Convergence of Neuroscience, Behavioral Science, Neurology, and Psychiatry*  (M. Hager ed.) Josiah Macy, Jr. Foundation, New York, NY, pp 25 – 44. 2005.

148.  J.T. Coyle.  A Brief overview of N-acetylaspartate and N-acetylaspartylglutamate.  In: *Advances in Experimental medicine and Biology* (Eds. J.R. Moffett, S.B. Tieman, D.R. Weinberger, J.T. Coyle and A.M.A. Namboodiri) Springer Science+Business Media, Inc., pp 1-6, 2006.

149.  J.T. Coyle and J. Barchas.  Editorial.  Clinical Neuroscience Research, 6:111-112, 2006.

150.  J.T.  Coyle. Julius Axelrod (1912-2004). Mol Psychiatry. 2005 Mar;10(3):225-6.

**Letters and Book Reviews**

1.  J.T. Coyle.  Book Review:  Psychotherapeutic Drugs.  The Johns Hopkins Medical Journal 145:248, 1979.

2.  J.C. Harris, L.E. Tune, M. Allen and J.T. Coyle.  Management of akathisia in a severely retarded adolescent male with help of an anticholinergic drug assay.  The Lancet II:414, 1981.

3.  J.T. Coyle.  Book Review:  Glutamate Transmitter in the Central Nervous System. Trends Neurosci. 5:232, 1982.

4.  J.T. Coyle.  Senility and the Cholinergic Link. Executive Health Report, Vol. XIX (6), 1982.

5.  J.W. Ferkany, R. Zaczek and J.T. Coyle.  Matters Arising - Response to:  the mechanism of kainic acid neurotoxicity.  Nature 308:561, 1984.

6.  F. Ayd, J.T. Coyle, L.E. Hollister and G.M. Simpson.  Tardive dyskinesia and thioridazine (Letter to the Editor).  Arch. Gen. Psychiatry 41:414-415, 1984.

7.  J.T. Coyle and D. Henry.  Citation classic: catecholamines in fetal and newborn rat

brain. Current Contents 27:18, 1984.

8.  J.T. Coyle. Book Review: Dynamics of neurotransmitter function. (I. Hanin, ed.), J. Med. Chem. 27:1757-1758, 1984.

9.  J.T. Coyle. Book Review: Neurotransmitter actions in the vertebrate nervous system. (M.A. Rogawski and J.L. Barker, eds.). Cell, 1986.

10.  J.T. Coyle. Cost of brain disorders. Nature 358:184, 1992 (letter).

11.  J.T. Coyle. Funding of NIMH Extramural Research. Science 264:1517, 1994, (letter).

12.  J.T. Coyle. Is psychiatry dead? Harvard Medical Alumni Bulletin, 68:20-23, 1995.

13.  J.T. Coyle. Food for thought. Nature Medicine 1:1006-1007, 1995.

14.  P. Rakic and J.T. Coyle. We need more brain awareness. The Journal of NIH Research 9:14, 1997 (letter).

15.  J.T. Coyle and R. Mollica. Commentary: Forum – Psychiatry in Medical Education: A core curriculum in psychiatry for medical students. (M.G. Gelder ed.), Current Opinions in Psychiatry 11:494-496,1998.

16.  J.T. Coyle. Book Review. Brain policy: How the new neuroscience changes our lives and our politics. Nature 400:330, 1999.

17.  J.T. Coyle. In Memoriam: Robert Dorwart  Harvard Review of Psychiatry 8:211-212, 2000.

17.  J.T. Coyle. A continuing commitment to excellence. Archives of General Psychiatry 59:977, 2002.

19.  C.A. Tamminga and J.T. Coyle. Current Drug Targets CNS and Neurological Disorders, Schizophrenia, Preface, 1:2002.

# EXHIBIT 55

June 2006

## CURRICULUM VITAE

Murray A. Raskind, M.D.

| | |
|---|---|
| Personal Data: | Birthdate:  December 14, 1942 |
| | Birthplace:  New York, New York |
| | Married:  Wendy Herlihy Raskind - three children |

Education:

Brown University, Providence, Rhode Island
9/60-6/64, B.A.
Columbia University College of Physicians and Surgeons,
New York, New York
9/64-6/68, M.D.

