Murray Raskind, M.D.
Curriculum Vitae
June 2006

63.    Lampe TH, Plymate SR, Risse SC, Cubberly L, **Raskind MA.** Laboratory evaluation for Cushing's syndrome in psychiatric patients with cortisol nonsuppression following the overnight dexamethasone suppression test. *Biol Psychiatry* 22:1264-1270, 1987.

64.    Peskind ER, **Raskind MA**, Leake RD, Ervin MG, Ross MG, Dorsa DM. Clonidine decreases plasma and cerebrospinal fluid arginine vasopressin but not oxytocin in humans. *Neuroendocrinology* 46:395-400, 1987.

65.    Lampe TH, Plymate SR, Risse SC, Kopeikin H, Cubberly L, **Raskind MA.** TSH responses to two TRH doses in males with Alzheimer's disease. *Psychoneuroendocrinology* 13:245-254, 1988.

66.    **Raskind MA**, Peskind ER, Veith RC, Beard JC, Halter JB. Increased plasma and cerebrospinal fluid norepinephrine in older men: differential suppression by clonidine. *J Clin Endocrinol Metab* 66:438-443, 1988.

67.    Orenstein H, Peskind E, **Raskind MA.** Thyroid disorders in female psychiatric patients with panic disorder or agoraphobia. *Am J Psychiatry* 145:1428-1430, 1988.

68.    Veith RC, **Raskind MA.** The neurobiology of aging: does it predispose to depression? *Neurobiol Aging* 9:101-117, 1988.

69.    Veith RC, Barnes RF, Villacres EC, Murburg MM, **Raskind MA**, Borson S, Backus F, Halter JB. Plasma catecholamines and norepinephrine kinetics in depression and panic disorder. In: Belmaker, R. (Ed.), *Catecholamines: Clinical Aspects.* New York, Alan Liss Co., 1988, pp. 197-202.

70.    The Consensus Development Panel. Geriatric assessment methods for clinical decision making. *JAGS* 36:342-347, 1988.

71.    **Raskind MA.** Organic mental disorders. In: Busse, E. and Blazer, D. (Eds.). *Geriatric Psychiatry*, Washington, D.C., American Psychiatric Press, Inc., 1989, pp. 313-368.

72.    Reifler BV, Teri L, **Raskind MA**, Veith RC, Barnes RF, White E, McLean P. Double blind trial of imipramine in Alzheimer's disease patients with and without depression. *Am J Psychiatry* 146:45-49, 1989.

73.    Borson S, Barnes R, Veith RC, Halter JB, **Raskind MA.** Impaired sympathetic nervous system response to cognitive effort in early Alzheimer's disease. *J Gerontology* 44:M8-12, 1989.

Murray Raskind, M.D.
Curriculum Vitae
June 2006

74.     **Raskind MA**, Peskind ER, Veith RC, Risse SC, Lampe TH, Borson S, Gumbrecht G, Dorsa DM.  Neuroendocrine response to physostigmine in Alzheimer's disease.  *Arch Gen Psychiatry* 46:535-540, 1989.

75.     Lampe TH, Veith RC, Plymate SR, Risse SC, Kopeikin H, Cubberly L, **Raskind MA.** Pressor, norepinephrine and pituitary responses to two TRH doses in Alzheimer's disease and normal older men.  *Psychoneuroendocrinology* 14:311-320, 1989.

76.     Phelps CH, Gage FH, Growden JH, Hefti F, Harbaugh R, Johnston MV, Khachaturian ZS, Mobley WD, Price DL, **Raskind M**, Simpkins J, Thal LJ, Woodcock J. Potential use of nerve growth factor to treat Alzheimer's disease.  *Science* 243:11, 1989.

77.     Snow AD, Henderson M, Nochlin D, **Raskind M**, Wight TN.  Corpora amylacea in aging and Alzheimer's brain:  immunolocalization of chondroitin sulfate and heparan sulfate proteoglycans.  In: Isobe T, Araki S, Uchino F, Kito S, Tsubura E. (Eds.), *Amyloid and Amyloidosis*, Plenum Press, pp. 561-566, 1988.

78.     Peskind ER, Veith RC, Dorsa DM, Gumbrecht G, **Raskind MA.**  Yohimbine increases CSF and plasma norepinephrine but not arginine vasopressin in humans.  *Neuroendocrinology* 50:286-291, 1989.

79.     Pearson JL, Teri L, Reifler BV, **Raskind MA.**  Functional status and cognitive impairment in Alzheimer's disease patients with and without depression.  *J Am Geriatr Soc* 37:1117-1121, 1989.

80.     Wilcox BJ, **Raskind MA**, Ko GN, Baskin DG, Dorsa DM.  Localization of $^3$H-prazosin binding sites in the supraoptic and paraventricular nuclei of the human hypothalamus.  *Neuroendocrinology* 51:315-319, 1990.

81.     Graves AB, White E, Koepsell TD, Reifler BV, van Belle G, Larson EG, **Raskind MA.**  The association between head trauma and Alzheimer's disease.  *Am J Epidemiol* 131:491-501, 1990.

82.     Risse SC, Whitters A, Burke J, Chen S, Scurfield RM, **Raskind MA.**  Severe withdrawal symptoms following discontinuation of alprazolam in combat-induced post-traumatic stress disorder.  *J Clin Psychiatry* 51:206-209, 1990.

83.     Risse SC, Sumi SM, Lampe TH, Bird TD, Cubberly L, Peskind ER, Nochlin D, **Raskind MA.**  Clinical diagnosis and neuropathological findings in Alzheimer's disease.  *Am J Psychiatry* 147:168-172, 1990.

84.     **Raskind MA**, Peskind ER, Veith RC, Wilkinson CW, Federighi D, Dorsa DM.  Differential effects of aging on neuroendocrine responses to physostigmine in normal men.  *J Clin Endo Metab* 70(5):1420-1425, 1990.

11

Murray Raskind, M.D.
Curriculum Vitae
June 2006

85.    Prinz PN, Vitiello MV, **Raskind MA**, Thorpe MJ. Geriatrics: sleep disorders and aging. *N Engl J Med* 323:520-526, 1990.

86.    Risse SC, Lampe TH, Bird TD, Nochlin D, Sumi SM, Keenan T, Cubberly L, Peskind ER, **Raskind MA.** Myoclonus seizures, and paratonia in Alzheimer's disease. *Alz Dis Assoc Dis* 4(4):217-225, 1990.

87.    Palmert MR, Usiak M, Mayeux R, **Raskind MA**, Tourtellotte W, Younkin SG. Soluble derivatives of ß-amyloid protein precursor in cerebrospinal fluid: alterations in normal aging and in Alzheimer's disease. *Neurology* 40:1028-1034, 1990.

88.    Dobie DJ, **Raskind MA.** Biology in geriatric psychiatry: diagnostic implications. In: Tasman A, Goldfinger SM, Kaufman CA. (Eds.), *American Psychiatric Press Review of Psychiatry*, Volume 9. Washington, D.C., American Psychiatric Press, 1990.

89.    Graves AB, White E, Koepsell TD, Reifler BV, van Belle G, Larson EB, **Raskind M.** A case control study of Alzheimer's disease. *Ann Neurol* 28:766-774, 1990.

90.    Teri L, Reifler BV, **Raskind MA**, Veith RC, Barnes R, White E, McLean P. Imipramine in the treatment of depressed Alzheimer's patients: impact on cognition. *J Gerontology* 46:372-377, 1991.

91.    Jensen CF, Peskind ER, Veith RC, Hughes J, Cowley DS, Roy-Byrne P, **Raskind MA.** Hypertonic saline induces panic in patients with panic disorder. *Biol Psychiatry* 30:628-630, 1991.

92.    Dobie DJ, Miller MA, Urban JH, **Raskind MA**, Dorsa DM. Age- related decline of vasopressin mRNA in the bed nucleus of the stria terminalis. *Neurobiol Aging* 12:419-423, 1991.

93.    **Raskind MA**, Peskind ER. Alzheimer's disease and other dementing disorders. In: Birren JE, Sloane RB, Cohen GD. (Eds.), *The Handbook of Mental Health and Aging*, Boulder, CO: Academic Press, pp. 477-513, 1992.

94.    Borson S, Lampe T, **Raskind MA**, Veith RC. Autonomic nervous system dysfunction in Alzheimer's disease: Implications for pathophysiology and treatment. In: Strong RJ, Coe RM. (Eds.), *Memory Function in Age Related Disorders*. New York, Springer, pp. 175-189, 1992.

95.    Radant A, Peskind ER, Wilkinson CW, Veith RC, Dorsa DM, Leake RD, Ervin MG, **Raskind MA.** Neurohypophyseal and pituitary-adrenocortical responses to the alpha-1 agonist methoxamine in humans. *Neuroendocrinology* 55:361-366, 1992.

Murray Raskind, M.D.
Curriculum Vitae
June 2006

96.    Sumi SM, Bird TD, Nochlin D, **Raskind MA.** Familial presenile dementia with psychosis associated with cortical neurofibrillary tangles and degeneration of the amygdala. *Neurology* 42:120-127, 1992.

97.    **Raskind MA.** Depression in the elderly. *Canadian J Psychiatry* 37:(Suppl 1):4-6, 1992.

98.    Dobie DJ, Miller MA, **Raskind MA**, Dorsa DM. Testosterone reverses a senescent decline in extrahypothalamic vasopressin mRNA. *Brain Res* 583:247-252, 1992.

99.    **Raskind MA.** Geriatric psychopharmacology: Management of late life depression and the noncognitive behavioral disturbance of Alzheimer's disease. *Psychiatric Clinics of North America* 16(4):815-827, 1993.

100.    Peskind ER, Radant A, Dobie D, Hughes H, Wilkinson CW, Sikkema C, Veith RC, Dorsa DM, **Raskind MA.** Hypertonic saline increases plasma norepinephrine concentration in normal men. *Psychoneuroendocrinology* 18:103-113, 1993.

101.    Veith RC, Lewis N, Langhor JI, Murburg MM, Ashleigh EA, Castillo S, Peskind ER, Pascualy M, Bissette G, Nemeroff CB, **Raskind MA.** Effect of desipramine on cerebrospinal fluid concentrations of corticotropin-releasing factor in human subjects. *Psychiatry Res* 46:1-8, 1993.

102.    Miller MA, Kolb PE, **Raskind MA.** Extra-hypothalamic vasopressin neurons co-express galanin messenger RNA as shown by double in situ hybridization histochemistry. *J Comp Anatomy* 329:378-384, 1993.

103.    Miller MA, Kolb PE, **Raskind MA.** A method for simultaneous detection of multiple mRNAs using digoxigenin and radioisotopic cRNA probes. *J Histochem Cytochem* 41:1741-1750, 1993.

104.    McCann BS, Carter J, Vaughan M, **Raskind M**, Wilkinson CW, Veith RC. Cardiovascular and neuroendocrine responses to extended laboratory challenge. *Psychosom Med* 55:497-504, 1993.

105.    Miller MA, Kolb PE, **Raskind MA.** Testosterone regulates galanin gene expression in the bed nucleus of the stria terminalis. *Brain Res* 611:338-341, 1993.

106.    Veith RC, Lewis N, Linares OA, Barnes RF, **Raskind MA**, Villacres EC, Murburg MM, Ashleigh EA, Castillo S, Peskind ER, Pascualy M, Halter JB. Sympathetic nervous system activity in major depression: basal and desipramine-induced alterations in plasma norepinephrine kinetics. *Arch Gen Psychiatry* 51:411-422, 1994.

Murray Raskind, M.D.
Curriculum Vitae
June 2006

107.    Planas B, Kolb PE, **Raskind MA**, Miller MA.  Galanin in the bed nucleus of the stria terminalis and medial amygdala of the rat:  Lack of sexual dimorphism despite regulation of gene expression across puberty. *Endocrinol* 134:1999-2004, 1994.

108.    **Raskind MA**, Peskind ER, Wilkinson CW.  Hypothalamic-pituitary-adrenal axis regulation and human aging. *Ann NY Acad Sci* 746:327-335, 1994.

109.    **Raskind MA**, Peskind ER.  Neurobiologic bases of noncognitive behavioral problems in Alzheimer's disease. *Alz Dis Assoc Dis* 8(Suppl 3):54-60, 1994.

110.    Planas B, Kolb PE, **Raskind MA**, Miller MA.  Activation of galanin pathways across puberty in the male rat: assessment of galanin binding sites density. *Neuroscience* 63(3):851-858, 1994.

111.    Planas B, Kolb PE, **Raskind MA**, Miller MA.  Activation of galanin pathways across puberty in the male rat: galanin gene expression in the bed nucleus of the stria terminalis and medial amygdala. *Neuroscience* 63(3):859-867, 1994.

112.    Lampe TH, Bird TD, Nochlin D, Nemens E, Risse SC, Sumi SM, Koerker R, Leaird B, Wier M, **Raskind MA.**  Phenotype of chromosome 14-linked familial Alzheimer's disease in a large kindred. *Ann Neurol* 36:368-378, 1994.

113.    Miller MA, Kolb PE, Planas BP, **Raskind MA.**  Estrogen receptor and neurotensin/neuromedin N gene expression in the preoptic area are unaltered with age in Fischer 344 female rats. *Endocrinology* 135:1986-1995, 1994.

114.    **Raskind MA.**  Treatment of Alzheimer's disease and other dementias.  In: Schatzberg AF, Nemeroff CB.  (Eds.), *The American Psychiatric Press Textbook of Psychopharmacology.*  Washington, DC:American Psychiatric Press, pp. 657-667, 1995.

115.    **Raskind MA.**  Alzheimer's disease:  Treatment of noncognitive behavioral abnormalities. In: Kupfer, D.J., Bloom, F.E. (eds.), *Psychopharmacology: The Fourth Generation of Progress.*  American College of Neuropsychopharmacology, Raven Press:New York, pp 1427-1435, 1995.

116.    Rohde K, Peskind ER, **Raskind MA.**  Suicide in two patients with Alzheimer's disease. *JAGS* 43:187-189, 1995.

117.    Planas B, Kolb PE, **Raskind MA**, Miller MA.  Sex differences in coexpression by galanin neurons accounts for sexual dimorphism of vasopressin in the bed nucleus of the stria terminalis. *Endocrinology* 136:727-733, 1995.

118.    Corey-Bloom J, Thal LJ, Galasko D, Folstein M, Drachman D, **Raskind M**, Lanska DJ.  Diagnosis and evaluation of dementia. *Neurology* 45:211-218, 1995.

14

Murray Raskind, M.D.
Curriculum Vitae
June 2006

119.    Walker SA, Borson S, Katon W, Peskind E, Corbin S, Cashman J, McLaughlin M, **Raskind M**. Differential clinical characteristics of older Black and White nursing home residents: a pilot study. *Am J Geriatr Psychiatry* 3:229-238, 1995.

