IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) ) ) Civil Action No. 05-356-SLR (consolidated) |

**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Federal Rule of Civil Procedure 65(b), Plaintiffs Janssen Pharmaceutica, N.V., Janssen L.P, and Synaptech, Inc. (collectively, "Plaintiffs") respectfully request that the Court enter a temporary restraining order preventing Defendants from marketing and selling generic versions of Plaintiffs' product RAZADYNE® prior to the Court's issuance of a decision in this matter. In support of this Motion, Plaintiffs are submitting herewith an opening memorandum and the Declaration of Christina Estabrook. A proposed Order is also submitted.

ASHBY & GEDDES

/s/ Steven J. Balick

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: 302-654-1888
Fax: 302-654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

{00236844;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) ) ) | Civil Action No. 05-356-SLR (consolidated) |

**TEMPORARY RESTRAINING ORDER**

The 27th day of August, 2008, the Court having considered Plaintiffs' Motion for a Temporary Restraining Order, and having concluded that Plaintiffs will suffer immediate and irreparable injuries from lost sales of RAZADYNE® for which there is no adequate remedy at law in the absence of intervention by this Court, it is HEREBY ORDERED:

(1) that the Motion is GRANTED;

(2) that Defendants are enjoined from marketing or selling generic versions of Plaintiffs' product RAZADYNE®; and

(3) that this order shall expire ten days after entry unless extended.

IT IS SO ORDERED.

_____
United States District Judge

{00236844;v1}

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

I hereby certify that the subject of the attached motion was discussed with defense counsel, and that no agreement could be reached.

/s/ *Steven J. Balick*
_____
Steven J. Balick