IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) Civ. No. 05-356-SLR ) (consolidated) ) ) ) ) ) ) |

ORDER

At Wilmington this 27th day of August, 2008, consistent with the opinion issued this same date;

IT IS ORDERED that:

1. Plaintiffs' motion for a temporary restraining order (D.I. 412) is denied.

2. The clerk of court shall enter judgment in favor of defendants and against plaintiffs.

United States District Judge