IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION | ) ) Civ. No. 05-356-SLR ) (consolidated) ) ) ) ) ) ) ) ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of August 27, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants and against plaintiffs.

_____
United States District Judge

Dated: 8/28/08

_____
(By) Deputy Clerk