IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: '318 PATENT INFRINGEMENT LITIGATION ) ) ) | C.A. No. 05-356-SLR (consolidated) |

## NOTICE OF APPEAL

Please take notice that Janssen Pharmaceutica N.V., Janssen L.P., and Synaptech, Inc. ("Plaintiffs") hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on August 28, 2008 (D.I. 417), and from all other opinions, orders, decisions, and rulings prior to the entry of judgment, including but not limited to: (i) the Court's August 27, 2008 Opinion (D.I. 415) upon which the entry of judgment was based; (ii) the Court's August 27, 2008 Order (D.I. 416) denying Plaintiffs' motion for a temporary restraining order; and (iii) all rulings made during trial in May 2007.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (#4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*

{00239381;v1}

*Of Counsel:*

*Attorneys for All Plaintiffs:*

George F. Pappas
Roderick R. McKelvie
Christopher N. Sipes
Kurt G. Calia
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202-662-6000
Fax: 202-662-6291

Patricia C. Lukens
Office of General Counsel
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933
Tel: 732-524-2805
Fax: 732-524-5866


*Attorneys for Plaintiff Synaptech, Inc.:*

Edward V. Filardi
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
212-735-3060

Dated: September 10, 2008