Postgraduate Training:

Internship (Internal Medicine), Columbia University,
Harlem Hospital Center, 7/68-6/69
Residency (Internal Medicine), Columbia University,
Harlem Hospital Center, 7/69-6/70
Residency (Psychiatry), University of Washington School
of Medicine, 7/70-6/73

Faculty Positions Held:

Instructor, Department of Psychiatry and Behavioral
Sciences, University of Washington, 1973-1975
Assistant Professor, Department of Psychiatry and
Behavioral Sciences, University of Washington, 1975-
1979
Director, Geriatric Research, Education, and Clinical
Center, VA Puget Sound Health Care System, 1976-
1987
Associate Professor, Department of Psychiatry and
Behavioral Sciences, University of Washington, 1979-
1985
Professor, Department of Psychiatry and Behavioral
Sciences, University of Washington, 1985-present
Vice Chairman, Department of Psychiatry and Behavioral
Sciences, University of Washington School of Medicine,
1987-present
Director, Northwest Network VISN 20 Mental Illness
Research, Education and Clinical Center (MIRECC)
1997-present
Director, University of Washington Alzheimer's Disease
Research Center (funded by National Institute on
Aging), 1998-present

Plaintiff's Exhibit
PX - 1372

1

Murray Raskind, M.D.
Curriculum Vitae
June 2006

| | |
|---|---|
| <u>Hospital Positions Held:</u> | Chief Resident, Department of Psychiatry, University of Washington affiliated hospitals, 1972-1973<br>Attending Psychiatrist, University Hospital, University of Washington, 1973-present<br>Executive Director, Mental Health Service, VA Puget Sound Health Care System, 1994-present |
| <u>Honors:</u> | Graduated cum laude from Brown University, B.A., 1964<br>David J. Fish Memorial Lecturer, Brown University School of Medicine, 1983<br>Visiting Geriatric Scholar, Institute of Gerontology, University of Michigan/Wayne State University, 1984<br>Honorary Consultant (Psychogeriatrics), Royal Ottawa Hospital, University of Ottawa, 1982-present<br>S.Y. Tsai Memorial Lecturer, UCLA, 1985<br>Outstanding Teacher Award, University of Washington School of Medicine, 1985<br>Distinguished Lecturer in Aging, University of Rome, 1992<br>Senior Investigator Award, American Association for Geriatric Psychiatry, 2004 |
| <u>Board Certification:</u> | American Board of Psychiatry and Neurology, 1976<br>Added Qualifications in Geriatric Psychiatry, 1991 |
| <u>Licensure to Practice:</u> | Washington |
| <u>Organizations:</u> | American Psychiatric Association (Distinguished Fellow)<br>American College of Neuropsychopharmacology<br>Gerontological Society of America<br>American Geriatrics Society<br>American Psychopathological Association<br>West Coast College of Biological Psychiatry (fellow)<br>Psychiatric Research Society |
| <u>Editorial Responsibilities:</u> | EDITORIAL BOARD:<br><u>Former</u> -<br>Journal of Gerontology, 1979-1981; 1987-1992<br>Journal of the American Geriatrics Society, 1981-1984<br>Alzheimer's Disease and Associated Disorders, 1986-1991<br><u>Current</u> -<br>Journal of Geriatric Psychiatry and Neurology, 1987-present<br>American Journal of Geriatric Psychiatry - 1992-present<br>Alzheimer Disease and Associated Disorders: An International Journal, 1994-present |

2

Murray Raskind, M.D.
Curriculum Vitae
June 2006

Special National Responsibilities:

    Chairman, National VA Geriatric Research, Education and Clinical Centers Task Force on Alzheimer's Disease, 1982-1986

    Member, National Field Advisory Committee, Office of Geriatrics and Extended Care, Veterans Administration Central Office, 1982-1985

    Board of Directors, American Geriatrics Society, 1986-1990

    National Institute on Aging, Ad Hoc Review Committees: Leadership and Excellence in Alzheimer's Disease (LEAD) Awards, February and March, 1988; Alzheimer's Disease Research Centers, June, 1988; Alzheimer's Disease Research Centers, March, 1993

    Alzheimer's Disease Centers, (Chair), Immune and Vaccine Approaches to Alzheimer's Disease 2001