120.    Peskind ER, **Raskind MA**, Wingerson D, Pascualy M, Thal LJ, Dobie DJ, Veith RC, Dorsa DM, Murray S, Sikkema C, Galt SA, Wilkinson CW. Enhanced hypothalamic pituitary adrenocortical axis responses to physostigmine in normal aging. *J Gerontology* 50A:M114-M120, 1995.

121.    **Raskind MA,** Peskind ER, Pascualy M, Edland SD, Dobie DJ, Murray S, Sikkema C, Wilkinson CW. The effects of aging on cortisol and adreno-corticotropin responses to hypertonic saline infusion. *Psychoneuroendocrinology* 20:637-644, 1995.

122.    Planas BP, Kolb PE, **Raskind MA**, Miller MA. Galanin binding sites in the female rat brain are regulated across puberty yet similar to the male pattern in adulthood. *Neuroendocrinology* 61:646-654, 1995.

123.    Barnhart RL, van Belle G, Edland S, Kukull W, Borson S, **Raskind M**, Teri L, McLean P, Larson E. Geographically overlapping Alzheimer's disease registries: comparisons and implications. *J Geriatric Psychiatry & Neurology* 8:203-208, 1995.

124.    **Raskind MA**, Carta A, Bravi D. Is early-onset Alzheimer disease a distinct subgroup within the Alzheimer disease population? *Alz Dis Assoc Dis* 9:(Suppl 1):S2-S6, 1995.

125.    Peskind ER, Wingerson D, Pascualy M, Thal L, Veith RC, Dorsa DM, Bodenheimer S, **Raskind MA**. Oral physostigmine in Alzheimer's disease: effects on norepinephrine and vasopressin in cerebrospinal fluid and plasma. *Biol Psychiatry* 38:532-538, 1995.

126.    Pascualy M, Peskind ER, Wingerson D, van Belle G, Veith RC, Dorsa DM, **Raskind MA**. Lack of cholinergic regulation of vasopressin and norepinephrine responses to hypertonic saline in humans. *Psychoneuroendocrinology* 20:679-791, 1995.

127.    Peskind ER, Pascualy M, Edland S, Wingerson D, Dobie DJ, **Raskind MA**. Plasma arginine vasopressin response to hypertonic saline in Alzheimer's disease. *Alz Dis Assoc Dis* 9:238-242, 1995.

128.    Peskind ER, Wingerson D, Murray S, Pascualy M, Dobie DJ, Le Corre P, Le Verge R, Veith RC, **Raskind MA**. Effects of Alzheimer's disease and normal aging on cerebrospinal fluid norepinephrine responses to yohimbine and clonidine. *Arch Gen Psychiatry* 52:774-782, 1995.

15

Murray Raskind, M.D.
Curriculum Vitae
June 2006

129.    Planas B, Kolb PE, **Raskind MA**, Miller MA.  Vasopressin and galanin mRNAs coexist in the nucleus of the horizontal diagonal band: a novel site of vasopressin gene expression. *J Comp Neurology* 361:48-56, 1995.

130.    Schwartz MW, Peskind E, **Raskind M**, Nicolson M, Moore J, Morawiecki A, Boyko EJ, Porte D.  Cerebrospinal fluid leptin levels: relationship to plasma levels and to body adiposity in humans. *Nature Med* 2(5):589-593, 1995.

131.    Peskind ER, **Raskind MA**.  Cognitive disorders (organic mental disorders).  In: Busse E, Blazer, D.  (Eds.), *Textbook of Geriatric Psychiatry*, American Psychiatric Press:Washington, DC.  1996, pp. 213-234.

132.    Tsuang D, Kukull W, Sheppard L, Barnhart RL, Peskind E, Edland SD, Schellenberg G, **Raskind M**, Larson EB.  Impact of sample selection on APOE ε4 allele frequency: a comparison of two Alzheimer's disease samples. *JAGS* 44:704-707, 1996.

133.    Peskind ER, **Raskind MA**, Wingerson D, Pascualy M, Thal LJ, Dobie DJ, Murray S, Sikkema C, Galt S, Wilkinson CW.  Hypothalamic pituitary adrenocortical axis responses to physostigmine: effect of Alzheimer's disease and gender. *Biol Psychiatry* 40:61-68, 1996.

134.    **Raskind MA,** Brower P.  Alzheimer's disease: A diagnosis and management update. *Federal Practitioner* 13:24-35, 1996.

135.    Planas B, Kolb PE, **Raskind MA**, Miller MA.  Galanin gene expression declines with adulthood in the cholinergic fields of the horizontal diagonal band of male rats. *Brain Res* 728:57-64, 1996.

136.    Thal LJ, Carta A, Clarke WR, Ferris SH, Friedland RP, Petersen RC, Pettegrew JW, Pfeiffer E, **Raskind MA**, Sano M, Tuszynski MH, Woollson RF.  A 1-year multicenter placebo-controlled study of acetyl-L-carnitine in patients with Alzheimer's disease. *Neurology* 47:705-711, 1996.

137.    **Raskind MA.**  A research agenda for disruptive behaviors in Alzheimer's disease: a combined biomedical and behavioral approach. *Int Psychogeri* 8:53-58, 1996.

138.    Tsuang D, **Raskind MA**, Leverenz J, Peskind ER, Schellenberg GD, Bird TD.  The effect of apolipoprotein E genotype on expression of an autosomal dominant schizophreniform disorder with progressive dementia and neurofibrillary tangles. *Biol Psychiatry* 41:191-195, 1997.

139.    Wilkinson CW, Peskind ER, **Raskind MA**.  Decreased hypothalamic-pituitary-adrenal axis sensitivity to cortisol feedback inhibition in human aging. *Neuroendocrinology* 65:79-90, 1997.

Murray Raskind, M.D.
Curriculum Vitae
June 2006

140.   **Raskind MA,** Peskind ER.  Neurotransmitter abnormalities and the psychopharmacology of Alzheimer's disease. In: *Progress in Alzheimer's Disease and Similar Conditions,* L.L. Heston (Ed.), American Psychiatric Press:Washington, DC, pp. 245-257, 1997.

141.   Jensen CF, Keller TW, Peskind ER, McFall ME, Veith RC, Martin DM, Wilkinson CW, **Raskind MA.**  Behavioral and neuroendocrine responses to sodium lactate infusion in posttraumatic stress disorder.  *Am J Psychiatry* 154:266-268, 1997.

142.   Le Corre PA, Peskind ER, Chevanne F, **Raskind MA,** Le Verge R. Cerebrospinal fluid and plasma disposition of yohimbine and 11-hydroxy-yohimbine in young and older healthy subjects, and Alzheimer's disease patients. *Eur J Clin Pharmacol* 52:135-138, 1997.

143.   **Raskind MA,** Sadowsky CH, Sigmund WR, Gracon SL, Beitler PJ, Auster SB. Effect of tacrine on language, praxis and noncognitive behavioral problems in Alzheimer's disease. *Arch Neurology* 54:836-840, 1997.

144.   Planas B, Kolb PE, **Raskind MA,** Miller MA.  Nerve growth factor induces galanin gene expression in the rat basal forebrain:  implications for the treatment of cholinergic dysfunction. *J Comp Neurol* 379:563-570, 1997.

145.   Elrod R, Peskind ER, DiGiacomo L, Brodkin K, Veith RC, **Raskind MA.**  Effects of Alzheimer's disease severity on cerebrospinal fluid norepinephrine. *Am J Psychiatry* 154:25-30, 1997.

146.   Tseng JL, Kolb PE, **Raskind MA,** Miller MA.  Estrogen regulates galanin but not tyrosine hydroxylase gene expression in the rat locus ceruleus. *Brain Res Mol Brain Res* 50:100-106, 1997.

147.   Miller MA, Kolb PE, **Raskind MA.**  GALR1 galanin receptor is coexpressed by galanin neurons but not cholinergic neurons in the rat basal forebrain. *Mol Brain Res* 52(1):121-129, 1997.

148.   Miller MA, Kolb PE, Planas B, **Raskind MA.**  Few cholinergic neurons coexpress galanin messenger RNA in the rat basal forebrain. *J Comp Neurol* 391(2):248-258, 1998.

149.   Borson S, **Raskind MA.**  Clinical features and pharmacologic treatment of behavioral symptoms in Alzheimer's disease. *Neurology* 48(5 Suppl 6):S17-24, 1997.

150.   Peskind ER, Leverenz J, Farlow MR, Ito RK, Provow SA, Siegel RS, Cleveland M, Morgan CH, Pandian MR, Corbin S, Nochlin D, Schellenberg GD, **Raskind MA,** Wagner SL. Clinicopathologic correlations of soluble amyloid β-protein precursor in

17

Murray Raskind, M.D.
Curriculum Vitae
June 2006

cerebrospinal fluid in patients with Alzheimer disease and controls. *Alz Dis Assoc Dis* 11:201-206, 1997.

151.    Davis KL, Marin DK, Kane R, Patrick D, Peskind ER, **Raskind MA**, Puder K. The Caregiver Activity Survey (CAS): Development and validation of a new measure for caregivers of persons with Alzheimer's disease. *Int J Geriatric Psychiatry* 12(10):978-988, 1997.

152.    Pascualy M, **Raskind M.** Alzheimer's Disease. In: Current Psychiatric Therapy II, Dunner D (Ed.), W.B. Saunders Company, pp. 109-113, 1997.

153.    Jensen CF, Peskind ER, Keller TW, McFall ME, **Raskind MA.** Comparison of sodium lactate-induced panic symptoms between panic disorder and posttraumatic stress disorder. *Depression and Anxiety* 7(3):122-125, 1998.

154.    Peskind ER, Jensen CF, Pascualy M, Tsuang D, Cowley D, Martin D, Wilkinson CW, **Raskind MA.** Sodium lactate and hypertonic sodium chloride induce equivalent panic incidence, panic symptoms and hypernatremia in panic disorder. *Biol Psychiatry* 44:1007-1016, 1998.

155.    Craft S, Peskind E, Schwartz MW, Schellenberg GD, **Raskind M**, Porte Jr D. Cerebrospinal fluid and plasma insulin levels in Alzheimer's disease: A relationship to severity of dementia and Apolipoprotein E genotype. *Neurology* 50(1):164-168, 1998.

156.    Poorkaj P, Bird TD, Wijsman E, Nemens E, Garruto RM, Anderson L, Andreadis A, Wiederholt WC, **Raskind M**, Schellenberg G. Tau is a candidate gene for chromosome 17 frontotemporal dementia? *Ann Neurol* 43(6):815-825, 1998.

157.    **Raskind MA.** (Guest Editor). *The American Journal of Medicine* Proceedings of a Symposium "Alzheimer's Disease: Making Progress Through a Multidisciplinary Approach", 104(4A), 1998.

158.    **Raskind MA.** Psychopharmacology of noncognitive abnormal behaviors in Alzheimer's disease. *J Clin Psychiatry* 59(Suppl 9):28-32, 1998.

159.    Planas B, Kolb PE, **Raskind MA**, Miller MA. Galanin receptors in the hippocampus and entorhinal cortex of aged Fischer 344 male rats. *Neurobiol Aging* 19(5):427-435, 1998.

160.    **Raskind MA.** The clinical interface of depression and dementia. *J Clin Psychiatry* 59:9-12, 1998.

161.    Leverenz JB, Wilkinson CW, Wamble M, Corbin S, Grabber JE, **Raskind MA**, Peskind ER. Effect of chronic high-dose exogenous cortisol on hippocampal neuronal number in aged nonhuman primates. *J Neuroscience* 19:2356-2361, 1999.

18

Murray Raskind, M.D.
Curriculum Vitae
June 2006

162.    **Raskind M**, Cyrus PA, Ruzicka BB, Gulanski B.  The effects of metrifonate on the cognitive, behavioral and functional performance of Alzheimer's disease patients.  *J Clin Psychiatry* 60:318-325, 1999.

163.    McFall M, Fontana A, **Raskind MA**, Rosenheck R.  Analysis of violent behavior in Vietnam combat veteran psychiatric inpatients with posttraumatic stress disorders.  *J Traumatic Stress* 12(3):501-517, 1999.

164.    Craft S, Asthana S, Schellenberg GD, Cherrier M, Baker LD, Newcomer J, Plymate S, Latendresse S, Petrova A, Lofgreen C, Grimwood K, **Raskind M**, Peskind E.  Insulin metabolism in Alzheimer's disease differs according to apolipoprotein E genotype and gender.  *Neuroendocrinology* 70:146-152, 1999.

165.    Lim A, Tsuang D, Kukull W, Nochlin D, Leverenz J, McCormick W, Bowen J, Teri L, Thompson J, Peskind ER, **Raskind M**, Larson EB.  Clinico-neuropathological correlation of Alzheimer's disease in a community-based case series.  *JAGS* 47:564-569, 1999.

166.    McFall ME, Wright PW, Donovan DM, **Raskind MA**.  Multidimensional assessment of anger in Vietnam veterans with posttraumatic stress disorder.  *Comp Psychiatry* 40(3):216-220, 1999.

167.    **Raskind MA**.  Evaluation and management of aggressive behaviors in the elderly demented patient.  *J Clin Psychiatry* 60(Suppl 15):45-49, 1999.

168.    **Raskind MA**, Peskind ER, Holmes C, Goldstein D.  Patterns of cerebrospinal fluid catechols support increased central noradrenergic responsiveness in aging and Alzheimer's disease.  *Biol Psychiatry* 46:756-765, 1999.

169.    Pascualy M, Petrie EC, Brodkin K, Peskind ER, Veith RC, **Raskind MA.**  Effects of advanced aging on plasma catecholamine responses to the cold pressor test.  *Neurobiol Aging* 20:637-642, 1999.

170.    Petrie EC, Peskind ER, Dobie DJ, Veith RC, **Raskind MA**.  Increased plasma norepinephrine response to yohimbine in elderly men.  *J Gerontol* 55:M155-M159, 1999.

171.    Miller MA, Kolb PE, Leverenz JB, Peskind ER, **Raskind MA**.  Preservation of noradrenergic neurons in the locus ceruleus that coexpress galanin mRNA in Alzheimer's disease.  *J Neurochem* 75:2028-2036, 1999.

172.    Asthana S, Craft S, Baker LD, **Raskind MA,** Birnbaum RS, Lofgreen CP, Veith RC. Plymate SR.  Cognitive and neuroendocrine response to transdermal estrogen in postmenopausal women with Alzheimer's disease: results of a placebo-controlled, double-blind, pilot study.  *Psychoneuroendocrinology* 24:657-677, 1999.