    Neuroscience, Behavior, and Sociology of Aging Review Committee "A," National Institute on Aging, 1988-1992; Chairperson, 1991-1992

    Society for Biological Psychiatry Membership Committee, 1990-1992

    External Advisory Committee, VA Mental Illness Research, Education and Clinical Centers (MIRECC), at VISN 16 (Little Rock), VISN 22 (Los Angeles)

    External Advisory Committee for Alzheimer's Disease Research Centers at: University of California San Diego; University of Southern California; University of Arkansas

    American Federation for Aging Research (AFAR) National Scientific Advisory Council, 1986-1992

    Alzheimer's Association National Medical and Scientific Advisory Board, 1992-1996

    Society of Biological Psychiatry Nominating Committee, 2002-2003

Special Local Responsibilities:

    Psychiatry Consultant (pro bono), Caroline Kline Galland Center for the Elderly, 1974-present

    Chairman, Pharmacy and Therapeutics Committee, Seattle VA Medical Center, 1977-1985

    Executive Committee, Department of Psychiatry and Behavioral Sciences, 1976-present

    Program Development Committee (School of Medicine), 1977-1978

Murray Raskind, M.D.
Curriculum Vitae
June 2006

Search Committee (Department of Medicine) for: Head,
Division of Gerontology and Geriatric Medicine, 1982-
1983
Search Committee (School of Medicine) for: Chairman,
Department of Psychiatry and Behavioral Sciences,
1981-1984
Search Committee (School of Medicine) for: Chairman,
Department of Biochemistry, 1984-1985
Committee for Neuroscience Development (School of
Medicine), Chairman, 1991-1992
Research and Development Committee, Seattle VA
Medical Center, 1989-1992 (Chairman, 1992)

Grants as Principal Investigator or Project Director:

Former -

Psychopharmacology of Post-myocardial Infarction
Depression in the Elderly. Veterans Administration
Merit Review Project, 1980-1983
Secondary Depression in Senile Dementia of the
Alzheimer's Type. Veterans Administration Merit
Review Project, 1983-1986
Catecholamines and Neuropeptides in Alzheimer's
Disease. In: Alzheimer's Disease Clinical Research
Center. NIMH #1-P50 MH 40014-01, 1984-1986
Noradrenergic and Vasopressinergic Function in
Alzheimer's Disease. Veterans Administration Merit
Review Project, 1986-1989
Early and Late Onset Alzheimer's Disease: Psycho-
neuroendocrinology. Veterans Administration Merit
Review Project, 1989-1992
Psychopathology of Alzheimer's: Psychoneuroendo-
crinology. NIA AG08419-01, 1989-1992
Clinical Core in: Alzheimer's Disease Research Center,
NIA AG05136 (Murray Raskind, PI) 1995-2000
Geriatric Academic Program, NIA AG00503 (co-PI with
Itamar Abrass, MD), 1995-2000
Psychopathology of Alzheimer's Disease: Psycho-
neuroendocrinology. NIA AG08419, 1989-2000
Alzheimer's Disease and Aging: Psychoneuro-
endocrinology. Veterans Administration Merit Review
Project, 1997-2000

4

Murray Raskind, M.D.
Curriculum Vitae
June 2006

Current – (dollar amount approximate direct costs for total grant period)

Alzheimer's Disease Research Center, NIA P50 AG05136-23, 5/1/05-4/30/10, $12,000,000

Alzheimer's Disease and Aging: Psychoneuro-endocrinology. Veterans Administration Merit Review Project, 4/1/01-3/31/06, $675,000

Psychopathology of Alzheimer's: APOE and the HPA Axis, NIA 5-R01 AG08419, 7/1/01-6/30/06, $1,575,000

Prazosin for Noncombat Trauma PTSD, NIH R01 MH069867, 5/18/05-4/30/09, $1,000,000

Publications:

1.    **Raskind MA.** Psychosis, polydipsia and water intoxication. *Arch Gen Psychiatry* 30:112-114, 1974.

2.    **Raskind MA**, Bradford T. Methylphenidate abuse and methadone maintenance. *Dis Nerv Syst* 36:9-12, 1975.