19

Murray Raskind, M.D.
Curriculum Vitae
June 2006

173.    Logsdon RG, Teri L, Weiner MF, Gibbons LE, **Raskind M,** Peskind E, Grundman M, Koss E, Thomas RG, Thal LJ, and members of the Alzheimer's Disease Cooperative Study.  Assessment of agitation in Alzheimer's disease: the Agitated Behavior in Dementia Scale.  *JAGS* 47:1354-1358, 1999.

174.    **Raskind MA,** Dobie DJ, Kanter ED, Petrie EC, Thompson CE, Peskind ER.  The alpha-1 adrenergic antagonist prazosin ameliorates combat trauma nightmares in veterans with posttraumatic stress disorder.  *J Clin Psychiatry* 61:129-133, 2000.

175.    Craft S, Asthana S, Schellenberg G, Baker L, Cherrier M, Boyt AA, Martins RN, **Raskind M,** Peskind E, Plymate S.  Insulin effects on glucose metabolism, memory, and plasma amyloid precursor protein in Alzheimer's disease differ according to apolipoprotein-E genotype.  *Ann NY Acad Sci* 903:222-228, 2000.

176.    Pascualy M, Petrie EC, Brodkin K, Peskind ER, Wilkinson CW, **Raskind MA.** Hypothalamic pituitary adrenocortical and sympathetic nervous system responses to the cold pressor test in Alzheimer's disease.  *Biol Psychiatry* 48:247-254, 2000.

177.    **Raskind MA,** Peskind ER, Wessel T, Parys W, Yuan W, and the Galantamine USA-1 Study Group.  Galantamine in AD – a 6-month randomized, placebo-controlled trial with a 6-month extension.  *Neurology* 54:2261-2268, 2000.

178.    Jones L, Brazel D, Peskind ER, Morelli T, **Raskind MA**.  A group therapy program for African-American veterans with PTSD.  *Psychiatric Services* 51:1177-1179, 2000.

179.    **Raskind MA,** Kumar V, Malaty L, Messina J, Hartman R, Anand R. Rivastigmine for Alzheimer's disease: improvement versus reduced worsening.  *Primary Care Companion J Clin Psychiatry* 2:134-138, 2000.

180.    Szot P, Leverenz JB, Peskind ER, Kiyasu E, Rohde K, Miller MA, **Raskind MA.** Tyrosine hydroxylase mRNA expression in the locus coeruleus in Alzheimer's disease. *Brain Res Mol Brain Res* 84:135-140, 2000.

181.    Teri L, Logsdon RG, Peskind E, **Raskind M,** Weiner MF, Tractenberg RE, Foster NL, Schneider LS, Sano M, Whitehouse P, Tariot P, Mellow AM, Auchus AP, Grundman M, Thomas RG, Schafer K, Thal LJ.  Treatment of agitation in Alzheimer's disease patients: a randomized placebo controlled clinical trial.  *Neurology* 55:1271-1278, 2000.

182.    Castillo GM, Lukito W, Peskind E, **Raskind M,** Kirschner DA, Yee AG, Snow AD: Laminin inhibition of β-amyloid protein (Aβ) fibrillogenesis and identification of an Aβ binding site localized to the globular domain repeats on the laminin A chain.  *J Neurosci Res* 62:451-462, 2000.

Murray Raskind, M.D.
Curriculum Vitae
June 2006

183.    Petrie EC, Peskind ER, Dobie DJ, Veith RC, **Raskind MA**.  Plasma catecholamine and cardiovascular responses to physostigmine in Alzheimer's disease and aging.  *Psychoneuroendocrinology* 26:147-164, 2001.

184.    **Raskind MA**, Peskind ER.  Treatment of noncognitive symptoms in Alzheimer's disease and other dementias.  In: AF Schatzberg & CB Nemeroff (eds.), *Essentials of Clinical Psychopharmacology.* Washington, DC, American Psychiatric Press, pp 447-457, 2001.

185.    Leverenz JB, Miller MA, Dobie DJ, Peskind ER, **Raskind MA**.  Increased alpha 2-adrenergic receptor binding in locus coeruleus projection areas in dementia with Lewy bodies.  *Neurobiol Aging* 22:555-561, 2001.

186.    **Raskind MA**, Peskind ER.  Alzheimer's disease and related disorders.  *Medical Clinics of North America*, 85:803-817, 2001.

187.    Tapp A, Kilzieh N, Ernst Wood A, **Raskind M**, Tandon R.  Depression in patients with schizophrenia during an acute psychotic episode.  *Comp Psychiatry* 42:314-318, 2001.

188.    Peskind ER, Griffin WS, Akama KT, **Raskind MA**, Van Eldik LJ.  Cerebrospinal fluid S100B is elevated in the earlier stages of Alzheimer's disease.  *Neurochem Int* 39:409-413, 2001.

189.    Asthana S, Baker LD, Craft S, Stanczyk FZ, Veith RC, **Raskind MA**, Plymate SR.  High-dose estradiol improves cognition for women with AD: results of a randomized study.  *Neurology* 57:605-612, 2001.

190.    Kanter ED, Wilkinson CW, Radant AD, Petrie EC, Dobie DJ, McFall ME, Peskind ER, **Raskind MA**.  Glucocorticoid feedback sensitivity and adrenocortical responsiveness in post-traumatic stress disorder.  *Biol Psychiatry* 50:238-245, 2001.

191.    Cherrier MM, Asthana S, Plymate S, Baker L, Matsumoto AM, Peskind E, **Raskind MA**, Brodkin K, Bremner W, Petrova A, LaTendresse S, Craft S.  Testosterone supplementation improves spatial and verbal memory in healthy older men.  *Neurology* 57:80-88, 2001.

192.    Peskind ER, Wilkinson CW, Petrie EC, Schellenberg GD, **Raskind MA**.  Increased CSF cortisol in AD is a function of APOE genotype.  *Neurology* 56:1094-1098, 2001.

193.    Wilkinson CW, Petrie EC, Murray SR, Colasurdo EA, **Raskind MA**, Peskind ER.  Human glucocorticoid feedback inhibition is reduced in older individuals: evening study.  *J Clin Endocrinol Metab* 86:545-550, 2001.

21

Murray Raskind, M.D.
Curriculum Vitae
June 2006

194.    **Raskind MA**, Wilkinson CW, Peskind ER. Aging and Alzheimer's disease. In: Hormones, Brain and Behavior, Volume 5, Pfaff DW, Arnold AP, Etgen AM, Fahrbach SE, Rubin RT (eds), Academic Press:San Diego, CA, pp 637-664, 2002.

195.    Taylor F, **Raskind MA**. The $\alpha_1$-adrenergic antagonist prazosin improves sleep and nightmares in civilian trauma posttraumatic stress disorder. *J Clin Psychopharmacology* 22:82-85, 2002.

196.    **Raskind MA**, Barnes RF. Alzheimer's disease: treatment of noncognitive behavioral abnormalities. In: Davis K, Charney D, Coyle J, Nemeroff C (eds.), Psychopharmacology: *The Fifth Generation of Progress*. American College of Neuropsychopharmacology, Lippincott Williams and Wilkins, New York, pp 1253-1265, 2002.

197.    **Raskind MA**, Thompson C, Petrie EC, Dobie DJ, Rein RJ, Hoff D, Peskind ER. Prazosin reduces nightmares in combat veterans with posttraumatic stress disorder. *J Clinical Psychiatry* 63:565-568, 2002.

198.    Teri L, Logsdon RG, Peskind E, **Raskind M**, et al. Treatment of agitation in Alzheimer's disease: an investigation of Haloperidol, Trazodone, and behavior management techniques. *Research and Practice in Alzheimer's Disease* 6:232-236, 2002.

199.    Leverenz JB, Agustin C, Tsuang D, Peskind ER, Edland S, Nochlin D, Bowen J, McCormick W, Teri L, **Raskind MA**, Kukull W, Larson EB. Clinical and neuropathological characteristics of hippocampal sclerosis: a community based study. *Arch Neurology* 59:1099-1106, 2002.

200.    **Raskind MA**, Peskind ER, Kanter ED, Petrie EC, Radant A, Thompson C, Dobie DJ, Hoff D, Rein RJ, Straits-Troster K, Thomas R, McFall MM. Reduction of nightmares and other PTSD symptoms in combat veterans by prazosin: a placebo-controlled study. *Am J Psychiatry* 160:371-373, 2003.

201.    Kilzieh N, Wood AE, Erdmann J, **Raskind M**, Tapp A. Depression in Kraepelinian schizophrenia. *Compr Psychiatry* 44:1-6, 2003.

202.    Wolkowitz OM, Kramer JH, Reus VI, Costa MM, Yaffe K, Walton P, **Raskind M**, Peskind E, Newhouse P, Sack D, DeSouza E, Sadowsky C, Roberts E, and the DHEA-Alzheimer's Disease Collaborative Research Group. DHEA treatment of Alzheimer's disease. A randomized, double-blind, placebo-controlled study. *Neurology* 60(7):1071-1076, 2003.

203.    Baker LD, Sambamurti K, Craft S, Cherrier M, **Raskind MA**, Stancyzk FZ, Plymate SR, Asthana S. 17beta-estradiol Reduces Plasma Abeta40 for HRT-Naïve Postmenopausal Women with Alzheimer's Disease: A Preliminary Study. *Am J Geriatr Psychiatry* 11:239-244, 2003.

22

Murray Raskind, M.D.
Curriculum Vitae
June 2006

204.    **Raskind MA**. Update on Alzheimer's drugs (Galantamine). *Neurologist* 9:235-240, 2003.

205.    Peskind ER, Bonner LT, Hoff DJ, **Raskind MA**. Prazosin reduces trauma-related nightmares in older men with chronic posttraumatic stress disorder. *J Geriatr Psychiatry Neurology* 16:165-171, 2003.

206.    **Raskind MA**, Peskind ER, Truyen L, Kershaw P, Damaraju CRV. The cognitive benefits of galantamine are sustained for at least 36 months. A long-term extension trial. *Arch Neurol* 61:252-256, 2004.

207.    Szot P, Wilkinson CW, White SS, Leverenz JB, Greenup JL, Colasurdo EA, Peskind ER, **Raskind MA**. Chronic cortisol suppresses pituitary and hypothalamic peptide message expression in pigtailed macaques. *Neuroscience* 126:241-246, 2004.

208.    McMillan PJ, Peskind E, **Raskind MA**, Leverenz JB. Increased galanin receptor occupancy in Alzheimer's disease. *Neurobiol Aging* 25:1309-1314, 2004.

209.    McMillan PJ, Wilkinson CW, Greenup L, **Raskind MA**, Peskind ER, Leverenz JB. Chronic cortisol exposure promotes the development of a GABAergic phenotype in the primate hippocampus. *J Neurochem* 91:843-851, 2004.

210.    **Raskind MA**, Bonner LT, Peskind ER. Cognitive Disorders. In: Textbook of Geriatric Psychiatry, 3rd Edition. E.W. Busse, D.G. Blazer (eds.) Washington, DC:American Psychiatric Press, pp. 207-229, 2004.

211.    Rosin RA, **Raskind MA**. Gonadotrophin-releasing hormone agonist treatment of aggression in Alzheimer's disease: a case report. *Int Psychogeri* 17(2):313-318, 2005.

212.    **Raskind MA**. The challenge of a PTSD brain bank. Commentary on "Brain Environment Interactions: Stress, Posttraumatic Stress Disorder, and the Need for a Postmortem Brain Collection. *Psychiatry* 67(4):404-407, 2004.

213.    Cherrier MM, Matsumoto AM, Amory JK, Ahmed S, Bremner W, Peskind ER, **Raskind MA**, Johnson M, Craft S. The role of aromatization in testosterone supplementation. Effects on cognition in older men. *Neurology* 64:290-296, 2005.

214.    Peskind ER, Tsuang DW, Bonner LT, Pascualy M, Riekse RG, Snowden MB, Thomas R, **Raskind MA**. Propranolol for disruptive behaviors in nursing home residents with probable or possible Alzheimer's disease: a placebo-controlled study. *Alz Dis Assoc Disord* 18:23-28, 2005.

215.    Daly CM, Doyle ME, **Raskind M**, Peskind E, Daniels C. Clinical case series: the use of prazosin for combat-related recurrent nightmares among Operation Iraqi Freedom combat veterans. *Military Medicine* 170:513-515, 2005.

23

Murray Raskind, M.D.
Curriculum Vitae
June 2006

216.    Cherrier MM, Matsumoto AM, Amory JK, Asthana S, Bremner W, Peskind ER, **Raskind MA**, Craft S.  Testosterone improves spatial memory in men with Alzheimer's disease and mild cognitive impairment. *Neurobiology* 64(12):2063-2068, 2005.

217.    Szot P, White SS, Greenup JL, Leverenz JB, Peskind ER, **Raskind MA**.  Alpha$_1$-adrenoreceptor in human hippocampus: binding and receptor subtype mRNA expression. *Mol Brain Res* 139:367-371, 2005.

218.    Peskind ER, Riekse R, Quinn JF, Kaye J, Clark CM, Farlow MR, Decarli C, Chabal V, Vavrek D, **Raskind MA**.  Safety and acceptability of the research lumbar puncture. *Alz Dis Assoc Dis* 19:220-225, 2005.

219.    Tapp AM, Wood AE, Kilzieh N, Kennedy A, **Raskind MA**.  Antipsychotic polypharmacy: do benefits justify the risks? *Ann Pharmacother* 39:1759-1760, 2005.

220.    Taylor FB, Lowe K, Thompson C, McFall MM, Peskind ER, Kanter ED, Allison N, Williams J, Martin P, **Raskind MA**.  Daytime prazosin reduces psychological distress to trauma specific cues in civilian trauma PTSD. *Biol Psychiatry* 59:577-581, 2006.

221.    Li G, Cherrier MM, Tsuang DW, Petrie EC, Colasurdo EA, Craft S, Schellenberg GD, Peskind ER, **Raskind MA**, Wilkinson CW.  Salivary cortisol and memory function in human aging. *Neurobiol Aging, in press.*

222.    Szot P, White SS, Greenup JL, Leverenz JB, Peskind ER, **Raskind MA**.  Compensatory changes in the noradrenergic nervous system in the locus ceruleus and hippocampus of postmortem subjects with Alzheimer's disease and dementia with Lewy bodies. *J Neuroscience* 26:467-478, 2006.

223.    **Raskind MA**, Burke BL, Crites NJ, Tapp AM, Rasmussen DD.  Olanzapine-induced weight gain and increased visceral adiposity is blocked by melatonin replacement therapy in rats. *Neuropsychopharmacology,* in press.