3.    **Raskind MA**, Eisdorfer C. Psychopharmacology of the aged. In: Simpson, L.L. (Ed.), *Drug Treatment of Mental Disorders.* New York, Raven Press, 1975, pp. 237-266.

4.    **Raskind MA.** The psychiatric aspects of chronic pain. *Clin Medicine* 82:21-23, 1975.

5.    Eisdorfer C, **Raskind MA.** Aging, hormones and human behavior. In: Eleftheriou, B., Sprott, R. (Eds.), *Hormonal Correlates of Behavior, Vol. I: A Lifespan View.* New York, Plenum Press, 1975, pp. 369-394.

6.    **Raskind MA**, Christopher TG, Orenstein H. Acute psychosis, polydipsia, and the syndrome of inappropriate antidiuretic hormone. *Am J Psychiatry* 132:907-910, 1975.

7.    Friedel RO, **Raskind MA.** Relationship of blood levels of Sinequan to clinical effects in the treatment of depression in aged patients. In: Mendels, J. (Ed.), *Sinequan^R (Doxepin): A Monograph of Recent Clinical Studies.* Princeton, Exerpta Medica, 1975, pp. 51-53.

8.    **Raskind MA**, Alvarez C, Pietrzyk M, Westerlund K, Herlin S. Helping the elderly psychiatric patient in crisis. *Geriatrics* 31:51-56, 1976.

9.    **Raskind MA**, Eisdorfer C. Screening for syphilis in an aged psychiatrically impaired population. *West J Med* 125:361-363, 1976.

Murray Raskind, M.D.
Curriculum Vitae
June 2006

10.    Friedel RO, **Raskind MA.** Psychopharmacology of aging. In: Eleftheriou, B., Elias, M. (Eds.), *Special Review of Experimental Aging Research: Progress in Biology.* Palo Alto, E.A.R. Inc., 1977.

11.    **Raskind MA,** Eisdorfer C. When elderly patients cannot sleep. *Drug Therapy* 7:44-50, 1977.

12.    **Raskind MA,** Kitchell M, Alvarez C. Bromide intoxication in the elderly. *JAGS* 25(5):222-224, 1978.

13.    **Raskind MA,** Weitzman RE, Orenstein H, Fisher D, Courtney N. Antidiuretic hormone and psychosis: a pilot study. *Biol Psychiatry* 13(3):385-390, 1978.

14.    **Raskind MA,** Veith R. Geriatric psychopharmacology: using the antidepressants and antipsychotics. *University of Washington Medicine* 5(1):20-24, 1978.

15.    Prinz PN, **Raskind MA.** Aging and sleep disorders. In: Williams, R., Karacan, I. (Eds.), *Sleep Disorders.* New York, Wiley and Sons, 1978, pp. 303-321.

16.    **Raskind MA,** Orenstein H, Weitzman RE. Vasopressin in depression. *Lancet* I:163, 1979.

17.    Prinz PN, Halter J, Benedetti C, **Raskind M.** Circadian variation of plasma catecholamines in young and old men: relation to REM and slow wave sleep. *J Clin Endocrinol Metab* 49:300-304, 1979.

18.    **Raskind MA,** Alvarez C, Herlin S. Fluphenazine enanthate in the outpatient treatment of late paraphrenia. *JAGS* 27:459-463, 1979.

19.    Barnes RF, **Raskind MA.** Strategies for diagnosing and treating agitation in the aging. *Geriatrics* 35:111-119, 1980.

20.    **Raskind MA,** Storrie MC. Organic mental disorders. In: Busse, E., Blazer, D. (Eds.), *Handbook of Geriatric Psychiatry*, New York, Van Nostrand Reinhold, 1980.

21.    Katon W, **Raskind MA.** Treatment of depressed geriatric patients with methylphenidate. *Am J Psychiatry* 137:963-965, 1980.

22.    Barnes RF, **Raskind MA.** DSM-III criteria and the diagnosis of dementia: a nursing home study. *J Gerontology* 36:20-27, 1981.

23.    Barnes RF, **Raskind MA,** Scott M, Murphy C. Problems of families caring for Alzheimer's patients: the use of a support group. *JAGS* 29:80-85, 1981.