224.    Leverenz JB, Fishel MA, Peskind ER, Montine TJ, Nochlin D, Steinbart E, **Raskind MA**, Schellenberg GD, Bird TD, Tsuang D.  Lewy body pathology in familial Alzheimer disease: evidence for disease- and mutation-specific pathologic phenotype. *Arch Neurol* 63:370-376, 2006.

225.    **Raskind MA**, Peskind ER, Hoff DJ, Hart KL, Holmes HA, Warren D, Shofer J, O'Connell J, Taylor F, Gross K, Rohde K, McFall ME.  A parallel group placebo controlled study of prazosin for trauma nightmares and sleep disturbances in combat veterans with posttraumatic stress disorder. *Biol Psychiatry,* in press.

# EXHIBIT 56



# Skepticism about Galantamine

Dr. Davis' Efforts to Market Her Invention, 1987 – 1990

Dates are earliest recorded contact

Johnson & Johnson *5/87*
SmithKline French *5/87*
Marion Labs *6/87*
Upjohn *6/87*
Glaxo, Inc. *8/87*
E.R. Squibb *9/87*
Mitsui *10/87*
Wyeth-Ayerst *12/87*
BASF *2/88*
William H. Rorer, Inc. *4/88*
ICI Pharmaceuticals, Group *6/88*
Pfizer *2/89*
Nova Pharm. Corp. *2/89*
Forest Labs *7/89*
Boehringer Ingelheim *11/89*
Mylan *4/90*
Duphar *6/90*
Abbott
Ciba License *9/90*

1987  1988  1989  1990  1991

Shire Licenses Foreign Counterparts *1990* ▲

Plaintiff's Exhibit
PX - 1397

Dates and company names derived from: PX 493, 565, 1067, 578, 595, 469, 523, 830, 561, 490, 545, 544, 481, 456, 532, 576, 448, 305 and DX 114

# EXHIBIT 57



# Skepticism about Galantamine

## Dr. Davis' Efforts to Market Her Invention, 1993 – 1995

Dates are earliest recorded contact after CIBA license termination.

**Plaintiff's Exhibit PX - 1398**

CIBA Terminates License 11/93

BASF 11/93
Mylan 11/93
Warner-Lambert Co 11/93
Roche 11/93
Dupont-Merck 11/93
Wyeth-Ayerst 11/93

Marion Merrell Dow 12/93
Glaxo 12/93

Sandoz 1/94
Merck 1/94

Hoechst 4/94
Schering Plough 4/94

Innapharma 11/94

Abbott Labs 5/95

Janssen License 11/95

1993    1994    1995    1996

# EXHIBIT 58

# The Cholinergic Synapse



Plaintiff's Exhibit
PX - 1399

# EXHIBIT 59

# The Neuroendocrine Window



Plaintiff's Exhibit
PX - 1400

# EXHIBIT 60

# The Search for An Alzheimer's Treatment Pre-1986

**Increase Blood Flow to Brain**

**Vasodilator Agents**
- Papaverine
- Carbon dioxide
- Carbonic anhydrase inhibitors
- Nicotinic Acid*
- Vitamin E*
- Hydergine*
- Cyclandelate

**Anticoagulants and Oxygen**
- Warfarin
- Dicumarol
- Hyperbaric oxygen

**Central Nervous System Stimulants and Metabolic Enhancers**

**Nootropics**
- Piracetam
- Yeast RNA

**Anabolic Agents**
- Isoprinosine
- Fluoxymesterone

**Others**
- Procaine
- Pentylenetetrazole
- Methylphenidate
- Magnesium
- Pemoline
- Pipradol
- Nafronyl
- Hydergine*

**Cholinergic**

**Precursor**
- Lecithin
- Choline

**Muscarinic Agonist**
- Arecoline

**Cholinesterase Inhibitors**
- Physostigmine

**Neurotransmitter Enhancers**

**Amines**
- Bromocryptine
- L-Dopa
- Tyrosine
- 5-hydroxy-tryptophan
- L-tryptophan

**Amino Acids**
- Benzodiazepines

**Neuropeptides**
- Vasopressin
- Oxytocin
- ACTH
- DDAVP
- Naloxone

**Neuronal Protectors**
- Nicotinic Acid*
- Vitamin B12
- Aluminum chelation (EDTA)
- Zinc-di-aspartate
- Vitamin E*

Plaintiff's Exhibit
PX - 1401

Tried Under More Than One Therapeutic Approach

Sources: Clinical Strategies in the Treatment of Alzheimer's Disease, Swaab & Fliers, 1986 (PX 714)

# EXHIBIT 61



The Search for An Alzheimer's Treatment Up to 2001

Plaintiff's Exhibit
PX "1401c"

*Tried Under More Than One Therapeutic Approach

Sources: Clinical Strategies In the Treatment of Alzheimer's Disease, Sweab
Fliers, 1996 (PX 714); Cholinesterase Inhibitors Do More Than Inhibit Cholinesterase,
Giancobini, 1998 at Table 3 (PX 633); Practice Parameter: Management of Dementia
(An Evidence-Based Review), Doody et al., 2001 at Table 3 (PX 765)

# EXHIBIT 62



*Razadyne IR has sold over $912.6 million*

Razadyne IR sales revenue

$300M — $250M — $200M — $150M — $100M — $50M — 0

2001    2002    2003    2004    2005    2006

Partial year data: Razadyne IR was launched in May of 2001; 2006 data available only through August 2006

Source: PX 297a, 311
Note: Not adjusted for inflation

Plaintiff's Exhibit
PX -1402

2

Subject to Protective Order
Contains Information Designated
"Highly Confidential"

# EXHIBIT 63

# Neurology and Neurosurgery

Vol 33

Section 8

*Managing Editors*
RICKHOFF

Medical Abstracting Service

Excerpta Medica
305 Keizersgracht
Amsterdam
The Netherlands

THE UNIVERSITY
OF MICHIGAN

JUL 1  1975

MEDICAL
LIBRARY

BOARD OF CHIEF EDITOR
J.B. BUIJSMA
A.J. DUNNING
O.H. FARRAR
P.J. GAILLARD
G.P. M. KORSTEN
SIR PETER MEDAWAR
L.S. MELTZER
P.J. VINKEN
W. VAN WESTRING
G.E.W. WOLSTENHOLME

Executive Chief Editors
R.R. BLANKEN
F. VAN ESSEN

*Editorial Board*
MR. H. ADAMS Glasgow
R.D. ADAMS Boston
E.J. ALPERS Philadelphia
ROMÁN ARANA-IÑIGUEZ Montevideo
E.A. BERINO JR. Bethesda
S. BOEHME Chicago
I.D. BOEHME Chicago
W.L. BRUETSCH Santa Barbara
P. CLOETTA...
RUSSELL N. DEJONG Ann Arbor
H.A. KLAVANS Chicago
MACDONALD CRITCHLEY London
W.H. McMENEMEY London
MLC. MYRIANTHOPOULOS Bethesda
S. REFSUM Oslo
J.O. ROBERTSON Melbourne
K. SANO Tokyo
ROBERT S. SCHWAB Boston
A. SUBIRANA Barcelona
H. VERBIEST Utrecht
A. EARL WALKER Baltimore
W. ZEMAN Indianapolis
K.J. ZÜLCH Cologne



Excerpta Medica Sect. 8 Neurology and Neurosurgery
Vol 33, 1975

2357. The etiopathogenesis and morphology of spontaneous and experimentally produced neurofibrillary degeneration - Onol B. - Fac. Med., Hacettepe Univ., Ankara - HACETTEPE BULLETINAL 1973 6/2-3 (68-82)

The aluminum salts (tri virelon, quadro virelon, tetanus toxoid) that were used as antigen adsorbents in vaccine production, were given to rabbits through the cisterna magna to ascertain their effects on the central nervous system. The tetanus toxoid which contained aluminum phosphate produced ataxia, hypersensitivity, and convulsions, namely, status epilepticus. Tri virelon and quadro virelon which contain aluminum hydroxide produced no pathological side effects, either clinically or morphologically. The neurofibrillary changes produced experimentally and the spontaneous changes that were seen in presenile and senile dementia, inclusion encephalitis and amaurotic idiocy, are described and the possible etiopathogenesis of the lesions are discussed.

2358. Medical management of dementia - Bhasker P.A. - Dept. Neurol., Inst. Neurol., Government Gen. Hosp, Madras - ANTISEPTIC 1974 71/1 (45-47)

Dementia is neither a disease per se nor a single symptom. It may be considered to be a clinical manifestation resulting from complex structural or functional changes in the most sophisticated mechanisms of the brain. The prognosis becomes 'excellent' when the correctable cause is diagnosed early and found to be a metabolic or endocrine deficit (as in pellagra, $B_{12}$ deficiency or myxedema). The dementing process can be arrested or reversed to a minor extent in cases of tumors (when removable), infections (like GPI) when they can be successfully arrested, post traumatic dementias, and low pressure hydrocephalus. With regard to progressive dementia, there appears very little to offer. Only management and no treatment is possible. Rewarding experiences are on record of treating Huntington's Chorea patients with Haloperidol, a very useful drug in the control of hyperkinetic dyskinesias. A demented person obviously requires careful supervision and devoted nursing care as he will not be able by himself to attend to his own nutrition and personal cleanliness. He is also likely to be unmindful of any intercurrent illnesses that may occur.

2359. Functional asymmetry of the cerebral hemispheres and focal lesions of the brain (Russian) - Dobrokhotova T.A. and Braghina N.N. - nii. Inst. Psikhiat, Min. Zdravookhr. RSFSR, Moscow - VOPR.PSIKHON. 1974 20/2 (95-103)

Changes in the general mental activity differ as between lesions of the midline and the bilaterally represented structures of the brain. Lesions of the former are accompanied by global shifts of the mind (either intensification or depression), while lesions of the latter lead to more differentiated disturbances of mental activity, the disturbances differing as between the symmetrical regions of the hemispheres. A generalized description of the psychopathologic symptoms of lesions of the left and right

---

[Left column — heavily damaged/obscured]

I. DEVELOPMENTAL

...trisomy of ma...
...a child with...
...MEDICINE POLIO...
4. A REPORT DE BORASIO...
MALFORMATIONS MULTIPLE...
- Distache C. and ...
Univ. Liege - RUMAN...

...osome studies of a chi...
...formations, by G. Prod...
methods revealed that ...
...us had a 47,XY,6p+ k...
...obinato from a skin biop...
CY). At birth, the child...
8 cm, and presented wi...
...eus: low implantation...
...ers, limited flexion of ...
...mur, hypoplasia of the ...
...d scoliosis (mainly ...
...penia, and petechiae...
...e. The child died ...
...topsy revealed a heav...
...rasic hemivertebrae a...
...incephalus.

...ry megaloencephaly
TALIA PRIMITIVE - Eich...
and Salle R. - Child...
Lyon - SEMI.HOPPRINIS...

...of primary congenit...
...phaly is reported in...
...of the case and a...
...turo permitted a bea...
...i of the disease and ...
The differential diagn...
discussed. The pains...
...min knowledge ...
...knowledge, ...
...peak of congenital...
...lilies by contrast ...
a disease, which is...

...icephalic gigantism...
- Schelling Durst V...
Zurich - KLIN.PAKDIA...

...inical history and X...
...girl with cerebral gig...
...are reported and cor...
...cases. The main sign...
...ing childhood, mac...
...tendency to macrod...
...rements. The etiol...
...krome are still unkn...

...staral cervical myelo...
: CERVICAL ANTIOGRAPH...
...hermac Garcia E. a...
...o Neurol, Inst. Neur...
EVEU.RACHID. 1974 ...
...ent with an anterio...
..., consisting of a ...
...gh a widened index...
...l. Its association ...

...sis, which would explain the said
...x's product of a connective tissue
...fect at the dura mater level, is
...rential diagnosis from
...can only be achieved through

...voked response in two cases of
...cephalocele - POTENTIELS EVOQUES
EDUX DAS ENCEPHALOCES EN OCCIPITAUX
...and Buchen C.C. - Oregon Med. Sch.,
- NEVROO-NEURO-OPHTAL 1974 45/2

...ghters report 2 cases of occipital
...cele in new born girls, both with spikes
...onal electrical activity in the aberrant
...area. One child survived (8 1 yrs); the
...at the age of 2 months, and her brain
...led. It was possible to obtain an
...al potential in the hernial sac of the
...child from birth. Blindness was
...er ablation at the age of one yr.
...child had no visual tract connecting
...ont cortex of the posterior part of the
...ht hemisphere, itself microgyric:
...the paroxysmal electrical discharges
...errant cerebral tissue provoked no
...reactions, probably because of the lack
...of chevron the encephalocele and the
...brain.

...adio radial dysplasia. Report of a
...P.S., Singh R., Lal J.C. and Gupta
...chand, Med. Coll. Hosp, Rohtak -
...A 1973 60/209 (365-367)
...with bilateral absence of the
...teral radial aplasia, bilateral talipes
...incomplete descent of testes, internal
...and ventricular septal defect
...dial dysplasia) is reported and a
...of the relevant literature on the
...presented.

NEUROLOGY OF MENTAL DISEASE

...role of cerebral aminoacids in
...toxic effects of DDT in mice - Kar
...gta M.A. - Industr. Toxicol. Res. Cent.,
...hal Palace, Lucknow - EUR.J.PHARMACOL.
...4/1 (28-39)
...neurotoxic effects (hyperexcitability,
...convulsions) seen after acute
...tion of p,p' DDT (1,1,1 trichloro 2,2 bis(4
...chlorophenyl) ethane) (50 mg/100 g) were
...with a significant decrease in the
...t of GABA, glycine and taurine in
...hemispheres of male mice; the
...ts of aspartic acid, α alanine,
...and glutamine remained unchanged.
...the same dose of p,p' DDT (1,1,1
...chlorophenyl)(4' chlorophenyl)
...to produce any of the symptoms
...alter the concentration of amino
...brain of mice. The results suggest
...amino acids in the cerebral
...may possibly be involved in the
...effects observed after the
...of p,p' DDT.