Murray Raskind, M.D.
Curriculum Vitae
June 2006

24.    Barnes RF, Veith RC, **Raskind MA.**  Depression in the elderly: diagnosis and management.  *West J Med* 123:463-468, 1981.

25.    Rivard MF, **Raskind MA,** Rivard D.  The dexamethasone suppression test in an elderly population.  *Biol Psychiatry* 16:1177-1184, 1981.

26.    Okimoto JT, Barnes RF, Veith RC, **Raskind MA,** Inui TS, Carter WB.  Screening for depression in geriatric medical patients.  *Am J Psychiatry* 139:799-802, 1982.

27.    Barnes RF, **Raskind MA,** Gumbrecht GM, Halter JB.  The effects of age on the plasma catecholamine response to mental stress in man.  *J Clin Endocrinol Metab* 54:64-69, 1982.

28.    Kitchell MA, Barnes RF, Veith RC, Okimoto JT, **Raskind MA.**  Screening for depression in hospitalized geriatric medical patients.  *JAGS* 30:174-177, 1982.

29.    Prinz P, Peskind E, Vitaliano P, **Raskind M,** Eisdorfer C, Zemcuznikov N, Gerber C.  Changes in sleep and waking EEG in non-demented and demented elderly.  *JAGS* 30:86-93, 1982.

30.    Veith RC, **Raskind MA,** Caldwell JH, Barnes RG, Gumbrecht GM, Ritchie JL.  Cardiovascular effects of the tricyclic antidepressants in depressed patients with chronic heart disease.  *N Engl J Med* 306:954-959, 1982.

31.    Ward NG, Bloom V, Wilson L, **Raskind M,** Raisys V.  Doxepin plasma levels and therapeutic response in depression:  preliminary findings.  *J Clin Psychopharmacol* 2(2):126-128, 1982.

32.    Barnes RF, Veith RC, Okimoto JT, Gumbrecht GM, **Raskind MA.**  The efficacy of antipsychotics in behaviorally disturbed nursing home patients.  *Am J Psychiatry* 139:1170-1174, 1982.

33.    **Raskind M,** Veith R, Barnes R, Gumbrecht GM.  Cardiovascular and anti-depressant effects of imipramine in the treatment of secondary depression in patients with ischemic heart disease.  *Am J Psychiatry* 139:1114-1117, 1982.

34.    Reifler B, **Raskind M,** Kethley A.  Psychiatric diagnoses among geriatric patients seen by an outreach team.  *JAGS* 30:530-533, 1982.

35.    **Raskind MA,** Peskind E, Rivard MF, Veith R, Barnes R.  The dexamethasone suppression test and cortisol circadian rhythm in primary degenerative dementia.  *Am J Psychiatry* 139:1468-1471, 1982.

36.    Courtney N, **Raskind M.**  Vasopressin affects adenylate cyclase activity in rat brain: a possible neuro-modulator.  *Life Sci* 32:591-596, 1983.

Murray Raskind, M.D.
Curriculum Vitae
June 2006

37.    **Raskind MA.** Paranoid syndromes in the elderly. In: Eisdorfer, C., Fann, W.E. (Eds.), *Psychopharmacology in the Aging Patient.* New York, Springer Publications, 1982, pp. 184-191.

38.    **Raskind M.** Depression in the elderly. *Roche Seminars on Aging No. 8,* 1982.

39.    Prinz PN, Vitaliano PP, Vitiello MV, Bokan J, **Raskind MA,** Peskind ER, Gerber CJ. Changes in the sleep and waking EEG in non-demented and demented elderly adults. *Neurobiol Aging* 3:361-370, 1982.

40.    Veith RC, **Raskind MA,** Barnes RF, Gumbrecht G, Ritchie JL, Halter JB. Tricyclic antidepressants and supine, standing, and exercise plasma norepinephrine levels. *Clin Pharmacol Ther* 33:763-769, 1983.

41.    **Raskind MA.** Nutrition and cognitive function in the elderly. *JAMA* 240:203-204, 1983.

42.    Orenstein H, **Raskind M.** Polycystic ovary disease in Briquet's Disorder. *Am J Psychiatry* 140:1202-1204, 1983.

43.    Bird TD, Stranahan S, Sumi SM, **Raskind MA.** Alzheimer's disease: choline acetyl transferase activity in brain tissue from clinical and pathologic subgroups. *Ann Neurol* 14:284-293, 1983.