410.5
E95am
Dementia and galantamine

S 8          425

-conditioning, electroencephalography, hippocampus, learning, frequency diffe ence, novelty respon frustrational non reward response, neurophysiology, 2124
fucose h 3, acetylcholinesterase, chromatolysis, glycoprotein, hypoglossal nerve, leucine h 3, nerve regeneration, protein, transport, rabbit, 834
-nerve, regeneration, nerve fiber transport, rabbit, 2839
alpha levo fucosidase, acid phosphatase, denervation, extensor digitorum longu muscle, glucosidas muscle atrophy, acid protease, rat, 1590
fukuyama syndrome, muscular dystrophy, congenital muscular dystrophy, case series, histopatholo
fumaric acid, alanine, aminoacid, asparagine, aspartic acid, brain cortex, brain ischemia, citric ac glutamic acid, glutamine, glycolysis, krebs cycle, malic acid, succinate, 4 an inobutyric acid, aminoacid, rat, histochemistry, 3727
fungiform papilla, taste bud, 3367
fungus, antimetabolic agent, aspergillosis, central nervous system, chromomyco i., cryptococcus neoformans, fucytosine, granuloma, immunosuppressive agent meningitis, mycos tuberculoma, tuberculous meningitis, hamycin, steroid therapy, culture, differential diagnosis, neurosurgery, etiology, 11 case reports, 3843
furocemide, brain edema, therapy, 17 patients, 365
-brain edema, brain lesion, cold injury, pentabarbital, rhesus monkey, 2226
-body temperature, brain edema, droperidol, fentanyl, lytic cocktail, brain ste n injury, corticoste treatment, case, 2088
-canticle, cilium, colchicine, hypophysis, rat, electron microscopy, 3626
fusimotor muscle, hoffmann reflex, moxisylyte, noradrenalin, propranolol, alpha adrenergic recepto paraalpha dimethylphenethylamine, human, infusion, 2867
fusimotor muscle fiber, alpha motor nerve, drinking, eating, mastication, muscle contraction, muscle spindle, mandible muscle, cat, 882
-gamma motoneuron, joint receptor, muscle spindle, bone disease, proprioception, spinal cord, pathogenesis, 3364
-muscle spindle, soleus muscle, spinal cord, cat, 1998


gait, alcoholism, alcohol polyneuropathy, atherosclerosis, osteoarthritis, polyneuropathy, 3146
-speech, tremor, parkinson disease, 81 cases, 1107
galactocerebroside, behavior, brain, copper deficiency, gangleoside, lecithin, myelin, myelinizatio newborn, subfolid, tremor, rat, histochemistry, 1223
-brain, glycoprotein, myelin, 2'3' cyclic nucleotide 3' phosphohydrolase, jimpy mouse, electron microscopy, 2538
galactocerebroside beta galactosidase, globoid cell leukodystrophy, neuropathy, 1 child, biochemistry, ultrastructure, histology, 2713
galactolipid, cholesterol, lipid, myelin, phospholipid, sciatic nerve, 465
galactose, allergic neuropathy, aminoacid sequence, glycoprotein, mannose, myelin sciatic nerve, properties, rat, guinea pig, 1507
-myelin, 3716
alpha galactosidase, amnion cell, fabry disease, rapid diagnosis, prenatal diagnos is, microtechniqu carrier detection, 3824
-beta galactosidase, fabry disease, leukocyte, n acetyl beta glucosaminidase, ce amide trihexosid ceramide dihexoside, 1368
beta galactosidase, alpha galactosidase, fabry disease, leukocyte, n acetyl beta g ucosaminidase, ceramide trihexoside, ceramide dihexoside, 1366
-brain, chromatography, human, 106
galactosylceramide, cerebroside, glucosylceramide, chicken embryo, 824
-ceramide, nonesterified fatty acid, hydroxy fatty acid, rat, biosynthesis, 3749
galactosamine, aminoacid, brain, brain tumor, cyanocobalamin, dementia, epilepsy, huntington chore hydrocephalus, myxedema, neostigmine, nucleic acid, pellagra, involuntary novement, posttraumatic dementia, amino derivative, anabolic agent, vasodilator agent, brain infection, cholinesterase blocking agent, 2358
gallamine, blood brain barrier, drug, spinal anesthesia, convulsion, iatrogenic di ease, intrathalamic application, case, accidental intrathecal injection, 2669
-hexamethonium, neuromuscular synapse, neurotransmitter, phrenic nerve, tub curarine chloride diaphragm muscle, 1236
gallamine triethiodide, adrenalin, behavior, carbachol, cholinergic system, defens , hypothalamus, noradrenalin, orthosympathetic nervous system, cat, 3667
gammaencephalography, brain contusion, echoencephalography, electroencephalog raphy, epidural hematoma, hygroma, subdural hematoma, brain trauma, 50 cases, a analysis, 648
-brain angiography, neurinoma, posterior brain artery, trigeminal nerve, trigeminus neurinoma, 8 case reports, diagnosis, 1954
gamma motoneuron, activity, cryosurgery, hypertension, muscle spindle, pulvinar thalamus, cat, 1 -electroencephalography, epilepsy, pentetrazole, alpha motoneuron, 1962
-fusimotor muscle fiber, joint receptor, muscle spindle, bone disease, proprioception, spinal cor pathogenesis, 3364
-nerve ending, synapse, synapse cleft, synapse vesicle, trochlear nerve nucleus alpha motoneu
gamma radiation, alpha radiation, electron, radiation physics, radioisotope, book, 1494
-brain tumor, radiotherapy, 2689

DX-00074-00003

p 6

Medical Abstracting Service

Excerpta Medica
305 Keizersgracht
Amsterdam
The Netherlands

ABSTRACT
ABSTRACT COLLECTION
DOES NOT CIRCULATE

JUN 24 1975

J.R.BILSMA
A.J.DUNNING
G.R.FARRAR
P.J.GAILLARD
G.P.M.HORSTEN
SIR PETER MEDAWAR
L.I.MELTZER
P.J.VINKEN
W.VAN WESTERING
G.H.W.WOLSTENHOLME

Executive Chief Editors
R.M.BLANKER
P.VAN SEEN

Editorial Board
LORD AMULREE London
J.BALO Budapest
J.ANGA Budapest
CH.H.BEST Toronto
T.BOUILLON Paris
R.W.BUSH Durham
J.P.GANZILLI Buffalo
W.DOMEAUER Vienna
A.AVERITY Sydney
I.GALLE Copenhagen
T.GILLMAN Cambridge
M.H.GORRY Kiev
R.CORRPPI Florence
P.J.GORDON Leyden
L.HARAKONY Budapest
P.J.RAVIDSHART Chicago
W.H.HENRY Chicago
P.H.HESTVAL Nancy
J.A.RUST Paris
W.J.L.JENIO? Dublin
O.J.KAPLAN San Diego
P.H.KUHNEAN Lucknow
P.L.KROEN Birmingham
A.LLANKINO Pittsburgh

M.G.LARGALZA Buenos Aires
R.NICOLAYSEN Oslo
M.PAYNO Mexico
F.H.AGKULZ Berlin
J.H.HELDON Wolverhampton
A.SIMON San Francisco
J.M.SORA Montevideo
E.AVASYUKOVA Moscow
F.VERIZA Basle
A.T.WELFORD Cambridge
W.SCHULER: Tokyo
R.J.VANZONNEVELD The Hague

on concerning
prints, contact
resentative.

Case 1:05-cv-00356-SLR   Document 407-5   Filed 08/30/2007   Page 35 of 60

FROM



Hécot A. - Cent. Neuropsych al. D'Aphasiol. Clin. Univ. Neurol. Genève - BULL AUDIOPHONOL. 1973 3/5 (97-117)

Speech therapy can onl rarely restore to the aphasic his original speech. One must therefore be satisfied with a level of communication sufficient for reintegration into the family, into society and, more rarely, into professional life. The role of the family is primary. To be effective they must be capable of seeing beyond the drama of the situation by taking an active part in reeducation, and of adopting an encouraging attitude aimed at restoring to the patient maximum autonomy. The physician's detachment and practical advice will best help the family to understand the aphasic and to support him in his efforts. Moreover, the family must be in a position to carry on their efforts after the difficult decision to discontinue treatment. This may occur when it is possible to introduce the patient to a group of aphasics undergoing reeducation. A successful outcome would be a spontaneous remission of the group in the absence of the physician. This constitutes an important step toward reintegration into society.

905. The possibilities of the use of electronic pocket reckoners in the speech training of aphasics - ÜBER DIE MÖGLICHKEIT DER VERWENDUNG DES ELEKTRONISCHEN TASCHENRECHNERS IN DER SPRACHHEILBEHANDLUNG VON APHASIKERN - Erlich I.F. - Cottage Gasse 45 1/7, Wien - Z. HNO. 1974 12/2 (98-103)

The application of the electronic pocket calculator to speech training of aphasics is discussed.

906. Influence of levodopa on the psychopathologic symptoms in parkinsonian patients - DIE WIRKUNG VON L-DOPA AUF DIE PSYCHOPATHOLOGISCHEN SYMPTOME BEI PARKINSON KRANKEN - Özek M. and Aydogan K. - Psychiat. Klin., Med. Fak., Istanbul - NOR. PSIKIYATARS. 1973 10/3-4 (150-160)

L-Dopa was administered to a group of 40 patients with idiopathic Parkinson syndrome (in 18 cases, 2-4 x 50 mg/week i.v., in the other patients 3 g/day by mouth) and the psychopathologic changes recorded. The L-dopa treatment, which was aimed at neurologic symptoms, caused, in a varying degree, an improvement in the affective modulation in 3/4 of the patients, and also caused an activation of the intellectual processes and an increase in the vital feelings in all patients. In 4 cases psychic complications developed, such as absent mindedness, internal and motor unrest and disturbed orientation. These could be dealt with by using neuroleptics or tranquilizers.

907. Influence of discilidium on behavior in the aged subject - ACTION DU DISCILID. A SUR LE COMPORTEMENT DU SUJET AGE - De S niere J.L. - ARS MEDIC (Brux.) 1974 29/2 (323-331)

The influence of viquidil on the behavior of elderly subjects with cerebrovascular disease was studied in 1,413 patients. 78.4% of the patients showed improvement; 13.4% did not show further deterioration; and in 10.2% the treatment had to be discontinued for some reason. In a group of

170 patients the viquidil treatment was by the administration of a vasodilator; group 50.2% improved. The method of is described.

908. Aspects of cerebrovascular diseases M. - Dept. Neurol, Reg. Neurol. Centr Hosp., Romford - UNSIGN 1974 8/3/4

A recent combined centre study in which many factors were studied in stroke, including diet, obesity, diabetes lipids, emphasised that there were 3 fac which stood well above the rest in import hypertension, transient ischemic attack disease. The more that can be done, this combat these at an early stage, the great likelihood of reducing the incidence of

909. Free word association of adult aph Timmermans B. and Kumin L. - Eastern Treatm. Cent. Baltimore, Md. - PSYCHOL. 34/2 (389-390)

Free associations of 12 aphasic and matched normal subjects indicated that could identify two types of aphasic symp and that auditory presentation produced mature responses, whereas pictures pro more label responses. Results also deriv that normal subjects produced a greater of both paradigmatic and syntagmatic than aphasics.

910. Medical management of dementia P.A. - Dept. Neurol, Inst. Neurol, Gove Gen. Hosp., Madras - ANTISEPTIC 1974 7

Dementia is neither a disease nor single symptom. It may be considered clinical manifestation resulting from co structural or functional changes in the sophisticated mechanisms of the brain prognosis becomes excellent when the cause is diagnosed early and found to metabolic or endocrine deficit (as in p deficiency or myxedema). The dementia can be arrested or reversed to a minor cases of tumors (when removable), infe (GPI) when they can be successfully tr traumatic dementias, and low pressure hydrocephalus. With regard to progress dementia, there appears very little to management and no treatment is possi Rewarding experiences are on record Huntington's Chorea patients with Halo very useful drug in the control of hype dyskinesias. A demented person obviou requires careful supervision and devote care as he will not be able by himself to his own nutrition and personal cleanli is also likely to be unmindful of any il illnesses that may occur.

911. Differential diagnosis of the cere - DIE DIFFERENTIALDIAGNOSE DES ZEREBRAL Summer K. - Neurol. Univ. Klin, Wien AKTUEL.GERONTOL. 1974 4/3 (136-145)

It is demonstrated in a rough sk in a short description that it is possible practitioner to differentiate at first exa in the hospital between ischemic and haemorrhagic stroke in the majority, a

DX-00074-00005

# EXHIBIT 64

# MEDICAL MANAGEMENT OF DEMENTIA*

P. A. BHASKER, M.D., D.M. (NEURO.),

Asst. Prof. of Neurology, Institute of Neurology,
Government General Hospital, Madras-3

DEMENTIA is neither a disease *per se* nor a single symptom. It may be considered to be a clinical manifestation resulting from complex structural or functional changes in the most sophisticated mechanisms of the brain. The corrective treatment is usually therefore, one associated with a gloomy outlook, because a dementing process in most cases is a relentlessly progressive one, and very often not amenable even to diagnosis.

On the other hand, this gloomy picture is thoroughly wiped out and a favourable result readily obtained when one of the treatable underlying causes is detected; the prognosis becomes 'excellent' when the correctable cause is diagnosed early and found to be a metabolic or endocrine deficit (as in Pellagra, $B_{12}$ deficiency or Myxœdema). In such cases, the dementia can be cleared up and the patient can have a complete "cure".

On the other hand, the dementing process can be arrested or reversed to a minor extent in some instances, where only a guarded prognosis can be offered. These situations include the cases of tumours (when removable), infections (like GPI) when they can be "successfully" arrested, post-traumatic dementias, and low pressure hydrocephalus.

The irreversible cases belong to the category of dementias where there is a progressive fall-out of neurons and the course of the illness is rapidly downhill. Therefore, the importance of a thorough diagnosis even at the first instance must be realised, because the compartmentalisation into treatable and untreatable dementias has to be made with the utmost care. Moreover it must be emphasised that in certain situations (like Myxœdema) a *late* diagnosis of the underlying cause may lead to irreversibility of the mental status, especially so, in the young developing brains.

With regard to progressive dementia, there appears very little to offer. Only management and no treatment is possible. The problem of who is going to manage the dementing individual arises next. Contrary to the older beliefs that the demented person (who is likely to be insane) has to be necessarily managed by a psychiatrist or an internist, it now appears that the Neurologist is the best person to handle them, and a neuropsychiatrist is the ideal person. The neurologist remains today at the centre of a triangle formed by the psychiatrist, the general physician and the neurosurgeon.

*Summarised from the talk given at the Institute of Neurology.
Specially contributed to the 'ANTISEPTIC'.



JAN RAZ-0012374

DX-00483-00001

The control of convulsions and involuntary movements are separate subjects by themselves. But what must be stressed is the importance of controlling these associated disorders which may sometimes assume greater importance than the dementia itself. For example, in cases of Huntington's chorea where the dementia may be very slowly progressive, the involuntary movements may present the main problem, when adequate control of the choreic movements enables the individual to go back to his work. Rewarding experiences are on record of having treated patients with Huntington's Chorea by giving Haloperidol, a very useful drug in the control of hyperkinetic dyskinesias.

The behavioural problems met with in patients with dementia are profound and so depending upon the nature of the behavioural disturbance, judicious use may be made of drugs, along with psychiatric care. General surgical therapy does not find a significant role in dealing with patients suffering from progressive dementia except when there is an isolated behavioural aberration that can be selectively tackled by Stereotaxy. Even then, any beneficial response is short-lived and soon over-taken by the dementing process.