44.    Barnes RF, Veith RC, Borson S, Verhey J, **Raskind MA,** Halter JB. High levels of plasma catecholamines in dexamethasone resistant depressed patients. *Am J Psychiatry* 140:1623-1625, 1983.

45.    **Raskind MA.** Electroconvulsive therapy in the elderly. *JAGS* 32:177-178, 1984.

46.    **Raskind MA,** Peskind ER, Halter JB, Jimerson DC. Norepinephrine and MHPG levels in CSF and plasma in Alzheimer's disease. *Arch Gen Psychiatry* 41:343-346, 1984.

47.    **Raskind MA.** Biologic parameters in the differential diagnosis of dementia and depression. In: Shamoian, C. (Ed.), *Biology and Treatment of Dementia in the Elderly.* Washington, D.C., American Psychiatric Association, 1984, pp. 92-106.

48.    Barnes RF, **Raskind MA.** Long-term management of the dementia patient. In: Abrahams, J., Crooks, V. (Eds.), *Geriatric Mental Health.* Grune and Stratton, 1984, pp. 75-93.

49.    **Raskind MA,** Barnes RF. Water metabolism in neuropsychiatric disorders. *Semin Nephrol* 4(4):316-324, 1984.

Murray Raskind, M.D.
Curriculum Vitae
June 2006

50.    Dorsa D, **Raskind MA.** Vasopressin in neuropsychiatric disorders. In: Schrier, R. (Ed.), *Vasopressin.* Raven Press, 1985, pp. 535-542.

51.    **Raskind MA.** Central noradrenergic and neuropeptide systems in Alzheimer's disease. *Bull Clin Neurosci* 50:24-25, 1985.

52.    Campbell WG, **Raskind MA,** Gorden T, Shaw CM. Iron pigment in the brain of a man with tardive dyskinesia. *Am J Psychiatry* 142:364-365, 1985.

53.    Borson S, **Raskind MA.** Antidepressant resistant depression in the elderly, *JAGS* 34:245-249, 1986.

54.    Peskind ER, **Raskind MA,** Wilkinson CW, Halter JB. Peripheral sympathectomy and adrenal medullectomy do not alter cerebrospinal fluid norepinephrine. *Brain Res* 367:258-264, 1986.

55.    **Raskind MA,** Peskind ER, Lampe TH, Risse SC, Taborsky GJ, Dorsa D. Cerebrospinal fluid vasopressin, oxytocin, somatostatin and beta-endorphin in Alzheimer's disease. *Arch Gen Psychiatry* 43:382-388, 1986.

56.    Orenstein H, **Raskind MA,** Wyllie D, Raskind WH, Soules M. Poly-symptomatic complaints and Briquet's syndrome in polycystic ovary disease. *Am J Psychiatry* 143(6):768-772, 1986.

57.    **Raskind MA,** Risse SC. Antipsychotic drugs and the elderly. *J Clin Psychiatry* 47(Suppl):17-22, 1986.

58.    Kukull WA, Koepsell TD, Inui TS, Borson S, Okimoto J, **Raskind MA,** Gale JL. Depression and physical illness among elderly general medical clinical patients. *J Affective Disorders* 10:153-162, 1986.

59.    Borson S, Barnes RF, Kukull WA, Okimoto JT, Koepsell TD, Inui TS, **Raskind MA.** Symptomatic depression in elderly medical outpatients. *JAGS* 34:341-347, 1986.

60.    **Raskind MA,** Courtney N, Murburg MM, Backus FI, Bokan JA, Ries RK, Dorsa DM, Weitzman RE. Antipsychotic drugs and plasma vasopressin in normals and acute schizophrenic patients. *Biol Psychiatry* 22:453-462, 1987.

61.    Risse SC, Cubberly L, Lampe TH, Zemmers R, **Raskind MA.** Acute effects of neuroleptic withdrawal in elderly dementia patients. *J Geriatr Drug Ther* 1:65-77, 1987.

62.    **Raskind MA,** Risse SC, Lampe TH. Dementia and antipsychotic drugs. *J Clin Psychiatry* 48(5, Suppl):3-8, 1987.

9