A demented person obviously requires careful supervision and devoted nursing care as he will not be able by himself to attend to his own nutrition and personal cleanliness; he is also likely to be unmindful of any intercurrent illnesses that may supervene.

The restoration of higher cortical functions is difficult and was once considered to impossible; but it has lately gained importance. Luria and his colleagues have dealt with this problem in great detail. They have suggested measures of improving the higher functions in cases of local brain damage like tumour, head injury, infarct. etc., by deinhibitory procedures and re-education of the rest of the brain. Deinhibition refers to the facilitation of acetylcholine activity by giving small daily doses of Cholinesterase inhibitors (Neostigmine, Gallanthamine etc.). Empirical measures, like trying anabolic steroids, vasodilators, nucleic acid preparations, amines and aminoacids are in vogue, but have not been of any great value. The problem of sending a demented individual back to his profession has to be adequately studied by the attending physician before coming to a definite decision. If he happens to hold a position requiring the use of proper judgement, it is better that he is relieved of such a responsible post and assigned a less exacting, general type of work.

The social aspects include adequate counselling in marriage affairs when a demented person or a relative of a demented

JAN RAZ-0012375

DX-00483-00002

person seeks advice. The stigma associated with dementia is equal to that with epilepsy. This fact must be kept in mind by the physician, when confronted with a case of dementia and especially the relatives.

The problem of managing a demented individual in a very real one needing adequate judgement, judicious use of drugs, sympathetic nursing and proper counselling.

## REFERENCES :

1.  Zulch, K.J. (1969)—The Place of Neurology in Medicine and its Future in Vol. I (Disturbances of Nervous Function) of Handbook of Clinical Neurology, Ed. : Vinken, P. J. and Bruyn, G. W. North Holland Publishing Company—Amsterdam.

---

## DEATHS INVOLVING PROPOXYPHENE

### A STUDY OF 41 CASES OVER A TWO-YEAR PERIOD

Forty-one deaths occurred involving propoxyphene hydrochloride (Darvon) during a two year period. Ten patients died from propoxyphene intoxication alone, while 12 were victims of a propoxyphene alcohol combination, the latter number being identical to the deaths from a combination of barbiturates with alcohol seen during the same period. Five young women died from an ingestion of propoxyphene following an argument. Four patients could be categorized as drug abusers due to historical circumstances. The high levels of propoxyphene suggested habituation in three instances. Physicians should be alerted to the potential deleterious effects of indiscriminate use and abuse of propoxyphene, and should warn their patients not to drink alcoholic beverages when taking propoxyphene. They should use extreme caution when prescribing it to those in the younger age-group.

An impressive factor in this series is the availability of the drug to young people who, after a sudden argument, seem to find ingestion of pills a convenient gesture at attempted self-destruction. There were five cases of teenagers (all girls) in this series (aged 15 to 20 years) whose deaths were caused by propoxyphene intoxication, and in none of these were alcohol, other drugs or narcotics addiction involved. In two instances, the victims were found to be pregnant. Ten of the 22 patients who died from ingestion of propoxyphene alone, or propoxyphene in combination with alcohol, were over 40 years of age. while two of the deaths due to the combination were in patients over 60 years of age.

Concerning the manner of death, 17 of the 41 cases were classified as suicide, with six of these solely from the ingestion of propoxyphene.

Eighteen of the 41 patients received a prescription of propoxyphene from one or more private physicians. Seven of these patients eventually died from ingestion of propoxyphene or propoxyphene with alcohol. In 12 instances, the patient secured a prescription as an outpatient from a clinic. —(Sturner Q. William and Garriott C. James, J.A.M.A., 5-3-1973).

---

JAN RAZ-0012376

DX-00483-00003

Vol. 71, No. 1          Regd. No. 9, M. 429          JANUARY, 1974



# The Antiseptic

## A Monthly Journal of Medicine & Surgery

For the use of Registered Medical Practitioners only

Editorial & Publishing Office : 323-24, Thambu Chetty St., Madras-600001

Founded by the late Dr. U. RAMA RAU in 1904      Past Editor late Dr. U. KRISHNA RAU

Editor : U. VASUDEVA RAU, M.B., B.S.

'Grams : "ANTISEPTIC"          P. O. Box 144          Phone : 22796

Subscription Rs. 15-00      Foreign Rs. 17-50 a year      Single Copy Rs. 2-50 in advance

NATIONAL SCIENCE LIBRARY

JUN - 3 1974

OTTAWA
CANADA

Newly Introduced

# pyrigesic

## Antipyretic and Analgesic Tablets & Syrup

### COMPOSITION :

**TABLETS**
Each tablet contains:
Paracetamol B.P. 0.5 g

**SYRUP**
Each 5 ml contains:
Paracetamol B.P. 125 mg
Ethyl Alcohol I.P. 0.5 ml
Colour, flavour & syrup q.s.
Alcohol content 9.5%V/V

Strips of 10 tablets and bottles of 60 ml

EAST INDIA PHARMACEUTICAL WORKS LIMITED, 6, Little Russell Street, Calcutta 16

JAN RAZ-0012373

DX-00483-00004

# EXHIBIT 65

IRCS Medical Science: Anatomy and Human Biology; Biochemistry; Clinical Biochemistry; Clinical Medicine; Clinical Pharmacology and Therapeutics; Developmental Biology and Medicine; Drug Metabolism and Toxicology; Metabolism and Nutrition; Nervous System; Psychology and Psychiatry; Social and Occupational Medicine. IRCS Med. Sci., 11, 1048-1049 (1983)]

# Combined cholinergic precursor treatment and dihydroergotoxine mesylate in Alzheimer's disease

Nunzio Pomara, Robert Block, Joy Abraham, Edward F. Domino* and Samuel Gershon

*Lafayette Clinic and Wayne State University School of Medicine, 951 E. Lafayette, Detroit, Michigan 48207 and *Department of Pharmacology, University of Michigan, USA*

*Paper received: 14th October, 1983; amended 2nd November, 1983*

The consistent and selective reductions in the brain activity of choline acetyltransferase (1), the biosynthetic enzyme for acetylcholine, have led to numerous attempts at enhancing central cholinergic activity in individuals with Alzheimer's disease by means of cholinergic precursors (lecithin, choline) in the hope of ameliorating the cognitive dysfunctions in these patients. The outcome of these therapeutic strategies which have utilized cholinergic precursors alone has been generally disappointing (2). There is, however, a preliminary report from an open trial suggesting increased efficacy from the combination of choline with piracetam (3), a pharmacological agent which is thought to improve neuronal metabolism.

Dihydroergotoxine mesylate (Hydergine) is a widely prescribed agent for the treatment of elderly patients with dementia, which like piracetam is also thought to exert its beneficial effects by improving intraneuronal metabolism (4).

In the light of these considerations, we undertook the present double-blind study to assess psychometric effects of a combination of a cholinergic precursor (lecithin) and a 6 mg/day dose of Hydergine in individuals with Alzheimer's disease. A 6 mg/day dose of Hydergine was chosen because of recent reports (5) indicating that it is as safe as the 3 mg per day dose currently approved in the United States, and might possibly be more effective.

Patients and methods: Nine mild-to-moderately impaired individuals were recruited from the outpatient geriatric clinic for participation in this study. There were three females and six males (mean age 66.4; range 54—81). Subjects received medical, psychiatric, neuroradiological evaluations including a CAT scan, and routine laboratory investigations. All participants met the DSM III (6) criteria for Primary Degenerative Dementia (Alzheimer's disease). None of the subjects had been on any psychotropic medication.

Following a two-week placebo period, patients received oral tablets of Hydergine, 2 mg t.i.d. for 12 weeks. During the same period, they also received lecithin (95% phosphatidylcholine, purchased from the American Lecithin Company, Atlanta, Georgia) 10 gm b.i.d. for six weeks and placebo for six weeks in a double-blind crossover design.

At the end of the placebo period and at two week intervals thereafter, patients receiving psychometric testing consisting of Buschke's "Selective Reminding" test (7), digit span/supraspan, word fluency, and Sperling tasks (8), and three subtests of the Wechsler Memory Scale. Patients also filled out a Symptom Checklist and rated their memory on five questions from Squire's Memory Assessment. The psychiatrist made ratings on the Global Deterioration Scale (9).

Blood samples for determination of plasma and red blood cell (RBC) choline were also obtained at the same times. Choline levels were determined by a modification of the gas chromatographic method of Jenden and Hanin (10).

*Plasma and RBC choline levels and selected psychometric measures in individuals with Alzheimer's disease receiving placebo, or Hydergine with placebo or Hydergine with lecithin (means ± SEM, n = 9)*

|  | Placebo | Hydergine + Placebo (week 6) | Hydergine + Lecithin (week 6) |
|---|---|---|---|
| **Choline (nmol/ml)** | | | |
| Plasma*** | 18.3 ± 1.9 | 18.7 ± 2.4 | 38.5 ± 4.3 ‡ |
| RBC | 61.2 ± 24.2 | 42.4 ± 10.3 | 77.9 ± 15.7 |
| **Sperling test** | | | |
| No. of letters | 31.33 ± 3.10 | 35.44 ± 2.25† | 33.56 ± 2.27 |
| **Buschke task-total recall** | | | |
| No. of items | 55.11 ± 4.71 | 49.44 ± 4.88† | 55.44 ± 7.28 |
| **Squires Memory Assessment ratings** | | | |
| Total over 5 questions | −2.67 ± 3.15 | −0.78 ± 2.03 | 0.89 ± 2.32 |
| **Symptom Checklist rating** | | | |
| "Trouble remembering things"** | 2.56 ± 0.18 | 2.11 ± 0.20† | 2.00 ± 0.17† |
| **Global Deterioration Scale rating*** | 4.06 ± 0.21 | 3.78 ± 0.12 | 3.72 ± 0.19† |

*Difference among three treatment conditions significant by one-way analysis of variance, P <: *0.05; **0.01; ***0.001. Difference from placebo significant by one-way analysis of variance, P <: †0.05;‡0.01.*

Results: As indicated in the table, co-administration of lecithin and Hydergine increased plasma choline significantly relative to placebo alone. A similar but non-significant trend occurred for RBC choline. Co-administration of lecithin and Hydergine significantly increased both plasma (P < 0.001) and RBC (P < 0.01) choline relative to Hydergine alone.

Analyses of variance of the psychometric measures indicated no significant differences between Hydergine alone and the

DX-00557-00001

Alzheimer's disease                                                                                    Nunzio Pomara *et al.*

Hydergine-lecithin combination. Hydergine-alone significantly improved performance on the Sperling Test, but there was no consistent pattern of improvement in response to either of the drug treatments on the other objective psychometric measures. On the other hand, both Hydergine alone and Hydergine plus lecithin, led to some significant improvements as compared to placebo in subjective psychometric measures. Patients' ratings on the Symptom Checklist item "trouble remembering things" showed significant subjective improvement after six weeks of Hydergine alone or Hydergine plus lecithin. Global Deterioration Scale ratings also improved, though only the contrast between placebo and Hydergine plus lecithin was significant.

Conclusions: As previously reported by others (5), we found the 6 mg/day dose of Hydergine to be quite safe. There were absolutely no adverse side effects associated with this treatment. Additionally, we found no increased toxicity during combined Hydergine-lecithin treatment. With respect to the effects on memory, we found no superiority of the Hydergine-lecithin combination over Hydergine alone. Both drug treatments led to some subjective improvement without any consistent improvements on objective psychometric measures as has been previously reported with Hydergine treatment (4, 5).

The discrepancy between our study and the improvements previously reported in response to the choline-piracetam combination in an open trial (3) may be due to the methodological differences between the studies; or it could possibly reflect significant differences between piracetam and Hydergine in their interactions with cholinergic precursors.

1. Davies, P. (1979) *Brain Res.,* 171, 319-327
2. Bartus, R.T., Dean, R.L., Beer, B. *et al.* (1982) *Science,* 217, 4088-4417
3. Friedman, E., Sherman, K.A., Ferris, S.H. *et al.* (1981) *N. Engl. J. Med.,* 304, 1409-1491
4. Yesavage, J.A., Hollister, L.E. and Burian, E. (1979) *J. Am. Geriatr. Soc.,* 27, 80-82
5. Yoshikawa, M., Hirai, S., Aizawa, T. *et al.* (1983) *J. Am. Geriatr. Soc.,* 31, 1-7
6. American Psychiatric Association (A.P.A.): (1980) *Diagnostic and Statistical Manual of Mental Disorders,* Third Edition, A.P.A., Washington, D.C.
7. Buschke, H. and Fuld, P.A. (1974) *Neurology (N.Y.),* 24, 1019-1025
8. Sperling, G. (1960) *Psychol. Monogr.,* 74, 498
9. Reisberg, B., Ferris, S.H., DeLeon, M.J. and Crook, T. (1982) *Am. J. Psychiatr.,* 139, 1136-1139
10. Jenden, D.J. and Hanin, I. (1974) *Choline and Acetylcholine: Handbook of Chemical Assay Methods,* (Hanin, I., ed.), pp. 135-150, Raven Press, New York

DX-00557-00002

# EXHIBIT 66

### Dated 30th November 1995

(1) Shire International Licensing B.V.

- and -

(2) Janssen Pharmaceutica N.V.

Global (excluding Japan)
Co-Development, Know-how and Supply Agreement
for Galanthamine

18959296

Highly Confidential

JAN RAZ-0011701

DX-00629-00001

# I N D E X

**Clause**                                                                                                    **Page**

1     Definitions                                                                                             2
2     Grant of Licence                                                                                        8
3     Initial and Milestone Payments                                                                          9
4     Co-Development Programme & Product Approvals                                                             10
5     Development Costs                                                                                       12
6     Royalties                                                                                               14
7     Payment Terms                                                                                           18
8     Records and Reports                                                                                     20
9     Janssen's Development, Launch & Marketing Efforts                                                       22
10    Co-Promotion in the United Kingdom and the Republic of Ireland                                          24
11    Trade Marks                                                                                             25
12    Patents                                                                                                 26
13    Product Liability & Breach of Warranty by Synaptech                                                     29
14    Development Data, International Registration File and Improvements                                      30
15    Confidentiality                                                                                         32
16    Manufacture and Supply                                                                                  33
17    Chronic Fatigue Syndrome                                                                                36
18    Other Indications                                                                                       37
19    Buy Back Options                                                                                        38
20    Other Cholinesterase Inhibitors                                                                         39
21    Licence Agreements                                                                                      40
22    Duration                                                                                                41
23    Termination                                                                                             41
24    Consequences of Termination                                                                             43
25    Cancellation of Licences                                                                                46
26    Consequences of Cancellation of Licence                                                                 47
27    Force Majeure                                                                                           47
28    Miscellaneous                                                                                           48


Schedule 1     Patents                                                                                        52
Schedule 2     Product Approval Submission Timetable                                                          53
Schedule 3     Co-Development Plan                                                                            54
Schedule 4     Concluded Shire Data                                                                           55
Schedule 5     Development Cost Plan                                                                          57
Schedule 6     Description of Study GAL 93-01                                                                 59
Schedule 7     Description of Study GAL 95-05                                                                 60
Schedule 8     Experts Procedure                                                                              61
Schedule 9     Major Countries                                                                                63
Schedule 10    Term Sheet for the Shire Purchase Agreement                                                    64

18959296

DX-00629-00002

**THIS AGREEMENT is made the 30th day of November 1995**

BETWEEN:-

(1)    **Shire International Licensing BV** a company organised and existing under the laws of the Netherlands whose principal place of business is at Frederiksplein 42, 1017 XN, Amsterdam, the Netherlands ("Shire"); and

(2)    **Janssen Pharmaceutica** NV a Belgian business corporation organised and existing under the laws of Belgium with its registered office at Turnhoutseweg 30, B-2340 Beerse, Belgium ("Janssen").

**RECITALS**

(A)    By a licence agreement amended and restated on the same date as this Agreement between Synaptech and Shire Holdings Limited, Synaptech grants to Shire Holdings Limited an exclusive licence under the Patents and Synaptech Know-how to develop, make, have made, keep, use, market, sell and/or dispose of the Licensed Product throughout the Shire Territory and the United Kingdom and the Republic of Ireland.

(B)    By an assignment made on the same date as this Agreement, Shire Holdings Limited assigned to Shire its rights and obligations under the above licence agreement in respect of the Shire Territory.

(C)    By a sub-licence agreement made on the same date as this Agreement between Shire and Janssen, Shire grants to Janssen an exclusive sub-licence under the Patents and the Synaptech Know-how to develop, make, have made, keep, use, market, sell and/or dispose of the Licensed Product throughout the Shire Territory.

(D)    By a licence agreement made on the same date as this Agreement between Synaptech and Janssen, Synaptech grants to Janssen an exclusive licence under the Patents and Synaptech Know-how to develop, make, have made, keep, use, market, sell and/or dispose of the Licensed Product throughout the Janssen Territory.

(E)    Shire has entered into agreements in connection with the production of Natural Galanthamine and the development of a process for the production of Synthetic Galanthamine.

(F)    Shire and Janssen wish to enter into this Agreement to cover various matters relating to the development manufacturing and supply of Galanthamine and Licensed Product including without limitation the following matters:-

(i)    co-development of the Licensed Product within the Territory and the United Kingdom and the Republic of Ireland;

(ii)    terms and conditions for the manufacture and supply of Galanthamine Raw Material and Finished Product;

(iii)    the grant by Shire to Janssen of an exclusive licence to use Shire Know-how in the Territory;

18959296

-1-

Highly Confidential                    JAN RAZ-0011703

**DX-00629-00003**

(iv)  the grant by Shire to Janssen of a semi-exclusive licence to use the Manufacturing Intellectual Property Rights and a non-exclusive licence to use the Chiroscience Intellectual Property Rights;

(v)  the development of Galanthamine for the treatment of indications other than Alzheimer's disease and related dementias and the grant by Shire to Janssen of licences in respect of such indications; and

(vi)  the co-promotion of the Licensed Product in the United Kingdom and the Republic of Ireland.

## IT IS AGREED AS FOLLOWS:-

1.  **Definitions**

In this Agreement the following words shall have the following meanings, unless the context requires otherwise:-

| | | |
|---|---|---|
| 1.1 | "Affiliate" | (1) any corporation or other business entity owning or directly or indirectly having effective control over the activities of a party to this Agreement or (2) any corporation or other business entity that is directly or indirectly controlled by a party to this Agreement or (3) any corporation or other business entity that is directly or indirectly controlled by any corporation or business entity that directly or indirectly has effective control of a party to this Agreement; |
| 1.2 | "Average Cost of Galanthamine Raw Material" | the cost as defined in Clause 6.1.8; |
| 1.3 | "Business Partner" | a third party that is (1) Janssen's principal distributor in a country of the Territory where Janssen does not have an Affiliate responsible for the marketing and selling of Janssen products; or (2) a sublicensee appointed by Janssen pursuant to Clause 2.4 of the Synaptech-Janssen Licence Agreement; |
| 1.4 | "CFS" | Chronic Fatigue Syndrome; |
| 1.5 | "Chiroscience" | Chiroscience Limited a company registered in England under company registration number 2667953 whose registered office is at No. 283 Cambridge Science Park, Milton Road, Cambridge, SB4 4WE; |
| 1.6 | "Chiroscience Agreement" | The agreement dated 19th April 1995 between Chiroscience and Shire International Licensing BV; |

LP
L8959296

-2-

Highly Confidential                    JAN RAZ-0011704

**DX-00629-00004**

| | | |
|---|---|---|
| 1.7 | "Chiroscience Intellectual Property Rights" | all Intellectual Property Rights existing as at 25th October 1994 developed by Chiroscience and/or owned by Chiroscience and/or licensed to Chiroscience upon terms whereby such rights may be used by Chiroscience in or in connection with the research to be conducted under the Chiroscience Agreement; |
| 1.8 | "Chiroscience Process" | the process for the manufacture of Synthetic Galanthamine as developed by Chiroscience; |
| 1.9 | "Ciba Data" | the full and complete data and related summaries and documentation generated by the Ciba Geigy study MIN Number 921003 Rat 26/52 week and study MIN Number 921004 Dog 26/52 week; |
| .10 | "Co-Development Plan" | the plan directed to the development of the Licensed Product as set out in Schedule 3 and as updated from time to time by the DMC pursuant to Clause 4.6.5; |
| 1.11 | "Commercial Delivery" | the first sale to a Customer for commercial use of any Licensed Product in a country of the Territory after the grant of Product Approval in that country; |
| 1.12 | "Concluded Shire Data" | the data from studies completed prior to the date of this Agreement by or on behalf of Shire as described in Schedule 4; |
| 1.13 | "Customers" | any third party, other than an Affiliate or Business Partner of Janssen, to whom Janssen, its Affiliates or Business Partners supply the Licensed Product; |
| 14 | "Data Exclusivity" | this expression shall include without limitation the exclusivity referred to in Article 4.8 of Directive 65/65/EEC as amended by Directive 87/21/EEC and any other rule of law in any country of the Territory whereby a third party is prevented from relying on, or referring to, data filed in support of the Product Approvals in order to obtain regulatory approval for its own product provided that for purposes of this Agreement the period of Data Exclusivity in respect of any country shall be deemed to extend for a maximum period of 10 years from the date of final grant of Product Approval in such country. |

18939296

-3-

Highly Confidential

JAN RAZ-0011705

DX-00629-00005

| 1.15 | "Development Cost Plan" | the cost plan set out in Schedule 5 containing the estimated cost of developing the Licensed Product as the same may be revised each year pursuant to Clause 4.6.6; |
| 1.16 | "Development Data" | all data, raw data, charts, studies, summaries, analyses, reports and other information relating to the Licensed Product generated by or on behalf of the parties before, on, or after the date of this Agreement (including without limitation the Concluded Shire Data) other than data, know-how or other information relating to the manufacture and/or production of Galanthamine; |
| 1.17 | "DMC" | the Development Management Committee which shall be appointed and shall operate in accordance with the provisions of Clause 4; |
| 1.18 | "Excluded Territory" | the United Kingdom and the Republic of Ireland and any countries for which Shire acquires the exclusive rights pursuant to the buy back options set out in Clauses 19 and 20 and any countries for which Janssen's rights are cancelled pursuant to Clause 25; |
| 1.19 | "Finished Product" | any finished pharmaceutical formulation of the Licensed Product suitable for administration to patients; |
| 1.20 | "Galanthamine" | galanthamine or pharmaceutically acceptable acid addition salts thereof; |
| 1.21 | "Galanthamine Raw Material" | Galanthamine of suitable purity and in an appropriate form for converting into Finished Product. For the avoidance of doubt Galanthamine Raw Material shall include Natural Galanthamine and/or Synthetic Galanthamine as the context may require; |
| 1.22 | "Improvements" | any new technique or formulation or any new application of an old technique that is relevant to the use of Galanthamine for the treatment of Alzheimer's disease and/or related dementias and having application or potential application to the Licensed Product. For the avoidance of doubt Improvements excludes Development Data and Manufacturing Improvements; |

LP
18959296

-4-

Highly Confidential                    JAN RAZ-0011706

DX-00629-00006

1.23   "International Registration File"     the international registration file for the Licensed Product compiled by Janssen (i) so as to satisfy the requirements of an NDA in the United States (ii) so as to satisfy the requirements of the Notice to Applicants for marketing authorisation for Proprietary Medicinal Products for human use in the European Union and (iii) in a form which can be submitted as such to national health authorities in any other country or be used as a basis for a national application for marketing authorisation for Licensed Products in the specific format required by such national health authorities;

1.24   "Janssen Territory"     the United States of America, Canada, Mexico, the Republic of Korea, Taiwan, Thailand and Singapore;

1.25   "Licensed Product(s)"     any product containing Galanthamine (whether Natural Galanthamine and/or Synthetic Galanthamine) which is used for, and/or intended to be used for, the treatment of Alzheimer's disease and/or related dementias in the Territory;

1.26   "Major Countries"     the countries listed in Schedule 9;

1.27   "Manufacturing Improvements"     any improvements relating to or useful in the manufacture or production of Synthetic Galanthamine;

1.28   "Manufacturing Intellectual Property Rights"     (1) any patents and/or patent applications; and (2) all proprietary information including but not limited to inventions, practices, methods, knowledge, know-how, whether or not patented, owned by Shire or with respect to which Shire has the ability to grant a license or sublicense in accordance with the terms of this Agreement without breaching any agreement with a third party in connection with such intellectual property right and which patents, patent applications and proprietary information relate to the synthesis and manufacture of Synthetic Galanthamine;

1.29   "Manufacturing Patents"     any patents forming part of the Manufacturing Intellectual Property Rights;

1.30   "Natural Galanthamine"     Galanthamine extracted from plant bulbs as referred to in Clause 16;

18959296

-5-

Highly Confidential

JAN RAZ-0011707

DX-00629-00007

| 1.31 | "NDA" | NDA shall mean a New Drug Application and : supplements filed pursuant to the requirements of t FDA, including all documents, data and oth information concerning the Licensed Product whic are necessary for, or included in, FDA approval t market the Licensed Product in the United States : America as more fully defined in 21. C.F.R. §314.5 seq; |
| 1.32 | "Net Sales Value" | the amount billed or invoiced by Janssen, its Affiliate or Business Partners to Customers for sales Licensed Product in the Territory less freight, sal taxes, trade or ordinary discounts, governme: rebates and amounts repaid or credited because : return of goods; |
| 1.33 | "Patents" | the patents identified in the attached Schedule 1 at any extensions of such patents and under whic Janssen is granted an exclusive licence in th Synaptech-Janssen Licence Agreement or : exclusive sub-licence under the Shire-Janssen Sul licence Agreement. The Patents shall be deemed nt to extend to any analogues of Galanthamine that m: be specified in any patent listed in Schedule 1; |
| 1.34 | "Primary Royalty Rate" | the Primary Royalty Rates as specified in Clau: 6.1.7; |
| 1.35 | "Product Approval" | the grant of all necessary governmental and regulato approvals to sell the Licensed Product in any count: of the Territory including without limitatic acceptable pricing and reimbursements; |
| 1.36 | "Quarter" | the quarter periods ending, around March, Jun September and December; |
| 1.37 | "Secondary Royalty Rate" | the Secondary Royalty Rates as specified in Clau: 6.1.7; |
| 1.38 | "Shire-Janssen Sub-licence Agreement" | the sub-licence agreement made the same date as th Agreement between Shire and Janssen in which Shii grants to Janssen an exclusive sub-licence under tl Patents and the Synaptech Know-how in the Shi: Territory in connection with the use of Galanthamii in the treatment of Alzheimer's disease and/or relate dementias; |

18959296

-6-

DX-00629-00008

| | | |
|---|---|---|
| 1.39 | "Shire Know-how" | all information (other than Synaptech Know-how and the Manufacturing Intellectual Property Rights) from time to time during this Agreement in Shire's possession or under its control and which it is free to disclose relating to the use of Galanthamine in the treatment of Alzheimer's disease and related dementias; |
| 1.40 | "Shire Territory" | the entire world with the exception of the United Kingdom, the Republic of Ireland, the Janssen Territory and Japan; |
| 1.41 | "Standard Cost | the actual cost of production (excluding VAT and other sales taxes and duties, freight charges, insurance charges and freight-packaging charges). Such cost to include (1) the direct costs of production (such as raw materials, labour, product packaging and quality control testing); (2) any licence fees payable to third parties in respect of such production and (3) such overhead costs and capital depreciation costs as are fairly and reasonably attributable to such production in accordance with the producers general accounting policy for the same or similar types of production. |
| 1.42 | "Study GAL 93-01" | the phase II dose optimisation study described in Schedule 6; |
| 1.43 | "Study GAL 95-05" | the phase III study described in Schedule 7; |
| 1.44 | "Synaptech" | Synaptech Inc. a corporation organised and existing under the laws of the State of New York; |
| 1.45 | "Synaptech Analogues" | analogues of Galanthamine claimed by any of the Patents or in any granted patents which are (1) owned by Synaptech, its Affiliates and/or Dr Bonnie Davis and (2) were filed before the date of this Agreement or claim priority from an application filed before the date of this Agreement; |
| 1.46 | "Synaptech-Janssen Licence Agreement" | the licence agreement made the same date as this Agreement between Synaptech and Janssen in which Synaptech grants to Janssen an exclusive licence under the Patents and the Synaptech Know-how in the Janssen Territory in connection with the use of Galanthamine in the treatment of Alzheimer's disease and related dementias; |

18959296

-7-

*l*

Highly Confidential

JAN RAZ-0011709

**DX-00629-00009**

| | | |
|---|---|---|
| 1.47 | "Synaptech-Shire Licence Agreement" | the licence agreement amended and restated on the same date as this Agreement, between Synaptech and Shire Holdings Limited; |
| 1.48 | "Synthetic Galanthamine" | Galanthamine produced using a synthetic process; |
| 1.49 | "Synaptech Know-how" | information supplied to Janssen by Synaptech under the provisions of the Synaptech - Janssen Licence Agreement and information supplied to Shire by Synaptech under the provisions of the Synaptech-Shire Licence Agreement; |
| 1.50 | "Territory" | the Shire Territory and the Janssen Territory; |
| 1.51 | "Tertiary Royalty Rate" | the Tertiary Royalty Rates as specified in Clause 6.1.7; |
| 1.52 | "Trade Marks" | the trade marks selected by Janssen pursuant to Clauses 11.1 and 11.2 and any trade mark registrations or applications therefor in the name of Janssen or its Affiliates or in the name of Shire or its Affiliates in the United Kingdom and the Republic of Ireland. |

## 2.    Grant Of Licence

### 2.1    Know-how and Manufacturing Licence

2.1.1    In support of the licences granted under the Synaptech-Janssen Licence Agreement and the Shire-Janssen Sub-licence Agreement Shire shall grant to Janssen:

2.1.1.1    an exclusive licence under the Shire Know-how to develop, make, have made, use, keep, sell and/or dispose of the Licensed Product in the Territory;

2.1.1.2    (subject to Clauses 2.1.3 and 2.1.4) an exclusive licence to use the Manufacturing Intellectual Property Rights for the manufacture of Synthetic Galanthamine in the Territory and the United Kingdom and the Republic of Ireland solely for use in Licensed Products supplied by Janssen, its Affiliates and/or Business Partners and for supply to Shire pursuant to Clause 16.3.1; and



18959296

-8-

DX-00629-00010

2.1.1.3    a non-exclusive sub-licence to use such part(s) of the Chiroscience Intellectual Property Rights as may reasonably be required for the use and exploitation of the Manufacturing Intellectual Property Rights for the manufacture of Synthetic Galanthamine in the Territory and the United Kingdom and the Republic of Ireland solely for use in Licensed Products supplied by Janssen, its Affiliates and/or Business Partners and for supply to Shire pursuant to Clause 16.3.1.

2.1.2    Janssen shall be entitled to exercise its rights under this Clause 2.1 through its Affiliates and Business Partners provided that Janssen shall:

2.1.2.1    remain solely responsible and be the guarantor of the performance by its Affiliates and Business Partners; and

2.1.2.2    procure that its Affiliates and Business Partners comply fully with the provisions of this Agreement.

2.1.3    Shire shall retain the right to have manufactured on its behalf Synthetic Galanthamine worldwide for use (1) in the Excluded Territory and (2) worldwide for improvements in benzodiazepine treatment and the treatment of mania subject to the approval of Janssen pursuant to Clause 18.4.

2.1.4    To the extent that the licence granted in Clause 2.1.1.2 relates to intellectual property rights owned and/or developed by Chiroscience then the grant of such licence shall be subject to satisfactory renegotiation of the Chiroscience Agreement pursuant to Clause 16.4.

2.2    **Limit of Grant**

Janssen shall have no right or licence under the Shire Know-how, the Manufacturing Intellectual Property Rights or the Chiroscience Intellectual Property Rights except as is expressly granted in this Clause 2.

3.    **Initial And Milestone Payments**

3.1    **Initial Payment**

3.1.1    Janssen shall pay to Shire in full without any deductions whatsoever the following non-refundable payments:-

3.1.1.1    £1,000,000 (sterling) in consideration of the grant of the rights and licences under this Agreement;

3.1.1.2    £1,900,000 (sterling) in consideration of Study GAL 93-01 having met the success criteria agreed by the parties prior to the date of this Agreement; and

Highly Confidential    JAN RAZ-0011711

**DX-00629-00011**

3.1.1.3 £2,501,850 (sterling) representing 97.5% of the costs incurred by Shire and its Affiliates in developing the Licensed Product prior to 30th September 1995 as set out in the Development Cost Plan.

3.1.2 The above payments shall be due on the date of this Agreement and shall be paid within 7 days of the date of this Agreement.

3.2 Milestone Payments

Janssen shall pay to Shire in full without any deductions whatsoever the following non-refundable sums:-

3.2.1 £550,000 (sterling) within 30 days of the submission of the NDA in the United States of America;

3.2.2 £550,000 (sterling) within 30 days of the submission of the first application for Product Approval in any Major Country other than the United States of America;

3.2.3 £670,000 (sterling) within 30 days of the grant of NDA in the United States of America; and

3.2.4 £670,000 (sterling) within 30 days of the grant of the first Product Approval in any Major Country other than the United States of America.

3.3 Share Purchase Agreement

Janssen and Shire respectively shall procure that the Johnson & Johnson Development Corporation and Shire Pharmaceuticals Group Plc execute a Share Purchase Agreement on fair and reasonable terms to reflect the points set out in Schedule 10 as soon as practicable.

3.4 Payment under other Agreements

For the avoidance of doubt the payments due under this Agreement shall be payable in addition to the payments due under the Shire-Janssen Sub-licence and the Synaptech-Janssen Licence Agreement.

4. Co-Development Programme & Product Approvals

4.1 Janssen and Shire shall undertake the co-development of the Licensed Product in accordance with the Co-Development Plan and at the direction of the DMC.

4.2 The DMC shall consist of the representatives from both parties who are responsible for the activities to be conducted under the Co-Development Plan.   To ensure the flexibility of the DMC, the representatives as well as the number of representatives in the DMC may change in accordance with the requirements of the different stages of the Co-Development Plan. Regardless of the number of representatives from each party in the DMC, each party shall have one vote.



18959296

-10-

DX-00629-00012

4.3    The DMC shall meet quarterly alternately at each other's offices or on such other occasions as may be reasonably requested by either party throughout each stage of the co-development of the Licensed Product. The parties shall pay their own costs in attending such meetings.

4.4    All decisions of the DMC shall be made unanimously. If the DMC is unable to reach unanimous agreement upon any material matter (having used all reasonable endeavours and negotiated in good faith) within 30 days then subject to Clause 4.5 Shire shall have the final decision in the case of disputes concerning Chiroscience and third-party suppliers of the Galanthamine Raw Material (including without limitation MacFarlan Smith) and when to file for Product Approval in the Excluded Territory (except when a country within the Excluded Territory is used as the EC Rapporteur Country for EC Product Approval) and when to make the transition to the use of Synthetic Galanthamine in the Excluded Territory and Janssen shall have the final decision in all other cases including without limitation all technical decisions relating to the development and upscaling of Janssen's Synthetic Galanthamine process and also decisions as to when to make the transition to the use of Synthetic Galanthamine in the Territory.

4.5    If either party reasonably believes that any final decision of the other party pursuant to Clause 4.4 would seriously delay or prejudice grant of Product Approval in any Major Country or would seriously jeopardise the supply of an adequate quantity of Galanthamine at an acceptable price then such party may refer the matter to an expert for resolution pursuant to Clause 28.13. In making any decision, such expert shall in addition to other factors take into account the competitive market position as described in Clause 9.2.3.

4.6    The DMC shall be responsible for the day to day management and conduct of all aspects of the co-development of the Licensed Product and shall (in particular, but without limitation):-

4.6.1    define the detailed objectives and each relevant phase of work to be undertaken in each phase of the co-development;

4.6.2    design and agree the work programs for each phase of the co-development;

4.6.3    assess whether objectives have been met in respect of each phase of the co-development;

4.6.4    report to the management of each of the parties regularly upon the progress of the co-development;

4.6.5    make revisions to the timetable set out in the Co-Development Plan provided that any extensions to the timetable shall be limited to the minimum necessary and any decision to extend the timetable shall be subject to the provisions of Clause 4.5 above; and

4.6.6    propose on an annual basis revisions to the Development Cost Plan for submission to the parties provided that no revisions shall be made to the Development Cost Plan which exceed the limits set out in Clause 5.4 without the prior written approval of both parties.

18959296

-11-

Highly Confidential

JAN RAZ-0011713

DX-00629-00013

4.7 All Product Approvals shall be applied for in Janssen's name and if granted held in Janssen' name, other than the Product Approvals for the Excluded Territory which shall be applied fc in Shire's name and if granted held in Shire's name.

4.8 Janssen shall be responsible for applying for, pursuing and maintaining Product Approval and other regulatory approvals relating to the Licensed Products and/or their production i the Territory

4.9 Shire shall be responsible for applying for, pursuing and maintaining Product Approvals an other' regulatory approvals relating to the Licensed Products and/or their production in th United Kingdom and the Republic of Ireland.

4.10 Each party shall, free of charge, promptly provide the other party with such assistance as th other party may reasonably request in connection with its obligations under Clause 4.8 or 4.' above including without limitation providing Development Data, the Internation: Registration File and/or other information relating to the Licensed Product and preparing a necessary documentation required (such as certificates and other administrative documents for reference in the application for Product Approval.

**5.     Development Costs**

5.1 Costs incurred by the parties after 30th September 1995 in developing the Licensed Produc according to the Co-Development Plan shall be divided between the parties in the followin. proportions:-

5.1.1.1     Janssen 97.5%; and

5.1.1.2     Shire 2.5%.

5.2 The costs division shall be calculated on a monthly basis and invoices shall be raised b Janssen or Shire (as appropriate) in accordance with the above proportions and shall b settled by Janssen or Shire (as appropriate) within 30 days of receipt of such invoice.

5.3 The development costs for the period after 30th September 1995 as set out in th Development Cost Plan are estimates only. For the purposes of this Agreement and i particular Clause 5.1 the actual cost of each item of development work set out in the Cc Development Plan shall be as follows:-

5.3.1     In the case of items of development work carried out by third parties (other tha Affiliates of the parties) the cost shall be the amount actually invoiced by the thir party concerned to the party responsible for that development work plus any VA or any sales tax or duty payable in respect thereof.



18959296

-12-

DX-00629-00014

5.3.2 In the case of items of development work carried out by the parties and/or their Affiliates, the cost shall be the reasonable direct and indirect cost of such development work provided that such cost shall not exceed the costs set out in the Development Cost Plan for such item of development work by more than 10%. Direct overheads shall be allocated to the development work in accordance with the usual practice of the party carrying out the item of development work concerned. Each party shall have the right to appoint an independent auditor to inspect the other parties records and books of account (and those of its Affiliates) for the purpose of verifying the costs concerned and the allocation of overheads. Any dispute as to what the reasonable direct and indirect cost of items of development work should be, shall be referred to an arbitrator pursuant to Clause 28.12.

5.4 The provisions of this Clause 5 shall apply to any costs incurred in developing the Licensed Product up to a maximum of 110% of the total estimated development costs specified in the then current Development Cost Plan. Any costs in excess of 110% of the total estimated development costs specified in the then current Development Cost Plan shall require the DMC to submit a new plan to Shire and Janssen for written approval.

5.5 Janssen shall give Shire 30 days notice of its intention to give notice under Clauses 4.3 or 4.4 of the Synaptech-Janssen Licence Agreement stating whether or not Janssen intends to purchase the right to use the Ciba Data. If Janssen notifies Synaptech pursuant to Clause 4.3 of the Synaptech-Janssen Licence Agreement that Janssen requires the Ciba Data and Janssen pays the purchase price for the Ciba Data pursuant to Clause 4.5.1 of the Synaptech-Janssen Licence Agreement and Clause 4.3.1 of the Shire-Janssen Sub-licence Agreement then the purchase price of the Ciba Data as paid by Janssen to Synaptech and Shire shall be divided between the parties in the proportions 97.5% to Janssen and 2.5% to Shire.

5.6 Any payments received by the parties in respect of the use of the Ciba Data in Japan shall be divided between the parties in the proportion 97.5% to Janssen and 2.5% to Shire. If the purchase price for the Ciba Data attributable to Japan shall be recovered by Janssen making deductions from sums otherwise payable to Synaptech then at the times such deductions are made Janssen shall pay to Shire 2.5% of the value of such deductions.

5.7 Janssen shall reimburse Shire for 97.5% of the £80,000 annual consultancy fee payable by Shire to Dr Bonnie Davis within 30 days of receipt by Janssen of evidence of payment of the consultancy fee to Synaptech. Janssen's obligation under this Clause shall continue for either 5 years from the date of this Agreement or until the grant of NDA approval for the Licensed Product by the FDA in the United States of America, whichever occurs earlier.

5.8 Janssen shall have the right within 14 days of the date of this Agreement to send a representative to Shire to audit the development costs incurred by Shire in relation to the Licensed Product up to 30th September 1995 as set out in the Development Cost Plan. Shire shall afford Janssen's representative all reasonable access to Shire's documents and records of account solely for the purposes of conducting the audit.

Highly Confidential

JAN RAZ-0011715

DX-00629-00015

5.9     If Janssen's representative concludes that there is a discrepancy of more than 2.5% between the £2,566,000 total set out in the Development Cost Plan and the total evident from the audit then:-

    5.9.1   the parties shall promptly meet to establish how the discrepancy arose and agree the amount of any discrepancy;

    5.9.2   if agreement is reached pursuant to Clause 5.9.1 above then a consequential adjustment shall be made in the next cost division between the parties pursuant to Clause 5.2; and

    5.9.3   if agreement cannot be reached pursuant to Clause 5.9.1 then either party may refer the matter to an expert for resolution pursuant to Clause 28.13.

## 6.    ROYALTIES

In consideration for the grant of the licences set out in Clause 2 and for the other benefits accruing to Janssen under this Agreement, Janssen shall pay to Shire the royalties set out in Clause 6.1. For the avoidance of doubt the payments and royalties due under this Agreement shall be payable in addition to payments made under the Shire-Janssen Sub-licence Agreement and the Synaptech-Janssen Licence Agreement.

### 6.1   Amount of Royalty

    6.1.1   Janssen shall pay to Shire, subject to Clause 6.1.4, the Primary Royalty Rate on the Net Sales Value of all Licensed Product sold by Janssen, its Affiliates or Business Partners in any country of the Territory where a Patent remains in force and/or Data Exclusivity applies in such country.

    6.1.2   Janssen shall pay to Shire, subject to Clause 6.1.5, the Secondary Royalty Rate on the Net Sales Value of all Licensed Product sold by Janssen, its Affiliates or Business Partners in any country of the Territory where a Patent has ceased to be in force and Data Exclusivity has ceased to apply. Such royalty shall be payable for a period of ten years following whichever is the later of (1) the date upon which the last Patent ceased to be in force in such country or (2) the date upon which Data Exclusivity ceased to apply in such country.

    6.1.3   Janssen shall pay to Shire, subject to Clause 6.1.5, the Secondary Royalty Rate on the Net Sales Value of all Licensed Product sold by Janssen its Affiliates or Business Partners in any country of the Territory where at the date of this Agreement there is no Patent in force and Data Exclusivity does not apply. Such royalty shall be payable for a period of ten years from the date of the first Commercial Delivery of Licensed Product in such country.

18959296

-14-

Highly Confidential

JAN RAZ-0011716

**DX-00629-00016**